ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SHIAO LEE (CABN 257413)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102-3495
Telephone: (415) 436-6924
FAX: (415) 436-7234
shiao.lee@usdoj.gov

Attorneys for United States of America

UNDER SEAL

FILED
SEP 27 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18 465 LHK |
| Plaintiff, | MOTION TO SEAL AND [PROPOSED] ORDER |
| v. | |
| UNITED MICROELECTONICS CORPORATION, INC.; FUJIAN JINHUA INTEGRATED CIRCUIT, CO., LTD.; CHEN ZHENGKUN, a.k.a. STEPHEN CHEN; HE JIANTING, a.k.a. J.T. HO; and WANG YUNGMING, a.k.a. KENNY WANG. | [UNDER SEAL] |
| Defendants. | |

SVI

The United States hereby moves the Court for an order sealing this Motion, the Indictment, the Summonses, and this Sealing Order until further order of the Court. Disclosure of the existence of the Indictment and Summonses may cause the subjects of the Indictment to avoid service of process or destroy evidence, jeopardizing the prosecution of the case.

MOT. TO SEAL AND [PROP.] ORDER

The United States requests leave to provide a copy of the Indictment and Summonses to agents of the Federal Bureau of Investigations, other United States law enforcement, and employees of the Department of Justice and other agencies of the United States government, in order to effectuate service of process on the defendants and facilitate the prosecution of the charged case. United Microelectronics Corporation, Inc. is a Taiwanese company and Fujian Jinhua Integrated Circuit, Co., Ltd. is a company based in the People's Republic of China. The individual defendants, Chen Zhengkun (a.k.a. Stephen Chen), He Jianting (a.k.a. J.T. Ho), and Wang Yungming (a.k.a. Kenny Wang) are Taiwan nationals located in Taiwan or the People's Republic of China. The United States anticipates needing Taiwanese and Chinese law enforcement support in effectuating service of the Indictment and Summonses on the defendants. Accordingly, the United States requests leave to provide a copy of the Indictment and Summonses to law enforcement agencies in Taiwan and the People's Republic of China.

DATED: September 27, 2018                    Respectfully Submitted,

                                             ALEX G. TSE
                                             United States Attorney

                                             _____
                                             SHIAO C. LEE
                                             Assistant United States Attorney

MOT. TO SEAL AND [PROP.] ORDER

**ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's Motion to Seal, Indictment, Summonses, this Sealing Order, and other related documents in this case shall be sealed until further order of the Court. A copy of the Indictment and Summonses may be provided to agents of the Federal Bureau of Investigation, other law enforcement, employees of the Department of Justice and other agencies of the United States government, and law enforcement in Taiwan and the People's Republic of China, in order to effectuate service of process on the defendants and facilitate the prosecution of the case.

DATED: 9/27/18

THOMAS S. HIXSON
United States Magistrate Judge

MOT. TO SEAL AND [PROP.] ORDER