ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SHIAO LEE (CABN 257413)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102-3495
    Telephone: (415) 436-6924
    FAX: (415) 436-7234
    shiao.lee@usdoj.gov

Attorneys for United States of America

FILED
AUG 28 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED MICROELECTONICS CORPORATION, INC.; FUJIAN JINHUA INTEGRATED CIRCUIT, CO., LTD.; CHEN ZHENGKUN, a.k.a. STEPHEN CHEN; HE JIANTING, a.k.a. J.T. HO; and WANG YUNGMING, a.k.a. KENNY WANG. <br><br> Defendants. | CASE NO. CR 18-465 LHK <br><br> **MOTION FOR SUMMONSES TO BE ISSUED AND ORDER** <br><br> [UNDER SEAL] |

    The United States hereby requests that summonses be issued for the defendants to appear in the above-captioned Indictment on November 19, 2018 before the duty Magistrate Judge in the San Jose Federal Courthouse in the Northern District of California. The United States moves the Court for an order sealing this Motion, the Summonses, and this Sealing Order until further order of the Court.

MOT. TO SEAL AND ORDER



Disclosure of the existence of the Summonses may cause the subjects of the Indictment to avoid service of process.

The United States requests leave to provide a copy of the Summonses to agents of the Federal Bureau of Investigations, other United States law enforcement, and employees of the Department of Justice and other agencies of the United States government, in order to effectuate service of process on the defendants and facilitate the prosecution of the charged case. United Microelectronics Corporation, Inc. is a Taiwanese company and Fujian Jinhua Integrated Circuit, Co., Ltd. is a company based in the People's Republic of China. The individual defendants, Chen Zhengkun (a.k.a. Stephen Chen), He Jianting (a.k.a. J.T. Ho), and Wang Yungming (a.k.a. Kenny Wang) are Taiwan nationals located in Taiwan or the People's Republic of China. The United States anticipates needing Taiwanese and Chinese law enforcement support in effectuating service of the Summonses on the defendants. Accordingly, the United States requests leave to provide a copy of the Summonses to law enforcement agencies in Taiwan and the People's Republic of China.

DATED: September 28, 2018

Respectfully Submitted,

ALEX G. TSE
United States Attorney

_____/s/_____
SHIAO C. LEE
Assistant United States Attorney

MOT. TO SEAL AND ORDER

ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that Summonses be issued for the defendants to appear in the above-captioned Indictment on November 19, 2018 before the duty Magistrate Judge in the San Jose Federal Courthouse in the Northern District of California. IT IS FURTHER ORDERED that the government's Motion for Summonses to be Issued, the Summonses, this Sealing Order, and other related documents in this case shall be sealed until further order of the Court. A copy of the Summonses may be provided to agents of the Federal Bureau of Investigation, other law enforcement, employees of the Department of Justice and other agencies of the United States government, and law enforcement in Taiwan and the People's Republic of China, in order to effectuate service of process on the defendants and facilitate the prosecution of the case.

DATED: 9/28/2018

*Susan van Keulen*
SUSAN VAN KEULEN
United States Magistrate Judge

MOT. TO SEAL AND ORDER