| | |
|---|---|
| 1 | ALEX G. TSE (CABN 152348)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | JOHN H. HEMANN (CABN 165823) |
| 5 | SHIAO C. LEE (CABN 257413)<br>Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, 9th Floor |
| 7 | San Francisco, California 94102-3495<br>Telephone: (415) 436-6924 |
| 8 | FAX: (415) 436-7234<br>shiao.lee@usdoj.gov |
| 9 | Attorneys for United States of America |

**FILED**

OCT 12 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICRON TECHNOLOGY INC., | ) | CASE NO. CR 17-6932 MMC |
| Plaintiff, | ) | CASE NO. CR 18-465 LHK |
| v. | ) | |
| UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10, | ) | **UNITED STATES' EX PARTE FILING OF A NOTICE OF RELATED CASE** |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| UNITED MICROELECTONICS CORPORATION, INC.; FUJIAN JINHUA INTEGRATED CIRCUIT, CO., LTD.; CHEN ZHENGKUN, a.k.a. STEPHEN CHEN; HE JIANTING, a.k.a. J.T. HO; and WANG YUNGMING, a.k.a. KENNY WANG. | ) | |
| Defendants. | ) | |

Pursuant to Local Criminal Rule 8-1, the United States submits this Notice of Related Case, giving notice that the civil case of *Micron Technology Inc. v. United Microelectronics Corp.*, Case No. CR 17-6932 MMC, filed on December 5, 2017, and assigned initially to Hon. Jeffrey S. White and

1

UNITED STATES' EX PARTE FILING OF A NOTICE OF RELATED CASE: CR 17-6932 MMC AND 18-465 LHK

reassigned to the Hon. Maxine M. Chesney (**Attachment A** (complaint without attached exhibits)), is related to the ***under seal*** criminal case of *United States v. United Microelectronics Corp., Inc.*, Case No. CR 18-465 LHK, filed on September 27, 2018 and assigned to the Hon. Lucy H. Koh (**Attachment B**).

The civil suit that Micron filed alleges that United Microelectronics Corporation ("UMC"), Fujian Jinhua Integrated Circuit Co. Ltd. ("Fujian Jinhua"), and Does 1-10, violated the Defend Trade Secrets Act, the civil provisions of the Racketeer Influenced and Corrupt Organizations Act (RICO), and California's Uniform Trade Secrets Act. The civil suit alleges that, since at least the fall of 2015, UMC and the founders of Fujian Jinhua developed and set in motion a plan for UMC to recruit key personnel from Micron's Taiwan Subsidiary (Micron Memory Taiwan, "MMT") to misappropriate electronic and paper files containing Micron trade secrets related to Dynamic Random Access Memory (DRAM) from MMT, and to deliver those trade secrets to UMC. The complaint alleged that UMC incorporated Micron's trade secrets into technologies that it transferred to Fujian Jinhua to enable Fujian Jinhua to mass produce advanced DRAM products. The complaint alleges that the participants in the conspiracy went to great lengths to hide and cover up their plan, including by: "lying to human resources personnel when exiting Micron; lying to Taiwanese criminal investigators; using software tools to wipe electronic evidence; and even attempting to destroy or hide incriminating materials from Taiwanese criminal authorities while the authorities were in the middle of executing a search warrant at UMC." *See* Micron Complaint, Doc. 1. The civil complaint alleged that Stephen Chen, J.T. Ho, Kenny Wang, and others, were co-conspirators and that each was an agent, conspirator, and aider or abetter of UMC and/or Fujian Jinhua.

The criminal indictment concerns one or more of the same defendants and events as described in Micron's civil suit. The named defendants in the criminal case are UMC, Fujian Jinhua, Stephen Chen, J.T. Ho, and Kenny Wang. On September 27, 2018, the Grand Jury returned a seven count indictment charging the defendants with conspiracy to commit economic espionage, in violation of 18 U.S.C. § 1831(a)(5), and conspiracy to commit theft of trade secrets, in violation of 18 U.S.C. § 1832(a)(5). The indictment charges, with respect to Kenny Wang and J.T. Ho, substantive counts of economic espionage and/or theft of trade secrets. Finally, the indictment charges all defendants with receipt and possession of stolen trade secrets for the benefit of a foreign instrumentality, in violation of 18 U.S.C. § 1831(a)(3).

The indictment concerns the same events as described in Micron's civil complaint: The theft of Micron's trade secrets pertaining to the design and production of DRAM by former MMT employees, who took those trade secrets to work at UMC, and who, in turn, provided DRAM technology, based on stolen Micron technology, to Fujian Jinhua.

The United States notes that "[b]both actions concern one ore more of the same defendants and the same alleged events, occurrences, transactions, or property" under Local Criminal Rule 8-1(b)(1), and "[b]oth actions appear likely to entail substantial duplication of labor if heard by different judges or might create conflicts and unnecessary expenses if conducted before different Judges." Crim. L.R. 8-1(b)(1) and (b)(2). For example, currently pending before Judge Chesney in the civil action is UMC's motion to dismiss for lack of personal jurisdiction. The government anticipates that similar jurisdictional and venue-related issues will be presented to the Court in connection with the criminal action. Having a single judge preside over legal issues such as jurisdiction, venue, discovery matters that may arise, among others, will conserve judicial resources, reduce the possibility of conflicting rulings on similar issues, and promote an efficient determination of both actions.

DATED: October 9, 2018

Respectfully submitted,

ALEX G. TSE
United States Attorney

*John H. Hemann*

---
JOHN H. HEMANN
SHIAO C. LEE
Assistant United States Attorneys

# [PROPOSED] ORDER

For the reasons stated in the Notice of Related Case and for good cause shown, the above-referenced cases shall be related by the Clerk. For good cause shown, it is hereby ordered that the Notice of Related Case, this Order, and all other related documents to the Notice of Related Case be filed under seal until further order of this Court.

IT IS SO ORDERED.

DATED: October 12, 2018

HON. MAXINE M. CHESNEY
United States Senior District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION,<br><br>        Defendant. | Case No. 18-cr-00465-LHK-1 (MMC)<br>*SEALED*<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 10/12/2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

John Henry Hemann
United States Attorney's Office
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102

Shiao Lee
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102-3495

Dated: 10/12/2018

                                        Susan Y. Soong
                                        Clerk, United States District Court

                                        By: *Tracy Geiger*
                                        Tracy Geiger, Deputy Clerk to the
                                        Honorable MAXINE M. CHESNEY