ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
SHIAO C. LEE (CABN 257413)
Assistant United States Attorneys

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-6924
    FAX: (415) 436-7234
    shiao.lee@usdoj.gov

Attorneys for United States of America

FILED

OCT 31 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED MICROELECTONICS CORPORATION, INC.; FUJIAN JINHUA INTEGRATED CIRCUIT, CO., LTD.; CHEN ZHENGKUN, a.k.a. STEPHEN CHEN; HE JIANTING, a.k.a. J.T. HO; and WANG YUNGMING, a.k.a. KENNY WANG.<br><br>    Defendants. | CASE NO. CR 18-465 MMC<br><br>**UNITED STATES' MOTION TO UNSEAL THE INDICTMENT AND SUMMONSES; ORDER** *mmc*<br><br>~~FILED UNDER SEAL~~ |

The above-captioned case was indicted on September 27, 2018. Summonses were issued for the five defendants on September 28, 2018. Accompanying the Indictment and Summonses were the United States' Motions to Seal both as well as related paperwork because the disclosure of the Indictment and Summonses may cause the subjects of the Indictment to avoid service of process or destroy evidence, jeopardizing the prosecution of the case. The government sought leave to provide the Indictment and Summonses to agents of the Federal Bureau of Investigations, other United States law enforcement, employees of the Department of Justice and other agencies of the United States government, and law enforcement agencies in Taiwan and the People's Republic of China, in order to effectuate service of process on the defendants and facilitate the prosecution of the charged case. The Court granted the

1
MOTION TO UNSEAL INDICTMENT AND SUMMONS; CR 18-465 MMC

United States' applications to seal the Indictment and Summonses in the above-referenced matter.

Since then, the United States has served the defendants with the Summonses and now moves to unseal the above-referenced Indictment and Summonses as of **November 1, 2018 at 9:30am PST**.

DATED: October 31, 2018

Respectfully Submitted,
ALEX G. TSE
United States Attorney

_____
JOHN H. HEMANN
SHIAO C. LEE
Assistant United States Attorneys

## [PROPOSED] ORDER

The Court hereby **ORDERS** the Indictment and Summonses be unsealed as of November 1, 2018 at 9:30am PST.

DATED: October 30, 2018

_____
HON. MAXINE M. CHESNEY
United States District Court Judge

3
MOTION TO UNSEAL INDICTMENT AND SUMMONS; CR 18-465 MMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION,<br><br>Defendant. | Case No. 18-cr-00465-MMC-1<br>*SEALED*<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/31/2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

John Henry Hemann
United States Attorney's Office
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102

Shiao Lee
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102-3495

Dated: 10/31/2018

Susan Y. Soong
Clerk, United States District Court

By *Tracy Geiger*
Tracy Geiger, Deputy Clerk to the
Honorable MAXINE M. CHESNEY