1 ALEX G. TSE (CABN 152348)
United States Attorney
2
BARBARA J. VALLIERE (DCBN 439353)
3 Chief, Criminal Division

4 JOHN H. HEMANN (CABN 165823)
SHIAO C. LEE (CABN 257413)
5 Assistant United States Attorneys

6   450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
7   Telephone: (415) 436-6924
    FAX: (415) 436-7234
8   shiao.lee@usdoj.gov

9 Attorneys for United States of America

**FILED**

OCT 3 1 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED MICROELECTONICS CORPORATION, INC.; FUJIAN JINHUA INTEGRATED CIRCUIT, CO., LTD.; CHEN ZHENGKUN, a.k.a. STEPHEN CHEN; HE JIANTING, a.k.a. J.T. HO; and WANG YUNGMING, a.k.a. KENNY WANG. <br><br> Defendants. | CASE NO. CR 18-465 MMC <br><br> **UNITED STATES' MOTION TO UNSEAL THE ABOVE-CAPTIONED CASE IN ITS ENTIRETY;** ~~ORDER~~ |

The above-captioned case was indicted on September 27, 2018. Summonses were issued for the five defendants on September 28, 2018. Accompanying the Indictment and Summonses were the United States' Motions to Seal both as well as related paperwork because the disclosure of the Indictment and Summonses may cause the subjects of the Indictment to avoid service of process or destroy evidence, jeopardizing the prosecution of the case. The government sought leave to provide the Indictment and Summonses to agents of the Federal Bureau of Investigations, other United States law enforcement, employees of the Department of Justice and other agencies of the United States government, and law enforcement agencies in Taiwan and the People's Republic of China, in order to effectuate service of process on the defendants and facilitate the prosecution of the charged case. The Court granted the

United States' applications to seal the Indictment, Summonses, and other related paperwork.

Since then, the United States has served the defendants with the Summonses and now moves to unseal the above-captioned case in its entirety, including the Indictment, Summonses, and other related paperwork as of **November 1, 2018 at 9:30am PST**.

DATED: October 31, 2018

Respectfully Submitted,
ALEX G. TSE
United States Attorney

_____/s/_____
JOHN H. HEMANN
SHIAO C. LEE
Assistant United States Attorneys

# [PROPOSED] ORDER

The Court hereby **ORDERS** the entire case of *United States v. United Microelectronics Corporation, Inc.*, CR 18-465 MMC, including the Indictment, Summonses, and other related paperwork to be unsealed as of November 1, 2018 at 9:30am PST.

DATED: October 30, 2018

HON. MAXINE M. CHESNEY
United States District Court Judge