ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
SHIAO C. LEE (CABN 257413)
Assistant United States Attorneys

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-6924
    FAX: (415) 436-7234
    shiao.lee@usdoj.gov

Attorneys for United States of America

FILED

NOV 15 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

email sent

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED MICROELECTONICS CORPORATION, INC.; FUJIAN JINHUA INTEGRATED CIRCUIT, CO., LTD.; CHEN ZHENGKUN, a.k.a. STEPHEN CHEN; HE JIANTING, a.k.a. J.T. HO; and WANG YUNGMING, a.k.a. KENNY WANG.<br><br>    Defendants. | CASE NO. CR 18-465 MMC<br><br>**UNITED STATES'** *EX PARTE* **MOTION TO CONTINUE ARRAIGNMENT** |

    The United States moves the Court for an order continuing the arraignment date from November 19, 2018 to December 12, 2018 for the corporate defendants, United Microelectronics Corporation Inc. and Fujian Jinhua Integrated Circuit Co. Ltd., and continuing the arraignment date from November 19, 2018 to January 9, 2019 for the individual defendants, Stephen Chen,

U.S. EX PARTE MOTION TO CONTINUE ARRAIGNMENT
CR 18-465 MMC    1

J.T. Ho, and Kenny Wang. All defendants have been served with the summonses issued in the above-captioned case, requesting the defendants to appear before the Honorable Magistrate Susan van Keulen in the San Jose Federal Courthouse on November 19, 2018 at 1:30pm. Since then, the defendants have retained attorneys who have contacted government counsel and sought additional time for arraignment in light of the fact that their clients are either Taiwan citizens in Taiwan or a foreign corporation, and each represented that it requires additional time to consult with their respective client. Accordingly, the United States requests that the initial appearance for the corporate defendants be continued to December 12, 2018, and the initial appearance for the individual defendants be continued to January 9, 2019. The United States further requests that the initial appearances be moved from San Jose, before Magistrate van Keulen, to the San Francisco Duty Magistrate, since the case was related by court order to the Honorable Maxine M. Chesney and is now venued in San Francisco, and because the defense attorneys who have contacted government counsel are located in San Francisco. The United States is filing this motion *ex parte* since defense counsels have not made an appearance in this case yet.

DATED: November 14, 2018

Respectfully submitted,

ALEX G. TSE
United States Attorney

*John H. Hemann*

---
JOHN H. HEMANN
SHIAO C. LEE
Assistant United States Attorneys

U.S. EX PARTE MOTION TO CONTINUE ARRAIGNMENT
CR 18-465 MMC                              2

FILED

NOV 15 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

~~PROPOSED~~ ORDER

On the motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that the initial appearance for defendants United Microelectronics Corporation Inc. and Fujian Jinhua Integrated Circuit Co. Ltd. be continued from November 19, 2018 to December 12, 2018, at 9:30am before the Duty Magistrate in San Francisco, and the initial appearance for defendants Stephen Chen, J.T. Ho, and Kenny Wang be continued from November 19, 2018 to January 9, 2019, at 9:30am before the Duty Magistrate in San Francisco. The summonses for each defendant are hereby amended, *nunc pro tunc*, accordingly. Government counsel is directed to provide this Order to the attorneys who contacted the government on behalf of each defendant.

Dated: 11/15/18

HON. SUSAN VAN KEULEN
United States Magistrate Judge