UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** February 6, 2019    **Time:** 3:18 – 3:50    **Judge:** MAXINE M. CHESNEY
= 32 minutes

**Case No.:** 18-cr-00465-MMC-1    **Case Name:** UNITED STATES v. United Microelectronics Corporation
Fujian Jinhua Integrated Circuit

**Attorney for Plaintiff:** Shiao Lee and John Hemann
**Attorney for Defendant (United Microelectronics):** Leslie Caldwell
**Attorney for Defendant (Fujian Jinhua Integrated Circuit):** Christine Wong

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** Marla Knox

# PROCEEDINGS

**Initial Status Conference – held.**

**Defendant Finjian Jinhua Integrated Circuit's Motion for Bill of Particulars – Denied without prejudice.**

**CASE CONTINUED TO: April 17, 2019 at 2:15 pm for**. Further Status Conference

---

**EXCLUDABLE DELAY:**
Category: Preparation of Counsel
Begins: February 6, 2019
Ends: April 17, 2019