UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** April 17, 2019          **Time:** 2:20 – 2:26 = 6 min          **Judge:** MAXINE M. CHESNEY

**Case No.:** 18-cr-00465-MMC-1          **Case Name:** UNITED STATES v. United Microelectronics Corporation

Fujian Jinhua Integrated Circuits

**Attorney for Plaintiff: Shiao Lee**
**Attorney for Defendant (United Microelectronics): Margaret Tough for Leslie Caldwell**
**Attorney for Defendant (Fujian): Christine Wong**

**Deputy Clerk:** Tracy Geiger                    **Court Reporter:** Katherine Sullivan
**Interpreter:** N/A                                **Probation Officer:** N/A

**PROCEEDINGS**

Further Status Conference – held.

Government counsel informed the Court the parties are still negotiating terms of the protective order and that batches of incoming discovery from Taiwan is still coming in.

**CASE CONTINUED TO: May 22, 2019 at 2:15 p.m. for Further Status Conference**

**EXCLUDABLE DELAY:**
Category: Preparation of Counsel
Begins: April 17, 2019
Ends: May 22, 2019