UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE MAXINE M. CHESNEY, JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>UNITED MICROELECTONICS )<br>CORPORATION, INC.; FUJIAN )<br>JINHUA INTEGRATED CIRCUIT, CO.,)<br>LTD.; CHEN ZHENGKUN, a.k.a. )<br>STEPHEN CHEN; HE JIANTING, )<br>a.k.a. J.T. HO; and WANG )<br>YUNGMING, a.k.a. KENNY WANG. )<br>)<br>Defendants. )<br>_____) | **No. CR 18-465 MMC**<br><br><br><br><br><br><br><br><br><br>San Francisco, California<br>Wednesday, April 17, 2019 |

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:	DAVID L. ANDERSON
		UNITED STATES ATTORNEY
		450 Golden Gate Avenue, 11th Floor
		San Francisco, California  94102
	**BY: SHIAO C. LEE**
		**ASSISTANT UNITED STATES ATTORNEY**

For Defendant United Microelectronics Corporation:
		LATHAM & WATKINS
		505 Montgomery Street, Suite 2000
		San Francisco, California  94111
	**BY: MARGARET TOUGH, ESQ.**

(Appearances continued on next page)

Reported By:	Katherine Powell Sullivan, CSR #5812, RMR, CRR
		Official Reporter - U.S. District Court

**APPEARANCES (CONTINUED):**

Fujian Jinhua Integrated Circuit, Co. Ltd.:
                MORRISON & FOERSTER
                425 Market Street
                San Francisco, California  94105
      **BY:  CHRISTINE Y. WONG, ESQ.**

| | |
|---|---|
| 1 | **Wednesday - April 17, 2019**                    **2:20 p.m.** |
| 2 | **P R O C E E D I N G S** |
| 3 | ---oOo--- |

4    **THE CLERK:** Calling criminal case number 18-465,
5  United States of America versus United Microelectronics and
6  Fujian.
7        Counsel, please state your appearances for the record.
8        **MS. LEE:** Shiao Lee on behalf of the United States.
9  Good afternoon, Your Honor.
10       **THE COURT:** Good afternoon.
11       **MS. WONG:** Good afternoon, Your Honor.  Christine Wong
12 for Fujian Integrated Circuits Co., Ltd.
13       **THE COURT:** Hello.
14       **MS. TOUGH:** Good afternoon, Your Honor.  Margaret
15 Tough, of Latham & Watkins, for defendant United
16 Microelectronics Corporation.
17       **THE COURT:** Okay.  All right.  Where are we with this
18 case?  I have some idea where the civil case is, but less
19 knowledge about where this one is.
20       **MS. LEE:** We are still negotiating the terms of the
21 protective order.  We have been producing discovery that is not
22 confidential or proprietary or trade secret related in the
23 meantime.
24       I'm hopeful that we are close to coming to an agreement on
25 the protective order.  There is still batches of incoming

discovery from Taiwan that we are obtaining.  So long as those are not confidential, we will continue to produce those on a rolling basis.

Once the protective order is entered we can then make all the remainder of the discovery available to the defense counsels.

We have upcoming trips that are being made to continue the -- you know, the progress of the case, but I think at this juncture it's probably best to put this case over to the middle or the end of May as we continue to work through discovery issues.

**THE COURT:** Okay.

I wonder if we should put your name down on our calendar. We have Ms. Caldwell.

**MS. TOUGH:** I'm standing in for her today.

**THE COURT:** Right.  Could you give me the spelling on your last name?

**MS. TOUGH:** Sure.  Tough.  T-o-u-g-h.

**THE COURT:** Oh, my goodness.

**MS. TOUGH:** Come by honestly.

**THE COURT:** Watch out.

So did you discuss a date or not?

**MS. LEE:** Not a particular day.

**THE COURT:** Do you want to just take a minute off the record to confer --

        **MS. WONG:** Sure.

        **THE COURT:** -- and then let me know.

   (Counsel confer off the record.)

        **MS. LEE:** How about May 22nd, at 2:15, Your Honor?

        **THE COURT:** Let me just check that. I think that's okay. Should be. All right. And I assume from everything you've said that there would be grounds, then, to exclude time from the running of the Speedy Trial clock?

        **MS. LEE:** Yes.

        **MS. WONG:** And, Your Honor, I believe there are grounds, but there is one thing that I want to point out to the Court.

   And that is, if it were possible for Jinhua to go to trial quickly, it would. And this is in part because the government has -- and not this government necessarily, but the government has put Jinhua on what is the Commerce Department's entity list, which has prevented Jinhua from receiving any products that have any U.S.-based-origin technology, which is essentially anything.

   And so that is, you know, we've got a ticking time clock on the viability of the company. And Jinhua is very anxious to have its day in court.

   That said, we understand that the Government is waiting for discovery from abroad. There is a specific exclusion under the Speedy Trial Act that allows for waiting for discovery from

abroad, and so we understand that. It's somewhat futile for us to protest the exclusion of time under the Speedy Trial Act, but we did want to let everyone understand where we are in this matter.

**THE COURT:** Okay. I know that from the beginning Jinhua has been in a somewhat different position than UMC for both the civil and criminal cases, because the people that work for Micron, for example, came to UMC not to Jinhua.

And I don't know what evidence you will ultimately, you know, marshal to bring your case against Jinhua as well as against UMC, but that's been essentially the position that they've taken and continue to take, that there isn't enough evidence. I've got the motion pending right now from both parties but different grounds.

So but for today, today you feel there are grounds to exclude; you're just concerned about things taking too long?

**MS. WONG:** Exactly, Your Honor.

**THE COURT:** Okay. Well, I'm going to continue the matter, for further status, to May 22, at 2:15.

I will exclude the time between now and then, through that date, from the running of the Speedy Trial clock, for effective preparation of counsel for the reasons stated.

This is a fairly involved case, also, and the exclusion is, at least at the moment, in the interests of both defendants and outweighs any other interest they might have, or the

1  public, in moving forward without the exclusion.
2       So that should, I think, conclude this proceeding today.
3  I don't need a separate order on the exclusion.
4            **MS. LEE:**  Thank you, Your Honor.
5            **MS. WONG:**  Thank you, Your Honor.
6            **THE COURT:**  Thank you very much.
7       (At 2:26 p.m. the proceedings were adjourned.)
8                        -  -  -  -

13                    CERTIFICATE OF REPORTER
14       I certify that the foregoing is a correct transcript
15  from the record of proceedings in the above-entitled matter.

17  DATE:   Friday, April 26, 2019

20                  *Katherine Sullivan*
21       _____
22          Katherine Powell Sullivan, CSR #5812, RMR, CRR
                       U.S. Court Reporter