UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** May 22, 2019  **Time:** 2:31 – 2:34  **Judge:** MAXINE M. CHESNEY
= 3 minutes

**Case No.:** [18-cr-00465-MMC-1](#)  **Case Name:** UNITED STATES v. United Microelectronics Corporation
Fujian Jinhua Integrated Circuit Co.

**Attorney for Plaintiff:** Shiao Lee
**Attorney for Defendant (United Microelectronics):** Margaret Tough for Leslie Caldwell
**Attorney for Defendant (Fujian Jinhua Integrated):** Christine Wong

**Deputy Clerk:** Tracy Geiger  **Court Reporter:** Jo Ann Bryce

## PROCEEDINGS

**Further Status Conference – held.**

**Government counsel has provided and will continue to provide discovery.**

**CASE CONTINUED TO: July 17, 2019 at 2:15 p.m. for Further Status Conference**

---

**EXCLUDABLE DELAY:**
Category: Preparation of Counsel
Begins: May 22, 2019
Ends: July 17, 2019