UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** August 7, 2019 | **Time:** 2:26 – 3:05 = 39 minutes | **Judge:** MAXINE M. CHESNEY |
| **Case No.:** [18-cr-00465-MMC-1](#) | **Case Name:** UNITED STATES v. United Microelectronics Corporation Fujian Jinhua Integrated Circuit | |

**Attorney for Plaintiff:** John Hemann
**Attorney for Defendant (United Microelectronics):** Leslie Caldwell
**Attorney for Defendant (Fujian Jinhua Integrated):** Christine Wong

| | |
|---|---|
| **Deputy Clerk:** Tracy Geiger | **Court Reporter:** Ana Dub |

## PROCEEDINGS

**Further Status Conference – held.**

**The parties outlined to the Court their outstanding issues re: Protective Order.**

**CASE CONTINUED TO: September 25, 2019 at 2:15 PM for Further Status Conference**

---

**EXCLUDABLE DELAY:**
Category: Preparation of Counsel
Begins: August 7, 2019
Ends: September 25, 2019