UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** September 17, 2019    **Time:** 10:30 – 10:50    **Judge:** MAXINE M. CHESNEY
= 20 minutes

**Case No.:** 18-cr-00465-MMC-1    **Case Name:** UNITED STATES v. United Microelectronics Corporation
Fujian Jinhua Integrated Circuit

**Attorney for Plaintiff:** John Hemann and Nicholas Hunter
**Attorney for Defendant United Microelectronics:** Leslie Caldwell and Wistar Wilson
**Attorney for Defendant Fujian Jinhua Integrated Circuit:** Christine Wong

**Deputy Clerk:** Tracy Geiger                **Not Reported or Recorded**

**PROCEEDINGS**

**Telephone Conference re: Stipulation and Proposed Order (Dkt. 63) – held.**

**After conferring with the Court, the parties agreed to the following amended schedule:**

**Government's Motion for Protective Order due September 11, 2019 (already filed)**

**Micron Technology's brief due September 18, 2019.**

**Defendant United Microelectronic's combined response to Government's motion and Micron Technology's brief due September 25, 2019.**

**Defendant Fujian Jinhua Integrated Circuit's combined response to Government's motion and Micron Technology's brief due September 25, 2019.**

**Government's combined reply to United Microelectronic's and Fujian Jinhua Integrated Circuit's responses due September 27, 2019.**

**CASE CONTINUED TO: October 9, 2019 at 2:15 p.m. for hearing on Government's Motion for Protective Order (Dkt. 62)/ Further Status Conference**

**Note: Government counsel to advise Micron Technology of above schedule changes.**