UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** October 23, 2019   **Time:** 2:44 – 3:52   **Judge:** MAXINE M. CHESNEY

= 1 hour 8 minutes

**Case No.:** 18-cr-00465-MMC-1   **Case Name:** UNITED STATES v. United Microelectronics Corporation

Fujian Jinhua Integrated Circuit

**Attorney for Plaintiff:** John Hemann
**Attorney for Defendant (UMC):** Leslie Caldwell
**Attorney for Defendant (Jinhua):** Christina Wong
**Attorney for Micron:** Neal Stephens

**Deputy Clerk:** Tracy Geiger   **Court Reporter:** Jo Ann Bryce
**Interpreter:** N/A   **Probation Officer:** N/A

### PROCEEDINGS

**United States' Motion for Protective Order (Dkt. No. 62) – Granted, with modifications as stated on the record.**

**Counsel for defendant Jinhua to submit proposed Protective Order by November 1, 2019.**

**Further Status Conference – held.**

**CASE CONTINUED TO: December 18, 2019 at 2:15 PM for Scheduling Conference**

**EXCLUDABLE DELAY:**
Category: Preparation of Counsel
Begins: October 23, 2019
Ends: December 18, 2019