UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** December 18, 2019  **Time:** 9:33 – 9:43  **Judge:** MAXINE M. CHESNEY
= 10 minutes

**Case No.:** [18-cr-00465-MMC-1](#)  **Case Name:** UNITED STATES v. United Microelectronics Corporation
Fujian Jinhua Integrated Circuit

**Attorney for Plaintiff: Laura Vartain Horn**
**Attorney for Defendant (United Microelectronics): Leslie Caldwell**
**Attorney for Defendant (Fujian Jinhua): Christine Wong**

| | |
|---|---|
| **Deputy Clerk:** Tracy Geiger | **Court Reporter:** Ruth Ekhaus |
| **Interpreter:** N/A | **Probation Officer:** N/A |

## PROCEEDINGS

Further Status Conference – held.

Government counsel is continuing to produce (voluminous) discovery to defense.

**CASE CONTINUED TO: February 12, 2020 at 2:15 pm for Further Status Conference**

**EXCLUDABLE DELAY:**
Category: Preparation of Counsel
Begins: December 18, 2019
Ends: February 12, 2020