UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** February 12, 2020 | **Time:** 2:19 – 2:34 = 15 minutes | **Judge:** MAXINE M. CHESNEY |
| **Case No.:** [18-cr-00465-MMC-1](18-cr-00465-MMC-1) | **Case Name:** UNITED STATES v. United Microelectronics Corporation / Fujian Jinhua Integrated Circuit | |

**Attorney for Plaintiff:** Laura Vartain Horn
**Attorney for Defendant (UMC):** Leslie Caldwell
**Attorney for Defendant (Fujian Jinhua):** Christine Wong

| | |
|---|---|
| **Deputy Clerk:** Tracy Geiger | **Court Reporter:** Ruth Ekhaus |
| **Interpreter:** N/A | **Probation Officer:** N/A |

## PROCEEDINGS

**Further Status Conference – held.**

**Counsel informed the Court that over 300,000 pages of discovery has been produced.**

**CASE CONTINUED TO: April 15, 2020 at 2:15 pm for Scheduling Conference**

---

**EXCLUDABLE DELAY:**
Category: Preparation of Counsel
Begins: February 12, 2020
Ends: April 15, 2020