JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
LANCE A. ETCHEVERRY (SBN 199916)
Lance.Etcheverry@skadden.com
MICHELLE KAO (SBN 322758)
Michelle.Kao@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED
CIRCUIT CO., LTD.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 3:18-cr-00465-MMC |
| Plaintiff, | **NOTICE OF APPEARANCE OF JACK P. DICANIO** |
| v. | |
| UNITED MICROELECTRONICS CORPORATION, et al., | |
| Defendants. | |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jack P. DiCanio of Skadden, Arps, Slate, Meagher & Flom LLP, who is admitted to practice before this Honorable Court, hereby enters his appearance as counsel of record for Defendant Fujian Jinhua Integrated Circuit Co., Ltd. in the above-captioned matter, and requests that he be electronically notified of all future pleadings at: Jack.DiCanio@skadden.com.

DATED:  June 24, 2020

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  */s/ Jack P. DiCanio*
JACK P. DICANIO
*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.