1  JACK P. DICANIO (SBN 138782)
   Jack.DiCanio@skadden.com
2  LANCE A. ETCHEVERRY (SBN 199916)
   Lance.Etcheverry@skadden.com
3  MICHELLE KAO (SBN 322758)
   Michelle.Kao@skadden.com
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue
5  Palo Alto, California 94301
   Telephone: (650) 470-4500
6  Facsimile:  (650) 470-4570

7  MATTHEW E. SLOAN (SBN 165165)
   Matthew.Sloan@skadden.com
8  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
9  Los Angeles, California 90071-3144
   Telephone: (213) 687-5000
10 Facsimile:  (213) 687-5600

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED
CIRCUIT CO., LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 3:18-cr-00465-MMC |
| Plaintiff, | **NOTICE OF APPEARANCE OF MICHELLE KAO** |
| v. | |
| UNITED MICROELECTRONICS CORPORATION, et al., | |
| Defendants. | |

NOTICE OF APPEARANCE OF MICHELLE KAO                                   Case No. 3:18-cr-00465-MMC

1 | TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2 | PLEASE TAKE NOTICE that Michelle Kao of Skadden, Arps, Slate, Meagher & Flom

3 | LLP, who is admitted to practice before this Honorable Court, hereby enters her appearance as

4 | counsel of record for Defendant Fujian Jinhua Integrated Circuit Co., Ltd. in the above-captioned

5 | matter, and requests that she be electronically notified of all future pleadings at:

6 | Michelle.Kao@skadden.com.

8 | DATED: June 24, 2020

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  _____*/s/ Michelle Kao*_____
MICHELLE KAO
*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.