UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** July 8, 2020          **Time:** 2:15 – 2:26          **Judge:** MAXINE M. CHESNEY

**Case No.**: 18-cr-00465-MMC-1     **Case Name:** UNITED STATES v. United Microelectronics Corporation
                                                                    Fujian Jinhua Integrated Circuit

**Attorney for Plaintiff:** Laura Vartain Horn
**Attorney for Defendant (UMC):** Leslie Caldwell
**Attorney for Defendant (Fujian Jinhua):** Christine Wong, Jack DiCanio

**Deputy Clerk:** Tracy Geiger          **Court Reporter:** Debra Pas

## PROCEEDINGS

**Status Conference – held telephonically.**

**CASE CONTINUED TO: September 9, 2020 at 2:15 pm for: Motion and Trial Setting Conference**

---

**EXCLUDABLE DELAY:**
Category: Preparation of Counsel
Begins: July 8, 2020
Ends: September 9, 2020