UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** April 1, 2021     **Time:** 10:03 – 10:24     **Judge:** MAXINE M. CHESNEY
= 21 minutes

**Case No**: 18-cr-00465-MMC-2     **Case Name:** United States v. Fujian Jinhua Integrated Circuit, Co. Ltd.

**Attorney for Plaintiff:** Laura Vartain Horn, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Matthew Sloan

**Deputy Clerk:** Tracy Geiger     **Court Reporter:** Ana Dub

# PROCEEDINGS

**Telephone Conference re: Stipulation to Continue Trial and Related Dates – held.**

**Parties to submit a proposed pretrial schedule no later than April 7, 2021.**

**Proposed schedule to include discovery, motion in limine schedule and pretrial conference.**

**CASE CONTINUED TO: February 14, 2022 for Jury Selection/Jury Trial (3-8 weeks)**

---

**EXCLUDABLE DELAY:**
Category: Preparation of Counsel
Begins: September 30, 2020  (See: Minutes, Dkt. 130; Reporter's Transcript, Dkt. 136, Page 22)
Ends: February 14, 2022