# EXHIBIT 7

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**