1  JACK P. DICANIO (SBN 138782)
   Jack.DiCanio@skadden.com
2  MICHELLE KAO (SBN 322758)
   Michelle.Kao@skadden.com
3  OLIVIA L. VADEN (SBN 334405)
   Olivia.Vaden@skadden.com
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue
5  Palo Alto, California 94301
   Telephone:   (650) 470-4500
6  Facsimile:   (650) 470-4570

7  MATTHEW E. SLOAN (SBN 165165)
   Matthew.Sloan@skadden.com
8  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
9  Los Angeles, California 90071-3144
   Telephone:   (213) 687-5000
10 Facsimile:   (213) 687-5600

11 *Attorneys for Defendant*
   FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION et al.,<br><br>Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT FUJIAN JINHUA'S RENEWED AND AMENDED MOTION FOR A BILL OF PARTICULARS (Dkt. 164); [PROPOSED] ORDER**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 14, 2022 |
|---|---|

## **JOINT STIPULATION**

Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") and the United States (collectively, the "Parties"), by and through their undersigned counsel, stipulate to the following and respectfully request the Court to enter an order regarding the following proposed briefing and hearing schedule for Jinhua's Renewed and Amended Motion for a Bill of Particulars (Dkt. 164):

1  WHEREAS, on May 5, 2021, Jinhua filed its Renewed and Amended Motion for Bill of Particulars ("Motion") (Dkt. 164);

2  WHEREAS, pursuant to Criminal Local Rule 47-2(d), the United States' deadline to oppose or otherwise respond to the Motion would be May 12, 2021;

3  WHEREAS, the parties have agreed to extend the United States' deadline to file its opposition or otherwise respond to Jinhua's Motion from May 12, 2021 to May 26, 2021, and have further agreed to extend Jinhua's deadline to file a reply brief in support of its Motion to June 9, 2021;

4  WHEREAS, the parties further agreed to set the hearing date on Jinhua's Motion for June 16, 2021, subject to the Court's availability;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Jinhua and the United States, as follows:

1. That the deadline for the government to file any opposition to Jinhua's Motion be extended to May 26, 2021;

2. That the deadline for Jinhua to file any reply brief in support of Jinhua's Motion be extended to June 9, 2021;

3. That, subject to the Court's availability, the hearing on Jinhua's Motion should be held on June 16, 2021; and

4. Nothing herein shall be deemed to constitute a waiver of any rights, claims, defenses, motions, or objections that a party may have or make with respect to the claims set forth in this action.

WHEREFORE, Jinhua and the United States respectfully request that the Court enter this Stipulation and the [Proposed] Order below setting an extended briefing schedule.

SO STIPULATED AND AGREED.

Dated: May 7, 2021                    Respectfully Submitted,

/s/ Matthew E. Sloan
JACK P. DICANIO
MATTHEW E. SLOAN
Attorney for Defendant
Fujian Jinhua Integrated Circuit Co. Ltd.

STEPHANIE M. HINDS
Acting United States Attorney

JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE AND [PROPOSED] ORDER
3:18-CR-00465 MMC                    2

1
2
3   In compliance with Local Civil Rule 5-1(i)(3), I, Matthew E. Sloan, attest that Laura Vartain Horn has concurred in this filing.

   /s/ Laura Vartain Horn
LAURA VARTAIN HORN
Assistant United States Attorneys

NICHOLAS O. HUNTER
STEPHEN MARZEN
Trial Attorneys, National Security Division

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE AND [PROPOSED] ORDER
3:18-CR-00465 MMC                              3

# [PROPOSED] ORDER

Good cause appearing, as set forth in the parties' Joint Stipulation, the Court hereby sets the following extended briefing schedule for defendant Fujian Jinhua Integrated Circuit Co., Ltd.'s ("Jinhua") Renewed and Amended Motion for a Bill of Particulars (Dkt. 164):

| Event | Date |
|---|---|
| United States' deadline to oppose or otherwise respond to Jinhua's Motion | May 26, 2021 |
| Jinhua's deadline to file reply in support of its Motion | June 9, 2021 |
| Hearing on Jinhua's Motion | June 16, 2021 |

**IT IS SO ORDERED.**

Dated:

_____
MAXINE M. CHESNEY
United States Senior District Judge