IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-cr-00465-MMC-2 |
| Plaintiff, | |
| v. | **ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPIES** |
| FUJIAN JINHUA INTEGRATED CIRCUIT, CO. LTD., | |
| Defendant. | |

On May 5, 2021, defendant filed its "Renewed and Amended Motion for Bill of Particulars," as well a declaration in support thereof, to which declaration defendant has attached numerous exhibits.

Given the large number of pages comprising said filings, defendant is hereby DIRECTED to submit forthwith a chambers copy of each of the above-referenced documents. See General Order No. 72-6 (suspending local rules requiring chambers copies "unless a judge orders otherwise in a specific case").

**IT IS SO ORDERED.**

Dated: May 7, 2021

MAXINE M. CHESNEY
United States District Judge