JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY A. REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:    (650) 470-4500
Facsimile:    (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:    (213) 687-5000
Facsimile:    (213) 687-5600

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED MICROELECTRONICS CORPORATION et al.,<br><br>　　　　　　　　　Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**JOINT STIPULATION SETTING DEADLINE FOR THE UNITED STATES TO MAKE LOCAL RULE 16-1(C) SUPPLEMENTAL DISCLOSURES; [PROPOSED] ORDER**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 14, 2022 |

1  Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") and the United States (collectively, the "Parties"), by and through their undersigned counsel, stipulate to the following and respectfully request the Court to enter the proposed order below setting the date for the United States' Supplemental Disclosures pursuant to Local Criminal Rule 16-1(c):

WHEREAS, pursuant to Local Rule 16-1, "in order to expedite the trial of the case," the government shall make supplemental disclosures about (1) the existence of electronic surveillance; and the government's intent to use or introduce (2) testimony from informants; (3) evidence of other crimes, wrongs or bad acts under Fed. R. Evid. 404(b); and (4) alleged co-conspirators' statements, pursuant to Fed. R. Evid. 801(d)(2)(E), on a schedule established by the parties or by the assigned Court (*see* Crim. L.R. 16-1(b), (c));

WHEREAS, the current case scheduling order sets no date for the United States to make its Local Rule 16-1(c) supplemental disclosures (Dkts. 160, 161);

WHEREAS, the parties have agreed that the United States will provide its Local Rule 16-1(c) supplemental disclosures on November 1, 2021;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Jinhua and the United States, that the deadline for the United States to make its Local Rule 16-1(c) supplemental disclosures is November 1, 2021.

SO STIPULATED AND AGREED.

Dated: May 21, 2021                                    Respectfully Submitted,

/s/ Matthew E. Sloan
JACK P. DICANIO
MATTHEW E. SLOAN
Attorney for Defendant
Fujian Jinhua Integrated Circuit Co. Ltd.

In compliance with Local Civil Rule 5-1(i)(3), I, Matthew E. Sloan, attest that Laura Vartain Horn has concurred in this filing.

STEPHANIE M. HINDS
Acting United States Attorney

/s/ Laura Vartain Horn
LAURA VARTAIN HORN
Assistant United States Attorneys
NICHOLAS O. HUNTER
STEVEN MARZEN
Trial Attorneys, National Security Division

JOINT STIPULATION SETTING DEADLINE FOR UNITED STATES'   CASE NO.: 3:18-cr-00465-MMC
RULE 16-1(C) SUPPLEMENTAL DISCLOSURES AND [PROPOSED] ORDER

# [PROPOSED] ORDER

Good cause appearing, as set forth in the parties' Joint Stipulation, the Court hereby sets the following date for the United States' Local Rule 16-1(c) Supplemental Disclosures:

| Event | Date |
|---|---|
| United States' production of Criminal Local Rule 16-1(c) supplemental disclosures | November 1, 2021 |

**IT IS SO ORDERED.**

Dated:

_____
MAXINE M. CHESNEY
United States Senior District Judge