UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** June 23, 2021  **Time:** 2:17 – 3:14  **Judge:** MAXINE M. CHESNEY
= 57 minutes

**Case No.:** 18-cr-00465-MMC-2  **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit

**Attorney for Plaintiff:** Laura Vartain Horn, Nicholas Hunter
**Attorney for Defendant:** Jack DiCanio, Matthew Sloan

**Deputy Clerk:** Tracy Geiger                **Court Reporter:** Marla Knox

### PROCEEDINGS

Hearing held by video conference (Zoom webinar).

Defendant's Renewed and Amended Motion for Bill of Particulars – Granted in part/Denied in part.

Court to issue an order.