1  JACK P. DICANIO (SBN 138782)
   Jack.DiCanio@skadden.com
2  MICHELLE KAO (SBN 322758)
   Michelle.Kao@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue
4  Palo Alto, California 94301
   Telephone:    (650) 470-4500
5  Facsimile:    (650) 470-4570

6  MATTHEW E. SLOAN (SBN 165165)
   Matthew.Sloan@skadden.com
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
8  Los Angeles, California 90071-3144
   Telephone:    (213) 687-5000
9  Facsimile:    (213) 687-5600

10 *Attorneys for Defendant*
   FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO.: 3:18-cr-00465-MMC |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE FOR THIRD-PARTY MICRON TECHNOLOGY, INC'S MOTION TO MODIFY AND QUASH (Dkt. 187); [PROPOSED] ORDER** |
| v. | |
| UNITED MICROELECTRONICS CORPORATION et al., | |
| Defendants. | Judge: The Honorable Maxine M. Chesney<br>Hearing Date: July 21, 2021<br>Time: 2:15 p.m.<br>Trial Date: February 14, 2022 |

## **JOINT STIPULATION**

Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") and third-party Micron Technology, Inc. ("Micron"), by and through their undersigned counsel, stipulate to the following and respectfully request the Court to enter an order regarding the following proposed briefing and hearing schedule for Micron's Motion to Modify and Quash (Dkt. 187):

JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE AND [PROPOSED] ORDER
3:18-CR-00465 MMC                                    1

1  WHEREAS, on June 21, 2021, Micron filed its Motion to Modify and Quash ("Motion") (Dkt. 187);

2  WHEREAS, pursuant to Criminal Local Rule 47-2(d), Jinhua's deadline to oppose or otherwise respond to the Motion would be June 28, 2021;

3  WHEREAS, the parties have agreed to extend Jinhua's deadline to file its opposition or otherwise respond to Micron's Motion from June 28, 2021 to July 2, 2021, and have further agreed to extend Micron's deadline to file a reply brief in support of its Motion to July 12, 2021;

4  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Jinhua and Micron, as follows:

1. That the deadline for Jinhua to file any opposition to Micron's Motion be extended to July 2, 2021;

2. That the deadline for Micron to file any reply brief in support of its Motion be extended to July 12, 2021; and

3. Nothing herein shall be deemed to constitute a waiver of any rights, claims, defenses, motions, or objections that a party may have or make with respect to the claims set forth in this action.

WHEREFORE, Jinhua and Micron respectfully request that the Court enter this Stipulation and the [Proposed] Order below setting an extended briefing schedule.

SO STIPULATED AND AGREED.

Dated: June 24, 2021                    Respectfully Submitted,

/s/ Matthew E. Sloan
JACK P. DICANIO
MATTHEW E. SLOAN
Attorney for Defendant
Fujian Jinhua Integrated Circuit Co. Ltd.

In compliance with Local Civil Rule 5-1(i)(3), I, Matthew E. Sloan, attest that Neal J. Stephens has concurred in this filing.

/s/ Neal J. Stephens
NEAL J. STEPHENS
Counsel for Third-Party
Micron Technology, Inc.

JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE AND [PROPOSED] ORDER
3:18-CR-00465 MMC                    2

# [PROPOSED] ORDER

Good cause appearing, as set forth in defendant Fujian Integrated Circuit Co., Ltd's ("Jinhua") and third-party Micron Technology, Inc.'s ("Micron") Joint Stipulation, the Court hereby sets the following extended briefing schedule for Micron's Motion to Modify and to Quash ("Motion") (Dkt. 187):

| Event | Date |
| --- | --- |
| Jinhua's deadline to oppose or otherwise respond to Micron's Motion | July 2, 2021 |
| Micron's deadline to file reply in support of its Motion | July 12, 2021 |

**IT IS SO ORDERED.**

Dated:

_____
MAXINE M. CHESNEY
United States Senior District Judge

JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE AND [PROPOSED] ORDER
3:18-CR-00465 MMC                              3