UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** July 21, 2021   **Time:** 3:15 – 4:49   **Judge:** MAXINE M. CHESNEY
= 1 hour 34 minutes

**Case No.**: 18-cr-00465-MMC-2   **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co. Ltd.

**Attorney for Plaintiff:** Laura Vartain Horn
**Attorney for Defendant:** Jack Di Canio and Matthew Sloan
**Attorney for Micron Technology:** Neal Stephens

**Deputy Clerk:** Tracy Geiger   **Court Reporter:** Ana Dub

## PROCEEDINGS

**Micron Technology's Motion to Quash –  Granted in part/Denied in part, (court order to follow).**