JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY A. REITMEIER (SBN 305512)
Emily.Reitmeier.skadden.com
OLIVIA L. VADEN (SBN 334405)
Olivia.Vaden@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:   (650) 470-4500
Facsimile:   (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION et al.,<br><br>Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**JOINT STIPULATION AMENDING DEADLINE FOR PARTIES TO MAKE RULE 16 EXPERT WITNESS DISCLOSURES; [PROPOSED] ORDER**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 14, 2022 |

Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") and the United States (collectively, the "Parties"), by and through their undersigned counsel, stipulate to the following and respectfully request the Court to enter an order amending the date for the Parties' expert witness disclosures, pursuant to Rule 16 of the Federal Rules of Criminal Procedure:

1  WHEREAS, on April 9, 2021, the Parties stipulated that Jinhua's expert witness disclosures should be due on August 13, 2021 and the United States' rebuttal expert disclosures should be due on September 10, 2021 (Dkt. 159);

WHEREAS, on April 13, 2021, the Court entered the Parties' Proposed Order adopting the current case schedule, including the above-mentioned deadlines for Jinhua's expert disclosures and the United States' rebuttal expert disclosures (Dkt. 160 at 7);

WHEREAS, due to intervening circumstances, Jinhua has indicated that it needs additional time to complete its expert disclosures and the United States has agreed to Jinhua's requested extension, providing that Jinhua agrees to a short extension of the government's rebuttal expert deadline;

WHEREAS, the Parties have agreed that Jinhua's expert witness disclosures, pursuant to Rule 16(b)(1)(C), should now be due on September 10, 2021, and the United States' rebuttal expert witness disclosures should now be due on October 15, 2021; and

WHEREAS, Jinhua and the United States do not believe that this brief extension of the expert disclosure deadlines will delay the pre-trial schedule or the current trial date;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Jinhua and the United States, that:

1. The deadline for Jinhua's expert witness disclosures, pursuant to Rule 16(b)(1)(C), should be moved to September 10, 2021; and

2. The deadline for the United States to make its rebuttal expert disclosures to Jinhua should be moved to October 15, 2021.

SO STIPULATED AND AGREED.

Dated: July 23, 2021                    Respectfully Submitted,

*/s/ Matthew E. Sloan*
JACK P. DICANIO
MATTHEW E. SLOAN
EMILY A. REITMEIER
OLIVIA L. VADEN
*Attorneys for Defendant*
Fujian Jinhua Integrated Circuit Co. Ltd.

1
2
3  In compliance with Local Civil Rule 5-1(i)(3), I, Matthew E. Sloan, attest that Laura Vartain Horn has concurred in this filing.
4
5
6

STEPHANIE M. HINDS
Acting United States Attorney

 */s/ Laura Vartain Horn*
LAURA VARTAIN HORN
Assistant United States Attorneys
NICHOLAS O. HUNTER
STEPHEN J. MARZEN
Trial Attorneys, National Security Division

3

JOINT STIPULATION AMENDING DEADLINE FOR EXPERT WITNESS DISCLOSURES PURSUANT TO RULE 16 AND [PROPOSED] ORDER
CASE NO. 3:18-cr-00465-MMC

# [PROPOSED] ORDER

Good cause appearing, as set forth in the parties' Joint Stipulation, the Court hereby sets the following amended dates for the Parties' expert witness disclosures, pursuant to Rule 16 of the Federal Rules of Criminal Procedure:

| Event | Date |
|---|---|
| Jinhua's Expert Witness Disclosure, pursuant to Rule 16(b)(1)(C) | September 10, 2021 |
| United States' Rebuttal Expert Witness Disclosures | October 15, 2021 |

The remaining dates set in the Court's Pre-Trial Order (Dkt. 160) remain in effect.

**IT IS SO ORDERED.**

Dated:

                                                MAXINE M. CHESNEY
                                     United States Senior District Judge