United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

UNITED MICROELECTRONICS
CORPORATION, et al.,

Defendants.

Case No.  18-cr-00465-MMC-1

**ORDER GRANTING IN PART AND
DENYING IN PART MICRON
TECHNOLOGY, INC.'S MOTION TO
MODIFY AND QUASH**

Before the Court is Micron Technology, Inc.'s ("Micron") "Motion to Modify and Quash," filed June 21, 2021.  Defendant Fujian Jinhua Integrated Circuit Co., Inc. ("Jinhua") has filed opposition, to which Micron has replied.  The matter came on regularly for hearing on July 21, 2021.  Neal J. Stephens of Jones Day appeared on behalf of Micron.  Jack P. DiCanio and Matthew E. Sloan of Skadden, Arps, Slater, Meagher & Flom LLP appeared on behalf of Jinhua.

The Court having read and considered the parties' respective written submissions, and having considered the oral arguments made at the hearing, the motion, for the reasons stated on the record at the hearing, is hereby GRANTED in part and DENIED in part as follows:

1.  With respect to Request 1, the motion is GRANTED, with the limited exception that, to the extent Micron Memory Taiwan Co., Ltd. ("MMT") has handbooks that were in effect during the time period October 1, 2015 through September 27, 2018, and that have not already been produced, the motion is DENIED.

2. With respect to Requests 2-5 and 7, the motion is GRANTED, with the limited exception that, to the extent MMT has employment contracts and other documents that

1   were in effect during the time period October 1, 2015 through September 27, 2018, are of

2   the same nature as those already produced, and, to date, have not been produced, the

3   motion is DENIED.

4        3.  With respect to Requests 6 and 8-22, the motion is GRANTED.

5   **IT IS SO ORDERED.**

6

7   Dated: July 23, 2021

8                                                             MAXINE M. CHESNEY
                                                              United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28