STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
NICHOLAS WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    laura.vartain@usdoj.gov
    nicholas.walsh@usdoj.gov

NICHOLAS O. HUNTER (DCBN 1022355)
STEPHEN MARZEN (NYBN 2007094)
Trial Attorneys, National Security Division

    950 Pennsylvania Ave., NW
    Washington, DC 20530
    Tel: (202) 353-3434
    Fax: (202) 233-2146
    nicholas.hunter@usdoj.gov
    stephen.marzen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION, et al.<br><br>    Defendants. | Case No. 3:18-CR-00465 MMC<br><br>**JOINT STIPULATION AMENDING DEADLINES FOR PARTIES TO MAKE CERTAIN RULE 16 EXPERT WITNESS DISCLOSURE AND RELATED DAUBERT MOTIONS AND [**~~PROPOSED~~**] ORDER**<br><br>Judge: The Honorable Maxine M. Chesney<br>Courtroom: 7, 19th Floor<br>Trial Date: February 14, 2022 |

JOINT STIPULATION AMENDING DEADLINES FOR CERTAIN EXPERT WITNESS DISCLOSURES PURSUANT TO RULE 16 AND RELATED DAUBERT MOTIONS AND [PROPOSED] ORDER
3:18-CR-00465 MMC          1

The United States and defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") (collectively, the "Parties"), by and through their undersigned counsel, stipulate to the following and respectfully request the Court to enter an order amending the date for the United States' rebuttal labor-law expert witness disclosure, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and amending the deadline for labor-law expert Daubert motions:

WHEREAS, on July 23, 2021, the Parties stipulated that Jinhua's expert witness disclosures should be extended to be due on September 10, 2021 and the United States' rebuttal expert disclosures should be extended to be due on October 15, 2021 (Dkt. 207);

WHEREAS, on July 26, 2021, the Court entered the Parties' Proposed Order adopting the current case schedule, including the above-mentioned deadlines for Jinhua's expert disclosures and the United States' rebuttal expert disclosures (Dkt. 209 at 4);

WHEREAS, on September 8, 2021, the Court entered the Parties' Proposed Order amending the deadline for Jinhua to disclose its foundry/industry expert to October 22, 2021; for the United States to disclose its rebuttal to that disclosure on November 29, 2021; and for related Daubert motions with respect to the parties' foundry experts to December 6, 2021 (Dkt. 216);

WHEREAS, the United States has requested additional time to submit its rebuttal expert disclosure with respect to Jinhua's labor-law expert, Professor Jiang Ying;

WHEREAS, Jinhua has agreed to the United States' requested extension, providing that the United States agrees to a short extension of Jinhua's deadline for any Daubert motion as to that rebuttal expert;

WHEREAS, the Parties have agreed that the Government's rebuttal labor-law expert witness disclosure, pursuant to Rule 16(a)(1)(G), should now be due on November 15, 2021, and the Parties' Daubert motions as to labor-law experts should now be due on December 6, 2021;

WHEREAS, the Parties stipulate and agree that the stipulation above does not change the disclosure dates for any other expert witnesses or Daubert motions (the latter of which are due on December 1, 2021 except for the Daubert motion with respect to the parties' foundry/industry experts (Dkt. 160 at 3) which are due on December 6, 2021);

1   WHEREAS, the Parties have agreed not to change the opposition or reply briefing schedule dates for any Daubert motions; and

2   WHEREAS, Jinhua and the United States do not believe that this brief extension of the labor-law rebuttal expert disclosure deadline and Daubert motions for labor-law experts will delay the pre-trial schedule or the current trial date;

3   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Jinhua and the United States, that:

1. The deadline for the United States to make its rebuttal expert disclosures to Jinhua's labor-law expert should be moved to November 15, 2021; and

2. The deadline for Daubert motions on labor-law experts should be moved to December 6, 2021.

SO STIPULATED AND AGREED.

Dated: October 6, 2021                     Respectfully Submitted,

STEPHANIE M. HINDS
Acting United States Attorney

 /s/ Nicholas Walsh
LAURA VARTAIN HORN
NICHOLAS WALSH
Assistant United States Attorneys

NICHOLAS O. HUNTER
STEPHEN MARZEN
Trial Attorneys, National Security Division

 /s/ Matthew E. Sloan
JACK P. DICANIO
MATTHEW E. SLOAN
Attorney for Defendant
Fujian Jinhua Integrated Circuit Co. Ltd.

JOINT STIPULATION AMENDING DEADLINES FOR CERTAIN EXPERT WITNESS DISCLOSURES PURSUANT TO RULE 16 AND RELATED DAUBERT MOTIONS AND [PROPOSED] ORDER
3:18-CR-00465 MMC                     3

# [PROPOSED] ORDER

Good cause appearing, as set forth in the parties' Joint Stipulation, the Court hereby sets the following amended dates for the Parties' expert witness disclosures, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and deadlines for Daubert motions:

| Event | Date |
|---|---|
| United States' Rebuttal Expert Witness Disclosure for Jinhua's Labor-Law Expert | November 15, 2021 |
| Daubert Motions except for DRAM Foundry/Industry Experts and Labor-Law Experts | December 1, 2021 (as scheduled) |
| Daubert Motions for DRAM Foundry/Industry Experts and Labor-Law Experts | December 6, 2021 |

The remaining dates set in the Court's Pre-Trial Order (Dkt. 160) remain in effect.

**IT IS SO ORDERED.**

Dated: October 7, 2021

_____
MAXINE M. CHESNEY
United States Senior District Judge