IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.,<br><br>　　　　Defendant. | Case No. 18-cr-00465-MMC-2<br><br>**ORDER GRANTING IN PART AND DENYING IN PART GOVERNMENT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL; DIRECTIONS TO GOVERNMENT** |

　　　Before the Court is an Administrative Motion to File Under Seal, filed October 19, 2021, whereby the government seeks leave to file under seal eight exhibits offered in support of its "Motion in Limine for an Order Finding Evidence Obtained from Taiwan Authentic." Having read and considered the motion, the Court rules as follows:

　　　1. To the extent the motion seeks an order allowing the government to file under seal Exhibits C, E, F, G, H, I, and L, the motion is hereby GRANTED, and said exhibits shall remain under seal.

　　　2. To the extent the motion seeks an order allowing the government to file under seal Exhibit J:

　　　　　a. the motion is hereby GRANTED as to pages 42-45 and pages 50-52;

　　　　　b. the motion is hereby DENIED as to pages 46-49, pages 53-59, and pages 96-97,[1] and the government is hereby DIRECTED to file in the public record, no later than

---

[1] Although the government states said material was designated confidential in a related civil case, the cited pages were filed in the public record in that case and without opposition from any party thereto. (See Micron Technology, Inc. v. United Microelectronics Corp., Case No. 17-cv-06932 MMC, Doc. No. 233-3.)

seven days from the date of this order, a redacted version of Exhibit J consistent with the above findings.

**IT IS SO ORDERED.**

Dated: October 27, 2021

MAXINE M. CHESNEY
United States District Judge