1
2
3
4
5
6
7
8
9
10
11
12
13
14

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>UNITED MICROELECTRONICS CORPORATION, et al.,<br><br>                    Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S MOTION *IN LIMINE* NO. 1 TO PARTIALLY EXCLUDE THE EXPERT TESTIMONY OF DR. THOMAS W. DYER**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 14, 2022<br><br>Hearing Date: January 18, 2022<br>Hearing Time: 10:00 a.m. |

# [PROPOSED] ORDER

Having read and considered Defendant Fujian Integrated Circuit Co., Ltd.'s ("Jinhua") Motion *in Limine* No. 1 to Partially Exclude the Expert Testimony of Dr. Thomas W. Dyer ("Motion"), the papers filed in support thereof, the Declaration of Matthew E. Sloan, and the exhibits attached thereto, and any argument on the application, IT IS HEREBY ORDERED that Jinhua's Motion *in Limine* No. 1 is GRANTED and that Dr. Thomas W. Dyer is precluded from offering an opinion regarding whether various information constitutes Micron's alleged trade secrets and whether Jinhua misappropriated Micron's trade secrets.

**IT IS SO ORDERED.**

DATED: _____    _____
                                                                  Honorable Maxine M. Chesney
                                                                United States District Court Judge

Respectfully submitted by:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:       */s/Jack P. DiCanio*
            JACK P. DICANIO
            MATTHEW E. SLOAN
            EMILY REITMEIER
            *Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

1

**[PROPOSED] ORDER GRANTING JINHUA'S MOT. *IN LIMINE* NO. 1 TO EXCLUDE THE EXPERT TESTIMONY OF DR. THOMAS W. DYER**     **CASE NO.: 3:18-cr-00465-MMC**