JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:    (650) 470-4500
Facsimile:    (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:    (213) 687-5000
Facsimile:    (213) 687-5600

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED MICROELECTRONICS<br>CORPORATION, et al.,<br><br>                Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**DECLARATION OF MATTHEW E. SLOAN IN SUPPORT OF DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE THE EXPERT TESTIMONY OF DR. ADAM M. SEGAL**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 14, 2022<br><br>Hearing Date: January 18, 2022<br>Hearing Time: 10:00 a.m. |

1

## DECLARATION OF MATTHEW E. SLOAN

2    I, Matthew E. Sloan declare and state as follows:

3    1.    I am a partner at Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for

4    Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua").  I am an attorney licensed to practice

5    law in the State of California and before this Court.  I submit this declaration in support of Jinhua's

6    Motion *In Limine* No. 2 for an Order To Exclude The Expert Testimony Of Dr. Adam M. Segal (the

7    "Motion").  This declaration is based upon my personal knowledge, and, if called to testify, I could

8    and would do so competently as to the matters set forth herein.

9    2.    Attached hereto as Exhibit A is a true and correct copy of the Expert Witness

10    Disclosure of Dr. Adam M. Segal ("Expert Disclosure"), exclusive of any attached exhibits.

11    I declare under penalty of perjury under the laws of the United States that the foregoing is

12    true and correct.  Executed on this 1st day of December, 2021 in Los Angeles, California.

13

14    By: _____*/s/ Matthew E. Sloan*_____
              Matthew E. Sloan

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MATTHEW E. SLOAN ISO JINHUA'S MOTION IN LIMINE
NO. 2 TO EXCLUDE THE EXPERT TESTIMONY OF DR. ADAM M. SEGAL

CASE NO.: 3:18-cr-00465-MMC