# EXHIBIT A

# Adam M. Segal

Council on Foreign Relations
58 East 68th Street
New York, New York 10021
Phone: (O) 212-434-9745; (M) 617-877-7568
Email: asegal@cfr.org; adamsegal.home@gmail.com

Internationally recognized expert and author on Chinese technology policy and the politics of cyberspace, with connections in business, government, and academia in the United States, China, Australia, India, and Europe. I direct an influential cybersecurity initiative and have advised the U.S. government and Fortune 500 corporations on Chinese innovation and technology strategy.

## **Experience**

Council on Foreign Relations, New York, New York

    2014-        Director, Digital and Cyberspace Policy Program

    2003-        Maurice R. Greenberg Senior Fellow in China Studies

    2001-2003   Olin Fellow, Asia Studies

Union of Concerned Scientists, Cambridge, Massachusetts

    1999- 2001   Arms Control Analyst, China Project

## **Books**

*The Hacked World Order: How Nations Fight, Trade, Maneuver, and Manipulate in the Digital Age,* PublicAffairs, 2016 (revised paperback 2017)

*Advantage: How American Innovation Can Overcome the Asian Challenge,* W.W. Norton & Company, 2011 (paperback 2013)

*Digital Dragon: High Technology Enterprises in China*, Cornell University Press, 2003 (paperback 2010)

**Selected Articles and Reports**

"China's Pursuit of Cyberpower," Asia Policy, April 2020

"The Coming Tech Cold War With China," Foreign Affairs, September 2020

"China-Russia Cybersecurity Cooperation," New Challenges for the United States, Center for New American Security, February 2020

"A Conflict Without End? The US-China Tech War," *RSIS Commentaries*, October 23, 2019

*Innovation and National Security: Keeping Our Edge,* Council on Foreign Relations Task Force, September 2019 (with James Manyika and William McRaven)

"The Right Way to Deal with Huawei," *Foreign Affairs*, July 11, 2019

"Seizing Core Technologies: China Responds to U.S. Technology Competition," *China Leadership Monitor*, June 1, 2019

*The Encryption Debate in China*, Carnegie Endowment for International Peace, May 30, 2019 (with Lorand Laskai)

*A New Old Threat: Countering the Return of Chinese Industrial Cyber Espionage*, Council on Foreign Relations, December 6, 2018 (with Lorand Laskai)

"Will China Hack the U.S. Midterms?" *New York Times*, October 5, 2018

"When China Rules the Web," *Foreign Affairs*, September/October 2018

*Hacking for Cash*, Australian Strategic Policy Institute, September 25, 2018

"How the tech industry got caught in the Trump-China trade crossfire," *Wired*, July 5, 2018

"Trust Wars: Dangerous Trends in Cyber Conflict," *War on the Rocks*, January 16, 2018 (with Neal Pollard and Matt Devost)

"Net Reach," American Academy in Berlin, September 2017

"The Hacking Wars Are Going to Get Much Worse," *New York Times*, July 31, 2017

"Chinese Cyber Diplomacy in A New Era of Uncertainty," *Aegis Policy Series*, Hoover Institution, June 2017

"Rebuilding Trust Between Silicon Valley and Washington," *Council Special Report*, January 2017

"What's the Future of Chinese Hacking?" *Motherboard*, July 30, 2016

"China, Encryption Policy, and International Influence," *Aegis Paper Series*, Hoover Institution, November 2016

"How to Break the Deadlock over Data Encryption," *Washington Post*, March 13, 2016 (with Alex Grigsby)

*Cyber Conflict After Stuxnet: Essays From the Other Bank of the Rubicon*, (New York: Cyber Conflict Studies Association, 2016) [with Hannah Pitts]

"China Is Watching the FBI-Apple Battle Very Closely," *Defense One*, March 4, 2016

## Congressional Testimony

"China's Alternative Cyber Governance Regime," U.S. China Economic Security Review Commission, March 13, 2020

"Chinese Technology Development and Acquisition Strategy and the U.S. Response," House Subcommittee on Financial Services, Monetary Policy, and Trade, United States House of Representatives, December 12, 2017

"The United States, China, and the Globalization of Science and Technology," Committee on Foreign Affairs, Subcommittee on Oversight and Investigations, United States House of Representatives, 1st Session, 112th Congress, November 2, 2011

"Chinese Technology Policy and American Innovation," U.S.-China Economic and Security Review Commission, June 15, 2011

"Innovation, Espionage, and Chinese Technology Policy," House Foreign Affairs Subcommittee on Oversight and Investigations, United States House of Representatives, 1st Session, 112th Congress, April 15, 2011

"The Civilian High-technology Economy: Where is it heading?" U.S.-China Economic and Security Review Commission, March 16, 2006

## Advisory and Teaching Positions

Board Member, Cyber Conflict Studies Association, November 2010-January 2021

Visiting Fellow, Hoover Institution, Stanford University, June-July 2015

Adjunct Professor, Columbia University, Spring 2016-present

Member of Advisory Board, China Research Center, Japan Science and Technology Agency, 2006-2009

Visiting research scholar at the Institute of Economics and Management, Tsinghua University, Beijing; and Shanghai Academy of Social Sciences, 1995-1998

## Selected Talks and Briefings

Briefings at Office of the Secretary Defense, Defense Science Board, National Intelligence Council, Central Intelligence Agency, Intelligence Science Board, Department of Commerce, State Department, Senate Foreign Affairs Committee, House Foreign Affairs Committee, and US Patent Office.

