IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>     v.<br><br>UNITED MICROELECTRONICS CO. et al.,<br><br>                       Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**[PROPOSED] ORDER RE GRANTING FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S MOTION IN LIMINE NO. 2 TO EXCLUDE THE EXPERT TESTIMONY OF DR. ADAM M. SEGAL**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 14, 2022<br><br>Hearing Date: January 18, 2022<br>Hearing Time: 10:00 a.m. |

# [PROPOSED] ORDER

Before this Court on January 18, 2022 at 10:00 a.m., the matter was heard by The Honorable Maxine M. Chesney in Courtroom 7 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua"), moved the Court, pursuant to the Federal Rules of Evidence 401, 403, 404, 702 and 704 to enter an order excluding Dr. Adam M. Segal's proffered testimony and alleged expert opinions, as well as his expert report ("Motion").  This Motion is based upon the Notice of Motion and Motion, Memorandum of Points and Authorities, the Declaration of Matthew E. Sloan ("Sloan Decl.") and exhibits thereto, the pleadings and papers on file in this action, and such further arguments and matters as presented at the time of the hearing on this Motion.  Having read and considered the Motion and the materials filed in support thereof, the record in this action and the arguments of counsel at the hearing on this Motion, and for good cause appearing, the Court hereby rules as follows:

The Motion is **GRANTED**.

**IT IS SO ORDERED.**

DATED:_____

Honorable Maxine M. Chesney
United States District Court Judge

Respectfully submitted by:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:    */s/Matthew E. Sloan*
JACK P. DICANIO
MATTHEW E. SLOAN
EMILY REITMEIER
*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

1

[PROPOSED] ORDER GRANTING MOTION IN LIMINE NO. 2 - JINHUA'S MOTION TO EXCLUDE THE OPINIONS OF DR. ADAM M. SEGAL     CASE NO.: 3:18-cr-00465-MMC