JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:    (650) 470-4500
Facsimile:    (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:    (213) 687-5000
Facsimile:    (213) 687-5600

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 3:18-cr-00465-MMC |
| Plaintiff, | **DECLARATION OF MATTHEW E. SLOAN IN SUPPORT OF DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S MOTION *IN LIMINE* NO. 5** |
| v. | |
| UNITED MICROELECTRONICS CORPORATION, et al., | |
| Defendants. | Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 14, 2022 |
| | Hearing Date: January 18, 2022<br>Hearing Time: 10:00 a.m. |

## DECLARATION OF MATTHEW E. SLOAN

I, Matthew E. Sloan declare and state as follows:

1.     I am a partner at Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua").  I am an attorney licensed to practice law in the State of California and before this Court.  I submit this declaration in support of Jinhua's Motion *In Limine* No. 5 for an Order To Exclude Evidence Of A Prior Disciplinary Against Stephen Chen (the "Motion").  This declaration is based upon my personal knowledge, and, if called to testify, I could and would do so competently as to the matters set forth herein.

2.     Attached hereto as Exhibit A is a true and correct copy of the Crim. L.R. 16-1(c) Notice sent on November 1, 2021, by the Government to Jinhua (the "Local Rule 16-1(c) Notice"). Because the government marked certain portions of Exhibit A as "Confidential," Jinhua must file portions of it under seal pursuant to the applicable protective orders. Accordingly, Jinhua has filed a motion to file this exhibit under seal concurrently herewith, and attaches a partially redacted version of the Local Rule 16-1(c) Notice hereto.

3.     Attached hereto as Exhibit B is a true and correct copy of the FBI FD-302 report of the interview with Yanbin Wang on April 21, 2021, spanning Bates numbers USD-0885748 to USD-0885752, which Jinhua received on June 30, 2021, as part of the Government's production of documents. The redactions on the document are contained on the production copy that Jinhua received from the government.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 1st day of December, 2021 in Los Angeles, California.

By:  _____*/s/ Matthew E. Sloan*_____
                    Matthew E. Sloan

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.


*/s/ Jack P. DiCanio*
Jack P. DiCanio
