# EXHIBIT B



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    04/21/2021

(U)   Yanbin WANG, date of birth (DOB) ▮▮▮▮▮▮▮▮, was interviewed by Federal Bureau of Investigation Special Agent Cynthia Ho via video conference.  Also present during the interview were Department of Justice National Security Division Trial Attorneys Nicholas Hunter and Stephen Marzen, Micron external counsels from Jones Day, Neal Stephens, Randy Kay, and internal counsel Mike Myers.  After being advised of the identity of the interviewing Agent and the nature of the interview, WANG provided the following information:

(U)   WANG joined Micron at the Virginia site about 2006 as an engineer, then process engineer, and cost reduction.  In 2013 when Micron acquired Elpida, Wang was selected and deployed to Taiwan on July 21, 2013, one day before the acquisition, to assist in the cost management and transition of the company.

ELPIDA AND REXCHIP

(U)   In February 2013, Micron purchased Elpida and Rexchip.  Rexchip was a joint venture between Elpida and Powerchip.  Elpida FAB 15 was located in Hiroshima.  Micron's current FAB 15 is the R&D facility.  Powerchip adopted Elpida technology.

(U)   Rexchip FAB 16 was located in Taichung.  Before Micron's acquisition, there were about two thousand employees at the site and they all reported to Stephen CHEN ("CHEN").  About that time, CHEN still believed that Rexchip would have survived.  The site was known as Rexchip until about August 1, 2013 when it became known as FAB 16 after the Micron acquisition.  Rexchip was the legal entity and majority owned by Elpida and Powerchip.  FAB 16 was the entirety of Rexchip.

(U)   Once deployed to FAB 16, WANG reported to Mingsu Last Name Unknown ("LNU").  During that time, there was a team of seven employees who reported

Investigation on  02/03/2021  at  Palo Alto, California, United States (In Person, Other (Video Conference))

                                                                 Date drafted   02/08/2021

by  HO CYNTHIA

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USD-0885748

to Mingsu LNU. At the time, the team did not report to Stephen CHEN ("CHEN") because, initially, he had no direct authority at the acquired site. The alignment process completion milestone was set for between 6 months and 2 years. About May 2014, there was almost a 20% turnover rate at the site. At some point, the company joined together the local teams including HR, general affairs, payroll etc. under CHEN. Due to his position, WANG was placed into HR and began reporting to CHEN. CHEN, in turn, reported to the Operations Vice President ("VP"). WANG remained in the HR group in Taiwan from about mid-2014 until his reassignment to Singapore in October 2015. The post-acquisition integration team including the initial team of seven people and had a parallel chain of command for about two years. Mingsu LNU also reported to CHEN.

STEPHEN CHEN

(U) For Micron, CHEN was the Site VP and in charge of all departments for the whole site including, but not limited to, facility, procurement, finance, legal etc. Before Micron's acquisition, CHEN was general manager and had broad decision-making authority. After the acquisition, however, he had to report to Micron's Operations VP. In the world of business operations, CHEN lost some degree of freedom. Post-acquisition, it took CHEN about 3 to 6 months to accept his new role and the reporting structure. He eventually accepted his position as Site VP at Micron. He was focused on moving the company forward. CHEN had wanted his team to keep their jobs and the raises offered by Micron despite the cost reduction efforts the company was going through at the time. The Chapter 11 bankruptcy did not occur until the acquisition.

(U) It was Wang's impression that CHEN thought Rexchip was a good company in about 2013 and financially sound at the time. CHEN did not really know about Micron and it appeared that he was a bit more pessimistic about the company than in 2014 and 2015 when he appeared to be more optimistic with the company moving toward the next generation and the yield was up. Sometime in 2015, CHEN traveled to Singapore to meet with Micron's Operations VP and indicated his interest to stay with the company. While CHEN chose to stay with Micron and continue helping the company move forward post-acquisition, WANG was not surprised when CHEN eventually left the company. CHEN departed Micron about September or October 2015.

