1
2
3
4
5
6
7
8
9
10
11

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 3:18-cr-00465-MMC |
| Plaintiff, | **[PROPOSED] ORDER RE GRANTING FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S MOTION IN LIMINE NO.  5 TO EXCLUDE EVIDENCE OF A PRIOR DISCIPLINARY AGAINST STEPHEN CHEN** |
| v. | |
| UNITED MICROELECTRONICS CO. et al., | |
| Defendants. | |
| | Judge: The Honorable Maxine M. Chesney |
| | Trial Date: February 14, 2022 |
| | Hearing Date: January 18, 2022 |
| | Hearing Time: 10:00 a.m. |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Having read and considered Defendant Fujian Integrated Circuit Co., Ltd.'s ("Jinhua") Motion *in Limine* No. 5 to exclude the evidence of a prior disciplinary against Stephen Chen ("Motion"), the papers filed in support thereof, the Declaration of Matthew E. Sloan, and the exhibits attached thereto, and any argument on the application, IT IS HEREBY ORDERED that Jinhua's Motion *in Limine* No. 5 is GRANTED and that the government is excluded from admitting into evidence a prior disciplinary against Stephen Chen.

The Motion is **GRANTED**.

**IT IS SO ORDERED.**

DATED:_____          _____
                                                        Honorable Maxine M. Chesney
                                                        United States District Court Judge

Respectfully submitted by:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____*/s/ Jack P. DiCanio*_____
                        JACK P. DICANIO
                        MATTHEW E. SLOAN
                        EMILY REITMEIER
                        *Attorneys for Defendant*
        FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.