1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED MICROELECTRONICS CO. et al.,<br><br>                Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**[PROPOSED] ORDER RE GRANTING FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S MOTION IN LIMINE NO. 3 TO EXCLUDE THE EXPERT TESTIMONY OF DALY**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 14, 2022<br><br>Hearing Date: January 18, 2022<br>Hearing Time: 10:00 a.m. |

# [PROPOSED] ORDER

Having read and considered Defendant Fujian Integrated Circuit Co., Ltd.'s ("Jinhua") Motion *in Limine* No. 3 to exclude the United States' purported "Foundry Expert" Terrence Daly from offering improper opinion testimony with respect to his Principal Opinions No. 1, No. 4, and No. 5 ("Motion"), the papers filed in support thereof, the Declaration of Matthew E. Sloan, and the exhibits attached thereto, and any argument on the application, IT IS HEREBY ORDERED that Jinhua's Motion *in Limine* No. 3 is GRANTED and that the government is excluded from offering improper opinion testimony from Terrence Daly with respect to his Principal Opinions No. 1, No. 4, and No. 5.

The Motion is **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____

Honorable Maxine M. Chesney
United States District Court Judge

Respectfully submitted by:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:   */s/Matthew E. Sloan*
JACK P. DICANIO
MATTHEW E. SLOAN
EMILY REITMEIER
OSAMA ALKHAWAJA
*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

1

**[PROPOSED] ORDER GRANTING MOTION IN LIMINE NO. 3 TO EXCLUDE THE EXPERT TESTIMONY OF DALY**   CASE NO.: 3:18-cr-00465-MMC