JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:   (650) 470-4500
Facsimile:    (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:    (213) 687-5600

Yan Ge (SBN 236566)
geyan@us.kwm.com
KING & WOOD MALLESONS LLP
535 Middlefield Road, Suite 245
Menlo Park, CA 94025
Telephone: (650) 858-1285

Aaron Wolfson (admitted *pro hac vice*)
KING & WOOD MALLESONS LLP
aaron.wolfson@us.kwm.com
500 5th Ave #50
New York, NY 10036
Telephone: (212) 319-4755

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED MICROELECTRONICS CORPORATION, et al., <br><br> Defendants. | CASE NO.: 3:18-cr-00465-MMC <br><br> **DECLARATION OF MATTHEW E. SLOAN IN SUPPORT OF DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S MOTION *IN LIMINE* NO. 4** <br><br> Judge: The Honorable Maxine M. Chesney <br> Trial Date: February 14, 2022 <br><br> Hearing Date: January 18, 2022 <br> Hearing Time: 10:00 a.m. |

# DECLARATION OF MATTHEW E. SLOAN

I, Matthew E. Sloan declare and state as follows:

1. I am a partner at Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua"). I am an attorney licensed to practice law in the State of California and before this Court. I submit this declaration in support of Jinhua's Motion *In Limine* No. 4 for an Order to Exclude The Forensic Images Of Certain Electronic Devices (the "Motion"). This declaration is based upon my personal knowledge, and, if called to testify, I could and would do so competently as to the matters set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of an English translation dated November 27, 2017 of the Indictment Decision of Taiwan Taichung District Prosecutors Office against JT Ho, Kenny Wang, Leh-Tian Rong, and United Microelectronics Corporation. The translation was provided by the U.S. government when the document was produced to Jinhua.

3. Attached hereto as Exhibit B is a true and correct copy of an English translation of a brief description provided by Le-wei Chen, a prosecutor at the Taichung District Prosecutors Office, on the seizure of 26 electronic devices in February 2017. The translation was provided by the U.S. government when the document was produced to Jinhua.

4. Attached hereto as Exhibit C is a true and correct copy of an English translation of the Explanation Regarding Evidence Transfer of Taichung District Prosecutors' Office of Taiwan on March 16, 2020. The translation was provided by the U.S. government when the document was produced to Jinhua.

5. Attached hereto as Exhibit D is a true and correct copy of (1) Lewei Chen's Certificate of Authenticity of Foreign Public Documents dated March 18, 2021, in Chinese and its English translation; (2) the Certificate With Respect to Seized Items co-signed by Lewei Chen on March 18, 2021, and a forensic officer of the Ministry of Justice Investigation Bureau on March 17, 2021, whose signature is illegible; (3) the Certificate of Authenticity of Forensic Images signed by Lewei Chen and a forensic officer of the Ministry of Justice Investigation Bureau on March 18, 2021, whose signature is illegible. The translations in this exhibit were provided by the U.S. government when it produced the documents to Jinhua.

1

DECLARATION OF MATTHEW E. SLOAN IN SUPPORT OF DEFENDANT FUJIAN   CASE NO.: 3:18-cr-00465-MMC
JINHUA INTEGRATED CIRCUIT CO., LTD.'S MOTION IN LIMINE NO. 4

6. Attached hereto as Exhibit E is a true and correct copy of (1) Tianxing Zhang's Certificate of Authenticity of Foreign Public Documents dated March 13, 2020, in Chinese and its English translation; and (2) the Certificate With Respect to Seized Items signed by Huaiwen Xu, Tianxing Zhang, and a forensic officer of the Ministry of Justice whose signature is illegible. The translations in this exhibit were provided by the U.S. government when it produced the documents to Jinhua.

7. Attached hereto as Exhibit F is a true and correct copy of the Andrew Crain Expert Report ("Crain Report"), exclusive of any attached exhibits.  Because the government marked Exhibit F as "Confidential," Jinhua must file it under seal pursuant to the Protective Order. Accordingly, Jinhua has filed a motion to file this exhibit under seal concurrently herewith, and attaches a redacted version of the Crain Report hereto.

8. Attached hereto as Exhibit G is a true and correct copy of the Expert Witness Disclosure of John F. Ashley ("Ashley Report"), exclusive of any attached exhibits.  Because Exhibit G is "Confidential," Jinhua must file it under seal pursuant to the Protective Order.  Accordingly, Jinhua has filed a motion to file this exhibit under seal concurrently herewith, and attaches a redacted version of the Ashley Report hereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 1st day of December, 2021 in Los Angeles, California.

By:   */s/ Matthew E. Sloan*
　　　　Matthew E. Sloan

2

**DECLARATION OF MATTHEW E. SLOAN IN SUPPORT OF DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S MOTION IN LIMINE NO. 4**　　**CASE NO.: 3:18-cr-00465-MMC**