# EXHIBIT B

### A brief description

The evidence transferred this time was a 1 TB flash drive, which was named 106030, which contained 260932 files. In short, the TDPO and New Taipei City Investigation office were between February 7, 2017 and February 14, 2017, and performed searches at the residences and offices of UMC and its employees (Wang Yongming, Ho Jianting, Rong Letian) .A total of 26 electronic devices were seized, including mobile phones, computers, flash drives, and hard drives. The devices were immediately delivered to the MJIB Forensics Laboratory for forensic examination. During the laboratory inspection, it was found that one of the flash drives could not obtain the data because of damage.For other electronic devices, the data was obtained by the identification software and stored in the folders. Below I briefly explain what these folders represent.

| Folder name | Description |
| --- | --- |
| 106030-25-01 | This is the laboratory's identification of the mobile phone used by Wang Yongming (Tel 0911-8342941) |
| 106030-25-02 | This is the laboratory's identification of the mobile phone used by Wang Yongming (Tel 0965-702303) |
| 106030-25-03 | This is the laboratory's identification of the notebook computer used by Wang Yongming at the UMC Tainan Office |
| 106030-25-04 | This is the laboratory's identification of the flash drive used by Wang Yongming at the UMC Tainan Office |
| 106030-25-06 | This is the lab's identification of the flash drive used by Wang Yongming's residence in Taichung City. |
| 106030-25-07 | This is the laboratory's identification of Wang Yongming's portable hard disk in his residence in Taichung City |
| 106030-25-08 | This is the laboratory's identification of Wang Yongming's portable hard disk in his residence in Taichung City |
| 106030-25-09 | This is the laboratory's identification of Wang Yongming's notebook computer in his residence in Taichung City |
| 106030-25-10 | This is the laboratory's identification of Wang Yongming's notebook computer in his residence in Taichung City |
| 106030-25-11 | This is the laboratory's identification of the portable hard disk used by Ho Jianting in the Tainan office of UMC |
| 106030-25-12 | This is the laboratory's identification of UMC's laptop (label UMC030761). |

| | |
|---|---|
| 106030-25-13 | This is the laboratory's identification of the flash drive used by Wang Yongming in the Tainan office of UMC. |
| 106030-25-14 | This is the laboratory's identification of the flash drive used by Ho Jianting in the Tainan office of UMC. |
| 106030-25-15 | This is the laboratory's identification of the mobile phone used by Ho Jianting (Tel 0910411131 , 0965280938) |
| 106030-25-16 | This is the laboratory's identification of the notebook computer used by Ho Jianting in the Tainan office of UMC |
| 106030-25-17 | The MJIB agents saved the e-mail used by Ho Jianting at UMC's Tainan office to a flash drive. This is laboratory's identification of the flash drive |
| 106030-25-18 | This is the lab's identification on the iPhone used by Rong Letian |
| 106030-25-19 | This is the lab's identification on the iPhone used by Rong Letian |
| 106030-25-20 | This is the laboratory's identification of the hard disk used by Rong Letian |
| 106030-25-21 | This is the result of the laboratory's identification of the flash drive used by Rong Letian |
| 106030-25-22 | This is the the laboratory's identification of the portable hard drive used by Rong Letian |
| 106030-25-23 | This is the laboratory's identification of the notebook computer used by Rong Letian |
| 106030-25-24 | This is the laboratory's identification of the flash drive used by Rong Letian |
| 106030-25-25 | This is the laboratory's identification of the flash drive used by Rong Letian |
| 106030-25-26 | The MJIB agents downloaded electronic files from Wang Yongming's Google Drive to a 64G flash drive on February 14, 2017. This is the laboratory's identification of the flash drive. |
| GDS 檔案 | The laboratory screens files of type "GDS" from the seized electronic equipment (excluding mobile phones) and copies these files to the "GDS 檔案" folder. |

Le-wei Chen

Prosecutor

Taichung District Prosecutors Office

USD-0838177

USD-0838178