# EXHIBIT C

Explanation Regarding Evidence Transfer of Taichung District Prosecutors' Office of Taiwan (Hereinafter referred to as "Taichung District Prosecutors' Office) on March 16, 2020 A.D. (Same hereinafter)

    I.  Case Overview:

(1) Micron Memory Taiwan Company Limited (hereinafter referred to as Micron Memory Taiwan, located at 369, Sanfeng Road Section 4, Houli District, Taichung City, whose parent company is Micron Technology, Inc. located in Boise, Idaho of the United States (hereinafter referred to as "Micron US") discovered in 2016, through its internal investigation, that Wang Yong-ming [Yung-ming], an assistant manager at Micron Memory Taiwan, left the company in April 2016 and took a job at the factory of United Microelectronics Corporation (hereinafter referred to as "United Microelectronics) located in the Science Park of Tainan City (hereinafter referred to as "Tainan Science Park Factory). However, before leaving his job at Micron Memory Taiwan, Wang Yong-ming duplicated, without a consent of the authority, electronic files related to dynamic random access memory (DRAM) wafer fabrication technology from a computer server of Micron Memory Taiwan that was equipped with security measures, and transferred the files to his private USB flash drive. The aforementioned electronic files contain trade secret that Micron Memory Taiwan uses. On the other hand, on April 12, 2016, United Microelectronics carried out, with Fujian Jinhua Integrated Circuit Company Limited (hereinafter referred to as "Jinhua Company") in Mainland China, a development project related to 32 nanometer DRAM and 32S nanometer DRAM fabrication technology, which was suspected of infringing on the trade secret of Micron Memory Taiwan. Micron Memory Taiwan and Micron US believed that Wang Yong-ming was suspected of committing crimes against the Trade Secret Act. Therefore a complaint was submitted to New Taipei City Investigation Office of the Ministry of Justice (MoJ) Investigation Bureau (hereinafter referred to as "New Taipei City Investigation Office").

(2) After investigations, on February 7, 2017, the investigators of New Taipei City Investigation Office, with the search warrant issued by Taichung District Court of Taiwan (hereinafter referred to as "Taichung District Court"), went to Wang Yong-ming's house, the office and dormitory that Wang Yong-ming uses in Tainan Science Park Factory to carry out the search. During the course of search and interrogation, it was also discovered that employees of United Microelectronics Rong Le-tian and He Jian-ting (former employee of Micron Memory Taiwan) were suspected of violating the Trade Secret Act. Afterward, on February 9, 2017, Huang Shu-han, an employee of United Microelectronics, provided laptop computers, flash drives, and paper documents belonged to Wang Yong-ming and He Jian-ting, under the custody of Huang at the time, to Taichung District Prosecutors' Office for holding in custody. Based on these evidences, on February 14, 2017, Taichung District Prosecutors' Office instructed the investigators of New Taipei City Investigation Office again to go to the offices of He Jian-ting and Rong Let-tian located at Tainan Science Park Factory to conduct search with the search warrant issued by Taichung District Court. In the aforementioned search

USD-0838204

procedures, a total of 26 electronic devices, including cell phones, laptop computers, and flash drives were seized (please refer to the exhibit number 2 of the evidence locker items listed in the Attachment II of the indictment; exhibits numbers 3, 4, 5, and 6 of the evidence locker items listed in the Attachment III of the indictment; exhibit number 10 of the evidence locker items listed in the Attachment IV of the indictment; exhibits numbers 16, 17, 18, and 19 of the evidence locker items listed in the Attachment V of the indictment; numbers 34, 20, and 36 of the evidence locker items listed in the Attachment VI of the indictment; exhibits number 25 of the evidence locker items listed in the Attachment VII of the indictment; exhibits numbers 29, 31, and 33 of the evidence locker items listed in the Attachment VIII of the indictment; exhibits numbers 39, 40, 41, 42, 43, 46, and 47 of the evidence locker items listed in the Attachment IX of the indictment; exhibit number 38 of the evidence locker items listed in the Attachment X of the indictment; exhibit number 24 of the evidence locker items listed in the Attachment XI of the indictment).

(3) New Taipei City Investigation Office sent the aforementioned 26 electronic devices to the Information Security Forensic Laboratory of the Ministry of Justice Investigation Bureau (hereinafter referred to as "the Laboratory") for forensics. Investigator Jian Zhi-xuan of the Laboratory, in accordance with the New Taipei City Investigation Office's case handling requirements, used the key words and file type such as graphic data structure (GDS) provided by Micron Memory Taiwan as the screening elements in conjunction with German X-Ways Forensics V18.6 forensic software to search the electronic files in the laptop computers, portable hard disks, and USB flash drives (during the course of forensics, it was discovered that the USB flash drive seized on February 7, 2016 at the dormitory of Wang Yong-ming located in the Tainan Science Park Factory of United Microelectronics [that is, exhibit number 10 of the evidence locker items listed in the Attachment IV of the indictment] had already been damaged so no relevant data was available). In addition, Swedish Micro Systemation Company's XRY V7.2 and Israeli CelleBrite Company's Universal Forensics Extraction Device (UFED) V6.0 forensic software were used to analyze files in the cell phones. Digital data produced through the aforementioned procedures was saved in a 1TB portable hard disk (that is, exhibit number 48 of the evidence locker items listed in the Attachment XI of the indictment).

