# EXHIBIT D

表 B

外國公文書真實性之證明

本人陳立偉作證，如有虛偽陳述或證言，將受刑事處罰。

本人在中華民國(臺灣)之政府當局之職稱為檢察官，並經中華民國(臺灣)之法律授權證明此所附及以下所述之文件係真正且係依照原本紀錄正確製作之複製本。該原本紀錄存錄在中華民國法務部調查局資安鑑識實驗室。

有關文件之敘述：

臺灣臺中地方檢察署(下稱臺中地方檢察署)偵辦王永銘等人違反營業秘密法一案，經檢察官指揮法務部調查局新北市調查處(下稱新北處)調查官，持法官核發之搜索票，於西元2017年2月間執行2次搜索，搜索過程扣押手機、筆記型電腦、隨身硬碟、隨身碟等電子設備共26件。新北處將扣押證物送交貴局資安鑑識實驗室(下稱實驗室)進行鑑識，鑑識過程中發現2017年2月7日在王永銘位在聯電公司宿舍所扣押之USB隨身碟【即實驗室條碼106030-25-05，贓物庫物品編號10之證物】已經損壞，因此只有25件證物有鑑識結果。

為了完成美國所提出第10次的司法互助請求，臺中地方檢察署通知實驗室複製了前述鑑識過程中所製作的映像檔，並儲存到隨身硬碟1顆（容量4T），該隨身硬碟上序號為1K3120295858，ID為SUH2004T109023。前述物件於2021年3月8日送交到法務部。

陳立偉
檢察官

2021. 3. 18

Form B

CERTIFICATE OF AUTHENTICITY OF

FOREIGN PUBLIC DOCUMENTS

I, Lewei Chen , declare on penalty of criminal punishment for false statement or declaration that my position with the Authority of Republic of China(Taiwan)  is prosecutor and that in that position I am authorized by the law of Taiwan to declare that the documents attached and described below are true and accurate copies of original records which are recorded or filed in Ministry of Justice Investigation Bureau Forensics Laboratory , which is an office of Taiwan.

Description of Documents:

TDPO investigated the case of Wang Yungming and others in violation of the Trade Secrets Act, and commanded agents of the New Taipei Investigation Office to hold the search warrants issued by the judge and executed two searches in February 2017. A total of 26 electronic devices such as mobile phones, laptops, portable hard drives, and flash drives were seized. The New Taipei Investigation Office sent the seized evidences to the Laboratory for analysis. During the forensic process, it

was discovered that a usb flash drive [Laboratory barcode 106030-25-05, WSI No. 10 ] seized in Wang Yungming's dormitory at UMC February 7, 2017 has been damaged, so only 25 exhibits have forensic results.

In order to complete The 10th Mutual Legal Assistance Request, the TDPO notified the Laboratory to copy the image files made during the aforementioned forensic process and store them on a external hard drive product (capacity 4T) with the serial number 1K3120295858 and the ID SUH2004T109023. The above items was delivered to the MOJ on March 8, 2021.

*Lewei Chen*
Prosecutor

2021.3.18

## CERTIFICATE WITH RESPECT TO SEIZED ITEMS

I, ___[name]__ 陳立偉 __ and ___[name]__ 簡祓軒 __, declare on penalty of criminal punishment for false statement or declaration that my position with the Authority of _R.O.C. (Taiwan)_ are, in order, _Prosecutor_ and _Forensic Officer_. The Taichung District Prosecutors Office ("TDPO") and Ministry of Justice Investigation Bureau ("MJIB") lawfully seized custody of the items described in Tables 1 through 11 of the Indictment of TDPO with 2017 Investigation Numbers 110325, 4520, 5612, and 5613 ("Taiwan Indictment").

The articles provided to the United States are electronic media that contain an exact forensic images of electronic devices described in the columns of notes of Table 1-Table 11 attached to the Taiwan Indictment. Each forensic image is a true and accurate copy of the forensically created image from the 25 seized devices, which is made pursuant to the procedures described below.

- Description of Article(s) Provided to the United States:

1

See Table of the "II. Original Data" of "CERTIFICATE OF AUTHENTICITY OF FORENSIC IMAGES."

