# EXHIBIT E

Form B

# CERTIFICATE OF AUTHENTICITY OF FOREIGN PUBLIC DOCUMENTS

I, 張溡雲 declare on penalty of criminal punishment for false statement or declaration that my position with the Authority of R.O.C(Taiwan) is prosecutor and that in that position I am authorized by the law of R.O.C(Taiwan) to declare that the documents attached and described below are true and accurate copies of original records which are recorded or filed in Taiwan Taichung District Court , which is an office or agency of R.O.C(Taiwan).

Description of Documents:

The exhibit provided to the United States is a portable hard drive with a capacity of 1 TB (the portable hard drive is named 106030-copy), and the digital data source is " Warehouse Seized Item No. 48 portable ", the item described in Table 11 of the Indictment of Taichung District Prosecutors Office with 2017 Investigation Numbers 11035, 4520, 5612, and 5613 .

張溡雲 [signature]

Prosecutor [title]

2020.3.13 [date]

表 B

外國公文書真實性之證明

本人張添興作證，如有虛偽陳述或證言，將受刑事處罰。

本人在中華民國(臺灣)之政府當局之職稱為檢察官，並經中華民國(臺灣)之法律授權證明此所附及以下所述之文件係真正且係依照原本紀錄正確製作之複製本。該原本紀錄存錄在中華民國之臺灣臺中地方法院

有關文件之敘述：

提供給美國的證物為1個容量1TB之隨身硬碟(該隨身硬碟被命名為106030-copy)，該證物內的數位資料來源為「贓物庫物品編號48的隨身硬碟」，這是臺灣臺中地方檢察署106年度偵字第11035、4520、5612、5613號起訴書附表十一所示的證物。

　　　　　　　　　　　　　　　　　　張添興 (簽名)
　　　　　　　　　　　　　　　　　　檢察官 (職稱)
　　　　　　　　　　　　　　　　　　2020.3.13 (日期)

USD-0838191

CERTIFICATE WITH RESPECT TO SEIZED ITEMS

We, _[signature]_, _許懷文_, _張崚壽_, declare on penalty of criminal punishment for false statement or declaration that my position with the Authority of _R.O.C. (Taiwan)_ are, in order, _Forensic Officer, Prosecutor's Investigator and Prosecutor_. The _Ministry of Justice Investigation Bureau ("MJIB") and Taichung District Prosecutors Office ("TDPO")_ lawfully seized custody of the items described in Tables 1 through 11 of the Indictment of TDPO with 2017 Investigation Numbers 11035, 4520, 5612, and 5613 ("Taiwan Indictment"). The items were provided in the condition as noted below to TDPO, which transferred in turn in exactly the same condition to the Taichung District Court when the Indictment was filed to the court. Under Taiwan law and procedure, the court acts as a repository for evidence in its original, received condition. The evidence in the court's possession should therefore be unchanged from the condition of the evidence when it was provided to the court.

1

The article provided to the United States is a hard drive that contains exact images of information described as "forensically extracted and saved in Warehouse Seized Item ("WSI") No. 48 portable hard drive after forensic extraction" in the columns of notes of Table 1-Table 11 attached to the Taiwan Indictment. Each image is a true and accurate copy of the forensically extracted data from the 25 seized devices, which is made pursuant to the procedures described below.

- Description of Article(s) Provided to the United States:

  See 「三、關於移交證據硬碟內目錄所存檔案之描述」 (Paragraph Three -- Description concerning the files stored in the hard drive (WSI No. 48) delivered as evidence, "Paragraph Three Description") in the attached Statement on the Delivery of Evidentiary Items ("證物移交說明", "the TDPO Statement") to this Certificate.

- The Change in condition while in custody of *MJIB*:

  The MJIB seized (for detailed dates and places of the seizure, please refer to the TDPO Statement)26 electronic devices (WSI No. 10 later found damaged) possessed by the defendants. The devices were immediately delivered to the MJIB Forensics Laboratory ("the Lab") for forensic

2

examination. The Lab used "X-Ways Forensics V18.6" forensic software, following the "key words" provided by Taiwan Micron, the claimant in the Taiwan Indictment, to search and locate the relevant part of the data contained in the devices. The lab then used software "XRY V7.2" developed by Micro Systemation and software Universal Forensic Extraction Device developed by CelleBrite to extract from the devices the parts of the data which are related to the case. All these extracted relevant parts of the data have been uploaded to and saved in WSI No. 48. The 25 items of the articles are specifically listed in Paragraph Three Description in the TDPO Statement, as well as in column of notes in Table 1-11 attached to the Taiwanese Indictment.

_____[signature]_

_____Forensic Officer_____ [title]

_____MOJ_____[place]

_____2020/03/16_____[date]

3

USD-0838194

_____許懷文_____ [signature]

_Prosecutor's Investigator_ [title]

_Taichung District Prosecutors Office_ [place]

_____2020.3.13_____ [date]


_____張添雲_____ [signature]

_____Prosecutor_____ [title]

_Taichung District Prosecutors Office_ [place]

_____2020.3.13_____ [date]

4