[PROPOSED] ORDER GRANTING FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S MOTION IN LIMINE NO. 4 TO EXCLUDE THE FORENSIC IMAGES OF CERTAIN ELECTRONIC DEVICES

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., et al.,<br><br>Defendant. | Case No. 18-CR-465 MMC<br><br>**[PROPOSED] ORDER GRANTING FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S MOTION IN LIMINE NO. 4 TO EXCLUDE THE FORENSIC IMAGES OF CERTAIN ELECTRONIC DEVICES**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 14, 2022<br><br>Hearing Date: January 18, 2022<br>Hearing Time: 10:00 a.m. |

1     Having read and considered Defendant Fujian Integrated Circuit Co., Ltd.'s ("Jinhua")
2 Motion *in Limine* No. 4 to exclude the forensic images of certain electronic devices seized by the
3 Taiwan authorities in raids on United Microelectronics Corporation ("UMC") in February, 2017 and
4 produced to Jinhua in discovery, on the grounds that the electronic data on these devices was
5 accessed and modified before being forensically imaged, thus corrupting the integrity of the data
6 ("Motion"), the papers filed in support thereof, the Declaration of Matthew E. Sloan, and the exhibits
7 attached thereto, and any argument on the application, IT IS HEREBY ORDERED that Jinhua's
8 Motion *in Limine* No. 4 is GRANTED and that the government is excluded from admitting into
9 evidence the forensic image of certain electronic devices that were seized by the Taiwan authorities
10 in raids on UMC in February 2017 on the grounds that they were accessed and modified before being
11 forensically imaged.

12     The Motion is **GRANTED**.

13     **IT IS SO ORDERED.**

16 DATED:_____          _____
                                          Honorable Maxine M. Chesney
                                          United States District Court Judge

20 Respectfully submitted by:

21 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

23 By:     */s/Matthew E. Sloan*
            JACK P. DICANIO
24          MATTHEW E. SLOAN
            EMILY REITMEIER
            *Attorneys for Defendant*
25 FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

2
[PROPOSED] ORDER GRANTING MOTION IN LIMINE NO. 4 TO EXCLUDE THE FORENSIC IMAGES OF CERTAIN ELECTRONIC DEVICES     CASE NO.: 3:18-cr-00465-MMC