JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
JAEWOOK (JERRY) LEE (SBN 333054)
Jerry.Lee@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:    (650) 470-4500
Facsimile:    (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:    (213) 687-5000
Facsimile:    (213) 687-5600

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**DECLARATION OF MATTHEW E. SLOAN IN SUPPORT OF DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S MOTION *IN LIMINE* NO. 6 TO EXCLUDE HEARSAY STATEMENTS OF PURPORTED CO-CONSPIRATORS AND PURPORTED JINHUA EMPLOYEES**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 14, 2022<br><br>Hearing Date: January 18, 2022<br>Hearing Time: 10:00 a.m. |

**DECLARATION OF MATTHEW E. SLOAN**

I, Matthew E. Sloan declare and state as follows:

1. I am a partner at Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua"). I am an attorney licensed to practice law in the State of California and before this Court. I submit this declaration in support of Jinhua's Motion *In Limine* No. 6 for an Order To Exclude Hearsay Statements Of Purported Co-Conspirators and Purported Jinhua Employees (the "Motion"). This declaration is based upon my personal knowledge, and, if called to testify, I could and would do so competently as to the matters set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Crim. L.R. 16-1(c) Notice sent on November 1, 2021, by the Government to Jinhua (the "Local Rule 16-1(c) Notice"). Because the government designated certain portions of Exhibit A as "Confidential," Jinhua must file portions of it under seal pursuant to the Protective Order. Accordingly, Jinhua has filed a motion to file this exhibit under seal concurrently herewith, and attaches a partially redacted version of the Local Rule 16-1(c) Notice hereto.

3. Attached hereto as Exhibit B is a true and correct copy of the Technology Cooperation Agreement between Jinhua and United Microelectronic Corp. Because the government designated Exhibit B as "Confidential," Jinhua must file the document under seal pursuant to the Protective Order. Accordingly, Jinhua has filed a motion to file this exhibit under seal concurrently herewith.

4. Attached hereto as Exhibit C is a true and correct copy of a convenience translation of the Technology Cooperation Agreement found in Exhibit B. Because the government designated Exhibit B, on which this translation is based, as "Confidential," Jinhua must file this document under seal pursuant to the Protective Order. Accordingly, Jinhua has filed a motion to file this exhibit under seal concurrently herewith.

5. Attached hereto as Exhibit D is a true and correct copy of the expert disclosure of Professor Jiang Ying.

6. Attached hereto as Exhibit E is a true and correct copy of a December 19, 2018 interrogation record of an interrogation of Neil Lee by the Taiwan Ministry of Justice Investigation

1

Bureau ("MIJB"). Because the government has designated Exhibit E as "Confidential," Jinhua must file the document under seal pursuant to the Protective Order. Accordingly, Jinhua has filed a motion to file this exhibit under seal concurrently herewith.

7. Attached hereto as Exhibit F is a true and correct copy of a convenience translation of the interrogation record found in Exhibit E. Because the government designated Exhibit E, on which this translation is based, as "Confidential," Jinhua must file this document under seal pursuant to the Protective Order. Accordingly, Jinhua has filed a motion to file this exhibit under seal concurrently herewith.

8. Attached hereto as Exhibit G is a true and correct copy of a February 15, 2017 interrogation record of an interrogation of LT Rong by the MIJB.

9. Attached hereto as Exhibit H is a true and correct copy of a convenience translation of the interrogation record found in Exhibit G.

10. Attached hereto as Exhibit I is a true and correct copy of a June 9, 2017 interrogation record of an interrogation of Kenny Wang by the MIJB. Because the government has designated Exhibit I as "Confidential," Jinhua must file the document under seal pursuant to the Protective Order. Accordingly, Jinhua has filed a motion to file this exhibit under seal concurrently herewith.

11. Attached hereto as Exhibit J is a true and correct copy of a convenience translation of the interrogation record found in Exhibit I. Because the government designated Exhibit J, on which this translation is based, as "Confidential," Jinhua must file this document under seal pursuant to the Protective Order. Accordingly, Jinhua has filed a motion to file this exhibit under seal concurrently herewith.

12. Attached hereto as Exhibit K is a true and correct copy a February 14, 2017 interrogation record of an interrogation of JT Ho by the MIJB.

13. Attached hereto as Exhibit L is a true and correct copy of a convenience translation of the interrogation record found in Exhibit K.

14. Attached hereto as Exhibit M is a true and correct copy of a contract between Jinhua and JT Ho.

15. Attached hereto as Exhibit N is a true and correct copy of a convenience translation of a contract found in Exhibit M.

16. Attached hereto as Exhibit O is a true and correct copy of the July 10, 2018, deposition transcript of Stephen Chen in the case *Micron v. UMC et al.*, Case No. 3:17-cv-06932-MMC (N.D. Cal.). Because this document was designated "Confidential," pursuant to the protective order in *Micron v. UMC et al.*, Jinhua must file the document under seal pursuant to the Protective Order. Accordingly, Jinhua has filed a motion to file this exhibit under seal concurrently herewith.

17. Attached hereto as Exhibit P is a true and correct copy of the July 12, 2018, deposition transcript of JT Ho in the case *Micron v. UMC et al.*, Case No. 3:17-cv-06932-MMC (N.D. Cal.). Because this document was designated "Confidential," pursuant to the protective order in *Micron v. UMC et al.*, Jinhua must file the document under seal pursuant to the Protective Order. Accordingly, Jinhua has filed a motion to file this exhibit under seal concurrently herewith.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 1st day of December, 2021 in Los Angeles, California.

By: */s/ Matthew E. Sloan*
Matthew E. Sloan

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Jack P. DiCanio*
Jack P. DiCanio