# EXHIBIT K

偵 005612

拾叁長

106, 張叁錄

## 調　查　筆　錄

中華民國106年2月14日

於法務部調查局臺南市調查處

| 案由 | 王某涉嫌違反營業秘密法案 | | | | | | |
|---|---|---|---|---|---|---|---|
| 問 | 姓名 | 綽號 | 性別 | 出生年月日 | 出生地 | 職業（職等） | 國民身分證統一編號 |
| 答 | 何建廷 | | 男 | 64.11.5 | 臺中市 | 工程師 | B121163317 |
| 問 | 地址 | | | 電話 | | 家庭經濟狀況 | 教育程度 |
| 答 | 住所：臺中市西屯區何厝街129號<br>居所：臺南市新市區大順六路6號 | | | (O)0965-280938<br>0910-411131 | | 小康 | 臺灣大學應用力學研究所畢業 |

問：你涉嫌違反營業秘密法第13條之1、第13條之2及刑法第359條等罪，本處新北市調查處)以犯罪嫌疑人身分約談你到案，你於民國106年2月14日1處予你用餐並休息後，於20時23分開始詢問，受詢問時你得行使下列權持緘默，無須違背自己之意思而為陳述。（二）得選任辯護人。如為低入戶、原住民、智能障礙或其他依法令得請求法律扶助者，得請求之。查有利之證據。你是否瞭解？

答：瞭解。

問：你是否具有低收入戶、中低收入戶、原住民或其他得請求法律扶助之身

答：沒有。

問：因現在已日沒，你是否同意接受夜間詢問？

答：同意。

問：是否需要選任辯護人？

答：需要，我已選任賈俊益律師擔任我的辯護人，他正在前來這裡的路上。

問：辯護人未到場前，你是否同意接受詢問？

002

頁 1 / 20

D-0000200

答：我希望等賈律師到場後再開始接受詢問。

問：現在時間20時38分，本處暫停詢問等候你所委任的律師到場，但依規定間超過4小時，得逕行詢問，你是否瞭解？

答：瞭解。

問：現在時間22時01分，你委任的賈俊益律師已到場陪同，本處現開始進行解？

答：瞭解。

問：前科？

答：沒有。

問：本處今(14)日持臺灣臺中地方法院106年聲搜字000421號搜索票至你位於科三路57號聯華電子股份有限公司（下稱：聯電公司）新事業發展中心個人辦公室執行搜索，你有無全程在場陪同？對於搜索過程有無異議？

答：我有全程在場，對於搜索過程沒有異議。

問：你於106年2月7日在本處製作之筆錄內容有無補充？

答：有的，我上次製作筆錄時沒有告知貴處，我有將之前任職於台灣美光公司工作業務資料，包括書面文件及存有相關檔案的USB隨身碟有帶到聯電公司在工作時參考閱讀。另外當日下午貴處前來PM2辦公室執行搜索前約十數分鐘管協理戎樂天有走到我的座位旁，告訴我檢察官要來搜索，如果有什麼趕緊收一收，我聽完後在從我座位將前述存有台灣美光公司檔案的USB隨身碟拿出來時（這些資料內容也包括瑞晶公司及力晶公司的資料），剛好我樂天通知的王永銘，正在將他所持有的私人資料交給坐在他右後方的黃書涵來，所以我也把我這邊的隨身碟及書面文件一起交給黃書涵，請她拿去

003

頁 2 / 20

過我拿給她沒隔多久，貴處人員就進來辦公室搜索了，所以黃書涵就把這

些資料一部分放到她的櫃子裡，一部分則從PM2辦公室帶離開，包括後來

回辦公時，她身上所帶著的王永銘的手機。

問：你前述戎樂天走到你的座位旁，告訴她檢察官要來搜索，如果有什麼私人

　　緊收一收，所謂要收一收的私人資料意指為何？

答：戎樂天的意思我知道，就是指從以前工作的美光公司帶來聯電公司的資料

問：戎樂天是如何通知王永銘，檢察官及本處人員要來執行搜索一事？

答：我不清楚，我就是把前述存有資料的隨身碟及書面文件拿出來後，我忘了

　　拿著類似的東西交給黃書涵，還是我有問王永銘他要怎麼收，所以我才會

　　到戎樂天的通知。

問：據王永銘於106年2月8日接受檢察官訊問時供稱：「...檢調人員於昨日

　　搜索時，戎樂天有跟我們講這件事，他跟我與何建廷說，如果有美光公司

　　移走」、「就我瞭解他應該也有美光公司的一些資料」、「是叫我到他

　　「我的印象中是兩個同時」，當時實情是否如此？

答：王永銘說的部分跟我印象不一樣，戎樂天確實有跟我說有檢察官要來搜索

　　確跟我說要把台灣美光公司的資料移走，但戎樂天的意思我聽起來是包括

　　的資料，王永銘確實知道我有帶台灣美光公司的工作資料到聯電公司來，

　　來叫我到他辦公室，我因為在忙跟他說沒空，他才直接跟我講檢察官要

　　於戎樂天是如何通知王永銘的，我並沒有看到，戎樂天並沒有同時跟我

問：王永銘為何知道你有帶台灣美光公司的工作資料到聯電公司？

答：因為我平常在和王永銘閒聊的時候有提到，我也曾經跟陳正坤（英文名

　　求給我一臺可以讀USB權限的公用電腦，讓我可以在辦公室讀取個人資料

004

D-0000202

　　　也會跟我借這臺公用電腦去使用，所以我曾經跟王永銘聊到我有帶台灣美光
　　　務資料出來的事情。

問：王永銘是否也有以該臺公用電腦讀取他自台灣美光公司帶出的相關檔案

答：我知道王永銘也有從台灣美光公司帶相關的工作業務資料出來，他在辦
　　　公用電腦，是要讀他的私人資料，因為公司的公務電腦室是限制USB讀取
　　　的資料必須要以這種申請過沒有限制USB功能的公用電腦才能讀取，至方
　　　用這臺公用電腦讀取他從台灣美光公司帶出來的檔案資料，我沒有去過

問：前述你及王永銘在106年2月7日本處人員執行搜索前，拿給黃書涵的書
　　　碟，目前置於何處？

答：我在106年2月8日檢察官訊問完後，約於傍晚5、6點左右回到辦公室時
　　　人員說當時我跟王永銘交給黃書涵保管的東西，全部都要交出去給檢察
　　　些東西應該都在檢察官那裡。

問：（提示：臺灣臺中地方法院檢察署扣押物品目錄表及扣押物）提示物為
　　　月9日，將前述你及王永銘拿給她的東西交給檢察官後，由地檢署人員
　　　扣押物，請你檢視內容後區分哪些是你及王永銘所有的？

答：（經檢視後）其中編號1的筆記型電腦壹臺，編號2塑膠袋中黑色比較小
　　　編號3的紙本資料中貼上標籤2～8、10～15共拾參本，編號5的爾必達-玛
　　　中心營運計畫書，都是我當時拿給黃書涵的；至於其他東西應該都是王

問：前開編號1的筆記型電腦開機後，出現「00046294」、「00046324」及
　　　共3個使用者帳號，分別是何人所使用？密碼為何？

答：「00046294」是我在聯電公司的工號，這個使用者帳號也是我所使用的
　　　「ASDf1234」；「00046324」應該是李甫哲在聯電公司的工號，這個使

<div align="center">005</div>

D-0000203

甫哲使用的，因為這臺公用電腦李甫哲也可以登入使用；至於「itoase

個使用者帳號，這應該是這臺電腦預設給其他人要新設帳號使用的。

問：前開筆記型電腦內，有無存放你及王永銘自台灣美光公司複製出來的業

答：我都是用這臺公用電腦讀取我從台灣美光公司複製出來的工作業務資料

號2中黑色比較小的USB隨身碟，有時我會直接在USB直接進行編輯，有日

用電腦內，但一段時間後，我就會把有價值的檔案回存至USB隨身碟內

則直接刪除掉，現在這臺公用電腦內，所以目前我的使用者帳號下應該

公司的檔案資料，這些檔案資料都存放在前開USB內。至於王永銘跟我佯

時，都是以我的使用者帳號及密碼登入，我是看過我的帳號登入後，有

電公司的檔案資料，因為只有王永銘用我的使用者帳號及密碼登入使用

一併刪除掉。

問：現在時間23時35分，你是否需要暫停詢問休息？

答：現在先不需要。

問：李甫哲為何也有該臺筆記型電腦的使用者帳號？用途為何？

答：因為我和李甫哲是差不多時間到聯電公司任職，約於105年年初我們在言

憶體計畫時，因為想要讀取一些個人資料，就一起和陳正坤要求要有一

身碟權限的公用電腦，所以這臺公用電腦上才會分別有我和李甫哲的使

問過李甫哲他使用這臺筆記型電腦的用途，李甫哲告訴我他是用來參考

的。

問：（提示：106年2月7日扣押物編號：A-6，扣押物名稱：王永銘手機，擷

建廷的聊天紀錄1份）提示物內105年6月30日，王永銘問你：「甫哲的〈

可借我看一下文件嗎」，你回答：「甫哲的被Stephen拿走了」、「我自

D-0000204

方縫隙」、「Passwor Qwer1234」，王永銘回應：「3Q」、「我會小心

何？

答：（經檢視後）我跟李甫哲一開始向陳正坤申請一人各保管使用一臺公用

時王永銘問我李甫哲保管使用的公用電腦在哪裡，他想要拿去用來讀

資料，因為李甫哲那臺公用電腦被Stephen也就是陳正坤拿去用了，所以

拿我保管的前述公用電腦去用，當時的密碼是Qwer1234，但這個密碼一

次，因為在聯電公司讀取私人資料是不合規定的事，所以王永銘最後才

小心使用。

問：你及李甫哲向陳正坤要求可讀取個人資料的公用電腦，並獲得配發的過

答：我們向陳正坤提出要求，陳正坤表示同意後，就指示他在新竹辦公室的

我不記得了）處理，之後就由聯電公司的IT人員設定好2台公用電腦，且

哲使用。

問：既然你們使用公用電腦有經過陳正坤同意，並由聯電公司IT人員設定好

你卻表示「在聯電公司讀取私人資料是不合規定的事，所以王永銘最後

會小心使用」？是否實際上王永銘是要讀取從台灣美光公司複製帶出的

小心使用？

答：公用電腦原本就是讓我們讀取USB檔案資料，沒有什麼不合規定的問題

小心使用，應該是要讀取從台灣美光公司複製帶出的檔案，但王永銘向

時，他要做何使用我並不會去過問。

問：陳正坤是否也知道你及王永銘會使用公用電腦去讀取自台灣美光公司複

料？或者你向陳正坤要求配發公用電腦時，就是要用來讀取自台灣美光

檔案資料？

007

D-0000205

答：因為台灣美光公司在104年以前，對於員工從公司把業務檔案帶回家工作
　　或管控，所以我認為台灣美光公司的員工都有把公司檔案複製到USB隨身
　　且因為台灣美光公司配發的硬碟空間不夠，員工也曾團購USB隨身碟使用
　　交給檢察官查扣的USB隨身碟，就是我在台灣美光公司和同事一起團購的
　　陳正坤要求配發公用電腦時，並沒有向他表示要用來讀取台灣美光公司
　　坤如何解讀得我不清楚，另外陳正坤並不知道王永銘也有在使用這臺公

