# EXHIBIT M

月淨所得= 37500-283.73-6999.068=30217.202
   (月薪) (個人五險) (個稅)

獎金/12=(50000-4895)/12=45105/12=3758.75
   (獎金) (個稅)

12 個月*25%=3 個月=(30217.202+3758.75)*3=33975.952*3=101,927.856 (公賓)
12 個月*75%=9 個月=(30217.202+3758.75)*9=33975.952*9=305,783.568 (實際收入)

Note:以個稅返還補貼政策=5 年 100%為基礎,年度總個稅繳交額=88,883.81
約有 88,883.81*35%*100%=**31,109.3335** RMB 可以返還

大陸

2018

071

D-0000970

以本合同所列明的乙方（含紧急状态联系人）的通讯地址送达。乙方（含紧急状态联系人）如果迁址或者变更联系地址，乙方应当书面通知甲方，乙方未履行通知义务的，甲方按原通讯地址邮寄相关材料即视为已履行送达义务。当面交付上述材料的，在交付之时视为送达。

11.10 本合同适用中华人民共和国法律。

附件一：《技术服务内容细则》

甲方： [盖章]
授权签字：
日期：

乙方：何建匡
签字：何建匡
日期：

9.1 双方发生劳动争议时，应先协商解决。协商不能解决的，可以申请调解。协商或调解不成，任何一方要求仲裁的，可以申请仲裁。

9.2 任何一方不服仲裁裁决的，可以提起诉讼。仲裁及诉讼地区的选择：甲方注册所在地。

**10 劳动合同的生效**

10.1 本合同经双方盖章或签字后成立，一式两份，员工留存一份、公司留一份。两份合同具有同等法律效力。

**11 其他**

11.1 甲方知悉并同意，本合同签订时以及合同期限内，乙方可同时在 台湾联华电子股份有限公司 任职并领取薪资，但乙方在前述单位的任职不应影响乙方完成甲方的工作任务。乙方保证，前述单位已知悉并同意乙方在甲方任职且不会以此为由追究甲方任何责任，否则，应视为乙方严重违反甲方规章制度，甲方有权解除本合同并要求乙方赔偿损失，除前述单位外，合同期限内，未经甲方同意，乙方不得在其他单位兼职。

11.2 本合同的签订，意味着乙方授权甲方按中国法律及有关规定的要求，就乙方从甲方取得的劳动报酬及福利待遇为乙方代扣代缴个人所得税。

11.3 本合同中提及和适用的规章制度，指甲方最新颁布或修改并依法有效的员工手册、营运手册、各类规章制度、工作流程、操作手册以及本合同中的有关条款等。甲方最新颁布或修改并依法有效的员工手册、营运手册、各类规章制度、工作流程、操作手册是本合同的一部分。

11.4 乙方的休假、其他各类假期及相应待遇，按适用法律及有关规章制度执行。

11.5 本合同到期前，如果甲方有意与乙方续订劳动合同的，应将劳动合同续订意向书交给乙方并签收；如果乙方同意续订的，应在本合同到期前按甲方规定的时间在劳动合同签字处签字并交还甲方；否则视作乙方不同意续订。

11.6 未经甲方书面许可，乙方不得以任何方式泄露甲方任何的技术秘密和商业秘密。乙方若违反本条，视为严重违纪，甲方有权立即解除本合同，而无须提前发出书面通知及支付经济补偿金。如因乙方违反保密义务给甲方造成损失，甲方有权要求乙方赔偿。本合同到期后，乙方仍应承担如同聘用期间一样的保密义务。

11.7 本合同或双方之间其他协议内所有约定的服务期限，除本合同或其他协议中特别指明的，以本合同或其他协议中规定的最晚到期服务期的到期之日为届满之日。

11.8 乙方同意，在其处于联系障碍状态（包括但不限于乙方因重病住院、发生意外事故、丧失人身自由等情形）时，委托紧急状态联系人(姓名)_____、身份证件号码_____、通讯地址_____、联系电话_____作为乙方的受委托人，该受委托人享有全权代理乙方处理本合同项下所涉一切问题的权限，包括但不限于与甲方进行协商谈判、和解、代为收付有关款项及代为收发有关文书等权限。

