ss

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED MICROELECTRONICS CO. et al.,<br><br>　　　　　　　Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**[PROPOSED] ORDER RE GRANTING FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S MOTION IN LIMINE NO. 6 TO EXCLUDE HEARSAY STATEMENTS OF PURPORTED CO-CONSPIRATORS AND PURPORTED JINHUA EMPLOYEES**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 14, 2022<br><br>Hearing Date: January 18, 2022<br>Hearing Time: 10:00 a.m. |

[PROPOSED] ORDER GRANTING MOTION IN LIMINE NO. 6 TO EXCLUDE HEARSAY STATEMENTS OF PURPORTED CO-CONSPIRATORS AND PURPORTED JINHUA EMPLOYEES

CASE NO.: 3:18-cr-00465-MMC

**[PROPOSED] ORDER**

Having read and considered Defendant Fujian Integrated Circuit Co., Ltd.'s ("Jinhua") Motion *in Limine* No. 6 to exclude hearsay statements of purported co-conspirators and purported employees of Jinhua ("Motion"), the papers filed in support thereof, the Declaration of Matthew E. Sloan, and the exhibits attached thereto, the Declaration of Yu Chen Fu, and any argument on the application, IT IS HEREBY ORDERED that Jinhua's Motion *in Limine* No. 6 is GRANTED and that the government is excluded from admitting into evidence hearsay statements as set forth in the Motion.

The Motion is **GRANTED**.

**IT IS SO ORDERED.**

DATED:_____

Honorable Maxine M. Chesney
United States District Court Judge

Respectfully submitted by:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:      */s/Jack P. DiCanio*
JACK P. DICANIO
MATTHEW E. SLOAN
EMILY REITMEIER
*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

---

1

[PROPOSED] ORDER GRANTING MOTION IN LIMINE NO. 6 TO EXCLUDE HEARSAY STATEMENTS OF PURPORTED CO-CONSPIRATORS AND PURPORTED JINHUA EMPLOYEES

CASE NO.: 3:18-cr-00465-MMC