| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 08/2018) | **TRANSCRIPT ORDER**<br>Please use one form per court reporter.<br>*CJA counsel please use Form CJA24*<br>*Please read instructions on next page.* | COURT USE ONLY<br>DUE DATE: |

| 1a. CONTACT PERSON FOR THIS ORDER<br>Doug Nolan | 2a. CONTACT PHONE NUMBER<br>(650) 470-4500 | 3. CONTACT EMAIL ADDRESS<br>doug.nolan@skadden.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different)<br>Jack DiCanio | 2b. ATTORNEY PHONE NUMBER<br>(650) 470-4500 | 3. ATTORNEY EMAIL ADDRESS<br>jack.dicanio@skadden.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>525 University Ave, Palo Alto, CA 94301 | 5. CASE NAME<br>USA v. United Microelectronics Corp., et al. | 6. CASE NUMBER<br>3:18-cr-00465 |
|---|---|---|
| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR<br>Debra Pas | 8. THIS TRANSCRIPT ORDER IS FOR:<br>☐ APPEAL   ☑ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>☐ NON-APPEAL   ☐ CIVIL   CJA: Do not use this form; use Form CJA24. | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)  
b. SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)*  
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/21 | MMC | MIL | | ● | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>11. SIGNATURE   /s/ Jack DiCanio | 12. DATE<br>12/16/2021 |
|---|---|

Clear Form                      Save as new PDF