UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

**Date:** December 15, 2021   **Time:** 2:53 – 3:39   **Judge:** MAXINE M. CHESNEY
= 46 minutes

**Case No.:** 18-cr-00465-MMC-2   **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co. Ltd.

**Attorney for Plaintiff:** Nicholas Hunter, Laura Vartain, Nicholas Walsh, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Matt Sloan, Emily Reitmeier

**Deputy Clerk:** Tracy Geiger   **Court Reporter:** Marla Knox

PROCEEDINGS

Government's Motion In Limine for an Order Finding Evidence Obtained From Taiwan Authentic (Dkt. 220) – Denied without prejudice.

Defendant's Ex Parte Application to Extend Deadline (Dkt. 232) – Denied without prejudice to specific request.

**CASE CONTINUED TO: January 18, 2022 at 10:00 am for Final Pretrial Conference / In Limine Motion(s) Hearing**