IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>FUJIAN JINHUA INTEGRATED CIRCUIT, CO. LTD.,<br>　　　　Defendant. | Case No. 18-cr-00465-MMC-2<br>**ORDER GRANTING IN PART AND DEFERRING RULING IN PART ON DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS FILED IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE NO. 4; DIRECTIONS TO GOVERNMENT** |

Before the Court is defendant Fujian Jinhua Integrated Circuit Co., Ltd.'s "Unopposed Administrative Motion," filed December 1, 2021, "to Seal Exhibits F and G to the Declaration of Matthew E. Sloan Filed in Support of Jinhua's Motion in Limine No. 4." Having read and considered the motion, the Court rules as follows:

1.  To the extent defendant seeks leave to file under seal Exhibit F to the "Declaration of Matthew E. Sloan in Support of Defendant Fujian Jinhua Integrated Circuit Co., Ltd.'s Motion in Limine No. 4" ("Sloan Declaration"), the motion is hereby GRANTED.

2.  To the extent defendant seeks leave to file under seal Exhibit G to the Sloan Declaration, the Court hereby DEFERS ruling on the motion to afford the government, the designating entity, an opportunity to identify which portions of Exhibit G are properly filed under seal.[1]

Accordingly, the government is hereby DIRECTED to file, no later than seven days

---

[1] The document includes material that does not appear to be sealable, for example, references to the content of a civil complaint filed in the public record. (See, e.g., Sloan Decl. Ex. G at 10.)

1  from the date of this order, a declaration identifying the portions of Exhibit G, if any, it
2  believes are properly filed under seal and the basis for such designation(s).  <u>See</u> Crim
3  L.R. 56-1(b) (providing request to file document under seal "must be narrowly tailored to
4  seek sealing only of sealable material").

**IT IS SO ORDERED.**

Dated: January 3, 2022

_____
MAXINE M. CHESNEY
United States District Judge