1  JACK P. DICANIO (SBN 138782)
   Jack.DiCanio@skadden.com
2  EMILY A. REITMEIER (SBN 305512)
   Emily.Reitmeier.skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue
4  Palo Alto, California 94301
   Telephone:    (650) 470-4500
5  Facsimile:    (650) 470-4570

6  MATTHEW E. SLOAN (SBN 165165)
   Matthew.Sloan@skadden.com
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
8  Los Angeles, California 90071-3144
   Telephone:    (213) 687-5000
9  Facsimile:    (213) 687-5600

10 *Attorneys for Defendant*
   FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED MICROELECTRONICS CORPORATION et al.,<br><br>          Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**JOINT STIPULATION AMENDING DEADLINE FOR FILING JOINT JURY INSTRUCTIONS AND [PROPOSED] ORDER**<br><br>Judge: The Hon. Maxine M. Chesney<br>Trial Date: February 14, 2022 |

Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") and the United States (collectively, the "Parties"), by and through their undersigned counsel, stipulate to the following and respectfully request the Court to enter an order amending the date for the parties to file the proposed joint jury instructions:

WHEREAS, on April 13, 2021, the Court entered the Parties' Proposed Order adopting the current case schedule, including a deadline of January 4, 2022 to file a set of proposed joint jury instructions (ECF No. 160);

1

**Joint Stip. Amending Deadline for Joint Jury Instructions and [Proposed] Order**          Case No. 3:18-cr-00465-MMC

WHEREAS, the parties have worked diligently to draft a set of joint jury instructions;

WHEREAS, despite this diligence, due to the number of filings due over the last few weeks, including the other filings due on January 4, 2022, the holidays, and the trial preparation efforts of both Parties, the Parties have been unable to complete the process of compiling a joint set of jury instructions by January 4, 2022;

WHEREAS, the Parties have agreed that they both require more time in order continue to meet and confer on the proposed jury instructions;

WHEREAS, the Parties do not believe that a brief extension of this deadline will delay the pre-trial schedule or the current trial date, but rather will make the pre-trial process more efficient by giving the parties time to reach agreement on jury instructions, if possible, or at the very least to minimize the areas of dispute between the Parties;

WHEREAS, the Parties have not previously requested an extension of this deadline;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Jinhua and the United States, that the deadline for the Parties to file the joint proposed jury instructions is extended until Friday, January 7, 2022.

SO STIPULATED AND AGREED.

Dated: January 3, 2022                    Respectfully Submitted,

/s/ Matthew E. Sloan
JACK P. DICANIO
MATTHEW E. SLOAN
EMILY A. REITMEIER

*Attorneys for Defendant*
Fujian Jinhua Integrated Circuit Co. Ltd.

In compliance with Local Civil Rule 5-1(i)(3), I, Matthew E. Sloan, attest that Nicholas Walsh has concurred in this filing.

STEPHANIE M. HINDS
Acting United States Attorney

/s/ Nicholas Walsh
NICHOLAS WALSH
LAURA VARTAIN HORN
Assistant United States Attorneys
NICHOLAS O. HUNTER
STEPHEN J. MARZEN
Trial Attorneys, National Security Division

**[PROPOSED] ORDER**

Good cause appearing, as set forth in the parties' Joint Stipulation, the Court hereby ~~sets~~ amends the date for the Parties' joint proposed jury instructions to January 7, 2022. The remaining dates set forth in the Court's Pre-Trial Order (Dkt. 160) remain in effect.

**IT IS SO ORDERED.**

Dated: January 4, 2022

_____
MAXINE M. CHESNEY
United States Senior District Judge