STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
NICHOLAS WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Laura.Vartain@usdoj.gov
    Nicholas.Walsh@usdoj.gov

NICHOLAS O. HUNTER (DCBN 1022355)
STEPHEN MARZEN (NYBN 2007094)
Trial Attorneys, National Security Division

    950 Pennsylvania Ave., NW
    Washington, DC 20530
    Tel: (202) 353-3434
    Fax: (202) 233-2146
    Nicholas.Hunter@usdoj.gov
    Stephen.Marzen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 18-CR-00465 MMC |
| Plaintiff, | ) |
| | ) UNITED STATES' PROPOSED VERDICT FORM |
| v. | ) |
| | ) The Honorable Maxine M. Chesney |
| FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD, | ) Pretrial Conf: January 18, 2022, at 10:00 am |
| | ) Courtroom 7, 19th Floor |
| Defendant. | ) |

1  The United States respectfully submits the attached proposed Verdict Form for the Court's
2  consideration.

3

4  DATED: January 4, 2022                    Respectfully submitted,

5
6                                            STEPHANIE M. HINDS
                                             United States Attorney
7
8                                            _____/s/_____
                                             LAURA VARTAIN HORN
9                                            NICHOLAS WALSH
                                             Assistant United States Attorneys
10
11                                           NICHOLAS O. HUNTER
                                             STEPHEN MARZEN
12                                           Trial Attorneys, National Security Division

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 18-CR-00465 MMC |
| Plaintiff, | ) ) | [PROPOSED] VERDICT FORM |
| v. | ) ) | |
| FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD, | ) ) ) | |
| Defendant. | ) ) | |

**COUNT ONE: Conspiracy to Commit Economic Espionage**

We, the jury, unanimously find the defendant, Fujian Jinhua Integrated Circuit Co., Ltd,

_____ Not Guilty               _____ Guilty

of Conspiracy to Commit Economic Espionage in violation of 18 U.S.C. § 1831(a)(5).

**COUNT TWO: Conspiracy to Commit Theft of Trade Secrets**

We, the jury, unanimously find the defendant, Fujian Jinhua Integrated Circuit Co., Ltd,

_____ Not Guilty               _____ Guilty

of Conspiracy to Commit Theft of Trade Secrets in violation of 18 U.S.C. § 1832(a)(5).

**COUNT SEVEN: Economic Espionage**

We, the jury, unanimously find the defendant, Fujian Jinhua Integrated Circuit Co., Ltd,

_____ Not Guilty               _____ Guilty

of Economic Espionage in violation of 18 U.S.C. § 1831(a)(3) and (2).

DATED: _____          _____
                                                                    FOREPERSON