JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:     (650) 470-4500
Facsimile:     (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:     (213) 687-5000
Facsimile:     (213) 687-5600

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 3:18-cr-00465-MMC |
| Plaintiff, | |
| v. | **DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S PROPOSED VOIR DIRE** |
| UNITED MICROELECTRONICS CORPORATION, *et al.*, | Judge: The Honorable Maxine M. Chesney |
| Defendants. | Trial Date: February 14, 2022 |

1   Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") respectfully submits the
2   below proposed court voir dire questions.

3

4   Dated: January 4, 2022

5                                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

6

7                                      By:  _____/s/ Jack P. DiCanio_____
8                                                         JACK P. DICANIO
9                                                      Attorneys for Defendant
                                        FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1       (1)     Prior to arriving in the courtroom today, have you heard or read anything about this
2  case?

3       (2)     Have you heard or read anything about a technology company named Micron
4  Technology, Inc. ("Micron")?

5       (3)     Have you heard or read anything about a technology company named Fujian Jinhua
6  Integrated Circuit Co., Ltd. ("Jinhua")?

7       (4)     Have you heard or read anything about a technology company named United
8  Microelectronics Corporation ("UMC")?

9       (5)     Do you have any work or personal experience with semiconductors or with the
10  semiconductor industry?

11       (6)     Do you speak or read Chinese?

12       (7)     Have you or has any member of your immediate family ever traveled to the People's
13  Republic of China or the Republic of China (also known as Taiwan)?

14       (8)     Do you, anyone in your household or your employer conduct business in or with
15  companies in the People's Republic of China or the Republic of China (also known as Taiwan)?

16       (9)     Do you have any opinions about the People's Republic of China's economy, trade
17  practices or policies, and/or People's Republic of China's influence or effect on the U.S. economy?

18       (10)    Is there anything that has not been asked that might influence your ability to be a
19  completely fair and impartial juror?

20

21

22

23

24

25

26

27

28

JINHUA'S PROPOSED VOIR DIRE                                          CASE NO.: 3:18-cr-00465-MMC