JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:  (650) 470-4500
Facsimile:  (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:  (213) 687-5600

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>          v.<br><br>UNITED MICROELECTRONICS CORPORATION, *et al.*,<br><br>                      Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S PROPOSED VERDICT FORM**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 14, 2022 |

1   Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") respectfully submits the
2 attached proposed verdict form for use by the jury in its consideration of the charges in the
3 Indictment.  Jinhua reserves its right to submit an amended proposed verdict form at the close of
4 trial, including submitting a special verdict form.

6 Dated: January 4, 2022

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP


By:   /s/ Jack P. DiCanio
JACK P. DICANIO
Attorneys for Defendant
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED MICROELECTRONICS CORPORATION, *et al.*,<br><br>                Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**JURY VERDICT** |

We, the jury in the above-captioned case, unanimously find as follows:

### **COUNT ONE**

As to COUNT ONE, did the government prove beyond a reasonable doubt that Fujian Jinhua Integrated Circuit Co., Ltd. is guilty of conspiracy to commit economic espionage in violation of 18 U.S.C. § 1831(a)(5)?

    YES_____           NO _____

### **COUNT TWO**

As to COUNT TWO, did the government prove beyond a reasonable doubt that Fujian Jinhua Integrated Circuit Co., Ltd. is guilty of conspiracy to commit theft of trade secrets in violation of 18 U.S.C. § 1832(a)(5)?

    YES_____           NO _____

### **COUNT SEVEN**

As to COUNT SEVEN, did the government prove beyond a reasonable doubt that Fujian Jinhua Integrated Circuit Co., Ltd. is guilty of economic espionage (receiving and possessing trade secrets) in violation of 18 U.S.C. § 1831(a)(3) and § (2)?

    YES_____           NO _____

THESE ARE THE UNANIMOUS VERDICTS OF THIS JURY. SO SAY WE ONE; SO SAY WE ALL.

**JUROR SIGNATURES**

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

DATED: _____ Time: _____

　　　San Francisco, California