IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>FUJIAN JINHUA INTEGRATED CIRCUIT, CO. LTD.,<br>　　　　Defendant. | Case No. 18-cr-00465-MMC-2<br><br>**ORDER DENYING DEFERRED PORTION OF DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS FILED IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE NO. 4; DIRECTIONS TO DEFENDANT** |

　　　　By order filed January 3, 2022, the Court deferred ruling in part on defendant Fujian Jinhua Integrated Circuit Co., Ltd.'s ("Jinhua") Administrative Motion to file under seal Exhibits F and G to the Declaration of Matthew E. Sloan filed in support of Jinhua's Motion in Limine No. 4, in order to afford the government an opportunity to identify what portions, if any, of Exhibit G were properly filed under seal.

　　　　Now before the Court is the government's response, filed January 10, 2022, whereby it states that no portion of Exhibit G need be filed under seal.

　　　　Accordingly, the deferred portion of the above-referenced motion to seal is hereby DENIED, and defendant is hereby DIRECTED to file Exhibit G in the public record, no later than seven days from the date of this order.

　　　　**IT IS SO ORDERED.**

Dated: January 11, 2022

　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge