JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
JAEWOOK (JERRY) LEE (SBN 333054)
Jerry.Lee@skadden.com
OSAMA ALKHAWAJA (SBN 334404)
Osama.Alkhawaja@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:    (650) 470-4500
Facsimile:    (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:    (213) 687-5000
Facsimile:    (213) 687-5600

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED MICROELECTRONICS CORPORATION, *et al.*, <br><br> Defendants. | CASE NO.: 3:18-cr-00465-MMC <br><br> **DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S WITNESS LIST** <br><br> Judge: The Honorable Maxine M. Chesney <br> Trial Date: February 14, 2022 |

1 | Pursuant to the April 15, 2021 Amended Scheduling Order in the above-captioned case (ECF No. 160), Defendant Fujian Jinhua Integrated Circuit Co. Ltd. ("Jinhua") hereby submits the below list of witnesses it may call during its case-in-chief.  This list is provided to assist the Court in determining the scope of the trial and to aid the Court in scheduling. Jinhua reserves the right to call additional witnesses depending on the presentation of the evidence and if the government's case-in-chief requires it to do so.  In addition, Jinhua reserves the right to call any witness listed by the United States on its witness list (ECF No. 257) or any of the government's subsequent witness lists.

1. Lu Wensheng
2. Wu Junsheng
3. Zheng Jinfu
4. You Zhenfu
5. Wu Kunrong
6. Ying Zonghua
7. Xiao Xinhuang
8. Peng Wenquan
9. John Ashley
10. Prof. Woodward Yang
11. Prof. Jiang Ying
12. Dr. Eugene Barash

Dated: January 11, 2021

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: /s/ Matthew E. Sloan
MATTHEW E. SLOAN
Attorneys for Defendant
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.