UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** January 20, 2022    **Time:** 3 hours 33 minutes    **Judge:** MAXINE M. CHESNEY

**Case No.:** 18-cr-00465-MMC    **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.

**Attorney for Plaintiff:** Laura Vartain Horn, Nicholas Hunter, Nicholas Walsh
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** Katherine Sullivan

## PROCEEDINGS

Further Pretrial Conference – hearing held by Zoom webinar.

Defendant's In Limine Motion No. 2: To Exclude Expert Testimony of Dr. Adam M. Segal (Dkt. 244) – Granted re: opinion that (1) Jinhua is a foreign instrumentality, (2) PRC supports misappropriation, and (3) PRC's support causes damage to semiconductor industry; denied as to (1) structure of PRC government, (2) PRC's motivation to develop semiconductor industry, (3) PRC's history of trying to develop semiconductor industry, (4) Jinhua's ownership, investors, and funding.

Defendant's In Limine Motion No. 4: To Exclude the Forensic Images of Certain Electronic Devices (Dkt. 247) – Denied.

The Court modified prior ruling re: opinion (4) referenced in Defendant's In Limine Motion 3 (To Exclude the Expert Testimony of Terrence Daly (Dkt. 246)) – Granted re: calculation of Jinhua's revenue.

Parties to submit proposed joint statement of case for voir dire by Monday, January 24, 2022.

Defense counsel to inform the Court by Monday, January 24, 2022, of their decision re: selecting jury on Thursday, February 10, 2022.

Jury of 12 with 4 alternates to be selected.

Trial Schedule: Monday through Thursday, 9:00 – 12:00, 1:00 – 4:00, with two 15-minute breaks; Fridays may be used for jury instruction conference, other legal matters, jury deliberation.  Trial will be dark on Thursday, February 17, 2022.

**CASE CONTINUED TO: February 14, 2022, at 9:00 am for Jury Trial**