UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 28, 2022  **Time:** 2:31 - 3:43  **Judge:** MAXINE M. CHESNEY
= 1 hour 12 minutes

**Case No.:** 18-cr-00465-MMC-2  **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co. Ltd.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen
**Attorney for Defendant:** Matt Sloan, Jack DiCanio, Emily Reitmeier

**Deputy Clerk:** Tracy Geiger  **Court Reporter:** Katherine Sullivan

### PROCEEDINGS – CONTINUED MOTION HEARING
Via Zoom Webinar – Remotely due to COVID 19

Defendant's request for continuance of trial date granted to extent jury selection continued to February 23, 2022, to afford Defendant's corporate representative additional time to obtain required travel documents. Time from February 14, 2022, through February 23, 2022, is excluded from the running of the Speedy Trial Clock pursuant to 28 U.S.C. § 3161(h)(7)(A), the ends of justice served by such continuance outweighing the best interest of the public and Defendant in proceeding in the absence of Defendant's corporate representative.

Deadline for Defendant to submit motion re: not excluding non-vaccinated potential jurors: February 2, 2022; Government's response due: February 7, 2022.

Deferred portion of Government's In Limine Motion No. 1 is denied to extent out of court statements are made to (a) law enforcement or (b) during deposition or court proceedings in other cases. The deferred portion of Defendant's In Limine Motion No. 6 is granted to the same extent.

**CASE CONTINUED TO: February 23, 2022, at 9:00 am for Jury Selection**

**CASE CONTINUED TO: February 28, 2022, at 9:00 am for Jury Trial (8 weeks)**

---

**EXCLUDABLE DELAY:**
Category: Preparation of Counsel
Begins: February 14, 2022
Ends: February 23, 2022