# EXHIBIT B

**To Declaration of Matthew E. Sloan in support of Jinhua's MIL 6 [ECF 248]**

**UNREDACTED VERSION OF DOCUMENT**

# 技术合作协议

本技术合作协议（以下简称"本协议"）系由联华电子股份有限公司，一依台湾地区法律成立之公司，主营业所设于台湾新竹科学工业园区力行二路3号（以下简称"甲方"），及福建省晋华集成电路有限公司，一依中华人民共和国法律成立之公司，主营业所设于福建省晋江市（以下简称"乙方"）于西元（下同）2016年5月13日（以下简称"签署日"）所签订。

甲方为12英寸半导体晶片生产制造的领导者，甲方并拥有诸多半导体晶片产品相关之专利权、营业秘密、积体电路电路布局权及其它相关智慧财产权等，且拥有可营运转中的12英寸半导体晶片厂，对于12英寸半导体晶片厂具有独到之资讯、知识及方法。

乙方计划在中国福建晋江市规划建设两条12英寸的动态随机存取记忆体(DRAM)晶片制造生产线，主要面向中国当地新兴市场需求的特定动态随机存取记忆体(DRAM)产品，产品主要应用：物联网、大数据、云计算、智慧终端机、可穿戴等新兴市场，以满足中国当地客户为主。

甲乙双方愿意提供各自拥有的全球资源，合作开展特征尺寸为32/32S奈米动态随机存取记忆体(DRAM)制程相关技术开发，合作研发地点位于隶属甲方在台南科学园区Fab12A厂房之指定位置（"台南研发基地"）。乙方产线建成后，双方合作研发的技术成果应整体转移给乙方，并使位于晋江市的经营场所实现量产，并由乙方在既有的技术基础上继续后续的研发工作。

鉴此，双方对于技术合作事项兹同意条款如下：

第一条  定义

1.1 本协议合作开发技术：是指双方进行特征尺寸为32奈米(feature size, F value) 动态随机存取记忆体(DRAM)（以下简称「32奈米」）及32S奈米动态随机存取记忆体(DRAM)（以下简称「32S奈米」，并与32奈米合称「32/32S奈米」）相关制程技术开发，而产生之动态随机存取记忆体(DRAM)晶片之制程技术及设计规则(design rule)等。前述32/32S奈米

- 1 -

D-0000658

技术之重要参数详附件一，技术开发预估时程详见附件二。

1.2 本协议智慧财产权：指甲乙双方就本协议合作开发技术于全世界之领域内共同所取得之专利权、营业秘密、积体电路电路布局权及其他相关智慧财产权。

## 第二条 技术合作范围

2.1 除甲方另行指示之时程外，乙方应购置专用研发设备及附属设备（以下合称"专用研发设备"），并负责运费及安装等附加费用，总预算约三亿美元（含税费），运至台南研发基地，于2016年10月31日前完成安装提供合作开发之用。安装设备时，甲方应提供协助。专用研发设备清单及安装详细时程另由甲方提供。

2.2 为确保动态随机存取记忆体(DRAM)晶片设计及制造技术完整结合，双方将共同甄选适任之设计服务公司为顾问，在最短时间完成动态随机存取记忆体(DRAM)晶片设计以符合技术开发的时程。乙方负责支付动态随机存取记忆体(DRAM)晶片设计（包括测试载具、产品的线路设计）及光罩的费用。

2.3 自本协议签署之日起五年之内或技术合作完成前，孰先者为准，甲方应至少每二个月向乙方指定人员进行技术合作工作成果及进度与否汇报，每半年进行阶段性汇总报告，相关讯息及资料应备份留存于乙方。

2.4 自本协议签署之日起五年之内，甲方应使用专用研发设备开发本协议共同开发技术，而所开发或因甲方提供本条技术服务于乙方而产生之本协议共同开发技术，应由双方共有，双方亦均有使用权，由乙方负责相关智慧财产权之申请、登记及维护事宜，以确保双方共享该等智慧财产权。未来如有涉及授权事宜，仍应由双方依法共同为之。

