# EXHIBIT E

**To Declaration of Matthew E. Sloan in support of Jinhua's MIL 6 [ECF 248]**

**UNREDACTED VERSION OF DOCUMENT**

# 訊　問　筆　錄

中華民國107年度助美字第1號營業秘密法案件，於民國107年12月19日下午4時40分在法務部調查局臺中市調查處訊問，出席職員如下：

檢察官　陳立偉　　書記官　陳一青

到場者如下：

點呼受訊問人到庭

點呼入庭，並問姓名、年籍、住址、國民身分證統一編號

證人答

　　　　李甫哲　男　42歲（民國65年9月20日生）
　　　　　　　國民身分證統一編號：R121904008號
　　　　　　　籍設　臺中市豐原區忠孝街142之13號
　　　　　　　現居　臺南市玉井區中正路124號
　　　　　　　聯絡電話：0922835850

檢察官諭知刑事訴訟法第180、181條規定

一、證人有下列情形之一者，得拒絕證言：
　　（一）現為或曾為被告或自訴人之配偶、直系血親、三親等內之旁系血親、二親等內之姻親或家長、家屬者。
　　（二）與被告或自訴人訂有婚約者。
　　（三）現為或曾為被告或自訴人之法定代理人或現由或曾由被告或自訴人為其法定代理人者。

二、證人恐因陳述致自己或與其有前條第一項關係之人受刑事追訴或處罰者，得拒絕證言。

問：是否願意作證？
答：願意。

檢察官諭知證人具結義務及偽證罪之處罰，並請證人於結文上簽名並朗讀。

問：檢察官有寄傳票請你至台中市調查處作證，並先由調查官進行詢問，現在由檢察官進行複訊，是否瞭解？
答：瞭解。

1



問：你在調查官詢問內容是否看過？
答：有，按照我意思記載。
問：筆錄記載是否實在？
答：是。
問：你目前在何部門上班？
答：聯電公司臺南科學園區NBD下的蝕刻工程部擔任副處長。
問：你清楚聯電公司和晉華公司有關於DRAM技術合作契約是由何人洽談？
答：不清楚。
問：你知道聯電公司為福建晉華公司開發的技術，目前是否已完成技術轉移？
答：我們有提供技術文件，但以我過去的工作經驗，應該不算，以我以前的工作經驗必需要過去協助才算是技術轉移。
問：按照聯電公司與晉華公司合約，聯電公司是否要幫晉華公司完成第一世代、第二世代的DRAM？
答：我接受到的訊息是這樣，我們要開發二個世代。
問：關於聯電公司要移轉給晉華公司的DRAM技術來源？
答：是自己獨立開發的，就我所知是聯電公司NBD工程師自己撰寫的。
問：聯電公司是否已完成第一世代的DRAM？
答：產品還不到可以賣的階段，但是已經有可行性，舉例而言，就像腳踏車已經可以騎，但距離客戶想要的品質，還有一段距離。
問：根據聯電公司規定，員工可以在工作場所使用USB隨身碟嗎？
答：依聯電公司的資安規定是不行的。
問：但你在今日調查官詢問時稱，你曾經將一支先前將在美光公司使用的USB丟掉？
答：對，因為我先前在美光公司工作，當時美光公司是可以使用隨身碟，所以我會用該隨身碟儲存公司交辦的事，有時出差時也會存一些檔案出去，由於我個人對於隨身碟的使用上公

2



私不分,基於這個習慣,我於104年11月19日到聯電公司工作時,仍然帶著該隨身碟,而我到聯電公司任職後不久,有向聯電公司申請一台沒有連網功能的筆電,但是有UBS插槽,當時秘書黃婉君幫我們申請的,我不知道黃婉君在表單上填載的申請人是何人,我記得申請下來,是一台很厚的電腦,聯電公司有對該電腦編號,但是編號我忘記了,我有使用該筆電上的插槽使用隨身碟。

問:後來你將USB丟掉的原因?