Invited talks at Aspen Ideas Festival, Conference Board, Global Network Initiative, Information Technology Industry Council, US Chamber of Commerce, and to multiple corporate conferences.

Invited talks at Cornell, Georgia Tech, Harvard, Keio, MIT, North Carolina, NYU, Oxford, Princeton, Stanford, Tel Aviv, Tokyo, and Yale universities.

## Languages

Mandarin Chinese

## **Education**

| | |
|---|---|
| 2000 | Ph.D., Cornell University, Department of Government |
| 1995 | M.A., Cornell University, Department of Government |
| 1993 | M.A.L.D., The Fletcher School of Law and Diplomacy, Tufts University |
| 1990 | B.A., Cornell University, Department of Government, *cum laude* |

USEXPERT_SEGAL-00000005

Fujian Jinhua Integrated Circuit Co.
Adam Segal
Expert Report

I have been asked to testify about: whether Fujian Jinhua Integrated Circuit Company (JHICC) is an instrumentality of the People's Republic of China; what the drivers of Chinese semiconductor policy are; what policies and methods the Chinese government has historically deployed in support of developing a semiconductor industry; and what potential impact Beijing's policies and efforts might have on the global semiconductor industry.

**JHICC is a foreign Instrumentality of PRC**

I am prepared to testify that Fujian Jinhua is an instrumentality of the People's Republic of China because of its ownership structure as well as support from a range of government policies at the national, provincial, and local level. Fujian Jinhua is a fully state-owned project (USD-0000072; USD-0000072), that received initial investment of $5.65 billion from Fujian Electronics & Information Group (FEIG, http://www.feig.com.cn/index.html), a state-owned asset management company and investment platform established by the Fujian Provincial Government in 2014, and the Jinjiang City Energy Investment Group Co., Ltd., a state-owned limited liability company funded by the Jinjiang Finance Bureau (UMCDOJ-03102609; UMCDOJ-03108565).

Fujian Electronics & Information Group provided 57.14 percent of funding (42.16 percent through Fujian Electronics & Information Group and 14.98 percent through an investment entity known as Fujian CDB Jinhua Industrial Equity Investment Partnership that is part of FEIG) and Jinjiang City Energy Investment Group Co., Ltd provided 42.86 percent of funding (UMCDOJ-00179766).

Local officials and former officials had majority control of Fujian Jinhua's board (USD-0000699). Of the nine members, seven were local government officials, two former officials. The chair of the board of directors was Shao Yulong, who also served as chair of Fujian Electronics & Information Group and was a Fujian province governmental official at the time. Other members included city officials from Jinjiang and Quanzhou.

Fujian Jinhua received government funding and preferential support from a number of national and local level plans, including the 13th Five Year Plan (UMCDOJ-00135031), the National IC Fund ($450 million), and the Jinjiang municipal government Safe Chip Industry Investment Fund ($7.46 billion) UMCDOJ-03102106; UMCDOJ-03102107). The National Development and Reform Commission, an agency under the State Council (China's chief administrative authority and highest executive organ), also provided $450 million through a special grant, and two of China's state policy banks, the China Development Bank and the Export Import Bank of China, provided

funding (USD-0000072; USD-0000308). As notes from a board meeting in May 2016 stipulate, Jinhua would be eligible for support under these policies because it was recognized as a state-owned enterprise (UMCDOJ-03102609).

In addition, the provincial and local government offered a range of supporting policies to Jinhua, such as preferential policies for talent recruitment (UMCDOJ-00311409; UMCDOJ-00173442) and the establishment of an Academician and Expert Work Station with Fuzhou University to support research and development (USD-0000072).

Provincial and local government actions are part of the central government's efforts to raise China's science and technology capabilities. While there is a long history of conflict between local and central authorities, the central government in Beijing sets priorities, develops strategy, and wields policy tools to support its goals (Jae Ho Chung, "Studies of Central-Provincial Relations in the People's Republic of China: A Midterm Appraisal," *China Quarterly*, June 1995; Linda Li, "Provincial Discretion and National Power: Investment Policy in Guangdong and Shanghai, 1978-93," *China Quarterly*, December 1997; Segal, *Digital Dragon: High Technology Enterprises in China*, Cornell Press, 2003). Provincial authorities have some room to interpret how they should implement central policy, but Beijing maintains tight political control on what local officials do by determining their future careers and other sanctions. As a result, local officials do not significantly diverge from central economic policy preferences and their actions reinforce Beijing's objectives (Yasheng Huang, *Inflation and Investment Controls in China: The Political Economy of Central-Local Relations During the Reform Era*, Cambridge University Press, 1996).