(U) Wang later learned that CHEN lost face when he received a disciplinary action from Micron Legal for his role involving the misuse of company funds committed by some management members. The matter involved misuse of company construction funds for personal use. The improper activities included dinner and an after-dinner event. CHEN did not join the event, but knew of the activities and did not stop them. WANG had heard about the matter but did not have detailed knowledge on the amount of funds involved. The matter was handled internally by corporate legal and Stephen Drake. The VP at the time directly delivered the disciplinary action to CHEN.

(U) CHEN's background was in process integration. He knew the DRAM business trends well and had an in-depth knowledge of DRAM technology.

(U) After CHEN left Micron, a number of support people left one by one after his departure. There were rumors at the site that CHEN had joined another company, UMC, and that people would also be joining UMC. Possibly a competitor. Many employees did not mention the reasons for their departure. Some cited family issues.

(U) At the time, the function head directly reported to the site director. WANG understood at the time that the site leaders had a lot of pride in developing and transforming the site from a field into one in manufacturing and production. There was a bond among the group. This bond was also due to many who traveled from their homes to work at the site. They often had dinners together. CHEN was known as pro-Taiwan and was part of the "deep green party."

LAWRENCE CHUEH

(U) Lawrence CHUEH, Micron head of finance, was closest to CHEN. CHEN's office was located on the 8th floor and their offices were closed to each other. CHUEH later joined Jinhua.

SANDY KUO

(U) Sandy KUO worked in communications/public affairs and had a cubicle nearby as well. After Rexchip delisted, KUO moved from communications to human resources on the 2nd floor. KUO's expertise was in communications and government affairs. KUO graduated from Taiwan University and received a law degree. She was previously a news anchor. KUO was close to CHEN. Many

people at the company saw KUO and CHEN have lunch every day at about noon. Both were observed to behave very professionally. WANG was aware that their job performances met expectations. KUO joined Jinhua in late 2015.

"JESON LIN"

(U) "Jeson LIN" (phonetic) used to work at Rexchip human resources. It was said that about 2015, he quit the company and joined Jinhua as HR lead. KUO then became LIN's boss.

NEIL LEE

(U) Neil LEE was the Dry Etch senior manager at Micron. WANG conduct LEE's exit interview. During the exit interview, LEE noted that the stress was too high and he was unable to have the work life balance that he wanted. LEE was part of the first group of people who left Micron.

STEVEN CHI

(U) Steven CHI also had a close relationship with CHEN. At the time, CHI was very critical of the company. CHI tried to quit several times and noted that he was too tired from the work. The company did not want to lose him as the technical head. WANG spent some time with CHI and convinced him to stay at Micron. CHI is still currently working at Micron as the Director of Transfer of Technology, the company's technical head.

J.T. HO

(U) WANG conducted HO's exit interview. HO was a dry etch engineer and later transferred to quality control. HO was described as a hard-working guy and did not talk much. For his departure reasons given during his exit interview, HO noted he was "too tired" and wanted to take a break from the work. A family member of HO still works at Micron in the PIE group. HO was probably close to Neil LEE due to both of them assigned to the dry etch department. The founding team members at the junior management or principal level of Rexchip included HO, LEE, KUO, and CHEN.

KENNY WANG

(U) WANG became aware of KENNY WANG in 2016 when Micron IT notified WANG of a potential leakage of materials by KENNY and he was asked to review the

KENNY materials.

"SIMON HSIAO"

(U)  Micron's Global IT employee, "Simon HSIAO" (phonetic), left Micron and later joined Jinhua.

C.W. CHIN

(U)  A Taiwanese-American, C.W. CHIN, who worked in government affairs at Micron, also left the company.  CHIN was close to CHEN.

(U)  Peter Last Name Unknown (LNU), was a senior guy who sat next to CHEN.