(4) After investigations, Taichung District Prosecutors' Office believed that Wang Yong-ming, He Jian-ting, Rong Le-tian, and United Microelectronics had violated the Trade Secret Act and proceeded the prosecution at Taichung District Court in August 2017 with a bill of indictment based on documents Year 106 Zhen Zi 11035, 4520, 5612, and 1613. Additionally, in September 2017, in accordance with the regulations stipulated in Clause 3, Article 264 of Criminal Procedure Law, evidences of exhibits described in Attachments I through XI of the indictment

USD-0838205

(including evidence locker number 48, the item of portable hard disk) were sent to Taichung District Court for safe keeping.

II. The Course of Taichung District Prosecutors' Office exercises the proceeding according to the Agreement on Mutual Legal Assistant in Criminal Matters as follows:

During the case review period in November 2019, Taichung District Court copied the digital data contained in the evidence locker item number 48 portable hard disk into a 1TB portable hard disk (this portable hard disk is given a name as 106030), and delivered the portable hard disk 106030 to Prosecutor Zhang [Chang] Tian-xing of Taichung District Prosecutors' Office for review and litigation use in the court proceeding. In December 2019, the Ministry of Justice (MoJ) received the 7th supplementary request of assistance from the International Affairs Office of the US Department of Justice. MoJ sent this request with an official letter to instruct the Taichung District Prosecutors' Office for handling. Since the exhibits listed in Attachments I through XI of the indictment were already in the custody of Taichung District Court, Taichung District Prosecutors' Office sent three consecutive second requests to Taichung District Court for items of exhibits listed in Attachments I through XI of the indictment. Taichung District Court responded by saying it could not provide them on the ground that the case was still in the hearing and the exhibits involved trade secrets. In order to exert great efforts in executing this mutual legal assistance request, Taichung District Prosecutors' Office appointed prosecutor investigator Xu [Hsu] Huai-wen to duplicate the digital data in the portable hard disk 106030 and store it in a 1TB portable hard disk (this hard disk is given a name of 106030-copy) between March 9 and March 11, 2020. With a hash operation, it was confirmed that the data in the portable hard disk 106030 matches the copied data in the portable hard disk 106030-copy, and both have 260932 files. On March 12, 2020, Taichung District Prosecutors' Office delivered the portable hard disk 106030-copy to the office of the Department of International and Cross-Strait Legal Affairs of the Ministry of Justice as the transferred evidence, and guaranteed that the digital data source of the portable hard disk 106030-copy was of the evidence locker item number 48 portable hard disk.

III. Description of files saved in the directory of the transferred evidence hard disk:

| No. | Directory or File Name | Source of Digital Data in the Directory of the Left Column | Description of the Data Listed in the Left Column |
|---|---|---|---|
| 1 | 106030-25-01 | Exhibit Number 16 of the evidence locker items in Attachment V of the indictment | On February 7, 2017, New Taipei Investigation Office seized a cell phone (phone #0911-834291) that Wang Yong-ming was using in the office of Tainan Science Park Factory of United Microelectronics. After the lab forensics, the electronic file of the forensic report was saved in directory 106030-25-1. Software UFED Reader was provided in the aforementioned directory for reading the attached forensic report named ufdr. |
| 2 | 106030-25-02 | Exhibit Number 17 of the evidence locker items in Attachment V of the indictment | On February 7, 2017, New Taipei Investigation Office seized a cell phone (phone #0965-702303) that Wang Yong-ming was using in the office of Tainan Science Park Factory of United Microelectronics. After the lab forensics, the electronic file of the forensic report was saved in directory 106030-25-2. |