- The Change in condition while in custody of <u>MJIB</u>:

The MJIB, (department/unit) seized (for detailed dates and places of the seizure, please refer to Attachment) 26 electronic devices (WSI No. 10 later found damaged) possessed by the defendants. The devices were delivered to the MJIB Forensics Laboratory (the Lab) for forensic examination. The Lab used "Logicube Forensic Falcon" forensic tool to create forensic images and used "Cellebrite UFED and MSAB XRY" forensic softwares to create mobile devices report packages of each device. The articles provided to the United States are exact copies of the forensic images and mobile devices report packages of the 25 electronic devices.

[signature] 陳立偉

[title] Prosecutor

Seal

2

        _____[place]__ T.D.P.O

        _____[date]__ 2021.3.18

*Seal*

        向楠东 _____[signature]__

        Forensic Officer [title]

        MJJB _____[place]__

        2021/03/17 [date]

3

## CERTIFICATE OF AUTHENTICITY OF FORENSIC IMAGES

I, __陳立偉__ and __簡稔衔__, attest on penalty of criminal punishment for
    (Name)            (Name)
false statement or attestation, under the laws of Taiwan, that the information contained in this

certification is true and correct.

I certify that the data described below is a true copy of the original, as shown by the following:

### I. Qualifications

(i) I, __簡稔衔__, am employed by, __Ministry of Justice Investigation Bureau__
                                        (Name of office or Agency)
which is a government office or agency of Taiwan.

My title at __Ministry of Justice Investigation Bureau__
                    (Name of office or Agency)
is __forensic officer__. I have held that position for __3__ years.
        (Title)                                              (#)

**[Briefly describe position and any certifications or training in computer forensics/imaging.]**

I am familiar with the process for imaging electronic devices and for ensuring that the image is an accurate copy of the original; indeed, making such images is a part of my responsibilities as forensic officer.

(ii) I, __陳立偉__, am employed by, __Taiwan Taichung District Prosecutor Office__
                                        (Name of office or Agency)
which is a government office or agency of Taiwan.

My title at __T.D.P.O__
              (Name of office or Agency)
is __prosecutor__. I have held that position for __12__ years.
        (Title)                                          (#)

I certify the content of the column "Description of Source of Images" of the table below is true.

### II. Original Data

The original data was electronic devices or storage medium, to wit:

| Device No. | Source of Forensic Image | Description of Source of Image |
|---|---|---|
| | | |

| 1 | Exhibit Number 16 of the evidence locker items in Attachment V of the indictment | On February 7, 2017, New Taipei Investigation Office seized a cell phone (phone #0911-834291) that Wang Yong-ming was using in the office of Tainan Science Park Factory of United Microelectronics. |
|---|---|---|
| 2 | Exhibit Number 17 of the evidence locker items in Attachment V of the indictment | On February 7, 2017, New Taipei Investigation Office seized a cell phone (phone #0965-702303) that Wang Yong-ming was using in the office of Tainan Science Park Factory of United Microelectronics. |
| 3 | Exhibit Number 18 of the evidence locker items in Attachment V of the indictment | On February 7, 2017, New Taipei Investigation Office seized an official company laptop computer that Wang Yongming was using in the office of Tainan Science Park Factory of United Microelectronics. |
| 4 | Exhibit Number 19 of the evidence locker items in Attachment V of the indictment | On February 7, 2017, New Taipei Investigation Office seized a flash drive that Wang Yong-ming was using in the office of F Tainan Science Park Factory of United Microelectronics. |
| 5 | Exhibit Number 3 of the evidence locker items in Attachment III of the indictment | On February 7, 2017, New Taipei Investigation Office seized a flash drive at Wang Yong-ming's residence located at 11F-9, No. 201, Wenxin South Five Road Section 1, Nantun District, Taichung City. |
| 6 | Exhibit Number 4 of the evidence locker items in Attachment III of the indictment | On February 7, 2017, New Taipei Investigation Office seized a portable hard drive at Wang Yong-ming's residence located at 11F-9, 201, Wenxin South Five Road Section 1, Nantun District, Taichung City. |
| 7 | Exhibit Number 5 of the evidence locker items in Attachment III of the indictment | On February 7, 2017, New Taipei Investigation Office seized a portable hard drive at Wang Yong-ming's residence located at 11F-9, 201, Wenxin South Five Road Section 1, Nantun District, Taichung City. |
| 8 | Exhibit Number 6 of the evidence locker items in Attachment III of the indictment | On February 7, 2017, New Taipei Investigation Office seized an Acer laptop computer at Wang Yongming's residence located at 11F-9, 201, Wenxin |