問：李甫哲保管使用的另一臺公用電腦位於何處？

答：我有問過李甫哲，他說在106年2月7日貴處人員搜索後，他已經把他保管
　　繳回給公司了。

問：戎樂天在106年2月7日本處人員搜索前，交代你及王永銘把所謂私人資料
　　甫哲在搜索後將他保管使用的公用電腦繳回給公司，是否均因這些私人
　　內檔案，都有存放侵害台灣美光公司的營業秘密資料之證據？

答：戎樂天可能覺得我們這些後來從其他公司過來，加入聯電公司記憶體計
　　多少會帶著前公司的資料，至於李甫哲保管使用的公用電腦，有沒有存
　　的資料，我無法確定。

問：現在時間106年2月15日00時52分，因發現詢問錄音設備電源接觸不良已
　　00時54分換裝電池後繼續錄音，你是否瞭解？

答：瞭解。

問：現在時間00時55分，你主動要求休息，故本處現暫停詢問，你是否瞭解

答：瞭解。

問：現在時間01時13分，你已稍事休息，本處繼續對你詢問，你是否瞭解？

答：瞭解。

D-0000206

問：請你再檢視前開編號3的紙本資料中貼上標籤2～8、10～15共拾參本紙z
　　內容為何？是否為台灣美光公司之營業秘密資料？

答：標籤4、5及7是我在力晶公司工作時期的製造流程資料，因為是經過驗記
　　造流程，應該是屬於力晶公司的營業秘密；標籤3、6及12是我在瑞晶公
　　造流程資料，一樣應該是瑞晶公司的營業秘密；標籤11及14是瑞晶公司
　　流程資料，期間瑞晶公司因被美光公司合併改名為台灣美光公司，所以
　　料後來是屬於台灣美光公司所有的，也應該是台灣美光公司的營業秘密
　　件是我所製作的新人教育訓練資料，內容是製程整合ABC，也就是將前可
　　料整合後，作進一步解說的入門資料，包含一些我的看法及心得，性質
　　記，算不算營業秘密我不確定；標籤13則是瑞晶公司製成整合部的技術
　　的製程整合概論，當時我是在上課時拿到這份資料，上完課以後就把它
　　源現在應該是台灣美光公司的部經理，這份資料比較粗淺，是不是營業
　　標籤10是瑞晶公司測試DRAM晶圓的分類代號，是否屬於營業秘密我不清
　　留存力晶公司工作時雜七雜八的資料，應該不是營業秘密；標籤8有三個
　　我從網路上下載下來的爾必達公司產品介紹（DATA SHEET），不是營業
　　份是我在台灣美光公司工作時，參加DRAM 1X奈米的製程相關會議資料
　　美光公司DRAM 20奈米良率現況的介紹，這兩份資料是不是屬於台灣美z
　　我不確定。

問：前開編號5的爾必達-瑞晶后里技術研發中心營運計畫書，內容為何？是
　　營業秘密資料？

答：這是瑞晶公司於99年12月向經濟部申請專案研究計畫補助所寫的營運計
　　公司是爾必達公司的持股50%左右的子公司，為了要向政府申請補助經
　　了這份計畫書，但不是我寫的，我看到後就把它留著，看以後可不可以

D-0000207

並不是營業秘密資料。

問：若編號5的爾必達-瑞晶后里技術研發中心營運計畫書不是瑞晶公司的營
　　何在計畫書封面右上角特別標示「機密文件」？你為何將此機密文件從
　　來？

答：雖然這份文件有標示機密文件，但它的實際內容應該是要在股東會上或
　　料，所以我不覺得這是真正的機密文件，我只是習慣性帶著工作上可能

問：你是否認識陳侷菱？你與陳侷菱有無怨隙或金錢借貸關係？

答：我認識陳侷菱，他是我在台積電公司、瑞晶公司及台灣美光公司工作時
　　我和他沒有怨隙，也沒有金錢借貸關係。

問：據陳侷菱106年2月13日接受檢察官訊問時，經他檢視後，對前述編號2,
　　碟供述：「...另外我在比較小外觀標示KINGSTONE隨身碟內的JOB DATA
　　內容跟我一開始看的何建廷自動提出的行動硬碟內之檔案一樣」、「何
　　10月，但在上開目錄夾裡屬於美光公司檔案存取的時間是105年1月，那
　　離開美光公司，所以可證明他有在看這些檔案，這些檔案跟他所要製作
　　UMC step naming相關檔案放在同一個目錄夾下，所以我認為他在做聯電
　　有參考到美光公司的檔案，他在決定製程要怎麼跑時，可能會去參考到
　　製程」，顯示你在從台灣美光公司離職後，將該公司的檔案資料帶到聯
　　此你有何解釋？

答：我歷任各個公司工作上使用到的檔案，都是存在該隨身碟內的JOB DATA
　　106年2月8日由貴處人員陪同回到聯電公司宿舍，經我同意後交付貴處人
　　碟，裡面的檔案及隨身碟內JOB DATA資料夾大致相同，我在聯電公司工
　　台灣美光公司的資料檔案，我是為了個人學習之用才會去參考讀取，藉

010

D-0000208

工作的判斷是有幫助的，我當時的認知是聯電公司發展記憶體計畫，是技術軌跡，而非抄襲台灣美光公司的技術，所以沒有直接使用台灣美光不會有違反洩漏營業秘密的問題，但經貴處人員上禮拜詢問過我，我回資料並詢問公司法務人員後，才知道除了非法取得外，我有讀取參考之的檔案資料，也有非法使用的風險，這是我最近才知道的。

問：現在時間凌晨2時24分，本處現暫停詢問予你休息並提供餐點，你是否明

答：瞭解。

問：現在時間2時32分，你已用過餐並稍事休息，本處繼續對你詢問，你是否

答：瞭解。

問：你是否認識陳希賢？你與陳希賢有無怨隙或金錢借貸關係？

答：我知道陳希賢，他是台灣美光公司的法務人員，我和他沒有怨隙，也沒
　　係。

問：據陳希賢106年2月13日接受檢察官訊問時表示：「今天檢視扣押證物過
　　及到1X奈米的資料，是現在美光公司最先進的製程，理論上何建廷不應
　　西」，另據陳俋菱之供述：「何建廷有參與1X奈米相關專案，他是製程
　　天檢視的檔案應該是何建廷離職時帶走，那時候美光公司已經開發出第
　　米製程」，顯示前開標籤8的第二份你在台灣美光公司工作時，參加DRA
　　相關會議資料，是台灣美光公司極先進之營業秘密，為何你於離職時竟
　　司內參考使用？

答：我自台灣美光公司離職時，台灣美光公司還在開發1X奈米的製程，當時
　　我就是習慣帶走以後工作可能會用到的參考資料，標籤8的第二份DRAM
　　關會議資料，只是比較粗淺的介紹，是不是已經算營業秘密我不確定，

查扣我的黑色隨身碟及行動硬碟內，確實還有存放有關1X奈米製程更深

認這些資料是屬於台灣美光公司的營業秘密。

問：（提示：106年2月14日扣押物編號：2B-2，扣押物名稱：美光公司函文

示，台灣美光公司於105年4月19日以(105)美光字第0040號函，發文予公

之內容及原因為何？

答：（經檢視後）這份函文是台灣美光公司提醒我曾與公司在103年2月14日

保密及智慧財產合約，在離職後仍應信守其中有關禁止挖角及保密等約

們簽訂的這兩份合約影本作為附件，我不確定這是不是台灣美光公司的

問：依你與台灣美光公司簽訂之保密及智慧財產合約第1.2條：「本人同意挺

以保護機密資訊，包括但不限於：(1)將所有含有機密資訊之任何形式之

寫文件與資料存放於安全地點...」、第1.3條：「於本人與美光之僱傭

光要求時，本人會將所有本人當時擁有或掌控而含有機密資訊之文件、

其他可存放機密資訊之物品留給美光，包括其複本予以紙本及電子方式

論其係本人或他人製作，且本人不得以任何形式保留該等物品之任何複

美光之財產上存有機密資訊，包括但不限於個人電腦、電話、平板電腦

或檔案分享帳號或其他裝置或資料庫，本人將立刻將此等機密資訊返還

何本人擁有或掌控之複本、並向美光做出已為返還與銷毀之保證」，又

二重申「台端於任職本公司期間所接觸、知悉或持有機密資訊之保密義

第9.4.3條約定，仍應於離職後加以恪守，萬勿擅自揭露予他人，包括似

間接之方式使台端之新雇主或第三人得以取得、利用等不法行為。」，

灣美光公司期間，即有約定保守該公司營業秘密，不得未經授權擅自重

料，於離職後亦不得擅自使用自該公司取得之營業秘密，對此你有無意

答：沒有。

012

D-0000210

問：（提示：106年2月14日扣押物編號：2B-3，扣押物名稱：勞動合約1份）
　　省晉華公司與你簽訂之勞動合同，內容及簽訂原由為何？

答：（經檢視後）這份合約是我於105年10、11月間簽訂的，內容是晉華公司
　　金給我，期間是往前從105年7月1日起算，至110年6月30日，扣除稅金
　　年新臺幣（下同）150萬元左右，總共可以領五年，晉華公司是按月匯到
　　戶裡。之所以會簽訂這份合約，是因為陳正坤為了以比較好的薪資條件
　　也就是從DRAM相關公司找來加入聯電公司記憶體計畫的員工，所以陳正
　　取這筆開發獎金，並指定幾個他認為表現比較好，值得鼓勵的員工，據
　　甫哲與郭峰銘都簽訂與晉華公司的合約後，都是在廈門銀行開戶支領獎
　　後就不能再領取聯電公司的分紅、季獎金及額外的簽約獎金，我知道課
　　般可領取到的分紅、季獎金及額外的簽約獎金。