11.9 甲方在本合同履行过程中发出或者提供的所有通知、文件、文书、资料等，均

4.3 甲方按规定给予乙方享受法定休假日、年休假、婚假、丧假、产假、陪产假等带薪假期，具体办法按国家有关规定和甲方相关规定执行。

5 劳动保护、劳动条件和职业危害防护

5.1 甲方须根据乙方工作岗位的特点，按适用法律、法规及规章制度中的有关规定，为乙方提供合适的工作劳动条件、劳动保护和职业危害防护。

5.2 乙方应严格执行适用法律及规章制度中有关安全规程、安全防护用品及设备使用、劳动安全及个人卫生等规定。

5.3 任何一方不遵守本方在劳动安全方面的义务，导致对方产生损失的，由该方承担责任，并向另一方赔偿损失。

6 社会保险和福利待遇

6.1 甲方将按照国家、当地政府规定为乙方办理各种社会保险并交纳社会保险费。社会保险费个人缴纳部分，甲方可从乙方工资中代扣代缴。

6.2 乙方患职业病、因工负伤或者因工死亡的，甲方应按《工伤保险条例》的规定办理。

6.3 乙方患病或非因工伤、死亡的应按国家现行有关规定执行。

7 技术成果及归属

7.1 乙方在甲方工作期间，因履行职务产生的有关的知识产权均属于甲方所有，甲方可以在业务范围内充分自由的利用，并用于申请权利保护、生产经营或者向第三方转让。乙方应当按甲方的要求，提供一切必要的信息和采取一切必要的行动，包括申请、注册、登记等，协助甲方取得和行使有关的知识产权，乙方在合同期限内或合同到期后均不能向第三方泄露相关技术。

7.2 乙方应当根据甲方的要求定期通过邮件、书面文件等形式向甲方报告工作情况，包括但不限于工作周报、月报、项目研究报告以及与晋华项目相关的其他报告。乙方的服务质量应当符合甲方和联华电子公司的考核要求。

8 劳动合同的变更、解除和终止

8.1 经双方协商一致，可以变更或解除本合同。

8.2 乙方有下列情形之一，甲方可以立即解除本合同且无需支付经济补偿金：

1) 在试用期间被证明不符合录用条件的；
2) 严重违反甲方的规章制度的；
3) 严重失职，营私舞弊，给甲方造成重大损害的；
4) 被依法追究刑事责任的。

8.3 甲乙双方劳动合同的变更、解除和终止，本合同未约定的，应依照《劳动法》、《劳动合同法》、公司员工手册和相关人事规章制度的规定执行。

9 劳动争议的解决

工作，乙方接受该等聘任。乙方的具体工作服务内容详见附件一：《技术服务内容细则》。

2.2　乙方的主要工作地点为 台湾台南 。

2.3　因业务发展需要，经双方协商一致的乙方的工作岗位或工作地点的变更，可以不重新签订劳动合同，仅就相关条款达成并签署变更协议。

3　劳动报酬

3.1　在聘用上述岗位期间，甲方支付乙方的年薪为人民币 450,000 元，其中月基本工资为 37,500 元（税前），每个合同年度的奖金为人民币 50,000 元（税前）。合同年度是指从本合同第 1.1 款约定的合同期限起始日至次年当日的前一日的期间。

3.2　甲方应于每月 10 日以人民币向乙方支付上个月的基本工资，如遇到休息日或法定节假日，则提前至最近的工作日发放。

3.3　甲方按照以下方式向乙方支付年度奖金：

1)　本合同生效满一个月后，甲方在每年的年底（一般惯例：公历元旦以后农历新年前），对乙方进行考评后向乙方一次性支付本合同期限内第一个合同年度的奖金。合同期限内，除最后一个合同年度外，乙方在甲方工作不满一个合同年度的，应按实际工作时间计算当年的奖金。