2.5 自本协议签署之日起届满五年之日或甲乙双方另行书面约定之日，甲方应配合乙方，将专用研发设备交付予乙方指定之运送人，并由乙方负担相关运送费用。

2.6 为协助乙方顺利量产，甲方将推荐顾问公司提供必要的产线建设、规划、设备和管理等资讯咨询与培训服务。

2.7 双方合作开发技术在符合附录一第七项及附录二第六项的条件时，代表32/32S奈米动态随机存取记忆体(DRAM)产品技术已成功开发。甲方应持续支持乙方实现产品良率逐步提升达到业界量产水平的80%（如：业界量

-2-

705

D-0000659

产品平均 85% 良率，则甲方协助提升良率至 85%*80%=68%）。

### 第三条  技术资讯之揭露及保密义务

3.1 于本协议签订后，甲方应依据双方议定时程将与本协议共同开发技术及/或本协议智慧财产权相关之技术文件、参数及数据等提供予乙方，并依据本协议约定提供乙方一切面前造动态随机存取记忆体（DRAM）晶片产品所需之必要技术咨询及必要之专业人力。

3.2 本协议提及的保密资讯包括合作开发过程中所享的技术资讯以及保密资料，未经双方一致书面同意，任何一方不得披露、许可、授权、转让给其关联方及/或任何第三方，以及允许任何关联方及/或任何第三方获悉和/或使用本协议项下的资讯、资料。每一方应确保制定相应的规章制度，告知该方（包括该方的关联方）董事、高级职员、技术人员以及其他雇员严格遵守本条规定中的保密义务。

### 第四条  合作研发经费及税费

4.1 本协议之合作研发经费合计为美金肆亿元（USD400,000,000），分为 32 奈米美金贰亿元（USD200,000,000）及 32S 奈米美金贰亿元（USD200,000,000）由乙方按附录一及附录二所载时程分期给付至甲方指定账户，双方将导行议定本协议项下技术合作和资金等进度结构。

4.2 以上乙方支付的费用均已包含税费在内，如有其余税费负担，均由双方依相关地区法规各自负担。如乙方依法扣缴任何甲方税款者，乙方应提供扣缴文件及相关协助予甲方，以利甲方抵缴或申请退税。

4.3 甲方提供32奈米及32S奈米合计不超过 60 个人*月之人员数及服务期间（即：十人查六个月，具体人数在期间由甲方决定）范围内，甲方派员前往乙方处，以履行本协议义务，而支出相关薪资、奖金金、加给、餐宿、交通费等，均由甲方负担。超过部分由乙方负担实报实销费用如住宿、交通费等。

4.4 支付先决条件：双方均同意，乙方仅于得到履行合规性意见保障，以及获完必要的相关政府主管机关核准后，方才依据本协议履行支付研发经费之义务，甲方需配合乙方提供相关文件。乙方如果因审批程序需要延长支付时间，甲方应给予理解和配合，但甲方有权适用第 8.1 条进行相关

-3-

706

D-0000660

产品平均 85% 良率，则甲方协助提升良率至 85%*80%=68%）。

### 第三条  技术资讯之揭露及保密义务

3.1 于本协议签订后，甲方应依据双方议定时程将与本协议共同开发技术及/或本协议智慧财产权相关之技术文件、参数及数据等提供予乙方，并依据本协议约定提供乙方一切面前造动态随机存取记忆体（DRAM）晶片产品所需之必要技术咨询及必要之专业人力。

3.2 本协议提及的保密资讯包括合作开发过程中所享的技术资讯以及保密资料，未经双方一致书面同意，任何一方不得披露、许可、授权、转让给其关联方及/或任何第三方，以及允许任何关联方及/或任何第三方获悉和/或使用本协议项下的资讯、资料。每一方应确保制定相应的规章制度，告知该方（包括该方的关联方）董事、高级职员、技术人员以及其他雇员严格遵守本条规定中的保密义务。