答:是後來我有收到美光公司的存證信函,要求我們不可以使用任何在美光公司的任何資訊。

問:你剛才稱的這台向聯電公司的筆電,目前下落?

答:不知道。這筆電在106年2月間檢察官指揮調查官搜索後的2天,我聽說何建廷有主動交出聯電公司配發給他的筆記型電腦,我才想到我也一台,我再去找,就沒有找到它。那台筆記型電腦,我平常使用時,就是放在聯電公司辦公室小桌子上,我沒有管理它,而且搜索當天我也沒有在現場。我因為聽到何建廷交出電腦,我跟聯電公司法務說,我也有一台相同性質筆電,但是再去找時已經不見了。

問:該台筆記型電腦使用的用途?

答:我剛到聯電公司時,陳正坤交代我二個任務,一個是半導體晶邊良率改善,一個生產線機台生產效能提升,我需要看美光公司協力廠商資料,和聯電內部的人討論,你以前用的機台與我在美光用的機台有什麼差異,我們必需知道差異才能改善效能。

問:你使用的該USB,有沒有儲存有關於美光公司DRAM的製程等資訊?

答:我不確定,因為以前美光公司文化,要我們在家也可以工作,所以我不確定是不是有用隨身碟存取美光公司的製程資料。

問:你到聯電公司工作以後,聯電公司不管制你用何隨身碟,只

3



　　　管制電腦？

答：聯電公司的想法，應該是怕我們從公司偷了什麼資料，所以申請具有USB插槽功能的筆記型電腦不能連線，至於我們所使用隨身碟，聯電公司並沒有規定一定是公司配發的，但我到聯電公司任職時，聯電公司有讓我們簽署文件，保證不會使用違法的資料。

問：你有將找不到聯電公司配發的這台筆記型電腦乙事，告知聯電公司法務，他們有何回應？

答：我有跟法務林佳芳說過，但是公司一直沒有回應。但是上星期聯電公司有派人到我辦公室尋找這台電筆，但是還是找不到，但聯電公司的電腦是不能攜出的。

問：就你所知，在聯電公司是否有設一個辦公場所讓晉華公司人員使用？

答：有，但這些晉華公司人員來來去去，最多有10來人，但是該辦公室是設在客戶區，不是在員工區。

問：就你所知，晉華公司是否已經付技術移轉費用給聯電公司？

答：我不知道，因為我是工程師，這不是我職務上所知的事。

問：你今日在調查官詢問時提到之F32奈米是何意？

答：我指的32奈米是指組成晶元的最小單位的尺寸。

問：也就是說聯電公司為晉華公司所開發的晶元，必需要符合該尺寸？

答：是的。

問：有關於F32S奈米技術為何？

答：S指的是shrink，也就是有製造出最小單位位元的尺寸，要小於32奈米，但是具體的寸尺，因為美國於今年10月底施實禁運，我們就停止所有的討論。

問：你剛才有提到，聯電公司為晉華公司開發DRAM技術，曾經將技術文件送交到晉華公司，請問是聯電公司何部門負責此事？

答：這是一個跨部門的事，我不確定。



問：技術移轉部門在公司的名稱,以及如何交付技術文件?
答：也就是公司在內部網路開一個資料夾,由聯電公司各部門將技術文件上傳資料夾,我並不知道由技術移轉部門之何人將技術文件交給晉華公司。
問：你可以具體說明,以你自己負責的蝕刻部門,放到上述資料夾的文件名稱,以及文件描述何內容?
答：要完成晶片需有700多道製程,我所負責的部門上傳的資料,就是每一道蝕刻製程的recipe及製程規格。
問：你是否在大陸地區有開設金融帳戶?
答：有,因為聯電公司給我們的薪水太少,後來聯電公司確定要做DRAM後,我內心是這樣猜測,也就是聯電公司高層為了要補足我們以前在美光公司的薪資差額(因為我們在前公司與在聯電公司都是做相同工作),但一開始到聯電公司的薪水以及福利只有美光公司的7折,因此由晉華公司支付薪水到我們在大陸地區開設的帳戶。
問：你也算是晉華公司的員工?
答：不是,根據晉華公司和聯電公司簽署的合約,我算是晉華公司的顧問。
問：晉華公司從何時開始匯入款項至你大陸地區帳戶?
答：我有點忘記了,大約是106年2月間左右開始,一個月匯入的錢換算新台幣大約14、15萬元。
問：你是否知道在西元2016年9月晉華公司以及聯電公司有在大陸公司申請DRAM專利?
問：我負責的部門有申請100多份的專利,我不確定檢察官說的專利是哪部分專利。
問：你在調查官調查時稱,聯電公司曾經透過逆向工程與協力廠商討論未來發展策略,實際上是否有將逆向工程所取得的資料實際運用在DRAM技術上?
答：有的。
問：製作DRAM是一個很複雜的技術,只透過逆向工程顯不合理,