**JHICC was Part of China's Efforts to Make Its Economy more Innovative and Secure**

Chinese policy makers do not want China to remain "factory to the world" and fear that Chinese firms will be restricted to low-cost, energy- and labor-intensive manufacturing, and dependent on developed economies for advanced technologies (Denis Simon et al, *Innovation in China: Challenging the Global Science and Technology System*, Polity, 2018; James McGregor, *China's Drive for Indigenous Innovation*, U.S. Chamber of Commerce, 2010). They also worry that they will fall behind a new wave of technological discovery driven by breakthroughs in advanced semiconductors, artificial intelligence, quantum information systems, and other emerging technologies. As PRC President and Chinese Communist Party (CCP) General Secretary Xi Jinping reportedly said with the announcement of the Outline of the National Innovation-Driven Development Strategy in 2016, "Our nation is not only facing a rare historic opportunity to catch up and leapfrog ahead but also confronting the serious challenge of a gap that could widen" (Xinhua News Agency, May 19, 2016).

Between 1995 and 2002, China doubled the percentage of its GDP invested in research and development (R&D) from 0.6 percent to 1.2 percent. R&D spending reached 2.1 percent of GDP in 2017 (Normille, "China Narrows U.S. Lead in R&D Spending," *Science*, October 19, 2018; "The Rise of China in Science and Engineering: 2018," National Science Board). China's last five-year

science and technology innovation plan emphasized growing the nation's capacity for independent innovation, and national policy initiatives are aimed expressly at import substitution and industrial upgrading. The first principle of the 2016 National Innovation-Driven Development Strategy is "We must insist on following the path of independent innovation with Chinese characteristics" (http://www.xinhuanet.com/politics/2016-05/19/c_1118898033.htm). The 14th Five-Year Plan (2021-25), guidelines for the country's economic and social development over five years issued by the CCP, highlights the need for technology self-reliance and calls for an increase in research and development spending of more than 7 percent annually, focusing on key technology areas, including semiconductors (http://www.xinhuanet.com/politics/2021lh/2021-03/05/c_1127172897.htm).

Semiconductors are at the center of China's technology ambitions. Support for the chip industry, and Fujian Jinhua specifically, has three main objectives (UMCDOJ-03108565). The first is economic. Semiconductors are essential to Chinese exports. In 2015, China exported nearly $600 billion in information and communication technology products powered by chips (UN Comtrade Database). Yet, as the Chinese media frequently notes, the value of Chinese chip imports totals more than the country imports in oil ("China may raise imports of chipmaking machines to expedite localization," *Global Times*, February 3, 2021). China accounts for one third of global chip demand, and, despite increased government support, the trade deficit in chips has steadily grown over the years. In 2018, China depended on imported semiconductors, worth $311 billion, for 84 percent of its demand; of the 16 percent produced locally, Chinese firms produced only half. In 2020, semiconductor imports reached nearly $380 billion (Bloomberg).

China's leaders want to reduce the dependence on foreign suppliers and move domestic producers up the value chain. In 2016, President Xi Jinping declared, "the fact that core technology is controlled by others is our greatest hidden danger" (Speech at the Work Conference for Cybersecurity and Informatization," April 2016). Chinese capabilities are mainly in low-end chips and domestic firms continue to be weak in leading-edge multi-core processors, memory devices, semiconductor equipment and design tool services (Yoshida, "U.S.-China crisis," *EETimes*, February 24, 2019). They also expect that building a globally competitive integrated circuit (IC) industry will have positive spillover effects on other technology sectors such as artificial intelligence and 5G. Reducing dependence on foreign suppliers is a top political priority.

Second, China's leadership is worried about cybersecurity vulnerabilities, and believe greater autonomy in the semiconductor industry will help bolster information security. Chinese policy makers fear that U.S. and other foreign intelligence agencies could place "backdoors"—unknown vulnerabilities that could provide secret access—into foreign chips, making China more susceptible to cyber-attacks. President Xi Jinping has declared "cybersecurity is national security" and the government has pushed to reduce dependence on foreign suppliers for core technologies as well as introduced new cybersecurity regulations and agencies

USEXPERT_SEGAL-00000008

(http://www.cac.gov.cn/2014-02/27/c_133148354.htm). In 2018, Vice Premier Ma Kai said "We cannot be reliant on foreign chips" (Davis and Dou, "China's Next Target: U.S. Microchip Hegemony," *Wall Street Journal*, July 27, 2017).