| 3 | 106030-25-03 | Exhibit Number 18 of the evidence locker items in Attachment V of the indictment | On February 7, 2017, New Taipei Investigation Office seized an official laptop computer that Wang Yong-ming was using in the office of Tainan Science Park Factory of United Microelectronics. After the lab forensics, the retrieved data was saved in directory 106030-25-3. |
|---|---|---|---|
| 4 | 106030-25-04 | Exhibit Number 19 of the evidence locker items in Attachment V of the indictment | On February 7, 2017, New Taipei Investigation Office seized a flash drive that Wang Yong-ming was using in the office of F Tainan Science Park Factory of United Microelectronics. After the lab forensics, the retrieved data was saved in directory 106030-25-4. |
| 5 | 106030-25-06 | Exhibit Number 3 of the evidence locker items in Attachment III of the indictment | On February 7, 2017, New Taipei Investigation Office seized a flash drive at Wang Yong-ming's residence located at 11F-9, No. 201, Wenxin South Five Road Section 1, Nantun District, Taichung City. After the lab forensics, the retrieved data was saved in directory 106030-25-6. |
| 6 | 106030-25-07 | Exhibit Number 4 of the evidence locker items in Attachment III of the indictment | On February 7, 2017, New Taipei Investigation Office seized a portable hard drive at Wang Yong-ming's residence located at 11F-9, 201, Wenxin South Five Road Section 1, Nantun District, Taichung City. After the lab forensics, the retrieved data was saved in directory 106030-25-7. |
| 7 | 106030-25-08 | Exhibit Number 5 of the evidence locker items in Attachment III of the indictment | On February 7, 2017, New Taipei Investigation Office seized a portable hard drive at Wang Yong-ming's residence located at 11F-9, 201, Wenxin South Five Road Section 1, Nantun District, Taichung City. After the lab forensics, the retrieved data was saved in directory 106030-25-8. |
| 8 | 106030-25-09 | Exhibit Number 6 of the evidence locker items in Attachment III of the indictment | On February 7, 2017, New Taipei Investigation Office seized an Acer laptop computer at Wang Yong-ming's residence located at 11F-9, 201, Wenxin South Five Road Section 1, Nantun District, Taichung City. After the lab forensics, the retrieved data was saved in directory 106030-25-9. |
| 9 | 106030-25-10 | Exhibit Number 2 of the evidence locker items in Attachment II of the indictment | On February 7, 2017, New Taipei Investigation Office seized a laptop computer at Wang Yong-ming's residence located at 18, Hecheng Alley, Nantun District, Taichung City. After the lab forensics, the retrieved data was saved in directory 106030-25-10. |
| 10 | 106030-25-11 | Exhibit Number 25 of the evidence locker items in Attachment VII of the indictment | On February 8, 2017, New Taipei Investigation Office seized a mobile hard disk that He Jian-ting used in Room 657, No. 63, Dashun Six Road, Xinshi District, Tainan City. After the lab forensics, the retrieved data was saved in directory 106030-25-11. |
| 11 | 106030-25-12 | Exhibit Number 34 of the evidence locker items in Attachment VI of the indictment | On February 9, 2017, Huang Shu-han, an employee of United Microelectronics, submitted an HP laptop computer (label: UMC030761) to Taichung District Prosecutors' Office of Taiwan. After the lab forensics, the retrieved data was saved in directory 106030-25-12. |
| 12 | 106030-25-13 | Exhibit Number 20 of the evidence locker items in Attachment VI of the indictment | On February 9, 2017, Huang Shu-han, an employee of United Microelectronics, submitted a flash drive owned by Wang Yong-ming to Taichung District Prosecutors' Office. After the lab forensics, the |

USD-0838207

| | | | retrieved data was saved in directory 106030-25-13. |
|---|---|---|---|
| 13 | 106030-25-14 | Exhibit Number 36 of the evidence locker items in Attachment VI of the indictment | On February 9, 2017, Huang Shu-han, an employee of United Microelectronics, submitted a flash drive owned by He Jian-ting to Taichung District Prosecutors' Office. After the lab forensics, the retrieved data was saved in directory 106030-25-14. |
| 14 | 106030-25-15 | Exhibit Number 29 of the evidence locker items in Attachment VIII of the indictment | On February 14, 2017, New Taipei Investigation Office seized a cell phone (phone #0910411131, 0965280938) that He Jian-ting was using in the office of Tainan Science Park Factory of United Microelectronics. After the lab forensics, the electronic file of the forensic report was saved in directory 106030-25-15. |
| 15 | 106030-25-16 | Exhibit Number 31 of the evidence locker items in Attachment VIII of the indictment | On February 14, 2017, New Taipei Investigation Office seized an Asus laptop computer that He Jian-ting was using in the office of Tainan Science Park Factory of United Microelectronics. After the lab forensics, the retrieved data was saved in directory 106030-25-16. |
| 16 | 106030-25-17 | Exhibit Number 33 of the evidence locker items in Attachment VIII of the indictment | On February 14, 2017, New Taipei Investigation Office saved He Jian-ting's emails in a flash drive at the office of Tainan Science Park Factory of United Microelectronics. After the lab forensics, the retrieved data was saved in directory 106030-25-17. |
| 17 | 106030-25-18 | Exhibit Number 39 of the evidence locker items in Attachment IX of the indictment | On February 14, 2017, New Taipei Investigation Office seized Rong Le-tian's IPHONE in the office of Tainan Science Park Factory of United Microelectronics. After the lab forensics, the retrieved data was saved in directory 106030-25-18. |
| 18 | 106030-25-19 | Exhibit Number 40 of the evidence locker items in Attachment IX of the indictment | On February 14, 2017, New Taipei Investigation Office seized Rong Le-tian's IPHONE in the office of Tainan Science Park Factory of United Microelectronics. After the lab forensics, the retrieved data was saved in directory 106030-25-19. A software UFEDReader is provided in the aforementioned directory for reading the attached forensic report named ufdr. |
| 19 | 106030-25-20 | Exhibit Number 41 of the evidence locker items in Attachment IX of the indictment | On February 14, 2017, New Taipei Investigation Office seized a hard drive that Rong Le-tian was using in the office of Tainan Science Park Factory of United Microelectronics. After the lab forensics, the retrieved data was saved in directory 106030-25-20. |
| 20 | 106030-25-21 | Exhibit Number 42 of the evidence locker items in Attachment IX of the indictment | On February 14, 2017, New Taipei Investigation Office seized a flash drive that Rong Le-tian was using in the office of Tainan Science Park Factory of United Microelectronics. After the lab forensics, the retrieved data was saved in directory 106030-25-21. |
| 21 | 106030-25-22 | Exhibit Number 43 of the evidence locker items in Attachment IX of the indictment | On February 14, 2017, New Taipei Investigation Office seized a mobile hard disk that Rong Le-tian was using in the office of Tainan Science Park Factory of United Microelectronics. After the lab forensics, the retrieved data was saved in directory 106030-25-22. |