| | | |
|---|---|---|
| | | South Five Road Section 1, Nantun District, Taichung City. |
| 9 | Exhibit Number 2 of the evidence locker items in Attachment II of the indictment | On February 7, 2017, New Taipei Investigation Office seized a laptop computer at Wang Yong-ming's residence located at 18, Hecheng Alley, Nantun District, Taichung City. |
| 10 | Exhibit Number 25 of the evidence locker items in Attachment VII of the indictment | On February 8, 2017, New Taipei Investigation Office seized a mobile hard disk that He Jian-ting used in Room 657, No.63, Dashun Six Road, Xinshi District, Tainan City |
| 11 | Exhibit Number 34 of the evidence locker items in Attachment VI of the indictment | On February 9, 2017, Huang Shu-han, an employee of United Microelectronics, submitted an HP laptop computer (label: UMC030761) to Taichung District Prosecutors' Office of Taiwan. |
| 12 | Exhibit Number 20 of the evidence locker items in Attachment VI of the indictment | On February 9, 2017, Huang Shu-han, an employee of United Microelectronics, submitted a flash drive owned by Wang Yong-ming to Taichung District Prosecutors' Office. |
| 13 | Exhibit Number 36 of the evidence locker items in Attachment VI of the indictment | On February 9, 2017, Huang Shu-han, an employee of United Microelectronics, submitted a flash drive owned by He Jian-ting to Taichung District Prosecutors' Office. |
| 14 | Exhibit Number 29 of the evidence locker items in Attachment VIII of the indictment | On February 14, 2017, New Taipei Investigation Office seized He Jianting's cell phone (0910411131, 0965280938) at Number 57, Nanke 3rd Road, Xinshi District, Tainan (He Jianting's office at Fab1, Factory 2A, Campus 2, NBD Center, Special Project PM2, UMC) |
| 15 | Exhibit Number 31 of the evidence locker items in Attachment VIII of the indictment | On February 14, 2017, New Taipei Investigation Office seized an Asus laptop computer that He Jian-ting was using in the office of Tainan Science Park Factory of United Microelectronics |
| 16 | Exhibit Number 33 of the evidence locker items in Attachment VIII of the indictment | On February 14, 2017, New Taipei Investigation Office saved He Jian-ting's emails in a flash drive at the office of Tainan Science Park Factory of United Microelectronics. |

3

| | | |
|---|---|---|
| 17 | Exhibit Number 39 of the evidence locker items in Attachment IX of the indictment | On February 14, 2017, New Taipei Investigation Office seized Rong Le-tian's IPHONE in the office of Tainan Science Park Factory of United Microelectronics. |
| 18 | Exhibit Number 40 of the evidence locker items in Attachment IX of the indictment | On February 14, 2017, New Taipei Investigation Office seized Rong Le-tian's IPHONE in the office of Tainan Science Park Factory of United Microelectronics. |
| 19 | Exhibit Number 41 of the evidence locker items in Attachment IX of the indictment | On February 14, 2017, New Taipei Investigation Office seized a hard drive that Rong Le-tian was using in the office of Tainan Science Park Factory of United Microelectronics. |
| 20 | Exhibit Number 42 of the evidence locker items in Attachment IX of the indictment | On February 14, 2017, New Taipei Investigation Office seized a flash drive that Rong Le-tian was using in the office of Tainan Science Park Factory of United Microelectronics. |
| 21 | Exhibit Number 43 of the evidence locker items in Attachment IX of the indictment | On February 14, 2017, New Taipei Investigation Office seized a mobile hard disk that Rong Le-tian was using in the office of Tainan Science Park Factory of United Microelectronics. |
| 22 | Exhibit Number 46 of the evidence locker items in Attachment IX of the indictment | On February 14, 2017, New Taipei Investigation Office seized a laptop computer that Rong Le-tian was using in the office of Tainan Science Park Factory of United Microelectronics. |
| 23 | Exhibit Number 47 of the evidence locker items in Attachment IX of the indictment | On February 14, 2017, New Taipei Investigation Office seized a flash drive that Rong Le-tian was using at United Microelectronics. |
| 24 | Exhibit Number 38 of the evidence locker items in Attachment X of the indictment | On February 14, 2017, New Taipei Investigation Office seized a cell phone of Rong Le-tian at his residence located at 8F-5, No. 6, Dashun Three Road, Xinshi District, Tainan City. |
| 25 | Exhibit Number 24 of the evidence locker items in Attachment XI of the indictment | On February 14-15, 2017, New Taipei Investigation Office downloaded electronic files from Wang Yong-ming's Google Drive to a 64GB flash drive. |

4

### III. Imaging Through a Process that Produces an Accurate Result

From 2017.02.18 to 2017.02.21(UTC+8), MJIB lab created a forensic image of the above-listed digital media. The image was generated through an electronic process or system that produces an accurate result, to wit, all of the data on the lab hard disk was copied exactly and written to a second media device, described below. The records were copied in a manner that ensured that they were true copies of the original lab hard disk data.