問：王永銘、戎樂天及陳正坤是否也有與晉華公司簽訂前開勞動合約？

答：我這批是第一批與晉華公司簽訂勞動合約的，王永銘則是第二批的其中
　　程序還沒有完成，還沒有領到晉華公司的專案獎金，至於戎樂天與陳正
　　華公司簽訂勞動合約，我就不清楚了。

問：現在時間3時48分，因錄音設備電池電力耗盡停止錄音，本處已更換錄
　　你是否瞭解？

答：瞭解。

問：你於106年2月7日之調查筆錄供稱：「...104年11月剛進入聯電公司時
　　年薪約190萬元左右，105年2、3月間因為陳正坤認為薪水比台灣美光公
　　易招攬其他人員加入，所以積極幫我爭取之後，我就調整為年薪約220
　　右...」，若加上你於105年7月1日開始支領每年150萬元晉華公司專案

D-0000211

若干？

答：我上次所說的年薪是有把我一開始的簽約金算在內，若以我105年7月1日
　　因為不能再領取到的分紅、季獎金及額外的簽約獎金，年薪大約是190萬
　　司專案獎金150萬元，年薪變成大約340萬元。

問：承上，你於台灣美光公司任職期間的年薪大約220萬元至240萬元左右，
　　職後，支領之年薪增長至340萬元，是否因此你才從台灣美光公司離職
　　業秘密資料帶至聯電公司使用？

答：不是，我剛從台灣美光公司離職至聯電公司任職時，聯電公司並沒有和
　　晉華公司也還沒有成立，當時聯電公司開給我的年薪還沒有台灣美光公
　　正坤於105年2、3月幫我第一次調整後，薪水才接近台灣美光公司，直到
　　司簽訂勞動合約後，才從105年7月1日起，領到年薪340萬元，我有把台
　　務資料帶到聯電公司，是我自己想要繼續學習研究，當時沒有考量到雖
　　三星公司的技術軌跡，但我在聯電公司讀取台灣美光公司機密資料，還
　　風險。

問：現在時間4時05分，你現在身體精神狀況是否可以繼續接受詢問？

答：我是希望趕快把筆錄問完。

問：為何你等聯電公司員工與晉華公司簽訂前開勞動合約，需要到廈門銀行

答：我不清楚，是陳正坤在我們簽約前或後，叫我們去廈門銀行開戶，我、
　　三人是一起坐飛機到廈門，到廈門機場後就由晉華公司的人員安排，帶
　　開戶，當天開完戶之後我們就立即搭機返臺。

問：你、李甫哲及郭峰銘有無見到晉華公司的主管？

答：有的，開戶時是晉華公司的員工帶我們去的，開完戶之後有先去吃中飯

D-0000212

司一位台籍廠長吳坤榮有到場陪同。

問：吳坤榮或其他晉華公司員工，有無向你、李甫哲或郭峰銘談論到有關聯
　　體計畫的作法？

答：沒有，當時我們就只是單純吃飯而已。

問：王永銘何時知道加入聯電公司後，還可與晉華公司簽約並支領每年約15
　　金？

答：我記得王永銘是在我跟晉華公司簽訂勞動合約之前大概1個月左右知道自

問：（提示：106年2月7日扣押物編號A-6，扣押物名稱：王永銘手機，擷取
　　對話1份）王永銘於105年8月25日向你表示：「今天大S說，拿中國那筆
　　年…以我目前的狀況，真不知能不能撐四年」、「老大說戎sir有推薦手
　　即王永銘要與晉華公司簽約乙事？內容詳情為何？

答：（經檢視後）是的，大S及老大指的就是陳正坤，是陳正坤跟王永銘講自
　　的事；至於戎sir是指戎樂天，戎樂天是推薦王永銘由原本的課長升任自

問：現在時間4時40分，你主動要求休息，本處現暫停詢問，你是否瞭解？

答：瞭解。

問：現在時間4時50分，你已稍事休息，本處繼續進行詢問，你是否瞭解？

答：瞭解。

問：前開王永銘手機擷取之LINE通訊軟體對話中，王永銘於105年3月22日向
　　啦！就跟現在薪資差不多」、「UMC給我們的薪資有包含分紅嗎？」、
　　目」，你則表示：「到時候，如果有做出來，應該還會有激勵獎金」，

答：這是王永銘跟我討論他轉到聯電公司任職的薪資狀況，不算分紅的話，
　　薪資跟台灣美光公司給他的薪資差不多，另外我跟王永銘提到陳正坤有

D-0000213

的激勵獎金，但前提是DRAM產品要做出來。

問：你前述陳正坤有在爭取一筆額外的激勵獎金，與你與晉華公司簽訂之勞
　　為何？

答：當時陳正坤想要鼓勵將參與記憶體計畫的研發人員，所以提出如果成功
　　就可以額外獲得一筆額外獎金這樣一個想法，至於後來陳正坤向晉華公
　　動合約，我認為是不同的東西，因為激勵獎金根本還沒有確定過。

問：你所屬的PM2的整合一部與整合二部如何分工？整合二部的部經理是誰？

答：聯電公司研發DRAM F32的製造流程我們把它切成6段，整合一部負責1、
　　部則負責2、3、6段，另外整合二部有一個課是負責協調出光罩事宜，以
　　的設計規則（design rule），整合二部部經理是魏銘德。

問：現在時間5時20分，本處人員暫停錄影更換錄影光碟後，於5時22分繼續
　　解？

答：瞭解。

問：layout與design rule所指意義為何？有無差別？

答：layout是整個DRAM產品的上視圖，也就是由上方往下俯視的產品平面圖
　　DRAM邏輯電路的佈局設計規範，聯電公司由整合二部負責出光罩及desi
　　外包的IC設計廠商協調，原本的原則應該是由聯電公司按自身能力範圍
　　則，例如2條導線間距最大或最小的容許範圍，IC設計廠商再依照rule設
　　路佈局圖（不過現在也可能是IC設計廠商以既有的設計佈局，反過來要
　　所需的rule），之後聯電公司就要把電路佈局跟DRAM的memory cell記憶
　　來，做出的產品的上視圖，也就是完整的layout。

問：據王永銘於105年2月8日接受檢察官訊問時供稱：「他（戎樂天）是我主

016

D-0000214

問　我手邊有無美光公司的一些規格設定，設定規範，因為他是面試我的
　　美光公司來，他希望我能夠給予一些協助，幫忙這整個聯電F32的DRAM計
　　比較好的一個範圍」、「假如我沒有下載檔案，我的修改可能無法那樣
　　天指示王永銘協助以台灣美光公司之營業秘密資料，修改聯電公司F32的
　　而王永銘如果沒有從台灣美光公司下載檔案的話，他就沒辦法將聯電公
　　的比較完善，王永銘、戎樂天有無與你討論過相關事宜？

答　王永銘曾經向我抱怨過戎樂天要求他做一些台灣美光公司及聯電公司de
　　較，但細節我不清楚，後來我也不知道王永銘有沒有幫戎樂天這樣做，
　　的team自己就有能力做這件事，不需要台灣美光公司的design rule。

問　是否王永銘依照戎樂天指示，協助做台灣美光公司及聯電公司design r
　　戎樂天才推薦王永銘由原本的課長升任部經理？或者王永銘才獲得與晉
　　合約，並支領晉華公司支付之專案獎金？

答　我不這麼認為，因為design rule不是王永銘的業務，他會由原本的課t
　　該是因為他負責的核心業務表現的好，至於與晉華公司簽訂勞動合約，
　　外安排，也不只有王永銘有簽訂勞動合約，但王永銘他們最後是不是有
　　並不清楚。

問　本處再予你確認，你主動提供本處扣押之隨身硬碟及由檢察官扣押之US
　　灣美光公司業務資料，是否係你在103年2月14日與台灣美光公司簽訂聘
　　智慧財產合約之後複製帶出公司的？