2)　从本合同期限的第二个合同年度起，乙方在甲方工作每届满一个合同年度，甲方在每年的年底（一般惯例：公历元旦以后农历新年前），对乙方进行考评后向乙方一次性支付上一合同年度的奖金。

3)　双方同意，乙方在甲方服务满本合同第 1.1 款约定的期限，且在本合同期限届满时与甲方续签劳动合同的前提下，甲方方有义务向乙方支付最后一个合同年度的奖金。乙方未服务满第 1.1 款约定的期限或未与甲方续签合同的，乙方无权要求甲方支付最后一个合同年度的奖金。

3.4　甲方确因生产需要，安排乙方加班加点的，应经工会或乙方同意，并按中国法律的有关规定支付加班工资。

3.5　非因乙方原因，造成乙方在法定工作时间内无法提供正常劳动的，甲方应按国家规定支付乙方的工资。

3.6　甲方可根据乙方劳动技能、劳动强度、劳动责任、劳动条件和实际贡献，以及本单位经济效益情况，经考核后向乙方发放奖金，具体发放方式或金额按甲方内部规章制度执行。

4　工作时间和休息休假

4.1　甲方实行标准工时工作制。按标准工时工作制规定，甲方实行三种班别：常日班、三班制、四二班制(即工作两天休息两天)，甲方有权根据工作需要调整乙方的班别。具体班别时间参照甲方相关规定。

4.2　甲方严格遵守法定的工作时间，保证乙方的休息与身心健康。甲方由于生产经营需要乙方加班，甲方按照国家有关规定安排乙方补休或支付加班费。

D-0000974

# 劳动合同

甲方（用人单位）：福建省晋华集成电路有限公司

法定代表人或负责人：邵玉龙

注册地址：福建省泉州市晋江市梅岭街道，电力公司大厦裙楼6楼

通信联络地址：福建省 晋江市 世纪大道三创园（罗山街道苏内社区）邮编：362200

乙方（劳动者）：何建廷

乙方住址：

通信联络地址：台湾台南市新市区南科二路18号

护照号码：＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿  国籍：＿＿＿＿＿＿＿＿＿＿

联系方式：手机：＿＿＿＿＿＿＿＿＿＿＿  住址固定电话：＿＿＿＿＿＿＿

紧急联系人姓名及与本人关系：＿＿＿＿＿＿  联系电话：886-65054888

甲乙双方根据《中华人民共和国劳动法》（以下简称《劳动法》）、《中华人民共和国劳动合同法》（以下简称《劳动合同法》）、《外国人在中国就业管理规定》和国家、省市的有关规定，遵循合法、公平、平等自愿、协商一致、诚实信用原则，订立本合同。

**1 合同期限及续订**

1.1 本合同期限为固定期限，从 2016 年 07 月 01 日起至 2021 年 06 月 30 日止，共 5 年。

1.2 本合同期限内，双方应依法办理并取得外国人就业许可证、职业签证、就业证、居留证、台港澳人员就业证等乙方在甲方工作所需的证件；如前述证件无法取得或在合同期限内失效，则本合同不生效或提前终止。本合同因前述原因不生效或提前终止的，甲方无需支付任何经济补偿，双方互不承担责任，但本合同或双方签订的其他协议（如专项培训协议）中另有约定的除外。

1.3 本合同期满，但双方之间继续存在服务期约束的，甲方可要求在本合同其他条件不变的前提下续延合同期至服务期满时止，乙方对此不得拒绝，否则须承担违约责任。

**2 工作岗位及地点**

2.1 甲方聘任乙方担任 技术研发主管 一职，从事 内存制程技术研发