### 第四条  合作研发经费及税费

4.1 本协议之合作研发经费合计为美金肆亿元（USD400,000,000），分为 32 奈米美金贰亿元（USD200,000,000）及 32S 奈米美金贰亿元（USD200,000,000）由乙方按附录一及附录二所载时程分期给付至甲方指定账户，双方将导行议定本协议项下技术合作和资金等进度结构。

4.2 以上乙方支付的费用均已包含税费在内，如有其余税费负担，均由双方依相关地区法规各自负担。如乙方依法扣缴任何甲方税款者，乙方应提供扣缴文件及相关协助予甲方，以利甲方抵缴或申请退税。

4.3 甲方提供32奈米及32S奈米合计不超过 60 个人*月之人员数及服务期间（即：十人查六个月，具体人数在期间由甲方决定）范围内，甲方派员前往乙方处，以履行本协议义务，而支出相关薪资、奖金、加给、餐宿、交通费等，均由甲方负担。超过部分由乙方负担实报实销费用如住宿、交通费等。

4.4 支付先决条件：双方均同意，乙方仅于得到履行合规性意见保障，以及获完必要的相关政府主管机关核准后，方才依据本协议履行支付研发经费之义务，甲方需配合乙方提供相关文件。乙方如果因审批程序需要延长支付时间，甲方应给予理解和配合，但甲方有权适用第 8.1 条进行相关

-3-

706

D-0000660

事宜。

4.5 乙方将对甲方的技术成果进行验收，具体验收方法由双方另行商定。

4.6 若有需要，乙方有权聘请第三方机构对乙方研发经费的使用进行专项审计，甲方在台湾法令许可下及主管机关核准范围内应协助审计工作。

第五条 担保事项

5.1 甲方本着最大程度诚实信用原则，保证其于本协议所约定且所受法律规范许可的范围内，全面的提供为本协议项下合作开发所需要并由其掌握的相关专门技术。甲方不承担本协议约定之外的担保责任。

5.2 任一方应循最大善意原则，如果在合作中发现技术风险明显存在并有可能致使研究开发失败或部分失败的情形，应当及时通知对方并采取适当措施减少双方损失，双方应立即诚意协商，并按协商共识办理后续事宜。

5.3 任一方知悉本协议智慧财产权遭第三人侵害时，应立即通知他方，并协议处理方案。

第六条 改良

6.1 双方亦得就本协议共同开发技术进行改良，但应于完成改良后以书面通知对方相关之改良成果，并由双方共同取得与此等改良成果相关之一切专利权、营业秘密、积体电路电路布局权及其他相关智慧财产权。对于乙方独自研发出的成果相关之一切专利权、营业秘密、积体电路布局权及其他相关智慧财产权归乙方所有。

第七条 授权期限及先决条件

7.1 本协议之有效期间为自本协议签署之日起共计5年。

7.2 双方得于本协议届满前三个月内，通知他方延展本协议之期限，延展后之期间届满时亦同。

7.3 先决条件：双方均同意，甲方仅于取得所有必要的相关政府主管机关核准后，方有依据本协议履行之义务，乙方需配合甲方提供相关文件。

D-0000661

如因台湾地区审批程序等原因导致本协议项下甲方义务履行被迫暂停或延迟，则双方同意相关费用支付时间同时顺延。

第八条　协议之违约及终止

8.1 如乙方有迟延给付第四条之合作研发经费超过 2 季之情事，或乙方因相关主管机关对于本协议审批时程拖延，或是乙方相关主管机关撤销或终止乙方因本协议所取得之核准或审批者，甲方除得依据本合约第 8.4 条行使相关权利外，亦得暂停提供本合约所载之服务，不构成本合约之违反。

8.2 如甲方无法于附录一第七项所定时程内（含展延期）且无法按附件一所列示的 32 奈米技术指标完成 32 奈米技术开发，甲方将提供团队和技术候选使用既有厂房及设备发展业务，具体内容由双方另行协商及签订补充协议，并取得台湾相关主管机关核准后，在台湾相关主管机关核准范围内，由双方依据该补充协议办理。如系甲方无法于附录二第六项所定时程内（含展延期）且未实现附件一所列示的 32S 的技术指标完成 32S 奈米技术开发，甲方应退还百分之七十（70%）之 32S 奈米技术的实收合作研发经费。甲方及其战略合作伙伴不参与退还合作研发经费的再次分配。