5



D-0000794

你認為？
答：單靠逆向工程是不夠的，還有很多的部分要和協力廠商討論，也就是我跟協力廠商說我想要的規格，而他告訴我他們機台做得到做不到。
問：鄔世芳在聯電公司的職務？
答：上二級，算是我的老闆的老闆，我的上一級主管是楊建榮，楊建榮的老闆為鄔世芳。
問：你在調查官筆錄中說，你所申請用來插usb隨身碟筆電下落不明，你有詢問過他人嗎？
答：我有問過其他人，有沒有人拿我的電腦，大家都說沒有。
問：你可以具體描述你所丟掉的usb隨身碟有哪些美光公司文件？
答：我可以確定的是我在美光公司所署蝕刻工程部門的投資計畫報告，還有我工作上負責要統計晶元的數量，其他太雜項我就沒有記。
問：你有將該usb資料複製到你家中電腦嗎？
答：沒有。
問：現在這些東西都不存在了嗎？
答：不存在了。
問：你知道當初陳正坤有批准可以有二台具有usb插槽的筆記型電腦在公司使用？
答：我知道有二台。
問：為什麼需要有二台？
答：因為資安規定不能看到對方資料，在聯電公司也沒有任何工程師會共同連線的電腦。
問：但據檢察官在前案的調查，王永銘曾經使用何建廷所申請的筆電？
答：我不知道為何王永銘會用何建廷申請的筆電，我在申請筆電時，何建廷也同時申請，是我跟陳正坤說我有需要使用usb隨身碟的需求，因為是陳正坤派工作給我做。
問：陳正坤是否有問你，你所使用的隨身碟內有什麼資料？

6



D-0000795

答:沒有。
問:陳正坤自己有用過何建廷或是你申請的電腦?
答:我不確定,我沒有在管理那台我申請的筆電。
問:你申請的該筆電有幾個使用人帳號?
答:我當初還有在用usb隨身碟時,該筆記型電腦上只有我一個帳號,我後來將usb隨身碟丟掉後,我就沒有再使用該筆電,接下來我們的nbd也成立了,我也不需要再使用該筆電,但我也不清楚該筆電有沒有其他人使用它。
問:假如其他人沒有你的帳號、密碼,可以使用該筆電嗎?
答:我不確定其他人可否建立新的帳戶使用該筆電。
問:你有將你所述已丟掉之隨身碟資料複製到該筆電嗎?
答:沒有。
問:聯電公司除了將技術文件交付給晉華公司外,是否有交付晶元的成品或半成品給晉華公司?
答:我不知道。
問:聯電公司有追究你所申請之筆記型電腦遺失乙事?
答:那台電腦雖然是我申請的,但不是登記屬於在我名下設備,我不知道該筆電在聯電公司登記何人,所以我當初也認為自己不需要保管該筆電,我當初的想法,若聯電公司要我賠償,我也會賠而已。
問:有無其他補充?
答:沒有。
諭知請回。
中華民國107年12月19日下午6時31分
本筆錄給閱無訛後,簽名於后

受訊問人 李南哲

書記官 陳一農

7

D-0000796

檢察官 陳立信