Third, local and national officials saw Fujian Jinhua as a means to strengthen ties with Taiwan, which Beijing sees as a province of China (UMCDOJ-03108565). Chinese leaders believe that attracting investment, technology, and talent from the island will dampen political moves for greater autonomy and, eventually, move the two sides closer to reunification (Chen, *The Economic Integration of Taiwan and China and Its Implications for Cross-strait Relations*, Weatherhead Center, Harvard University, 2003; Zhao S. *Economic Interdependence and Political Divergence: A Background Analysis of the Taiwan Strait Crisis*, Routledge, 1999).

**JHICC is part of Long History of Attempting to Build an Independent Semiconductor Industry**

While state support for semiconductors dates back to the mid-1950s, China actively stepped up its efforts to develop a globally competitive semiconductor industry in the 1990s. Project 908, a state plan that overlapped with the Eighth Five Year Plan, invested 2 billion RMB (approximately $375 million) in Huajing, a state owned enterprise that was originally Wuxi factory 742, with technology licensed from Lucent. The project failed, and the Chinese government embarked on the 909 Project, another state-led effort that overlapped with the Ninth Five Year Plan (1996–2000). The Ministry of Information Industry and the Shanghai Municipality created the Huahong Group that entered into a joint venture (JV) with the Japanese company NEC. The 909 Project was expensive and Huahong incurred heavy losses. During the 2000s, the Chinese government supported breakthroughs in CPU chips through national projects such as the 863 Program, the 973 Program and the "Core, High and Basic" Project (Fuller, "Growth, Upgrading and Limited Catch-up in China's Semiconductor Industry," in *Policy, Regulation, and Innovation in China's Electricity and Telecom Industries*, ed. Loren Brandt and Thomas G. Rawski, Cambridge University Press, 2019; Susan Mays, Rapid Advance: High Technology in China in the Global Electronic Age, PhD Dissertation, Columbia University, 2013; Triolo, "The Future of China's Semiconductor Industry," *American Affairs*, Spring 2021).

In 2014, Beijing introduced new policy approaches to developing the semiconductor industry. The State Council released the National Integrated Circuit Industry Development Guidelines. Chinese policy makers also established the National IC Investment Fund and released in 2015 Made in China 2025 (MIC 2025). The total planned investment in semiconductors was $118 billion over five years, including $60 billion from provincial and municipal governments (Lewis, *Learning the Superior Techniques of the Barbarians: China's Pursuit of Semiconductor Independence*, CSIS 2019). The implementation of the strategy under the Guidelines fell to the National IC Industry Leading Small Group, led at the time by Vice Premier Ma Kai (Triolo, The Future of China's Semiconductor Industry).

With the MIC 2025 plan, China aimed to improve the self-sufficiency rate for ICs in the nation to 40 percent in 2020, and boost the rate further to 70 percent in 2025 (Ernst, "China's Bold

Strategy for Semiconductors--Zero-Sum Game or Catalyst for Cooperation?" East West Center, 2016; Ye, "China to fall short of Made in China 2025 localization target for integrated circuits" South China Morning Post, May 22, 2020). The U.S. International Trade Commission's John VerWey argues that there are over 100 science, technology, and sectoral development plans singling out the development of the domestic semiconductor industry, and the Congressional Research Service concludes, "China's state-led efforts to develop an indigenous, vertically integrated semiconductor industry are unprecedented in scope and scale" ("Chinese Semiconductor Industrial Policy: Past and Present," *Journal of International Commerce and Economics*, July 2019; CRS, *Semiconductors: U.S. Industry, Global Competition, and Federal Policy*, October 26, 2020).

Chinese policy makers also sought to enable technology transfer from foreign to domestic firms. Foreign firms often trade technology for access to the domestic market (US-China Security Review Commission, How Chinese Companies Facilitate Technology Transfer from the United States). Under pressure to license its technology, Qualcomm in 2016 entered into a JV with the Guizhou government to design and develop server chips for the Southwest China Supercomputing Center. During the same period, IBM announced partnerships with Chinese state firms including Suzhou Powercore, Inspur, and Teamsum.  Intel entered a partnership with Tsinghua Holdings and AMD formed a JV with a Chinese government consortium that included the Chinese Academy of Sciences and Sugon, a state supercomputing firm (Karen Sutter, "Foreign Technology Transfer Through Commerce," in William Hannas and Didi Tatlow ed. *China's Quest for Foreign Technology,* Routledge 2020).