| | | | |
|---|---|---|---|
| 22 | 106030-25-23 | Exhibit Number 46 of the evidence locker items in Attachment IX of the indictment | On February 14, 2017, New Taipei Investigation Office seized a laptop computer that Rong Le-tian was using in the office of Tainan Science Park Factory of United Microelectronics. After the lab forensics, the retrieved data was saved in directory 106030-25-23. |
| 23 | 106030-25-24 | Exhibit Number 47 of the evidence locker items in Attachment IX of the indictment | On February 14, 2017, New Taipei Investigation Office seized a flash drive that Rong Le-tian was using at United Microelectronics. After the lab forensics, the retrieved data was saved in directory 106030-25-24. |
| 24 | 106030-25-25 | Exhibit Number 38 of the evidence locker items in Attachment X of the indictment | On February 14, 2017, New Taipei Investigation Office seized a cell phone of Rong Le-tian at his residence located at 8F-5, No. 6, Dashun Three Road, Xinshi District, Tainan City. After the lab forensics, the electronic file of the forensic report was saved in directory 106030-25-25. A software UFEDReader was provided in the aforementioned directory for reading the forensic report named ufdr. |
| 25 | 106030-25-26 | Exhibit Number 24 of the evidence locker items in Attachment XI of the indictment | On February 14, 2017, New Taipei Investigation Office downloaded electronic files from Wang Yong-ming's Google Drive to a 64GB flash drive. After the lab forensics, the retrieved data was saved in directory 106030-25-26. In directory 106030-25-26, there is a file named "cloud drive file list.xlsx," which shows the results in a spreadsheet for easy browsing. |
| 26 | GDS files | Exhibit Number 18 of the evidence locker items in Attachment V of the indictment  Exhibit Number 5 of the evidence locker items in Attachment III of the indictment  Exhibit Number 6 of the evidence locker items in Attachment III of the indictment  Exhibit Number 34 of the evidence locker items in Attachment VI of the indictment  Exhibit Number 31 of the evidence locker items in Attachment VIII of the indictment | The Laboratory retrieved files relevant to the GDS-type (Process Chart) from the electronic devices listed in the left column and stored them in the "GDS file" directory. In addition, a "GDS file list.xlsx," file was provided in a spreadsheet format for easy browsing. |

|    |                            |                                                                                                                                                                                                                                                                                           |                                                                                                                                                                           |
|----|----------------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |                            | Exhibit Number 41 of the evidence locker items in Attachment IX of the indictment  Exhibit Number 43 of the evidence locker items in Attachment IX of the indictment  Exhibit Number 38 of the evidence locker items in Attachment X of the indictment |                                                                                                                                                                           |
| 27 | sStored media file list.xlsx |                                                                                                                                                                                                                                                                                           | The Laboratory forensic results of the electronic devices (excluding cell phones) were presented in a spreadsheet format for easy browsing.                                |
| 28 | keyword list.xlsx          |                                                                                                                                                                                                                                                                                           | The Laboratory provided files found in the electronic devices (excluding cell phones) in a table of keyword search results for easy browsing. Keywords were provided by Micron Memory Taiwan. |

USD-0838210