The second media device containing the forensic images of the above-listed digital media is an HV620S 2.5 inch external hard drive product of ADATA Company, with 4TB capacity. The serial number is 1K3120295858. The MJIB lab ID is SUH2004T109023.

### IV. Verification

The attached data was verified to be a true copy of the original data by a process of digital identification, to wit:

I calculated hash values for both the original and copy of each listed using one of the most commonly-used hash algorithms in digital forensics: **Message Digest 5 (MD5)** and **Secure Hash Algorithm-1 (SHA-1)** A hash value is a number that is often represented as a sequence of characters and is produced by an algorithm based upon the digital contents of a drive, medium, or file.

I then compared the **MD5 and SHA-1** hash value of the resulting copy to that of the original. All post-copy hash values were exact matches to their original counterparts, which thus reliably attests to the fact that the copy is an exact duplicate of the original.

The hash values for each seized device* are as follow:

(*The hash value for mobile devices might not be provided since it could have different hash values each time when it is powered on or extracted with different methods.)

| No. | Forensic File Number | Hash Value |
|---|---|---|
| 1 | 106030-25-03 | ee4a9c7b72adc2df30b71a1c5d9bdf7b4a047006(SHA-1) |
| 2 | 106030-25-04 | 3f49aaedb764f0d5b5cb3ebfb58cff577be916e9(SHA-1) |
| 3 | 106030-25-06 | 55b7174735ccf077e43290008f3786a601ccbd63(SHA-1) |
| 4 | 106030-25-07 | 8036540fa94e1c11177181 97c9e7295658f6b6cd(SHA-1) |
| 5 | 106030-25-08 | ee6e0cea177054811fd36f3c0b03806e6603d5af(SHA-1) |
| 6 | 106030-25-09 | 4b194c9a888e81a32751a281536a9e290364e138(SHA-1) |
| 7 | 106030-25-10 | 19b2b54a6bc64803a61647990777aa3e6fc5dba0(SHA-1) |
| 8 | 106030-25-11 | 550e15000f8232144308c90382ceb1977441078a(SHA-1) |
| 9 | 106030-25-12 | 5b29f891c26b3c761de772ef53d079f14320663d(SHA-1) |
| 10 | 106030-25-13 | 42983645f4886d5dc94fc2e79b23f13d72d7d53ff(SHA-1) |
| 11 | 106030-25-14 | 3251845eb69bb68ddf5099031c09fb974d0964f5(SHA-1) |
| 12 | 106030-25-16 | a0237752e21826680ec8eace9d1f65507f5abcaf(SHA-1) |

5

| 13 | 106030-25-17 | e74eb4fe920435289d872352e0ae9d1ef43d17df(SHA-1) |
| 14 | 106030-25-20 | 7fe028f17566ab615dd5c1ac30d74003924d5507(SHA-1) |
| 15 | 106030-25-21 | 4de6067989b0d36d153ef0beca430c1edc329f44(SHA-1) |
| 16 | 106030-25-22 | eaba8abfc3b3a3212786dfe937929b05066b8c0d(SHA-1) |
| 17 | 106030-25-23 | 83ce0e8edb05c95c97234504c4e0c7c23342aca5(SHA-1) |
| 18 | 106030-25-24 | 110f31db58dba643a55c97b11b9ee1b2b728a994(SHA-1) |
| 19 | 106030-25-26 | 46D817839FACA783FCFD95DBA2DA93E7(MD5) |
| 20 |  |  |
| 21 |  |  |
| 22 |  |  |
| 23 |  |  |
| 24 |  |  |
| 25 |  |  |

Seal

Date of execution: 2021.3.18

Place of execution: T.D.P.O

Signature: 陳立偉

Seal

Date of execution: 2021 / 3 / 18

Place of execution: MJIB

Signature: [signature]

6