答　我在與台灣美光公司簽約前跟後，都有在複製台灣美光公司的檔案資料
　　隨身碟內。

問　本次筆錄提示或提及屬於台灣美光公司之營業秘密資料，有哪些是在10

- 017

D-0000215

後複製出去的？

答：主要就是前述台灣美光公司DRAM 1X奈米的製程相關會議資料，及DRAM

　　的介紹，以及存放在隨身硬碟及USB隨身碟中的製造流程相關檔案，我6

　　月14日與台灣美光公司簽約後才複製出去的，至於其他的資料大部分是

　　的。

問：現在時間7時10分，本處現暫停詢問予你休息，你是否瞭解？

答：瞭解。

問：現在時間7時45分，你已稍事休息，本處繼續進行詢問，你是否瞭解？

答：瞭解。

問：你所使用之個人電子郵件信箱jengting.tw@yahoo.com.tw及jengting.t

　　否同意由本處人員登入後進行下載？

答：同意，我這兩個電子郵件信箱的密碼都是「jthobb3317」，請貴處人員

　　進行下載。

問：現在時間8時29分，本處現暫停詢問予你休息用餐，你是否瞭解？

答：瞭解。

問：現在時間9時15分，你已稍事休息並用餐完畢，本處繼續進行詢問，你夕

答：瞭解。

問：你jengting.tw@yahoo.com.tw電子郵件信箱為何無法以前述帳戶密碼登

答：因為現在yahoo信箱要求要兩階段認證，所以我後來都是用我的手機登入

　　久沒有用筆電登入了，貴處人員可以用我今日被扣押的手機來進行瀏覽

問：據陳侶菱106年2月13日接受本處詢問時，於檢視你主動交付本處扣押之

　　示：「該行動硬碟D data項下，包括3DI、BKE、F16data、F23 1xnm110

018

D-0000216

F28 20nm100s、F32 25nm、F32 25nm90s、F38 30nm、F45 40nm、F45 4

F63、F68、F72等資料夾都是美光公司的內部機密資料，未經美光公司分

漏給客戶或競爭對手，這些資料都是直接從美光公司拷貝出來的，連檔

樣，沒有更改。」、「F23 1xnm110s、F28 20nm、F28 20nm100s、F32

F32 25nm90s等資料夾，都是美光公司目前正在製造量產的產品。」、

料夾內的Flow\ dram_110_series_(1xnm)_traveler_(z11a)-2015 Jan.

dram_comparison_workshop_100-110_series.pdf、 iRDL Intro Feb25

檔案是1X奈米(指10奈米至20奈米)製程技術；F28 20nm 100s資料夾內白

DRAM_100_series_(20nm)_traveler_(v00h) 150730.pdf，以及路徑

F11 data\F11 transfer Doc\TRD\Etch\F15_F11_DRAM_DE_AMAT eMax_C

都是20奈米製程相關技術資料；F32 25nm 90s資料夾內2EOF(mobile LP

\flow\Fab15 25nm 4G3D&4GLP3 Process Flow_20131206.xlsx及路徑4G

(V90B) & 2G3F\flow\25nm Process Flow Rev.02.pdf等檔案都是25奈米

些資料包含DRAM產品的一千多道製作流程，以及各項製程參數，還有不

代(Technical Generation)，資料內容含括美光公司過去10年的成果，

司很重要的營業秘密，競爭對手若取得這些資料，可以加速競爭對手導

的製作時程。」、「...F16 data項下，PLM資料夾內所有美光公司預計

量產的時程資料，及MPUP資料夾內所有美光公司2013年底至2016年12月

量產計畫，這些計畫會讓競爭對手得知美光公司的量產產品，進而可以

策略，因此這絕對是美光公司的營業秘密。」，你對陳偲菱之說法有無

答：陳偲菱的說法，除了最後有關於F16 data項下，PLM資料夾內的台灣美分

因為資料時間是從102年底至105年底，已經過時了，而且台灣美光公司

計畫，一方面會公告世代轉進計畫，另一方面則是他的計畫與實際執行

019

D-0000217

大落差，所以是不是向他所說的這些計畫讓競爭對手知道的話，可以進

運策略，這是有待商榷的。至於他所說的其他部分，我基本上同意，但

公司的營業秘密，我認為應該要交由第三方的公正單位來做認定。

問：又據陳侰菱於檢視你在106年2月7日本處人員搜索前拿給黃書涵保管，女

之紙本文件後表示：「編號2之製程整合ABC(F68)是瑞晶公司68奈米的製

料若提供給大陸地區一些低階的DRAM製造廠，就可以從事低階DRAM的生

PROD GROUP：2GDDR3 04C文件是40奈米的製程資料；編號4之文件是72奈

編號5至編號14等文件資料都是不同DRAM產品的製程資料，全部都屬於美

部機密文件；編號15資料夾中有一份ELPIDA ECD-DPB-1111是黃光技術製

品製程的曝光資料，前述的製程資料都屬於美光公司之營業秘密。」，

見？

答：我認為陳侰菱的說法不完全正確，如我前述，編號3的紙本文件中，標籤

力晶公司工作時期的製造流程資料，並不是台灣美光公司所有；標籤2自

以瑞晶公司68奈米的製程技術所製作的的新人教育訓練資料，但關於他

區一些低階的DRAM製造廠，就可以從事低階DRAM的生產，這是陳侰菱個

認同，因為世代落後太多，根本不划算；標籤9的文件並不是我的；標籤

文件都算是台灣美光公司的，其中標籤6、10、11、12、14我同意是台灣

秘密資料，不過標籤8有三份文件，其中有一份文件是網路上公開過的資

台灣美光公司的營業秘密我沒有意見，而標籤13的文件是否屬於營業秘

爭議，應該要由公正單位去認定；編號15資料夾中的ELPIDA ECD-DPB-1

達公司技術移轉給力晶公司72奈米的相關資料，並不是台灣美光公司所

註記力晶公司的簡稱「PSC」。

問：（送達臺灣臺中地方法院檢察署刑事傳票）你是否願意由本處人員陪同

D-0000218

接受檢察官複訊？

答：好的。

問：有無補充意見？

答：我從台灣美光公司複製帶出來的資料，只是自己用來作為研究參考使用
記憶體計畫最後也是採取三星公司的技術軌跡，而沒有採用台灣美光公
在被貴處人員約談以前，我一直認為只要我沒有去使用這些我帶出來的
料，就不會有法律上面的問題，但現在我已經知道即使單純持有營業秘
違法的可能，希望檢察官能考量我並非明知故犯，對我從輕量刑。另外
美光公司在104年以前，對於員工使用USB隨身碟、雲端硬碟或電子郵件
製、下載或轉寄，是完全沒有禁止或做任何管控的，公司甚至鼓勵員工
作使用。

問：以上所言是否實在？

答：實在。

以上筆錄共計20頁，於106年2月15日11時40分製作完畢，經受詢問人親閱及
確認無訛始簽名捺指印於後：

受詢問人：同建足

辯　護　人：賈俊益

詢　問　人：潘李龍

筆　錄　人：蘇鍾元

021

D-0000219

本份筆錄係以[電腦]建建繕[......]版所作列
和印出,故相互對照以供參考

| 調　查　筆　錄 | 中華民國 106 年 02 月 14 日 |
| --- | --- |
| | 於法務部調查局臺南市調查處 |

| 案由 | 王某涉嫌違反營業秘密法案 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 問 | 姓名 | 綽號 | 性別 | 出生年月日 | 出生地 | 職業（職等） | 國民身分證統一編號 |
| 答 | 何建廷 | | 男 | 64.11.5 | 臺中市 | 工程師 | B121163317 |
| 問 | 地址 | | 電話 | | 家庭經濟狀況 | 教育程度 |
| 答 | 住所：臺中市西屯區何厝街129號 居所：臺南市新市區大順六路6號 | | (O)0965-280938、 0910-411131 | | 小康 | 臺灣大學應用力學研究所畢業 |

問：你涉嫌違反營業秘密法第13條之1、第13條之2及刑法第359

條等罪,本處(法務部調查局新北市調查處)以犯罪嫌疑人身分約

談你到案,你於民國106年2月14日19時15分到場,本處予你

用餐並休息後,於20時23分開始詢問,受詢問時你得行使下列

022

權利：（一）得保持緘默，無須違背自己之意思而為陳述。（二）
得選任辯護人。如為低收入戶、中低收入戶、原住民、智能障礙
或其他依法令得請求法律扶助者，得請求之。（三）得請求調查有
利之證據。你是否瞭解？

答　瞭解。
：

問　你是否具有低收入戶、中低收入戶、原住民或其他得請求法律扶
：　助之身分？

答　沒有。
：

問　因現在已日沒，你是否同意接受夜間詢問？
：

答　同意。
：

問　是否需要選任辯護人？
：

答　需要，我已選任賈俊益律師擔任我的辯護人，他正在前來這裡的
：　路上。

問　辯護人未到場前，你是否同意接受詢問？

D-0000221

：

答　我希望等賈律師到場後再開始接受詢問。

：

問　現在時間 20 時 38 分，本處暫停詢問等候你所委任的律師到場，

：　但依規定等候律師到場時間超過 4 小時，得逕行詢問，你是否瞭

　　解？

答　瞭解。

：

問　現在時間 22 時 01 分，你委任的賈俊益律師已到場陪同，本處現

：　開始進行詢問，你是否瞭解？

答　瞭解。

：

問　前科？

：

答　沒有。

：

問　本處今(14)日持臺灣臺中地方法院106年聲搜字000421號搜索票

：　至你位於臺南市新市區南科三路57號聯華電子股份有限公司（下

　　稱：聯電公司）新事業發展中心專案技術二處 PM2 個人辦公室執

D-0000222

行搜索，你有無全程在場陪同？對於搜索過程有無異議？

答　我有全程在場，對於搜索過程沒有異議。

：

問　你於 106 年 2 月 7 日在本處製作之筆錄內容有無補充？

：

答　有的，我上次製作筆錄時沒有告知貴處，我有將之前任職於台灣

：　美光公司時複製帶出的工作業務資料，包括書面文件及存有相關

檔案的 USB 隨身碟有帶到聯電公司 PM2 辦公室，在工作時參考閱

讀。另外當日下午貴處前來 PM2 辦公室執行搜索前約十幾分鐘，

PM2 的主管協理戎樂天有走到我的座位旁，告訴我檢察官要來搜

索，如果有什麼私人的資料，就趕緊收一收，我聽完後在從我座

位將前述存有台灣美光公司檔案的 USB 隨身碟及書面文件拿出來

時（這些資料內容也包括瑞晶公司及力晶公司的資料），剛好我看

到同樣收到戎樂天通知的王永銘，正在將他所持有的私人資料交

給坐在他右後方的黃書涵請她收起來，所以我也把我這邊的隨身

碟及書面文件一起交給黃書涵，請她拿去其他地方放，不過我拿

給她沒隔多久，貴處人員就進來辦公室搜索了，所以黃書涵就把

我們交給她的這些資料一部分放到她的櫃子裡，一部分則從 PM2

辦公室帶離開，包括後來貴處要求黃書涵回辦公室時，她身上所

D-0000223

帶著的王永銘的手機。

問：你前述戎樂天走到你的座位旁，告訴你檢察官要來搜索，如果有什麼私人的資料，就趕緊收一收，所謂要收一收的私人資料意指為何？

答：戎樂天的意思我知道，就是指從以前工作的美光公司帶來聯電公司的資料。

問：戎樂天是如何通知王永銘，檢察官及本處人員要來執行搜索一事？

答：我不清楚，我就是把前述存有資料的隨身碟及書面文件拿出來後，我忘記是看到王永銘拿著類似的東西交給黃書涵，還是我有問王永銘他要怎麼收，所以我才知道王永銘有接到戎樂天的通知。