8.3 如乙方迟延给付期间超过 2 季者，或乙方因本协议而取得之核准或审批遭撤销或终止情事发生者，或因天灾等不可抗力情事发生而无法履行本协议者，双方应立即协议在法令许可范围内协商，并按协商之合法共识办理后续事宜，但甲方依据本协议已收取之合作研发经费仅于第 8.2 条所列状况下，方需退还予乙方。

8.4 双方任一方未能履行本协议任何一项条款，经他方以书面定期催告履行，仍未履行或补正时，他方得请求损害赔偿，并得以书面通知终止本协议。

8.5 倘一方当事人无偿还能力、宣告破产、因履行债务有困难而与其债权人进行协调、处分其业务或主要资产、或被执行假扣押没收，致影响本协议之履行者，他方当事人得以书面通知该方当事人立即终止本协议。

8.6 于本合约之合约期间届满前，双方得随时以书面通知他方其终止本合约之全部或一部之意愿，经他方书面同意，本协议依据双方协议且书面同意之终止协议终止。

708

D-0000662

第九条　协议之转让及修正

9.1 本协议对双方当事人、继受人及受让人均具有拘束力。

9.2 甲乙双方在本协议中之权利及义务，非经双方事前书面同意，不得转让予任何第三人。

9.3 非经双方当事人书面之合意，任一方不得任意修改、增补本合约之内容。

第十条　弃权

10.1　任一方未行使其依本协议所赋与之任何权利者，并不因此构成对该项权利之舍弃，亦不因此妨碍其于任何时间行使该项权利。

10.2　除非经本协议双方另以书面认可，否则舍弃本协议任何条款所规定之部分权利，并不构成未来对相同或其他条款之规定舍弃权利。

第十一条　准据法及管辖

11.1　本协议之合作开发涉及甲乙双方各自最密切利益，因此双方同意尊重对方最密切之法律规定，并将于因本协议所发生或有关本协议之任何争议或求偿时，应由双方共同选择仲裁机构以仲裁方式处理。

11.2　本协议之条款如有抵触各方之最密切之法律规定而无效或将归于无效者，双方当事人应另订其他有效之条款替代之，该替代之条款应足以代表订约当时双方当事人之真意，本协议其余条款之效力不受该无效条款之影响。

第十二条　完整协议

12.1　本协议及协议相关附件构成双方当事人对本协议约定事项之完整合意，并取代所有先前口头及书面协议等约定。

12.2　本协议是双方合作的基础协议，其他未尽事宜由双方另行签订协议。

第十三条　本协议一式六份，双方各持一份，其余供审批之用。

（以下无正文）

-6-

709

D-0000663

甲方：联华电子股份有限公司

授权代表： 黄柘文 

乙方：福建省晋华集成电路有限公司

授权代表： 

日期：2016年5月13日

附件一

## 32/32S 奈米技術重要參數

| 製程技術 | Cell | F Value (nm) | STI Pitch (nm) | Wordline Pitch (nm) | Bitline Pitch (nm) | Cylinder Pitch (nm) |
|---|---|---|---|---|---|---|
| 32 nm | $2\times3.6F^2$ | 32 | 64 | 52 | 80 | 156 |
| 32S nm | $2\times3.6F^2$ | 29 | 62 | 42 | 72 | 144 |

D-0000665

附件二

技术开发预估时程

| | 2016 | | | | 2017 | | | | 2018 | | | | 2019 | | | | 2020 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |

计划
50nm: RD及量产计划

32nm米:
- 提供制程设计规则 — USD30mn
- 完成化学机械研磨制程开发 — USD30mn
- 提供 Design Manual/ SPICE Model — USD30mn
- 完成 Good Electrical Die on Wafer, 提供流程并水佈局 — USD20mn
- 项目公司产业芯片良率达到预定发度切信息 — USD20mn