When the Chinese could not develop the technology domestically, they sought it abroad. Chinese firms and investment groups targeted foreign acquisitions along the full value chain including materials, design, manufacturing and testing tools, memory and logic capabilities, and storage (Feng, "How China acquired mastery of vital microchip technology," *Financial Times,* January 28, 2019; Perez, "Chinese firms in quest for more strategic semiconductor deals," *South China Morning Post,* February 6, 2017). A Chinese-backed firm, Canyon Bridge Capital Partners, tried to acquire Portland-based Lattice in 2017, and Tsinghua Unigroup made failed investment or acquisition offers to South Korea's SK Hynix, and U.S. companies Fairchild, Western Digital, and Micron. Chinese firms have also actively recruited semiconductor engineers in the United States and Taiwan with high wages, housing subsidies, and other rewards (USD-0000104; Hill, "US fears attempts by Chinese chipmakers to grab top talent," *Financial Times*, November 2, 2018). China is indifferent to how it acquires foreign technology and semiconductor expertise (*Update to the IP Commission Report—The Theft of American Intellectual Property: Reassessments of the Challenge*; Hannas, Mulvenon, and Puglisi, *Chinese Industrial Espionage*, Routledge, 2013; Greenberg, "Chinese Hackers Have Pillaged Taiwan's Semiconductor Industry," *Wired*, August 6, 2020; CrowdStrike Global Intelligence Team, "Putter Panda," CrowdStrike Intelligence Report, May 2, 2014).

**PRC Government Support for a Domestic Semiconductor Industry is Likely to Damage Leading Global Chip Firms and Slow Innovation**

Chinese industrial policy in semiconductors is likely to damage the competitiveness of leading semiconductor firms and possibly slow the pace of innovation across the sector. Studies of Chinese support and subsidies for solar panels, high-speed rail, telecom equipment, semiconductors, and biopharmaceutical products show a negative impact on global research and development and patents (Atkinson, "Industry by Industry: More Chinese Mercantilism, Less Global Innovation," ITIF, May 10, 2021; Autor et al, "Foreign Competition and Domestic Innovation: Evidence from US Patents," National Bureau of Economic Research, Working Paper, December 2017 https://economics.mit.edu/files/21059).

In the semiconductor sector specifically, China's share of global value added in the global industry from 2001 to 2016 grew almost fourfold, from 8 to 31 percent, while the United States' share fell from 28 to 22 percent, and Japan's share fell from 30 to 8 percent. According to Stephen Ezell, this reduced income and revenue limits the ability of technology leading firms outside of China to invest in new facilities and impedes innovators' ability to earn profits that can be reinvested in the future ("Moore's Law Under Attack: The Impact of China's Policies on Global Semiconductor Innovation," ITIF, February 18, 2021; President's Council of Advisors on Science and Technology, Ensuring U.S. Leadership and Innovation in Semiconductor). This has resulted in less R&D and led to approximately 5,100 fewer U.S. semiconductor patents awarded than would otherwise be the case (out of a total of about 19,500 issued). China's goal is to challenge and then displace Western firms and to gain international leadership.

USEXPERT_SEGAL-00000011

| BEGDOC | FILENAME |
|---|---|
| D-0000001 | |
| D-0000003 | |
| D-0000025_HT-00001 | |
| D-0000049 | |
| D-0000057 | |
| D-0000093 | |
| D-0000094 | |
| D-0000098 | |
| D-0000119_HT-00001 | |
| D-0000200_HT-00001 | |
| D-0000254_HT-00001 | |
| D-0000266_HT-00001 | |
| D-0000276_HT-00001 | |
| D-0000752 | |
| D-0000798_HT-0001 | D-0000798 Micron Technology Inc Sanjay Mehrotra Cover Document EN TR.docx |
| D-0000800_HT-0001 | D-0000800 Micron Technology Inc Sanjay Mehrotra Document - Tab 1 EN TR.docx |
| D-0000942 | |
| D-0000954_HT-0001 | D-0000954 Xiao_Xinhuang_1_EN_TR.docx |
| D-0000960_HT-0001 | D-0000960 You_Zhenfu_1_EN_TR.docx |
| TAIWANHD-00000001 | 106030-25-02----SIMCard.pdf |
| TAIWANHD-00000008 | PM DEVICE ORGANIZATION 2.pptx |
| TAIWANHD-00000009 | PM DEVICE ORGANIZATION.pptx |
| UMC-T-00000009 | Ho Testimony Final |
| UMC-T-00000291 | Yong-Ming Wang - 20200302 - First Summary on Disputed Issues |
| UMCD-0000033_HT-0001 | UMCD-0000033 David Huang UMC Attachment _TR.docx |
| UMCD-0000119_HT-0001 | UMCD-0000119 UMC_Hardware_Application_Form_TR.docx |
| UMCD-0000130_HT-0001 | UMCD-0000130 Zhou_Xinhong_Lin_Zhangheng_1_TR.docx |
| UMCD-0000140_HT-0001 | UMCD-0000140 Zhuo_Jianzhong_Huang_Wanjun_1_TR.docx |
| UMCDOJ-00010229 | Apple1102_M project introduction_0307v.pptx |
| UMCDOJ-00010355 | DRAM Development for NCKU talk v2_20161201.pptx |
| UMCDOJ-00064343 | Project M Milestone_20151228.pptx |
| UMCDOJ-00064377 | 45.lnd |
| UMCDOJ-00064380 | Milestone20151228.pptx |
| UMCDOJ-00084248 | 來賓名單_____20160611.xls |
| UMCDOJ-00108182 | 0934.msg |
| UMCDOJ-00108549 | Untitled attachment 02883.htm |
| UMCDOJ-00108742 | M project introduction_03222018.pptx |
| UMCDOJ-00110400 | 1491.msg |
| UMCDOJ-00110401 | 晋华纪要〔2018]3号 - 6.doc |
| UMCDOJ-00110605 | 1531.msg |
| UMCDOJ-00111463 | 1739.msg |
| UMCDOJ-00111504 | 1748.msg |