問：據王永銘於106年2月8日接受檢察官訊問時供稱：「...檢調人員於昨日前來產品辦公室搜索時，戎樂天有跟我們講這件事，他跟我與何建廷說，如果有美光公司相關的東西就移走」、「就我瞭解他應該也有美光公司的一些資料」、「是叫我到他辦公室講的」、「我的印象中是兩個同時」，當時實情是否如此？

答：王永銘說的部分跟我印象不一樣，戎樂天確實有跟我說有檢察官要來搜索，但並沒有明確跟我說要把台灣美光公司的資料移走，但戎樂天的意思我聽起來是包含台灣美光公司的資料，王永銘確

026

D-0000224

實知道我有帶台灣美光公司的工作資料到聯電公司來，但戎樂天

有過來叫我到他辦公室，我因為在忙跟他說沒空，他才直接跟我

講檢察官要來搜索的事，至於戎樂天是如何通知王永銘的，我並

沒有看到，戎樂天並沒有同時跟我們兩個講。

問　王永銘為何知道你有帶台灣美光公司的工作資料到聯電公司？

：

答　因為我平常在和王永銘閒聊的時候有提到，我也曾經跟陳正坤（英

：　文名字：Stephen）要求給我一臺可以讀 USB 權限的公用電腦，讓

我可以在辦公室讀取個人資料，有時候王永銘也會跟我借這臺公

用電腦去使用，所以我曾經跟王永銘聊到我有帶台灣美光公司工

作業務資料出來的事情。

問　王永銘是否也有以該臺公用電腦讀取他自台灣美光公司帶出的相

：　關檔案資料？

答　我知道王永銘也有從台灣美光公司帶相關的工作業務資料出來，

：　他在辦公室跟我借該臺公用電腦，是要讀他的私人資料，因為公

司的公務電腦室是限制 USB 讀存取的，所以私人的資料必須要以

這種申請過沒有限制 USB 功能的公用電腦才能讀取，至於王永銘

是不是有用這臺公用電腦讀取他從台灣美光公司帶出來的檔案資

料，我沒有去過問。

D-0000225

問 前述你及王永銘在 106 年 2 月 7 日本處人員執行搜索前,拿給黃
:　書涵的書面文件及 USB 隨身碟,目前置於何處?

答 我在 106 年 2 月 8 日檢察官訊問完後,約於傍晚 5、6 點左右回到
:　辦公室時,有聽公司的法務人員說當時我跟王永銘交給黃書涵保
　　管的東西,全部都要交出去給檢察官,所以現在這些東西應該都
　　在檢察官那裡。

問 (提示:臺灣臺中地方法院檢察署扣押物品目錄表及扣押物)提
:　示物為黃書涵於 106 年 2 月 9 日,將前述你及王永銘拿給她的東
　　西交給檢察官後,由地檢署人員予以查扣的目錄及扣押物,請你
　　檢視內容後區分哪些是你及王永銘所有的?

答 (經檢視後)其中編號 1 的筆記型電腦壹臺,編號 2 塑膠袋中黑
:　色比較小的隨身碟壹個,編號 3 的紙本資料中貼上標籤 2~8、10
　　~15 共拾參本,編號 5 的爾必達-瑞晶后里技術研發中心營運計
　　畫書,都是我當時拿給黃書涵的;至於其他東西應該都是王永銘
　　的。

問 前開編號 1 的筆記型電腦開機後,出現「00046294」、「00046324」
:　及「itoaservice」共 3 個使用者帳號,分別是何人所使用?密碼
　　為何?

答 「00046294」是我在聯電公司的工號,這個使用者帳號也是我所

D-0000226

：  使用的，密碼是「ASDf1234」；「00046324」應該是李甫哲在聯電

公司的工號，這個使用者帳號也是李甫哲使用的，因為這臺公用

電腦李甫哲也可以登入使用；至於「itoaservice」並不是壹個使

用者帳號，這應該是這臺電腦預設給其他人要新設帳號使用的。

問  前開筆記型電腦內，有無存放你及王永銘自台灣美光公司複製出

：  來的業務資料檔案？

答  我都是用這臺公用電腦讀取我從台灣美光公司複製出來的工作業

：  務資料，也就是前述編號 2 中黑色比較小的 USB 隨身碟，有時我

會直接在 USB 直接進行編輯，有時則會存在這臺公用電腦內，但

一段時間後，我就會把有價值的檔案回存至 USB 隨身碟內，沒有

價值的檔案則直接刪除掉，現在這臺公用電腦內，所以目前我的

使用者帳號下應該是沒有台灣美光公司的檔案資料，這些檔案資

料都存放在前開 USB 內。至於王永銘跟我借用這臺公用電腦時，

都是以我的使用者帳號及密碼登入，我是看過我的帳號登入後，

有其他人存放非聯電公司的檔案資料，因為只有王永銘用我的使

用者帳號及密碼登入使用，我看到後也是一併刪除掉。

問  現在時間 23 時 35 分，你是否需要暫停詢問休息？

：

答  現在先不需要。

D-0000227

：

問　李甫哲為何也有該臺筆記型電腦的使用者帳號？用途為何？

：

答　因為我和李甫哲是差不多時間到聯電公司任職，約於 105 年年初
：　我們在討論聯電公司的記憶體計畫時，因為想要讀取一些個人資
　　料，就一起和陳正坤要求要有一臺可以讀取 USB 隨身碟權限的公
　　用電腦，所以這臺公用電腦上才會分別有我和李甫哲的使用者帳
　　號，我有問過李甫哲他使用這臺筆記型電腦的用途，李甫哲告訴
　　我他是用來參考以前寫的報告用的。

問　（提示：106 年 2 月 7 日扣押物編號：A-6，扣押物名稱：王永銘
：　手機，擷取之 LINE 與 JT 何建廷的聊天紀錄 1 份）提示物內 105
　　年 6 月 30 日，王永銘問你：「甫哲的公用電腦放那裏，可借我看
　　一下文件嗎」，你回答：「甫哲的被 Stephen 拿走了」、「我的在我
　　的小櫃子上方縫隙」、「Passwor Qwer1234」，王永銘回應：「3Q」、
　　「我會小心使用」，意義為何？

答　（經檢視後）我跟李甫哲一開始向陳正坤申請一人各保管使用一
：　臺公用電腦，所以這當時是王永銘問我李甫哲保管使用的公用電
　　腦在哪裡，他想要拿去用來讀取個人的 USB 檔案資料，因為李甫
　　哲那臺公用電腦被 Stephen 也就是陳正坤拿去用了，所以我就跟

D-0000228

王永銘說拿我保管的前述公用電腦去用，當時的密碼是

Qwer1234，但這個密碼一段時間要改一次，因為在聯電公司讀取

私人資料是不合規定的事，所以王永銘最後才會向我表示他會小

心使用。

問 你及李甫哲向陳正坤要求可讀取個人資料的公用電腦，並獲得配
：　發的過程為何？

答 我們向陳正坤提出要求，陳正坤表示同意後，就指示他在新竹辦
：　公室的秘書Luisa（名字我不記得了）處理，之後就由聯電公司

的 IT 人員設定好 2 台公用電腦，並交付給我和李甫哲使用。

問 既然你們使用公用電腦有經過陳正坤同意，並由聯電公司 IT 人員
：　設定好交給你們，為何你卻表示「在聯電公司讀取私人資料是不

合規定的事，所以王永銘最後才會向我表示他會小心使用」？是

否實際上王永銘是要讀取從台灣美光公司複製帶出的檔案，才說

他會小心使用？

答 公用電腦原本就是讓我們讀取 USB 檔案資料，沒有什麼不合規定
：　的問題，所以王永銘說會小心使用，應該是要讀取從台灣美光公

司複製帶出的檔案，但王永銘向我借公用電腦時，他要做何使用

我並不會去過問。

問 陳正坤是否也知道你及王永銘會使用公用電腦去讀取自台灣美光

D-0000229

：　公司複製帶出的檔案資料？或者你向陳正坤要求配發公用電腦

　　時，就是要用來讀取自台灣美光公司複製帶出的檔案資料？

答　因為台灣美光公司在 104 年以前，對於員工從公司把業務檔案帶

：　回家工作使用並沒有禁止或管控，所以我認為台灣美光公司的員

　　工都有把公司檔案複製到 USB 隨身碟中帶出來，而且因為台灣美

　　光公司配發的硬碟空間不夠，員工也曾團購 USB 隨身碟使用，前

　　述由黃書涵交給檢察官查扣的 USB 隨身碟，就是我在台灣美光公

　　司和同事一起團購的，我和李甫哲向陳正坤要求配發公用電腦

　　時，並沒有向他表示要用來讀取台灣美光公司的資料，但陳正坤

　　如何解讀得我不清楚，另外陳正坤並不知道王永銘也有在使用這

　　臺公用電腦。

問　李甫哲保管使用的另一臺公用電腦位於何處？

：

答　我有問過李甫哲，他說在 106 年 2 月 7 日貴處人員搜索後，他已

：　經把他保管使用的公用電腦繳回給公司了。

問　戎樂天在 106 年 2 月 7 日本處人員搜索前，交代你及王永銘把所

：　謂私人資料收一收，以及李甫哲在搜索後將他保管使用的公用電

　　腦繳回給公司，是否均因這些私人資料或公用電腦內檔案，都有

　　存放侵害台灣美光公司的營業秘密資料之證據？

D-0000230

答 戎樂天可能覺得我們這些後來從其他公司過來，加入聯電公司記
：憶體計畫的外來人員，多少會帶著前公司的資料，至於李甫哲保
管使用的公用電腦，有沒有存放台灣美光公司的資料，我無法確
定。