32S种米:
- 提供制程设计规则 — USD40mn
- 完成化学材料及快速制程 — USD40mn
- 提供 Design Manual/ SPICE Model — USD30mn
- 完成 Good Electrical Die on Wafer, 提供电气特性良佈佈局 — USD30mn
- 项目公司产业芯片良率达到预定发度切信息 — USD20mn

- 9 -

712

D-0000666

附录一

## 32奈米技研发经费给付时程

| | 付款条件 | 暂订时程（注1） | 金额（单位：美元） | 支付时间/备注 |
|---|---|---|---|---|
| 1 | 双方签约 | 2016年第1季 | 50,000,000 | 2016年第2季度支付 |
| 2 | 甲方提供32nm制造设备列表 | 2016年第2季 | 30,000,000 | 提供后90天内支付 |
| 3 | 甲方提供32nm制造流程 | 2016年第4季 | 30,000,000 | 提供后90天内支付 |
| 4 | 甲方完成光学修正及微影图块 | 2017年第2季（注） | 30,000,000 | 完成后90天内支付 |
| 5 | 甲方提供Design Manual/ SPICE Model | 2017年第3季（注） | 20,000,000 | 提供后90天内支付 |
| 6 | 甲方完成Good Electrical Die on Wafer，提供相关技术资讯 | 2018年第2季（注） | 20,000,000 | 提供后90天内支付 |
| 7 | 乙方产出动态随机存取记忆体(DRAM)晶片良率及可靠度到达研发成功标准 | 2018年第4季（注） | 20,000,000 | 乙方产出动态随机存取记忆体(DRAM)晶片3批，每批3片良率达到40%，通过240小时HTOL。达成后90天内支付 |
| 合计 | - | - | 200,000,000 | - |

注：暂订时程乃双方以专用研发设备已于2016年10月31日安装完毕为前提而初步预估之时程如因任何原因导致专用研发设备无法于2016年10月31日安装完毕者，项次4至项次7之暂订时程均顺延至专用研发设备依据本协议约定安装完毕时（T）起，即改为T-2季、T+3季、T+6季及T+8季。项次2至项次7之暂订时程（含顺延后之暂订时程）原则上每一项次可有一季缓冲期，但全部合计之缓冲期以一年为限。

附录二

## 32S奈米研发经费给付时程

| 付款条件 | 暂订时程（注） | 金额（单位：美元） | 支付时间/备注 |
|---|---|---|---|
| 1 | 甲方提供32Snm制造设备列表 | 2017年第4季 | 40,000,000 | 提供后90天内支付 |
| 2 | 甲方提供32Snm制造流程 | 2018年第1季 | 40,000,000 | 提供后90天内支付 |
| 3 | 甲方完成光学修正及微影图块 | 2018年第4季 | 40,000,000 | 完成后90天内支付 |
| 4 | 甲方提供Design Manual/ SPICE Model | 2019年第3季 | 30,000,000 | 提供后90天内支付 |
| 5 | 甲方完成Good Electrical Die on Wafer，提供相关技术资讯 | 2020年第2季 | 30,000,000 | 提供后90天内支付 |
| 6 | 乙方产出动态随机存取记忆体(DRAM)晶片良率及可靠度到达研发成功标准 | 2020年第4季 | 20,000,000 | 乙方产出动态随机存取记忆体(DRAM)晶片3批，每批3片良率达到40%，通过240小时HTOL。达成后90天内支付 |
| 合计 | | | 200,000,000 | |

注：暂订时程乃双方以专用研发设备已于2016年10月31日安装完毕为前提而初步预估之时程，如因任何原因导致专用研发设备无法于2016年10月31日安装完毕者，项次1至项次6之暂订时程均顺延至专用研发设备依据本协议约定安装完毕时（T）起，即改为T+4季、T+5季、T+8季、T+11季、T+14季及T+16季。暂订时程（含顺延后之暂订时程）原则上每一项次可有一季缓冲期，但全部合计之缓冲期以一年为限。

- 11 -

714

D-0000668

D-0000669