| | |
|---|---|
| UMCDOJ-00111506 | 1.福建省晋江产业发展投资集团有限公司关于向晋华公司商请收回暂借款的函.pdf |
| UMCDOJ-00111508 | 2.董事会决议-20171221-关于归还晋江产投5亿元-签订中.doc |
| UMCDOJ-00117163 | 3227.msg |
| UMCDOJ-00117165 | doc15168420170601170101.pdf |
| UMCDOJ-00117165_HT-00001 | |
| UMCDOJ-00119613 | 3860.msg |
| UMCDOJ-00119615 | 员工花名册-简20170117.xls |
| UMCDOJ-00119779 | 3960.msg |
| UMCDOJ-00119780 | 晋华PPT-财务工作报告20170105.pptx |
| UMCDOJ-00122802 | 5356.msg |
| UMCDOJ-00123134 | 5575.msg |
| UMCDOJ-00123135 | 5576.msg |
| UMCDOJ-00123137 | 5577.msg |
| UMCDOJ-00123139 | 5578.msg |
| UMCDOJ-00125747 | 0641.lnd |
| UMCDOJ-00125748 | DRAM Product Trend and Partners.pptx |
| UMCDOJ-00125987 | 0738.lnd |
| UMCDOJ-00126043 | 0770.lnd |
| UMCDOJ-00126044 | 重庆相关情况介绍.pptx |
| UMCDOJ-00129540 | JV Model Proposal_1123.pptx |
| UMCDOJ-00135029 | 3553.lnd |
| UMCDOJ-00135031 | doc15168420170601170101.pdf |
| UMCDOJ-00135036 | gb18030;name |
| UMCDOJ-00150474 | 6836.lnd |
| UMCDOJ-00155329 | 389.lnd |
| UMCDOJ-00155465 | 277.lnd |
| UMCDOJ-00155468 | 晋華動土典禮觀禮廠商-UMC0614 v1.xlsx |
| UMCDOJ-00156289 | 2710.lnd |
| UMCDOJ-00156291 | schedule_as of 0523.xlsx |
| UMCDOJ-00157896 | 301.lnd |
| UMCDOJ-00158263 | 299.lnd |
| UMCDOJ-00158840 | 538.lnd |
| UMCDOJ-00160086 | 0908.lnd |
| UMCDOJ-00160089 | 0909.lnd |
| UMCDOJ-00160117 | 0932.lnd |
| UMCDOJ-00160213 | 0978.lnd |
| UMCDOJ-00160462 | 1035.lnd |
| UMCDOJ-00161214 | 1160.lnd |
| UMCDOJ-00161265 | Interview Q&A_201603.pptx |
| UMCDOJ-00161283 | 1183.lnd |
| UMCDOJ-00161554 | 1194.lnd |
| UMCDOJ-00161651 | 1242.lnd |
| UMCDOJ-00162378 | 1401.lnd |