問 現在時間 106 年 2 月 15 日 00 時 52 分，因發現詢問錄音設備電源
：接觸不良已停止錄音，現於 00 時 54 分換裝電池後繼續錄音，你
是否瞭解？

答 瞭解。
：

問 現在時間 00 時 55 分，你主動要求休息，故本處現暫停詢問，你
：是否瞭解？

答 瞭解。
：

問 現在時間 01 時 13 分，你已稍事休息，本處繼續對你詢問，你是
：否瞭解？

答 瞭解。
：

問 請你再檢視前開編號 3 的紙本資料中貼上標籤 2～8、10～15 共拾
：參本紙本文件，分別說明內容為何？是否為台灣美光公司之營業

033

D-0000231

秘密資料？

答 標籤 4、5 及 7 是我在力晶公司工作時期的製造流程資料，因為是
： 經過驗證過的最佳條件製造流程，應該是屬於力晶公司的營業秘
　　密；標籤 3、6 及 12 是我在瑞晶公司工作時期的製造流程資料，
　　一樣應該是瑞晶公司的營業秘密；標籤 11 及 14 是瑞晶公司時期
　　量產的製造流程資料，期間瑞晶公司因被美光公司合併改名為台
　　灣美光公司，所以這些製造流程資料後來是屬於台灣美光公司所
　　有的，也應該是台灣美光公司的營業秘密；標籤 2 的紙本文件是
　　我所製作的新人教育訓練資料，內容是製程整合 ABC，也就是將
　　前面這些製造流程資料整合後，作進一步解說的入門資料，包含
　　一些我的看法及心得，性質比較像我的筆記，算不算營業秘密我
　　不確定；標籤 13 則是瑞晶公司製成整合部的技術課長余彬源製作
　　的製程整合概論，當時我是在上課時拿到這份資料，上完課以後
　　就把它留下來了，余彬源現在應該是台灣美光公司的部經理，這
　　份資料比較粗淺，是不是營業秘密我不清楚；標籤 10 是瑞晶公司
　　測試 DRAM 晶圓的分類代號，是否屬於營業秘密我不清楚；標籤
　　15 是我留存力晶公司工作時雜七雜八的資料，應該不是營業秘
　　密；標籤 8 有三份資料，第一份是我從網路上下載下來的爾必達
　　公司產品介紹（DATA SHEET），不是營業秘密資料，第二份是我在

034

D-0000232

台灣美光公司工作時，參加 DRAM 1X 奈米的製程相關會議資料，
第三份則是台灣美光公司 DRAM 20 奈米良率現況的介紹，這兩份
資料是不是屬於台灣美光公司的營業秘密我不確定。

問
：　前開編號 5 的爾必達–瑞晶后里技術研發中心營運計畫書，內容為
何？是否為瑞晶公司之營業秘密資料？

答
：　這是瑞晶公司於 99 年 12 月向經濟部申請專案研究計畫補助所寫
的營運計畫書，當時瑞晶公司是爾必達公司的持股 50% 左右的子
公司，為了要向政府申請補助經費，所以有人寫了這份計畫書，
但不是我寫的，我看到後就把它留著，看以後可不可以參考，我
認為這並不是營業秘密資料。

問
：　若編號 5 的爾必達–瑞晶后里技術研發中心營運計畫書不是瑞晶
公司的營業秘密資料，為何在計畫書封面右上角特別標示「機密
文件」？你為何將此機密文件從瑞晶公司帶出來？

答
：　雖然這份文件有標示機密文件，但它的實際內容應該是要在股東
會上或財報上公告的資料，所以我不覺得這是真正的機密文件，
我只是習慣性帶著工作上可能會參考的資料。

問
：　你是否認識陳俋菱？你與陳俋菱有無怨隙或金錢借貸關係？

答　我認識陳俋菱，他是我在台積電公司、瑞晶公司及台灣美光公司

D-0000233

：　工作時就認識的同事，我和他沒有怨隙，也沒有金錢借貸關係。

問　據陳侂菱106年2月13日接受檢察官訊問時，經他檢視後，對前

：　述編號2黑色比較小的隨身碟供述：「...另外我在比較小外觀標

　　示KINGSTONE隨身碟內的JOB DATA檔案夾，裡面的內容跟我一開

　　始看的何建廷自動提出的行動硬碟內之檔案一樣」、「何建廷離職

　　是104年10月，但在上開目錄夾裡屬於美光公司檔案存取的時間

　　是105年1月，那時候何建廷已經離開美光公司，所以可證明他

　　有在看這些檔案，這些檔案跟他所要製作的聯電公司

　　UMC step naming 相關檔案放在同一個目錄夾下，所以我認為他

　　在做聯電公司的相關流程有參考到美光公司的檔案，他在決定製

　　程要怎麼跑時，可能會去參考到美光公司現在的製程」，顯示你在

　　從台灣美光公司離職後，將該公司的檔案資料帶到聯電公司使

　　用，對此你有何解釋？

答　我歷任各個公司工作上使用到的檔案，都是存在該隨身碟內的

：　JOB DATA資料夾內，我在106年2月8日由貴處人員陪同回到聯

　　電公司宿舍，經我同意後交付貴處人員扣押的隨身硬碟，裡面的

　　檔案及隨身碟內JOB DATA資料夾大致相同，我在聯電公司工作時

　　確實有讀取台灣美光公司的資料檔案，我是為了個人學習之用才

　　會去參考讀取，藉此增加知識，對工作的判斷是有幫助的，我當

*036*

時的認知是聯電公司發展記憶體計畫，是跟隨三星公司的技術軌跡，而非抄襲台灣美光公司的技術，所以沒有直接使用台灣美光公司的技術，就不會有違反洩漏營業秘密的問題，但經貴處人員上禮拜詢問過我，我回去自行查詢網路資料並詢問公司法務人員後，才知道除了非法取得外，我有讀取參考之前台灣美光公司的檔案資料，也有非法使用的風險，這是我最近才知道的。

問：現在時間凌晨 2 時 24 分，本處現暫停詢問予你休息並提供餐點，你是否瞭解？

答 瞭解。
：

問：現在時間 2 時 32 分，你已用過餐並稍事休息，本處繼續對你詢問，你是否瞭解？

答 瞭解。
：

問 你是否認識陳希賢？你與陳希賢有無怨隙或金錢借貸關係？
：

答 我知道陳希賢，他是台灣美光公司的法務人員，我和他沒有怨隙，
： 也沒有金錢借貸關係。

問 據陳希賢 106 年 2 月 13 日接受檢察官訊問時表示：「今天檢視扣

037

D-0000235

：　押證物過程中，發現有涉及到 1X 奈米的資料，是現在美光公司最
先進的製程，理論上何建廷不應該去接觸這個東西」，另據陳侶菱
之供述：「何建廷有參與 1X 奈米相關專案，他是製程整合主管，
我今天檢視的檔案應該是何建廷離職時帶走，那時候美光公司已
經開發出第一個版本的 1X 奈米製程」，顯示前開標籤 8 的第二份
你在台灣美光公司工作時，參加 DRAM 1X 奈米的製程相關會議資
料，是台灣美光公司極先進之營業秘密，為何你於離職時竟帶走
並於聯電公司內參考使用？

答　我自台灣美光公司離職時，台灣美光公司還在開發 1X 奈米的製
：　程，當時的良率還是零，我就是習慣帶走以後工作可能會用到的
參考資料，標籤 8 的第二份 DRAM 1X 奈米的製程相關會議資料，
只是比較粗淺的介紹，是不是已經算營業秘密我不確定，但檢察
官及貴處查扣我的黑色隨身碟及行動硬碟內，確實還有存放有關
1X 奈米製程更深入的資料，我承認這些資料是屬於台灣美光公司
的營業秘密。

問　（提示：106 年 2 月 14 日扣押物編號：2B-2，扣押物名稱：美光
：　公司函文 1 份）提示資料顯示，台灣美光公司於 105 年 4 月 19
日以(105)美光字第 0040 號函，發文予你何建廷，此函文之內容
及原因為何？

038

D-0000236

答：（經檢視後）這份函文是台灣美光公司提醒我曾與公司在103年2月14日簽訂聘僱合約與保密及智慧財產合約，在離職後仍應信守其中有關禁止挖角及保密等約定，並將當初我們簽訂的這兩份合約影本作為附件，我不確定這是不是台灣美光公司的制式作法。

問：依你與台灣美光公司簽訂之保密及智慧財產合約第1.2條：「本人同意採取合理防範措施以保護機密資訊，包括但不限於：(1)將所有含有機密資訊之任何形式之文件、圖樣、書寫文件與資料存放於安全地點...」、第1.3條：「於本人與美光之僱傭關係終止或於美光要求時，本人會將所有本人當時擁有或掌控而含有機密資訊之文件、紀錄、筆記本或其他可存放機密資訊之物品留給美光，包括其複本予以紙本及電子方式保存之資訊，不論其係本人或他人製作，且本人不得以任何形式保留該等物品之任何複本。若本人在非美光之財產上存有機密資訊，包括但不限於個人電腦、電話、平版電腦、個人電子郵件或檔案分享帳號或其他裝置或資料庫，本人將立刻將此等機密資訊返還予美光、銷毀任何本人擁有或掌控之複本、並向美光做出已為返還與銷毀之保證」，又前開函文之說明二重申「台端於任職本公司期間所接觸、知悉或持有機密資訊之保密義務，依聘顧合約第9.4.3條約定，仍應於離職後加以恪守，萬勿擅自揭露予他人，包括但不限於以直接或間接之