| | |
|---|---|
| UMCDOJ-00162428 | 1420.lnd |
| UMCDOJ-00162432 | 1424.lnd |
| UMCDOJ-00163567 | 3825.lnd |
| UMCDOJ-00163569 | doc15168420170601170101.pdf |
| UMCDOJ-00166583 | 8066.lnd |
| UMCDOJ-00167129 | 8058.lnd |
| UMCDOJ-00167721 | 8058.lnd |
| UMCDOJ-00167745 | 8067.lnd |
| UMCDOJ-00167986 | 8057.lnd |
| UMCDOJ-00167987 | 6836.lnd |
| UMCDOJ-00168157 | 6836.lnd |
| UMCDOJ-00168168 | 6836.lnd |
| UMCDOJ-00168502 | 1596.lnd |
| UMCDOJ-00168504 | ___.pdf |
| UMCDOJ-00168934 | 1755.lnd |
| UMCDOJ-00169057 | 1828.lnd |
| UMCDOJ-00169187 | 1901.lnd |
| UMCDOJ-00169557 | 2106.lnd |
| UMCDOJ-00169572 | 2107.lnd |
| UMCDOJ-00169601 | 2112.lnd |
| UMCDOJ-00171535 | 2698.lnd |
| UMCDOJ-00173438 | 3330.lnd |
| UMCDOJ-00173442 | M Team.pdf |
| UMCDOJ-00177136 | 中国半导体产业展望与福建半导体_20161020_Wu.pptx |
| UMCDOJ-00179766 | 5557.lnd |
| UMCDOJ-00179805 | 5584.lnd |
| UMCDOJ-00179806 | 动态随机存储器研发年度报告v0.3 (2016.12).pdf |
| UMCDOJ-00246407 | 20180612 4Gb DDR3 Market Brief.pptx |
| UMCDOJ-00284854 | 1740.lnd |
| UMCDOJ-00311387 | 5392.lnd |
| UMCDOJ-00311388 | 優秀人才文件.PNG |
| UMCDOJ-00311389 | （246）关于印发晋江市加快培育集成电路全产业链的若干意见的通知.doc |
| UMCDOJ-00311398 | 晋江市人民政府办公室关于印发晋江市集成电路产业优秀人才认定标准（试行）的通知.pdf |
| UMCDOJ-00311398_HT-0001 | UMCDOJ-00311398.final.docx |
| UMCDOJ-00311409 | 晋江市集成电路产业人才优待政策操作程序（晋华公司人才认定、津贴兑现）.doc |
| UMCDOJ-00361897 | 1772.msg |
| UMCDOJ-00361898 | 1953.msg |
| UMCDOJ-00361902 | 1958.msg |
| UMCDOJ-00366462 | 014.lnd |
| UMCDOJ-00366463 | UMC step naming.xlsx |
| UMCDOJ-00368618 | Offsite workshop_20160614.pptx |

| | |
|---|---|
| UMCDOJ-00368632 | Offsite workshop_20160614.pptx |
| UMCDOJ-00381816 | 5287.lnd |
| UMCDOJ-00381823 | 5293.lnd |
| UMCDOJ-00381829 | 5323.lnd |
| UMCDOJ-00389236 | 270.lnd |
| UMCDOJ-00486159 | Offsite workshop_20160614-etch.pptx |
| UMCDOJ-00493639 | Milestone20151228.pptx |
| UMCDOJ-00682983 | Offsite workshop_20160614.pptx |
| UMCDOJ-00687080 | 1118.lnd |
| UMCDOJ-00925075 | 2284.lnd |
| UMCDOJ-00925076 | 动态随机存储器研发年度报告 (2016.12).pdf |
| UMCDOJ-01125251 | 1035.lnd |
| UMCDOJ-01133088 | 1033.lnd |
| UMCDOJ-01133554 | 1109.lnd |
| UMCDOJ-01133595 | 1120.lnd |
| UMCDOJ-01137395 | 2552.lnd |
| UMCDOJ-01140482 | Offsite workshop_20160614.pptx |
| UMCDOJ-01199201 | 302.lnd |
| UMCDOJ-01199231 | 305.lnd |
| UMCDOJ-01201237 | 1368.lnd |
| UMCDOJ-03081278_HT-0001 | UMCDOJ-03081278.final.docx |
| UMCDOJ-03094222 | 033390.msg |
| UMCDOJ-03094225 | 晋华前期咨询报告资料需求及收集情况（0824更新）联电顾问.xlsx |
| UMCDOJ-03096816 | 037179.msg |
| UMCDOJ-03102106 | 045838.msg |
| UMCDOJ-03102107 | 20160505晋华公司第一届第三次董事会会议纪要(征求意见稿).docx |
| UMCDOJ-03102607 | 047317.msg |
| UMCDOJ-03102609 | 议案8：关于国家专项建设基金申报情况以及基金承接投放建议的报告（20160504书面稿）(1).doc |
| UMCDOJ-03102691 | 047340.msg |
| UMCDOJ-03102692 | 怅蓟茛粹椿棲雁岈酗玱伶懂溼 最假齸桶.doc |
| UMCDOJ-03102694 | 祐偶1凵邸鼙沙醣辈貌摩傖茛繚磁鈝源偶2016爛4埝15 .docx |
| UMCDOJ-03102698 | 祐偶1凵 訫沙醣殤凳-FEIG1050420.ppt |
| UMCDOJ-03102699 | 祐偶2凵JHBoD_20160505.pptx |
| UMCDOJ-03102726 | 祐偶3-1凵潠极哎撮拎磁鈝袘祐20160414_辈蔬扡蚯瞳.docx |
| UMCDOJ-03102738 | 祐偶3-2凵撮拎羲楷磁鈝磁肮-20160504.doc |
| UMCDOJ-03102754 | 祐偶4-1凵腦膘吘辈貌摩傖茛繚钮奘鼠伺冪茠夺燴忼 桶卩膘扢 ㄎ.xlsx |
| UMCDOJ-03102755 | 祐偶4-2凵辈貌鼠伺笙眫恫种夺燴嫏伭域楊.docx |
| UMCDOJ-03102761 | 祐偶4-3凵辈貌鼠伺苆桧夺燴嫏伭域楊.docx |
| UMCDOJ-03102769 | 祐偶5-2凵嘈悑芶勤甃域薺沴潠賫.docx |