方式使台端之新雇主或第三人得以取得、利用等不法行為。」，顯

示你於任職台灣美光公司期間，即有約定保守該公司營業秘密，

不得未經授權擅自重製該公司機密資料，於離職後亦不得擅自使

用自該公司取得之營業秘密，對此你有無意見？

答　沒有。

：

問　（提示：106 年 2 月 14 日扣押物編號：2B-3，扣押物名稱：勞動

：　合約 1 份）提示資料為福建省晉華公司與你簽訂之勞動合同，內

容及簽訂原由為何？

答　（經檢視後）這份合約是我於 105 年 10、11 月間簽訂的，內容是

：　晉華公司提供一筆專案獎金給我，期間是往前從 105 年 7 月 1 日

起算，至 110 年 6 月 30 日，扣除稅金後的金額大約為每年新臺幣

（下同）150 萬元左右，總共可以領五年，晉華公司是按月匯到

我在廈門銀的帳戶裡。之所以會簽訂這份合約，是因為陳正坤為

了以比較好的薪資條件吸引外找人員，也就是從 DRAM 相關公司找

來加入聯電公司記憶體計畫的員工，所以陳正坤向晉華公司爭取

這筆開發獎金，並指定幾個他認為表現比較好，值得鼓勵的員工，

據我所知有我、李甫哲及郭峰銘都簽訂與晉華公司的合約後，都

是在廈門銀行開戶支領獎金，不過簽約之後就不能再領取聯電公

D-0000238

司的分紅、季獎金及額外的簽約獎金，我知道課長等級的員工一

般可領取到的分紅、季獎金及額外的簽約獎金。

問：王永銘、戎樂天及陳正坤是否也有與晉華公司簽訂前開勞動合約？

答：我這批是第一批與晉華公司簽訂勞動合約的，王永銘則是第二批的其中一人，現在應該程序還沒有完成，還沒有領到晉華公司的專案獎金，至於戎樂天與陳正坤是否也有與晉華公司簽訂勞動合約，我就不清楚了。

問：現在時間 3 時 48 分，因錄音設備電池電力耗盡停止錄音，本處已更換錄音筆後繼續錄音，你是否瞭解？

答：瞭解。

：

問：你於 106 年 2 月 7 日之調查筆錄供稱：「...104 年 11 月剛進入聯電公司時，一開始開給我的年薪約 190 萬元左右，105 年 2、3 月間因為陳正坤認為薪水比台灣美光公司低的話，不容易招攬其他人員加入，所以積極幫我爭取之後，我就調整為年新約 220 萬元至 230 萬元左右...」，若加上你於 105 年 7 月 1 日開始支領每年 150 萬元晉華公司專案獎金後，年薪應為若干？

答：我上次所說的年薪是有把我一開始的簽約金算在內，若以我 105

041

：　年 7 月 1 日的薪水來計算，因為不能再領取到的分紅、季獎金及

額外的簽約獎金，年薪大約是 190 萬元，加上晉華公司專案獎金

150 萬元，年薪變成大約 340 萬元。

問　承上，你於台灣美光公司任職期間的年薪大約 220 萬元至 240 萬

：　元左右，改到聯電公司任職後，支領之年薪增長至 340 萬元，是

否因此你才從台灣美光公司離職，並將該公司的營業秘密資料帶

至聯電公司使用？

答　不是，我剛從台灣美光公司離職至聯電公司任職時，聯電公司並

：　沒有和晉華公司合作，晉華公司也還沒有成立，當時聯電公司開

給我的年薪還沒有台灣美光公司高，是後來陳正坤於 105 年 2、3

月幫我第一次調整後，薪水才接近台灣美光公司，直到 105 年與

晉華公司簽訂勞動合約後，才從 105 年 7 月 1 日起，領到年薪 340

萬元，我有把台灣美光公司的業務資料帶到聯電公司，是我自己

想要繼續學習研究，當時沒有考量到雖然聯電公司是走三星公司

的技術軌跡，但我在聯電公司讀取台灣美光公司機密資料，還是

有構成使用的風險。

問　現在時間 4 時 05 分，你現在身體精神狀況是否可以繼續接受詢

：　問？

答　我是希望趕快把筆錄問完。

D-0000240

：

問　為何你等聯電公司員工與晉華公司簽訂前開勞動合約，需要到廈

：　門銀行開立帳戶？

答　我不清楚，是陳正坤在我們簽約前或後，叫我們去廈門銀行開戶，

：　我、李甫哲及郭峰銘三人是一起坐飛機到廈門，到廈門機場後就

　　由晉華公司的人員安排，帶我們至廈門銀行開戶，當天開完戶之

　　後我們就立即搭機返臺。

問　你、李甫哲及郭峰銘有無見到晉華公司的主管？

：

答　有的，開戶時是晉華公司的員工帶我們去的，開完戶之後有先去

：　吃中飯，吃飯時晉華公司一位台籍廠長吳坤榮有到場陪同。

問　吳坤榮或其他晉華公司員工，有無向你、李甫哲或郭峰銘談論到

：　有關聯電公司發展記憶體計畫的作法？

答　沒有，當時我們就只是單純吃飯而已。

：

問　王永銘何時知道加入聯電公司後，還可與晉華公司簽約並支領每

：　年約 150 萬元之專案獎金？

答　我記得王永銘是在我跟晉華公司簽訂勞動合約之前大概 1 個月左

：　右知道的。

C43

D-0000241

問
：（提示：106年2月7日扣押物編號A-6，扣押物名稱：王永銘手機，擷取之LINE通訊軟體對話1份）王永銘於105年8月25日向你表示：「今天大S說，拿中國那筆額外加給要簽四年⋯以我目前的狀況，真不知能不能撐四年」、「老大說戒sir有推薦我⋯」，所指是否即王永銘要與晉華公司簽約乙事？內容詳情為何？

答
：（經檢視後）是的，大S及老大指的就是陳正坤，是陳正坤跟王永銘講晉華公司勞動合約的事；至於戒sir是指戒樂天，戒樂天是推薦王永銘由原本的課長升任部經理。

問
：現在時間4時40分，你主動要求休息，本處現暫停詢問，你是否瞭解？

答　瞭解。
：

問
：現在時間4時50分，你已稍事休息，本處繼續進行詢問，你是否瞭解？

答　瞭解。
：

問
：前開王永銘手機擷取之LINE通訊軟體對話中，王永銘於105年3月22日向你表示：「還行啦！就跟現在薪資差不多」、「UMC給我們的薪資有包含分紅嗎？」、「sandy只說個數目」，你則表示：「到

044

D-0000242

時候，如果有做出來，應該還會有激勵獎金」，內容詳情為何？

答：這是王永銘跟我討論他轉到聯電公司任職的薪資狀況，不算分紅的話，聯電公司給他的薪資跟台灣美光公司給他的薪資差不多，另外我跟王永銘提到陳正坤有在爭取一筆額外的激勵獎金，但前提是 DRAM 產品要做出來。

問：你前述陳正坤有在爭取一筆額外的激勵獎金，與你與晉華公司簽訂之勞動合約之關連性為何？

答：當時陳正坤想要鼓勵將參與記憶體計畫的研發人員，所以提出如果成功做出 DRAM 產品，就可以額外獲得一筆額外獎金這樣一個想法，至於後來陳正坤向晉華公司爭取到簽訂勞動合約，我認為是不同的東西，因為激勵獎金根本還沒有確定過。

問：你所屬的 PM2 的整合一部與整合二部如何分工？整合二部的部經理是誰？

答：聯電公司研發 DRAM F32 的製造流程我們把它切成 6 段，整合一部負責 1、4、5 段，整合二部則負責 2、3、6 段，另外整合二部有一個課是負責協調出光罩事宜，以及 DRAM 邏輯電路的設計規則（design rule），整合二部部經理是魏銘德。

問：現在時間 5 時 20 分，本處人員暫停錄影更換錄影光碟後，於 5 時 22 分繼續錄影，你是否瞭解？

D-0000243

答 瞭解。

：

問 layout 與 design rule 所指意義為何？有無差別？

：

答 layout 是整個 DRAM 產品的上視圖，也就是由上方往下俯視的產
：  品平面圖，design rule 是 DRAM 邏輯電路的佈局設計規範，聯電
   公司由整合二部負責出光罩及 design rule 的課，跟外包的 IC
   設計廠商協調，原本的原則應該是由聯電公司按自身能力範圍設
   定出 rule 規則，例如 2 條導線間距最大或最小的容許範圍，IC
   設計廠商再依照 rule 去 design 設計出電路佈局圖（不過現在也
   可能是 IC 設計廠商以既有的設計佈局，反過來要求我們必須做到
   所需的 rule），之後聯電公司就要把電路佈局跟 DRAM 的
   memory cell 記憶體區間合併起來，做出的產品的上視圖，也就
   是完整的 layout。

問 據王永銘於 105 年 2 月 8 日接受檢察官訊問時供稱：「他( 戎樂天)
：  是我主管，在討論中他問我手邊有無美光公司的一些規格設定，
   設定規範，因為他是面試我的人，他知道我從美光公司來，他希
   望我能夠給予一些協助，幫忙這整個聯電 F32 的 DRAM 設計規範，
   能夠有比較好的一個範圍」、「假如我沒有下載檔案，我的修改可