USEXPERT_SEGAL-00000015

| | |
|---|---|
| UMCDOJ-03102773 | 祐偶5-1ㄩ楊薺嘈悙督晠祂祐ㄗ腦膘輩貌2016爛僅楊薺嘈悙ㄎ-20160503.doc |
| UMCDOJ-03102779 | 祐偶7-1ㄩ剎湣踩 潠盪.doc |
| UMCDOJ-03102782 | 祐偶7-2ㄩ挾縑氾踩 潠盪.docx |
| UMCDOJ-03102783 | 菴珨趣菴 棒雁岈頗哺狋.docx |
| UMCDOJ-03102785 | 祐偶7-3ㄩ瘀輀腦踩 潠盪.pdf |
| UMCDOJ-03102786 | 菴珨趣菴 棒雁岈頗料眭.docx |
| UMCDOJ-03106734 | 054152.msg |
| UMCDOJ-03106735 | 20160308晋华公司第一届第二次董事会会议纪要.docx |
| UMCDOJ-03108563 | 056079.msg |
| UMCDOJ-03108564 | image001(4).png |
| UMCDOJ-03108565 | 福建晋华集成电路 存储器生产线项目申请报告（草稿）0225V2.doc |
| UMCDOJ-03109236 | 056310.msg |
| UMCDOJ-03127685 | 076750.msg |
| UMCDOJ-03151996 | 3042.msg |
| UMCDOJ-03177180 | 7047.lnd |
| UMCDOJ-06920177 | 1041028_13-3會議紀錄節錄本 (for GC).pdf |
| UMCDOJ-06920225 | 1060222_13-12會議紀錄_clean.pdf |
| UMCDOJ-06920237 | 1060222會議紀錄節錄本(for GC).pdf |
| UMCDOJ-06920267 | 1061213_13-17會議紀錄(節錄本for GC).pdf |
| USD-0000055 | |
| USD-0000072 | |
| USD-0000104 | |
| USD-0000258 | |
| USD-0000268 | |
| USD-0000308 | |
| USD-0000676 | |
| USD-0000680 | |
| USD-0000684 | |
| USD-0000687 | |
| USD-0000699 | |
| USD-0004946 | re: caspa: speech at caspa summer mixer on august 26, 2016 - jinhua.msg |
| USD-0004951 | China DRAM.pptx |
| USD-0009787 | re: project m 2nd year warranty proposal.msg |
| USD-0009789 | re: project m 2nd year warranty proposal.msg |
| USD-0009790 | re: umc project m - credit.msg |
| USD-0009794 | project m 2nd year warranty proposal.msg |
| USD-0009795 | Project M SA proposal (wo PMSA).pptx |
| USD-0009902 | applied materials aptd lab capabilities.msg |
| USD-0009976 | re: project m price negotiation.msg |
| USD-0009984 | re: project m price negotiation.msg |
| USD-0010003 | re: umc project m - amat final offer.msg |
| USD-0010021 | umc project m - credit.msg |

| | |
|---|---|
| USD-0320354 | |
| USD-0320357 | |
| USD-0320366 | |
| USD-0348331 | UMCCORPJD000045_0002.pdf |
| USD-0353878_HT-0001 | USD-0353878 Pages 680 to 725 of Volume A3_TR_English_Final.docx |
| USD-0664194 | |
| USD-0664207 | |
| USD-0664210 | |
| USD-0664912 | |
| USD-0664948 | |
| USD-0664980 | |
| USD-0665011 | |
| USD-0665015 | |
| USD-0665040 | |
| USD-0665042 | |
| USD-0665059 | |
| USD-0665061 | |
| USD-0665065 | |
| USD-0665113 | |
| USD-0665117 | |
| USD-0665149 | |
| USD-0665263 | |
| USD-0666213 | |
| USD-0666317 | |
| USD-0666338 | |
| USD-0666395 | |
| USD-0666768 | |
| USD-0773811 | |
| USD-0838469 | |
| USD-0838508_HT-0001 | USD-0838508 Micron_Technology_Inc_Sanjay_Mehrotra_108.01.14_TR.docx |
| USD-0838509_HT-0001 | USD-0838509 Micron_Technology_Inc_Sanjay_Mehrotra_108.02.18_TR.docx |
| USD-0844566 | |
| USD-0844568 | |
| USD-0844600 | |
| USD-0844602 | |
| USD-0846450 | |
| USD-0846451 | |
| USD-0846499 | |
| USD-0846519 | |