046

D-0000244

能無法那樣完善」，即戎樂天指示王永銘協助以台灣美光公司之營

業秘密資料，修改聯電公司 F32 的 DRAM 申請規範，而王永銘如果

沒有從台灣美光公司下載檔案的話，他就沒辦法將聯電公司設計

規範修改的比較完善，王永銘、戎樂天有無與你討論過相關事宜？

答 王永銘曾經向我抱怨過戎樂天要求他做一些台灣美光公司及聯電

： 公司 design rule 的比較，但細節我不清楚，後來我也不知道王

永銘有沒有幫戎樂天這樣做，我是覺得魏銘德的 team 自己就有能

力做這件事，不需要台灣美光公司的 design rule。

問 是否王永銘依照戎樂天指示，協助做台灣美光公司及聯電公司

： design rule 的比較，所以戎樂天才推薦王永銘由原本的課長升

任部經理？或者王永銘才獲得與晉華公司簽訂勞動合約，並支領

晉華公司支付之專案獎金？

答 我不這麼認為，因為 design rule 不是王永銘的業務，他會由原

： 本的課長升任部經理，應該是因為他負責的核心業務表現的好，

至於與晉華公司簽訂勞動合約，則是由陳正坤另外安排，也不只

有王永銘有簽訂勞動合約，但王永銘他們最後是不是有安排好簽

約，我並不清楚。

問 本處再予你確認，你主動提供本處扣押之隨身硬碟及由檢察官扣

： 押之 USB 隨身碟內存放台灣美光公司業務資料，是否係你在 103

047

D-0000245

年2月14日與台灣美光公司簽訂聘僱合約與保密及智慧財產合約

之後複製帶出公司的？

答：我在與台灣美光公司簽約前跟後，都有在複製台灣美光公司的檔
案資料到隨身硬碟及USB隨身碟內。

問：本次筆錄提示或提及屬於台灣美光公司之營業秘密資料，有哪些
是在103年2月14日簽約後複製出去的？

答：主要就是前述台灣美光公司DRAM 1X奈米的製程相關會議資料，
及DRAM 20奈米良率現況的介紹，以及存放在隨身硬碟及USB隨
身碟中的製造流程相關檔案，我確定是在我103年2月14日與台
灣美光公司簽約後才複製出去的，至於其他的資料大部分是以前
就複製出來的。

問：現在時間7時10分，本處現暫停詢問予你休息，你是否瞭解？

答：瞭解。

問：現在時間7時45分，你已稍事休息，本處繼續進行詢問，你是否
瞭解？

答：瞭解。

D-0000246

問：你所使用之個人電子郵件信箱 jengting.tw@yahoo.com.tw 及 jengting.tw@gmail.com，是否同意由本處人員登入後進行下載？

答：同意，我這兩個電子郵件信箱的密碼都是「jthobb3317」，請貴處人員輸入帳號密碼後進行下載。

問：現在時間 8 時 29 分，本處現暫停詢問予你休息用餐，你是否瞭解？

答：瞭解。

問：現在時間 9 時 15 分，你已稍事休息並用餐完畢，本處繼續進行詢問，你是否瞭解？

答：瞭解。

問：你 jengting.tw@yahoo.com.tw 電子郵件信箱為何無法以前述帳戶密碼登入？

答：因為現在 yahoo 信箱要求要兩階段認證，所以我後來都是用我的手機登入該信箱，已經很久沒有用筆電登入了，貴處人員可以用我今日被扣押的手機來進行瀏覽。

問：據陳侶菱 106 年 2 月 13 日接受本處詢問時，於檢視你主動交付本處扣押之隨身硬碟後表示：「該行動硬碟 D data 項下，包括 3DI、

049

BKE、F16data、F23 1xnm110s、F28 20nm、F28 20nm100s、

F32 25nm、F32 25nm90s、F38 30nm、F45 40nm、F45 40nm2g3c、

F54、F63、F68、F72 等資料夾都是美光公司的內部機密資料，未

經美光公司允許，不得對外洩漏給客戶或競爭對手，這些資料都

是直接從美光公司拷貝出來的，連檔案名稱都一模一樣，沒有更

改。」、「F23 1xnm110s、F28 20nm、F28 20nm100s、F32 25nm、

F32 25nm90s 等資料夾，都是美光公司目前正在製造量產的產

品。」、「F23 1xnm110s 資料夾內的

Flow\ dram_110_series_(1xnm)_traveler_(z11a)-2015 Jan.pd

f、

dram_comparison_workshop_100-110_series.pdf、 iRDL Intro

Feb25 2015.pptx 等 3 個檔案是 1X 奈米(指 10 奈米至 20 奈米)

製程技術；F28 20nm 100s 資料夾內的

DRAM_100_series_(20nm)_traveler_(v00h) 150730.pdf，以及路

徑

F11 data\F11 transfer Doc\TRD\Etch\F15_F11_DRAM_DE_AMAT

eMax_CUOA102_TRD:xlsx 都是 20 奈米製程相關技術資料；

F32 25nm 90s 資料夾內

2E0F(mobile LP3)\flow\Fab15 25nm 4G3D&4GLP3 Process Flow

D-0000248

_20131206.xlsx 及路徑

4G3D(V90B) & 2G3F\flow\25nm Process Flow Rev.02.pdf 等檔

案都是 25 奈米的製程技術，這些資料包含 DRAM 產品的一千多道

製作流程，以及各項製程參數，還有不同產品的技術世代

(Technical Generation),資料內容含括美光公司過去 10 年的成

果，這些都是美光公司很重要的營業秘密，競爭對手若取得這些

資料，可以加速競爭對手導入該項 DRAM 產品的製作時程。」、

「...F16 data 項下,PLM 資料夾內所有美光公司預計於未來所有

產品量產的時程資料，及 MPUP 資料夾內所有美光公司 2013 年底

至 2016 年 12 月底，各種產品的量產計畫，這些計畫會讓競爭對

手得知美光公司的量產產品，進而可以決定他們的營運策略，因

此這絕對是美光公司的營業秘密。」，你對陳侶菱之說法有無意

見？

答 陳侶菱的說法，除了最後有關於 F16 data 項下,PLM 資料夾內的

： 台灣美光公司量產計畫,因為資料時間是從 102 年底至 105 年底，

已經過時了，而且台灣美光公司對於訂出的量產計畫，一方面會

公告世代轉進計畫，另一方面則是他的計畫與實際執行情形也經

常有巨大落差，所以是不是向他所說的這些計畫讓競爭對手知道

的話，可以進而決定他們的營運策略，這是有待商榷的。至於他

D-0000249

所說的其他部分，我基本上同意，但哪些是台灣美光公司的營業

秘密，我認為應該要交由第三方的公正單位來做認定。

問 又據陳俋菱於檢視你在 106 年 2 月 7 日本處人員搜索前拿給黃書
：  涵保管，她交給檢察官查扣之紙本文件後表示：「編號 2 之製程整

合 ABC(F68)是瑞晶公司 68 奈米的製程資料，這份資料若提供給

大陸地區一些低階的 DRAM 製造廠，就可以從事低階 DRAM 的生產；

編號 3 之 PROD GROUP：2GDDR3 04C 文件是 40 奈米的製程資料；

編號 4 之文件是 72 奈米的製程資料；編號 5 至編號 14 等文件資

料都是不同 DRAM 產品的製程資料，全部都屬於美光公司所有的內

部機密文件；編號 15 資料夾中有一份 ELPIDA ECD-DPB-1111 是黃

光技術資料，屬於 DRAM 產品製程的曝光資料，前述的製程資料都

屬於美光公司之營業秘密。」，對此你有無意見？

答 我認為陳俋菱的說法不完全正確，如我前述，編號 3 的紙本文件
：  中，標籤 4、5 及 7 是我在力晶公司工作時期的製造流程資料，並

不是台灣美光公司所有；標籤 2 的紙本文件確實是以瑞晶公司 68

奈米的製程技術所製作的的新人教育訓練資料，但關於他說提供

給大陸地區一些低階的 DRAM 製造廠，就可以從事低階 DRAM 的生

產，這是陳俋菱個人的看法，我不認同，因為世代落後太多，根

本不划算；標籤 9 的文件並不是我的；標籤 6、8、10～14 的文件

D-0000250

都算是台灣美光公司的，其中標籤6、10、11、12、14我同意是

台灣美光公司的營業秘密資料，不過標籤8有三份文件，其中有

一份文件是網路上公開過的資料，另兩份才是台灣美光公司的營

業秘密我沒有意見，而標籤13的文件是否屬於營業秘密，我認為

還有爭議，應該要由公正單位去認定；編號15資料夾中的

ELPIDA ECD-DPB-1111文件，是爾必達公司技術移轉給力晶公司

72奈米的相關資料，並不是台灣美光公司所有，文件上也有註記

力晶公司的簡稱「RSC」。

問：（送達臺灣臺中地方法院檢察署刑事傳票）你是否願意由本處人
員陪同前往臺中地檢署接受檢察官複訊？

答 好的。

：

問 有無補充意見？

：

答 我從台灣美光公司複製帶出來的資料，只是自己用來作為研究參
考使用，加上聯電公司記憶體計畫最後也是採取三星公司的技術
軌跡，而沒有採用台灣美光公司的製程，所以在被貴處人員約談
以前，我一直認為只要我沒有去使用這些我帶出來的台灣美光公
司資料，就不會有法律上面的問題，但現在我已經知道即使單純

D-0000251

持有營業秘密資料，也會有違法的可能，希望檢察官能考量我並非明知故犯，對我從輕量刑。另外我要強調，台灣美光公司在104年以前，對於員工使用USB隨身碟、雲端硬碟或電子郵件把業務檔案複製、下載或轉寄，是完全沒有禁止或做任何管控的，公司甚至鼓勵員工將檔案帶回家工作使用。

問 以上所言是否實在？

：

答 實在。

：

以上筆錄共計20頁，於106年2月15日11時40分製作完畢，經受詢問人親閱及辯護人協助閱覽確認無訛始簽名捺指印於後：

受詢問人：

詢 問 人：

筆 錄 人：

D-0000253