# EXHIBIT 3

**DECLARATION OF MATTHEW E. SLOAN
TO JINHUA'S OPPOSITION TO USA MIL 1**

**REVISED REDACTED VERSION
PURSUANT TO ECF 338 ORDER**



## Planet Depos®
### We Make It *Happen*™

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

# Transcript of JT Ho

**Date:** July 12, 2018
**Case:** Micron Technology, Inc. -v- United Microelectronics Corp., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

```
 1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2   -------------------------------X

 3   MICRON TECHNOLOGY, INC.,
              Plaintiff,
 4                                      Case No.

 5   v.                                 3:17-CV-06932-JSW

 6

 7   UNITED MICROELECTRONICS
     CORPORATION, FUJIAN JINHUA

 8   INTEGRATED CIRCUIT CO.,
     LTD., and DOES 1-10,
 9            Defendants.
     -------------------------------X
10

11      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

12

13            Videotaped deposition of JT HO

14

15                     Chen & Lin

16              Bank Tower, 12th Floor

17              205 Tunhwa North Road

18                    Taipei 105

19                     TAIWAN

20

21            THURSDAY, JULY 12, 2018

22                    9:08 A.M.

23

24   Pages 1 - 158

25   Reported by Jade K. King.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho
Conducted on July 12, 2018                                    2

1                    Deposition of JT HO, held at:

2

3        Chen & Lin

4        Bank Tower, 12th Floor

5        205 Tunhwa North Road

6        Taipei 105

7        TAIWAN

8

9

10

11

12              Pursuant to agreement, before Jade K. King.

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    3

```
1        A P P E A R A N C E S

2    FOR MICRON TECHNOLOGY, INC.:
     RANDALL E. KAY
3    JONES DAY
     4655 Executive Dr Ste 1500
4    San Diego
     CA 92121
5
     PATRICK T. MICHAEL
6    JONES DAY
     555 California Street, 26th Floor
7    San Francisco
     CA 94104.1500
8
     PO-CHIEN CHEN
9    JONES DAY
     8F, 2 Tunhwa South Road, Section 2
10   Taipei 106
     TAIWAN
11
     FOR UNITED MICROELECTRONICS CORPORATION:
12   DAN JOHNSON
     MARIO MOORE
13   DAN JOHNSON LAW GROUP
     400 Oyster Point Blvd, Suite 321
14   South San Francisco
     CA 94080
15


16

17   ALSO PRESENT:

18   Chester Wong (Videographer)
     Chia-Ling Cheng (Main Interpreter)
19   Joseph Tseng (Check Interpreter)
     Lucas Chang (UMC in-house counsel)
20   Chia-Fang Lin (UMC in-house counsel)

21

22

23

24

25
```

```
 1   (MR. JT HO, having been duly sworn ..................7
                  in Mandarin via the
 2                interpreter, testified as
                  follows.)
 3
     EXAMINATION BY MR. MICHAEL: .........................7
 4
     (Exhibit 34 marked for ............................12
 5                identification - Plaintiff's
                  30(b)(6) deposition notice to
 6                defendant)

 7   (Exhibit 35 marked for ............................26
                  identification - Notice of
 8                deposition of JT Ho)

 9   (Exhibit 36 marked for ............................75
                  identification - Document
10                entitled "DRAM Probe Bins
                  Training for MMJ")
11
     (Exhibit 37 marked for ............................84
12                identification - Micron's
                  complaint against UMC and
13                Fujian Jinhua)

14   (Exhibit 38 marked for ............................98
                  identification - Document
15                entitled "Document
                  Placeholder", partial printout
16                of Excel file)

17   (Exhibit 39 marked for ...........................101
                  identification - Screenshot of
18                Mr. Michael's computer showing
                  Exhibit 38)
19
     (Exhibit 40 marked for ...........................129
20                identification - US patent
                  number 9,679,901)
21
     (Exhibit 41 marked for ...........................130
22                identification - US patent
                  number 9,773,790)
23
     (Exhibit 42 marked for ...........................131
24                identification - US patent
                  number 9,859,283)
25
     (Exhibit 43 marked for ...........................132
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    5

1                identification - US patent
                 number 9,929,162)
2
(Exhibit 44 marked for ...........................132
3                identification - US patent
                 number 9,960,167)
4
(Exhibit 45 marked for ...........................133
5                identification - US patent
                 application number 15/384,940)
6
(Exhibit 46 marked for ...........................136
7                identification - 32-page
                 printout of Line text
8                communications)

9   EXAMINATION BY MR. JOHNSON: .......................155

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Transcript of JT Ho
Conducted on July 12, 2018                                    6

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | THE VIDEOGRAPHER:  Here begins media unit | |
| 3 | No. 1, videotaped deposition of JT Ho in the | |
| 4 | matter of Micron Technology, Inc. versus United | |
| 5 | Microelectronics Corp et al. | |
| 6 | Today's date is 12 July 2018.  The time | 09:08:09 |
| 7 | on the video monitor is 9:08 a.m. | 09:08:12 |
| 8 | The videographer today is Chester Wong | 09:08:18 |
| 9 | on behalf of Planet Depos.  This video deposition | 09:08:20 |
| 10 | is taking place at Bank Tower, 12th floor, 205 | 09:08:23 |
| 11 | Tunhwa North Road, Taipei. | 09:08:27 |
| 12 | The court reporter today is Jade King on | 09:08:29 |
| 13 | behalf of Planet Depos. | 09:08:32 |
| 14 | Would counsel please voice-identify | 09:08:34 |
| 15 | themselves and state whom they represent. | 09:08:36 |
| 16 | MR. MICHAEL:  Patrick Michael with Jones | 09:08:38 |
| 17 | Day on behalf of Micron. | 09:08:40 |
| 18 | MR. KAY:  Good morning.  Randy Kay from | 09:08:42 |
| 19 | Jones Day, also from Micron. | 09:08:44 |
| 20 | MR. JOHNSON:  Dan Johnson from the Dan | 09:08:49 |
| 21 | Johnson Law Group, representing UMC. | 09:08:50 |
| 22 | MR. MOORE:  Mario Moore from the Dan | 09:08:50 |
| 23 | Johnson Law Group, representing UMC. | 09:08:54 |
| 24 | THE VIDEOGRAPHER:  Would the reporter | 09:08:56 |
| 25 | please swear in the interpreters and the witness. | 09:08:57 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    7

| | | |
|---|---|---|
| 1 | THE COURT REPORTER:  Before I take the | 09:09:00 |
| 2 | oaths, I would like the parties to stipulate they | 09:09:00 |
| 3 | understand the court reporter is not a notary | 09:09:00 |
| 4 | public in this venue and nevertheless stipulate | 09:09:00 |
| 5 | that the court reporter can administer the oaths, | 09:09:00 |
| 6 | and further agree that they will not object to the | 09:09:00 |
| 7 | admissibility of the transcript based on the | 09:09:00 |
| 8 | oaths. | 09:09:00 |
| 9 | Is that agreed by the parties? | 09:09:00 |
| 10 | MR. MICHAEL:  Agreed on behalf of Micron. | 09:09:18 |
| 11 | MR. JOHNSON:  Agreed on behalf of UMC. | 09:09:22 |
| 12 | (MS. CHIA-LING CHENG sworn as the main | 09:09:47 |
| 13 | interpreter) | 09:09:47 |
| 14 | (MR. JOSEPH TSENG sworn as the check | 09:09:47 |
| 15 | interpreter) | 09:09:47 |
| 16 | (MR. JT HO, having been duly sworn in | 09:09:47 |
| 17 | Mandarin via the interpreter, testified as | 09:09:47 |
| 18 | follows.) | 09:09:47 |
| 19 | EXAMINATION BY MR. MICHAEL: | 09:09:47 |
| 20 | Q.  Good morning, Mr. Ho. | 09:09:47 |
| 21 | Can you state your full name for the | 09:09:57 |
| 22 | record, please. | 09:09:58 |
| 23 | A.  Jeng Ting Ho. | 09:10:04 |
| 24 | THE MAIN INTERPRETER:  Interpreter's | 09:10:12 |
| 25 | spelling, J-e-n-g T-i-n-g, last name Ho, H-o. | 09:10:12 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          8

| | | |
|---|---|---|
| 1 | BY MR. MICHAEL: | 09:10:23 |
| 2 | Q.  Do you have an English name that you go | 09:10:23 |
| 3 | by? | 09:10:26 |
| 4 | A.  JT. | 09:10:32 |
| 5 | Q.  So your English name would be JT Ho; | 09:10:36 |
| 6 | correct? | 09:10:39 |
| 7 | A.  Yes. | 09:10:40 |
| 8 | Q.  What is your address, Mr. Ho? | 09:10:41 |
| 9 | A.  Taichung City, He Tseo Street. | 09:10:49 |
| 10 | THE MAIN INTERPRETER:  Interpreter's | 09:11:04 |
| 11 | spelling, H-e T-s-e-o Street. | 09:11:04 |
| 12 | A.  Number 129. | 09:11:04 |
| 13 | BY MR. MICHAEL: | 09:11:12 |
| 14 | Q.  Do you live in an apartment complex or is | 09:11:12 |
| 15 | it a dormitory? | 09:11:15 |
| 16 | A.  It's my home. | 09:11:23 |
| 17 | Q.  Is it near your place of work? | 09:11:30 |
| 18 | A.  No. | 09:11:36 |
| 19 | Q.  Who is your employer? | 09:11:38 |
| 20 | A.  UMC. | 09:11:43 |
| 21 | Q.  And for clarification, when you refer to | 09:11:45 |
| 22 | UMC, you're referring to United Microelectronics | 09:11:48 |
| 23 | Corporation; is that right? | 09:11:50 |
| 24 | A.  Yes. | 09:12:00 |
| 25 | Q.  And what is your current title at UMC? | 09:12:03 |

| | | |
|---|---|---|
| 1 | A. Engineer. | 09:12:10 |
| 2 | Q. Is that your official title, "engineer" | 09:12:15 |
| 3 | only, or is there an additional designation? | 09:12:22 |
| 4 | A. That's it. | 09:12:29 |
| 5 | Q. And do you work in a particular | 09:12:31 |
| 6 | department at UMC? | 09:12:32 |
| 7 | A. Yes. | 09:12:36 |
| 8 | Q. What is the name of that department? | 09:12:37 |
| 9 | A. Yield enhancement. | 09:12:51 |
| 10 | Q. So is it correct that you are currently | 09:12:58 |
| 11 | an engineer in the yield enhancement department of | 09:13:00 |
| 12 | UMC? | 09:13:03 |
| 13 | A. Yes. | 09:13:16 |
| 14 | Q. And how long have you held that position? | 09:13:17 |
| 15 | A. About a year and four months. | 09:13:34 |
| 16 | Q. Do you recall the month and year in which | 09:13:41 |
| 17 | you became an engineer in the yield enhancement | 09:13:46 |
| 18 | department of UMC? | 09:13:50 |
| 19 | A. I was in was March last year. | 09:14:07 |
| 20 | Q. So in March 2017, you became an engineer | 09:14:10 |
| 21 | in the yield enhancement department of UMC; | 09:14:15 |
| 22 | correct? | 09:14:17 |
| 23 | A. Yes. | 09:14:25 |
| 24 | Q. Mr. Ho, have you had your deposition | 09:14:27 |
| 25 | taken before? | 09:14:33 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    10

| | | |
|---|---|---|
| 1 | A.  Are you talking about the situation like | 09:14:37 |
| 2 | today's? | 09:14:39 |
| 3 | Q.  Yes. | 09:14:39 |
| 4 | A.  No. | 09:14:40 |
| 5 | Q.  So there's a couple of ground rules that | 09:14:42 |
| 6 | I'd like to go over.  First of all, and you're | 09:14:44 |
| 7 | doing an excellent job at this, as we go through | 09:14:53 |
| 8 | the course of today's deposition, I need you to | 09:14:57 |
| 9 | answer my questions orally.  So if the answer is | 09:14:59 |
| 10 | "yes" or "no", I need you to say "yes" or "no" and | 09:15:04 |
| 11 | not nod the head one way or the other.  Is that | 09:15:06 |
| 12 | acceptable? | 09:15:09 |
| 13 | A.  Yes. | 09:15:30 |
| 14 | Q.  And do you understand English? | 09:15:32 |
| 15 | A.  Yes, but my hearing comprehension or | 09:15:42 |
| 16 | listening comprehension is not good. | 09:15:44 |
| 17 | Q.  Okay.  Is your reading comprehension of | 09:15:46 |
| 18 | English better than your hearing comprehension? | 09:15:49 |
| 19 | A.  I suppose so. | 09:15:57 |
| 20 | Q.  So during the course of today's | 09:15:59 |
| 21 | deposition, we're going to be using | 09:16:00 |
| 22 | an interpreter, as we've been doing so far.  And | 09:16:03 |
| 23 | what I would ask is that if there's any question | 09:16:06 |
| 24 | that you don't understand, you let us know; is | 09:16:09 |
| 25 | that okay? | 09:16:12 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              11

| | | |
|---|---|---|
| 1 | A.  Yes. | 09:16:28 |
| 2 | Q.  During the course of today's deposition, | 09:16:29 |
| 3 | I don't want you to guess at any answers.  But | 09:16:31 |
| 4 | I am entitled to your best estimate. | 09:16:35 |
| 5 | A.  Okay. | 09:16:52 |
| 6 | Q.  And sometimes when we take depositions | 09:16:53 |
| 7 | with interpreters, they take longer, but today is | 09:16:56 |
| 8 | not an endurance contest.  So if you need a break, | 09:17:00 |
| 9 | you let us know, and we'll be able to take | 09:17:03 |
| 10 | a break. | 09:17:06 |
| 11 | A.  Okay. | 09:17:22 |
| 12 | Q.  The only thing that I will ask of you is | 09:17:23 |
| 13 | that if there's a question pending, I'm going to | 09:17:26 |
| 14 | want an answer to that question before we take | 09:17:29 |
| 15 | a break.  Is that acceptable? | 09:17:33 |
| 16 | A.  Yes. | 09:17:48 |
| 17 | Q.  Is there any reason why you cannot | 09:17:49 |
| 18 | provide complete and accurate testimony here | 09:17:51 |
| 19 | today? | 09:17:54 |
| 20 | A.  No, not now. | 09:18:06 |
| 21 | Q.  Okay.  Now, it's my understanding that | 09:18:08 |
| 22 | you have been designated to testify on behalf of | 09:18:11 |
| 23 | UMC as a corporate representative on certain | 09:18:14 |
| 24 | topics.  Is that your understanding? | 09:18:18 |
| 25 | A.  Yes. | 09:18:32 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              12

| | | |
|---|---|---|
| 1 | Q.  And when did you first learn that you | 09:18:34 |
| 2 | would be designated as UMC's corporate | 09:18:37 |
| 3 | representative? | 09:18:41 |
| 4 | A.  A week ago. | 09:18:53 |
| 5 | Q.  Do you recall the date? | 09:18:59 |
| 6 | A.  I do not recall.  Some day last week. | 09:19:13 |
| 7 | Last Tuesday. | 09:19:22 |
| 8 | THE CHECK INTERPRETER:  "Tuesday last | 09:19:30 |
| 9 | week." | 09:19:31 |
| 10 | BY MR. MICHAEL: | 09:19:46 |
| 11 | Q.  Tuesday, July 3rd? | 09:19:47 |
| 12 | A.  I do not recall the date, but I recall it | 09:19:52 |
| 13 | was Tuesday last week. | 09:19:55 |
| 14 | Q.  During the course of the deposition, I'm | 09:20:03 |
| 15 | going to be walking through certain exhibits with | 09:20:05 |
| 16 | you, and I'll hand them to you.  Your counsel also | 09:20:08 |
| 17 | has a copy.  And they'll be available for you to | 09:20:13 |
| 18 | review and then I'll have questions on those. | 09:20:17 |
| 19 | A.  Okay. | 09:20:35 |
| 20 | Q.  Mr. Ho, can you take a look at what | 09:20:37 |
| 21 | I have marked as Exhibit 34. | 09:20:39 |
| 22 | (Exhibit 34 marked for identification - | 09:20:45 |
| 23 | Plaintiff's 30(b)(6) deposition notice to | 09:20:45 |
| 24 | defendant) | 09:20:45 |
| 25 | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    13

| | | |
|---|---|---|
| 1 | BY MR. MICHAEL: | 09:20:49 |
| 2 |     Q.  It is entitled "Plaintiff Micron | 09:20:50 |
| 3 | Technology's Notice of Deposition to Defendant | 09:20:54 |
| 4 | United Microelectronics Corporation Pursuant to | 09:20:58 |
| 5 | Federal Rule of Civil Procedure | 09:21:01 |
| 6 | 30(b)(6)(Jurisdictional Discovery)". | 09:21:09 |
| 7 |       Mr. Ho, have you seen this document | 09:21:27 |
| 8 | before? | 09:21:29 |
| 9 |     A.  I suppose not. | 09:22:14 |
| 10 |     Q.  Mr. Ho, can I ask you to take a look at | 09:22:24 |
| 11 | page 4 of Exhibit 34.  And starting at about line | 09:22:27 |
| 12 | 21, there's a heading that says, "Deposition | 09:22:38 |
| 13 | Topics".  Do you see that? | 09:22:42 |
| 14 |     A.  Yes. | 09:22:52 |
| 15 |     Q.  And following the heading "Deposition | 09:22:53 |
| 16 | Topics", there are 12 topics that are listed on | 09:22:57 |
| 17 | pages 4 through 6.  Do you see that? | 09:23:00 |
| 18 |     A.  Yes. | 09:23:16 |
| 19 |     Q.  Can you review those 12 topics and let me | 09:23:16 |
| 20 | know your understanding of which of those topics | 09:23:19 |
| 21 | you've been designated to testify on as UMC's | 09:23:21 |
| 22 | corporate representative. | 09:23:26 |
| 23 |     A.  Let me add some information here. | 09:23:56 |
| 24 | I didn't see what was before, but I saw from topic | 09:23:57 |
| 25 | 1 to topic 5.  So, yes, 1 to 5. | 09:24:02 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          14

| | | |
|---|---|---|
| 1 | And the ones after 6, based on my | 09:24:32 |
| 2 | understanding, are related to recruiting, and | 09:24:34 |
| 3 | I did not see them in detail. | 09:24:40 |
| 4 | Q.  So to make sure that the record is clear, | 09:24:43 |
| 5 | Mr. Ho, you've never seen the document we've | 09:24:46 |
| 6 | identified as Exhibit 34; correct? | 09:24:49 |
| 7 | MR. JOHNSON:  Objection.  Misstates the | 09:25:04 |
| 8 | testimony. | 09:25:05 |
| 9 | THE CHECK INTERPRETER:  "(Chinese | 09:25:12 |
| 10 | spoken)". | 09:25:12 |
| 11 | BY MR. MICHAEL: | 09:25:13 |
| 12 | Q.  You can answer. | 09:25:14 |
| 13 | A.  I only saw the articles, but I didn't see | 09:25:20 |
| 14 | the entire document in detail. | 09:25:25 |
| 15 | Q.  When you saw the topics 1 through 5, was | 09:25:30 |
| 16 | that in a separate document from Exhibit 34, or | 09:25:32 |
| 17 | was it part of Exhibit 34?  If you know. | 09:25:36 |
| 18 | A.  I didn't read them as a whole, so I am | 09:25:58 |
| 19 | not sure. | 09:26:01 |
| 20 | Q.  Did you receive the deposition topics 1 | 09:26:03 |
| 21 | through 5 by way of an email? | 09:26:06 |
| 22 | A.  No. | 09:26:18 |
| 23 | Q.  What was the format in which you saw | 09:26:19 |
| 24 | topics 1 through 5? | 09:26:22 |
| 25 | A.  Something like this.  I saw 1 to 5 like | 09:26:35 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              15

| | | |
|---|---|---|
| 1 | this. | 09:26:43 |
| 2 | Q.  And to confirm, you are in fact here to | 09:26:45 |
| 3 | testify as UMC's corporate representative on | 09:26:49 |
| 4 | topics 1, 2, 3, 4 and 5; correct? | 09:26:52 |
| 5 | A.  No-one told me clearly and specifically | 09:27:27 |
| 6 | that it was so. | 09:27:29 |
| 7 | MR. MICHAEL:  Well, counsel, is Mr. Ho | 09:27:35 |
| 8 | here to testify as UMC's corporate representative | 09:27:37 |
| 9 | on topics 1 through 5? | 09:27:39 |
| 10 | MR. JOHNSON:  Yes, he is. | 09:27:42 |
| 11 | BY MR. MICHAEL: | 09:27:56 |
| 12 | Q.  Mr. Ho, is today the first time that | 09:27:57 |
| 13 | you've learned that you are going to be testifying | 09:28:02 |
| 14 | on topics 1 through 5 as UMC's corporate | 09:28:05 |
| 15 | representative? | 09:28:08 |
| 16 | A.  No. | 09:28:18 |
| 17 | Q.  When did you first gain that | 09:28:20 |
| 18 | understanding? | 09:28:21 |
| 19 | A.  Tuesday last week. | 09:28:29 |
| 20 | Q.  So tell me everything that you've done | 09:28:30 |
| 21 | since Tuesday of last week to prepare yourself for | 09:28:33 |
| 22 | today's deposition. | 09:28:36 |
| 23 | A.  I went to understand what types of | 09:29:18 |
| 24 | adjustments were being made since last year, the | 09:29:23 |
| 25 | prosecutor visited UMC regarding the product in | 09:29:25 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho
Conducted on July 12, 2018                    16

| | | |
|---|---|---|
| 1 | development.  I went to understand the implant | 09:29:29 |
| 2 | adjustments being made after the prosecutor | 09:29:46 |
| 3 | visited UMC last year regarding product | 09:29:50 |
| 4 | development. | 09:29:53 |
| 5 | THE CHECK INTERPRETER:  Correction. | 09:29:57 |
| 6 | "I just went to understand the implant | 09:29:57 |
| 7 | conditions after the prosecutor visited UMC last | 09:30:00 |
| 8 | year regarding product development." | 09:30:04 |
| 9 | BY MR. MICHAEL: | 09:30:10 |
| 10 | Q.   What are "implant conditions"? | 09:30:11 |
| 11 | A.   I basically implant some ion or some | 09:31:10 |
| 12 | noise material into the silicon so as to control | 09:31:23 |
| 13 | as to whether it's more like a conductor or | 09:31:27 |
| 14 | a non-conductor. | 09:31:30 |
| 15 | THE CHECK INTERPRETER:  Correction. | 09:31:32 |
| 16 | "It means -- well, the implant means to | 09:31:33 |
| 17 | adjust the characteristics of transistors by | 09:31:39 |
| 18 | changing or adjusting the resistance of the | 09:31:44 |
| 19 | silicon by implanting ion impurities -- ions such | 09:31:47 |
| 20 | as impurities.  So that the silicon can be closer | 09:31:53 |
| 21 | to metal or to a conductor or to a non-conductor. | 09:31:58 |
| 22 | And by doing so, we can control the | 09:32:03 |
| 23 | characteristics of transistors." | 09:32:05 |
| 24 | MR. MICHAEL:  Do you agree with the check | 09:32:11 |
| 25 | translator? | 09:32:12 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    17

| | | |
|---|---|---|
| 1 | THE MAIN INTERPRETER:  Yes, I do. | 09:32:13 |
| 2 | A.  Shall I continue answering your question | 09:32:22 |
| 3 | regarding what I did to prepare for today's | 09:32:25 |
| 4 | deposition? | 09:32:27 |
| 5 | BY MR. MICHAEL: | 09:32:29 |
| 6 | Q.  One question.  Are you saying, for the | 09:32:29 |
| 7 | implants, are you saying "irons" or "ions"? | 09:32:31 |
| 8 | A.  Ions. | 09:32:41 |
| 9 | Should I continue? | 09:32:50 |
| 10 | Q.  Yes, continue with other things that you | 09:32:51 |
| 11 | did to prepare for your deposition. | 09:32:53 |
| 12 | A.  I also went to understand if there were | 09:33:13 |
| 13 | any changes made to the light shield after the | 09:33:17 |
| 14 | visit made by the prosecutor. | 09:33:20 |
| 15 | THE CHECK INTERPRETER:  One correction: | 09:33:23 |
| 16 | "mask". | 09:33:23 |
| 17 | A.  Light mask changes that are related to | 09:33:30 |
| 18 | Micron. | 09:33:32 |
| 19 | BY MR. MICHAEL: | 09:33:43 |
| 20 | Q.  So the record's clear, Mr. Ho, you wanted | 09:33:44 |
| 21 | to understand if there were any light mask changes | 09:33:46 |
| 22 | related to Micron after the visit made by the | 09:33:55 |
| 23 | prosecutor; is that correct? | 09:33:58 |
| 24 | A.  Not entirely.  There are many reasons why | 09:34:31 |
| 25 | a light mask is changed.  So I went to understand | 09:34:34 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    18

| | | |
|---|---|---|
| 1 | why the light mask changes happened related to the | 09:34:38 |
| 2 | case of Micron. | 09:34:42 |
| 3 | THE CHECK INTERPRETER:  Let me clarify | 09:34:46 |
| 4 | with the witness.  (Chinese spoken). | 09:34:47 |
| 5 | A.  (Chinese spoken). | 09:34:55 |
| 6 | MR. JOHNSON:  Counsel, I don't think he's | 09:35:00 |
| 7 | understanding the questions. | 09:35:01 |
| 8 | MR. MICHAEL:  I want to just finish up | 09:35:07 |
| 9 | his explanation of the preparation that he did. | 09:35:09 |
| 10 | THE CHECK INTERPRETER:  The witness | 09:35:12 |
| 11 | said -- | 09:35:12 |
| 12 | MR. JOHNSON:  But I think you guys are | 09:35:14 |
| 13 | talking about two different things.  I don't think | 09:35:15 |
| 14 | he understands your question.  But if you want to | 09:35:18 |
| 15 | go on, go on. | 09:35:20 |
| 16 | BY MR. MICHAEL: | 09:35:23 |
| 17 | Q.  What else did you do since Tuesday of | 09:35:24 |
| 18 | last week to prepare yourself for today's | 09:35:27 |
| 19 | deposition? | 09:35:30 |
| 20 | A.  I went to ask questions to the former | 09:35:46 |
| 21 | colleagues of mine from Micron.  I talked to the | 09:35:50 |
| 22 | former colleague of mine from Micron, trying to | 09:36:18 |
| 23 | compare the different understandings and | 09:36:21 |
| 24 | approaches in terms of data management between UMC | 09:36:28 |
| 25 | and Micron. | 09:36:30 |

| | | |
|---|---|---|
| 1 | Q.  Who was the colleague that you talked to? | 09:36:35 |
| 2 | A.  I talked to some senior and some junior | 09:37:05 |
| 3 | colleagues, for example Fu Che Lee -- | 09:37:07 |
| 4 | THE MAIN INTERPRETER:  Interpreter's | 09:37:15 |
| 5 | spelling, F-u C-h-e, last name Lee, L-e-e. | 09:37:15 |
| 6 | A.  -- as well as Chung Ding Bong. | 09:37:15 |
| 7 | THE MAIN INTERPRETER:  Interpreter's | 09:37:27 |
| 8 | spelling, D-i-n-g B-o-n-g, last name Chung, | 09:37:27 |
| 9 | C-h-u-n-g. | 09:37:27 |
| 10 | A.  There was another two, but all of | 09:37:39 |
| 11 | a sudden, I could not remember their names.  One | 09:37:43 |
| 12 | of them has a name or word "Chi" in his name. | 09:37:46 |
| 13 | THE MAIN INTERPRETER:  C-h-i. | 09:37:54 |
| 14 | A.  There was also -- | 09:37:59 |
| 15 | MR. JOHNSON:  Mr. Ho, you have to take | 09:38:08 |
| 16 | your hand away from your mouth.  It may be hard | 09:38:09 |
| 17 | for the reporter to hear.  And she will get mad | 09:38:12 |
| 18 | with me later. | 09:38:14 |
| 19 | A.  There was also a female colleague, but | 09:38:14 |
| 20 | I could not recall her name. | 09:38:17 |
| 21 | BY MR. MICHAEL: | 09:38:20 |
| 22 | Q.  If, during the course of today's | 09:38:20 |
| 23 | deposition, you remember their names, will you let | 09:38:22 |
| 24 | me know? | 09:38:25 |
| 25 | A.  Okay. | 09:38:34 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          20

| | | |
|---|---|---|
| 1 | Q.  Mr. Fu Che Lee, hopefully I'm pronouncing | 09:38:35 |
| 2 | that correctly, does he have an English name? | 09:38:40 |
| 3 | A.  Neil.  Neil Lee. | 09:38:52 |
| 4 | Q.  And Mr. Chung, does Mr. Chung have | 09:38:53 |
| 5 | an English name? | 09:38:56 |
| 6 | A.  Yes.  It could be Mark. | 09:39:12 |
| 7 | Q.  Other than understanding differences in | 09:39:14 |
| 8 | implant conditions, differences in the light mask, | 09:39:16 |
| 9 | and talking to former colleagues of yours from | 09:39:19 |
| 10 | Micron, did you do anything else to prepare for | 09:39:22 |
| 11 | today's deposition? | 09:39:26 |
| 12 | A.  I also went to understand the | 09:40:08 |
| 13 | investigation results of the company. | 09:40:10 |
| 14 | THE CHECK INTERPRETER:  "I also went to | 09:40:17 |
| 15 | gain an understanding of the results of the | 09:40:19 |
| 16 | internal investigation of the company." | 09:40:20 |
| 17 | BY MR. MICHAEL: | 09:40:35 |
| 18 | Q.  And tell me what you did to understand | 09:40:36 |
| 19 | the results of the internal investigation -- let | 09:40:38 |
| 20 | me strike that. | 09:40:42 |
| 21 | When you refer to the internal | 09:40:44 |
| 22 | investigations of the company, are you referring | 09:40:47 |
| 23 | to the internal investigations of UMC? | 09:40:48 |
| 24 | A.  Yes. | 09:41:00 |
| 25 | Q.  What did you do to understand the results | 09:41:01 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    21

| | | |
|---|---|---|
| 1 | of the internal investigations of UMC? | 09:41:03 |
| 2 | A.  I talked to the colleague at the legal | 09:41:16 |
| 3 | department. | 09:41:17 |
| 4 | Q.  Who was that? | 09:41:18 |
| 5 | A.  Jia Fong Lin. | 09:41:25 |
| 6 | THE MAIN INTERPRETER:  Interpreter's | 09:41:32 |
| 7 | spelling, J-i-a F-o-n-g, last name Lin, L-i-n. | 09:41:32 |
| 8 | BY MR. MICHAEL: | 09:41:35 |
| 9 | Q.  Is that Mr. Lin or Ms. Lin? | 09:41:35 |
| 10 | A.  Ms. Lin. | 09:41:43 |
| 11 | Q.  And does Ms. Lin have an English name? | 09:41:44 |
| 12 | A.  I do not know. | 09:41:56 |
| 13 | Q.  Other than talking with Ms. Lin, did you | 09:41:57 |
| 14 | do anything else to understand the results of the | 09:42:00 |
| 15 | internal investigation at UMC? | 09:42:02 |
| 16 | A.  No. | 09:42:18 |
| 17 | Q.  What is the internal investigation that | 09:42:18 |
| 18 | you're referencing? | 09:42:20 |
| 19 | A.  My understanding, it's an investigation | 09:42:49 |
| 20 | about server download and recruitment data or | 09:42:50 |
| 21 | information from Micron. | 09:42:55 |
| 22 | Q.  Did you do anything else to prepare for | 09:43:10 |
| 23 | today's deposition? | 09:43:12 |
| 24 | A.  No. | 09:43:21 |
| 25 | MR. MICHAEL:  We can take that break if | 09:43:22 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              22

| | | |
|---|---|---|
| 1 | you'd like. | 09:43:24 |
| 2 | MR. JOHNSON:  Yeah. | 09:43:25 |
| 3 | THE VIDEOGRAPHER:  We are going off the | 09:43:26 |
| 4 | record.  The time is 9:43 a.m. | 09:43:26 |
| 5 | (Break taken) | 09:43:28 |
| 6 | THE VIDEOGRAPHER:  We are back on the | 09:55:07 |
| 7 | record.  The time is 9:55 a.m. | 09:55:08 |
| 8 | BY MR. MICHAEL: | 09:55:14 |
| 9 | Q.  Mr. Ho, you had testified earlier that | 09:55:15 |
| 10 | one of the action items that you did in | 09:55:17 |
| 11 | preparation for today's deposition was to | 09:55:21 |
| 12 | understand changes made to the light mask after | 09:55:24 |
| 13 | the prosecutor visited UMC last year.  Did you | 09:55:32 |
| 14 | mean changes to the light mask or changes to the | 09:55:38 |
| 15 | photo mask? | 09:55:48 |
| 16 | A.  Photo mask, or radical. | 09:56:11 |
| 17 | Q.  And when you're referring to the | 09:56:18 |
| 18 | prosecutor's visit to UMC last year, you're | 09:56:20 |
| 19 | referring to the Taiwan prosecutor visit in | 09:56:23 |
| 20 | February of 2017; correct? | 09:56:29 |
| 21 | A.  Yes. | 09:56:45 |
| 22 | Q.  Did the implant conditions change after | 09:57:22 |
| 23 | the prosecutor visited UMC's facilities in | 09:57:26 |
| 24 | February of 2017? | 09:57:31 |
| 25 | A.  The new person in charge made changes. | 09:57:48 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                     23

| | | |
|---|---|---|
| 1 | Q.  Who was the new person in charge? | 09:57:54 |
| 2 | A.  There were quite a few people, because it | 09:58:18 |
| 3 | was a department.  I think mainly Rong Le Tien -- | 09:58:21 |
| 4 | THE MAIN INTERPRETER:  Interpreter's | 09:58:29 |
| 5 | spelling, L-e T-i-e-n, R-o-n. | 09:58:29 |
| 6 | A.  -- as well as Liu Li Wei. | 09:58:29 |
| 7 | THE MAIN INTERPRETER:  Interpreter's | 09:58:37 |
| 8 | spelling, L-i W-e-i, last name Liu, L-i-u. | 09:58:37 |
| 9 | BY MR. MICHAEL: | 09:58:46 |
| 10 | Q.  What is your understanding of the changes | 09:58:46 |
| 11 | that were made to the implant conditions? | 09:58:48 |
| 12 | A.  The 65 nanometer condition of UMC was | 09:59:08 |
| 13 | used directly. | 09:59:13 |
| 14 | Q.  What was used before the 65 nanometer | 09:59:25 |
| 15 | condition of UMC? | 09:59:28 |
| 16 | A.  It was the job responsibility of Wang | 09:59:43 |
| 17 | Yong Ming. | 09:59:45 |
| 18 | THE MAIN INTERPRETER:  Interpreter's | 09:59:51 |
| 19 | spelling, Y-o-n-g M-i-n-g, last name Wang, | 09:59:51 |
| 20 | W-a-n-g. | 09:59:53 |
| 21 | A.  So I am not sure which condition that | 09:59:53 |
| 22 | was. | 09:59:56 |
| 23 | BY MR. MICHAEL: | 10:00:12 |
| 24 | Q.  Was an implant condition of Micron's used | 10:00:12 |
| 25 | in UMC's product development for DRAM prior to | 10:00:15 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho
Conducted on July 12, 2018                                    24

| | | |
|---|---|---|
| 1 | February 2017? | 10:00:22 |
| 2 | A.  I am not sure.  I do not know. | 10:00:40 |
| 3 | Q.  Why did UMC change its implant condition | 10:00:42 |
| 4 | to the 65 nanometer condition of UMC? | 10:00:45 |
| 5 | A.  Based on my understanding, it was the | 10:01:41 |
| 6 | responsibility of Yong Ming Wang.  However, the | 10:01:43 |
| 7 | new person in charge has always believed that the | 10:01:51 |
| 8 | logic has to be UMC's condition because the logic | 10:01:54 |
| 9 | of the transistor is closer to 65 nanometer.  That | 10:02:00 |
| 10 | is why supposedly it should use UMC's condition. | 10:02:05 |
| 11 | THE CHECK INTERPRETER:  Correction. | 10:02:20 |
| 12 | "Based on my understanding, it was the | 10:02:23 |
| 13 | responsibility of Yong Ming Wang.  However, the | 10:02:25 |
| 14 | new person in charge has always -- had -- has | 10:02:28 |
| 15 | always believed that the logic -- has always | 10:02:31 |
| 16 | believed that UMC's conditions should be used when | 10:02:34 |
| 17 | it comes to the implant condition or the so-called | 10:02:37 |
| 18 | transistor characteristics of the logical area of | 10:02:42 |
| 19 | DRAM.  Basically I think the 64 -- 65 nanometer of | 10:02:52 |
| 20 | UMC is very close, is very similar.  I think they | 10:02:56 |
| 21 | are of the same generation.  And that's why we | 10:02:59 |
| 22 | should not -- we should use UMC's condition." | 10:03:02 |
| 23 | MR. MICHAEL:  Do you agree with that? | 10:03:07 |
| 24 | THE MAIN INTERPRETER:  Yes, I do. | 10:03:09 |
| 25 | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    25

| | | |
|---|---|---|
| 1 | BY MR. MICHAEL: | 10:03:10 |
| 2 | Q.  When you say "65 nanometer condition of | 10:03:11 |
| 3 | UMC is very close and very similar", very close | 10:03:17 |
| 4 | and very similar to what? | 10:03:19 |
| 5 | A.  First of all, it is the design house that | 10:03:51 |
| 6 | raises its requests for the transistor | 10:03:54 |
| 7 | characteristics.  And the transistor | 10:04:04 |
| 8 | characteristic is directly related to CD, which is | 10:04:17 |
| 9 | how many nanometers. | 10:04:21 |
| 10 | THE CHECK INTERPRETER:  Correction. | 10:04:28 |
| 11 | "First of all" -- it's the second part -- | 10:04:31 |
| 12 | "the transistor's characteristics are directly | 10:04:31 |
| 13 | related to the CD of the transistor.  The CD | 10:04:31 |
| 14 | refers to its nanometer characteristic." | 10:04:34 |
| 15 | BY MR. MICHAEL: | 10:04:41 |
| 16 | Q.  Mr. Ho, let me ask you a more general | 10:04:42 |
| 17 | question about your preparation for today's | 10:04:45 |
| 18 | deposition. | 10:04:47 |
| 19 | A.  Okay. | 10:04:59 |
| 20 | Q.  The deposition topics that you've been | 10:05:00 |
| 21 | designated to testify on relate primarily to | 10:05:02 |
| 22 | Micron documents in UMC's possession and UMC's | 10:05:06 |
| 23 | awareness of the source of those documents.  How | 10:05:11 |
| 24 | does changes in implant conditions relate to | 10:05:14 |
| 25 | topics 1 through 5? | 10:05:20 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    26

| | | |
|---|---|---|
| 1 | A.  So let me first ask a question.  Because | 10:06:06 |
| 2 | I am wearing two hats.  So am I here on behalf of | 10:06:08 |
| 3 | UMC, or am I here on behalf of myself, as my own | 10:06:12 |
| 4 | individual? | 10:06:17 |
| 5 | Q.  That's a fair question, Mr. Ho.  You've | 10:06:18 |
| 6 | been designated as the corporate representative | 10:06:22 |
| 7 | for UMC on topics 1 through 5.  But you are also | 10:06:25 |
| 8 | here today in your personal capacity. | 10:06:33 |
| 9 | Mr. Ho, I've marked as Exhibit 35 | 10:06:58 |
| 10 | a document which is called "Notice of deposition | 10:07:01 |
| 11 | of JT Ho." | 10:07:03 |
| 12 | (Exhibit 35 marked for identification - Notice of | 10:07:04 |
| 13 | deposition of JT Ho) | 10:07:04 |
| 14 | BY MR. MICHAEL: | 10:07:04 |
| 15 | Q.  Have you seen this document before? | 10:07:04 |
| 16 | A.  No. | 10:07:29 |
| 17 | Q.  So let's go back and clarify.  During | 10:07:37 |
| 18 | your investigation into changes in the implant | 10:07:39 |
| 19 | conditions, did you investigate whether UMC had | 10:07:43 |
| 20 | Micron technical documents in its possession | 10:07:50 |
| 21 | relating to implant conditions? | 10:07:54 |
| 22 | THE CHECK INTERPRETER:  "(Chinese | 10:08:54 |
| 23 | spoken)". | 10:08:54 |
| 24 | A.  I learned about today's deposition in | 10:08:54 |
| 25 | January.  I learned that I was going to attend the | 10:08:57 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    27

| | | |
|---|---|---|
| 1 | deposition today in January.  However, before the | 10:08:59 |
| 2 | company hired an investigation agency or company | 10:09:15 |
| 3 | to conduct internal investigation, I did not know | 10:09:20 |
| 4 | that UMC held Micron documents.  And according to | 10:09:23 |
| 5 | the investigation conducted by the investigation | 10:09:42 |
| 6 | company, Yong Ming Wang did send emails to his own | 10:09:44 |
| 7 | email in-box. | 10:09:48 |
| 8 | BY MR. MICHAEL: | 10:09:57 |
| 9 |     Q.  Does Yong Ming Wang have an English name? | 10:09:57 |
| 10 |     A.  Kenny. | 10:10:04 |
| 11 |     Q.  Kenny Wang? | 10:10:07 |
| 12 |     A.  Yes. | 10:10:09 |
| 13 |     Q.  And what is the name of the investigation | 10:10:14 |
| 14 | agency that you're referring to? | 10:10:15 |
| 15 |     A.  I heard of it, but I did not commit to | 10:10:27 |
| 16 | memory. | 10:10:30 |
| 17 |     Q.  Did you speak with anyone at the | 10:10:31 |
| 18 | investigation agency regarding their investigation | 10:10:34 |
| 19 | into whether UMC possessed Micron documents? | 10:10:37 |
| 20 |     A.  No. | 10:10:54 |
| 21 |     Q.  Have you seen a written report from the | 10:10:55 |
| 22 | investigation agency regarding whether UMC | 10:10:57 |
| 23 | possessed Micron documents? | 10:10:59 |
| 24 |     A.  No. | 10:11:12 |
| 25 |     Q.  Have you spoken with anyone at UMC | 10:11:13 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                           28

| | | |
|---|---|---|
| 1 | regarding the agency's findings with respect to | 10:11:15 |
| 2 | their investigation on whether UMC possesses | 10:11:20 |
| 3 | Micron documents? | 10:11:25 |
| 4 | THE CHECK INTERPRETER:  Counsel, | 10:11:36 |
| 5 | regarding the translation of "investigation | 10:11:37 |
| 6 | agency", I think the witness -- what the witness | 10:11:39 |
| 7 | said can be directly translated as "forensic | 10:11:42 |
| 8 | company".  But the term "agency" may imply that | 10:11:45 |
| 9 | it's a government agency.  So I just need to point | 10:11:49 |
| 10 | that out.  It's not "agency".  The witness | 10:11:52 |
| 11 | actually used the word "company". | 10:11:55 |
| 12 | MR. MICHAEL:  Okay.  So let's clarify the | 10:11:59 |
| 13 | record. | 10:12:01 |
| 14 | BY MR. MICHAEL: | 10:12:01 |
| 15 | Q.  When you testified that UMC hired | 10:12:02 |
| 16 | a company to investigate whether UMC possessed | 10:12:06 |
| 17 | Micron documents, is it your understanding that | 10:12:12 |
| 18 | that company was a forensics company? | 10:12:16 |
| 19 | A.  Yes. | 10:12:35 |
| 20 | Q.  And have you spoken with anyone at UMC | 10:12:37 |
| 21 | regarding that forensics company's findings on | 10:12:40 |
| 22 | whether UMC possessed Micron documents? | 10:12:45 |
| 23 | A.  Yes. | 10:13:07 |
| 24 | Q.  Who did you speak with at UMC? | 10:13:08 |
| 25 | A.  Attorneys.  Jia Fong Lin.  People from | 10:13:15 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    29

| | | |
|---|---|---|
| 1 | the IT department, but I do not commit to memory | 10:13:27 |
| 2 | in terms of their names. | 10:13:32 |
| 3 | Q.  Ms. Lin is the UMC employee that you | 10:13:40 |
| 4 | testified about earlier? | 10:13:42 |
| 5 | A.  Yes. | 10:13:59 |
| 6 | Q.  Okay.  And who are the attorneys that you | 10:14:03 |
| 7 | spoke with that you referred to earlier? | 10:14:05 |
| 8 | A.  Mario. | 10:14:08 |
| 9 | Q.  Mr. Mario Moore? | 10:14:13 |
| 10 | A.  Yes. | 10:14:18 |
| 11 | Q.  Any other attorneys? | 10:14:19 |
| 12 | A.  Dan Johnson. | 10:14:30 |
| 13 | Q.  Anyone else? | 10:14:31 |
| 14 | A.  Lucas. | 10:14:37 |
| 15 | Q.  Anyone else? | 10:14:47 |
| 16 | A.  No. | 10:14:54 |
| 17 | Q.  What were the findings of the forensics | 10:15:08 |
| 18 | company regarding the question of whether UMC | 10:15:15 |
| 19 | possesses Micron documents? | 10:15:17 |
| 20 | A.  The finding was that Wang Yong Ming sent | 10:15:38 |
| 21 | some files to his personal company email.  And | 10:15:46 |
| 22 | also a couple of files were found in the trash bin | 10:16:17 |
| 23 | of the PC that I use before I joined -- a few | 10:16:20 |
| 24 | weeks before I joined UMC. | 10:16:27 |
| 25 | THE CHECK INTERPRETER:  Correction. | 10:16:32 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    30

| | | |
|---|---|---|
| 1 | "A few weeks after I joined UMC". | 10:16:32 |
| 2 | BY MR. MICHAEL: | 10:16:46 |
| 3 | Q. Any other findings besides Mr. Wang | 10:16:46 |
| 4 | sending files to his personal email and a couple | 10:16:49 |
| 5 | files in the trash bin of a PC you used a few | 10:16:54 |
| 6 | weeks after joining UMC? | 10:16:58 |
| 7 | A. No. | 10:17:19 |
| 8 | Q. What were the files in the trash bin of | 10:17:22 |
| 9 | the PC you used at UMC? | 10:17:24 |
| 10 | A. Process flow of 25 nanometer. Something | 10:17:55 |
| 11 | like 110S live flow or live process. I really | 10:18:31 |
| 12 | don't know how to describe it. It's a logistics | 10:18:37 |
| 13 | preparation before technology transfer. | 10:18:42 |
| 14 | THE CHECK INTERPRETER: Just one | 10:18:47 |
| 15 | correction. | 10:18:48 |
| 16 | Not "live flow". I think the witness | 10:18:49 |
| 17 | said "process flow". | 10:18:52 |
| 18 | BY MR. MICHAEL: | 10:18:54 |
| 19 | Q. Was that a Micron document? | 10:18:55 |
| 20 | A. (In English) Yes. | 10:19:00 |
| 21 | Q. A Micron document that existed on your | 10:19:01 |
| 22 | computer; correct? | 10:19:03 |
| 23 | A. Yes. | 10:19:12 |
| 24 | Q. And it's for the 110S series of Micron's | 10:19:12 |
| 25 | DRAM product? | 10:19:16 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              31

| | | |
|---|---|---|
| 1 | A.  Yes. | 10:19:23 |
| 2 | Q.  And the document that involves the | 10:19:26 |
| 3 | logistics of the process flow, do you know if that | 10:19:29 |
| 4 | document is referred to as a traveler? | 10:19:33 |
| 5 | A.  Yes. | 10:19:47 |
| 6 | Q.  Has that document been produced in this | 10:19:53 |
| 7 | litigation? | 10:19:57 |
| 8 | THE CHECK INTERPRETER:  "(Chinese | 10:20:05 |
| 9 | spoken)". | 10:20:05 |
| 10 | A.  Yes, based on my understanding. | 10:20:08 |
| 11 | BY MR. MICHAEL: | 10:20:10 |
| 12 | Q.  You provided it to counsel? | 10:20:11 |
| 13 | A.  No. | 10:20:15 |
| 14 | Q.  It's your understanding that the forensic | 10:20:18 |
| 15 | company obtained that document? | 10:20:19 |
| 16 | A.  Yes. | 10:20:27 |
| 17 | Q.  How many pages was that document? | 10:20:42 |
| 18 | A.  It was an Excel file. | 10:20:48 |
| 19 | Q.  Do you know the approximate size of the | 10:20:52 |
| 20 | document? | 10:20:56 |
| 21 | A.  I do not know. | 10:21:02 |
| 22 | Q.  The PC that you're referring to was your | 10:21:05 |
| 23 | UMC-issued computer; correct? | 10:21:09 |
| 24 | A.  Yes. | 10:21:17 |
| 25 | Q.  Was is a laptop? | 10:21:17 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          32

| | | |
|---|---|---|
| 1 | A.  Yes. | 10:21:20 |
| 2 | Q.  What type of laptop?  Can you describe it | 10:21:22 |
| 3 | for me? | 10:21:24 |
| 4 | A.  It's just a generic laptop, so I do not | 10:21:35 |
| 5 | know how to describe it. | 10:21:37 |
| 6 | Q.  Do you know the brand? | 10:21:39 |
| 7 | A.  I do not recall.  I forgot. | 10:21:49 |
| 8 | Q.  Do you know if that laptop exists at UMC | 10:21:53 |
| 9 | today? | 10:21:57 |
| 10 | A.  It is just a hard drive.  It's not | 10:22:08 |
| 11 | a complete laptop. | 10:22:10 |
| 12 | Q.  To the best of your knowledge, was | 10:22:14 |
| 13 | a forensic copy of your laptop's hard drive made | 10:22:16 |
| 14 | at UMC? | 10:22:21 |
| 15 | A.  I do not know. | 10:22:35 |
| 16 | Q.  How did the Micron process traveler end | 10:22:44 |
| 17 | up on your computer? | 10:22:48 |
| 18 | A.  Before the forensics company told my | 10:23:12 |
| 19 | company about this, about the file in the trash | 10:23:14 |
| 20 | bin, I had completely forgotten about it. | 10:23:19 |
| 21 | Q.  My question is, how did you come into | 10:23:38 |
| 22 | possession of the Micron process traveler that | 10:23:42 |
| 23 | ended up in the trash bin of your computer? | 10:23:46 |
| 24 | A.  So you're asking -- you're asking me how | 10:24:07 |
| 25 | I got the process traveler? | 10:24:09 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              33

| | | |
|---|---|---|
| 1 | Q.  Yes. | 10:24:13 |
| 2 | A.  It was a copy made when I was working for | 10:24:17 |
| 3 | Micron. | 10:24:21 |
| 4 | Q.  You downloaded the process traveler from | 10:24:23 |
| 5 | Micron's computer systems? | 10:24:27 |
| 6 | A.  I am not sure. | 10:24:42 |
| 7 | THE CHECK INTERPRETER:  I have | 10:24:46 |
| 8 | a correction to make to the previous translation. | 10:24:46 |
| 9 | "It was a back-up made when I was working | 10:24:49 |
| 10 | for Micron." | 10:24:51 |
| 11 | A.  (In English) Yeah, back-up. | 10:24:59 |
| 12 | BY MR. MICHAEL: | 10:25:17 |
| 13 | Q.  Any other documents besides the process | 10:25:17 |
| 14 | traveler for Micron's 110 series that were found | 10:25:23 |
| 15 | on your computer through the forensic | 10:25:26 |
| 16 | investigation? | 10:25:29 |
| 17 | A.  As I mentioned earlier, there was also 25 | 10:25:51 |
| 18 | nanometer process flow of Micron.  And also | 10:25:57 |
| 19 | reverse-engineering information for Samsung, | 10:26:22 |
| 20 | Hynix, as well as Elpida.  Back then, Elpida was | 10:26:28 |
| 21 | not a company of Micron. | 10:26:31 |
| 22 | MR. MICHAEL:  Counsel, do you know if the | 10:26:53 |
| 23 | documents the witness is testifying to have been | 10:26:54 |
| 24 | produced already? | 10:26:57 |
| 25 | MR. MOORE:  Yeah, they have.  They should | 10:26:59 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                     34

| | | |
|---|---|---|
| 1 | have been in Tuesday's production. | 10:27:02 |
| 2 | (Court reporter clarification) | 10:27:05 |
| 3 | MR. MICHAEL:  Can you do us a favor at | 10:27:10 |
| 4 | a break and identify for us, if possible, the | 10:27:12 |
| 5 | Bates numbers that relate to the documents that | 10:27:15 |
| 6 | were found on Mr. Ho's computer that he's | 10:27:17 |
| 7 | testifying to? | 10:27:19 |
| 8 | MR. MOORE:  I don't have that info right | 10:27:21 |
| 9 | now, but I can try to find it. | 10:27:22 |
| 10 | MR. MICHAEL:  On a break, that'd be | 10:27:25 |
| 11 | great. | 10:27:28 |
| 12 | MR. JOHNSON:  Break about 10:30 and we | 10:27:37 |
| 13 | can see if we can get it. | 10:27:41 |
| 14 | MR. MICHAEL:  Pardon? | 10:27:44 |
| 15 | MR. JOHNSON:  I said let's break about | 10:27:45 |
| 16 | 10:30 and then we can take a look. | 10:27:46 |
| 17 | BY MR. MICHAEL: | 10:27:55 |
| 18 | Q.  Mr. Ho, do you know where Micron develops | 10:27:56 |
| 19 | and fabricates its 110 series products? | 10:28:02 |
| 20 | A.  I heard about it from someone. | 10:28:17 |
| 21 | Q.  What's your understanding of where they | 10:28:21 |
| 22 | develop and fabricate these Micron 110 series DRAM | 10:28:24 |
| 23 | products? | 10:28:30 |
| 24 | A.  Initially it was at the R&D team at | 10:28:45 |
| 25 | Elpida.  After Micron acquired Elpida, it is | 10:28:49 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    35

| | | |
|---|---|---|
| 1 | requested to transfer that from the R&D team in | 10:29:07 |
| 2 | Japan to the R&D team in Boise.  After some time, | 10:29:11 |
| 3 | I'm not sure for how long, it was then transferred | 10:29:32 |
| 4 | from Boise team back to the team in Japan.  And | 10:29:36 |
| 5 | then finally, it was the R&D team in Japan that | 10:29:59 |
| 6 | developed it to meet the standard, and then pass | 10:30:03 |
| 7 | it to the fab for mass production. | 10:30:07 |
| 8 | Q.  Which fab? | 10:30:12 |
| 9 | A.  Before I left Micron, the standard was | 10:30:38 |
| 10 | not up to the mass production standard, so it was | 10:30:41 |
| 11 | only being planned.  So the plan was to be done at | 10:30:45 |
| 12 | Japan and Taichung MMT. | 10:30:50 |
| 13 | THE CHECK INTERPRETER:  Just one | 10:30:55 |
| 14 | correction. | 10:30:56 |
| 15 | "Before I left Micron, the development | 10:30:56 |
| 16 | was not yet up to the standard for mass | 10:30:59 |
| 17 | production." | 10:31:02 |
| 18 | A.  So we were just planning and it was not | 10:31:10 |
| 19 | final. | 10:31:13 |
| 20 | BY MR. MICHAEL: | 10:31:35 |
| 21 | Q.  What were the documents that Mr. Wang | 10:31:36 |
| 22 | sent to his personal company email and | 10:31:39 |
| 23 | specifically what were the Micron documents that | 10:31:45 |
| 24 | Mr. Wang sent to his personal email? | 10:31:47 |
| 25 | A.  I only know that there was an implant | 10:32:08 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    36

| | | |
|---|---|---|
| 1 | condition, design rule, design rule for 25 | 10:32:11 |
| 2 | nanometers.  And the rest, there's about 20 to 30, | 10:32:22 |
| 3 | and I don't know the details. | 10:32:32 |
| 4 | Q.  Do you know if all of the Micron | 10:32:43 |
| 5 | documents that the forensic company determined | 10:32:45 |
| 6 | were sent to Mr. Wang's personal email account | 10:32:49 |
| 7 | were recovered? | 10:32:54 |
| 8 | THE CHECK INTERPRETER:  "(Chinese | 10:33:12 |
| 9 | spoken)". | 10:33:12 |
| 10 | ███████████████████████████ | 10:33:33 |
| 11 | ███████████████████████████ | 10:33:35 |
| 12 | █████████████████████████ | 10:33:38 |
| 13 | ███████████████████ | 10:33:45 |
| 14 | BY MR. MICHAEL: | 10:33:48 |
| 15 | Q.  As part of your investigation in | 10:33:49 |
| 16 | preparing to testify today on topics 1 through 5, | 10:33:51 |
| 17 | what did you do to determine what information of | 10:33:54 |
| 18 | Mr. Wang was maintained at UMC and exists today? | 10:33:58 |
| 19 | THE CHECK INTERPRETER:  "(Chinese | 10:34:44 |
| 20 | spoken)". | 10:34:44 |
| 21 | A.  I didn't do anything. | 10:34:47 |
| 22 | BY MR. MICHAEL: | 10:34:50 |
| 23 | Q.  So you're aware that certain of | 10:34:50 |
| 24 | Mr. Wang's information exists at UMC on a tape; | 10:34:52 |
| 25 | correct? | 10:34:59 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    37

| | | |
|---|---|---|
| 1 | A.  Yes. | 10:35:07 |
| 2 | Q.  And you did not conduct an investigation | 10:35:07 |
| 3 | as to what information that is? | 10:35:11 |
| 4 | A.  I didn't investigate one by one; I only | 10:35:33 |
| 5 | know that there was an implant as well as a design | 10:35:37 |
| 6 | rule. | 10:35:42 |
| 7 | Q.  Do you know if Mr. Wang's emails from his | 10:35:42 |
| 8 | time at UMC are preserved on this tape that UMC | 10:35:46 |
| 9 | has? | 10:35:51 |
| 10 | A.  Yes. | 10:36:04 |
| 11 | Q.  And if I wanted to talk to somebody at | 10:36:06 |
| 12 | UMC about the type of information that UMC | 10:36:08 |
| 13 | maintains with respect to Mr. Wang, who would | 10:36:13 |
| 14 | I talk to? | 10:36:22 |
| 15 | THE CHECK INTERPRETER:  "(Chinese | 10:36:33 |
| 16 | spoken)". | 10:36:33 |
| 17 | A.  You can talk to the IT department or the | 10:36:39 |
| 18 | in-house counsel, but exactly whom you should talk | 10:36:43 |
| 19 | to, I don't know. | 10:36:46 |
| 20 | BY MR. MICHAEL: | 10:36:52 |
| 21 | Q.  Do you know if UMC today maintains a copy | 10:36:53 |
| 22 | of any of Mr. Wang's laptops or hard drives from | 10:36:57 |
| 23 | his laptops? | 10:37:03 |
| 24 | A.  The laptop is taken away by the | 10:37:29 |
| 25 | prosecutor, so I don't think the company has | 10:37:31 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    38

| | | |
|---|---|---|
| 1 | a copy of it. | 10:37:33 |
| 2 | Q.  Other than the copy of your hard drive | 10:37:37 |
| 3 | and the back-up tapes with respect to Mr. Wang's | 10:37:41 |
| 4 | emails, did you investigate whether any other | 10:37:46 |
| 5 | electronic media exists at UMC that contains | 10:37:54 |
| 6 | Micron documentation? | 10:37:58 |
| 7 | A.  Two things.  First of all, it is not the | 10:38:32 |
| 8 | copy of my hard drive.  It's not a copy of my hard | 10:38:34 |
| 9 | drive.  It is my hard drive.  I have used it for | 10:38:44 |
| 10 | two or three weeks, and then it was replaced or | 10:38:47 |
| 11 | changed to a different one.  There's no Micron | 10:38:50 |
| 12 | information stored or maintained on any other | 10:39:05 |
| 13 | company systems. | 10:39:09 |
| 14 | Q.  My question was slightly different, | 10:39:16 |
| 15 | Mr. Ho, so let me try it again. | 10:39:17 |
| 16 | Other than your hard drive and the | 10:39:20 |
| 17 | back-up tapes that contain Mr. Wang's emails, did | 10:39:22 |
| 18 | you investigate whether any other electronic media | 10:39:28 |
| 19 | exists at UMC that contains Micron documentation? | 10:39:33 |
| 20 | A.  No.  Were you asking about me | 10:39:59 |
| 21 | investigating personally? | 10:40:09 |
| 22 | Q.  Yes. | 10:40:10 |
| 23 | THE MAIN INTERPRETER:  And then the | 10:40:13 |
| 24 | answer is "No". | 10:40:14 |
| 25 | MR. MICHAEL:  Counsel, I don't believe | 10:40:17 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho

Conducted on July 12, 2018                    39

| | | |
|---|---|---|
| 1 | we've received copies of Mr. Ho's hard drive or | 10:40:18 |
| 2 | back-up copies of Mr. Wang's emails, and I believe | 10:40:26 |
| 3 | those were requested.  I could be wrong.  But we | 10:40:30 |
| 4 | would request those, and we can deal with that | 10:40:33 |
| 5 | after today's deposition. | 10:40:35 |
| 6 | MR. MOORE:  Yeah, they should have been | 10:40:37 |
| 7 | in Tuesday's production. | 10:40:39 |
| 8 | MR. JOHNSON:  Why don't we take a short | 10:40:41 |
| 9 | break and we can see if we can find them and | 10:40:43 |
| 10 | identify them, and you will have them. | 10:40:45 |
| 11 | MR. MICHAEL:  Yeah, I'm talking about the | 10:40:48 |
| 12 | actual hard drive in a condition for which we can | 10:40:50 |
| 13 | do the appropriate forensic investigation | 10:40:52 |
| 14 | ourselves. | 10:40:55 |
| 15 | MR. JOHNSON:  We'll have an argument | 10:40:57 |
| 16 | about that.  We'll have an argument about that. | 10:40:58 |
| 17 | That was not required. | 10:40:58 |
| 18 | MR. MOORE:  Yeah, and the judge impressed | 10:41:00 |
| 19 | that. | 10:41:02 |
| 20 | MR. JOHNSON:  There was a specific | 10:41:03 |
| 21 | request and that was denied.  But I will -- I want | 10:41:04 |
| 22 | to make sure if that -- if the production has the | 10:41:08 |
| 23 | information we think it does, we get it to you | 10:41:11 |
| 24 | right now. | 10:41:14 |
| 25 | MR. MICHAEL:  Let's make sure that all | 10:41:21 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho

Conducted on July 12, 2018                           40

| | | |
|---|---|---|
| 1 | the information that he's testifying about was | 10:41:22 |
| 2 | produced. | 10:41:22 |
| 3 | MR. JOHNSON:  Let's take a short break. | 10:41:22 |
| 4 | MR. MICHAEL:  Sounds good. | 10:41:22 |
| 5 | THE VIDEOGRAPHER:  We are going off the | 10:41:24 |
| 6 | record.  The time is 10:41 a.m. | 10:41:26 |
| 7 | (Break taken) | 10:41:29 |
| 8 | THE VIDEOGRAPHER:  We are back on the | 11:02:48 |
| 9 | record.  The time is 11:02 a.m. | 11:02:49 |
| 10 | BY MR. MICHAEL: | 11:02:58 |
| 11 | Q.  Mr. Ho, I'd like to ask you a couple | 11:02:59 |
| 12 | questions about the computer that you had at UMC | 11:03:01 |
| 13 | where Micron documents were found in the trash | 11:03:06 |
| 14 | bin. | 11:03:09 |
| 15 | A.  Okay. | 11:03:25 |
| 16 | Q.  What was the time period during which you | 11:03:27 |
| 17 | used that computer? | 11:03:31 |
| 18 | MR. JOHNSON:  Objection.  Foundation. | 11:03:45 |
| 19 | Where? | 11:03:46 |
| 20 | A.  Could you repeat the question again, | 11:03:51 |
| 21 | please? | 11:03:52 |
| 22 | BY MR. MICHAEL: | 11:03:53 |
| 23 | Q.  Sure.  What was the time period during | 11:03:57 |
| 24 | which you used the computer that contained Micron | 11:03:59 |
| 25 | files in its trash bin? | 11:04:01 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    41

| | | |
|---|---|---|
| 1 | THE CHECK INTERPRETER:  "(Chinese | 11:04:22 |
| 2 | spoken)". | 11:04:22 |
| 3 | A.  You mean from which date to which date? | 11:04:25 |
| 4 | BY MR. MICHAEL: | 11:04:29 |
| 5 | Q.  Correct. | 11:04:29 |
| 6 | A.  I was on board with UMC in November 2015. | 11:04:39 |
| 7 | I think I used the computer three weeks after the | 11:04:46 |
| 8 | onboard, which is in November of 2015. | 11:04:51 |
| 9 | THE CHECK INTERPRETER:  Just one | 11:04:57 |
| 10 | correction. | 11:04:57 |
| 11 | "I think I used the computer three weeks | 11:04:58 |
| 12 | -- during the three weeks after that." | 11:04:59 |
| 13 | A.  But not a computer; it was a hard drive. | 11:05:04 |
| 14 | So the same computer, but different hard drives. | 11:05:19 |
| 15 | I used the hard drive in the first three weeks | 11:05:22 |
| 16 | after I got on board. | 11:05:26 |
| 17 | BY MR. MICHAEL: | 11:05:32 |
| 18 | Q.  Let's do it this way, Mr. Ho.  What is | 11:05:32 |
| 19 | the date that you started at UMC? | 11:05:34 |
| 20 | A.  November 5th, 2015. | 11:05:44 |
| 21 | Q.  And when you started at UMC on November | 11:05:49 |
| 22 | 5th, 2015, did UMC assign you a laptop computer? | 11:05:52 |
| 23 | A.  Yes, but I'm not sure if I got the laptop | 11:06:12 |
| 24 | on that day or after a few days. | 11:06:15 |
| 25 | Q.  So approximately in the time period of | 11:06:21 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    42

| | | |
|---|---|---|
| 1 | November 5, 2015, you were assigned a UMC laptop; | 11:06:23 |
| 2 | correct? | 11:06:29 |
| 3 | A.  Yes. | 11:06:40 |
| 4 | Q.  And that laptop has a hard drive; | 11:06:40 |
| 5 | correct? | 11:06:43 |
| 6 | A.  Yes. | 11:06:45 |
| 7 | Q.  How long did you use that computer at UMC | 11:06:47 |
| 8 | until a new hard drive was placed on the computer? | 11:06:52 |
| 9 | A.  About a few weeks.  Roughly three weeks, | 11:07:13 |
| 10 | I remember. | 11:07:20 |
| 11 | Q.  Are you comfortable if we refer to the | 11:07:21 |
| 12 | hard drive that you used on your computer for the | 11:07:24 |
| 13 | first three weeks as the "November 2015 hard | 11:07:27 |
| 14 | drive"? | 11:07:31 |
| 15 | THE CHECK INTERPRETER:  "(Chinese | 11:07:47 |
| 16 | spoken)". | 11:07:47 |
| 17 | A.  (Chinese spoken). | 11:07:51 |
| 18 | MR. JOHNSON:  Counsel, I'm confused. | 11:07:52 |
| 19 | MR. MICHAEL:  That's okay. | 11:07:54 |
| 20 | MR. JOHNSON:  I'd like to get one | 11:07:55 |
| 21 | clarification.  Is this a portable hard drive or | 11:07:56 |
| 22 | a hard drive that's a part of a computer? | 11:07:59 |
| 23 | A.  It's an accessory of that computer. | 11:08:14 |
| 24 | BY MR. MICHAEL: | 11:08:20 |
| 25 | Q.  So are you comfortable if we refer to the | 11:08:23 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              43

| | | |
|---|---|---|
| 1 | first hard drive that was used with your | 11:08:26 |
| 2 | UMC-issued laptop, the "November 2015 hard drive"? | 11:08:28 |
| 3 | A.  Yes. | 11:08:49 |
| 4 | Q.  Were the Micron documents that were found | 11:08:50 |
| 5 | on your hard drive from the November 2015 hard | 11:08:52 |
| 6 | drive, or a different hard drive? | 11:09:02 |
| 7 | A.  Could you repeat the question again?  I'm | 11:09:26 |
| 8 | a bit confused about exactly what you were asking. | 11:09:28 |
| 9 | Q.  Sure.  Were the Micron documents that | 11:09:31 |
| 10 | were located in the trash bin of your hard drive | 11:09:38 |
| 11 | found on the hard drive that you were using in | 11:09:43 |
| 12 | November 2015? | 11:09:48 |
| 13 | A.  Yes. | 11:10:02 |
| 14 | Q.  Now, at some point after November 2015, | 11:10:08 |
| 15 | you started using a different hard drive for your | 11:10:10 |
| 16 | computer at UMC; is that correct? | 11:10:13 |
| 17 | A.  Yes. | 11:10:28 |
| 18 | Q.  Are you using that same hard drive today? | 11:10:29 |
| 19 | A.  No. | 11:10:38 |
| 20 | Q.  For how long at UMC did you use the | 11:10:40 |
| 21 | second hard drive? | 11:10:45 |
| 22 | A.  Until February last year. | 11:10:53 |
| 23 | Q.  So from approximately 2015, December, to | 11:11:02 |
| 24 | February 2017, you were using a second hard drive | 11:11:07 |
| 25 | on your UMC-issued computer; correct? | 11:11:11 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          44

| | | |
|---|---|---|
| 1 | A.  Yes. | 11:11:29 |
| 2 | Q.  Does that second hard drive exist at UMC | 11:11:32 |
| 3 | today? | 11:11:36 |
| 4 | A.  No. | 11:11:40 |
| 5 | Q.  Where is it? | 11:11:42 |
| 6 | A.  The prosecutor got it. | 11:11:48 |
| 7 | Q.  Did you investigate whether UMC has | 11:11:54 |
| 8 | a copy of the second hard drive that you used from | 11:11:56 |
| 9 | December 2015 until February 2017? | 11:12:01 |
| 10 | A.  No. | 11:12:18 |
| 11 | THE CHECK INTERPRETER:  Correction. | 11:12:29 |
| 12 | I think the witness said, "Whether UMC | 11:12:30 |
| 13 | kept it?  No." | 11:12:33 |
| 14 | So I think you probably need to clarify | 11:12:34 |
| 15 | with the witness whether he meant he investigated, | 11:12:37 |
| 16 | or whether UMC had a copy. | 11:12:40 |
| 17 | MR. MICHAEL:  I'll ask the question | 11:12:44 |
| 18 | again. | 11:12:45 |
| 19 | BY MR. MICHAEL: | 11:12:45 |
| 20 | Q.  Does UMC have a copy of the second hard | 11:12:50 |
| 21 | drive that you used from December 2015 until | 11:12:53 |
| 22 | February 2017? | 11:12:57 |
| 23 | A.  I don't think so. | 11:13:12 |
| 24 | Q.  Did you investigate whether UMC has | 11:13:23 |
| 25 | a copy of the second hard drive that you used from | 11:13:26 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    45

| | | |
|---|---|---|
| 1 | December 2015 until February 2017? | 11:13:30 |
| 2 | A. No. | 11:13:43 |
| 3 | Q. Is it correct, Mr. Ho, that the only hard | 11:13:56 |
| 4 | drive that UMC investigated to determine whether | 11:14:02 |
| 5 | UMC has Micron documentation in its possession is | 11:14:13 |
| 6 | your hard drive that you used for the three-week | 11:14:21 |
| 7 | period in November 2015? | 11:14:23 |
| 8 | THE CHECK INTERPRETER: "(Chinese | 11:14:42 |
| 9 | spoken)". | 11:14:42 |
| 10 | A. I used three hard disk drives at UMC. | 11:14:57 |
| 11 | The second one was taken away by the prosecutor's | 11:15:00 |
| 12 | office in that raid. The third one is there. | 11:15:06 |
| 13 | BY MR. MICHAEL: | 11:15:14 |
| 14 | Q. Did UMC investigate -- | 11:15:14 |
| 15 | (Simultaneous speakers - unclear) | 11:15:14 |
| 16 | THE CHECK INTERPRETER: The third -- | 11:15:16 |
| 17 | (Simultaneous speakers - unclear) | 11:15:19 |
| 18 | THE MAIN INTERPRETER: The third one -- | 11:15:20 |
| 19 | the third one is there. | 11:15:20 |
| 20 | A. UMC did an internal investigation on the | 11:15:23 |
| 21 | first one and the third one. | 11:15:27 |
| 22 | BY MR. MICHAEL: | 11:15:38 |
| 23 | Q. What was the time period in which you | 11:15:39 |
| 24 | used the third hard drive at UMC? | 11:15:41 |
| 25 | A. Starting from February last year all the | 11:15:53 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    46

| | | |
|---|---|---|
| 1 | way till now. | 11:15:55 |
| 2 | Q.  Did UMC find any Micron documents on the | 11:15:56 |
| 3 | third hard drive that you used from February 2017 | 11:16:01 |
| 4 | until the present? | 11:16:04 |
| 5 | A.  No. | 11:16:21 |
| 6 | Q.  How many Micron documents existed on the | 11:16:32 |
| 7 | second hard drive that you used from December 2015 | 11:16:34 |
| 8 | to February 2017? | 11:16:37 |
| 9 | A.  Based on my understanding, none. | 11:16:55 |
| 10 | Q.  What's your understanding based on? | 11:17:24 |
| 11 | A.  For the first hard disk drive, I used the | 11:17:41 |
| 12 | privilege to apply for the use authority of a USB. | 11:17:44 |
| 13 | However, this turned out to be unfit for the | 11:17:58 |
| 14 | company policy, so this USB access was canceled. | 11:18:03 |
| 15 | So I did not have any other way, other than email. | 11:18:14 |
| 16 | And I did not send any emails, so there was no | 11:18:24 |
| 17 | way.  I did not send any email regarding Micron | 11:18:27 |
| 18 | documents, so there was no way.  What I emailed | 11:18:34 |
| 19 | back then was a self-introduction and some notes | 11:19:00 |
| 20 | that I took, as well as some terminology or | 11:19:03 |
| 21 | glossary of the semiconductor industry which I put | 11:19:07 |
| 22 | together by myself. | 11:19:09 |
| 23 | THE CHECK INTERPRETER:  And the witness | 11:19:11 |
| 24 | also said, "The notes were in English." | 11:19:12 |
| 25 | A.  Kind of like notes of English phrases. | 11:19:20 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    47

| | | |
|---|---|---|
| 1 | BY MR. MICHAEL: | 11:19:27 |
| 2 | Q.  Did you collect those notes and other | 11:19:28 |
| 3 | documents in connection with today's deposition? | 11:19:31 |
| 4 | THE CHECK INTERPRETER:  "(Chinese | 11:19:48 |
| 5 | spoken)". | 11:19:48 |
| 6 | A.  I don't quite understand the question. | 11:20:11 |
| 7 | The notes are in my computer, so why would I want | 11:20:14 |
| 8 | to collect the notes?  They are in my computer. | 11:20:17 |
| 9 | Let me correct myself.  Not in my | 11:20:33 |
| 10 | computer; it's in my email.  For example, I sent | 11:20:35 |
| 11 | the email from my Gmail account, so it's in my | 11:20:40 |
| 12 | Gmail.  So I don't understand why would I want to | 11:20:44 |
| 13 | collect the notes. | 11:20:46 |
| 14 | BY MR. MICHAEL: | 11:20:48 |
| 15 | Q.  Do you have any Micron documents on your | 11:20:49 |
| 16 | Gmail account? | 11:20:51 |
| 17 | A.  I don't think so. | 11:21:01 |
| 18 | Q.  Did you search your Gmail account for | 11:21:02 |
| 19 | Micron documents? | 11:21:05 |
| 20 | A.  Yes, I did. | 11:21:14 |
| 21 | Q.  And did you find any Micron documents | 11:21:16 |
| 22 | when you searched your Gmail account? | 11:21:17 |
| 23 | A.  I found a self-introduction that I typed | 11:21:36 |
| 24 | myself when I was with Micron.  Would that | 11:21:39 |
| 25 | constitute a Micron document?  At Micron, we can | 11:21:43 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              48

1    use anything without limitations.  So, for          11:22:40

2    example, in a meeting, there would be meeting        11:22:44

3    minutes on the whiteboard.  What I would do is to    11:22:47

4    take a picture of the whiteboard and then email      11:22:50

5    it.  I can use -- this is allowed at Micron, but     11:22:53

6    not allowed at UMC.  At Micron, we are able to use   11:22:57

7    the intranet to connect to the internet, so that     11:23:01

8    I can have access to my email --                     11:23:06

9         THE MAIN INTERPRETER:  Correction.              11:23:10

10       A.  -- so that I can have access to Gmail        11:23:11

11   account or Google Drive to have access to that       11:23:14

12   picture, and then write up the meeting minutes,      11:23:19

13   and then send the meeting minutes to the team        11:23:22

14   members.                                             11:23:24

15        And I am not sure if this constitutes           11:23:28

16   a Micron document.                                   11:23:32

17   BY MR. MICHAEL:                                       11:23:34

18       Q.  Do you have pictures on your Gmail           11:23:35

19   account from meetings that you had while you were    11:23:37

20   employed at Micron?                                  11:23:42

21       A.  Yes.                                         11:23:56

22       Q.  Mr. Ho, did you collect and provide any     11:23:58

23   documents from your Gmail account to UMC's counsel   11:24:01

24   in this case?                                        11:24:06

25       A.  I remember I put my self-introduction on    11:24:37

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              49

| | | |
|---|---|---|
| 1 | the second hard drive.  And I sent the notes of | 11:24:40 |
| 2 | English phrases as well as acronyms and glossary | 11:25:01 |
| 3 | of semiconductor, that I put together myself, to | 11:25:05 |
| 4 | the third hard drive.  The company investigated | 11:25:11 |
| 5 | the third hard drive in the internal | 11:25:28 |
| 6 | investigation.  I did not provide the company with | 11:25:31 |
| 7 | the third hard -- I did not provide it proactively | 11:25:33 |
| 8 | to the -- | 11:25:39 |
| 9 | A.  (Chinese spoken). | 11:25:40 |
| 10 | A.  Let me correct.  I did provide the | 11:25:44 |
| 11 | computer to the company. | 11:25:48 |
| 12 | THE CHECK INTERPRETER:  Hard drive.  The | 11:25:54 |
| 13 | hard drive, not the computer.  The third hard | 11:25:55 |
| 14 | drive. | 11:25:57 |
| 15 | A.  The company took the computer that | 11:25:58 |
| 16 | contained the third hard drive.  So, yes, | 11:26:00 |
| 17 | I provided that to the company. | 11:26:02 |
| 18 | BY MR. MICHAEL: | 11:26:06 |
| 19 | Q.  I want to focus on your Gmail account. | 11:26:07 |
| 20 | Has your Gmail account been searched for the | 11:26:17 |
| 21 | purposes of identifying Micron documents that | 11:26:20 |
| 22 | exist in your Gmail account? | 11:26:23 |
| 23 | A.  Yes.  I did the search. | 11:26:39 |
| 24 | Q.  And from that search, how many documents | 11:26:42 |
| 25 | did you identify to be Micron documents on your | 11:26:45 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              50

| | | |
|---|---|---|
| 1 | Gmail account? | 11:26:50 |
| 2 | A.  None. | 11:27:04 |
| 3 | Q.  And on your Gmail account, there remain | 11:27:10 |
| 4 | pictures from meetings that you had when you were | 11:27:16 |
| 5 | employed at Micron; correct? | 11:27:19 |
| 6 | A.  Yes. | 11:27:30 |
| 7 | Q.  What is your Gmail, Mr. Ho? | 11:27:31 |
| 8 | A.  Jengting.tw@gmail.com. | 11:27:53 |
| 9 | Q.  Do you know if the forensics company that | 11:28:13 |
| 10 | was doing an internal investigation at Micron -- | 11:28:16 |
| 11 | strike that. | 11:28:20 |
| 12 | Did the forensics company that is | 11:28:21 |
| 13 | conducting an investigation at Micron search your | 11:28:24 |
| 14 | Gmail account? | 11:28:33 |
| 15 | MR. JOHNSON:  Doing an investigation at | 11:28:35 |
| 16 | Micron? | 11:28:37 |
| 17 | MR. MICHAEL:  Thank you.  I'm going to | 11:28:39 |
| 18 | strike that. | 11:28:40 |
| 19 | Did the forensics company that is | 11:28:40 |
| 20 | conducting an internal investigation at UMC | 11:28:42 |
| 21 | inspect your Gmail account? | 11:28:44 |
| 22 | A.  No. | 11:28:59 |
| 23 | Q.  Other than your email, | 11:29:02 |
| 24 | jengting.tw@gmail.com, do you have any other | 11:29:05 |
| 25 | personal email accounts? | 11:29:13 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    51

| | | |
|---|---|---|
| 1 | A.  I have one at Yahoo. | 11:29:23 |
| 2 | Q.  What is your Yahoo address? | 11:29:27 |
| 3 | A.  The same.  Jengting.tw@yahoo.com.tw. | 11:29:37 |
| 4 | Q.  Did you search your Yahoo email account | 11:29:48 |
| 5 | for Micron documents? | 11:29:57 |
| 6 | A.  Not in detail.  It was just a rough look. | 11:30:04 |
| 7 | Q.  Do Micron documents exist on your Yahoo | 11:30:08 |
| 8 | email account? | 11:30:13 |
| 9 | A.  No. | 11:30:14 |
| 10 | Q.  Was the forensics company that is | 11:30:20 |
| 11 | conducting an investigation at UMC provided access | 11:30:21 |
| 12 | to your Yahoo email account? | 11:30:25 |
| 13 | A.  No. | 11:30:43 |
| 14 | Q.  Have you ever had a Gmail account with | 11:30:44 |
| 15 | a different address than jengting.tw? | 11:30:49 |
| 16 | A.  No. | 11:31:08 |
| 17 | Q.  The first hard drive that you had while | 11:31:20 |
| 18 | at UMC had USB drive access enabled; correct? | 11:31:22 |
| 19 | A.  Yes. | 11:31:41 |
| 20 | Q.  And the ability to use USB drives on your | 11:31:42 |
| 21 | second hard drive at UMC was disabled; correct? | 11:31:45 |
| 22 | A.  For the second hard disk drive, there was | 11:32:05 |
| 23 | never -- there was never the ability to use the | 11:32:10 |
| 24 | USB drive. | 11:32:11 |
| 25 | Q.  You had no ability to use a USB drive | 11:32:12 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              52

| | | |
|---|---|---|
| 1 | with your second hard drive at UMC; correct? | 11:32:16 |
| 2 | A.  That is correct. | 11:32:26 |
| 3 | Q.  Why did UMC swap out your hard drive | 11:32:27 |
| 4 | after being at UMC for only three weeks? | 11:32:29 |
| 5 | A.  Per my request. | 11:32:40 |
| 6 | Q.  Why did you make that request? | 11:32:43 |
| 7 | A.  It is UMC's policy to not have external | 11:33:02 |
| 8 | document being read internally through a USB | 11:33:06 |
| 9 | drive. | 11:33:11 |
| 10 | THE CHECK INTERPRETER:  Correction. | 11:33:12 |
| 11 | "It's UMC's policy not to use USB, and | 11:33:12 |
| 12 | also not to access outside -- external documents | 11:33:16 |
| 13 | in the company." | 11:33:20 |
| 14 | A.  The concern is that the external | 11:33:35 |
| 15 | information would corrupt the internal | 11:33:36 |
| 16 | information, and that is why the policy does not | 11:33:38 |
| 17 | allow that.  Another concern is about virus.  It | 11:33:41 |
| 18 | is a concern that the external USB would bring | 11:33:53 |
| 19 | a virus into the company to infect the internal | 11:33:59 |
| 20 | system.  This access privilege was canceled when | 11:34:02 |
| 21 | somebody said that it did not fit the company | 11:34:18 |
| 22 | policy. | 11:34:20 |
| 23 | THE CHECK INTERPRETER:  "The access | 11:34:25 |
| 24 | privilege was voluntarily canceled when somebody | 11:34:27 |
| 25 | said that it did not comply with the company's | 11:34:30 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho
Conducted on July 12, 2018                         53

| | | |
|---|---|---|
| 1 | policy." | 11:34:32 |
| 2 | A.  So after the voluntary cancellation, we | 11:34:55 |
| 3 | asked the IT department to clean up the hard disk | 11:34:59 |
| 4 | drive, meaning that there would be no external | 11:35:04 |
| 5 | information on the hard disk drive, or the | 11:35:07 |
| 6 | possibility of a virus. | 11:35:09 |
| 7 | Another reason for the cancellation is | 11:35:55 |
| 8 | that the company was concerned that company | 11:35:57 |
| 9 | information such as the logic of 28 nanometer HK | 11:36:00 |
| 10 | multigate and 14 nanometer finfet would be leaked | 11:36:07 |
| 11 | to outside of the company through USB.  So the | 11:36:12 |
| 12 | company does not want to have information coming | 11:36:15 |
| 13 | in from outside and does not want information | 11:36:17 |
| 14 | coming from inside, out.  So that was another | 11:36:21 |
| 15 | concern. | 11:36:26 |
| 16 | (Court reporter clarification) | 11:36:26 |
| 17 | BY MR. MICHAEL: | 11:36:43 |
| 18 | Q.  So it's your testimony that you made the | 11:36:44 |
| 19 | request to swap out your first hard drive; | 11:36:47 |
| 20 | correct? | 11:36:50 |
| 21 | A.  My request was to clean up the computer | 11:37:11 |
| 22 | so that there are so bad things on the computer. | 11:37:14 |
| 23 | It was later that I found out that the IT | 11:37:17 |
| 24 | department actually swapped out the entire hard | 11:37:20 |
| 25 | disk drive.  It was until after the forensics | 11:37:22 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                           54

| | | |
|---|---|---|
| 1 | company's investigation that I knew that the hard | 11:37:39 |
| 2 | disk drive was swapped.  I had always thought that | 11:37:42 |
| 3 | it was the same hard disk drive. | 11:37:47 |
| 4 | THE CHECK INTERPRETER:  "As the second | 11:37:50 |
| 5 | one." | 11:37:52 |
| 6 | THE MAIN INTERPRETER:  "As the second | 11:37:53 |
| 7 | one." | 11:37:53 |
| 8 | THE CHECK INTERPRETER:  "And also the | 11:37:53 |
| 9 | first hard drive was formatted." | 11:37:54 |
| 10 | BY MR. MICHAEL: | 11:38:08 |
| 11 | Q.  What was the date that the forensics | 11:38:08 |
| 12 | company did this investigation? | 11:38:14 |
| 13 | A.  I do not know. | 11:38:18 |
| 14 | Q.  What is the approximate time range?  Were | 11:38:21 |
| 15 | there multiple investigations?  Are we talking | 11:38:24 |
| 16 | about two here or is there one? | 11:38:27 |
| 17 | A.  It's recent.  Within one month. | 11:38:31 |
| 18 | Q.  So you only found out in the last month | 11:38:38 |
| 19 | that your first UMC-issued hard drive was swapped | 11:38:41 |
| 20 | out after you had been employed at UMC for only | 11:38:46 |
| 21 | three weeks? | 11:38:49 |
| 22 | A.  Yes. | 11:39:09 |
| 23 | Q.  Mr. Ho, were you using USB drives to | 11:39:16 |
| 24 | access and review Micron documents on the first | 11:39:19 |
| 25 | UMC-issued hard drive? | 11:39:23 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    55

| | | |
|---|---|---|
| 1 | A.  I read all the information that | 11:40:15 |
| 2 | I established when I was working for TSMC, | 11:40:19 |
| 3 | (Chinese spoken), (Chinese spoken), and Micron. | 11:40:24 |
| 4 | I read all of them. | 11:40:26 |
| 5 | MR. JOHNSON:  You read? | 11:40:29 |
| 6 | A.  The English name of "(Chinese spoken)" is | 11:40:31 |
| 7 | Powerchip. | 11:40:34 |
| 8 | THE CHECK INTERPRETER:  And "(Chinese | 11:40:37 |
| 9 | spoken)" is Rexchip. | 11:40:37 |
| 10 | THE MAIN INTERPRETER:  And the English | 11:40:41 |
| 11 | name of "(Chinese spoken)" is Rexchip. | 11:40:43 |
| 12 | BY MR. MICHAEL: | 11:40:48 |
| 13 | Q.  Mr. Ho, in the first three weeks that you | 11:40:48 |
| 14 | were employed at UMC, were you using USB drives to | 11:40:51 |
| 15 | access and review Micron documents on the first | 11:40:54 |
| 16 | UMC-issued hard drive that you used? | 11:40:56 |
| 17 | A.  (Chinese spoken). | 11:41:22 |
| 18 | THE CHECK INTERPRETER:  Counsel, "USB | 11:41:25 |
| 19 | drive" was translated as "USB hard drive".  Is | 11:41:26 |
| 20 | that what you meant? | 11:41:29 |
| 21 | MR. MICHAEL:  No. | 11:41:31 |
| 22 | A.  I only read the USB drive through the | 11:41:32 |
| 23 | computer. | 11:41:34 |
| 24 | BY MR. MICHAEL: | 11:41:34 |
| 25 | Q.  When you say "USB drive", you're talking | 11:41:41 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    56

| | | |
|---|---|---|
| 1 | about a flash drive; is that right, Mr. Ho? | 11:41:44 |
| 2 | THE CHECK INTERPRETER:  "(Chinese | 11:41:52 |
| 3 | spoken)". | 11:41:52 |
| 4 | A.  I had two.  Both are portable.  One is | 11:42:08 |
| 5 | this one, flash; the other is a USB hard drive. | 11:42:12 |
| 6 | BY MR. MICHAEL: | 11:42:24 |
| 7 | Q.  Can we refer to those as external drives? | 11:42:25 |
| 8 | THE CHECK INTERPRETER:  "(Chinese | 11:42:31 |
| 9 | spoken)". | 11:42:31 |
| 10 | A.  Yes. | 11:42:32 |
| 11 | BY MR. MICHAEL: | 11:42:34 |
| 12 | Q.  So, so far, Mr. Ho, we've talked about | 11:42:34 |
| 13 | three hard drives on your UMC computers; correct? | 11:42:37 |
| 14 | THE CHECK INTERPRETER:  (Chinese spoken). | 11:42:53 |
| 15 | A.  So are you asking if there are three hard | 11:43:00 |
| 16 | disk drives on the UMC computer? | 11:43:05 |
| 17 | MR. JOHNSON:  Why don't you do | 11:43:09 |
| 18 | "external"/"internal"? | 11:43:10 |
| 19 | BY MR. MICHAEL: | 11:43:12 |
| 20 | Q.  Let's focus on external drives. | 11:43:13 |
| 21 | A.  Okay. | 11:43:23 |
| 22 | Q.  Have you searched any external drives in | 11:43:24 |
| 23 | your possession for Micron documents? | 11:43:30 |
| 24 | A.  I don't quite know exactly what you're | 11:43:49 |
| 25 | asking, because I had Micron documents.  I did not | 11:43:52 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          57

| | | |
|---|---|---|
| 1 | have to search. | 11:43:55 |
| 2 | Q.  My question to you, Mr. Ho, is, did you | 11:44:03 |
| 3 | investigate whether any external drives that you | 11:44:05 |
| 4 | have contain Micron documents? | 11:44:09 |
| 5 | A.  Yes. | 11:44:30 |
| 6 | Q.  And do you have any external drives that | 11:44:30 |
| 7 | contain Micron documents? | 11:44:32 |
| 8 | MR. JOHNSON:  Today? | 11:44:38 |
| 9 | BY MR. MICHAEL: | 11:44:40 |
| 10 | Q.  Today. | 11:44:40 |
| 11 | A.  Today, no. | 11:44:46 |
| 12 | Q.  Have you ever possessed any external | 11:44:49 |
| 13 | drives that contain Micron documents since joining | 11:44:52 |
| 14 | UMC in 2015? | 11:44:54 |
| 15 | A.  Yes. | 11:45:10 |
| 16 | Q.  Tell me about those external drives and | 11:45:11 |
| 17 | what was contained on them. | 11:45:13 |
| 18 | A.  There's some personal information, for | 11:45:38 |
| 19 | example the videos that I collected, or text | 11:45:39 |
| 20 | filing information.  And I have the habit to | 11:45:43 |
| 21 | collect information and store information since | 11:45:56 |
| 22 | I worked for TSMC.  So I had information also at | 11:46:00 |
| 23 | (Chinese spoken) -- | 11:46:09 |
| 24 | THE CHECK INTERPRETER:  Powerchip -- | 11:46:12 |
| 25 | A.  -- Powerchip, as well as Rexchip. | 11:46:12 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    58

| | | |
|---|---|---|
| 1 | THE CHECK INTERPRETER:  -- and Micron. | 11:46:12 |
| 2 | A.  -- and Micron. | 11:46:15 |
| 3 | THE CHECK INTERPRETER:  And one | 11:46:15 |
| 4 | correction. | 11:46:16 |
| 5 | "I have the habit of storing | 11:46:17 |
| 6 | information", not "collecting information". | 11:46:19 |
| 7 | BY MR. MICHAEL: | 11:46:23 |
| 8 | Q.  Let's break it down this way, Mr. Ho. | 11:46:24 |
| 9 | During the time you've been employed at UMC, how | 11:46:28 |
| 10 | many external drives did you possess that contain | 11:46:31 |
| 11 | Micron documentation? | 11:46:37 |
| 12 | A.  Two. | 11:46:53 |
| 13 | Q.  And is one of those -- or is one of those | 11:46:56 |
| 14 | two a flash drive? | 11:47:00 |
| 15 | A.  Yes. | 11:47:05 |
| 16 | Q.  Is the second one also a flash drive? | 11:47:07 |
| 17 | A.  No.  It's a hard disk drive. | 11:47:16 |
| 18 | Q.  And the first flash drive, do you know | 11:47:27 |
| 19 | who the manufacturer of that flash drive was?  Was | 11:47:29 |
| 20 | it a Kingston flash drive? | 11:47:33 |
| 21 | A.  Yes, to my impression. | 11:47:40 |
| 22 | Q.  And the second drive, which you said is | 11:47:44 |
| 23 | an external hard disk drive, who is the | 11:47:47 |
| 24 | manufacturer of that drive, if you recall? | 11:47:50 |
| 25 | A.  (Chinese spoken). | 11:48:02 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          59

| | | |
|---|---|---|
| 1 | THE CHECK INTERPRETER:  Transcend. | 11:48:04 |
| 2 | BY MR. MICHAEL: | 11:48:07 |
| 3 | Q.  What was the memory capacity of the flash | 11:48:07 |
| 4 | drive, if you recall? | 11:48:10 |
| 5 | A.  500G, question mark.  I guess.  I would | 11:48:28 |
| 6 | guess 500G. | 11:48:33 |
| 7 | Q.  And what about the -- | 11:48:35 |
| 8 | THE CHECK INTERPRETER:  The witness also | 11:48:39 |
| 9 | said, "I forgot." | 11:48:40 |
| 10 | (Court reporter clarification) | 11:48:42 |
| 11 | BY MR. MICHAEL: | 11:48:43 |
| 12 | Q.  Where is that flash drive today? | 11:48:44 |
| 13 | A.  At the prosecutor's. | 11:48:54 |
| 14 | Q.  What about the external hard disk drive? | 11:49:00 |
| 15 | What was the size of that hard disk drive? | 11:49:02 |
| 16 | A.  I think 2T. | 11:49:10 |
| 17 | Q.  2 terabytes? | 11:49:16 |
| 18 | A.  (In English) Yes. | 11:49:20 |
| 19 | A.  2000G. | 11:49:20 |
| 20 | Q.  And where is that hard disk drive today? | 11:49:24 |
| 21 | A.  I handed it to the prosecutor last year. | 11:49:33 |
| 22 | THE CHECK INTERPRETER:  "Voluntarily". | 11:49:37 |
| 23 | BY MR. MICHAEL: | 11:49:47 |
| 24 | Q.  Did you investigate whether any other UMC | 11:49:51 |
| 25 | employees have external drives that contain Micron | 11:49:53 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    60

| | | |
|---|---|---|
| 1 | documentation? | 11:50:00 |
| 2 | A.  You mean personally investigate?  No. | 11:50:13 |
| 3 | Q.  As part of your preparation to testify as | 11:50:18 |
| 4 | a corporate designee here today on behalf of UMC, | 11:50:24 |
| 5 | did you investigate whether UMC possesses any | 11:50:28 |
| 6 | external drives that contain Micron documentation? | 11:50:32 |
| 7 | A.  Not me personally, but the company has | 11:51:02 |
| 8 | asked the IT department. | 11:51:04 |
| 9 | THE MAIN INTERPRETER:  Excuse me. | 11:51:10 |
| 10 | A.  But the IT department and the counsel for | 11:51:11 |
| 11 | the company have asked the forensics company to | 11:51:12 |
| 12 | conduct investigation, and the investigation | 11:51:15 |
| 13 | result is "No". | 11:51:18 |
| 14 | BY MR. MICHAEL: | 11:51:30 |
| 15 | Q.  Where did you go to college, Mr. Ho? | 11:51:31 |
| 16 | A.  Tamkang University. | 11:51:34 |
| 17 | Q.  And did you go on to get a graduate | 11:51:39 |
| 18 | degree? | 11:51:41 |
| 19 | A.  Yes. | 11:51:43 |
| 20 | Q.  What was your college degree in? | 11:51:45 |
| 21 | THE CHECK INTERPRETER:  (Chinese spoken). | 11:51:56 |
| 22 | A.  Aviation. | 11:51:57 |
| 23 | THE CHECK INTERPRETER:  Aerospace and -- | 11:51:59 |
| 24 | THE MAIN INTERPRETER:  Aerospace and | 11:51:59 |
| 25 | aviation. | 11:51:59 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho
Conducted on July 12, 2018                          61

| 1 | A. (In English) Aerodynamics and aerospace. | 11:51:59 |
| 2 | A. Aerodynamics and aerospace. | 11:51:59 |
| 3 | BY MR. MICHAEL: | 11:52:13 |
| 4 | Q. Was that an engineering degree? | 11:52:13 |
| 5 | A. Yes. | 11:52:15 |
| 6 | Q. And your graduate studies, where did you | 11:52:16 |
| 7 | do that at? | 11:52:18 |
| 8 | A. National Taiwan University. | 11:52:22 |
| 9 | Q. Did you obtain a master's degree? | 11:52:28 |
| 10 | A. Yes. | 11:52:32 |
| 11 | Q. What was your master's degree in? | 11:52:34 |
| 12 | A. Plasma simulation. | 11:52:45 |
| 13 | Q. Was it plasma simulation for plasma etch | 11:52:52 |
| 14 | in semiconductors? | 11:52:55 |
| 15 | A. No. | 11:53:08 |
| 16 | Q. What was the -- what was plasma | 11:53:09 |
| 17 | simulation relating to?  Did it relate to the | 11:53:11 |
| 18 | semiconductor industry? | 11:53:15 |
| 19 | A. The light-emitting simulation for | 11:53:29 |
| 20 | a plasma display.  The display is kind of like the | 11:53:31 |
| 21 | display of an LCD, but it's a plasma display. | 11:53:34 |
| 22 | Q. When did you get your aerospace | 11:53:42 |
| 23 | engineering degree, what year? | 11:53:47 |
| 24 | A. 1999. | 11:53:58 |
| 25 | Q. And when did -- did you obtain a master's | 11:54:05 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho

Conducted on July 12, 2018                                      62

| | | |
|---|---|---|
| 1 | degree? | 11:54:08 |
| 2 | A.  Yes. | 11:54:09 |
| 3 | Q.  What year? | 11:54:10 |
| 4 | A.  2001. | 11:54:14 |
| 5 | Q.  Did you go on after your master's degree | 11:54:16 |
| 6 | to do any post-grad studies? | 11:54:18 |
| 7 | A.  No. | 11:54:30 |
| 8 | Q.  What's your date of birth, Mr. Ho? | 11:54:33 |
| 9 | A.  November 5th, 1975. | 11:54:42 |
| 10 | Q.  And your citizenship? | 11:54:47 |
| 11 | A.  Taiwan. | 11:54:50 |
| 12 | Q.  Any other citizenships? | 11:54:53 |
| 13 | A.  No. | 11:54:56 |
| 14 | Q.  You mentioned a few of your employers | 11:55:01 |
| 15 | earlier today.  Can you just chronologically for | 11:55:04 |
| 16 | me tell me who your employers have been since you | 11:55:08 |
| 17 | obtained your master's degree in 2001?  And if you | 11:55:12 |
| 18 | could just give me the name of the company and the | 11:55:30 |
| 19 | general timeframe, that would be useful. | 11:55:32 |
| 20 | A.  From -- I was graduated in 2001.  From | 11:55:44 |
| 21 | 2001 to 2003, I served in the military.  After the | 11:55:47 |
| 22 | military service, my first job from 2003 to 2004 | 11:56:07 |
| 23 | was for TSMC. | 11:56:13 |
| 24 | From November 2004 to February 2005, | 11:56:32 |
| 25 | I worked with Yulon Motors for a short period of | 11:56:36 |

| | | |
|---|---|---|
| 1 | three months. | 11:56:43 |
| 2 | I worked for Powerchip from April 2005 | 11:57:01 |
| 3 | to 2007. | 11:57:04 |
| 4 | Rexchip was established in July 2007. | 11:57:29 |
| 5 | Rexchip used to be a factory for Powerchip, and | 11:57:37 |
| 6 | then it became a subsidiary for Powerchip.  So | 11:57:40 |
| 7 | starting in July 2007, I became an employee of | 11:57:44 |
| 8 | Rexchip. | 11:57:48 |
| 9 | Micron acquired Rexchip in 2013, so | 11:58:01 |
| 10 | I became an employee to Micron in 2013. | 11:58:04 |
| 11 | I left Micron in October 2015, and then | 11:58:28 |
| 12 | I joined UMC in November 2015.  So I am a UMC | 11:58:30 |
| 13 | employee till now. | 11:58:36 |
| 14 | MR. JOHNSON:  It's about noon. | 11:58:42 |
| 15 | MR. MICHAEL:  Yeah, we'll be done -- | 11:58:45 |
| 16 | we'll take a break in a few minutes here. | 11:58:47 |
| 17 | MR. JOHNSON:  All right. | 11:58:51 |
| 18 | BY MR. MICHAEL: | 11:58:52 |
| 19 | Q.  When did you first start working in DRAM, | 11:58:52 |
| 20 | in which of these positions? | 11:58:56 |
| 21 | A.  When I was with Powerchip. | 11:59:05 |
| 22 | Q.  And you worked on DRAM while you were | 11:59:11 |
| 23 | with Rexchip? | 11:59:14 |
| 24 | A.  Yes. | 11:59:19 |
| 25 | Q.  And you worked on -- with DRAM while you | 11:59:20 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    64

| | | |
|---|---|---|
| 1 | were at Micron? | 11:59:23 |
| 2 | A.  Yes. | 11:59:26 |
| 3 | Q.  Ten solid years of being an engineer in | 11:59:30 |
| 4 | DRAM; correct? | 11:59:33 |
| 5 | A.  I think more than 10. | 11:59:46 |
| 6 | Q.  When you left Micron in October 2015 to | 11:59:50 |
| 7 | join UMC, was UMC in the DRAM business? | 11:59:54 |
| 8 | A.  Not in the standard DRAM business, but | 12:00:26 |
| 9 | UMC had an embedded DRAM that they called "special | 12:00:28 |
| 10 | technology". | 12:00:32 |
| 11 | Q.  And briefly, before we take a break for | 12:00:45 |
| 12 | lunch, Mr. Ho, can you give me just a chronology | 12:00:47 |
| 13 | of the positions that you've held at UMC since you | 12:00:53 |
| 14 | joined in November 2015? | 12:00:56 |
| 15 | A.  When I first joined UMC, my title was | 12:01:20 |
| 16 | technical manager.  But in fact, it was | 12:01:27 |
| 17 | an engineer job.  In March 2016, the DRAM project | 12:01:29 |
| 18 | officially kicked off. | 12:01:46 |
| 19 | THE CHECK INTERPRETER:  "The DRAM project | 12:01:49 |
| 20 | organization was officially established." | 12:01:52 |
| 21 | THE MAIN INTERPRETER:  Yes. | 12:01:55 |
| 22 | A.  My position back then was department -- | 12:02:06 |
| 23 | THE MAIN INTERPRETER:  Excuse me. | 12:02:15 |
| 24 | (Chinese spoken). | 12:02:16 |
| 25 | A.  My position was a department manager for | 12:02:20 |

| | | |
|---|---|---|
| 1 | process integration. | 12:02:22 |
| 2 | I think it was either February or March | 12:02:34 |
| 3 | last year, I then transferred to be YE engineer. | 12:02:38 |
| 4 | BY MR. MICHAEL: | 12:02:42 |
| 5 | Q.  When you first started at UMC in November | 12:02:48 |
| 6 | 2015 as a technical manager, were you working on | 12:02:51 |
| 7 | DRAM? | 12:02:54 |
| 8 | A.  In the beginning, I didn't know that it | 12:03:19 |
| 9 | was about DRAM.  I thought I was going to do | 12:03:21 |
| 10 | a logic foundry OEM for UMC.  So in the first two | 12:03:26 |
| 11 | weeks, I attended the meetings, for example daily | 12:03:49 |
| 12 | meetings or weekly meetings, at the fab in this | 12:03:55 |
| 13 | business. | 12:03:58 |
| 14 | Q.  In what business? | 12:03:59 |
| 15 | A.  (In English) Logic function. | 12:04:04 |
| 16 | A.  It was one week after I was on board with | 12:04:14 |
| 17 | UMC that Stephen told me that UMC might have | 12:04:17 |
| 18 | a DRAM project.  But I think it was at the end of | 12:04:22 |
| 19 | 2015 or the beginning of 2016 that there were | 12:04:39 |
| 20 | official discussions about DRAM. | 12:04:43 |
| 21 | Q.  When did you start working on research | 12:04:58 |
| 22 | and development for DRAM at UMC? | 12:05:03 |
| 23 | A.  About the same timeframe, starting from | 12:05:22 |
| 24 | the end of 2015 to the beginning of 2016. | 12:05:24 |
| 25 | Q.  And as a yield engineer -- did I get that | 12:05:27 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                66

| | | |
|---|---|---|
| 1 | correct, that you are currently a yield engineer? | 12:05:33 |
| 2 | A.  (In English) Yield enhancement. | 12:05:35 |
| 3 | Q.  Yield enhancing engineer.  Are you | 12:05:37 |
| 4 | working in DRAM? | 12:05:40 |
| 5 | A.  I am currently a YE engineer, and I'm | 12:05:49 |
| 6 | working in DRAM. | 12:05:52 |
| 7 | Q.  So you've been working continuously in | 12:05:54 |
| 8 | DRAM at UMC since the end of 2015, early 2016, to | 12:05:56 |
| 9 | today? | 12:06:02 |
| 10 | A.  Yes. | 12:06:13 |
| 11 | Q.  Who is the boss in charge of the DRAM | 12:06:14 |
| 12 | project at UMC? | 12:06:16 |
| 13 | A.  You mean the highest one? | 12:06:23 |
| 14 | Q.  Yep. | 12:06:29 |
| 15 | A.  Based on my understanding, it's Stephen. | 12:06:31 |
| 16 | Q.  Stephen Chen? | 12:06:35 |
| 17 | A.  Yes. | 12:06:36 |
| 18 | MR. MICHAEL:  Want to take a break for | 12:06:39 |
| 19 | lunch? | 12:06:40 |
| 20 | MR. JOHNSON:  Sure. | 12:06:41 |
| 21 | THE VIDEOGRAPHER:  We are going off the | 12:06:42 |
| 22 | record.  The time is 12:06 p.m. | 12:06:43 |
| 23 | (Break taken) | 12:06:46 |
| 24 | THE VIDEOGRAPHER:  We are back on the | 13:15:08 |
| 25 | record.  The time is 1:15 p.m. | 13:15:09 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                            67

| | | |
|---|---|---|
| 1 | BY MR. MICHAEL: | 13:15:13 |
| 2 | Q.  Welcome back, Mr. Ho. | 13:15:14 |
| 3 | So we've identified various sources of | 13:15:21 |
| 4 | electronic information, and I want to make sure | 13:15:24 |
| 5 | I understand that -- the sources that you | 13:15:26 |
| 6 | searched.  There was the first hard drive that you | 13:15:28 |
| 7 | had at UMC for about three weeks in November 2015; | 13:15:32 |
| 8 | correct? | 13:15:36 |
| 9 | A.  Yes. | 13:16:03 |
| 10 | Q.  And the other source that was searched | 13:16:03 |
| 11 | was the third hard drive that you had at UMC, that | 13:16:06 |
| 12 | you used from February 2017 to the present? | 13:16:11 |
| 13 | A.  Yes. | 13:16:28 |
| 14 | Q.  Your Gmail and Yahoo accounts; right? | 13:16:29 |
| 15 | A.  Yes. | 13:16:36 |
| 16 | Q.  And there were the back-up tapes that UMC | 13:16:37 |
| 17 | has regarding Kenny Wang's email activity; | 13:16:41 |
| 18 | correct? | 13:16:48 |
| 19 | A.  Yes. | 13:16:58 |
| 20 | Q.  Other than those items, what, if any, | 13:17:00 |
| 21 | electronic storage systems were searched for | 13:17:05 |
| 22 | Micron documents that are in UMC's possession? | 13:17:11 |
| 23 | A.  All my emails since I joined UMC till | 13:17:33 |
| 24 | now.  And all the documents of the company.  It is | 13:17:36 |
| 25 | a system. | 13:17:46 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          68

| | | |
|---|---|---|
| 1 | Q. Does the company have a document | 13:17:48 |
| 2 | management system? | 13:17:50 |
| 3 | A. Yes. | 13:17:56 |
| 4 | Q. And how was that system searched for | 13:17:58 |
| 5 | Micron documents? | 13:18:00 |
| 6 | A. External forensics company. The internal | 13:18:08 |
| 7 | IT department also conducted the internal | 13:18:16 |
| 8 | investigation. | 13:18:19 |
| 9 | Q. But do you know -- did you ask them how | 13:18:20 |
| 10 | they conducted their search? | 13:18:23 |
| 11 | A. I was not involved in the details. It | 13:18:34 |
| 12 | was processed or done by the attorneys. | 13:18:36 |
| 13 | Q. Well, what search terms were used to | 13:18:39 |
| 14 | search the document management system of UMC? | 13:18:41 |
| 15 | A. I do not know. | 13:18:53 |
| 16 | Q. Did the forensic company search the | 13:18:55 |
| 17 | entire system or only documents of certain | 13:18:58 |
| 18 | custodians? | 13:19:04 |
| 19 | A. I do not know. | 13:19:17 |
| 20 | Q. Does UMC have a shared file system such | 13:19:19 |
| 21 | as SharePoint sites? | 13:19:21 |
| 22 | A. There was a similar system. There was | 13:19:35 |
| 23 | a similar system, but not SharePoint. | 13:19:37 |
| 24 | Q. What is the similar system that UMC uses? | 13:19:43 |
| 25 | A. It is a system built on IBM Notes. | 13:19:51 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              69

| | | |
|---|---|---|
| 1 | SharePoint is a different system on Microsoft. | 13:19:58 |
| 2 | Q.  Does UMC have an internal name for its | 13:20:02 |
| 3 | share-file system that's based on Notes? | 13:20:06 |
| 4 | A.  We usually refer to it as Notes Document. | 13:20:21 |
| 5 | Q.  Was the Notes Document system at UMC | 13:20:25 |
| 6 | searched for Micron documents? | 13:20:27 |
| 7 | A.  Yes. | 13:20:38 |
| 8 | Q.  How do you know that? | 13:20:39 |
| 9 | A.  The IT department and the attorneys told | 13:20:48 |
| 10 | me. | 13:20:50 |
| 11 | Q.  Other than the fact that the IT | 13:20:52 |
| 12 | department -- | 13:20:53 |
| 13 | THE CHECK INTERPRETER:  Correction. | 13:20:55 |
| 14 | "The IT department, the attorneys, and | 13:20:55 |
| 15 | the legal department told me." | 13:20:57 |
| 16 | BY MR. MICHAEL: | 13:20:59 |
| 17 | Q.  Did they tell you how it was searched? | 13:21:00 |
| 18 | A.  Using key words. | 13:21:09 |
| 19 | Q.  What were -- did they tell you what key | 13:21:11 |
| 20 | words were used for the search? | 13:21:12 |
| 21 | A.  I am not sure, because I did not commit | 13:21:27 |
| 22 | to memory.  There might be -- they might not tell | 13:21:29 |
| 23 | me.  I actually do not remember. | 13:21:33 |
| 24 | Q.  Do you not remember, or do you not know? | 13:21:34 |
| 25 | A.  I suppose they told me a few, but not all | 13:21:46 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    70

| | | |
|---|---|---|
| 1 | of them.  I did not commit to memory. | 13:21:49 |
| 2 | Q.  Do you recall the name of the person in | 13:21:54 |
| 3 | the IT department who was involved with searching | 13:21:56 |
| 4 | the Notes Document system? | 13:22:00 |
| 5 | A.  I do not recall. | 13:22:16 |
| 6 | Q.  And have you been able to recall the name | 13:22:18 |
| 7 | of the forensics company that you said was | 13:22:20 |
| 8 | involved with doing searching? | 13:22:24 |
| 9 | A.  I do not remember the name of the | 13:22:37 |
| 10 | forensics company. | 13:22:39 |
| 11 | Q.  And during the course of this forensics | 13:22:44 |
| 12 | inspection, a certain number of Micron documents | 13:22:48 |
| 13 | were collected and produced in this litigation. | 13:22:52 |
| 14 | You're aware of that; correct? | 13:22:55 |
| 15 | A.  Yes. | 13:23:11 |
| 16 | Q.  And what did you do to determine the | 13:23:12 |
| 17 | source of those documents? | 13:23:14 |
| 18 | A.  I don't know how to answer the question. | 13:23:35 |
| 19 | I am -- I don't know what to do to determine. | 13:23:37 |
| 20 | Q.  Well, did you do anything to determine if | 13:23:42 |
| 21 | any of those documents were obtained from Micron's | 13:23:44 |
| 22 | locations in the United States? | 13:23:48 |
| 23 | A.  I think there's no need to make the | 13:24:33 |
| 24 | determination.  Two parts.  For the part about | 13:24:36 |
| 25 | Kenny, I don't know, because that's Kenny's | 13:24:38 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                     71

| | | |
|---|---|---|
| 1 | information that he emailed in.  And for his | 13:24:41 |
| 2 | information, it's mostly about 25 nanometer, which | 13:24:44 |
| 3 | is the information of Japan. | 13:24:49 |
| 4 | For my part, I actually did not remember | 13:25:13 |
| 5 | until the forensics company recovered the files or | 13:25:16 |
| 6 | found the files in the recycle bin.  I looked at | 13:25:20 |
| 7 | that and the file looked familiar to me, so it was | 13:25:24 |
| 8 | the files that I used to look at.  The files were | 13:25:30 |
| 9 | about 25 nanometers and 110 series. | 13:25:34 |
| 10 | In terms of the source of the | 13:26:03 |
| 11 | information, I was not sure.  There's usually | 13:26:05 |
| 12 | a few ways for me to get information.  The first | 13:26:08 |
| 13 | is from a USB.  I go to Japan for work quite | 13:26:11 |
| 14 | often, and when I was there asking for | 13:26:16 |
| 15 | information, the engineers there would put the | 13:26:18 |
| 16 | information on a USB, and that was how I got the | 13:26:21 |
| 17 | information.  So since 2009, I have been to Japan | 13:26:24 |
| 18 | for work more than 20 times, and it's mostly using | 13:26:37 |
| 19 | this way for me to get information. | 13:26:43 |
| 20 | Another way for me to get information is | 13:26:57 |
| 21 | through the public hard disk drive of the company. | 13:26:59 |
| 22 | So we get data from there and then store the data. | 13:27:06 |
| 23 | The public hard disk drive was available before | 13:27:24 |
| 24 | Micron acquired -- before Micron, so at Rexchip, | 13:27:31 |
| 25 | there's a very large server room.  So I think | 13:27:39 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          72

| | | |
|---|---|---|
| 1 | that's where the information was stored. | 13:27:41 |
| 2 | The third way for me to get information | 13:27:49 |
| 3 | was through something like SharePoint.  But | 13:27:51 |
| 4 | I don't know the location of SharePoint, where | 13:27:59 |
| 5 | SharePoint stores the information.  Just like | 13:28:02 |
| 6 | Google, Google is an American company, but Google | 13:28:23 |
| 7 | has data centers in Taiwan and throughout Asia. | 13:28:26 |
| 8 | So when I link to Google, I actually do not know | 13:28:29 |
| 9 | which server am I retrieving data from, or which | 13:28:33 |
| 10 | data center am I retrieving data from. | 13:28:36 |
| 11 | Q.  Any other ways that you obtained Micron | 13:28:47 |
| 12 | information that you brought with you to UMC? | 13:28:49 |
| 13 | A.  I think just these three. | 13:29:04 |
| 14 | Q.  When you worked at Micron, you understood | 13:29:08 |
| 15 | that Micron is headquartered in Boise, Idaho; | 13:29:11 |
| 16 | correct? | 13:29:15 |
| 17 | A.  Yes. | 13:29:21 |
| 18 | Q.  And what are some of the SharePoint sites | 13:29:22 |
| 19 | that you downloaded Micron information from? | 13:29:25 |
| 20 | A.  I do not know.  Just SharePoint. | 13:29:37 |
| 21 | Q.  Are you aware that Micron's SharePoint | 13:29:42 |
| 22 | sites' servers are all located in the United | 13:29:46 |
| 23 | States? | 13:29:49 |
| 24 | A.  I do not know. | 13:29:54 |
| 25 | Q.  You certainly know that Micron maintains | 13:29:56 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho
Conducted on July 12, 2018                                    73

| | | |
|---|---|---|
| 1 | and stores technical documents in the United | 13:29:59 |
| 2 | States; correct? | 13:30:03 |
| 3 | A.  I don't know if this statement is correct | 13:30:18 |
| 4 | or not.  I did not really think about this, | 13:30:20 |
| 5 | because from the perspective of efficiency, it | 13:30:40 |
| 6 | would be slow to have to link back to the US every | 13:30:44 |
| 7 | time there is a search for data.  Just like | 13:30:48 |
| 8 | Google.  Google has data centers throughout the | 13:30:51 |
| 9 | world. | 13:30:53 |
| 10 | Q.  Where did you think the documents that | 13:30:56 |
| 11 | you were downloading were coming from? | 13:30:58 |
| 12 | A.  If it was a public hard disk drive, then | 13:31:20 |
| 13 | it must have been from Taiwan, because it had been | 13:31:23 |
| 14 | available before Micron.  If it's SharePoint, then | 13:31:26 |
| 15 | I don't know.  I have never thought about this | 13:31:41 |
| 16 | issue.  There's a rather large server room on | 13:31:43 |
| 17 | site, so I did not really think where that server | 13:31:46 |
| 18 | links to. | 13:31:51 |
| 19 | Q.  In 2013, Micron acquired Rexchip; | 13:31:53 |
| 20 | correct? | 13:31:59 |
| 21 | A.  Yes. | 13:32:05 |
| 22 | Q.  And in 2013, you understood that Micron | 13:32:08 |
| 23 | Technology, Inc. was located in Boise, Idaho; | 13:32:11 |
| 24 | correct? | 13:32:17 |
| 25 | MR. JOHNSON:  Objection.  Asked and | 13:32:18 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    74

| | | |
|---|---|---|
| 1 | answered three times. | 13:32:19 |
| 2 | A.  Micron was -- Micron is headquartered in | 13:32:33 |
| 3 | Idaho, that is correct. | 13:32:37 |
| 4 | BY MR. MICHAEL: | 13:32:38 |
| 5 | Q.  And you have an engineering degree, isn't | 13:32:38 |
| 6 | that correct, Mr. Ho? | 13:32:40 |
| 7 | A.  Yes. | 13:32:48 |
| 8 | Q.  You're familiar with computers and | 13:32:49 |
| 9 | servers and software and hardware, isn't that | 13:32:50 |
| 10 | right? | 13:32:53 |
| 11 | A.  I have certain level of understanding. | 13:33:01 |
| 12 | Q.  Based on your experience, your education | 13:33:03 |
| 13 | experience, your working experience as | 13:33:06 |
| 14 | an engineer, and your knowledge of SharePoint | 13:33:08 |
| 15 | systems, wouldn't you agree that it was reasonable | 13:33:12 |
| 16 | to assume that some of the documents you were | 13:33:18 |
| 17 | downloading from Micron's SharePoint sites came | 13:33:20 |
| 18 | from the United States. | 13:33:23 |
| 19 | MR. JOHNSON:  Objection.  That calls for | 13:33:25 |
| 20 | speculation, conjecture, as well as expert | 13:33:26 |
| 21 | opinion. | 13:33:29 |
| 22 | THE CHECK INTERPRETER:  "(Chinese | 13:33:57 |
| 23 | spoken)". | 13:33:57 |
| 24 | A.  I really didn't give these types of | 13:34:07 |
| 25 | questions a thought. | 13:34:10 |

| | | |
|---|---|---|
| 1 | BY MR. MICHAEL: | 13:34:14 |
| 2 | Q.  As you sit here today, based on your | 13:34:15 |
| 3 | experience working in Micron, is it likely that at | 13:34:17 |
| 4 | least some of the files you downloaded from | 13:34:20 |
| 5 | Micron's SharePoint servers came from locations in | 13:34:22 |
| 6 | the United States? | 13:34:26 |
| 7 | MR. JOHNSON:  Objection.  Calls for | 13:34:27 |
| 8 | speculation and conjecture, as well as expert | 13:34:28 |
| 9 | opinion.  No underlying foundation. | 13:34:31 |
| 10 | A.  When I was working for Micron, no-one had | 13:35:05 |
| 11 | ever told us that the server was located in the | 13:35:09 |
| 12 | US.  There was no such thing.  And when we were | 13:35:11 |
| 13 | using the network of the company, we really didn't | 13:35:23 |
| 14 | think about it.  Just like when we are using | 13:35:28 |
| 15 | Google, we really don't think about the location | 13:35:31 |
| 16 | of the servers. | 13:35:35 |
| 17 | (Exhibit 36 marked for identification - Document | 13:36:26 |
| 18 | entitled "DRAM Probe Bins Training for MMJ") | 13:36:26 |
| 19 | BY MR. MICHAEL: | 13:36:28 |
| 20 | Q.  Mr. Ho, I've handed you what I've marked | 13:36:28 |
| 21 | as Exhibit 36. | 13:36:31 |
| 22 | I'll represent to you that this is | 13:36:32 |
| 23 | a partial document.  It actually comes from | 13:36:34 |
| 24 | a document that's approximately 330 pages.  What | 13:36:39 |
| 25 | is included in Exhibit 36 are the first 10 and it | 13:36:44 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              76

| | | |
|---|---|---|
| 1 | looks like the last 10 pages of this document. | 13:36:52 |
| 2 | And this was a document that was produced in | 13:36:56 |
| 3 | native format by UMC just yesterday or Tuesday. | 13:36:59 |
| 4 | And for the record, the document has the | 13:37:50 |
| 5 | title "DRAM Probe Bins Training for MMJ.  Last | 13:37:52 |
| 6 | update: 12/6/13". | 13:37:58 |
| 7 | Have you seen this document before, | 13:38:11 |
| 8 | Mr. Ho? | 13:38:13 |
| 9 | A.  I am not sure.  There was something in | 13:38:24 |
| 10 | similar content, but not in a format that I am | 13:38:28 |
| 11 | familiar with. | 13:38:33 |
| 12 | Q.  Do you know who Jim Jozwiak is?  His | 13:38:34 |
| 13 | name's right here on the front page of this | 13:38:46 |
| 14 | document, Exhibit 36. | 13:38:48 |
| 15 | A.  Yes, I saw his name before. | 13:38:49 |
| 16 | Q.  Who is he? | 13:38:52 |
| 17 | A.  I only saw his name, but I do not know | 13:39:03 |
| 18 | who he is. | 13:39:06 |
| 19 | Q.  He works at Micron? | 13:39:07 |
| 20 | A.  I suppose so. | 13:39:09 |
| 21 | Q.  Is he located in the United States? | 13:39:11 |
| 22 | MR. JOHNSON:  Objection.  Asking for | 13:39:20 |
| 23 | speculation. | 13:39:22 |
| 24 | A.  I do not know. | 13:39:24 |
| 25 | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          77

| | | |
|---|---|---|
| 1 | BY MR. MICHAEL: | 13:39:25 |
| 2 | Q.  At the top right of the document, the | 13:39:25 |
| 3 | document says, "Fab 4, training and | 13:39:27 |
| 4 | documentation".  Do you see that? | 13:39:30 |
| 5 | A.  Yes. | 13:39:40 |
| 6 | Q.  Does Micron have a fabrication facility | 13:39:41 |
| 7 | they refer to as "Fab 4"? | 13:39:43 |
| 8 | A.  Yes, it's Fab 4 R&D. | 13:39:51 |
| 9 | Q.  Where is Micron's Fab 4 located? | 13:39:54 |
| 10 | A.  Boise. | 13:40:03 |
| 11 | Q.  Was this document downloaded from | 13:40:05 |
| 12 | Micron's locations in the United States? | 13:40:07 |
| 13 | MR. JOHNSON:  Objection.  Calls for | 13:40:17 |
| 14 | speculation and conjecture.  The witness has | 13:40:18 |
| 15 | testified he hasn't seen this document. | 13:40:20 |
| 16 | A.  I do not know. | 13:40:34 |
| 17 | BY MR. MICHAEL: | 13:40:35 |
| 18 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 13:40:41 |
| 19 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 13:40:44 |
| 20 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 13:40:50 |
| 21 | ▓▓▓▓▓▓▓ | 13:40:55 |
| 22 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 13:41:21 |
| 23 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 13:41:23 |
| 24 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 13:41:38 |
| 25 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 13:41:41 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          78

| 1 | ███████████████████████████ | 13:41:43 |
| 2 | ██████████████████████ | 13:41:55 |
| 3 | ██████████████████████████ | 13:41:59 |
| 4 | ██████████████ | 13:42:02 |
| 5 | Q.   Do you know what metadata is? | 13:42:04 |
| 6 | THE CHECK INTERPRETER:   Correction. | 13:42:07 |
| 7 | "But there would be no way for us to know | 13:42:07 |
| 8 | exactly where the documents came from." | 13:42:10 |
| 9 | (Pending question interpreted) | 13:42:14 |
| 10 | A.   I have never heard of it. | 13:42:22 |
| 11 | BY MR. MICHAEL: | 13:42:23 |
| 12 | Q.   Who is Tom Melody at Micron, if you know? | 13:42:24 |
| 13 | A.   I met him. | 13:42:34 |
| 14 | Q.   Where did you meet him? | 13:42:36 |
| 15 | A.   In our site in Taichung. | 13:42:43 |
| 16 | Q.   Do you know what location Tom Melody | 13:42:47 |
| 17 | works at? | 13:42:50 |
| 18 | A.   He worked in Taichung. | 13:42:52 |
| 19 | Q.   Have you ever been to the United States? | 13:42:58 |
| 20 | A.   No. | 13:43:00 |
| 21 | Q.   In your entire life, you've never been to | 13:43:02 |
| 22 | the United States? | 13:43:04 |
| 23 | A.   No, I didn't have the chance. | 13:43:07 |
| 24 | Q.   When UMC conducted its search for Micron | 13:43:18 |
| 25 | documents in UMC's possession, did UMC search for | 13:43:21 |

| | | |
|---|---|---|
| 1 | Rexchip or Elpida documents in UMC's possession? | 13:43:26 |
| 2 | A.  Yes.  Similar key words were used for | 13:43:51 |
| 3 | search, for Elpida and Rexchip to search. | 13:44:00 |
| 4 | Q.  Earlier today, in your testimony, you | 13:44:10 |
| 5 | mentioned that you had taken certain pictures | 13:44:13 |
| 6 | while you were at Micron and sent those to your | 13:44:16 |
| 7 | Gmail account.  Do you recall that testimony? | 13:44:22 |
| 8 | A.  Yes. | 13:44:43 |
| 9 | Q.  Did you take those pictures with your | 13:44:44 |
| 10 | phone? | 13:44:46 |
| 11 | A.  Yes. | 13:44:54 |
| 12 | Q.  And do you still have the phone today | 13:44:56 |
| 13 | that you took those pictures with while you were | 13:44:58 |
| 14 | at Micron? | 13:45:01 |
| 15 | A.  I've already changed the cell phone.  But | 13:45:08 |
| 16 | the data is still stored in the Google account. | 13:45:19 |
| 17 | Q.  The data from your phone is still stored | 13:45:21 |
| 18 | on the Google account; is that what you're | 13:45:23 |
| 19 | indicating? | 13:45:26 |
| 20 | A.  Yes. | 13:45:35 |
| 21 | Q.  Did the Taiwan prosecutors confiscate any | 13:45:37 |
| 22 | of your cell phones? | 13:45:47 |
| 23 | A.  Yes. | 13:45:49 |
| 24 | Q.  How many? | 13:45:53 |
| 25 | A.  One. | 13:46:00 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    80

| | | |
|---|---|---|
| 1 | Q.  And in February 2017, how many cell | 13:46:01 |
| 2 | phones did you own? | 13:46:04 |
| 3 | A.  One. | 13:46:10 |
| 4 | Q.  Is the cell phone that was confiscated by | 13:46:16 |
| 5 | the prosecutors in February 2017 the same cell | 13:46:19 |
| 6 | phone that you used to take pictures of Micron | 13:46:22 |
| 7 | material while you were at Micron? | 13:46:27 |
| 8 | A.  No. | 13:46:44 |
| 9 | Q.  Why did they confiscate your cell phone? | 13:46:45 |
| 10 | MR. JOHNSON:  Objection.  Calls for | 13:46:49 |
| 11 | speculation and conjecture. | 13:46:50 |
| 12 | A.  It is how Taiwan is.  When there's | 13:47:02 |
| 13 | a speculation, they just take away your cell | 13:47:06 |
| 14 | phone. | 13:47:09 |
| 15 | THE CHECK INTERPRETER:  "If there is any | 13:47:10 |
| 16 | suspicion -- suspicion." | 13:47:11 |
| 17 | BY MR. MICHAEL: | 13:47:14 |
| 18 | Q.  Did any Micron documentation or photos of | 13:47:14 |
| 19 | Micron information exist on the cell phone that | 13:47:16 |
| 20 | the prosecutors confiscated in February 2017? | 13:47:19 |
| 21 | A.  There was no documents of Micron, but | 13:47:46 |
| 22 | I suppose there were photos where I took when | 13:47:47 |
| 23 | I had meetings at Micron, photos of the | 13:47:53 |
| 24 | whiteboards in the Micron meetings. | 13:47:55 |
| 25 | Q.  Did you ever do Webexes while you were an | 13:48:03 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    81

| | | |
|---|---|---|
| 1 | employee at Micron? | 13:48:05 |
| 2 | A.  I have never heard of it. | 13:48:20 |
| 3 | Q.  Did you ever do any videoconferencing | 13:48:21 |
| 4 | when you were an employee at Micron? | 13:48:23 |
| 5 | A.  Yes. | 13:48:29 |
| 6 | Q.  Did you ever do videoconferencing at | 13:48:30 |
| 7 | Micron with Micron employees that were based in | 13:48:32 |
| 8 | the United States? | 13:48:36 |
| 9 | A.  Yes. | 13:48:46 |
| 10 | Q.  How many times? | 13:48:46 |
| 11 | A.  Many times.  There were weekly meetings | 13:48:59 |
| 12 | back then.  So two to three times every week. | 13:49:02 |
| 13 | Q.  And who would you primarily have meetings | 13:49:09 |
| 14 | with in Micron two to three times a week? | 13:49:12 |
| 15 | A.  I do not recall exactly with whom I had | 13:50:11 |
| 16 | meetings.  It was a joint meeting between Japan | 13:50:14 |
| 17 | and Taiwan, as well as the product engineer in the | 13:50:19 |
| 18 | US. | 13:50:22 |
| 19 | THE CHECK INTERPRETER:  "I do not -- | 13:50:27 |
| 20 | I did not try to memorize who they were.  The | 13:50:29 |
| 21 | meeting was between Japan and also Taiwan, and | 13:50:33 |
| 22 | sometimes it also did involve Taoyuan and also | 13:50:38 |
| 23 | Singapore and Boise and Virginia -- no, no, not | 13:50:45 |
| 24 | many, not that many.  I think it was only -- it | 13:50:47 |
| 25 | only involved Taiwan and Japan, because Taiwan and | 13:50:51 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              82

| 1 | Japan are developing the same product, and | 13:50:56 |
|---|---|---|
| 2 | sometimes we will have meetings with engineers in | 13:50:59 |
| 3 | the US.  And as for who the individual, that | 13:51:01 |
| 4 | person was from the US, I have forgotten." | 13:51:06 |
| 5 | BY MR. MICHAEL: | 13:51:13 |
| 6 |     Q.   While you were at Micron, did you have | 13:51:14 |
| 7 | telephonic and videoconference meetings with | 13:51:16 |
| 8 | Micron employees in the US on a weekly or biweekly | 13:51:20 |
| 9 | basis? | 13:51:26 |
| 10 |     A.   Yes.  It was kind of like a meeting open | 13:51:48 |
| 11 | to everyone.  You know the time of the meeting, | 13:51:51 |
| 12 | and if you're interested, and then you join. | 13:51:55 |
| 13 |     Q.   How did you call in to that meeting? | 13:52:10 |
| 14 |     A.   We use something like that -- Polycom. | 13:52:22 |
| 15 |     Q.   There's a conference call number for you | 13:52:26 |
| 16 | to call into? | 13:52:28 |
| 17 |     A.   Yes. | 13:52:31 |
| 18 |     Q.   And this is a collaborative meeting with | 13:52:32 |
| 19 | engineers from various locations at Micron's | 13:52:35 |
| 20 | facilities? | 13:52:39 |
| 21 |     A.   Yes, but depending on the topic, | 13:53:01 |
| 22 | sometimes the meeting is just between Taiwan and | 13:53:04 |
| 23 | Japan; sometimes it's with the United States. | 13:53:07 |
| 24 |     Q.   And approximately how many times while | 13:53:11 |
| 25 | you worked at Micron did you participate in | 13:53:13 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho

Conducted on July 12, 2018                    83

| | | |
|---|---|---|
| 1 | meetings with Micron engineers that were based in | 13:53:16 |
| 2 | the United States? | 13:53:23 |
| 3 | A.  Many times. | 13:53:36 |
| 4 | Q.  Approximately more than 100? | 13:53:37 |
| 5 | A.  There's 50 weeks a year.  I've been with | 13:54:00 |
| 6 | Micron for slightly more than two years.  So | 13:54:03 |
| 7 | I would say more than 60 meetings. | 13:54:06 |
| 8 | Q.  And during these meetings, were there | 13:54:13 |
| 9 | presentations that were made? | 13:54:15 |
| 10 | A.  Yes.  In a meeting, usually the | 13:54:26 |
| 11 | participants would just make their presentation | 13:54:29 |
| 12 | regarding their topic, in turns. | 13:54:32 |
| 13 | Q.  And following the meeting, were you given | 13:54:34 |
| 14 | the opportunity to download some of the | 13:54:36 |
| 15 | presentation materials? | 13:54:38 |
| 16 | A.  Yes, there was such possibility. | 13:54:51 |
| 17 | Q.  And did you in fact download technical | 13:54:53 |
| 18 | information following meetings that you had with | 13:54:56 |
| 19 | Micron United States-based engineers? | 13:55:02 |
| 20 | A.  Yes, but I do not recall what information | 13:55:16 |
| 21 | I downloaded. | 13:55:19 |
| 22 | Q.  But you recognized when you were | 13:55:24 |
| 23 | downloading Micron information you very well may | 13:55:26 |
| 24 | have been downloading information from the United | 13:55:29 |
| 25 | States; is that fair? | 13:55:30 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                            84

| | | |
|---|---|---|
| 1 | MR. JOHNSON:  Objection.  Calls for | 13:55:33 |
| 2 | speculation and conjecture. | 13:55:34 |
| 3 | A.  First of all, I do not recall what | 13:56:10 |
| 4 | information I downloaded.  It could very well just | 13:56:12 |
| 5 | have been information about Taiwan or Japan. | 13:56:14 |
| 6 | Second of all, if it was a US-related information, | 13:56:17 |
| 7 | I really did not think of the source of the | 13:56:21 |
| 8 | information. | 13:56:24 |
| 9 | (Exhibit 37 marked for identification - Micron's | 13:56:28 |
| 10 | complaint against UMC and Fujian Jinhua) | 13:56:28 |
| 11 | BY MR. MICHAEL: | 13:56:39 |
| 12 | Q.  Mr. Ho, I've handed you what I've marked | 13:56:40 |
| 13 | as Exhibit 37. | 13:56:43 |
| 14 | This is, for the record, Micron | 13:56:49 |
| 15 | Technology's complaint against United | 13:56:53 |
| 16 | Microelectronics Corporation, Fujian Jinhua | 13:56:55 |
| 17 | Integrated Circuit Co.  And, Mr. Ho, attached to | 13:56:58 |
| 18 | this complaint, if you turn about a third of the | 13:57:15 |
| 19 | way back, there is a document -- it should be | 13:57:19 |
| 20 | separated by staples, the second document. | 13:57:26 |
| 21 | So the record's clear, Exhibit 37 | 13:57:47 |
| 22 | consists of Micron's complaint, as well as | 13:57:49 |
| 23 | Exhibit 1 and Exhibit 2 to the complaint, those | 13:57:50 |
| 24 | being the indictment decision of the Taiwan | 13:57:55 |
| 25 | Taichung District Prosecutors Office, both in | 13:57:59 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          85

| | | |
|---|---|---|
| 1 | Chinese as well as a certified translation. | 13:58:07 |
| 2 | Mr. Ho, I'm going to have some questions | 13:58:31 |
| 3 | for you about the indictment decision that is part | 13:58:34 |
| 4 | of the complaint that Micron filed.  There's both | 13:58:38 |
| 5 | an English version as well as a Chinese version. | 13:58:41 |
| 6 | Are you comfortable going over the English | 13:58:44 |
| 7 | version, or would you prefer to review the Chinese | 13:58:47 |
| 8 | version? | 13:58:52 |
| 9 | A.  We can start with the English version. | 13:59:20 |
| 10 | If there's anything I cannot understand, we can | 13:59:21 |
| 11 | always refer back to the Chinese version. | 13:59:24 |
| 12 | MR. JOHNSON:  Yes, but before we go | 13:59:27 |
| 13 | forward, Mr. Ho is separately represented in | 13:59:29 |
| 14 | a criminal matter, and we do not represent him, | 13:59:32 |
| 15 | and we will instruct him not to answer any | 13:59:34 |
| 16 | questions concerning a criminal indictment, | 13:59:38 |
| 17 | because that's currently pending against him, as | 13:59:40 |
| 18 | I have zero idea, because I'm not familiar with | 13:59:43 |
| 19 | the law in this country, or what, if any, rights | 13:59:48 |
| 20 | exist again self-incrimination or otherwise. | 13:59:49 |
| 21 | So I'm going to instruct him not to | 13:59:49 |
| 22 | answer any questions about this complaint other | 13:59:51 |
| 23 | than questions that might relate to issues | 13:59:53 |
| 24 | involving his name.  Anything that goes to any of | 13:59:58 |
| 25 | the facts contained in that indictment, he's not | 14:00:01 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                  86

| | | |
|---|---|---|
| 1 | going to answer without consultation with his | 14:00:04 |
| 2 | criminal lawyer. | 14:00:07 |
| 3 | THE CHECK INTERPRETER:  "(Chinese | 14:01:09 |
| 4 | spoken)". | 14:01:09 |
| 5 | BY MR. MICHAEL: | 14:01:16 |
| 6 | Q.  Mr. Ho, have you seen this indictment | 14:01:17 |
| 7 | decision before? | 14:01:19 |
| 8 | A.  Yes. | 14:01:23 |
| 9 | Q.  And the 1st defendant listed on this | 14:01:25 |
| 10 | indictment decision is yourself, JT Ho; is that | 14:01:29 |
| 11 | correct? | 14:01:31 |
| 12 | A.  Yes. | 14:01:39 |
| 13 | Q.  I ask you to turn to page 5 of this | 14:01:51 |
| 14 | indictment decision. | 14:01:56 |
| 15 | A.  The English version? | 14:02:07 |
| 16 | Q.  The English version.  And about | 14:02:08 |
| 17 | two-thirds of the way down the page, there's | 14:02:21 |
| 18 | a statement that says, "('Electronic Record C', | 14:02:35 |
| 19 | including a total of 931 files)".  Do you see | 14:02:40 |
| 20 | that? | 14:02:46 |
| 21 | MR. JOHNSON:  Only answer that question: | 14:02:47 |
| 22 | did you see it? | 14:02:49 |
| 23 | THE CHECK INTERPRETER:  "(Chinese | 14:03:08 |
| 24 | spoken)". | 14:03:08 |
| 25 | A.  Yes.  Yes, I saw that. | 14:03:08 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    87

| | | |
|---|---|---|
| 1 | BY MR. MICHAEL: | 14:03:15 |
| 2 | Q.  Does UMC have these 931 files? | 14:03:16 |
| 3 | MR. JOHNSON:  I object to the question. | 14:03:25 |
| 4 | If you know anything about these 931 | 14:03:26 |
| 5 | files other than the context that's -- strike | 14:03:31 |
| 6 | that. | 14:03:35 |
| 7 | If the 930-some-odd files are as | 14:03:35 |
| 8 | a result of your knowledge of this, you cannot | 14:03:39 |
| 9 | answer.  If you have independent knowledge about | 14:03:41 |
| 10 | the existence and the number of the files based | 14:03:43 |
| 11 | upon your investigation on behalf of the company, | 14:03:45 |
| 12 | you can answer. | 14:03:47 |
| 13 | A.  I don't know these 931 files refer to | 14:04:23 |
| 14 | which 931 files. | 14:04:26 |
| 15 | BY MR. MICHAEL: | 14:04:30 |
| 16 | Q.  Did UMC do anything in advance of today's | 14:04:31 |
| 17 | deposition to search for, identify and collect the | 14:04:34 |
| 18 | 931 files that are identified as "electronic | 14:04:40 |
| 19 | record C"? | 14:04:45 |
| 20 | A.  It looks to me to be the information of | 14:05:07 |
| 21 | Kenny Wang's.  So in the internal investigation on | 14:05:09 |
| 22 | Kenny Wang, there were 30-something files | 14:05:21 |
| 23 | identified, either from his email, emailing from | 14:05:25 |
| 24 | outside.  And if those 30-something files of Kenny | 14:05:31 |
| 25 | Wang belong to the 931 files, I do not know. | 14:05:44 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    88

| | | |
|---|---|---|
| 1 | MR. MICHAEL:  I'm not going to agree that | 14:05:56 |
| 2 | your instruction is proper, but I understand it, | 14:05:58 |
| 3 | and I don't think today's the day to go over the | 14:06:00 |
| 4 | merits of this.  We'll save it for another day. | 14:06:02 |
| 5 | But I am going to go through the tables towards | 14:06:06 |
| 6 | the end which identify various pieces of evidence. | 14:06:08 |
| 7 | MR. JOHNSON:  Well -- | 14:06:11 |
| 8 | MR. MICHAEL:  And it'll be focused on | 14:06:13 |
| 9 | UMC's efforts to collect and identify documents | 14:06:14 |
| 10 | that are listed in the tables at the end.  So | 14:06:18 |
| 11 | let's go through that. | 14:06:26 |
| 12 | MR. JOHNSON:  You have my objection. | 14:06:28 |
| 13 | MR. MICHAEL:  I have your instruction. | 14:06:31 |
| 14 | I'll assume the witness is going to follow your | 14:06:33 |
| 15 | instruction, but I'm going to state that we don't | 14:06:36 |
| 16 | agree that it's an appropriate instruction, but | 14:06:39 |
| 17 | we'll save that for the next deposition. | 14:06:42 |
| 18 | BY MR. MICHAEL: | 14:06:43 |
| 19 | Q.  Mr. Ho, can I ask you to look at pages 17 | 14:06:43 |
| 20 | through 26 of the indictment, which list numerous | 14:06:47 |
| 21 | documents and records identified in the Taiwan | 14:06:55 |
| 22 | indictment. | 14:07:00 |
| 23 | A.  Okay, from 16 to 26? | 14:07:18 |
| 24 | THE MAIN INTERPRETER:  Excuse me, | 14:07:25 |
| 25 | interpreter correction. | 14:07:26 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              89

| | | |
|---|---|---|
| 1 | A. From 17 to 26? | 14:07:27 |
| 2 | BY MR. MICHAEL: | 14:07:30 |
| 3 | Q. Thank you, 17 to 26. | 14:07:30 |
| 4 | So in connection with your preparation | 14:07:34 |
| 5 | to testify as UMC's corporate representative on | 14:07:37 |
| 6 | Micron documents in UMC's possession, including | 14:07:42 |
| 7 | documents identified in the Taiwan indictment, did | 14:07:45 |
| 8 | UMC use the indictment, and specifically the | 14:07:50 |
| 9 | tables on pages 17 to 26 of the indictment, to | 14:07:57 |
| 10 | guide its search for Micron documents? | 14:08:03 |
| 11 | MR. JOHNSON: You can answer "Yes" if you | 14:08:49 |
| 12 | know, "No" if you don't know, or answer "I don't | 14:08:52 |
| 13 | know". I don't want -- but: did they use the | 14:08:55 |
| 14 | items on 17 through 26 to guide their | 14:08:56 |
| 15 | investigation? | 14:09:00 |
| 16 | A. I do not know. | 14:09:19 |
| 17 | BY MR. MICHAEL: | 14:09:24 |
| 18 | Q. Mr. Ho, if you could turn to page 18 and | 14:09:25 |
| 19 | take a look at table 3. Table 3, on the right | 14:09:28 |
| 20 | column, "Remarks", at the bottom, lists three | 14:09:44 |
| 21 | files that are identified to be Micron's trade | 14:09:50 |
| 22 | secrets. And it starts with "1. 4G3D", and it has | 14:09:56 |
| 23 | "2. Fab11", "3. WAT param". Do you see those | 14:10:05 |
| 24 | three items? | 14:10:16 |
| 25 | MR. JOHNSON: You can answer "Yes" if you | 14:10:44 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    90

| 1 | see it. | 14:10:47 |
| 2 |    A.  Yes, I saw these. | 14:10:48 |
| 3 | BY MR. MICHAEL: | 14:10:50 |
| 4 |    Q.  Did UMC search its system for those three | 14:10:50 |
| 5 | files? | 14:10:54 |
| 6 |    A.  I do not know. | 14:10:55 |
| 7 |    Q.  Table 4 on page 19.  In the, again, far | 14:11:05 |
| 8 | right column, under "Remarks", the first remark | 14:11:14 |
| 9 | references hard copies of a document titled | 14:11:17 |
| 10 | "Peripheral Design Rules for DR25 nanometer".  Do | 14:11:20 |
| 11 | you see that? | 14:11:26 |
| 12 |    A.  Yes. | 14:11:44 |
| 13 |    Q.  Did UMC search for this document in its | 14:11:45 |
| 14 | systems? | 14:11:47 |
| 15 |      MR. JOHNSON:  Same instruction. | 14:11:53 |
| 16 |    A.  I do not know. | 14:11:54 |
| 17 | BY MR. MICHAEL: | 14:11:56 |
| 18 |    Q.  Table 5.  You see table 5 continues from | 14:11:57 |
| 19 | page 20 over to page 21, Mr. Ho.  On the second | 14:12:28 |
| 20 | part of table 5, which is on page 21 -- | 14:12:35 |
| 21 |      MR. JOHNSON:  I think for the record -- | 14:12:49 |
| 22 |      MR. MICHAEL:  -- there is a reference | 14:12:52 |
| 23 | under "Remarks" where it says: | 14:12:53 |
| 24 |      "... witness Yi Ling Chen confirmed that | 14:12:55 |
| 25 | the path below contains MTI's trade secrets." | 14:12:59 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          91

| | | |
|---|---|---|
| 1 | And then a file path is identified, | 14:13:03 |
| 2 | starting with "\106030". | 14:13:05 |
| 3 | Do you see that? | 14:13:18 |
| 4 | A.  Yes. | 14:13:30 |
| 5 | Q.  Did UMC search for this path name to | 14:13:30 |
| 6 | determine if the UMC network had copies of any of | 14:13:34 |
| 7 | the downloaded materials referenced in table 5? | 14:13:39 |
| 8 | A.  I do not know. | 14:14:03 |
| 9 | MR. JOHNSON:  For the record, we have two | 14:14:05 |
| 10 | sets of numbers on this document.  We are using | 14:14:06 |
| 11 | the smaller number that appeared to have been part | 14:14:08 |
| 12 | of the original document.  The lower -- the number | 14:14:11 |
| 13 | in the lower corner has an exhibit to it with a | 14:14:13 |
| 14 | page number, in this case page 50, so there will | 14:14:17 |
| 15 | be no ambiguity. | 14:14:24 |
| 16 | BY MR. MICHAEL: | 14:14:55 |
| 17 | Q.  Mr. Ho, if you could turn to table 8 | 14:14:55 |
| 18 | which is on page 23. | 14:14:58 |
| 19 | Just one second, Mr. Ho.  Under the | 14:15:52 |
| 20 | column "Name of seized item", the first entry | 14:16:00 |
| 21 | there says "Notebook of JT Ho".  Do you see that? | 14:16:04 |
| 22 | A.  Yes. | 14:16:18 |
| 23 | Q.  And under "Quantity", it says "4 copies". | 14:16:19 |
| 24 | A.  Yes. | 14:16:30 |
| 25 | Q.  Do you know if what was confiscated were | 14:16:31 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          92

| | | |
|---|---|---|
| 1 | four copies of a single notebook, or whether there | 14:16:37 |
| 2 | were four different notebooks that were | 14:16:40 |
| 3 | confiscated? | 14:16:42 |
| 4 | THE CHECK INTERPRETER:  Counsel, by | 14:16:58 |
| 5 | "notebook" do you refer to paper notebook or | 14:16:59 |
| 6 | notebook computers? | 14:17:03 |
| 7 | MR. MICHAEL:  I believe this is referring | 14:17:05 |
| 8 | to a paper notebook. | 14:17:07 |
| 9 | THE MAIN INTERPRETER:  I am sorry, I | 14:17:09 |
| 10 | thought it was -- | 14:17:09 |
| 11 | MR. MICHAEL:  But that's a good question. | 14:17:09 |
| 12 | THE CHECK INTERPRETER:  I believe it was | 14:17:10 |
| 13 | translated as notebook computer. | 14:17:11 |
| 14 | A.  I think it refers to four paper notebooks | 14:17:15 |
| 15 | of mine. | 14:17:19 |
| 16 | BY MR. MICHAEL: | 14:17:19 |
| 17 | Q.  So let's get that clarification. | 14:17:20 |
| 18 | Mr. Ho, it says "Notebook of JT Ho".  Is | 14:17:22 |
| 19 | that notebook referring to a notebook computer, or | 14:17:26 |
| 20 | is it referring to a paper notebook? | 14:17:32 |
| 21 | A.  I think it's a paper notebook in smaller | 14:17:43 |
| 22 | sizes. | 14:17:48 |
| 23 | Q.  Does UMC -- do you keep a lab notebook as | 14:17:49 |
| 24 | part of your job responsibilities at UMC? | 14:17:52 |
| 25 | THE CHECK INTERPRETER:  "(Chinese | 14:18:00 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          93

| | | |
|---|---|---|
| 1 | spoken)". | 14:18:00 |
| 2 | A.  No. | 14:18:02 |
| 3 | BY MR. MICHAEL: | 14:18:05 |
| 4 | Q.  And you believe that the reference to "4 | 14:18:05 |
| 5 | copies" is copies of four different notebooks; | 14:18:08 |
| 6 | correct? | 14:18:13 |
| 7 | MR. JOHNSON:  Objection.  I don't want | 14:18:14 |
| 8 | you to speculate as to what this document means. | 14:18:15 |
| 9 | You can testify about your recollection of what | 14:18:18 |
| 10 | was taken that day. | 14:18:21 |
| 11 | A.  So in the Chinese version, it says "JT | 14:18:51 |
| 12 | Ho's notebook, 4 notebooks". | 14:18:54 |
| 13 | BY MR. MICHAEL: | 14:18:58 |
| 14 | Q.  Okay.  So it's four separate notebooks; | 14:18:58 |
| 15 | correct? | 14:19:01 |
| 16 | A.  Yes. | 14:19:03 |
| 17 | Q.  Does UMC have copies of those notebooks | 14:19:04 |
| 18 | today? | 14:19:08 |
| 19 | A.  No. | 14:19:16 |
| 20 | Q.  If you go down to 2B-4, it says "Mobile | 14:19:20 |
| 21 | phone of JT Ho".  Do you see that? | 14:19:29 |
| 22 | A.  Yes. | 14:19:39 |
| 23 | Q.  There are two numbers listed.  Why are | 14:19:40 |
| 24 | there two phone numbers listed there? | 14:19:42 |
| 25 | MR. JOHNSON:  Objection. | 14:19:45 |

| | | |
|---|---|---|
| 1 | You can answer that. | 14:19:54 |
| 2 | A.  My cell phone, one cell phone can contain | 14:20:02 |
| 3 | two SIM cards, so it's a dual mode. | 14:20:06 |
| 4 | BY MR. MICHAEL: | 14:20:10 |
| 5 | Q.  And were these cell phone records backed | 14:20:13 |
| 6 | up to your Gmail account? | 14:20:19 |
| 7 | MR. JOHNSON:  You understand the | 14:20:35 |
| 8 | question? | 14:20:36 |
| 9 | A.  I actually do not understand the | 14:20:36 |
| 10 | question.  Why would I want to back up my cell | 14:20:38 |
| 11 | phone records to the Gmail account? | 14:20:41 |
| 12 | BY MR. MICHAEL: | 14:20:44 |
| 13 | Q.  Did your -- did your cell phone -- was it | 14:20:44 |
| 14 | backed up to the cloud or anything of that nature? | 14:20:47 |
| 15 | A.  I did it, but I do not recall when. | 14:21:06 |
| 16 | Q.  Did UMC search -- | 14:21:10 |
| 17 | THE CHECK INTERPRETER:  Correction. | 14:21:12 |
| 18 | "I did it before, but I don't remember | 14:21:12 |
| 19 | when. | 14:21:15 |
| 20 | BY MR. MICHAEL: | 14:21:16 |
| 21 | Q.  Did UMC search your phone records that | 14:21:16 |
| 22 | had been backed up to determine whether there were | 14:21:20 |
| 23 | Micron documents? | 14:21:24 |
| 24 | A.  No. | 14:21:38 |
| 25 | Q.  Other than the first hard drive that UMC | 14:21:41 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          95

| | | |
|---|---|---|
| 1 | issued to you where Micron documents were found in | 14:22:25 |
| 2 | your trash bin, are you aware of any other laptops | 14:22:30 |
| 3 | or hard drives for laptops that contain Micron | 14:22:36 |
| 4 | documents? | 14:22:45 |
| 5 | A. No, I do not know. | 14:23:07 |
| 6 | MR. JOHNSON: We've been going about | 14:23:42 |
| 7 | an hour and a half. | 14:23:44 |
| 8 | MR. MICHAEL: Why don't we stop for -- | 14:24:06 |
| 9 | MR. JOHNSON: Take a break? | 14:24:08 |
| 10 | MR. MICHAEL: Yeah, we'll take a break. | 14:24:09 |
| 11 | THE VIDEOGRAPHER: We are going off the | 14:24:10 |
| 12 | record. The time is 2:24. | 14:24:11 |
| 13 | (Break taken) | 14:24:18 |
| 14 | THE VIDEOGRAPHER: We are back on the | 14:41:46 |
| 15 | record. The time is 2:41 p.m. | 14:41:47 |
| 16 | BY MR. MICHAEL: | 14:41:59 |
| 17 | Q. Mr. Ho, I'm going to get back to the | 14:42:00 |
| 18 | first hard drive that you were issued at UMC, | 14:42:02 |
| 19 | where Micron documents were found in the trash | 14:42:05 |
| 20 | bin. | 14:42:08 |
| 21 | Who placed those documents in the trash | 14:42:20 |
| 22 | bin? | 14:42:22 |
| 23 | A. Actually, I do not remember. Before the | 14:42:31 |
| 24 | forensics company recovered the documents, | 14:42:39 |
| 25 | I actually had already no memory of it. | 14:42:41 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    96

| | | |
|---|---|---|
| 1 | I actually thought that I had never copied any | 14:42:50 |
| 2 | information to the company computer.  It was until | 14:42:53 |
| 3 | the result of the investigation done by the | 14:43:03 |
| 4 | forensics company, identifying that there were | 14:43:08 |
| 5 | documents there, that I knew that, oh, there were | 14:43:11 |
| 6 | documents. | 14:43:13 |
| 7 | Q.  When you say you had never copied any | 14:43:27 |
| 8 | information to the company computer, you mean | 14:43:31 |
| 9 | you've never copied any Micron information to the | 14:43:33 |
| 10 | company computer? | 14:43:35 |
| 11 | A.  Yes. | 14:43:45 |
| 12 | Q.  Where did you store all of the Micron | 14:43:51 |
| 13 | documents that were in your possession while at | 14:43:53 |
| 14 | Micron -- while at UMC? | 14:43:57 |
| 15 | A.  The USB flash drive that I mentioned | 14:44:11 |
| 16 | earlier, and the hard disk drive of Transcend. | 14:44:18 |
| 17 | Q.  If you didn't put the Micron documents | 14:44:27 |
| 18 | from your hard drive number 1 in the trash bin, | 14:44:32 |
| 19 | who did? | 14:44:38 |
| 20 | MR. JOHNSON:  Objection.  Calls for | 14:44:40 |
| 21 | speculation and conjecture. | 14:44:41 |
| 22 | A.  Yes, of course it could have been me, | 14:45:06 |
| 23 | because the computer was mine. | 14:45:08 |
| 24 | BY MR. MICHAEL: | 14:45:10 |
| 25 | Q.  Did you check to see if the computer had | 14:45:11 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    97

| | | |
|---|---|---|
| 1 | been issued to any other UMC employees? | 14:45:13 |
| 2 | A.  No.  The computer was brand new.  It was | 14:45:28 |
| 3 | bought after I was on board. | 14:45:32 |
| 4 | Q.  And approximately -- what was the | 14:45:58 |
| 5 | approximate volume, number of Micron documents | 14:46:01 |
| 6 | that you possessed on the flash drive? | 14:46:04 |
| 7 | A.  So I used the USB and then the company | 14:46:32 |
| 8 | would detect the number of the USB used.  So | 14:46:35 |
| 9 | according to the statement of the IT department, | 14:46:42 |
| 10 | there were 20,000 pieces of information. | 14:46:45 |
| 11 | Q.  When you say there were 20,000 pieces of | 14:47:10 |
| 12 | information, do you mean that there were 20,000 | 14:47:13 |
| 13 | files containing Micron information on your flash | 14:47:17 |
| 14 | drive? | 14:47:22 |
| 15 | A.  Yes.  According to the IT department, | 14:47:41 |
| 16 | there were more than 20,000 files with Micron | 14:47:43 |
| 17 | information. | 14:47:46 |
| 18 | Q.  And what about on your hard disk drive? | 14:47:47 |
| 19 | What was the volume of Micron files on the hard | 14:47:50 |
| 20 | disk drive?  And so we're clear, Mr. Ho, I'm | 14:47:55 |
| 21 | talking about the external drive. | 14:48:04 |
| 22 | A.  I thought we went through this question, | 14:48:21 |
| 23 | and my answer earlier was more than 20,000 files. | 14:48:22 |
| 24 | So is this asking the same question? | 14:48:25 |
| 25 | Q.  You identified two external drives, | 14:48:31 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          98

| | | |
|---|---|---|
| 1 | a flash drive as well as a hard disk drive; | 14:48:33 |
| 2 | correct? | 14:48:37 |
| 3 | A.  Yes. | 14:48:43 |
| 4 | Q.  So my first question related to the flash | 14:48:45 |
| 5 | drive.  This latest question related to the | 14:48:48 |
| 6 | external hard disk drive.  Were there 20,000 files | 14:48:51 |
| 7 | on both of them combined, or can you break them | 14:48:56 |
| 8 | out for me? | 14:49:00 |
| 9 | A.  The information on the flash drive and | 14:49:30 |
| 10 | the hard disk drive is the same.  So one is just | 14:49:31 |
| 11 | the back-up of the other. | 14:49:35 |
| 12 | (Exhibit 38 marked for identification - Document | 14:50:09 |
| 13 | entitled "Document Placeholder", partial printout | 14:50:09 |
| 14 | of Excel file) | 14:50:09 |
| 15 | BY MR. MICHAEL: | 14:50:10 |
| 16 | Q.  Mr. Ho, I've handed you what we've marked | 14:50:11 |
| 17 | as -- actually, Mr. Ho, let me get that back real | 14:50:13 |
| 18 | quick. | 14:50:18 |
| 19 | Mr. Ho, I've handed you what we've | 14:50:52 |
| 20 | marked as Exhibit 38.  This is a document | 14:50:54 |
| 21 | placeholder because this is a document that UMC | 14:50:56 |
| 22 | produced in native format.  It has on the first | 14:50:59 |
| 23 | page the Bates stamp number, for the record, | 14:51:02 |
| 24 | UMCCORPJD000717. | 14:51:04 |
| 25 | And, Mr. Ho, what is attached as | 14:51:36 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    99

| | | |
|---|---|---|
| 1 | Exhibit 38 is a partial printout of the natively | 14:51:43 |
| 2 | produced document, which is an Excel file, and | 14:51:46 |
| 3 | specifically it includes the first 289 rows of the | 14:51:49 |
| 4 | document, and then it picks up again at row 25,105 | 14:51:59 |
| 5 | and continues through 25,305.  Do you see that? | 14:52:05 |
| 6 | A.  Yes. | 14:52:50 |
| 7 | Q.  The reason we've only provided a partial | 14:52:51 |
| 8 | document is if we were to print it out, it would | 14:52:53 |
| 9 | be several thousand pages.  Can you tell me if | 14:52:56 |
| 10 | Exhibit 38 represents a document that identifies | 14:53:03 |
| 11 | the 20,000-plus files of Micron information that | 14:53:11 |
| 12 | were found on your external flash drive and hard | 14:53:18 |
| 13 | disk drive? | 14:53:24 |
| 14 | A.  Partially.  If you refer to the pages | 14:53:55 |
| 15 | a few pages back, if you look at them, you would | 14:54:06 |
| 16 | note that they are not Micron information.  Those | 14:54:09 |
| 17 | are Powerchip's information.  If you refer to the | 14:54:12 |
| 18 | first couple of pages, those were about Micron. | 14:54:30 |
| 19 | But if you look at row 20,000-something, by just | 14:54:33 |
| 20 | looking at them, you would note that they're not | 14:54:40 |
| 21 | Micron's; they're Powerchip's.  Because Rexchip | 14:54:42 |
| 22 | has never run this product. | 14:54:55 |
| 23 | Q.  If I were to examine the full 25,000 | 14:55:08 |
| 24 | rows, 25,305 rows of this document in its native | 14:55:15 |
| 25 | form, would I find the 20,000-plus Micron files | 14:55:19 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                         100

| | | |
|---|---|---|
| 1 | that existed on your external flash drive and hard | 14:55:24 |
| 2 | disk drive? | 14:55:30 |
| 3 |     MR. JOHNSON:  Objection.  That calls for | 14:55:53 |
| 4 | speculation and conjecture. | 14:55:55 |
| 5 |    A.  I think we should say this in reverse, | 14:56:08 |
| 6 | because the information contained on this document | 14:56:11 |
| 7 | is the directory on my flash drive.  Actually, no, | 14:56:15 |
| 8 | let me correct.  The information contained on this | 14:56:23 |
| 9 | document is the directory on my hard disk drive. | 14:56:27 |
| 10 | Because it says "Transcend" on the document. | 14:56:32 |
| 11 | BY MR. MICHAEL: | 14:56:52 |
| 12 |    Q.  When was this document prepared? | 14:56:52 |
| 13 |    A.  I do not know the exact date.  It should | 14:57:02 |
| 14 | be in recent months. | 14:57:06 |
| 15 |    Q.  Who prepared this document? | 14:57:13 |
| 16 |    A.  I suppose it was prepared by the IT | 14:57:18 |
| 17 | department and the legal counsel or the legal | 14:57:20 |
| 18 | department. | 14:57:25 |
| 19 |    Q.  Did you ask that this document be | 14:57:25 |
| 20 | prepared in connection with your preparation to | 14:57:27 |
| 21 | testify as UMC's corporate designee here today? | 14:57:30 |
| 22 |     THE CHECK INTERPRETER:  "(Chinese | 14:57:45 |
| 23 | spoken)". | 14:57:45 |
| 24 |    A.  The company was to provide the | 14:58:03 |
| 25 | information to Micron, so I did not make any | 14:58:04 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                101

| | | |
|---|---|---|
| 1 | request.  I did not know the existence of such | 14:58:08 |
| 2 | document until recently, until recent months. | 14:58:20 |
| 3 | BY MR. MICHAEL: | 14:58:27 |
| 4 | Q.  When did you first learn of the existence | 14:58:27 |
| 5 | of this document? | 14:58:30 |
| 6 | A.  I think it was last year. | 14:58:35 |
| 7 | Q.  Approximately what month? | 14:58:40 |
| 8 | A.  I am not sure. | 14:58:47 |
| 9 | Q.  And I apologize if I asked this: who | 14:58:54 |
| 10 | prepared this document? | 14:58:57 |
| 11 | A.  I suppose it was people from the IT | 14:59:05 |
| 12 | department and the legal department. | 14:59:07 |
| 13 | Q.  You didn't ask the IT department who | 14:59:14 |
| 14 | specifically prepared this document? | 14:59:16 |
| 15 | A.  No. | 14:59:24 |
| 16 | (Exhibit 39 marked for identification - Screenshot | 14:59:58 |
| 17 | of Mr. Michael's computer showing Exhibit 38) | 14:59:58 |
| 18 | BY MR. MICHAEL: | 15:00:01 |
| 19 | Q.  Mr. Ho, I've marked as Exhibit 39 what | 15:00:01 |
| 20 | I'll represent to you is a screenshot of my | 15:00:05 |
| 21 | computer when reviewing what -- the native file of | 15:00:12 |
| 22 | what's been marked as Exhibit 38.  And I apologize | 15:00:15 |
| 23 | for just taking a screenshot of my computer, but | 15:00:39 |
| 24 | this was only produced by UMC on Tuesday, and we | 15:00:41 |
| 25 | only received it yesterday, so that's why | 15:00:44 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              102

| | | |
|---|---|---|
| 1 | I prepared this. | 15:00:47 |
| 2 | If you look under the "Related dates" | 15:00:49 |
| 3 | heading on the right side, it says "Last modified: | 15:00:51 |
| 4 | March 16, 2017", "Created: March 16, 2017".  Do | 15:00:55 |
| 5 | you see that? | 15:01:00 |
| 6 | A.  Yes. | 15:01:43 |
| 7 | Q.  Do you know if this document was in fact | 15:01:44 |
| 8 | created in March of 2017? | 15:01:46 |
| 9 | A.  I do not know. | 15:01:58 |
| 10 | Q.  Underneath "Related dates", it says, | 15:02:06 |
| 11 | "Related people".  And there's an author name with | 15:02:08 |
| 12 | Chinese characters.  Do you see that? | 15:02:17 |
| 13 | A.  Yes. | 15:02:26 |
| 14 | Q.  I know this is very small print, but are | 15:02:26 |
| 15 | you able to read for me what the name is of the | 15:02:29 |
| 16 | author identified there? | 15:02:31 |
| 17 | A.  Chang Guo. | 15:02:41 |
| 18 | THE MAIN INTERPRETER:  Interpreter | 15:02:51 |
| 19 | spelling, C-h-a-n-g G-u-o. | 15:02:52 |
| 20 | BY MR. MICHAEL: | 15:02:57 |
| 21 | Q.  Is that the complete name? | 15:02:57 |
| 22 | A.  I do not know.  I don't know this person. | 15:03:05 |
| 23 | Q.  But is Chang Guo this person's complete | 15:03:08 |
| 24 | and full name? | 15:03:11 |
| 25 | A.  I suppose it could be, because sometimes | 15:03:18 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    103

| # | Text | Time |
|---|------|------|
| 1 | a Chinese name may have just one character for his | 15:03:23 |
| 2 | first name, or two characters for his or her first | 15:03:26 |
| 3 | name. | 15:03:29 |
| 4 |     Q.  Okay.  And is it the same name underneath | 15:03:30 |
| 5 | where it says, "Last modified"? | 15:03:34 |
| 6 |     A.  Yes. | 15:03:45 |
| 7 | ████████████████████████████ | 15:03:46 |
| 8 | █████████████████████████████ | 15:03:49 |
| 9 | █████████████████████████████ | 15:04:06 |
| 10 | ████████████████ | 15:04:10 |
| 11 | █████████████████████ | 15:04:27 |
| 12 | █████████████████ | 15:04:29 |
| 13 | ██████████████████████ | 15:04:38 |
| 14 | ███████ | 15:04:38 |
| 15 | ██████████████████████ | 15:04:45 |
| 16 | ██████████████████████ | 15:04:48 |
| 17 | ███████████ | 15:04:56 |
| 18 | ██████████████████████████ | 15:04:57 |
| 19 | ██████████████████████ | 15:05:05 |
| 20 | ████████████ | 15:05:07 |
| 21 | █████ | 15:05:27 |
| 22 | ██████████████████████ | 15:05:32 |
| 23 | ██████████████████████ | 15:05:36 |
| 24 | ████████ | 15:05:49 |
| 25 | ███████████████ | 15:05:56 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho
Conducted on July 12, 2018

104

| | | |
|---|---|---|
| 1 | ▉▉▉▉▉▉▉▉▉▉ | 15:06:03 |
| 2 | ▉▉▉▉▉▉▉▉▉ | 15:06:11 |
| 3 | ▉▉▉▉▉▉ | 15:06:12 |
| 4 | ▉▉▉▉▉▉▉▉▉▉▉▉▉ | 15:06:12 |
| 5 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 15:06:19 |
| 6 | ▉▉▉▉▉▉ | 15:06:26 |
| 7 | ▉▉▉▉▉▉▉▉▉▉▉▉▉ | 15:06:26 |
| 8 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 15:06:29 |
| 9 | ▉▉▉▉▉▉▉▉▉▉▉▉ | 15:06:34 |
| 10 | ▉▉▉▉ | 15:06:54 |

11  Q.  Mr. Ho, can I have you refer back to    15:06:56

12  Exhibit 1 -- I'm sorry, the first exhibit we   15:06:58

13  looked at today, which is Exhibit 34.  If you   15:07:02

14  could turn to page 5 in that document.  Topic 3   15:07:13

15  is:                                              15:07:32

16         "Effort by UMC and/or any present or    15:07:32

17  former UMC agent or employee to access, view,   15:07:38

18  download or otherwise obtain any documents from  15:07:42

19  Micron's servers ..."                            15:07:46

20         And it continues on.  Do you see that?   15:07:48

21  A.  Yes.                                         15:08:11

22  Q.  What did you uncover while you were         15:08:11

23  investigating topic number 3, if anything?      15:08:14

24  A.  The company has conducted the trainings     15:08:42

25  to train people to know that we are not supposed 15:08:45

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho

Conducted on July 12, 2018                                    105

| | |
|---|---|
| 1 | to bring outside information into the company. | 15:08:47 |
| 2 | THE CHECK INTERPRETER:  Correction. | 15:08:54 |
| 3 | "The company has conducted training for | 15:08:55 |
| 4 | a long time to train people to know that they are | 15:08:57 |
| 5 | not supposed to bring outside materials or | 15:09:00 |
| 6 | information into the company." | 15:09:02 |
| 7 | BY MR. MICHAEL: | 15:09:04 |
| 8 | Q.  Did you investigate whether -- strike | 15:09:05 |
| 9 | that. | 15:09:07 |
| 10 | Has anyone at UMC ever accessed Micron's | 15:09:08 |
| 11 | servers to obtain Micron documents? | 15:09:11 |
| 12 | A.  Are you referring to someone who is | 15:09:32 |
| 13 | an employee of UMC while he or she has access to | 15:09:36 |
| 14 | a Micron server? | 15:09:40 |
| 15 | Q.  I'm asking if you are aware if any UMC | 15:09:42 |
| 16 | employees have access to Micron servers to view or | 15:09:45 |
| 17 | obtain Micron documents. | 15:09:48 |
| 18 | A.  No. | 15:10:02 |
| 19 | Q.  What specific actions did you take to | 15:10:02 |
| 20 | determine that no UMC employees have ever accessed | 15:10:04 |
| 21 | Micron servers to view or obtain Micron documents? | 15:10:11 |
| 22 | A.  So one of the things was what I mentioned | 15:10:43 |
| 23 | earlier about the routine training.  The other | 15:10:45 |
| 24 | thing is that the executives in meetings would | 15:10:47 |
| 25 | repeatedly emphasize that we should not look at | 15:10:51 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho
Conducted on July 12, 2018                    106

| | | |
|---|---|---|
| 1 | information from Micron.  Because in the very | 15:10:56 |
| 2 | beginning, when we decided to start the DRAM | 15:11:08 |
| 3 | project, we have already decided to | 15:11:11 |
| 4 | reverse-engineer Samsung's structure -- | 15:11:13 |
| 5 | THE CHECK INTERPRETER:  "And layout." | 15:11:18 |
| 6 | A.  -- and layout.  Because the layout and | 15:11:23 |
| 7 | structure are different.  Because they are | 15:11:29 |
| 8 | different, so we cannot use directly.  And it is | 15:11:32 |
| 9 | also the company's policy to not use any USB | 15:11:45 |
| 10 | drive.  And we are not able to link to our | 15:11:49 |
| 11 | personal email outside of the company through the | 15:12:03 |
| 12 | intranet of the company.  We also have no access | 15:12:06 |
| 13 | to the external cloud hard drive through the | 15:12:16 |
| 14 | internal intranet, or any external blogs.  Also, | 15:12:19 |
| 15 | the company does not allow us to bring into the | 15:12:38 |
| 16 | company any devices that have the ability of | 15:12:41 |
| 17 | access or camera. | 15:12:44 |
| 18 | For example, I can use my cell phone to | 15:12:58 |
| 19 | take pictures.  There's a camera on my cell phone. | 15:13:04 |
| 20 | But there's an app installed on my phone to | 15:13:09 |
| 21 | monitor.  Once I'm in the company, the app would | 15:13:13 |
| 22 | turn off the camera function.  The security guard | 15:13:16 |
| 23 | of the company also do random checks to see if you | 15:13:25 |
| 24 | have this application installed on the phone. | 15:13:29 |
| 25 | If anything else, I will add information | 15:13:45 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          107

| | | |
|---|---|---|
| 1 | to you once it comes to me. | 15:13:48 |
| 2 | BY MR. MICHAEL: | 15:13:53 |
| 3 | Q.  So I appreciate that you've identified | 15:13:53 |
| 4 | for me some of Micron's policies. | 15:13:57 |
| 5 | MR. JOHNSON:  Objection.  Misstates the | 15:14:00 |
| 6 | evidence. | 15:14:01 |
| 7 | BY MR. MICHAEL: | 15:14:05 |
| 8 | Q.  I appreciate that you've identified for | 15:14:05 |
| 9 | me some of UMC's policies.  My question to you is, | 15:14:08 |
| 10 | what specific actions did you take to determine if | 15:14:14 |
| 11 | any UMC employees accessed Micron servers in | 15:14:18 |
| 12 | violation of UMC's policies? | 15:14:25 |
| 13 | MR. JOHNSON:  Objection.  Asked and | 15:14:48 |
| 14 | answered. | 15:14:49 |
| 15 | You can answer again if you can. | 15:14:51 |
| 16 | A.  I cannot ask anyone of the company to do | 15:15:04 |
| 17 | anything.  Basically it's a job of the company | 15:15:07 |
| 18 | policy. | 15:15:09 |
| 19 | BY MR. MICHAEL: | 15:15:12 |
| 20 | Q.  So you did not do anything to investigate | 15:15:12 |
| 21 | whether UMC employees accessed Micron servers to | 15:15:16 |
| 22 | obtain Micron documents; is that correct? | 15:15:22 |
| 23 | A.  Not entirely. | 15:15:38 |
| 24 | Q.  What's incorrect about that statement? | 15:15:39 |
| 25 | A.  I talked to a few former colleagues.  One | 15:15:57 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    108

| | | |
|---|---|---|
| 1 | of them is Chiang Yi Ting. | 15:16:00 |
| 2 | THE MAIN INTERPRETER:  Interpreter's | 15:16:06 |
| 3 | spelling, Yi Ting, Y-i T-i-n-g; last name Chiang, | 15:16:06 |
| 4 | C-h-i-a-n-g. | 15:16:10 |
| 5 | A.  And a few others that I mentioned earlier | 15:16:10 |
| 6 | this morning.  Another one is called Lee Luo Chi. | 15:16:12 |
| 7 | THE MAIN INTERPRETER:  Interpreter's | 15:16:19 |
| 8 | spelling, Luo Chi, L-u-o C-h-i, last name Lee, | 15:16:19 |
| 9 | L-e-e. | 15:16:20 |
| 10 | A.  I also mentioned two names this morning, | 15:16:25 |
| 11 | Fu Che Lee -- | 15:16:33 |
| 12 | THE MAIN INTERPRETER:  F-u C-h-e, last | 15:16:35 |
| 13 | name L-e-e. | 15:16:36 |
| 14 | A.  -- Ding Bong Chong. | 15:16:37 |
| 15 | THE MAIN INTERPRETER:  D-i-n-g B-o-n-g, | 15:16:42 |
| 16 | last name Chung, C-h-u-n-g. | 15:16:42 |
| 17 | A.  There's another one called Fang Chia | 15:16:43 |
| 18 | Long. | 15:16:50 |
| 19 | THE MAIN INTERPRETER:  C-h-i-a L-o-n-g, | 15:16:51 |
| 20 | last name Fang, F-a-n-g. | 15:16:51 |
| 21 | A.  These people were once Micron employees | 15:16:51 |
| 22 | and they are currently UMC employees.  They are | 15:17:02 |
| 23 | also involved in the DRAM project.  I talked to | 15:17:06 |
| 24 | them about the practice differences between Micron | 15:17:17 |
| 25 | and UMC.  As I mentioned earlier, UMC had all | 15:17:22 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    109

| | | |
|---|---|---|
| 1 | these limitations or company policies whereas | 15:17:34 |
| 2 | Micron doesn't.  At Micron, we were free to use | 15:17:37 |
| 3 | a USB drive.  There was only one limitation. | 15:17:46 |
| 4 | There was a junior engineer who joined Micron | 15:18:02 |
| 5 | after I left Micron. | 15:18:05 |
| 6 | THE CHECK INTERPRETER:  "One year after | 15:18:08 |
| 7 | I left Micron." | 15:18:09 |
| 8 | A.  One year, I left Micron.  This junior | 15:18:11 |
| 9 | engineer said that Micron back then did not allow | 15:18:15 |
| 10 | the use of USB.  And he also said that during -- | 15:18:19 |
| 11 | at that time, when he was with Micron, Micron did | 15:18:41 |
| 12 | not allow the employees to bring in an iPad or | 15:18:44 |
| 13 | a MacBook of Apple.  But when I was with Micron, | 15:18:49 |
| 14 | it was allowed.  We can bring in those devices and | 15:18:55 |
| 15 | connect the devices to the intranet of the | 15:19:09 |
| 16 | company.  And we could also use our own cell | 15:19:12 |
| 17 | phone, MacBook and iPad to remotely control our | 15:19:23 |
| 18 | computer at the company. | 15:19:27 |
| 19 | But the junior engineer who joined Micron | 15:19:28 |
| 20 | one year after I left Micron told me that during | 15:19:33 |
| 21 | that time, it was not allowed anymore.  But he | 15:19:36 |
| 22 | told me that even though he joined Micron one year | 15:19:57 |
| 23 | later, after I left Micron, it was still allowed | 15:20:00 |
| 24 | for the employees to connect using a company | 15:20:02 |
| 25 | account to outside, for example, Google Drive or | 15:20:08 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    110

| 1 | Google Mail and Yahoo Mail. | 15:20:14 |
| 2 | And I asked these people if we are | 15:20:26 |
| 3 | allowed at UMC to bring in external information | 15:20:28 |
| 4 | into the company using these ways.  I asked these | 15:20:31 |
| 5 | people at UMC to see if we could still use these | 15:20:39 |
| 6 | ways to bring in external information. | 15:20:44 |
| 7 | THE CHECK INTERPRETER:  Correction. | 15:20:47 |
| 8 | "I asked these people at UMC if it was | 15:20:47 |
| 9 | still possible to use these ways to bring in | 15:20:50 |
| 10 | external information." | 15:20:53 |
| 11 | A.  The answer was no.  The only way was to | 15:21:11 |
| 12 | use an email to email in this external information | 15:21:15 |
| 13 | in to the company.  Otherwise there would be no | 15:21:18 |
| 14 | other ways to do that. | 15:21:21 |
| 15 | So this is a part of what I did in terms | 15:21:24 |
| 16 | of investigation. | 15:21:28 |
| 17 | BY MR. MICHAEL: | 15:21:30 |
| 18 | Q.  But micron has a policy that its | 15:21:30 |
| 19 | departing employees are not to take with them | 15:21:33 |
| 20 | Micron confidential information when they leave | 15:21:38 |
| 21 | Micron; correct? | 15:21:40 |
| 22 | A.  Yes. | 15:21:52 |
| 23 | Q.  And when you left Micron, you took Micron | 15:21:52 |
| 24 | confidential information in violation of that | 15:21:56 |
| 25 | policy; correct? | 15:21:58 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                       111

| | |
|---|---|
| 1 | 15:22:07 |
| 2 | 15:22:08 |
| 3 | 15:22:11 |
| 4 | 15:22:22 |
| 5 | 15:22:22 |
| 6 | 15:22:25 |
| 7 | 15:22:30 |
| 8 | 15:22:51 |
| 9 | 15:22:54 |
| 10 | 15:22:57 |
| 11 | 15:23:09 |
| 12 | 15:23:12 |
| 13 | 15:23:16 |

14     Q.  While you were employed at UMC, did you

15  review and access Micron information that you had

16  on your external drives in locations outside of

17  UMC's facilities?

18     A.  Yes.  On my personal external drive and

19  hard disk drive.

20     Q.  And you thought that was okay because you

21  were in your apartment?  Is that what your

22  testimony is?

23     MR. JOHNSON:  Objection.  Argumentative.

24     A.  Before the prosecutor of Taiwan came to

25  catch me, I thought I did not violate the law,

15:23:34
15:23:37
15:23:42
15:23:48
15:24:24
15:24:29
15:24:34
15:24:36
15:24:39
15:24:42
15:25:03
15:25:09

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    112

| | | |
|---|---|---|
| 1 | reading this information.  I thought I would | 15:25:20 |
| 2 | violate the law only if I used these technologies. | 15:25:29 |
| 3 | But the prosecutor told me otherwise. | 15:25:38 |
| 4 | ███████████████████████████████ | 15:26:16 |
| 5 | ████████████████████████████████ | 15:26:19 |
| 6 | ███████████████████████████████ | 15:26:22 |
| 7 | ██████████████████████████████ | 15:26:25 |
| 8 | ███████████████████████████████ | 15:26:32 |
| 9 | ████████████████████████████████ | 15:26:39 |
| 10 | ██████ | 15:26:43 |
| 11 | █████████████████████ | 15:26:46 |
| 12 | ██████ | 15:26:47 |
| 13 | ██████████████████████████ | 15:26:48 |
| 14 | ██████████████████████████ | 15:26:50 |
| 15 | █████████████████████ | 15:26:55 |
| 16 | ███████████████████████ | 15:27:05 |
| 17 | ██████████████████████████ | 15:27:08 |
| 18 | ████ | 15:27:13 |
| 19 | ███████████████████████ | 15:27:14 |
| 20 | █████████████ | 15:27:15 |
| 21 | ██████████████ | 15:27:17 |
| 22 | A.  So originally, I thought I did not | 15:27:21 |
| 23 | violate any laws. | 15:27:25 |
| 24 | MR. JOHNSON:  Let's take a break. | 15:27:48 |
| 25 | A.  So initially when we had the discussions | 15:27:49 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          113

| | | |
|---|---|---|
| 1 | with our colleagues, we also had these concerns. | 15:27:51 |
| 2 | We were afraid. | 15:27:55 |
| 3 | THE VIDEOGRAPHER:  We are going off the | 15:27:57 |
| 4 | record.  The time is 3:27 p.m. | 15:27:58 |
| 5 | (Break taken) | 15:28:01 |
| 6 | THE VIDEOGRAPHER:  We are back on the | 15:40:27 |
| 7 | record.  The time is 3:40 p.m. | 15:40:28 |
| 8 | THE WITNESS:  Shall I continue my answer | 15:40:33 |
| 9 | before the break? | 15:40:35 |
| 10 | BY MR. MICHAEL: | 15:40:36 |
| 11 | Q.  If you have more to add, you can | 15:40:38 |
| 12 | continue. | 15:40:39 |
| 13 | A.  So in the beginning when we discussed | 15:40:55 |
| 14 | what type of DRAM that we wanted to do, we had | 15:40:57 |
| 15 | already decided to go to Samsung, to | 15:41:01 |
| 16 | reverse-engineer Samsung's structure and layout. | 15:41:04 |
| 17 | Before the team came to a conclusion or | 15:41:12 |
| 18 | a consensus, I had some private discussions and | 15:41:15 |
| 19 | some complaints with my colleagues.  We are | 15:41:25 |
| 20 | concerned that if we were to go for Micron's | 15:41:33 |
| 21 | layout and structure, if that would be the | 15:41:37 |
| 22 | conclusion of the team, then I would resign and | 15:41:46 |
| 23 | then just leave the company and quit my job at | 15:41:50 |
| 24 | UMC.  But very quickly after that, the team had | 15:41:52 |
| 25 | a conclusion which was to go for Samsung's | 15:42:08 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    114

| | | |
|---|---|---|
| 1 | structure and layout instead of those of Micron. | 15:42:13 |
| 2 | So since the beginning of the project, we | 15:42:24 |
| 3 | have decided to go for Samsung's structure and | 15:42:26 |
| 4 | layout for our development. | 15:42:29 |
| 5 | THE CHECK INTERPRETER:  Correction. | 15:42:32 |
| 6 | "So since the beginning of the project, | 15:42:33 |
| 7 | we have decided to conduct the development by | 15:42:36 |
| 8 | reverse-engineering Samsung." | 15:42:40 |
| 9 | A.  So I had always believed that I did not | 15:42:45 |
| 10 | break any laws.  But the prosecutor caught me and | 15:42:47 |
| 11 | accused me of stealing Micron's information. | 15:42:56 |
| 12 | That's it. | 15:43:02 |
| 13 | BY MR. MICHAEL: | 15:43:04 |
| 14 | Q.  Are there former Samsung employees on | 15:43:07 |
| 15 | UMC's DRAM team? | 15:43:12 |
| 16 | A.  There are two.  Actually, there are | 15:43:20 |
| 17 | three. | 15:43:23 |
| 18 | Q.  Where are they located? | 15:43:24 |
| 19 | A.  You mean now? | 15:43:30 |
| 20 | Q.  Yes. | 15:43:32 |
| 21 | A.  Two of them are still in this project. | 15:43:38 |
| 22 | The third one quit and then went to work for | 15:43:47 |
| 23 | a different company. | 15:43:50 |
| 24 | Q.  The two that are in the project, are they | 15:43:53 |
| 25 | located in Taiwan? | 15:43:56 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    115

| | | |
|---|---|---|
| 1 | A.  Yes. | 15:44:00 |
| 2 | Q.  And what are the names of the two current | 15:44:03 |
| 3 | UMC employees who are former Samsung employees on | 15:44:05 |
| 4 | the DRAM team? | 15:44:09 |
| 5 | A.  One of them is called Woody, W-o-o-d-y. | 15:44:22 |
| 6 | The other one -- for example, I'm in the area of | 15:44:52 |
| 7 | process integration, and this person is in the | 15:44:56 |
| 8 | area of process, and I do not recall his name. | 15:44:59 |
| 9 | I think his Chinese name might have been Lee Jing | 15:45:01 |
| 10 | something, but I do not recall. | 15:45:10 |
| 11 | Now it comes to me.  His name is Lee | 15:45:13 |
| 12 | Jing Yi, last name Lee. | 15:45:15 |
| 13 | THE MAIN INTERPRETER:  J-i-n-g Y-i, last | 15:45:19 |
| 14 | name Lee, L-e-e. | 15:45:19 |
| 15 | A.  This is the Chinese pronunciation of | 15:45:23 |
| 16 | a Korean name.  So basically Lee Jing Yi is | 15:45:25 |
| 17 | a Korean name. | 15:45:30 |
| 18 | BY MR. MICHAEL: | 15:45:33 |
| 19 | Q.  The first individual, Woody, is that | 15:45:33 |
| 20 | a first name or a last name?  Is there more to | 15:45:36 |
| 21 | that individual's name? | 15:45:40 |
| 22 | A.  It's his first name. | 15:45:47 |
| 23 | Q.  What is this last name? | 15:45:49 |
| 24 | A.  Might be Lee, L-e-e. | 15:45:59 |
| 25 | Q.  And the third former Samsung employee who | 15:46:05 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                        116

| | | |
|---|---|---|
| 1 | quit UMC, what was that individual's name? | 15:46:08 |
| 2 | A.  Jacob. | 15:46:26 |
| 3 | Q.  What was Jacob's last name? | 15:46:31 |
| 4 | A.  Hsu, H-s-u.  But it would be a different | 15:46:37 |
| 5 | pronunciation in Korean. | 15:46:47 |
| 6 | Q.  And what company did Mr. Hsu go to work | 15:46:51 |
| 7 | for? | 15:46:54 |
| 8 | A.  I heard he went to the case in Hefei. | 15:47:06 |
| 9 | THE MAIN INTERPRETER:  H-e-f-e-i. | 15:47:12 |
| 10 | A.  Another DRAM project in Hefei. | 15:47:15 |
| 11 | BY MR. MICHAEL: | 15:47:17 |
| 12 | Q.  I'm unfamiliar with Hefei.  Is that | 15:47:22 |
| 13 | a location or is that a company? | 15:47:25 |
| 14 | A.  It's the name of a Chinese city, in | 15:47:34 |
| 15 | China. | 15:47:37 |
| 16 | Q.  Do you know the name of the company | 15:47:38 |
| 17 | Mr. Hsu went to work for? | 15:47:41 |
| 18 | A.  I heard the name of the company is Hefei | 15:47:55 |
| 19 | Changxin. | 15:48:05 |
| 20 | THE MAIN INTERPRETER:  Hefei, H-e-f-e-i, | 15:48:10 |
| 21 | Changxin, C-h-a-n-g-x-i-n. | 15:48:15 |
| 22 | A.  (Chinese spoken). | 15:48:21 |
| 23 | BY MR. MICHAEL: | 15:48:22 |
| 24 | Q.  Incidentally, Mr. Ho, the DRAM project | 15:48:24 |
| 25 | that you've been referring to, is it your | 15:48:28 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    117

| | | |
|---|---|---|
| 1 | understanding that is the joint DRAM project | 15:48:30 |
| 2 | between UMC and Jinhua? | 15:48:33 |
| 3 | A.  No. | 15:48:49 |
| 4 | Q.  It's a different DRAM project at UMC? | 15:48:50 |
| 5 | A.  It actually has nothing to do with UMC. | 15:48:56 |
| 6 | Q.  I'm sorry, I'm talking about the DRAM | 15:49:01 |
| 7 | project that you have been working on at UMC since | 15:49:04 |
| 8 | late 2015, early 2016. | 15:49:11 |
| 9 | A.  Okay.  I'm currently still in this | 15:49:39 |
| 10 | project. | 15:49:42 |
| 11 | Q.  Since December 2015 to today, have you | 15:49:43 |
| 12 | been working exclusively on the DRAM project? | 15:49:45 |
| 13 | A.  Yes. | 15:49:56 |
| 14 | Q.  And that DRAM project is the joint DRAM | 15:49:56 |
| 15 | project between UMC and Jinhua; correct? | 15:50:02 |
| 16 | THE CHECK INTERPRETER:  "(Chinese | 15:50:10 |
| 17 | spoken)". | 15:50:10 |
| 18 | A.  I am not sure if I can say that. | 15:50:15 |
| 19 | THE CHECK INTERPRETER:  "I'm not sure if | 15:50:22 |
| 20 | I can put it this way." | 15:50:23 |
| 21 | BY MR. MICHAEL: | 15:50:26 |
| 22 | Q.  How would you put it? | 15:50:26 |
| 23 | A.  Jinhua commissioned UMC to develop, so | 15:50:37 |
| 24 | basically Jinhua pays UMC for development.  After | 15:50:41 |
| 25 | the development of UMC, the technology will be | 15:50:54 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              118

| | | |
|---|---|---|
| 1 | sent to Jinhua. | 15:50:58 |
| 2 | THE CHECK INTERPRETER:  "The technology | 15:51:02 |
| 3 | will be transferred to Jinhua." | 15:51:03 |
| 4 | A.  That is my understanding, so I am not | 15:51:14 |
| 5 | sure if this qualifies or equals to a joint | 15:51:17 |
| 6 | project. | 15:51:20 |
| 7 | BY MR. MICHAEL: | 15:51:34 |
| 8 | Q.  Is it correct, Mr. Ho, that the DRAM | 15:51:34 |
| 9 | project you have been working on since December | 15:51:37 |
| 10 | 2015 is the UMC DRAM project for which Jinhua is | 15:51:40 |
| 11 | paying UMC to develop DRAM technology? | 15:51:49 |
| 12 | MR. JOHNSON:  Objection.  Asked and | 15:51:53 |
| 13 | answered now four times. | 15:51:54 |
| 14 | A.  Not entirely correct.  So Jinhua did not | 15:52:22 |
| 15 | exist until February or March of 2016.  The | 15:52:45 |
| 16 | project was established officially in May.  That | 15:52:49 |
| 17 | is what I heard.  Initially UMC wanted to develop | 15:52:53 |
| 18 | the technologies for multiple parties.  It could | 15:53:10 |
| 19 | be for multiple parties.  Anyone who is interested | 15:53:14 |
| 20 | could buy the technology from UMC.  So when I said | 15:53:20 |
| 21 | "not entirely correct", this is what I meant. | 15:53:32 |
| 22 | Initially when we had these development | 15:53:40 |
| 23 | discussions at the end of December and early | 15:53:47 |
| 24 | January, we did not actually know for whom the | 15:53:49 |
| 25 | development was.  We even had a concern that if | 15:53:53 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                 119

| | | |
|---|---|---|
| 1 | there was a "whom for" as to develop the | 15:53:59 |
| 2 | technology, then the project would dissolve. | 15:54:05 |
| 3 | So this is it. | 15:54:15 |
| 4 | BY MR. MICHAEL: | 15:54:17 |
| 5 | Q.  And since May of 2016, the DRAM project | 15:54:17 |
| 6 | that you've worked on at UMC is the DRAM project | 15:54:19 |
| 7 | that also involves Jinhua; correct? | 15:54:22 |
| 8 | MR. JOHNSON:  That's been asked and | 15:54:26 |
| 9 | answered.  That's time number 5. | 15:54:27 |
| 10 | A.  Jinhua pays UMC.  Jinhua pays development | 15:54:55 |
| 11 | money to UMC.  And Jinhua needs to rent devices or | 15:54:57 |
| 12 | machines for UMC to use for development. | 15:55:07 |
| 13 | So that was just it. | 15:55:14 |
| 14 | BY MR. MICHAEL: | 15:55:17 |
| 15 | Q.  Since May of 2016, have you worked on any | 15:55:17 |
| 16 | DRAM project at UMC that is completely unrelated | 15:55:21 |
| 17 | to Jinhua? | 15:55:25 |
| 18 | A.  I really don't know how to put it.  When | 15:55:56 |
| 19 | it comes to development, we don't necessarily | 15:55:59 |
| 20 | think about the condition of Jinhua.  Our first | 15:56:01 |
| 21 | priority is to have it developed.  And of course, | 15:56:10 |
| 22 | we would think about if the product that we | 15:56:16 |
| 23 | develop would be able to be produced at Jinhua. | 15:56:19 |
| 24 | But the first priority is to have it developed. | 15:56:28 |
| 25 | And then we think about if it's possible for us to | 15:56:37 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    120

| | | |
|---|---|---|
| 1 | ████████████████████████████ | 15:56:40 |
| 2 | ████████ | 15:56:45 |
| 3 | ████████████████████████████ | 15:56:47 |
| 4 | ██████████████ | 15:56:49 |
| 5 | ████████████████ | 15:57:03 |
| 6 | ████████████████████████████ | 15:57:05 |
| 7 | ████████████ | 15:57:07 |
| 8 | BY MR. MICHAEL: | 15:57:16 |
| 9 | Q.  Who's your boss, Mr. Ho? | 15:57:16 |
| 10 | MR. JOHNSON:  Objection.  Asked and | 15:57:18 |
| 11 | answered. | 15:57:19 |
| 12 | A.  Are you asking now? | 15:57:22 |
| 13 | BY MR. MICHAEL: | 15:57:25 |
| 14 | Q.  Yes. | 15:57:26 |
| 15 | A.  My current boss is Chen Rong Hua. | 15:57:27 |
| 16 | THE MAIN INTERPRETER:  R-o-n-g H-u-a, | 15:57:50 |
| 17 | last name Chen, C-h-e-n. | 15:57:50 |
| 18 | BY MR. MICHAEL: | 15:57:50 |
| 19 | Q.  Is that Stephen Chen? | 15:57:50 |
| 20 | A.  No. | 15:57:52 |
| 21 | Q.  Okay.  Does your boss Mr. Chen have | 15:57:53 |
| 22 | an English name? | 15:57:56 |
| 23 | A.  (In English) "Huason".  I don't know how | 15:58:02 |
| 24 | to correct -- pronounce correctly.  Huason? | 15:58:04 |
| 25 | A.  Kind of like Watson in Sherlock Holmes. | 15:58:18 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              121

| | | |
|---|---|---|
| 1 | Q.  Watson? | 15:58:21 |
| 2 | A.  (In English) Yeah, yeah. | 15:58:27 |
| 3 | Q.  Who does Watson Chen report to? | 15:58:29 |
| 4 | A.  He reports to or his boss is Jason Shih. | 15:58:51 |
| 5 | I suddenly could not recall his Chinese name. | 15:58:53 |
| 6 | Q.  And who does Jason Shih report to? | 15:58:59 |
| 7 | A.  Stephen, supposedly. | 15:59:08 |
| 8 | Q.  And you testified earlier that Stephen | 15:59:11 |
| 9 | Chen is the head of the DRAM project at UMC? | 15:59:14 |
| 10 | A.  Yes. | 15:59:30 |
| 11 | THE CHECK INTERPRETER:  Jason Shih.  The | 15:59:31 |
| 12 | last name should be S-h-i-h, not "X-u". | 15:59:36 |
| 13 | THE COURT REPORTER:  Thank you. | 15:59:40 |
| 14 | A.  Now his Chinese name came to me.  It's | 15:59:45 |
| 15 | Shih Hong Chie. | 15:59:52 |
| 16 | (Court reporter clarification) | 16:00:04 |
| 17 | THE MAIN INTERPRETER:  Hong Chie, H-o-n-g | 16:00:11 |
| 18 | C-h-i-e, last name Shih, S-h-i-h. | 16:00:11 |
| 19 | BY MR. MICHAEL: | 16:00:13 |
| 20 | Q.  And what was your job position at UMC | 16:00:13 |
| 21 | before March of 2017? | 16:00:16 |
| 22 | MR. JOHNSON:  Asked and answered. | 16:00:29 |
| 23 | A.  Manager at the department of process | 16:00:43 |
| 24 | integration. | 16:00:45 |
| 25 | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                   122

| | | |
|---|---|---|
| 1 | BY MR. MICHAEL: | 16:01:05 |
| 2 | Q.  And is that the same position that you | 16:01:05 |
| 3 | held when you started at UMC in 2015? | 16:01:07 |
| 4 | A.  No. | 16:01:25 |
| 5 | Q.  What was the position that you held | 16:01:26 |
| 6 | before you were the manager of process | 16:01:28 |
| 7 | integration? | 16:01:30 |
| 8 | A.  Technical manager back then. | 16:01:38 |
| 9 | Q.  Okay.  So the three positions, just so | 16:01:42 |
| 10 | we're clear, were the technical manager position | 16:01:45 |
| 11 | initially, then you moved on to the department | 16:01:47 |
| 12 | manager for process integration, and then February | 16:01:50 |
| 13 | 2017, you moved into the yield engineering | 16:01:53 |
| 14 | position, yield enhancement; correct? | 16:01:57 |
| 15 | A.  Yes. | 16:02:17 |
| 16 | Q.  Mr. Ho, I know you've given me some | 16:02:24 |
| 17 | testimony on this, but I'd like for you to | 16:02:27 |
| 18 | describe for me as best you can all the ways that | 16:02:29 |
| 19 | you recall how it is that you came into possession | 16:02:33 |
| 20 | of 20,000-plus Micron documents. | 16:02:37 |
| 21 | MR. JOHNSON:  The witness testified | 16:03:06 |
| 22 | extensively to all of his activities as they | 16:03:07 |
| 23 | relate to collecting Micron documents. | 16:03:09 |
| 24 | Is there anything else you can add to | 16:03:16 |
| 25 | what you've already said? | 16:03:17 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    123

| | | |
|---|---|---|
| 1 | MR. MICHAEL:  Do you want to state | 16:03:19 |
| 2 | an objection? | 16:03:20 |
| 3 | MR. JOHNSON:  No, but I mean, you know, | 16:03:22 |
| 4 | I'm not going to sit here and instruct him not to | 16:03:22 |
| 5 | answer, but come on.  You've got a transcript. | 16:03:25 |
| 6 | He's spoken chapter and verse about all of his | 16:03:29 |
| 7 | activities starting with TSMC through Powerchip, | 16:03:33 |
| 8 | Rexchip, and Micron. | 16:03:38 |
| 9 | All right.  If you want to waste some | 16:03:41 |
| 10 | time, you can waste time. | 16:03:42 |
| 11 | A.  Some of the information was created or | 16:04:16 |
| 12 | compiled by myself at work.  Some of the | 16:04:18 |
| 13 | information came from the data exchange or | 16:04:32 |
| 14 | information exchange between and among colleagues | 16:04:35 |
| 15 | for the purpose of work. | 16:04:38 |
| 16 | The reason that there was such a large | 16:04:59 |
| 17 | amount of information was because since 2009, | 16:05:01 |
| 18 | I began to be involved in the technology transfer | 16:05:06 |
| 19 | between Elpida and Rexchip.  And also when there | 16:05:10 |
| 20 | were important meetings with Elpida regarding | 16:05:22 |
| 21 | information exchange, the company would send me to | 16:05:26 |
| 22 | Japan to attend these meetings.  So since 2009, | 16:05:29 |
| 23 | 2010, all the way to the time when we became part | 16:05:43 |
| 24 | of Micron, I made about 20 trips to Japan.  So | 16:05:48 |
| 25 | whenever there was a meeting in Japan about | 16:06:05 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                      124

| | | |
|---|---|---|
| 1 | technology transfer, I would have this USB drive, | 16:06:07 |
| 2 | and then the engineer in Japan would copy their | 16:06:11 |
| 3 | draft to the USB drive. | 16:06:15 |
| 4 | For regular technology transfer, it | 16:06:17 |
| 5 | actually has to go through an official channel. | 16:06:30 |
| 6 | The file that comes through that channel would | 16:06:38 |
| 7 | come with a document series number.  These | 16:06:42 |
| 8 | official documents that come with a series number | 16:06:53 |
| 9 | are encrypted and cannot be edited.  So that would | 16:06:56 |
| 10 | be very inconvenient for us engineers to work.  So | 16:07:03 |
| 11 | my role back then was there on behalf of Rexchip, | 16:07:19 |
| 12 | so I would go there to ask for the technology | 16:07:23 |
| 13 | transfer documents which were in draft version, | 16:07:26 |
| 14 | covering the ranges of design, process integration | 16:07:30 |
| 15 | and testing, basically all the information. | 16:07:42 |
| 16 | So that explains why I had in possession | 16:07:52 |
| 17 | such a large amount of information. | 16:07:55 |
| 18 | So when I came back to the company, | 16:08:07 |
| 19 | I would then copy the information to the public | 16:08:08 |
| 20 | drive of the company.  And naturally, my personal | 16:08:11 |
| 21 | drive would have this information. | 16:08:20 |
| 22 | So most parts of the files or | 16:08:27 |
| 23 | information came this way. | 16:08:32 |
| 24 | BY MR. MICHAEL: | 16:08:52 |
| 25 | Q.  And can you describe for me the type of | 16:08:53 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              125

| | | |
|---|---|---|
| 1 | information that would be contained in a process | 16:08:55 |
| 2 | traveler while you were at Micron? | 16:08:58 |
| 3 | A.   Process traveler is just a flow.  For us | 16:09:26 |
| 4 | to create a DRAM, it requires maybe 500 processes | 16:09:34 |
| 5 | or steps.  According to the definition of | 16:09:39 |
| 6 | a traveler at Micron, a traveler defines or | 16:09:49 |
| 7 | organizes the sequence of these 500 steps.  So | 16:09:53 |
| 8 | sometimes when someone organizes the data, they | 16:10:09 |
| 9 | probably just approach the data in this very | 16:10:12 |
| 10 | simple way.  And sometimes they would correlate | 16:10:16 |
| 11 | the steps to the devices or machines that will be | 16:10:29 |
| 12 | used, using the code numbers or the codes of these | 16:10:34 |
| 13 | devices or machines.  And for some others, they | 16:10:39 |
| 14 | would also add in the description of these steps | 16:10:52 |
| 15 | or processes. | 16:10:54 |
| 16 | So depending on the purpose of the | 16:11:03 |
| 17 | documents that they created, there would be | 16:11:06 |
| 18 | different versions or formats of these documents. | 16:11:11 |
| 19 | Q.   Does UMC maintain a document that's the | 16:11:16 |
| 20 | equivalent to what Micron called a process | 16:11:20 |
| 21 | traveler? | 16:11:22 |
| 22 | A.   Yes. | 16:11:34 |
| 23 | Q.   What is that document called at UMC? | 16:11:35 |
| 24 | MR. JOHNSON:  I'm going to object.  If | 16:11:40 |
| 25 | that information is confidential then I don't want | 16:11:41 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          126

| | | |
|---|---|---|
| 1 | you to impart it.  It's also not relevant. | 16:11:48 |
| 2 | A.  So should I answer the question? | 16:12:02 |
| 3 | BY MR. MICHAEL: | 16:12:06 |
| 4 | Q.  You can answer the question. | 16:12:06 |
| 5 | A.  But then can I not answer the question? | 16:12:08 |
| 6 | Q.  No, there's not been an instruction by | 16:12:11 |
| 7 | your counsel.  We have a protective order in place | 16:12:14 |
| 8 | that covers confidentiality -- | 16:12:16 |
| 9 | MR. JOHNSON:  Well, there's no -- | 16:12:20 |
| 10 | MR. MICHAEL:  Excuse me.  I want to know | 16:12:21 |
| 11 | the name of the UMC document that contains the | 16:12:23 |
| 12 | process flow for all the steps for manufacturing | 16:12:25 |
| 13 | DRAM that is equivalent in nature to the process | 16:12:28 |
| 14 | traveler at Micron. | 16:12:30 |
| 15 | MR. JOHNSON:  And I said if that is | 16:12:32 |
| 16 | considered confidential information, I'm | 16:12:33 |
| 17 | instructing you not to answer. | 16:12:35 |
| 18 | THE CHECK INTERPRETER:  "(Chinese | 16:13:18 |
| 19 | spoken)". | 16:13:18 |
| 20 | A.  Then I choose not to answer. | 16:13:24 |
| 21 | MR. MICHAEL:  So we're clear, counsel, | 16:13:27 |
| 22 | I'm designating the entire transcript here today | 16:13:29 |
| 23 | highly confidential and attorneys' eyes only under | 16:13:31 |
| 24 | the protective order.  Are you maintaining your | 16:13:34 |
| 25 | instruction not to answer? | 16:13:37 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                               127

| | | |
|---|---|---|
| 1 | MR. JOHNSON:  Absolutely.  You came here | 16:13:40 |
| 2 | with specific topics to ask about.  I provided | 16:13:41 |
| 3 | wide latitude because I felt we're 8,000 miles | 16:13:44 |
| 4 | away.  But now this has turned into a full-blown | 16:13:48 |
| 5 | "I'm going to discover everything there is to know | 16:13:53 |
| 6 | about HMC -- "UMC", excuse me.  That is not what | 16:13:55 |
| 7 | we're here today for.  You've asked about every | 16:13:59 |
| 8 | document, you've asked about recruiting, you've | 16:14:03 |
| 9 | asked him about his personal activity, and there | 16:14:04 |
| 10 | is nothing at this point that relates to | 16:14:06 |
| 11 | confidential information concerning my client that | 16:14:09 |
| 12 | I believe is appropriate or suitable for this | 16:14:12 |
| 13 | deposition, so I'm instructing him not to answer. | 16:14:14 |
| 14 | Take it up with the court. | 16:14:18 |
| 15 | MR. MICHAEL:  We'll take it up with the | 16:14:22 |
| 16 | court. | 16:14:24 |
| 17 | BY MR. MICHAEL: | 16:14:24 |
| 18 | ███████████████████████ | 16:14:24 |
| 19 | ██████████████████████ | 16:14:27 |
| 20 | ██████████████████████ | 16:14:30 |
| 21 | ████████████████████████ | 16:14:33 |
| 22 | ████████████████ | 16:14:56 |
| 23 | ████ | 16:14:56 |
| 24 | ██████ | 16:15:02 |
| 25 | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

128



| | | |
|---|---|---|
| 1 | | 16:15:03 |
| 2 | | 16:15:04 |
| 3 | | 16:15:06 |
| 4 | | 16:15:09 |
| 5 | | 16:15:13 |
| 6 | | 16:15:26 |
| 7 | | 16:15:27 |
| 8 | | 16:15:32 |
| 9 | | 16:15:35 |
| 10 | | 16:15:39 |
| 11 | | 16:15:56 |
| 12 | | 16:15:58 |
| 13 | | 16:16:00 |
| 14 | | 16:16:03 |
| 15 | | 16:16:07 |
| 16 | | 16:16:21 |
| 17 | | 16:16:29 |
| 18 | | 16:16:33 |
| 19 | | 16:16:39 |
| 20 | | 16:16:53 |
| 21 | MR. MICHAEL:  You want to maintain your | 16:16:54 |
| 22 | instruction, Dan? | 16:16:55 |
| 23 | MR. JOHNSON:  Absolutely. | 16:16:57 |
| 24 | MR. MICHAEL:  I can imagine why you | 16:17:02 |
| 25 | wouldn't want us to know the name of that | 16:17:04 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    129

| | | |
|---|---|---|
| 1 | document. | 16:17:06 |
| 2 | MR. JOHNSON:  No, I don't think you can. | 16:17:07 |
| 3 | MR. MICHAEL:  I can. | 16:17:12 |
| 4 | MR. JOHNSON:  I think you're still | 16:17:13 |
| 5 | fantasizing about the so-called claim that we | 16:17:14 |
| 6 | copied Micron. | 16:17:17 |
| 7 | (Exhibit 40 marked for identification - US patent | 16:17:41 |
| 8 | number 9,679,901) | 16:17:41 |
| 9 | BY MR. MICHAEL: | 16:17:43 |
| 10 | Q.  Mr. Ho, I have a couple of questions on | 16:17:44 |
| 11 | these documents. | 16:17:46 |
| 12 | I've marked as Exhibit 40 what is | 16:17:47 |
| 13 | identified to be US patent number 9,679,901. | 16:17:49 |
| 14 | Mr. Ho, I'd ask you to look at -- on the front | 16:17:56 |
| 15 | cover page, there are names of various inventors. | 16:17:59 |
| 16 | A.  Yes, I saw that. | 16:18:23 |
| 17 | Q.  And are you a named inventor on the '901 | 16:18:25 |
| 18 | patent that we've marked as Exhibit 40? | 16:18:30 |
| 19 | A.  Yes. | 16:18:39 |
| 20 | Q.  You're the second inventor listed; is | 16:18:40 |
| 21 | that correct? | 16:18:43 |
| 22 | A.  Yes. | 16:18:46 |
| 23 | Q.  The other inventors that are listed, are | 16:18:48 |
| 24 | they all UMC employees, if you know? | 16:18:51 |
| 25 | A.  I can recognize some of them, but | 16:19:08 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              130

| | | |
|---|---|---|
| 1 | I cannot recognize the others by looking at their | 16:19:10 |
| 2 | English names. | 16:19:14 |
| 3 | Q.  Can you tell me which of the inventor | 16:19:16 |
| 4 | names that you recognize who are UMC employees? | 16:19:19 |
| 5 | A.  The first one, Wang Ying Chiao, but this | 16:19:33 |
| 6 | person has already left.  The second one is me, Ho | 16:19:37 |
| 7 | Chien Ting.  The third one is Jung Le Tien.  The | 16:19:45 |
| 8 | fourth one is Tzou Shih Fang.  I don't know the | 16:19:51 |
| 9 | last two. | 16:19:57 |
| 10 | Now I know the one to the last is Lin | 16:20:02 |
| 11 | Chin Lung.  I don't recognize the very last one. | 16:20:05 |
| 12 | Q.  The other four individuals that you | 16:20:15 |
| 13 | identified are all UMC employees; is that right? | 16:20:16 |
| 14 | A.  Yes. | 16:20:24 |
| 15 | Q.  Are any of them former Micron employees? | 16:20:25 |
| 16 | A.  Only me. | 16:20:32 |
| 17 | (Exhibit 41 marked for identification - US patent | 16:20:53 |
| 18 | number 9,773,790) | 16:20:53 |
| 19 | BY MR. MICHAEL: | 16:21:05 |
| 20 | Q.  Mr. Ho, we've marked as Exhibit 41 to | 16:21:06 |
| 21 | your deposition a United States patent, patent | 16:21:08 |
| 22 | number 9,773,790. | 16:21:12 |
| 23 | Again, Mr. Ho, I have a similar line of | 16:21:16 |
| 24 | questions, so if you could take a look at the | 16:21:20 |
| 25 | inventors on the '790 patent. | 16:21:22 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              131

| | | |
|---|---|---|
| 1 | Mr. Ho, you are the first-named inventor | 16:21:49 |
| 2 | on patent; is that correct? | 16:21:52 |
| 3 | A.  Yes, I am the first one.  Yes. | 16:22:01 |
| 4 | Q.  Li Wei Feng.  Is Mr. Feng a UMC employee? | 16:22:04 |
| 5 | A.  Yes. | 16:22:18 |
| 6 | Q.  And Mr. Lin, is Mr. Lin a UMC employee? | 16:22:21 |
| 7 | A.  I actually do not recognize him.  I'm not | 16:22:35 |
| 8 | sure who he is. | 16:22:38 |
| 9 | Q.  And I believe you already identified | 16:22:41 |
| 10 | Mr. Wang as a UMC employee; is that correct? | 16:22:44 |
| 11 | A.  Yes, he used to be an employee of UMC. | 16:22:51 |
| 12 | Q.  To your knowledge, is Mr. Feng or Mr. Lin | 16:22:57 |
| 13 | former employees of Micron? | 16:23:03 |
| 14 | A.  No.  I do not know who Mr. Lin is, so | 16:23:08 |
| 15 | there's no way for me to make that judgment. | 16:23:26 |
| 16 | (Exhibit 42 marked for identification - US patent | 16:23:35 |
| 17 | number 9,859,283) | 16:23:35 |
| 18 | BY MR. MICHAEL: | 16:23:49 |
| 19 | Q.  Mr. Ho, we have marked as Exhibit 42 | 16:23:49 |
| 20 | United States patent number 9,859,283. | 16:23:59 |
| 21 | Can you confirm for me, Mr. Ho, that you | 16:24:09 |
| 22 | are a named inventor on the '283 patent that we've | 16:24:11 |
| 23 | marked as Exhibit 42? | 16:24:15 |
| 24 | A.  Yes. | 16:24:28 |
| 25 | Q.  Mr. Yu Cheng Tung, is Mr. Tung a UMC | 16:24:32 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              132

| | | |
|---|---|---|
| 1 | employee? | 16:24:40 |
| 2 | A.  Yes, Tung Yu Cheng is a UMC employee. | 16:24:44 |
| 3 | Q.  And do you know if Mr. Tung is a former | 16:24:51 |
| 4 | Micron employee or not? | 16:25:00 |
| 5 | A.  I suppose not. | 16:25:02 |
| 6 | Q.  He's not, or you don't know? | 16:25:05 |
| 7 | A.  I do not know. | 16:25:16 |
| 8 | (Exhibit 43 marked for identification - US patent | 16:25:26 |
| 9 | number 9,929,162) | 16:25:26 |
| 10 | BY MR. MICHAEL: | 16:25:45 |
| 11 | Q.  Mr. Ho, Exhibit 43 has been marked and is | 16:25:45 |
| 12 | United States patent 9,929,162. | 16:25:49 |
| 13 | You are the last-named inventor on this | 16:26:02 |
| 14 | patent; correct? | 16:26:06 |
| 15 | A.  Yes. | 16:26:11 |
| 16 | Q.  I think we've covered all the other | 16:26:22 |
| 17 | inventors already on earlier patents.  That's my | 16:26:24 |
| 18 | only question, Mr. Ho. | 16:26:28 |
| 19 | (Exhibit 44 marked for identification - US patent | 16:26:48 |
| 20 | number 9,960,167) | 16:26:48 |
| 21 | BY MR. MICHAEL: | 16:27:01 |
| 22 | Q.  Mr. Ho, we've marked as Exhibit 44, | 16:27:02 |
| 23 | United States patent number 9,960,167. | 16:27:05 |
| 24 | Can you confirm for me that you are the | 16:27:09 |
| 25 | first-named inventor on the '167 patent? | 16:27:12 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          133

| | | |
|---|---|---|
| 1 | A. Yes. | 16:27:33 |
| 2 | Q. I think we've talked about the names of | 16:27:47 |
| 3 | the other inventors on earlier patents; correct? | 16:27:50 |
| 4 | A. Yes. | 16:28:00 |
| 5 | (Exhibit 45 marked for identification - US patent | 16:28:14 |
| 6 | application number 15/384,940) | 16:28:14 |
| 7 | BY MR. MICHAEL: | 16:28:22 |
| 8 | Q. Mr. Ho, I've marked as Exhibit number 45 | 16:28:25 |
| 9 | a United States patent application. It's | 16:28:28 |
| 10 | application number 15/384,940. It contains the | 16:28:33 |
| 11 | publication number US2018/0108563. | 16:28:39 |
| 12 | Mr. Ho, you are the fifth-named inventor | 16:29:09 |
| 13 | on this patent; correct? | 16:29:11 |
| 14 | A. Yes. | 16:29:18 |
| 15 | Q. I think we have some new names on the | 16:29:20 |
| 16 | other inventors, so I'm just going to walk through | 16:29:22 |
| 17 | them one at a time. | 16:29:25 |
| 18 | The first inventor is Mr. Chen. Is | 16:29:27 |
| 19 | Mr. Chen a UMC employee? | 16:29:30 |
| 20 | A. Yes, Chen Chen Te (sic) is a UMC | 16:29:48 |
| 21 | employee. | 16:29:52 |
| 22 | THE MAIN INTERPRETER: Interpreter | 16:29:54 |
| 23 | correction. | 16:29:55 |
| 24 | "Chen Chieh Te is a UMC employee." | 16:29:55 |
| 25 | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          134

| | | |
|---|---|---|
| 1 | BY MR. MICHAEL: | 16:30:05 |
| 2 | Q.  The second-named inventor, Mr. Chu, is | 16:30:06 |
| 3 | Mr. Chu a UMC employee? | 16:30:09 |
| 4 | A.  Yes.  He used to work for Rexchip.  I'm | 16:30:16 |
| 5 | not sure if he left before Micron acquired Rexchip | 16:30:35 |
| 6 | or after.  And he also worked for one of the | 16:30:39 |
| 7 | vendors for a few years, before he joined the | 16:30:46 |
| 8 | project at UMC. | 16:30:52 |
| 9 | Q.  Mr. Kuo?  Am I pronouncing that | 16:30:58 |
| 10 | correctly, the third inventor?  Is Mr. Kuo a UMC | 16:31:01 |
| 11 | employee? | 16:31:05 |
| 12 | A.  Yes, Kuo Ming Feng is a UMC employee. | 16:31:10 |
| 13 | But Mr. Kuo has a very similar background as | 16:31:19 |
| 14 | Mr. Chu that I mentioned earlier. | 16:31:24 |
| 15 | Q.  Mr. Kuo also was formerly employed at | 16:31:29 |
| 16 | Rexchip? | 16:31:33 |
| 17 | A.  Yes. | 16:31:34 |
| 18 | Q.  Fu Che Lee, that's Mr. Neil Lee that you | 16:31:36 |
| 19 | mentioned earlier today; is that correct? | 16:31:41 |
| 20 | A.  Yes, it looks like it. | 16:31:49 |
| 21 | Q.  And Mr. Lee is a current UMC employee and | 16:31:52 |
| 22 | a former Micron employee; correct? | 16:31:55 |
| 23 | A.  Yes. | 16:32:03 |
| 24 | Q.  And after your name, there are six | 16:32:05 |
| 25 | additional inventors.  Are all of the remaining | 16:32:07 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    135

| | | |
|---|---|---|
| 1 | inventors current UMC employees? | 16:32:11 |
| 2 | A.  I can recognize some of them, but | 16:32:47 |
| 3 | I cannot recognize the others. | 16:32:48 |
| 4 | Q.  Which ones do you recognize to be UMC | 16:32:50 |
| 5 | employees? | 16:32:52 |
| 6 | A.  Chang Feng Yi, Mr. Chang.  Then Chen Yi | 16:32:54 |
| 7 | Wang (sic), who is also a UMC employee. | 16:33:22 |
| 8 | THE CHECK INTERPRETER:  Z-h-a-n. | 16:33:26 |
| 9 | A.  It says "Z-h-a-n" in the document.  His | 16:33:26 |
| 10 | background is the same as Hsu and Guo. | 16:33:40 |
| 11 | BY MR. MICHAEL: | 16:33:49 |
| 12 | Q.  Meaning former Rexchip employee? | 16:33:53 |
| 13 | A.  Yes.  And then he changed to work for one | 16:33:55 |
| 14 | of the vendors for a few years before he joined | 16:33:57 |
| 15 | the UMC DRAM project. | 16:34:00 |
| 16 | Q.  And you're referring to Mr. Zhan, the | 16:34:07 |
| 17 | name referred to, Z-h-a-n? | 16:34:10 |
| 18 | A.  Yes. | 16:34:17 |
| 19 | Q.  Okay.  What about the last three | 16:34:22 |
| 20 | inventors, are they UMC employees? | 16:34:23 |
| 21 | A.  Chen Li Chiang is a UMC employee.  And | 16:34:29 |
| 22 | then Tsai Chien Cheng, who is a UMC employee and | 16:34:43 |
| 23 | who used to be a Micron employee. | 16:34:48 |
| 24 | I don't know how to pronounce the name of | 16:34:51 |
| 25 | the very last one. | 16:34:59 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    136

| | | |
|---|---|---|
| 1 | Q.  You don't know if the last-named inventor | 16:35:04 |
| 2 | is a UMC employee or not? | 16:35:07 |
| 3 | A.  I cannot tell. | 16:35:16 |
| 4 | MR. MICHAEL:  It's a little bit after | 16:35:25 |
| 5 | 4.30.  Why don't we take a break?  We'll wrap up | 16:35:26 |
| 6 | on the next session. | 16:35:30 |
| 7 | THE VIDEOGRAPHER:  We are going off the | 16:35:33 |
| 8 | record.  The time is 4:35 p.m. | 16:35:34 |
| 9 | (Break taken) | 16:35:36 |
| 10 | THE VIDEOGRAPHER:  We are back on the | 16:48:07 |
| 11 | record.  The time is 4:48 p.m. | 16:48:08 |
| 12 | (Exhibit 46 marked for identification - 32-page | 16:48:11 |
| 13 | printout of Line text communications) | 16:48:11 |
| 14 | BY MR. MICHAEL: | 16:48:12 |
| 15 | Q.  Mr. Ho, we've marked as Exhibit 46 | 16:48:13 |
| 16 | a 32-page document which we understand to be | 16:48:17 |
| 17 | a history of Line text communications between | 16:48:25 |
| 18 | yourself and Mr. Kenny Wang.  It has a "date | 16:48:31 |
| 19 | stored" date on the top left side of the document | 16:48:37 |
| 20 | which looks like February 13, 2017. | 16:48:42 |
| 21 | A.  Yes. | 16:49:12 |
| 22 | Q.  Mr. Ho, have you seen this document | 16:49:14 |
| 23 | before? | 16:49:15 |
| 24 | A.  Yes, I saw this document in the court of | 16:49:32 |
| 25 | Taiwan.  The judge back then asked us to identify | 16:49:35 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                         137

| | | |
|---|---|---|
| 1 | if there was any confidential information of | 16:49:39 |
| 2 | Micron or any confidential information of UMC in | 16:49:42 |
| 3 | the communication. | 16:49:46 |
| 4 | Q.  Does this document in fact represent | 16:49:48 |
| 5 | a true and accurate history of your text | 16:49:52 |
| 6 | conversation with Kenny Wang from December 25, | 16:49:57 |
| 7 | 2015 through February 4, 2017? | 16:50:05 |
| 8 | MR. JOHNSON:  Objection.  Lack of | 16:50:24 |
| 9 | foundation.  No evidence he prepared this | 16:50:25 |
| 10 | document. | 16:50:27 |
| 11 | A.  So what is your question again? | 16:50:39 |
| 12 | BY MR. MICHAEL: | 16:50:41 |
| 13 | Q.  My question is, does this document in | 16:50:42 |
| 14 | fact reflect the actual text communications | 16:50:44 |
| 15 | between you and Kenny Wang? | 16:50:48 |
| 16 | A.  If this is a direct printout, then the | 16:51:04 |
| 17 | answer is "Yes". | 16:51:07 |
| 18 | THE CHECK INTERPRETER:  "If this is | 16:51:10 |
| 19 | a direct printout from Line, then the answer is | 16:51:11 |
| 20 | yes." | 16:51:18 |
| 21 | (Court reporter clarification) | 16:51:19 |
| 22 | BY MR. MICHAEL: | 16:51:21 |
| 23 | Q.  What is Line?  Is that a text | 16:51:22 |
| 24 | application? | 16:51:24 |
| 25 | A.  Yes. | 16:51:30 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              138

| | | |
|---|---|---|
| 1 | Q.  Mr. Ho, I'm going to ask you to try to | 16:51:36 |
| 2 | follow me on this document by way of date and | 16:51:39 |
| 3 | time.  If you can turn to the text entry from | 16:51:41 |
| 4 | February 2nd, 2016. | 16:51:49 |
| 5 | A.  Okay. | 16:52:13 |
| 6 | Q.  Can you read for me the text entries | 16:52:13 |
| 7 | time-stamped 22:17?  There's two of them. | 16:52:19 |
| 8 | A.  I do not understand.  Are you referring | 16:52:44 |
| 9 | to the timestamp of 22:17? | 16:52:45 |
| 10 | Q.  Yes. | 16:52:50 |
| 11 | A.  So do you want me to read out loud the | 16:52:59 |
| 12 | two lines here? | 16:53:01 |
| 13 | Q.  Please. | 16:53:02 |
| 14 | A.  "There was no such people with such | 16:53:13 |
| 15 | experience.  They only know logics." | 16:53:15 |
| 16 | THE MAIN INTERPRETER:  Or "They only know | 16:53:19 |
| 17 | logic." | 16:53:23 |
| 18 | BY MR. MICHAEL: | 16:53:24 |
| 19 | Q.  And when you are using "they" in this | 16:53:25 |
| 20 | text, are you referring to UMC? | 16:53:28 |
| 21 | A.  Yes.  So the paragraph is about the test | 16:53:39 |
| 22 | key for DRAM memory cell.  The background of | 16:53:55 |
| 23 | people of UMC is mostly logic test key. | 16:54:06 |
| 24 | (Interpreters/witness clarification) | 16:54:26 |
| 25 | MR. JOHNSON:  Test, t-e-s-t. | 16:54:41 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    139

| | | |
|---|---|---|
| 1 | A.  Logic test key.  Logic device test key. | 16:54:41 |
| 2 | They don't have the DRAM in this recent | 16:54:43 |
| 3 | generation. | 16:54:47 |
| 4 | BY MR. MICHAEL: | 16:54:47 |
| 5 | Q.  Understood.  Dropping down to February | 16:54:53 |
| 6 | 6th, 2016, at 1:05.  Same page.  Does the end of | 16:54:55 |
| 7 | that sentence say that "They basically know | 16:55:16 |
| 8 | nothing about this field"? | 16:55:19 |
| 9 | A.  That is correct.  They are inexperienced. | 16:55:29 |
| 10 | Q.  And again, "they" is referring to UMC? | 16:55:31 |
| 11 | A.  Yes, or people who did not do DRAM at | 16:55:48 |
| 12 | UMC. | 16:55:51 |
| 13 | Q.  Turning the page, Mr. Ho, to the text | 16:55:53 |
| 14 | entry at 9:40.  It's my understanding there's | 16:55:59 |
| 15 | a reference in this text to "Big S".  Do you see | 16:56:11 |
| 16 | that? | 16:56:15 |
| 17 | A.  Yes. | 16:56:20 |
| 18 | Q.  Who is "Big S"? | 16:56:21 |
| 19 | A.  Stephen. | 16:56:31 |
| 20 | Q.  Stephen Chen? | 16:56:31 |
| 21 | A.  Yes.  Do you want me to explain to you | 16:56:32 |
| 22 | what this sentence means? | 16:56:42 |
| 23 | Q.  No, not at this point.  I just want | 16:56:44 |
| 24 | a couple of clarifications on names and certain | 16:56:47 |
| 25 | items within this. | 16:56:49 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              140

| | | |
|---|---|---|
| 1 | A.  But this sentence actually is in favor of | 16:57:02 |
| 2 | me quite a bit. | 16:57:06 |
| 3 | Q.  Why is it in favor of you? | 16:57:12 |
| 4 | A.  So in this conversation, Wang Yong Ming | 16:57:24 |
| 5 | asked me a question.  He asked me for the test key | 16:57:25 |
| 6 | at UMC, "Is it necessary to copy the information | 16:57:37 |
| 7 | before?", meaning is it necessary to copy the | 16:57:40 |
| 8 | information of Micron?  My answer is that in terms | 16:57:47 |
| 9 | of the layout of the cell, I am the one to design, | 16:57:56 |
| 10 | and then we together discuss how to design the | 16:58:02 |
| 11 | test key.  And then I talked about for the test | 16:58:08 |
| 12 | key of the cell, it requires the layout and our | 16:58:24 |
| 13 | knowledge to design, which means that it was not | 16:58:29 |
| 14 | necessary for us to copy the information before. | 16:58:35 |
| 15 | So this is for the cell part of the DRAM. | 16:58:40 |
| 16 | And for logic, it is mainly the logic of | 16:58:48 |
| 17 | UMC.  For the test key, for SA and SWD, we need to | 16:58:53 |
| 18 | work with the design, which is UMI. | 16:59:15 |
| 19 | So that's what this conversation means. | 16:59:22 |
| 20 | And I think it favors me. | 16:59:26 |
| 21 | Q.  Thank you, Mr. Ho. | 16:59:29 |
| 22 | Can I ask you to go to the next page, | 16:59:31 |
| 23 | which starts on page 4, February 7, 2016, and | 16:59:38 |
| 24 | continues through the next page at 12:36. | 16:59:44 |
| 25 | A.  So which date?  Could you give me the | 17:00:12 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    141

| | | |
|---|---|---|
| 1 | date again? | 17:00:14 |
| 2 | Q.  Sure.  February 7, 12:36.  It's about | 17:00:17 |
| 3 | two-thirds of the way up on page 5. | 17:00:20 |
| 4 | A.  Page 5 is February the 9th. | 17:00:35 |
| 5 | Okay, I see that. | 17:00:49 |
| 6 | Q.  So February 7, 12:36, it looks like | 17:00:50 |
| 7 | there's a reference in that text to "the boss"; is | 17:00:53 |
| 8 | that right? | 17:00:56 |
| 9 | THE CHECK INTERPRETER:  "(Chinese | 17:01:11 |
| 10 | spoken)". | 17:01:11 |
| 11 | A.  Yes, I think this refers to Stephen. | 17:01:14 |
| 12 | BY MR. MICHAEL: | 17:01:18 |
| 13 | Q.  Again, Stephen Chen? | 17:01:18 |
| 14 | A.  Yes.  So the conversation is about that, | 17:01:20 |
| 15 | when we are hiring people, if this person is not | 17:02:14 |
| 16 | able to be on board right away, because we're | 17:02:18 |
| 17 | working at Tainan and not everybody lives in | 17:02:22 |
| 18 | Tainan.  So, for example, if this person's wife | 17:02:30 |
| 19 | disapproves of him coming to Tainan to work, or if | 17:02:34 |
| 20 | there are family members who are ill and need | 17:02:38 |
| 21 | their care, we still welcome people like that, but | 17:02:41 |
| 22 | they can report or be on board later.  So I think | 17:02:44 |
| 23 | back then, Wang Yong Ming was already considering | 17:02:48 |
| 24 | joining us. | 17:02:54 |
| 25 | So my advice then was that "You have to | 17:03:01 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              142

| | | |
|---|---|---|
| 1 | think it through yourself, depending on your | 17:03:04 |
| 2 | conditions and situations and your environment, to | 17:03:07 |
| 3 | see if you can join or not."  And I asked him to | 17:03:11 |
| 4 | think it through. | 17:03:17 |
| 5 | Q.  UMC was actively trying to recruit | 17:03:22 |
| 6 | engineers for its DRAM project around this time | 17:03:25 |
| 7 | period; correct? | 17:03:29 |
| 8 | A.  Yes. | 17:03:36 |
| 9 | Q.  And you were involved with recruiting | 17:03:38 |
| 10 | Mr. Kenny Wang to join UMC? | 17:03:41 |
| 11 | A.  We are friends.  And we were in frequent | 17:03:54 |
| 12 | contact with each other.  When we were at Micron, | 17:04:02 |
| 13 | Micron asked us to sign a contract, one of which | 17:04:14 |
| 14 | is about deleting the data when we leave Micron. | 17:04:22 |
| 15 | Another one is that after we leave Micron, we are | 17:04:39 |
| 16 | not allowed to actively recruit or help people at | 17:04:44 |
| 17 | Micron to find another job.  Because I signed this | 17:04:47 |
| 18 | contract, so I was being careful.  So I have never | 17:04:57 |
| 19 | proactively asked Wang Yong Ming to see if he | 17:05:07 |
| 20 | wants to join us or not. | 17:05:12 |
| 21 | I only told him what types of people we | 17:05:16 |
| 22 | need.  I asked him to give me some recommended | 17:05:18 |
| 23 | names for me to go to.  He gave me some names who | 17:05:28 |
| 24 | are from Huabang and Nanya -- | 17:05:40 |
| 25 | THE CHECK INTERPRETER:  Winbound. | 17:05:44 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                           143

| | | |
|---|---|---|
| 1 | A.  -- Winbound, and I contacted those people | 17:05:44 |
| 2 | and they were not interested.  Wang Yong Ming has | 17:05:52 |
| 3 | continuously asked me about our condition and | 17:06:00 |
| 4 | situation.  And the dialogue back then showed that | 17:06:02 |
| 5 | he himself already had this intention to come. | 17:06:10 |
| 6 | And if you look at the earlier dialogue, on | 17:06:25 |
| 7 | February 7th, he recommended a person called Chen | 17:06:28 |
| 8 | Mong Chien, but I do not know Chen Mong Chien in | 17:06:35 |
| 9 | person.  I'm not familiar with him.  And then Wang | 17:06:42 |
| 10 | Yong Ming proactively said, "If you still cannot | 17:06:45 |
| 11 | find a person," he would be willing to come here | 17:06:49 |
| 12 | to help.  But then he continued to write, saying | 17:06:54 |
| 13 | that his father was not in a good condition, his | 17:07:03 |
| 14 | father had a stroke. | 17:07:08 |
| 15 | (Chinese spoken) -- | 17:07:09 |
| 16 | Q.  Mr. Ho, I appreciate this, but I do want | 17:07:09 |
| 17 | to move along here today.  I know some people have | 17:07:14 |
| 18 | some flights to catch.  So let me ask you to do me | 17:07:16 |
| 19 | a favor.  Can you go back to page 2, and on | 17:07:19 |
| 20 | January 18th, 2016, there's an entry at 20:22.  Do | 17:07:32 |
| 21 | you see that? | 17:07:38 |
| 22 | A.  Yes, I saw that.  So it's January 18 of | 17:07:55 |
| 23 | 2016, 20:22. | 17:07:59 |
| 24 | Q.  Can you read that one entry out loud for | 17:08:01 |
| 25 | us, please. | 17:08:03 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    144

| | | |
|---|---|---|
| 1 | A.  "I feel that without you, the staffing | 17:08:16 |
| 2 | would be not enough and that the scope would not | 17:08:23 |
| 3 | be enough." | 17:08:31 |
| 4 | Q.  Can I ask you to jump ahead to page 12. | 17:08:34 |
| 5 | Actually, go to page 13.  Mr. Ho, if you look at | 17:08:50 |
| 6 | the text entry on April 1, 2016, it looks like | 17:09:04 |
| 7 | Mr. Wang provides you with his personal email | 17:09:09 |
| 8 | address.  Do you see that? | 17:09:11 |
| 9 | A.  Yes. | 17:09:23 |
| 10 | Q.  And if you turn the page, to the text | 17:09:24 |
| 11 | that starts on April 2, 2016, and at 23:04, it | 17:09:30 |
| 12 | looks like you provide Mr. Wang the same Gmail | 17:09:40 |
| 13 | address of your personal Gmail that you testified | 17:09:47 |
| 14 | to earlier today.  Do you see that? | 17:09:50 |
| 15 | A.  I actually didn't see it.  So which | 17:10:04 |
| 16 | page and which date? | 17:10:07 |
| 17 | Q.  Page 14. | 17:10:08 |
| 18 | A.  Okay. | 17:10:13 |
| 19 | Q.  Do you see your personal email there? | 17:10:14 |
| 20 | A.  Yes. | 17:10:19 |
| 21 | Q.  What type of information were you and | 17:10:23 |
| 22 | Mr. Wang exchanging over personal email in early | 17:10:25 |
| 23 | April 2016? | 17:10:31 |
| 24 | THE CHECK INTERPRETER:  "(Chinese | 17:10:42 |
| 25 | spoken)". | 17:10:42 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                        145

| | | |
|---|---|---|
| 1 | A.  I was exchanging -- we were exchanging | 17:11:27 |
| 2 | some [patent]-related information on the (Chinese | 17:11:29 |
| 3 | spoken) of the test key.  So not exchange -- I was | 17:11:36 |
| 4 | thinking about a scribe-line patent-related issue | 17:11:49 |
| 5 | back then. | 17:11:54 |
| 6 | (Interpreters/witness clarification) | 17:11:55 |
| 7 | THE COURT REPORTER:  I am sorry, can you | 17:11:55 |
| 8 | say that again. | 17:11:55 |
| 9 | THE CHECK INTERPRETER:  The witness did | 17:12:09 |
| 10 | not use the word "patent". | 17:12:10 |
| 11 | MR. MICHAEL:  It was "pattern"? | 17:12:13 |
| 12 | THE CHECK INTERPRETER:  Yeah, maybe | 17:12:16 |
| 13 | "pattern". | 17:12:17 |
| 14 | A.  So I was to create a structure of the | 17:12:19 |
| 15 | scribe line.  So I was to create a structure on | 17:12:22 |
| 16 | the scribe line. | 17:12:31 |
| 17 | MR. JOHNSON:  It's "scribe". | 17:12:36 |
| 18 | S-c-r-i-b-e. | 17:12:40 |
| 19 | A.  Scribe line.  I found a couple of | 17:12:45 |
| 20 | approaches.  However, after some thinking, I feel | 17:12:48 |
| 21 | that all these approaches would come with side | 17:12:56 |
| 22 | effects.  So I asked him for his email so I can | 17:12:59 |
| 23 | send him some of my ideas for his advice.  So that | 17:13:11 |
| 24 | was the reason I asked him for his email. | 17:13:20 |
| 25 | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                146

| | | |
|---|---|---|
| 1 | BY MR. MICHAEL: | 17:13:24 |
| 2 | Q.  Mr. Ho, did you search, collect and | 17:13:25 |
| 3 | produce your personal email communications with | 17:13:27 |
| 4 | Mr. Wang in connection with this litigation? | 17:13:30 |
| 5 | A.  This did not leave any record.  I deleted | 17:13:54 |
| 6 | it.  The file I sent him might have stored | 17:13:57 |
| 7 | somewhere, but that was -- that is quite | 17:14:15 |
| 8 | impossible, because I was not able to send it.  So | 17:14:18 |
| 9 | I think the file is stored at home.  I do not | 17:14:27 |
| 10 | recall exactly where it is stored.  It was | 17:14:31 |
| 11 | probably -- it was compiled by myself. | 17:14:38 |
| 12 | Q.  Compiled for what reason? | 17:14:40 |
| 13 | A.  So I wanted to make some structures, but | 17:14:58 |
| 14 | my approaches would have come with side effects. | 17:15:01 |
| 15 | And I have a couple of options to do this. | 17:15:08 |
| 16 | Q.  Mr. Ho, I'm going to just -- what I want | 17:15:11 |
| 17 | to know is, do you have still in existence today | 17:15:14 |
| 18 | the email communications between you and Mr. Wang | 17:15:22 |
| 19 | on your Gmail accounts? | 17:15:25 |
| 20 | A.  I haven't found them recently. | 17:15:39 |
| 21 | Q.  Did you search for them in connection | 17:15:46 |
| 22 | with your testimony here today? | 17:15:47 |
| 23 | A.  I did not search for this said document. | 17:15:56 |
| 24 | What I did was I opened by Gmail account and then | 17:16:09 |
| 25 | scanned through the account, and I didn't find | 17:16:13 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    147

| | | |
|---|---|---|
| 1 | this record.  I only saw the information that | 17:16:16 |
| 2 | I mentioned earlier this morning, about the | 17:16:27 |
| 3 | photos. | 17:16:29 |
| 4 | Q.  Mr. Ho, if you could jump to the entry on | 17:16:30 |
| 5 | June 30th.  Let me see if I can find the place. | 17:16:39 |
| 6 | A.  Page 21? | 17:16:59 |
| 7 | Q.  Page 21, thank you.  And the entries on | 17:17:00 |
| 8 | June 30th start on page 21 and continue on to | 17:17:08 |
| 9 | page 22.  Starting at line time-stamped 9:43, | 17:17:12 |
| 10 | Mr. Wang is asking you, "Where is Fu Che's | 17:17:29 |
| 11 | computer?  Can I borrow it to take a look at the | 17:17:38 |
| 12 | file?"  Correct? | 17:17:42 |
| 13 | A.  Yes. | 17:17:54 |
| 14 | Q.  And you responded that Stephen took | 17:17:54 |
| 15 | Fu Che's computer; correct? | 17:17:57 |
| 16 | A.  Yes. | 17:18:02 |
| 17 | Q.  And then you respond again at 20:27, | 17:18:04 |
| 18 | stating, "My one is in the gap above the small | 17:18:10 |
| 19 | cabinet."  Correct? | 17:18:13 |
| 20 | A.  Yes. | 17:18:30 |
| 21 | Q.  And again at 10:27, you state that the | 17:18:32 |
| 22 | password for your computer is QWER1234; correct? | 17:18:39 |
| 23 | A.  Yes. | 17:18:52 |
| 24 | Q.  Can I ask you to turn back to Exhibit 37, | 17:19:04 |
| 25 | and let me know if anywhere in the indictment, and | 17:19:15 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho
Conducted on July 12, 2018                                        148

| 1 | specifically the list of records that were | 17:19:20 |
|---|---|---|
| 2 | confiscated by the Taiwan prosecutors, if either | 17:19:25 |
| 3 | of the computers referenced on June 30th either | 17:19:29 |
| 4 | Mr. Fu Che's computer or the computer that you | 17:19:34 |
| 5 | were referring to with the password QWER1234 are | 17:19:39 |
| 6 | identified in Exhibit 37. | 17:19:47 |
| 7 | A.  I guess this is the one, page 21, | 17:21:56 |
| 8 | table 6, item number 1. | 17:22:07 |
| 9 | Q.  That is your computer with password | 17:22:14 |
| 10 | QWER1234? | 17:22:16 |
| 11 | A.  I suppose so. | 17:22:24 |
| 12 | Q.  You suppose so, or it is? | 17:22:26 |
| 13 | A.  I think it is. | 17:22:32 |
| 14 | Q.  Did the UMC-issued laptop that you used | 17:22:33 |
| 15 | at UMC contain the password QWER1234, or is that | 17:22:40 |
| 16 | for a separate laptop? | 17:22:47 |
| 17 | A.  First of all, the password is not | 17:23:10 |
| 18 | constant.  I change it from time to time.  So that | 17:23:13 |
| 19 | is how the company computer works.  After some | 17:23:22 |
| 20 | time, if you don't change the password, you don't | 17:23:25 |
| 21 | get -- you don't get access to the computer.  So | 17:23:28 |
| 22 | I think this computer here is the computer | 17:23:37 |
| 23 | referred to in the dialogue.  I suppose so. | 17:23:40 |
| 24 | Q.  The dialogue also refers to Fu Che's | 17:23:44 |
| 25 | computer.  That's Fu Che Lee; correct? | 17:23:47 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    149

| | | |
|---|---|---|
| 1 | A.  I think it's Fu Che Lee, Neil Lee. | 17:23:58 |
| 2 | Q.  Was Mr. Fu Che Lee's computer turned over | 17:24:03 |
| 3 | to the Taiwan prosecutors? | 17:24:07 |
| 4 | A.  Based on my understanding, no. | 17:24:18 |
| 5 | Q.  Why not? | 17:24:20 |
| 6 | MR. JOHNSON:  Objection.  Calls for | 17:24:23 |
| 7 | speculation. | 17:24:24 |
| 8 | A.  For a prosecutor to confiscate or take | 17:24:38 |
| 9 | away something from some person, the prosecutor | 17:24:44 |
| 10 | needs to have an order. | 17:24:48 |
| 11 | THE CHECK INTERPRETER:  "Warrant". | 17:24:50 |
| 12 | A.  Or a warrant. | 17:24:52 |
| 13 | BY MR. MICHAEL: | 17:24:54 |
| 14 | Q.  Did Mr. Fu Che Lee's computer contain | 17:24:54 |
| 15 | Micron documents? | 17:24:58 |
| 16 | MR. JOHNSON:  Objection.  Calls for | 17:25:01 |
| 17 | speculation. | 17:25:02 |
| 18 | A.  I don't think so, because the computer | 17:25:07 |
| 19 | was a public computer, a shared computer.  If you | 17:25:13 |
| 20 | need to read your own information, you just use | 17:25:19 |
| 21 | the computer as a medium for you to read.  So | 17:25:26 |
| 22 | theoretically, there would be no-one who would | 17:25:37 |
| 23 | store any information to that public or shared | 17:25:40 |
| 24 | computer. | 17:25:42 |
| 25 | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                              150

| | | |
|---|---|---|
| 1 | BY MR. MICHAEL: | 17:25:50 |
| 2 | Q.  Is this a computer that had the USB drive | 17:25:51 |
| 3 | enabled? | 17:25:53 |
| 4 | A.  Yes.  So the computer reads a USB drive, | 17:25:54 |
| 5 | but the computer does not get to connect to the | 17:26:03 |
| 6 | intranet of the company. | 17:26:06 |
| 7 | Q.  Wasn't that in violation of UMC's policy | 17:26:08 |
| 8 | prohibiting use of USB drives? | 17:26:11 |
| 9 | A.  That is correct.  It is prohibited for | 17:26:31 |
| 10 | a personal computer that gets to connect to the | 17:26:35 |
| 11 | internet to use a USB drive.  But in a lot of | 17:26:41 |
| 12 | scenarios, a USB is a must.  So, for example, when | 17:26:49 |
| 13 | we are communicating with a customer at the design | 17:26:57 |
| 14 | house, that usually involved a very large amount | 17:27:01 |
| 15 | of data.  Or sometimes when we take a picture on | 17:27:07 |
| 16 | the camera and we need to send the photos on the | 17:27:18 |
| 17 | company system, or sometimes when we communicate | 17:27:27 |
| 18 | with a vendor regarding the devices or machines | 17:27:34 |
| 19 | used, trying to figure out the process development | 17:27:37 |
| 20 | or process-related issues, then we need a USB.  Or | 17:27:42 |
| 21 | sometimes when a vendor needs to talk to you about | 17:27:59 |
| 22 | the capabilities of their machines, then they need | 17:28:02 |
| 23 | to send you information. | 17:28:06 |
| 24 | So the company cannot 100 percent | 17:28:12 |
| 25 | prohibit the use of a USB drive.  When there is | 17:28:16 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                151

| | | |
|---|---|---|
| 1 | a need to use a USB drive, you can apply.  And | 17:28:21 |
| 2 | then once you apply and your supervisor approves, | 17:28:29 |
| 3 | then you get to have this privilege to use the | 17:28:33 |
| 4 | USB. | 17:28:41 |
| 5 | Just like the first few weeks when | 17:28:49 |
| 6 | I first joined the company, I was the technical | 17:28:51 |
| 7 | manager in the high-level office.  So in the | 17:28:56 |
| 8 | beginning, I believed that there was such a need | 17:29:07 |
| 9 | for me to use a USB drive, so I asked a secretary | 17:29:10 |
| 10 | to apply for me.  I would like to be able to | 17:29:15 |
| 11 | freely use some of my personal things, just like | 17:29:24 |
| 12 | I did in Micron.  So I applied.  Probably it was | 17:29:28 |
| 13 | because I was working in the high-level office. | 17:29:41 |
| 14 | That is why there was not too much review | 17:29:45 |
| 15 | involved.  And then I got the approval. | 17:29:48 |
| 16 | Q.  Mr. Ho, did engineers at UMC use | 17:29:52 |
| 17 | Mr. Lee's computer to access and review Micron | 17:29:55 |
| 18 | documents that were stored on external drives? | 17:30:01 |
| 19 | A.  I don't know about the others, but | 17:30:21 |
| 20 | I suppose Kenny did.  Because the prosecutor found | 17:30:24 |
| 21 | that Kenny also had Micron's information.  And | 17:30:31 |
| 22 | same for me.  I also read the information. | 17:30:39 |
| 23 | Q.  Why did Mr. Stephen Chen take Mr. Fu Che | 17:30:44 |
| 24 | Lee's computer? | 17:30:49 |
| 25 | MR. JOHNSON:  Objection.  It calls for | 17:30:57 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    152

| | | |
|---|---|---|
| 1 | speculation. | 17:30:59 |
| 2 | A.  I don't know. | 17:31:00 |
| 3 | BY MR. MICHAEL: | 17:31:06 |
| 4 | Q.  Do you know what the file was that | 17:31:07 |
| 5 | Mr. Kenny Wang wanted to look at on Mr. Lee's and | 17:31:09 |
| 6 | your computers? | 17:31:13 |
| 7 | A.  I do not know.  We did not look at each | 17:31:21 |
| 8 | other's information. | 17:31:32 |
| 9 | Q.  Do you know if Mr. Fu Che Lee's computer | 17:31:40 |
| 10 | that is referenced in this text exchange on June | 17:31:44 |
| 11 | 30th, 2016, still exists at UMC today? | 17:31:47 |
| 12 | A.  I do not know. | 17:32:05 |
| 13 | Q.  Has anybody at UMC asked you to -- | 17:32:08 |
| 14 | A.  I asked them, because back then the | 17:32:15 |
| 15 | prosecutor came to get me and I was there being | 17:32:26 |
| 16 | asked questions for two nights at the | 17:32:31 |
| 17 | investigation bureau.  Since my computer was | 17:32:36 |
| 18 | confiscated, so I asked him, "What about your | 17:32:47 |
| 19 | computer?"  And then he told me it was gone, | 17:32:51 |
| 20 | disappeared. | 17:32:54 |
| 21 | Q.  Mr. Lee's computer disappeared? | 17:32:57 |
| 22 | A.  That was not his computer, but it was the | 17:33:05 |
| 23 | computer that he said it was disappeared.  It was | 17:33:08 |
| 24 | a public, shared computer. | 17:33:11 |
| 25 | Q.  Do you know if that computer was | 17:33:13 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                           153

| | | |
|---|---|---|
| 1 | destroyed? | 17:33:15 |
| 2 | A.  I do not know. | 17:33:21 |
| 3 | Q.  Was is hidden from the prosecutors? | 17:33:23 |
| 4 | MR. JOHNSON:  Objection.  Calls for | 17:33:28 |
| 5 | speculation. | 17:33:30 |
| 6 | A.  I guess they were also afraid to be | 17:33:38 |
| 7 | caught, so I don't know.  I don't know what they | 17:33:41 |
| 8 | did to the computer. | 17:33:44 |
| 9 | BY MR. MICHAEL: | 17:33:46 |
| 10 | Q.  When you say "they", who are you | 17:33:47 |
| 11 | referring to?  What individuals? | 17:33:49 |
| 12 | A.  (Chinese spoken). | 17:33:56 |
| 13 | MR. JOHNSON:  Objection. | 17:33:57 |
| 14 | Don't guess, don't speculate.  Tell us | 17:33:59 |
| 15 | what you know. | 17:34:01 |
| 16 | A.  I do not know.  No-one told me. | 17:34:07 |
| 17 | MR. CHEN:  Sorry, (Chinese spoken). | 17:34:14 |
| 18 | THE MAIN INTERPRETER:  So before | 17:34:31 |
| 19 | Mr. Johnson's objection, the witness said, "It | 17:34:33 |
| 20 | might have been Fu Che or someone who used the | 17:34:35 |
| 21 | computer." | 17:34:40 |
| 22 | MR. JOHNSON:  Do you agree with that? | 17:34:42 |
| 23 | THE CHECK INTERPRETER:  Yes. | 17:34:43 |
| 24 | BY MR. MICHAEL: | 17:34:47 |
| 25 | Q.  Who is Fu Che? | 17:34:48 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho
Conducted on July 12, 2018                                    154

| | | |
|---|---|---|
| 1 | A.  Neil Lee. | 17:34:55 |
| 2 | Q.  Do you have any basis to believe that | 17:34:56 |
| 3 | Mr. Rong, Rong Le Tien, was involved in hiding | 17:34:58 |
| 4 | computers from the prosecutors? | 17:35:04 |
| 5 | A.  My understanding is that he probably | 17:35:27 |
| 6 | didn't know the existence of this computer. | 17:35:29 |
| 7 | Q.  And to your knowledge, Mr. Ho, this | 17:35:34 |
| 8 | computer that is referenced in the Line text | 17:35:37 |
| 9 | exchange has never been turned over to the Taiwan | 17:35:43 |
| 10 | prosecutors; correct? | 17:35:47 |
| 11 | MR. JOHNSON:  Objection.  Calls for | 17:35:57 |
| 12 | speculation. | 17:35:58 |
| 13 | Only if you know. | 17:36:00 |
| 14 | A.  I do not know, and there supposedly was | 17:36:10 |
| 15 | no way for the prosecutor to get this computer. | 17:36:16 |
| 16 | Because the prosecutor has no knowledge about the | 17:36:21 |
| 17 | existence of this computer. | 17:36:25 |
| 18 | BY MR. MICHAEL: | 17:36:28 |
| 19 | Q.  Has this computer been turned over to | 17:36:29 |
| 20 | your counsel, the Dan Johnson Law Group, in this | 17:36:31 |
| 21 | case? | 17:36:36 |
| 22 | A.  No. | 17:36:39 |
| 23 | Q.  Why not? | 17:36:41 |
| 24 | A.  It could not be found.  I do not know. | 17:36:48 |
| 25 | MR. MICHAEL:  Let's take 30 seconds. | 17:36:58 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          155

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  We are going off the | 17:37:03 |
| 2 | record.   The time is 5:37 p.m. | 17:37:04 |
| 3 | (Break taken) | 17:37:09 |
| 4 | THE VIDEOGRAPHER:  We are back on the | 17:38:15 |
| 5 | record.   The time is 5:38 p.m. | 17:38:16 |
| 6 | MR. MICHAEL:  Mr. Ho, thank you for your | 17:38:22 |
| 7 | time today.  There are a number of outstanding | 17:38:24 |
| 8 | items in connection with today's deposition, the | 17:38:26 |
| 9 | least of which includes the latest bit of | 17:38:31 |
| 10 | testimony relating to the existence of a computer | 17:38:34 |
| 11 | that appears to have been used in connection with | 17:38:38 |
| 12 | reviewing it, if it does not in fact include | 17:38:41 |
| 13 | Micron documents which would be directly | 17:38:47 |
| 14 | responsive to the topics of today's deposition, so | 17:38:48 |
| 15 | we're going to reserve our right to maintain the | 17:38:51 |
| 16 | deposition as being open, but I have no further | 17:38:54 |
| 17 | questions for today. | 17:38:56 |
| 18 | And we have designated the transcript | 17:38:57 |
| 19 | attorneys' eyes only, highly confidential, | 17:39:00 |
| 20 | attorneys' eyes only, per the protective order, | 17:39:04 |
| 21 | and with that, I'm finished for today. | 17:39:06 |
| 22 | MR. JOHNSON:  I've got two follow-up | 17:40:19 |
| 23 | questions. | 17:40:20 |
| 24 | EXAMINATION BY MR. JOHNSON: | 17:40:21 |
| 25 | Q.  Did you conduct an investigation to try | 17:40:23 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          156

| | | |
|---|---|---|
| 1 | to locate this missing computer? | 17:40:25 |
| 2 | A.  I talked to people who used this | 17:40:49 |
| 3 | computer, and what Fu Che Lee told me was that one | 17:40:52 |
| 4 | week before the prosecutor came to the company, | 17:40:58 |
| 5 | this computer was borrowed by another person. | 17:41:01 |
| 6 | (Chinese spoken). | 17:41:07 |
| 7 | Q.  I asked you if you conducted | 17:41:07 |
| 8 | an investigation. | 17:41:10 |
| 9 | A.  (In English) Yes. | 17:41:11 |
| 10 | A.  And he has not used the computer for | 17:41:12 |
| 11 | quite a while. | 17:41:14 |
| 12 | A.  (In English) Yes. | 17:41:15 |
| 13 | Q.  Okay.  Did you locate the computer?  Did | 17:41:16 |
| 14 | you or anyone at UMC locate that computer? | 17:41:19 |
| 15 | A.  No. | 17:41:30 |
| 16 | Q.  All right.  Did you ask about the | 17:41:31 |
| 17 | computer at any time after the government visited | 17:41:36 |
| 18 | UMC's facility? | 17:41:47 |
| 19 | THE CHECK INTERPRETER:  "(Chinese | 17:41:57 |
| 20 | spoken)". | 17:41:57 |
| 21 | A.  Yes. | 17:41:59 |
| 22 | BY MR. JOHNSON: | 17:42:01 |
| 23 | Q.  I believe you testified that somebody | 17:42:02 |
| 24 | borrowed the computer at some point. | 17:42:05 |
| 25 | A.  Yes.  Fu Che Lee said that the computer | 17:42:16 |

| | | |
|---|---|---|
| 1 | had been borrowed by someone for quite a while. | 17:42:20 |
| 2 | Q.  And do you know who that someone was? | 17:42:23 |
| 3 | A.  I do not know. | 17:42:29 |
| 4 | Q.  And the computer has never re-surfaced? | 17:42:31 |
| 5 | Or has the computer ever re-surfaced at UMC? | 17:42:35 |
| 6 | MR. MICHAEL:  Objection.  Calls for | 17:42:40 |
| 7 | speculation. | 17:42:41 |
| 8 | A.  No, not after the prosecutor visited the | 17:42:54 |
| 9 | company.  After the prosecutor came to the | 17:42:57 |
| 10 | company, I asked around.  The computer has never | 17:43:00 |
| 11 | shown. | 17:43:05 |
| 12 | MR. JOHNSON:  Nothing further. | 17:43:06 |
| 13 | MR. MICHAEL:  I think we're done. | 17:43:10 |
| 14 | THE VIDEOGRAPHER:  We are going off the | 17:43:12 |
| 15 | record.  The time is 5:43 p.m. | 17:43:13 |
| 16 | (Off the record at 5:43 p.m.) | 17:43:18 |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    158

```
 1              CERTIFICATE OF SHORTHAND REPORTER

 2            I, JADE K. KING, Accredited Shorthand

 3     Reporter, the officer before whom the foregoing

 4     deposition was taken, do hereby certify that the

 5     foregoing transcript is a true and correct record

 6     of the testimony given; that said testimony was

 7     taken by me stenographically and thereafter

 8     reduced to typewriting under my supervision; that

 9     reading and signing was not requested; and that I

10     am neither counsel for or related to, nor employed

11     by any of the parties to this case and have no

12     interest, financial or otherwise, in its outcome.

13            IN WITNESS WHEREOF, I have hereunto set

14     my hand this 15th day of July 2018.

15

16     _____

17

18

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

159

| A |
|---|

**ability**
51:20, 51:23,
51:25, 106:16
**able**
11:9, 48:6,
70:6, 102:15,
106:10, 119:23,
127:20, 141:16,
146:8, 151:10
**about**
9:15, 10:1,
13:11, 18:13,
21:20, 25:17,
26:24, 29:4,
32:19, 32:20,
34:12, 34:15,
34:20, 36:2,
37:12, 38:20,
39:11, 39:16,
40:1, 40:12,
42:9, 43:8,
52:17, 54:16,
56:1, 56:12,
57:16, 59:7,
59:14, 63:14,
65:9, 65:20,
65:23, 67:7,
70:24, 71:2,
71:9, 73:4,
73:15, 75:14,
75:15, 84:5,
84:18, 85:3,
85:22, 86:16,
87:4, 87:9,
93:9, 95:6,
97:18, 97:21,
99:18, 105:23,
107:24, 108:24,
117:6, 119:20,
119:22, 119:25,
123:6, 123:24,
123:25, 127:2,
127:6, 127:7,
127:8, 127:9,
129:5, 133:2,
135:19, 138:21,

139:8, 140:11,
141:2, 141:14,
142:14, 143:3,
145:4, 147:2,
150:21, 151:19,
152:18, 154:16,
156:16
**above**
147:18
**absolutely**
127:1, 128:23
**acceptable**
10:12, 11:15
**access**
46:14, 48:8,
48:10, 48:11,
51:11, 51:18,
52:12, 52:20,
52:23, 54:24,
55:15, 104:17,
105:13, 105:16,
106:12, 106:17,
111:7, 111:15,
148:21, 151:17
**accessed**
105:10, 105:20,
107:11, 107:21
**accessory**
42:23
**according**
27:4, 97:9,
97:15, 125:5
**account**
36:6, 47:11,
47:16, 47:18,
47:22, 48:11,
48:19, 48:23,
49:19, 49:20,
49:22, 50:1,
50:3, 50:14,
50:21, 51:4,
51:8, 51:12,
51:14, 79:7,
79:16, 79:18,
94:6, 94:11,
109:25, 146:24,
146:25
**accounts**
50:25, 67:14,

146:19
**accredited**
158:2
**accurate**
11:18, 137:5
**accused**
114:11
**acquired**
34:25, 63:9,
71:24, 73:19,
134:5
**acronyms**
49:2
**action**
22:10
**actions**
105:19, 107:10
**actively**
142:5, 142:16
**activities**
122:22, 123:7
**activity**
67:17, 127:9
**actual**
39:12, 137:14
**actually**
28:11, 53:24,
69:23, 71:4,
72:8, 75:23,
94:9, 95:23,
95:25, 96:1,
98:17, 100:7,
114:16, 117:5,
118:24, 124:5,
131:7, 140:1,
144:5, 144:15
**add**
13:23, 106:25,
113:11, 122:24,
125:14
**additional**
9:3, 134:25
**address**
8:8, 51:2,
51:15, 144:8,
144:13
**adjust**
16:17

**adjusting**
16:18
**adjustments**
15:24, 16:2
**administer**
7:5
**admissibility**
7:7
**advance**
87:16
**advice**
141:25, 145:23
**aerodynamics**
61:1, 61:2
**aerospace**
60:23, 60:24,
61:1, 61:2,
61:22
**afraid**
113:2, 153:6
**after**
14:1, 16:2,
16:7, 17:13,
17:22, 22:12,
22:22, 30:1,
30:6, 34:25,
35:2, 36:10,
39:5, 41:7,
41:12, 41:16,
41:24, 43:14,
52:4, 53:2,
53:25, 54:20,
62:5, 62:21,
65:16, 97:3,
109:5, 109:6,
109:20, 109:23,
113:24, 117:24,
134:6, 134:24,
136:4, 142:15,
145:20, 148:19,
156:17, 157:8,
157:9
**again**
38:15, 40:20,
43:7, 44:18,
85:20, 90:7,
99:4, 107:15,
130:23, 137:11,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

160

139:10, 141:1,
141:13, 145:8,
147:17, 147:21
**against**
4:22, 84:10,
84:15, 85:17
**agency**
27:2, 27:14,
27:18, 27:22,
28:6, 28:8,
28:9, 28:10
**agency's**
28:1
**agent**
104:17
**ago**
12:4
**agree**
7:6, 16:24,
24:23, 74:15,
88:1, 88:16,
153:22
**agreed**
7:9, 7:10, 7:11
**agreement**
2:12
**ahead**
144:4
**al**
6:5
**all**
10:6, 19:10,
25:5, 25:11,
36:4, 38:7,
39:25, 45:25,
55:1, 55:4,
63:17, 67:23,
67:24, 69:25,
72:22, 84:3,
84:6, 96:12,
108:25, 122:18,
122:22, 123:6,
123:9, 123:23,
124:15, 126:12,
127:20, 129:24,
130:13, 132:16,
134:25, 145:21,
148:17, 156:16

**allow**
52:17, 106:15,
109:9, 109:12
**allowed**
48:5, 48:6,
109:14, 109:21,
109:23, 110:3,
142:16
**allowing**
111:2
**along**
143:17
**already**
33:24, 79:15,
95:25, 106:3,
112:5, 113:15,
122:25, 130:6,
131:9, 132:17,
141:23, 143:5
**also**
3:30, 6:19,
12:16, 17:12,
19:14, 19:19,
20:12, 20:14,
26:7, 29:22,
33:17, 33:18,
46:24, 52:12,
54:8, 57:22,
58:16, 59:8,
68:7, 81:21,
81:22, 104:5,
106:9, 106:12,
106:14, 106:23,
108:10, 108:23,
109:10, 109:16,
113:1, 119:7,
123:19, 125:14,
126:1, 128:2,
128:7, 134:6,
134:15, 135:7,
148:24, 151:21,
151:22, 153:6
**always**
24:7, 24:14,
24:15, 54:2,
85:11, 114:9
**ambiguity**
91:15

**american**
72:6
**among**
123:14
**amount**
123:17, 124:17,
150:14
**another**
19:10, 52:17,
53:7, 53:14,
71:20, 88:4,
108:6, 108:17,
116:10, 142:15,
142:17, 156:5
**answer**
10:9, 11:14,
14:12, 38:24,
70:18, 77:23,
85:15, 85:22,
86:1, 86:21,
87:9, 87:12,
89:11, 89:12,
89:25, 94:1,
97:23, 107:15,
110:11, 113:8,
123:5, 126:2,
126:4, 126:5,
126:17, 126:20,
126:25, 127:13,
137:17, 137:19,
140:8
**answered**
74:1, 103:12,
107:14, 118:13,
119:9, 120:11,
121:22
**answering**
17:2
**answers**
11:3
**any**
10:23, 11:3,
11:17, 17:13,
17:21, 29:11,
30:3, 33:13,
37:22, 38:4,
38:12, 38:18,
46:2, 46:15,

46:16, 46:17,
47:15, 47:21,
48:22, 50:24,
56:22, 57:3,
57:6, 57:12,
59:24, 60:5,
62:6, 62:12,
67:20, 70:21,
72:11, 77:19,
79:21, 80:15,
80:18, 81:3,
85:15, 85:19,
85:22, 85:24,
91:6, 95:2,
96:1, 96:7,
96:9, 97:1,
100:25, 104:16,
104:18, 105:15,
106:9, 106:14,
106:16, 107:11,
112:23, 114:10,
119:15, 130:15,
137:1, 137:2,
146:5, 149:23,
154:2, 156:17,
158:11
**anybody**
77:18, 152:13
**anymore**
109:21
**anyone**
27:17, 27:25,
28:20, 29:13,
29:15, 105:10,
107:16, 118:19,
156:14
**anything**
20:10, 21:14,
21:22, 36:21,
48:1, 70:20,
85:10, 85:24,
87:4, 87:16,
94:14, 104:23,
106:25, 107:17,
107:20, 122:24
**anywhere**
147:25
**apartment**
8:14, 111:21

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

161

apologize
101:9, 101:22
app
106:20, 106:21
appeared
91:11
appears
155:11
apple
109:13
application
5:10, 106:24,
133:6, 133:9,
133:10, 137:24
applied
151:12
apply
46:12, 151:1,
151:2, 151:10
appreciate
107:3, 107:8,
143:16
approach
125:9
approaches
18:24, 145:20,
145:21, 146:14
appropriate
39:13, 88:16,
127:12
approval
151:15
approves
151:2
approximate
31:19, 54:14,
97:5
approximately
41:25, 43:23,
75:24, 82:24,
83:4, 97:4,
101:7
april
63:2, 144:6,
144:11, 144:23
area
24:18, 115:6,
115:8

argument
39:15, 39:16
argumentative
111:23
around
142:6, 157:10
articles
14:13
asia
72:7
ask
10:23, 11:12,
13:10, 18:20,
25:16, 26:1,
40:11, 44:17,
68:9, 86:13,
88:19, 100:19,
101:13, 107:16,
124:12, 127:2,
129:14, 138:1,
140:22, 143:18,
144:4, 147:24,
156:16
asked
53:3, 60:8,
60:11, 73:25,
101:9, 103:11,
107:13, 110:2,
110:4, 110:8,
118:12, 119:8,
120:10, 121:22,
127:7, 127:8,
127:9, 136:25,
140:5, 142:3,
142:13, 142:19,
142:22, 143:3,
145:22, 145:24,
151:9, 152:13,
152:14, 152:16,
152:18, 156:7,
157:10
asking
32:24, 38:20,
43:8, 56:15,
56:25, 71:14,
76:22, 97:24,
105:15, 120:12,
147:10

assign
41:22
assigned
42:1
assume
74:16, 88:14
attached
84:17, 98:25
attend
26:25, 123:22
attended
65:11
attorneys
1:16, 28:25,
29:6, 29:11,
68:12, 69:9,
69:14, 126:23,
155:19, 155:20
author
102:11, 102:16
authority
46:12
available
12:17, 71:23,
73:14
aviation
60:22, 60:25
aware
36:23, 70:14,
72:21, 95:2,
105:15
awareness
25:23
away
19:16, 37:24,
45:11, 80:13,
112:5, 127:4,
141:16, 149:9

**B**

b) (6
4:10, 12:23
b) (6) (jurisdicti-
onal
13:6
b-o-n-g
19:8, 108:15
back
22:6, 26:17,

33:20, 35:4,
40:8, 46:19,
64:22, 66:24,
67:2, 73:6,
81:12, 84:19,
85:11, 94:10,
95:14, 95:17,
98:17, 99:15,
103:7, 104:11,
109:9, 113:6,
122:8, 124:11,
124:18, 136:10,
136:25, 141:23,
143:4, 143:19,
145:5, 147:24,
152:14, 155:4
back-up
33:9, 33:11,
38:3, 38:17,
39:2, 67:16,
98:11
backed
94:5, 94:14,
94:22
background
134:13, 135:10,
138:22
bad
53:22
bank
1:21, 2:4, 6:10
based
7:7, 14:1,
24:5, 24:12,
31:10, 46:9,
46:10, 66:15,
69:3, 74:12,
75:2, 81:7,
83:1, 87:10,
149:4
basically
16:11, 24:19,
107:17, 115:16,
117:24, 124:15,
139:7
basis
82:9, 154:2
bates
34:5, 98:23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

162

**became**
9:17, 9:20,
63:6, 63:7,
63:10, 123:23
**because**
23:2, 24:8,
26:1, 56:25,
69:21, 70:25,
73:5, 73:13,
77:23, 81:25,
85:17, 85:18,
96:23, 98:21,
99:21, 100:6,
100:10, 102:25,
106:1, 106:6,
106:7, 111:20,
123:17, 127:3,
141:16, 142:17,
146:8, 149:18,
151:13, 151:20,
152:14, 154:16
**been**
4:1, 7:16,
10:22, 11:22,
13:21, 25:20,
26:6, 31:6,
33:23, 34:1,
39:6, 49:20,
54:20, 58:9,
62:16, 66:7,
70:6, 71:17,
73:13, 78:19,
78:21, 83:5,
83:24, 84:5,
91:11, 94:22,
95:6, 96:22,
97:1, 101:22,
111:10, 115:9,
116:25, 117:7,
117:12, 118:9,
119:8, 126:6,
132:11, 153:20,
154:9, 154:19,
155:11, 157:1
**before**
2:12, 7:1,
9:25, 11:14,
13:8, 13:24,

23:14, 26:15,
27:1, 29:23,
29:24, 30:13,
32:18, 35:9,
35:15, 64:11,
71:23, 71:24,
73:14, 76:7,
76:15, 85:12,
86:7, 94:18,
95:23, 111:24,
113:9, 113:17,
121:21, 122:6,
134:5, 134:7,
135:14, 136:23,
140:7, 140:14,
153:18, 156:4,
158:3
**began**
123:18
**beginning**
65:8, 65:19,
65:24, 106:2,
112:4, 113:13,
114:2, 114:6,
151:8
**begins**
6:2
**behalf**
6:9, 6:13,
6:17, 7:10,
7:11, 11:22,
26:2, 26:3,
60:4, 87:11,
124:11
**being**
15:24, 16:2,
35:11, 52:4,
52:8, 64:3,
77:24, 84:24,
142:18, 152:15,
155:16
**believe**
38:25, 39:2,
92:7, 92:12,
93:4, 127:12,
131:9, 154:2,
156:23
**believed**
24:7, 24:15,

24:16, 114:9,
151:8
**belong**
87:25
**below**
90:25
**besides**
30:3, 33:13
**best**
11:4, 32:12,
122:18
**better**
10:18
**between**
18:24, 81:16,
81:21, 82:22,
108:24, 117:2,
117:15, 123:14,
123:19, 136:17,
137:15, 146:18
**big**
139:15, 139:18
**bin**
29:22, 30:5,
30:8, 32:20,
32:23, 40:14,
40:25, 43:10,
71:6, 95:2,
95:20, 95:22,
96:18
**bins**
4:17, 75:18,
76:5
**birth**
62:8
**bit**
43:8, 136:4,
140:2, 155:9
**biweekly**
82:8
**blogs**
106:14
**blvd**
3:25
**board**
41:6, 41:16,
65:16, 97:3,
141:16, 141:22

**boise**
35:2, 35:4,
72:15, 73:23,
77:10, 81:23
**bong**
19:6, 108:14
**borrow**
147:11
**borrowed**
156:5, 156:24,
157:1
**boss**
66:11, 120:9,
120:15, 120:21,
121:4
**boss"**
141:7
**both**
56:4, 84:25,
85:4, 98:7
**bottom**
89:20
**bought**
97:3
**brand**
32:6, 97:2
**break**
11:8, 11:10,
11:15, 21:25,
22:5, 34:4,
34:10, 34:12,
34:15, 39:9,
40:3, 40:7,
58:8, 63:16,
64:11, 66:18,
66:23, 95:9,
95:10, 95:13,
98:7, 112:24,
113:5, 113:9,
114:10, 136:5,
136:9, 155:3
**briefly**
64:11
**bring**
52:18, 105:1,
105:5, 106:15,
109:12, 109:14,
110:3, 110:6,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

163

110:9, 111:9
**brought**
72:12
**built**
68:25
**bureau**
152:17
**business**
64:7, 64:8,
65:13, 65:14
**buy**
118:20

**C**

**c**
86:18, 87:19
**c-h-a-n-g**
102:19
**c-h-a-n-g-x-i-n**
116:21
**c-h-e**
19:5, 108:12
**c-h-e-n**
120:17
**c-h-i**
19:13, 108:8
**c-h-i-a**
108:19
**c-h-i-a-n-g**
108:4
**c-h-i-e**
121:18
**c-h-u-n-g**
19:9, 108:16
**ca**
3:7, 3:13, 3:27
**cabinet**
147:19
**california**
1:2, 3:11
**call**
82:13, 82:15,
82:16
**called**
26:10, 64:9,
108:6, 108:17,
115:5, 125:20,
125:23, 143:7

**calls**
74:19, 75:7,
77:13, 80:10,
84:1, 96:20,
100:3, 149:6,
149:16, 151:25,
153:4, 154:11,
157:6
**came**
74:17, 75:5,
78:8, 111:24,
113:17, 121:14,
122:19, 123:13,
124:18, 124:23,
127:1, 152:15,
156:4, 157:9
**camera**
106:17, 106:19,
106:22, 150:16
**can**
7:5, 7:21,
12:20, 13:10,
13:19, 14:12,
16:20, 16:22,
21:25, 28:7,
32:2, 34:3,
34:9, 34:13,
34:16, 37:17,
39:4, 39:9,
39:12, 47:25,
48:5, 48:8,
48:10, 56:7,
62:15, 64:12,
78:1, 85:9,
85:10, 87:12,
88:19, 89:11,
89:25, 93:9,
94:1, 94:2,
98:7, 99:9,
104:11, 106:18,
107:15, 109:14,
113:11, 117:18,
117:20, 122:18,
122:24, 123:10,
124:25, 126:4,
126:5, 128:24,
129:2, 129:3,
129:25, 130:3,

131:21, 132:24,
135:2, 138:3,
138:6, 140:22,
141:22, 142:3,
143:19, 143:24,
144:4, 145:7,
145:22, 147:5,
147:11, 147:24,
151:1
**canceled**
46:14, 52:20,
52:24
**cancellation**
53:2, 53:7
**cannot**
11:17, 85:10,
87:8, 106:8,
107:16, 120:5,
124:9, 130:1,
135:3, 136:3,
143:10, 150:24
**capabilities**
150:22
**capacity**
26:8, 59:3
**cards**
94:3
**care**
141:21
**careful**
142:18
**case**
1:6, 18:2,
48:24, 91:14,
116:8, 154:21,
158:11
**catch**
111:25, 143:18
**caught**
114:10, 153:7
**cd**
25:8, 25:13
**cell**
79:15, 79:22,
80:1, 80:4,
80:5, 80:9,
80:13, 80:19,
94:2, 94:5,

94:10, 94:13,
106:18, 106:19,
109:16, 138:22,
140:9, 140:12,
140:15
**center**
72:10
**centers**
72:7, 73:8
**certain**
11:23, 12:15,
36:23, 68:17,
70:12, 74:11,
79:5, 128:8,
139:24
**certainly**
72:25
**certificate**
158:1
**certified**
85:1
**certify**
158:4
**chance**
78:23
**chang**
3:34, 102:17,
102:23, 135:6
**change**
22:22, 24:3,
148:18, 148:20
**changed**
17:25, 38:11,
79:15, 135:13
**changes**
17:13, 17:17,
17:21, 18:1,
22:12, 22:14,
22:25, 23:10,
25:24, 26:18
**changing**
16:18
**changxin**
116:19, 116:21
**channel**
124:5, 124:6
**chapter**
123:6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

164

character
103:1
characteristic
25:8, 25:14
characteristics
16:17, 16:23,
24:18, 25:7,
25:12
characters
102:12, 103:2
charge
22:25, 23:1,
24:7, 24:14,
66:11
che
19:3, 20:1,
108:11, 134:18,
148:25, 149:1,
149:2, 149:14,
151:23, 152:9,
153:20, 153:25,
156:3, 156:25
che's
147:10, 147:15,
148:4, 148:24
check
3:33, 7:14,
12:8, 14:9,
16:5, 16:15,
16:24, 17:15,
18:3, 18:10,
20:14, 24:11,
25:10, 26:22,
28:4, 29:25,
30:14, 31:8,
33:7, 35:13,
36:8, 36:19,
37:15, 41:1,
41:9, 42:15,
44:11, 45:8,
45:16, 46:23,
47:4, 49:12,
52:10, 52:23,
54:4, 54:8,
55:8, 55:18,
56:2, 56:8,
56:14, 57:24,
58:1, 58:3,

59:1, 59:8,
59:22, 60:21,
60:23, 64:19,
69:13, 74:22,
78:6, 80:15,
81:19, 86:3,
86:23, 92:4,
92:12, 92:25,
94:17, 96:25,
100:22, 103:13,
105:2, 106:5,
109:6, 110:7,
112:11, 112:19,
114:5, 117:16,
117:19, 118:2,
120:3, 121:11,
126:18, 127:22,
135:8, 137:18,
141:9, 142:25,
144:24, 145:9,
145:12, 149:11,
153:23, 156:19
checks
106:23
chen
1:20, 2:3,
3:15, 66:16,
90:24, 120:15,
120:17, 120:19,
120:21, 121:3,
121:9, 133:18,
133:19, 133:20,
133:24, 135:6,
135:21, 139:20,
141:13, 143:7,
143:8, 151:23,
153:17
cheng
3:32, 7:12,
131:25, 132:2,
135:22
chester
3:31, 6:8
chi
19:12, 108:6,
108:8
chia
108:17

chia-fang
3:35
chia-ling
3:32, 7:12
chiang
108:1, 108:3,
135:21
chiao
130:5
chie
121:15, 121:17
chieh
133:24
chien
130:7, 135:22,
143:8
chin
130:11
china
116:15
chinese
14:9, 18:4,
18:5, 26:22,
31:8, 36:8,
36:19, 37:15,
41:1, 42:15,
42:17, 45:8,
47:4, 49:9,
55:3, 55:6,
55:8, 55:11,
55:17, 56:2,
56:8, 56:14,
57:23, 58:25,
60:21, 64:24,
74:22, 85:1,
85:5, 85:7,
85:11, 86:3,
86:23, 92:25,
93:11, 100:22,
102:12, 103:1,
103:13, 115:9,
115:15, 116:14,
116:22, 117:16,
121:5, 121:14,
126:18, 127:22,
141:9, 143:15,
144:24, 145:2,
153:12, 153:17,

156:6, 156:19
chip
127:19, 128:5,
128:10, 128:12
chong
108:14
choose
126:20
chronologically
62:15
chronology
64:12
chu
134:2, 134:3,
134:14
chung
19:6, 19:8,
20:4, 108:16
circuit
1:11, 84:17
citizenship
62:10
citizenships
62:12
city
8:9, 116:14
civil
13:5
claim
129:5
clarification
8:21, 34:2,
42:21, 53:16,
59:10, 92:17,
121:16, 137:21,
138:24, 145:6
clarifications
139:24
clarify
18:3, 26:17,
28:12, 44:14
clean
53:3, 53:21
clear
14:4, 17:20,
84:21, 97:20,
122:10, 126:21
clearly
15:5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

165

client
127:11
close
24:20, 25:3
closer
16:20, 24:9
cloud
94:14, 106:13
code
125:12
codes
125:12
collaborative
82:18
colleague
18:22, 19:1,
19:19, 21:2
colleagues
18:21, 19:3,
20:9, 107:25,
113:1, 113:19,
123:14
collect
47:2, 47:8,
47:13, 48:22,
57:21, 87:17,
88:9, 146:2
collected
57:19, 70:13
collecting
58:6, 122:23
college
60:15, 60:20
column
89:20, 90:8,
91:20, 103:22,
104:5
com
50:8, 50:24,
51:3
combined
98:7
come
32:21, 123:5,
124:7, 124:8,
143:5, 143:11,
145:21, 146:14
comes
24:17, 75:23,

107:1, 115:11,
119:19, 124:6
comfortable
42:11, 42:25,
85:6
coming
53:12, 53:14,
73:11, 141:19
commissioned
117:23
commit
27:15, 29:1,
69:21, 70:1
communicate
150:17
communicating
150:13
communication
137:3
communications
5:15, 136:13,
136:17, 137:14,
146:3, 146:18
company
20:13, 20:16,
20:22, 27:2,
27:6, 28:8,
28:11, 28:16,
28:18, 29:18,
29:21, 31:15,
32:18, 32:19,
33:21, 35:22,
36:5, 36:10,
36:12, 37:25,
38:13, 46:14,
49:4, 49:6,
49:11, 49:15,
49:17, 50:9,
50:12, 50:19,
51:10, 52:13,
52:19, 52:21,
53:8, 53:11,
53:12, 54:12,
60:7, 60:11,
62:18, 67:24,
68:1, 68:6,
68:16, 70:7,
70:10, 71:5,

71:21, 72:6,
75:13, 87:11,
95:24, 96:2,
96:4, 96:8,
96:10, 97:7,
100:24, 104:24,
105:1, 105:3,
105:6, 106:11,
106:12, 106:15,
106:16, 106:21,
106:23, 107:16,
107:17, 109:1,
109:16, 109:18,
109:24, 110:4,
110:13, 111:10,
113:23, 114:23,
116:6, 116:13,
116:16, 116:18,
123:21, 124:18,
124:20, 148:19,
150:6, 150:17,
150:24, 151:6,
156:4, 157:9,
157:10
company's
28:21, 52:25,
54:1, 106:9
compare
18:23
compiled
123:12, 146:11,
146:12
complaint
4:22, 84:10,
84:15, 84:18,
84:22, 84:23,
85:4, 85:22
complaints
113:19
complete
11:18, 32:11,
102:21, 102:23
completely
32:20, 119:16
complex
8:14
comply
52:25

comprehension
10:15, 10:16,
10:17, 10:18
computer
4:31, 30:22,
31:23, 32:17,
32:23, 33:5,
33:15, 34:6,
40:12, 40:17,
40:24, 41:7,
41:11, 41:13,
41:14, 41:22,
42:7, 42:8,
42:12, 42:22,
42:23, 43:16,
43:25, 47:7,
47:8, 47:10,
49:11, 49:13,
49:15, 53:21,
53:22, 55:23,
56:16, 92:13,
92:19, 96:2,
96:8, 96:10,
96:23, 96:25,
97:2, 101:17,
101:21, 101:23,
109:18, 147:11,
147:15, 147:22,
148:4, 148:9,
148:19, 148:21,
148:22, 148:25,
149:2, 149:14,
149:18, 149:19,
149:21, 149:24,
150:2, 150:4,
150:5, 150:10,
151:17, 151:24,
152:9, 152:17,
152:19, 152:21,
152:22, 152:23,
152:24, 152:25,
153:8, 153:21,
154:6, 154:8,
154:15, 154:17,
154:19, 155:10,
156:1, 156:3,
156:5, 156:10,
156:13, 156:14,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

166

156:17, 156:24,
156:25, 157:4,
157:5, 157:10
**computers**
56:13, 74:8,
92:6, 148:3,
152:6, 154:4
**concern**
52:14, 52:17,
52:18, 53:15,
118:25
**concerned**
53:8, 113:20
**concerning**
85:16, 127:11
**concerns**
113:1
**conclusion**
113:17, 113:22,
113:25
**condition**
23:12, 23:15,
23:21, 23:24,
24:3, 24:4,
24:8, 24:10,
24:17, 24:22,
25:2, 36:1,
39:12, 119:20,
120:1, 120:2,
143:3, 143:13
**conditions**
16:7, 16:10,
20:8, 22:22,
23:11, 24:16,
25:24, 26:19,
26:21, 142:2
**conduct**
27:3, 37:2,
60:12, 114:7,
155:25
**conducted**
27:5, 68:7,
68:10, 78:24,
104:24, 105:3,
156:7
**conducting**
50:13, 50:20,
51:11

**conductor**
16:13, 16:21
**conference**
82:15
**confidential**
1:16, 110:20,
110:24, 125:25,
126:16, 126:23,
127:11, 137:1,
137:2, 155:19
**confidentiality**
126:8
**confirm**
15:2, 131:21,
132:24
**confirmed**
90:24
**confiscate**
79:21, 80:9,
149:8
**confiscated**
80:4, 80:20,
91:25, 92:3,
148:2, 152:18
**confused**
42:18, 43:8
**conjecture**
74:20, 75:8,
77:14, 80:11,
84:2, 96:21,
100:4
**connect**
48:7, 109:15,
109:24, 150:5,
150:10
**connection**
47:3, 89:4,
100:20, 146:4,
146:21, 155:8,
155:11
**consensus**
113:18
**considered**
126:16
**considering**
141:23
**consists**
84:22

**constant**
148:18
**constitute**
47:25
**constitutes**
48:15
**consultation**
86:1
**contact**
142:12
**contacted**
143:1
**contain**
38:17, 57:4,
57:7, 57:13,
58:10, 59:25,
60:6, 94:2,
95:3, 148:15,
149:14
**contained**
40:24, 49:16,
57:17, 85:25,
100:6, 100:8,
125:1
**containing**
97:13
**contains**
38:5, 38:19,
90:25, 126:11,
133:10
**content**
76:10
**contest**
11:8
**context**
87:5
**continue**
17:2, 17:9,
17:10, 113:8,
113:12, 147:8
**continued**
143:12
**continues**
90:18, 99:5,
104:20, 140:24
**continuously**
66:7, 143:3
**contract**
142:13, 142:18

**control**
16:12, 16:22,
109:17
**conversation**
137:6, 140:4,
140:19, 141:14
**copied**
96:1, 96:7,
96:9, 129:6
**copies**
39:1, 39:2,
90:9, 91:6,
91:23, 92:1,
93:5, 93:17
**copy**
12:17, 32:13,
33:2, 37:21,
38:1, 38:2,
38:8, 44:8,
44:16, 44:20,
44:25, 124:2,
124:19, 140:6,
140:7, 140:14
**corner**
91:13
**corp**
6:5
**corporate**
11:23, 12:2,
13:22, 15:3,
15:8, 15:14,
26:6, 60:4,
89:5, 100:21
**corporation**
1:10, 3:21,
8:23, 13:4,
84:16
**correct**
8:6, 9:10,
9:22, 14:6,
15:4, 17:23,
22:20, 30:22,
31:23, 36:25,
41:5, 42:2,
42:5, 43:16,
43:25, 45:3,
47:9, 49:10,
50:5, 51:18,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    167

51:21, 52:1,
52:2, 53:20,
56:13, 64:4,
66:1, 67:8,
67:18, 70:14,
72:16, 73:2,
73:3, 73:20,
73:24, 74:3,
74:6, 86:11,
93:6, 93:15,
98:2, 100:8,
107:22, 110:21,
110:25, 111:3,
111:7, 117:15,
118:8, 118:14,
118:21, 119:7,
120:24, 122:14,
128:5, 128:6,
128:10, 128:11,
128:15, 128:16,
128:19, 129:21,
131:2, 131:10,
132:14, 133:3,
133:13, 134:19,
134:22, 139:9,
142:7, 147:12,
147:15, 147:19,
147:22, 148:25,
150:9, 154:10,
158:5
**correction**
16:5, 16:15,
17:15, 24:11,
25:10, 29:25,
30:15, 33:8,
35:14, 41:10,
44:11, 48:9,
52:10, 58:4,
69:13, 78:6,
88:25, 94:17,
105:2, 110:7,
112:12, 114:5,
133:23
**correctly**
20:2, 120:24,
134:10
**correlate**
125:10, 128:8

**corrupt**
52:15
**could**
19:11, 19:20,
20:6, 39:3,
40:20, 43:7,
62:18, 84:4,
89:18, 91:17,
96:22, 102:25,
103:7, 104:14,
109:16, 110:5,
118:18, 118:20,
121:5, 130:24,
140:25, 147:4,
154:24
**counsel**
3:34, 3:35,
6:14, 12:16,
15:7, 18:6,
28:4, 31:12,
33:22, 37:18,
38:25, 42:18,
48:23, 55:18,
60:10, 92:4,
100:17, 126:7,
126:21, 154:20,
158:10
**country**
85:19
**couple**
10:5, 29:22,
30:4, 40:11,
99:18, 129:10,
139:24, 145:19,
146:15
**course**
10:8, 10:20,
11:2, 12:14,
19:22, 70:11,
96:22, 119:21
**court**
1:1, 6:12, 7:1,
7:3, 7:5, 34:2,
53:16, 59:10,
121:13, 121:16,
127:14, 127:16,
136:24, 137:21,
145:7

**cover**
129:15
**covered**
132:16
**covering**
124:14
**covers**
126:8
**create**
125:4, 145:14,
145:15
**created**
102:4, 102:8,
123:11, 125:17
**criminal**
85:14, 85:16,
86:2
**current**
8:25, 115:2,
120:15, 134:21,
135:1
**currently**
9:10, 66:1,
66:5, 85:17,
108:22, 117:9
**custodian**
104:4
**custodians**
68:18
**customer**
150:13

---
**D**
---

**d-i-n-g**
19:8, 108:15
**daily**
65:11
**dan**
3:22, 3:24,
6:20, 6:22,
29:12, 128:22,
154:20
**data**
18:24, 21:20,
71:22, 72:7,
72:9, 72:10,
73:7, 73:8,
79:16, 79:17,

123:13, 125:8,
125:9, 142:14,
150:15
**date**
6:6, 12:5,
12:12, 41:3,
41:19, 54:11,
62:8, 100:13,
136:18, 136:19,
138:2, 140:25,
141:1, 144:16
**dates**
102:2, 102:10
**day**
3:4, 3:10,
3:16, 6:17,
6:19, 12:6,
41:24, 88:3,
88:4, 93:10,
158:14
**days**
41:24
**deal**
39:4
**december**
43:23, 44:9,
44:21, 45:1,
46:7, 117:11,
118:9, 118:23,
137:6
**decided**
106:2, 106:3,
112:5, 112:7,
113:15, 114:3,
114:7
**decision**
84:24, 85:3,
86:7, 86:10,
86:14
**defendant**
4:11, 12:24,
13:3, 86:9
**defendants**
1:13
**defines**
125:6
**definition**
125:5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    168

**degree**
60:18, 60:20,
61:4, 61:9,
61:11, 61:23,
62:1, 62:5,
62:17, 74:5
**deleted**
146:5
**deleting**
142:14
**denied**
39:21
**departing**
110:19
**department**
9:6, 9:8, 9:11,
9:18, 9:21,
21:3, 23:3,
29:1, 37:17,
53:3, 53:24,
60:8, 60:10,
64:22, 64:25,
68:7, 69:9,
69:12, 69:14,
69:15, 70:3,
97:9, 97:15,
100:17, 100:18,
101:12, 101:13,
121:23, 122:11
**depending**
82:21, 125:16,
142:1
**depos**
6:9, 6:13
**deposition**
1:18, 2:1,
4:10, 4:14, 6:3,
6:9, 9:24, 10:8,
10:21, 11:2,
12:14, 12:23,
13:3, 13:12,
13:15, 14:20,
15:22, 17:4,
17:11, 18:19,
19:23, 20:11,
21:23, 22:11,
25:18, 25:20,
26:10, 26:13,

26:24, 27:1,
39:5, 47:3,
87:17, 88:17,
127:13, 130:21,
155:8, 155:14,
155:16, 158:4
**depositions**
11:6
**describe**
30:12, 32:2,
32:5, 122:18,
124:25
**description**
125:14
**descriptions**
128:13
**design**
25:5, 36:1,
37:5, 90:10,
124:14, 140:9,
140:10, 140:13,
140:18, 150:13
**designated**
11:22, 12:2,
13:21, 25:21,
26:6, 155:18
**designating**
126:22
**designation**
9:3
**designee**
60:4, 100:21
**destroyed**
153:1
**detail**
14:3, 14:14,
51:6
**details**
36:3, 68:11
**detect**
97:8
**determination**
70:24
**determine**
36:17, 45:4,
70:16, 70:19,
70:20, 77:19,
91:6, 94:22,

105:20, 107:10,
127:19, 127:20,
128:2, 128:7
**determined**
36:5
**develop**
34:22, 112:20,
117:23, 118:11,
118:17, 119:1,
119:23
**developed**
35:6, 119:21,
119:24
**developing**
82:1, 120:6
**development**
16:1, 16:4,
16:8, 23:25,
35:15, 65:22,
112:5, 114:4,
114:7, 117:24,
117:25, 118:22,
118:25, 119:10,
119:12, 119:19,
120:6, 150:19
**develops**
34:18
**device**
139:1
**devices**
106:16, 109:14,
109:15, 119:11,
125:11, 125:13,
128:8, 150:18
**dialogue**
143:4, 143:6,
148:23, 148:24
**didn't**
13:24, 14:13,
14:18, 36:21,
37:4, 65:8,
74:24, 75:13,
78:23, 96:17,
101:13, 144:15,
146:25, 154:6
**diego**
3:6
**differences**
20:7, 20:8,

108:24
**different**
18:13, 18:23,
38:11, 38:14,
41:14, 43:6,
43:15, 51:15,
69:1, 92:2,
93:5, 106:7,
106:8, 114:23,
116:4, 117:4,
125:18
**difficult**
77:22
**ding**
19:6, 108:14
**direct**
137:16, 137:19
**directly**
23:13, 25:8,
25:12, 28:7,
106:8, 155:13
**directory**
100:7, 100:9
**disabled**
51:21
**disappeared**
152:20, 152:21,
152:23
**disapproves**
141:19
**disciplined**
104:9
**discover**
127:5
**discovered**
36:13, 104:7
**discovery**
13:6
**discuss**
140:10
**discussed**
113:13
**discussions**
65:20, 112:25,
113:18, 118:23
**disk**
45:10, 46:11,
51:22, 53:3,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    169

53:5, 53:25,
54:2, 54:3,
56:16, 58:17,
58:23, 59:14,
59:15, 59:20,
71:21, 71:23,
73:12, 96:16,
97:18, 97:20,
98:1, 98:6,
98:10, 99:13,
100:2, 100:9,
111:19
**display**
61:20, 61:21
**dissolve**
119:2
**district**
1:1, 1:2, 84:25
**document**
4:16, 4:25,
4:26, 13:7,
14:5, 14:14,
14:16, 26:10,
26:15, 30:19,
30:21, 31:2,
31:4, 31:6,
31:15, 31:17,
31:20, 47:25,
48:16, 52:8,
68:1, 68:14,
69:4, 69:5,
70:4, 75:17,
75:23, 75:24,
76:1, 76:2,
76:4, 76:7,
76:14, 77:2,
77:3, 77:11,
77:15, 77:25,
78:4, 84:19,
84:20, 90:9,
90:13, 91:10,
91:12, 93:8,
98:12, 98:13,
98:20, 98:21,
99:2, 99:4,
99:8, 99:10,
99:24, 100:6,
100:9, 100:10,

100:12, 100:15,
100:19, 101:2,
101:5, 101:10,
101:14, 102:7,
104:14, 124:7,
125:19, 125:23,
126:11, 127:8,
129:1, 135:9,
136:16, 136:19,
136:22, 136:24,
137:4, 137:10,
137:13, 138:2,
146:23
**documentation**
38:6, 38:19,
45:5, 58:11,
60:1, 60:6,
77:4, 80:18
**documents**
25:22, 25:23,
26:20, 27:4,
27:19, 27:23,
28:3, 28:17,
28:22, 29:19,
33:13, 33:23,
34:5, 35:21,
35:23, 36:5,
36:13, 40:13,
43:4, 43:9,
46:2, 46:6,
46:18, 47:3,
47:15, 47:19,
47:21, 48:23,
49:21, 49:24,
49:25, 51:5,
51:7, 52:12,
54:24, 55:15,
56:23, 56:25,
57:4, 57:7,
57:13, 67:22,
67:24, 68:5,
68:17, 69:6,
70:12, 70:17,
70:21, 73:1,
73:10, 74:16,
77:23, 78:8,
78:25, 79:1,
80:21, 88:9,

88:21, 89:6,
89:7, 89:10,
94:23, 95:1,
95:4, 95:19,
95:21, 95:24,
96:5, 96:6,
96:13, 96:17,
97:5, 104:18,
105:11, 105:17,
105:21, 107:22,
122:20, 122:23,
124:8, 124:13,
125:17, 125:18,
129:11, 149:15,
151:18, 155:13
**does**
1:12, 20:2,
20:4, 21:11,
25:24, 27:9,
39:23, 44:2,
44:20, 52:16,
53:12, 53:13,
68:1, 68:20,
69:2, 77:6,
87:2, 92:23,
93:17, 106:15,
120:21, 121:3,
121:6, 125:19,
137:4, 137:13,
139:6, 150:5,
155:12
**doesn't**
109:2
**doing**
10:7, 10:22,
16:22, 50:10,
50:15, 70:8
**don't**
10:24, 11:3,
18:6, 18:13,
30:12, 34:8,
36:3, 37:19,
37:25, 38:25,
39:8, 44:23,
47:6, 47:12,
47:17, 56:17,
56:24, 70:18,
70:19, 70:25,

72:4, 73:3,
73:15, 75:15,
77:23, 87:13,
88:3, 88:15,
89:12, 89:13,
93:7, 94:18,
95:8, 102:22,
119:18, 119:19,
120:23, 125:25,
129:2, 130:8,
130:11, 132:6,
135:24, 136:1,
136:5, 139:2,
148:20, 148:21,
149:18, 151:19,
152:2, 153:7,
153:14
**done**
15:20, 35:11,
63:15, 68:12,
77:19, 96:3,
157:13
**dormitory**
8:15
**down**
58:8, 86:17,
93:20, 139:5
**download**
21:20, 83:14,
83:17, 104:18
**downloaded**
33:4, 72:19,
75:4, 77:11,
77:20, 77:24,
78:1, 78:4,
83:21, 84:4,
91:7
**downloading**
73:11, 74:17,
83:23, 83:24
**dr**
3:5, 90:10
**draft**
124:3, 124:13
**dram**
4:17, 23:25,
24:19, 30:25,
34:22, 63:19,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

170

63:22, 63:25,
64:4, 64:7,
64:8, 64:9,
64:17, 64:19,
65:7, 65:9,
65:18, 65:20,
65:22, 66:4,
66:6, 66:8,
66:11, 75:18,
76:5, 106:2,
108:23, 113:14,
114:15, 115:4,
116:10, 116:24,
117:1, 117:4,
117:6, 117:12,
117:14, 118:8,
118:10, 118:11,
119:5, 119:6,
119:16, 121:9,
125:4, 126:13,
127:21, 128:4,
128:9, 128:12,
128:15, 128:18,
135:15, 138:22,
139:2, 139:11,
140:15, 142:6
**drives**
37:22, 41:14,
45:10, 51:20,
54:23, 55:14,
56:7, 56:13,
56:16, 56:20,
56:22, 57:3,
57:6, 57:13,
57:16, 58:10,
59:25, 60:6,
95:3, 97:25,
104:8, 111:3,
111:16, 150:8,
151:18
**dropping**
139:5
**dual**
94:3
**duly**
4:1, 7:16
**during**
10:20, 11:2,

12:14, 19:22,
26:17, 40:16,
40:23, 41:12,
58:9, 70:11,
83:8, 109:10,
109:20

**E**

**each**
142:12, 152:7
**earlier**
22:9, 29:4,
29:7, 33:17,
62:15, 79:4,
96:16, 97:23,
103:16, 105:23,
108:5, 108:25,
121:8, 132:17,
133:3, 134:14,
134:19, 143:6,
144:14, 147:2
**early**
66:8, 117:8,
118:23, 144:22
**edited**
124:9
**education**
74:12
**effects**
145:22, 146:14
**efficiency**
73:5
**effort**
104:16
**efforts**
88:9
**either**
65:2, 87:23,
148:2, 148:3
**electronic**
38:5, 38:18,
67:4, 67:21,
87:18
**elpida**
33:20, 34:25,
79:1, 79:3,
123:19, 123:20
**else**
18:17, 20:10,

21:14, 21:22,
29:13, 29:15,
77:18, 106:25,
122:24
**email**
14:21, 27:7,
29:21, 30:4,
35:22, 35:24,
36:6, 46:15,
46:17, 47:10,
47:11, 48:4,
48:8, 50:23,
50:25, 51:4,
51:8, 51:12,
67:17, 87:23,
106:11, 110:12,
144:7, 144:19,
144:22, 145:22,
145:24, 146:3,
146:18
**emailed**
46:18, 71:1
**emailing**
87:23
**emails**
27:6, 37:7,
38:4, 38:17,
39:2, 46:16,
67:23
**embedded**
64:9
**emphasize**
105:25
**employed**
48:20, 50:5,
54:20, 55:14,
58:9, 111:14,
134:15, 158:10
**employee**
29:3, 63:7,
63:10, 63:13,
81:1, 81:4,
104:17, 105:13,
115:25, 131:4,
131:6, 131:10,
131:11, 132:1,
132:2, 132:4,
133:19, 133:21,

133:24, 134:3,
134:11, 134:12,
134:21, 134:22,
135:7, 135:12,
135:21, 135:22,
135:23, 136:2
**employees**
59:25, 81:7,
82:8, 97:1,
105:16, 105:20,
107:11, 107:21,
108:21, 108:22,
109:12, 109:24,
110:19, 114:14,
115:3, 129:24,
130:4, 130:13,
130:15, 131:13,
135:1, 135:5,
135:20
**employer**
8:19
**employers**
62:14, 62:16
**enabled**
51:18, 150:3
**encrypted**
124:9
**end**
32:16, 65:18,
65:24, 66:8,
88:6, 88:10,
118:23, 139:6
**ended**
32:23
**endurance**
11:8
**engineer**
9:1, 9:2, 9:11,
9:17, 9:20,
64:3, 64:17,
65:3, 65:25,
66:1, 66:3,
66:5, 74:14,
81:17, 109:4,
109:9, 109:19,
124:2
**engineering**
61:4, 61:23,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

171

74:5, 122:13
**engineers**
71:15, 82:2,
82:19, 83:1,
83:19, 124:10,
142:6, 151:16
**english**
8:2, 8:5,
10:14, 10:18,
20:2, 20:5,
21:11, 27:9,
30:20, 33:11,
46:24, 46:25,
49:2, 55:6,
55:10, 59:18,
61:1, 65:15,
66:2, 85:5,
85:6, 85:9,
86:15, 86:16,
112:21, 120:22,
120:23, 121:2,
130:2, 156:9,
156:12
**enhancement**
9:9, 9:11,
9:17, 9:21,
66:2, 122:14
**enhancing**
66:3
**enough**
144:2, 144:3
**entire**
14:14, 53:24,
68:17, 78:21,
126:22
**entirely**
17:24, 107:23,
118:14, 118:21,
127:24
**entitled**
4:17, 4:26,
11:4, 13:2,
75:18, 98:13
**entries**
138:6, 147:7
**entry**
91:20, 138:3,
139:14, 143:20,

143:24, 144:6,
147:4
**environment**
77:21, 142:2
**equals**
118:5
**equivalent**
112:9, 112:14,
125:20, 126:13
**established**
55:2, 63:4,
64:20, 118:16
**estimate**
11:4
**et**
6:5
**etch**
61:13
**even**
109:22, 118:25
**ever**
51:14, 57:12,
75:11, 78:19,
80:25, 81:3,
81:6, 105:10,
105:20, 157:5
**every**
73:6, 81:12,
127:7
**everybody**
141:17
**everyone**
82:11
**everything**
15:20, 127:5
**evidence**
88:6, 107:6,
137:9
**exact**
100:13
**exactly**
37:18, 43:8,
56:24, 78:3,
78:8, 81:15,
146:10
**examination**
4:6, 5:16,
7:19, 155:24

**examine**
99:23
**example**
19:3, 47:10,
48:2, 57:19,
65:11, 106:18,
109:25, 115:6,
141:18, 150:12
**excel**
4:28, 31:18,
98:14, 99:2
**excellent**
10:7
**exchange**
123:13, 123:14,
123:21, 145:3,
152:10, 154:9
**exchanging**
144:22, 145:1
**exclusively**
117:12
**excuse**
60:9, 64:23,
88:24, 126:10,
127:6
**executive**
3:5
**executives**
105:24
**exhibit**
4:8, 4:12,
4:15, 4:20,
4:24, 4:29,
4:32, 4:34,
4:38, 4:42,
4:46, 5:4, 5:8,
5:12, 12:21,
12:22, 13:11,
14:6, 14:16,
14:17, 26:9,
26:12, 75:17,
75:21, 75:25,
76:14, 77:20,
84:9, 84:13,
84:21, 84:23,
91:13, 98:12,
98:20, 99:1,
99:10, 101:16,

101:17, 101:19,
101:22, 103:7,
103:9, 103:20,
103:22, 104:12,
104:13, 129:7,
129:12, 129:18,
130:17, 130:20,
131:16, 131:19,
131:23, 132:8,
132:11, 132:19,
132:22, 133:5,
133:8, 136:12,
136:15, 147:24,
148:6
**exhibits**
12:15
**exist**
44:2, 49:22,
51:7, 80:19,
85:20, 103:10,
103:20, 118:15
**existed**
30:21, 46:6,
100:1
**existence**
87:10, 101:1,
101:4, 146:17,
154:6, 154:17,
155:10
**exists**
32:8, 36:18,
36:24, 38:5,
38:19, 152:11
**experience**
74:12, 74:13,
75:3, 138:15
**expert**
74:20, 75:8
**explain**
139:21
**explains**
124:16
**explanation**
18:9
**extensively**
122:22
**external**
52:7, 52:12,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

172

52:14, 52:18,
53:4, 56:7,
56:18, 56:20,
56:22, 57:3,
57:6, 57:12,
57:16, 58:10,
58:23, 59:14,
59:25, 60:6,
68:6, 97:21,
97:25, 98:6,
99:12, 100:1,
104:8, 106:13,
106:14, 110:3,
110:6, 110:10,
110:12, 111:9,
111:13, 111:16,
111:18, 151:18
**eyes**
1:16, 126:23,
155:19, 155:20

**F**

**f**
112:13
**f-a-n-g**
108:20
**f-o-n-g**
21:7
**f-u**
19:5, 108:12
**fab**
35:7, 35:8,
65:12, 77:3,
77:7, 77:8,
77:9, 89:23
**fabricate**
34:22
**fabricates**
34:19
**fabrication**
77:6
**facilities**
22:23, 82:20,
111:17
**facility**
77:6, 156:18
**fact**
15:2, 64:16,

69:11, 83:17,
102:7, 137:4,
137:14, 155:12
**factory**
63:5
**facts**
85:25
**fair**
26:5, 83:25
**familiar**
71:7, 74:8,
76:11, 85:18,
143:9
**family**
141:20
**fang**
108:17, 108:20,
130:8
**fantasizing**
129:5
**far**
10:22, 56:12,
90:7
**father**
143:13, 143:14
**favor**
34:3, 140:1,
140:3, 143:19
**favors**
140:20
**february**
22:20, 22:24,
24:1, 43:22,
43:24, 44:9,
44:22, 45:1,
45:25, 46:3,
46:8, 62:24,
65:2, 67:12,
80:1, 80:5,
80:20, 118:15,
122:12, 136:20,
137:7, 138:4,
139:5, 140:23,
141:2, 141:4,
141:6, 143:7
**federal**
13:5
**feel**
144:1, 145:20

**felt**
127:3
**female**
19:19
**feng**
131:4, 131:12,
134:12, 135:6
**few**
23:2, 29:23,
30:1, 30:5,
41:24, 42:9,
62:14, 63:16,
69:25, 71:12,
99:15, 107:25,
108:5, 134:7,
135:14, 151:5
**field**
139:8
**fifth-named**
133:12
**figure**
150:19
**file**
4:28, 31:18,
32:19, 68:20,
71:7, 91:1,
98:14, 99:2,
101:21, 124:6,
146:6, 146:9,
147:12, 152:4
**filed**
85:4
**files**
29:21, 29:22,
30:4, 30:5,
30:8, 40:25,
71:5, 71:6,
71:8, 75:4,
86:19, 87:2,
87:5, 87:7,
87:10, 87:13,
87:14, 87:18,
87:22, 87:24,
87:25, 89:21,
90:5, 97:13,
97:16, 97:19,
97:23, 98:6,
99:11, 99:25,

103:8, 103:16,
103:18, 104:8,
124:22
**filing**
57:20
**final**
35:19
**finally**
35:5
**financial**
158:12
**find**
34:9, 39:9,
46:2, 47:21,
99:25, 142:17,
143:11, 146:25,
147:5
**finding**
29:20
**findings**
28:1, 28:21,
29:17, 30:3
**finfet**
53:10
**finish**
18:8
**finished**
155:21
**first**
10:6, 12:1,
15:12, 15:17,
25:5, 25:11,
26:1, 38:7,
41:15, 42:13,
43:1, 45:21,
46:11, 51:17,
53:19, 54:9,
54:19, 54:24,
55:13, 55:15,
58:18, 62:22,
63:19, 64:15,
65:5, 65:10,
67:6, 71:12,
75:25, 84:3,
90:8, 91:20,
94:25, 95:18,
98:4, 98:22,
99:3, 99:18,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                          173

101:4, 103:2,
104:12, 115:19,
115:20, 115:22,
119:20, 119:24,
130:5, 131:3,
133:18, 148:17,
151:5, 151:6
**first-named**
131:1, 132:25
**fit**
52:21
**fits**
120:1
**flash**
56:1, 56:5,
58:14, 58:16,
58:18, 58:19,
58:20, 59:3,
59:12, 96:15,
97:6, 97:13,
98:1, 98:4,
98:9, 99:12,
100:1, 100:7
**flights**
143:18
**floor**
1:21, 2:4,
3:11, 6:10
**flow**
30:10, 30:11,
30:16, 30:17,
31:3, 33:18,
125:3, 126:12
**focus**
49:19, 56:20
**focused**
88:8
**follow**
88:14, 138:2
**follow-up**
155:22
**following**
13:15, 83:13,
83:18
**follows**
4:4, 7:18
**fong**
21:5, 28:25

**foregoing**
158:3, 158:5
**forensic**
28:7, 31:14,
32:13, 33:15,
36:5, 39:13,
68:16
**forensics**
28:18, 28:21,
29:17, 32:18,
36:12, 50:9,
50:12, 50:19,
51:10, 53:25,
54:11, 60:11,
68:6, 70:7,
70:10, 70:11,
71:5, 95:24,
96:4
**forgot**
32:7, 59:9
**forgotten**
32:20, 82:4
**form**
99:25
**format**
14:23, 76:3,
76:10, 98:22
**formats**
125:18
**formatted**
54:9
**former**
18:20, 18:22,
20:9, 104:17,
107:25, 114:14,
115:3, 115:25,
130:15, 131:13,
132:3, 134:22,
135:12
**formerly**
134:15
**forward**
85:13
**found**
29:22, 33:14,
34:6, 40:13,
43:4, 43:11,
47:23, 53:23,

54:18, 71:6,
95:1, 95:19,
99:12, 145:19,
146:20, 151:20,
154:24
**foundation**
40:18, 75:9,
137:9
**foundry**
65:10
**four**
9:15, 92:1,
92:2, 92:14,
93:5, 93:14,
103:12, 118:13,
130:12
**fourth**
130:8
**francisco**
3:12, 3:26
**free**
109:2
**freely**
151:11
**frequent**
142:11
**friends**
142:11
**from**
6:18, 6:19,
6:20, 6:22,
13:24, 14:16,
18:21, 18:22,
19:16, 20:9,
21:21, 27:21,
28:25, 33:4,
34:20, 35:1,
35:4, 37:7,
37:22, 41:3,
43:5, 43:23,
44:8, 44:21,
44:25, 45:25,
46:3, 46:7,
47:11, 48:19,
48:23, 49:24,
50:4, 53:13,
53:14, 62:20,
62:22, 62:24,

63:2, 65:23,
67:12, 70:21,
71:13, 71:22,
72:9, 72:10,
72:19, 73:5,
73:11, 73:13,
74:17, 74:18,
75:4, 75:5,
75:23, 77:11,
77:20, 78:8,
79:17, 82:4,
82:19, 83:24,
87:23, 88:23,
89:1, 90:18,
96:18, 101:11,
104:18, 106:1,
112:6, 118:20,
123:13, 128:4,
137:6, 137:19,
138:3, 142:24,
148:18, 149:9,
153:3, 154:4
**front**
76:13, 129:14
**fu**
19:3, 20:1,
108:11, 134:18,
147:10, 147:15,
148:4, 148:24,
148:25, 149:1,
149:2, 149:14,
151:23, 152:9,
153:20, 153:25,
156:3, 156:25
**fujian**
1:10, 4:23,
84:10, 84:16
**full**
7:21, 99:23,
102:24
**full-blown**
127:4
**function**
65:15, 106:22
**further**
7:6, 155:16,
157:12
_____ G _____
**g-u-o**
102:19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

174

gain
15:17, 20:15
gap
147:18
gave
142:23
general
25:16, 62:19
generation
24:21, 112:8,
139:3
generic
32:4
get
19:17, 34:13,
39:23, 42:20,
60:17, 61:22,
65:25, 71:12,
71:19, 71:20,
71:22, 72:2,
92:17, 95:17,
98:17, 148:21,
150:5, 151:3,
152:15, 154:15
gets
150:10
give
62:18, 64:12,
74:24, 140:25,
142:22
given
83:13, 122:16,
158:6
glossary
46:21, 49:2
gmail
47:11, 47:12,
47:16, 47:18,
47:22, 48:10,
48:18, 48:23,
49:19, 49:20,
49:22, 50:1,
50:3, 50:7,
50:14, 50:21,
51:14, 67:14,
79:7, 94:6,
94:11, 144:12,
144:13, 146:19,

146:24
go
8:2, 10:6,
10:7, 18:15,
26:17, 60:15,
60:17, 62:5,
71:13, 85:12,
88:3, 88:5,
88:11, 93:20,
113:15, 113:20,
113:25, 114:3,
116:6, 124:5,
124:12, 128:14,
140:22, 142:23,
143:19, 144:5
goes
85:24
going
10:21, 11:13,
12:15, 15:13,
22:3, 26:25,
40:5, 50:17,
65:9, 66:21,
85:2, 85:6,
85:21, 86:1,
88:1, 88:5,
88:14, 88:15,
95:6, 95:11,
95:17, 113:3,
123:4, 125:24,
127:5, 133:16,
136:7, 138:1,
146:16, 155:1,
155:15, 157:14
gone
152:19
good
6:18, 7:20,
10:16, 40:4,
92:11, 143:13
google
48:11, 72:6,
72:8, 73:8,
75:15, 79:16,
79:18, 109:25,
110:1
got
32:25, 41:16,

41:23, 44:6,
71:16, 103:15,
123:5, 151:15,
155:22
government
28:9, 156:17
graduate
60:17, 61:6
graduated
62:20
great
34:11
ground
10:5
group
3:24, 6:21,
6:23, 154:20
guard
106:22
guess
11:3, 59:5,
59:6, 148:7,
153:6, 153:14
guide
89:10, 89:14
guo
102:17, 102:23,
135:10
guys
18:12

**H**

h-e
8:11
h-e-f-e-i
116:9, 116:20
h-o
7:25
h-o-n-g
121:17
h-s-u
116:4
h-u-a
120:16
habit
57:20, 58:5
had
9:24, 22:9,

24:14, 26:19,
32:20, 40:12,
44:16, 48:19,
50:4, 51:14,
51:17, 51:18,
51:25, 54:2,
54:20, 56:4,
56:25, 57:22,
64:9, 67:7,
67:11, 73:13,
75:10, 79:5,
80:23, 81:15,
83:18, 91:6,
94:22, 95:25,
96:1, 96:7,
96:25, 108:25,
111:15, 112:25,
113:1, 113:14,
113:18, 113:24,
114:9, 118:22,
118:25, 124:16,
128:17, 143:5,
143:14, 150:2,
151:21, 157:1
half
95:7
hand
12:16, 19:16,
158:14
handed
59:21, 75:20,
84:12, 98:16,
98:19
happened
18:1
hard
19:16, 32:10,
32:13, 37:22,
38:2, 38:8,
38:9, 38:16,
39:1, 39:12,
41:13, 41:14,
41:15, 42:4,
42:8, 42:12,
42:13, 42:21,
42:22, 43:1,
43:2, 43:5,
43:6, 43:10,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

175

| | | | |
|---|---|---|---|
| 43:11, 43:15, | 77:14, 77:19, | 27:4, 64:13, | **hiring** |
| 43:18, 43:21, | 89:22, 91:13, | 122:3, 122:5 | 141:15 |
| 43:24, 44:2, | 98:22, 99:22, | **help** | **his** |
| 44:8, 44:20, | 104:24, 105:3, | 142:16, 143:12 | 18:9, 19:12, |
| 44:25, 45:3, | 105:10, 105:13, | **her** | 27:6, 29:21, |
| 45:6, 45:10, | 110:18, 111:2, | 19:20, 103:2 | 30:4, 35:22, |
| 45:24, 46:3, | 117:5, 124:5, | **here** | 35:24, 36:11, |
| 46:7, 46:11, | 127:4, 130:6, | 6:2, 11:18, | 37:7, 37:23, |
| 49:1, 49:4, | 132:11, 134:13, | 13:23, 15:2, | 71:1, 76:12, |
| 49:5, 49:7, | 136:18, 143:2, | 15:8, 26:2, | 76:15, 76:17, |
| 49:12, 49:13, | 152:13, 154:9, | 26:3, 26:8, | 85:24, 86:1, |
| 49:16, 51:17, | 154:16, 154:19, | 54:16, 60:4, | 87:23, 103:1, |
| 51:21, 51:22, | 156:10, 157:4, | 63:16, 75:2, | 103:2, 115:8, |
| 52:1, 52:3, | 157:5, 157:10 | 76:13, 100:21, | 115:9, 115:11, |
| 53:3, 53:5, | **hasn't** | 123:4, 126:22, | 115:22, 121:4, |
| 53:19, 53:24, | 77:15 | 127:1, 127:7, | 121:5, 121:14, |
| 54:1, 54:3, | **hats** | 138:12, 143:11, | 122:22, 123:6, |
| 54:9, 54:19, | 26:2 | 143:17, 146:22, | 127:9, 135:9, |
| 54:25, 55:16, | **haven't** | 148:22 | 143:13, 144:7, |
| 55:19, 56:5, | 146:20 | **hereby** | 145:22, 145:23, |
| 56:13, 56:15, | **having** | 158:4 | 145:24, 152:22 |
| 58:17, 58:23, | 4:1, 7:16 | **hereunto** | **history** |
| 59:14, 59:15, | **he's** | 158:13 | 136:17, 137:5 |
| 59:20, 67:6, | 18:6, 34:6, | **hidden** | **hk** |
| 67:11, 71:21, | 40:1, 85:25, | 153:3 | 53:9 |
| 71:23, 73:12, | 123:6, 132:6 | **hiding** | **hmc** |
| 90:9, 94:25, | **head** | 154:3 | 127:6 |
| 95:3, 95:18, | 10:11, 121:9 | **high-level** | **ho's** |
| 96:16, 96:18, | **heading** | 151:7, 151:13 | 34:6, 39:1, |
| 97:18, 97:19, | 13:12, 13:15, | **highest** | 93:12 |
| 98:1, 98:6, | 102:3 | 66:13 | **holmes** |
| 98:10, 99:12, | **headquartered** | **highly** | 120:25 |
| 100:1, 100:9, | 72:15, 74:2 | 1:16, 126:23, | **home** |
| 106:13, 111:12, | **hear** | 155:19 | 8:16, 146:9 |
| 111:13, 111:19 | 19:17 | **him** | **hong** |
| **hardware** | **heard** | 78:13, 78:14, | 121:15, 121:17 |
| 74:9 | 27:15, 34:20, | 85:14, 85:15, | **hopefully** |
| **has** | 78:10, 81:2, | 85:17, 85:21, | 20:1 |
| 12:17, 19:12, | 116:8, 116:18, | 123:4, 127:9, | **hour** |
| 24:7, 24:8, | 118:17 | 127:13, 131:7, | 95:7 |
| 24:14, 24:15, | **hearing** | 141:19, 142:3, | **house** |
| 31:6, 37:9, | 10:15, 10:18 | 142:21, 142:22, | 25:5, 150:14 |
| 37:25, 39:22, | **hefei** | 143:9, 145:22, | **how** |
| 42:4, 44:7, | 116:8, 116:10, | 145:23, 145:24, | 9:14, 25:9, |
| 44:24, 45:5, | 116:12, 116:18, | 146:6, 152:18 | 25:23, 30:12, |
| 49:20, 60:7, | 116:20 | **himself** | 31:17, 32:5, |
| 67:17, 72:7, | **held** | 143:5 | 32:16, 32:21, |
| 73:8, 76:4, | 2:1, 9:14, | **hired** | 32:24, 35:3, |
| | | 27:2, 28:15 | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

176

42:7, 43:20,
46:6, 49:24,
58:9, 68:4,
68:9, 69:8,
69:17, 70:18,
71:16, 79:24,
80:1, 80:12,
81:10, 82:13,
82:24, 117:22,
119:18, 120:23,
122:19, 128:7,
135:24, 140:10,
148:19
**however**
24:6, 24:13,
27:1, 46:13,
145:20
**hsu**
116:4, 116:6,
116:17, 135:10
**hua**
120:15
**huabang**
142:24
**huason**
120:23, 120:24
**hynix**
33:20

---
                    I
---

**i'll**
12:16, 12:18,
44:17, 75:22,
88:14, 101:20
**i've**
26:9, 75:20,
79:15, 83:5,
84:12, 98:16,
98:19, 101:19,
129:12, 133:8,
155:22
**ibm**
68:25
**idaho**
72:15, 73:23,
74:3
**idea**
85:18

**ideas**
145:23
**identification**
4:9, 4:13,
4:16, 4:21,
4:25, 4:30,
4:35, 4:39,
4:43, 5:1, 5:5,
5:9, 5:13,
12:22, 26:12,
75:17, 84:9,
98:12, 101:16,
129:7, 130:17,
131:16, 132:8,
132:19, 133:5,
136:12
**identified**
14:6, 67:3,
87:18, 87:23,
88:21, 89:7,
89:21, 91:1,
97:25, 102:16,
107:3, 107:8,
129:13, 130:13,
131:9, 148:6
**identifies**
99:10
**identify**
34:4, 39:10,
49:25, 87:17,
88:6, 88:9,
136:25
**identifying**
49:21, 96:4
**ill**
141:20
**imagine**
128:24
**impart**
126:1
**implant**
16:1, 16:6,
16:10, 16:11,
16:16, 20:8,
22:22, 23:11,
23:24, 24:3,
24:17, 25:24,
26:18, 26:21,

35:25, 37:5
**implanting**
16:19
**implants**
17:7
**imply**
28:8
**important**
123:20
**impossible**
146:8
**impressed**
39:18
**impression**
58:21
**impurities**
16:19, 16:20
**in-box**
27:7
**in-house**
3:34, 3:35,
37:18
**inc**
1:4, 3:2, 6:4,
73:23
**incidentally**
116:24
**include**
155:12
**included**
75:25
**includes**
99:3, 155:9
**including**
86:19, 89:6
**inconvenient**
124:10
**incorrect**
107:24
**independent**
87:9
**indicating**
79:19
**indictment**
84:24, 85:3,
85:16, 85:25,
86:6, 86:10,
86:14, 88:20,

88:22, 89:7,
89:8, 89:9,
147:25
**individual**
26:4, 82:3,
115:19
**individual's**
115:21, 116:1
**individuals**
130:12, 153:11
**industry**
46:21, 61:18,
112:15
**inexperienced**
139:9
**infect**
52:19
**info**
34:8
**initially**
34:24, 112:25,
118:17, 118:22,
122:11
**inside**
53:14
**inspect**
50:21
**inspection**
70:12
**installed**
106:20, 106:24
**instead**
114:1
**instruct**
85:15, 85:21,
123:4
**instructing**
126:17, 127:13
**instruction**
88:2, 88:13,
88:15, 88:16,
90:15, 126:6,
126:25, 128:22
**integrated**
1:11, 84:17
**integration**
65:1, 115:7,
121:24, 122:7,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

177

122:12, 124:14
**intention**
143:5
**interest**
158:12
**interested**
82:12, 118:19,
143:2
**internal**
20:16, 20:19,
20:21, 20:23,
21:1, 21:15,
21:17, 27:3,
45:20, 49:5,
50:10, 50:20,
52:15, 52:19,
56:18, 68:6,
68:7, 69:2,
87:21, 103:15,
106:14
**internally**
52:8
**internet**
48:7, 150:11
**interpreted**
78:9
**interpreter's**
7:24, 8:10,
19:4, 19:7,
21:6, 23:4,
23:7, 23:18,
108:2, 108:7
**interpreters**
6:25, 11:7,
138:24, 145:6
**into**
16:12, 26:18,
27:19, 32:21,
52:19, 82:16,
105:1, 105:6,
106:15, 110:4,
111:10, 120:1,
122:13, 122:19,
127:4, 128:14
**intranet**
48:7, 106:12,
106:14, 109:15,
150:6

**inventor**
129:17, 129:20,
130:3, 131:1,
131:22, 132:13,
132:25, 133:12,
133:18, 134:2,
134:10, 136:1
**inventors**
129:15, 129:23,
130:25, 132:17,
133:3, 133:16,
134:25, 135:1,
135:20
**investigate**
26:19, 28:16,
37:4, 38:4,
38:18, 44:7,
44:24, 45:14,
57:3, 59:24,
60:2, 60:5,
78:1, 105:8,
107:20
**investigated**
44:15, 45:4,
49:4
**investigating**
38:21, 104:23
**investigation**
20:13, 20:16,
20:19, 21:15,
21:17, 21:19,
26:18, 27:2,
27:3, 27:5,
27:13, 27:18,
27:22, 28:2,
28:5, 33:16,
36:15, 37:2,
39:13, 45:20,
49:6, 50:10,
50:13, 50:15,
50:20, 51:11,
54:1, 54:12,
60:12, 68:8,
77:19, 87:11,
87:21, 89:15,
96:3, 103:15,
110:16, 152:17,
155:25, 156:8

**investigations**
20:22, 20:23,
21:1, 54:15
**involve**
81:22
**involved**
68:11, 70:3,
70:8, 81:25,
108:23, 123:18,
142:9, 150:14,
151:15, 154:3
**involves**
31:2, 119:7
**involving**
85:24
**ion**
16:11, 16:19
**ions**
16:19, 17:7,
17:8
**ipad**
109:12, 109:17
**irons**
17:7
**isn't**
74:5, 74:9
**issue**
73:16, 145:4
**issued**
95:1, 95:18,
97:1
**issues**
85:23, 150:20
**it'll**
88:8
**it's**
8:16, 11:21,
16:13, 21:19,
25:11, 28:9,
28:10, 30:12,
30:24, 31:14,
32:4, 32:10,
38:8, 42:23,
47:10, 47:11,
52:11, 53:18,
54:17, 58:17,
61:21, 63:14,
66:15, 71:2,

71:18, 73:14,
77:8, 77:22,
82:23, 88:16,
92:21, 93:14,
94:3, 107:17,
115:22, 116:14,
117:4, 119:25,
121:14, 126:1,
133:9, 136:4,
139:14, 141:2,
143:22, 145:17,
149:1
**item**
91:20, 148:8
**items**
22:10, 67:20,
89:14, 89:24,
139:25, 155:8
**its**
24:3, 25:6,
25:14, 26:20,
34:19, 40:25,
45:5, 69:2,
78:24, 89:10,
90:4, 90:13,
99:24, 110:18,
142:6, 158:12

---
**J**

**j-e-n-g**
7:25
**j-i-a**
21:7
**j-i-n-g**
115:13
**jacob**
116:2
**jacob's**
116:3
**jade**
1:30, 2:12,
6:12, 158:2
**january**
26:25, 27:1,
118:24, 143:20,
143:22
**japan**
35:2, 35:4,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

35:5, 35:12,
71:3, 71:13,
71:17, 81:16,
81:21, 81:25,
82:1, 82:23,
84:5, 123:22,
123:24, 123:25,
124:2
**jason**
121:4, 121:6,
121:11
**jeng**
7:23, 104:1
**jengting**
50:8, 50:24,
51:3, 51:15
**jia**
21:5, 28:25
**jim**
76:12
**jing**
115:9, 115:12,
115:16
**jinhua**
1:10, 4:23,
84:10, 84:16,
117:2, 117:15,
117:23, 117:24,
118:1, 118:3,
118:10, 118:14,
119:7, 119:10,
119:11, 119:17,
119:20, 119:23,
120:7
**jinhua's**
120:1
**job**
10:7, 23:16,
62:22, 64:17,
92:24, 107:17,
113:23, 121:20,
142:17
**johnson**
3:22, 3:24,
5:16, 6:20,
6:21, 6:23,
7:11, 14:7,
15:10, 18:6,

18:12, 19:15,
22:2, 29:12,
34:12, 34:15,
39:8, 39:15,
39:20, 40:3,
40:18, 42:18,
42:20, 50:15,
55:5, 56:17,
57:8, 63:14,
63:17, 66:20,
73:25, 74:19,
75:7, 76:22,
77:13, 80:10,
84:1, 85:12,
86:21, 87:3,
88:7, 88:12,
89:11, 89:25,
90:15, 90:21,
91:9, 93:7,
93:25, 94:7,
95:6, 95:9,
96:20, 100:3,
103:11, 107:5,
107:13, 111:23,
112:24, 118:12,
119:8, 120:10,
121:22, 122:21,
123:3, 125:24,
126:9, 126:15,
127:1, 128:23,
129:2, 129:4,
137:8, 138:25,
145:17, 149:6,
149:16, 151:25,
153:4, 153:13,
153:22, 154:11,
154:20, 155:22,
155:24, 156:22,
157:12
**johnson's**
153:19
**join**
64:7, 82:12,
142:3, 142:10,
142:20
**joined**
29:23, 29:24,
30:1, 63:12,

64:14, 64:15,
67:23, 109:4,
109:19, 109:22,
134:7, 135:14,
151:6
**joining**
30:6, 57:13,
141:24
**joint**
81:16, 117:1,
117:14, 118:5
**jones**
3:4, 3:10,
3:16, 6:16, 6:19
**joseph**
3:33, 7:14
**jozwiak**
76:12
**jt**
1:18, 2:1, 4:1,
4:14, 6:3, 7:16,
8:4, 8:5, 26:11,
26:13, 86:10,
91:21, 92:18,
93:11, 93:21
**judge**
39:18, 136:25
**judgment**
131:15
**july**
1:26, 6:6,
12:11, 63:4,
63:7, 158:14
**jump**
144:4, 147:4
**june**
147:5, 147:8,
148:3, 152:10
**jung**
130:7
**junior**
19:2, 109:4,
109:8, 109:19
**just**
16:6, 18:8,
28:9, 30:14,
32:4, 32:10,
35:13, 35:18,

41:9, 51:6,
62:15, 62:18,
64:12, 72:5,
72:13, 72:20,
73:7, 75:14,
76:3, 80:13,
82:22, 83:11,
84:4, 91:19,
98:10, 99:19,
101:23, 103:1,
112:11, 113:23,
119:13, 122:9,
125:3, 125:9,
133:16, 139:23,
146:16, 149:20,
151:5, 151:11

**K**

**kay**
3:3, 6:18
**keep**
92:23
**kenny**
27:10, 27:11,
67:17, 70:25,
87:21, 87:22,
87:24, 136:18,
137:6, 137:15,
142:10, 151:20,
151:21, 152:5
**kenny's**
70:25
**kept**
44:13
**key**
69:18, 69:19,
79:2, 138:22,
138:23, 139:1,
140:5, 140:11,
140:12, 140:17,
145:3
**kicked**
64:18
**kind**
46:25, 61:20,
82:10, 120:25
**king**
1:30, 2:12,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho

Conducted on July 12, 2018                                179

6:12, 158:2
**kingston**
58:20
**knew**
54:1, 96:5
**knowledge**
32:12, 74:14,
87:8, 87:9,
131:12, 140:13,
154:7, 154:16
**korean**
115:16, 115:17,
116:5
**kuo**
134:9, 134:10,
134:12, 134:13,
134:15

**L**

**l-e**
23:5
**l-e-e**
19:5, 108:9,
108:13, 115:14,
115:24
**l-i**
23:8
**l-i-n**
21:7
**l-i-u**
23:8
**l-o-n-g**
108:19
**l-u-o**
108:8
**lab**
92:23
**lack**
137:8
**laptop**
31:25, 32:2,
32:4, 32:8,
32:11, 37:24,
41:22, 41:23,
42:1, 42:4,
43:2, 148:14,
148:16
**laptop's**
32:13

**laptops**
37:22, 37:23,
95:2, 95:3
**large**
71:25, 73:16,
123:16, 124:17,
150:14
**last**
7:25, 9:19,
12:6, 12:7,
12:8, 12:13,
15:19, 15:21,
15:24, 16:3,
16:7, 18:18,
19:5, 19:8,
21:7, 22:13,
22:18, 23:8,
23:19, 43:22,
45:25, 54:18,
59:21, 65:3,
76:1, 76:5,
101:6, 102:3,
103:5, 108:3,
108:8, 108:12,
108:16, 108:20,
115:12, 115:13,
115:20, 115:23,
116:3, 120:17,
121:12, 121:18,
130:9, 130:10,
130:11, 135:19,
135:25
**last-named**
132:13, 136:1
**late**
117:8
**later**
19:18, 53:23,
109:23, 141:22
**latest**
98:5, 155:9
**latitude**
127:3
**law**
3:24, 6:21,
6:23, 85:19,
111:25, 112:2,
154:20

**laws**
112:23, 114:10
**lawyer**
86:2
**layout**
106:5, 106:6,
112:6, 113:16,
113:21, 114:1,
114:4, 127:20,
140:9, 140:12
**lcd**
61:21
**le**
23:3, 130:7,
154:3
**leaked**
53:10
**learn**
12:1, 101:4
**learned**
15:13, 26:24,
26:25
**least**
75:4, 155:9
**leave**
110:20, 113:23,
142:14, 142:15,
146:5
**lee**
19:3, 19:5,
20:1, 20:3,
108:6, 108:8,
108:11, 115:9,
115:11, 115:12,
115:14, 115:16,
115:24, 134:18,
134:21, 148:25,
149:1, 154:1,
156:3, 156:25
**lee's**
149:2, 149:14,
151:17, 151:24,
152:5, 152:9,
152:21
**left**
35:9, 35:15,
36:10, 63:11,
64:6, 109:5,

**laws**
109:7, 109:8,
109:20, 109:23,
110:23, 130:6,
134:5, 136:19
**legal**
21:2, 69:15,
100:17, 101:12
**let**
10:24, 11:9,
13:19, 13:23,
18:3, 19:23,
20:19, 25:16,
26:1, 38:15,
47:9, 49:10,
98:17, 100:8,
143:18, 147:5,
147:25
**let's**
26:17, 28:12,
34:15, 39:25,
40:3, 41:18,
56:20, 58:8,
88:11, 92:17,
112:24, 154:25
**level**
74:11
**li**
23:6, 131:4,
135:21
**life**
78:21
**light**
17:13, 17:17,
17:21, 17:25,
18:1, 20:8,
22:12, 22:14
**light-emitting**
61:19
**like**
7:2, 10:1,
10:6, 14:25,
16:13, 22:1,
30:11, 40:11,
42:20, 46:25,
61:20, 72:3,
72:5, 73:7,
75:14, 76:1,
82:10, 82:14,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    180

120:25, 122:17,
134:20, 136:20,
141:6, 141:21,
144:6, 144:12,
151:5, 151:10,
151:11
**likely**
75:3
**limitation**
109:3
**limitations**
48:1, 109:1
**lin**
1:20, 2:3,
3:35, 21:5,
21:7, 21:9,
21:10, 21:11,
21:13, 28:25,
29:3, 130:10,
131:6, 131:12,
131:14
**line**
5:14, 13:11,
130:23, 136:13,
136:17, 137:19,
137:23, 145:15,
145:16, 145:19,
147:9, 154:8
**lines**
138:12
**ling**
90:24
**link**
72:8, 73:6,
106:10
**links**
73:18
**list**
88:20, 148:1
**listed**
13:16, 86:9,
88:10, 93:23,
93:24, 103:8,
129:20, 129:23
**listening**
10:16
**lists**
89:20

**litigation**
31:7, 70:13,
146:4
**little**
136:4
**liu**
23:6, 23:8
**live**
8:14, 30:11,
30:16
**lives**
141:17
**locate**
156:1, 156:13,
156:14
**located**
43:10, 72:22,
73:23, 75:11,
76:21, 77:9,
114:18, 114:25
**location**
72:4, 75:15,
78:16, 116:13
**locations**
70:22, 75:5,
77:12, 82:19,
111:16
**logic**
24:8, 24:15,
53:9, 65:10,
65:15, 138:17,
138:23, 139:1,
140:16
**logical**
24:18
**logics**
138:15
**logistics**
30:12, 31:3
**long**
9:14, 35:3,
42:7, 43:20,
105:4, 108:18,
111:9
**longer**
11:7
**look**
12:20, 13:10,

34:16, 51:6,
71:8, 77:24,
88:19, 89:19,
99:15, 99:19,
102:2, 103:22,
105:25, 129:14,
130:24, 143:6,
144:5, 147:11,
152:5, 152:7
**looked**
71:6, 71:7,
104:13
**looking**
99:20, 130:1
**looks**
76:1, 87:20,
134:20, 136:20,
141:6, 144:6,
144:12
**lot**
150:11
**loud**
138:11, 143:24
**lower**
91:12, 91:13
**ltd**
1:12
**lucas**
3:34, 29:14
**lunch**
64:12, 66:19
**lung**
130:11
**luo**
108:6, 108:8

**M**

**m-i-n-g**
23:19
**macbook**
109:13, 109:17
**machines**
119:12, 125:11,
125:13, 128:9,
150:18, 150:22
**mad**
19:17
**made**
15:24, 16:2,

17:13, 17:14,
17:22, 22:12,
22:25, 23:11,
32:13, 33:2,
33:9, 53:18,
83:9, 123:24
**mail**
110:1
**main**
3:32, 7:12,
7:24, 8:10,
17:1, 19:4,
19:7, 19:13,
21:6, 23:4,
23:7, 23:18,
24:24, 38:23,
45:18, 48:9,
54:6, 55:10,
60:9, 60:24,
64:21, 64:23,
88:24, 92:9,
102:18, 108:2,
108:7, 108:12,
108:15, 108:19,
115:13, 116:9,
116:20, 120:16,
121:17, 133:22,
138:16, 153:18
**mainly**
23:3, 140:16
**maintain**
125:19, 128:21,
155:15
**maintained**
36:18, 38:12
**maintaining**
126:24
**maintains**
37:13, 37:21,
72:25
**make**
14:4, 33:8,
39:22, 39:25,
52:6, 67:4,
70:23, 83:11,
100:25, 131:15,
146:13
**management**
18:24, 68:2,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                  181

| | | | |
|---|---|---|---|
| 68:14 | 129:7, 129:12, | 118:21 | **metadata** |
| **manager** | 129:18, 130:17, | **media** | 78:5 |
| 64:16, 64:25, | 130:20, 131:16, | 6:2, 38:5, | **metal** |
| 65:6, 121:23, | 131:19, 131:23, | 38:18 | 16:21 |
| 122:6, 122:8, | 132:8, 132:11, | **medium** | **michael's** |
| 122:10, 122:12, | 132:19, 132:22, | 149:21 | 4:31, 101:17 |
| 151:7 | 133:5, 133:8, | **meet** | **microelectronics** |
| **mandarin** | 136:12, 136:15 | 35:6, 78:14 | 1:9, 3:21, 6:5, |
| 4:2, 7:17 | **mask** | **meeting** | 8:22, 13:4, |
| **manufacture** | 17:16, 17:17, | 48:2, 48:12, | 84:16 |
| 128:4 | 17:21, 17:25, | 48:13, 81:16, | **micron's** |
| **manufacturer** | 18:1, 20:8, | 81:21, 82:10, | 4:21, 23:24, |
| 58:19, 58:24 | 22:12, 22:14, | 82:11, 82:13, | 30:24, 33:5, |
| **manufacturing** | 22:15, 22:16 | 82:18, 82:22, | 33:14, 70:21, |
| 126:12, 127:21, | **mass** | 83:10, 83:13, | 72:21, 74:17, |
| 128:14 | 35:7, 35:10, | 123:25 | 75:5, 77:9, |
| **many** | 35:16, 120:4 | **meetings** | 77:12, 77:20, |
| 17:24, 25:9, | **master's** | 48:19, 50:4, | 78:2, 82:19, |
| 31:17, 46:6, | 61:9, 61:11, | 65:11, 65:12, | 84:9, 84:22, |
| 49:24, 58:10, | 61:25, 62:5, | 80:23, 80:24, | 89:21, 99:21, |
| 79:24, 80:1, | 62:17 | 81:11, 81:13, | 104:19, 105:10, |
| 81:10, 81:11, | **material** | 81:16, 82:2, | 107:4, 113:20, |
| 81:24, 82:24, | 16:12, 80:7 | 82:7, 83:1, | 114:11, 151:21 |
| 83:3 | **materials** | 83:7, 83:8, | **microsoft** |
| **march** | 83:15, 91:7, | 83:18, 105:24, | 69:1 |
| 9:19, 9:20, | 105:5 | 123:20, 123:22 | **might** |
| 64:17, 65:2, | **matter** | **melody** | 65:17, 69:22, |
| 102:4, 102:8, | 6:4, 85:14 | 78:12, 78:16 | 85:23, 115:9, |
| 118:15, 121:21 | **may** | **members** | 115:24, 146:6, |
| **mario** | 19:16, 28:8, | 48:14, 141:20 | 153:20 |
| 3:23, 6:22, | 83:23, 103:1, | **memorize** | **miles** |
| 29:8, 29:9 | 118:16, 119:5, | 81:20 | 127:3 |
| **mark** | 119:15 | **memory** | **military** |
| 20:6, 59:5 | **maybe** | 27:16, 29:1, | 62:21, 62:22 |
| **marked** | 125:4, 145:12 | 59:3, 69:22, | **mine** |
| 4:8, 4:12, | **mean** | 70:1, 95:25, | 18:21, 18:22, |
| 4:15, 4:20, | 22:14, 41:3, | 138:22 | 92:15, 96:23 |
| 4:24, 4:29, | 60:2, 66:13, | **mentioned** | **ming** |
| 4:34, 4:38, | 96:8, 97:12, | 33:17, 62:14, | 23:17, 24:6, |
| 4:42, 4:46, 5:4, | 114:19, 123:3 | 79:5, 96:15, | 24:13, 27:6, |
| 5:8, 5:12, | **meaning** | 103:16, 105:22, | 27:9, 29:20, |
| 12:21, 12:22, | 53:4, 135:12, | 108:5, 108:10, | 36:10, 134:12, |
| 26:9, 26:12, | 140:7 | 108:25, 134:14, | 140:4, 141:23, |
| 75:17, 75:20, | **means** | 134:19, 147:2 | 142:19, 143:2, |
| 84:9, 84:12, | 16:16, 93:8, | **merits** | 143:10 |
| 98:12, 98:16, | 139:22, 140:13, | 88:4 | **minor** |
| 98:20, 101:16, | 140:19 | **met** | 112:11 |
| 101:19, 101:22, | **meant** | 78:13 | **minutes** |
| | 44:15, 55:20, | | 48:3, 48:12, |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

182

48:13, 63:16
**missing**
156:1
**misstates**
14:7, 107:5
**mmj**
76:5
**mmj"**
4:18, 75:18
**mmt**
35:12
**mobile**
93:20
**mode**
94:3
**modified**
102:3, 103:5
**modify**
120:1
**money**
119:11
**mong**
143:8
**monitor**
6:7, 106:21
**month**
9:16, 54:17,
54:18, 101:7
**months**
9:15, 63:1,
100:14, 101:2
**moore**
3:23, 6:22,
29:9, 33:25,
34:8, 39:6,
39:18
**more**
16:13, 25:16,
64:5, 71:18,
83:4, 83:6,
83:7, 97:16,
97:23, 113:11,
115:20
**morning**
6:18, 7:20,
108:6, 108:10,
147:2
**most**
124:22

**mostly**
71:2, 71:18,
138:23
**motors**
62:25
**mouth**
19:16
**move**
143:17
**moved**
122:11, 122:13
**mti's**
90:25
**much**
151:14
**multigate**
53:10
**multiple**
54:15, 118:18,
118:19
**must**
73:13, 150:12
**myself**
26:3, 46:22,
47:9, 47:24,
49:3, 123:12,
146:11

**N**

**name**
7:21, 7:25,
8:2, 8:5, 9:8,
19:5, 19:8,
19:12, 19:20,
20:2, 20:5,
21:7, 21:11,
23:8, 23:19,
27:9, 27:13,
55:6, 55:11,
62:18, 69:2,
70:2, 70:6,
70:9, 76:15,
76:17, 85:24,
91:5, 91:20,
102:11, 102:15,
102:21, 102:24,
103:1, 103:2,
103:3, 103:4,

103:25, 104:4,
104:5, 108:3,
108:8, 108:13,
108:16, 108:20,
115:8, 115:9,
115:11, 115:12,
115:14, 115:16,
115:17, 115:20,
115:21, 115:22,
115:23, 116:1,
116:3, 116:14,
116:16, 116:18,
120:17, 120:22,
121:5, 121:12,
121:14, 121:18,
126:11, 128:25,
134:24, 135:17,
135:24
**name's**
76:13
**named**
129:17, 131:22
**names**
19:11, 19:23,
29:2, 108:10,
115:2, 129:15,
130:2, 130:4,
133:2, 133:15,
139:24, 142:23
**nanometer**
23:12, 23:14,
24:4, 24:9,
24:19, 25:2,
25:14, 30:10,
33:18, 53:9,
53:10, 71:2,
90:10, 112:8,
112:15
**nanometers**
25:9, 36:2,
71:9
**nanya**
142:24
**national**
61:8
**native**
76:3, 98:22,
99:24, 101:21,

103:9, 103:19
**natively**
99:1
**naturally**
124:20
**nature**
94:14, 126:13
**near**
8:17
**necessarily**
119:19
**necessary**
140:6, 140:7,
140:14
**need**
10:8, 10:10,
11:8, 28:9,
44:14, 70:23,
140:17, 141:20,
142:22, 149:20,
150:16, 150:20,
150:22, 151:1,
151:8
**needs**
119:11, 149:10,
150:21
**neil**
20:3, 134:18,
149:1, 154:1
**neither**
158:10
**network**
75:13, 91:6
**never**
14:5, 51:23,
73:15, 78:10,
78:21, 81:2,
96:1, 96:7,
96:9, 99:22,
142:18, 154:9,
157:4, 157:10
**nevertheless**
7:4
**new**
22:25, 23:1,
24:7, 24:14,
42:8, 97:2,
133:15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

183

next
88:17, 136:6,
140:22, 140:24
nights
152:16
no-one
15:5, 75:10,
149:22, 153:16
nod
10:11
noise
16:12
non-conductor
16:14, 16:21
none
46:9, 50:2
noon
63:14
nor
158:10
north
1:22, 2:5, 6:11
northern
1:2
notary
7:3
note
99:16, 99:20
notebook
91:21, 92:1,
92:5, 92:6,
92:8, 92:13,
92:18, 92:19,
92:20, 92:21,
92:23, 93:12
notebooks
92:2, 92:14,
93:5, 93:12,
93:14, 93:17
notes
46:19, 46:24,
46:25, 47:2,
47:7, 47:8,
47:13, 49:1,
68:25, 69:3,
69:4, 69:5, 70:4
nothing
117:5, 127:10,

139:8, 157:12
notice
4:10, 4:13,
12:23, 13:3,
26:10, 26:12
november
41:6, 41:8,
41:20, 41:21,
42:1, 42:13,
43:2, 43:5,
43:12, 43:14,
45:7, 62:9,
62:24, 63:12,
64:14, 65:5,
67:7
now
11:20, 11:21,
34:9, 39:24,
43:14, 46:1,
63:13, 67:24,
103:12, 114:19,
115:11, 118:13,
120:12, 121:14,
127:4, 130:10
number
4:36, 4:40,
4:44, 5:2, 5:6,
5:10, 8:12,
70:12, 82:15,
87:10, 91:11,
91:12, 91:14,
96:18, 97:5,
97:8, 98:23,
104:23, 119:9,
124:7, 124:8,
129:8, 129:13,
130:18, 130:22,
131:17, 131:20,
132:9, 132:20,
132:23, 133:6,
133:8, 133:10,
133:11, 148:8,
155:7
numbers
34:5, 91:10,
93:23, 93:24,
125:12
numerous
88:20

O

oaths
7:2, 7:5, 7:8
object
7:6, 87:3,
125:24
objection
14:7, 40:18,
73:25, 74:19,
75:7, 76:22,
77:13, 80:10,
84:1, 88:12,
93:7, 93:25,
96:20, 100:3,
103:11, 107:5,
107:13, 111:23,
118:12, 120:10,
123:2, 137:8,
149:6, 149:16,
151:25, 153:4,
153:13, 153:19,
154:11, 157:6
obtain
61:9, 61:25,
104:18, 105:11,
105:17, 105:21,
107:22
obtained
31:15, 62:17,
70:21, 72:11
october
63:11, 64:6
oem
65:10
off
22:3, 40:5,
64:18, 66:21,
95:11, 106:22,
113:3, 136:7,
155:1, 157:14,
157:16
office
45:12, 84:25,
151:7, 151:13
officer
158:3
official
9:2, 65:20,

124:5, 124:8
officially
64:18, 64:20,
118:16
often
71:14
oh
96:5
okay
10:17, 10:25,
11:5, 11:11,
11:21, 12:19,
19:25, 25:19,
28:12, 29:6,
40:15, 42:19,
56:21, 88:23,
93:14, 103:4,
111:10, 111:20,
117:9, 120:21,
122:9, 135:19,
138:5, 141:5,
144:18, 156:13
onboard
41:8
once
106:21, 107:1,
108:21, 151:2
one
10:11, 17:6,
17:15, 19:11,
22:10, 30:14,
35:13, 37:4,
38:11, 41:9,
42:20, 45:11,
45:12, 45:18,
45:19, 45:21,
51:1, 54:5,
54:7, 54:16,
54:17, 56:4,
56:5, 58:3,
58:13, 58:16,
65:16, 66:13,
79:25, 80:3,
91:19, 94:2,
98:10, 103:1,
105:22, 107:25,
108:6, 108:17,
109:3, 109:6,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

184

109:8, 109:20,
109:22, 112:11,
114:22, 115:5,
115:6, 130:5,
130:6, 130:7,
130:8, 130:10,
130:11, 131:3,
133:17, 134:6,
135:13, 135:25,
140:9, 142:13,
142:15, 143:24,
147:18, 148:7,
156:3
**ones**
14:1, 135:4
**only**
1:16, 9:3,
11:12, 14:13,
35:11, 35:25,
37:4, 45:3,
52:4, 54:18,
54:20, 55:22,
68:17, 76:17,
78:1, 81:24,
81:25, 86:21,
99:7, 101:24,
101:25, 109:3,
110:11, 111:11,
112:2, 120:6,
120:7, 126:23,
130:16, 132:18,
138:15, 138:16,
142:21, 147:1,
154:13, 155:19,
155:20
**open**
82:10, 155:16
**opened**
146:24
**opinion**
74:21, 75:9
**opportunity**
83:14
**options**
146:15
**orally**
10:9
**order**
126:7, 126:24,

149:10, 155:20
**organization**
64:20
**organizes**
125:7, 125:8
**original**
91:12, 111:8
**originally**
112:22
**other**
10:11, 17:10,
20:7, 21:13,
29:11, 30:3,
33:13, 38:2,
38:4, 38:12,
38:16, 38:18,
46:15, 47:2,
50:23, 50:24,
56:5, 59:24,
62:12, 67:10,
67:20, 69:11,
72:11, 85:22,
87:5, 94:25,
95:2, 97:1,
98:11, 105:23,
110:14, 115:6,
129:23, 130:12,
132:16, 133:3,
133:16, 142:12
**other's**
152:8
**others**
108:5, 125:13,
130:1, 135:3,
151:19
**otherwise**
85:20, 104:18,
110:13, 112:3,
158:12
**our**
78:15, 103:15,
106:10, 109:16,
109:17, 112:17,
112:20, 113:1,
114:4, 119:20,
140:12, 143:3,
155:15
**ourselves**
39:14

**out**
28:10, 46:13,
52:3, 53:14,
53:19, 53:23,
53:24, 54:18,
54:20, 98:8,
99:8, 138:11,
143:24, 150:19
**outcome**
158:12
**outside**
52:12, 53:11,
53:13, 87:24,
105:1, 105:5,
106:11, 109:25,
111:16
**outstanding**
155:7
**over**
10:6, 85:6,
88:3, 90:19,
104:8, 144:22,
149:2, 154:9,
154:19
**own**
26:3, 27:6,
80:2, 109:16,
149:20
**oyster**
3:25

---

**P**

---

**page**
5:13, 13:11,
76:13, 86:13,
86:17, 89:18,
90:7, 90:19,
90:20, 91:14,
91:18, 98:23,
104:14, 129:15,
136:12, 136:16,
139:6, 139:13,
140:22, 140:23,
140:24, 141:3,
141:4, 143:19,
144:4, 144:5,
144:10, 144:16,
144:17, 147:6,

147:7, 147:8,
147:9, 148:7
**pages**
1:29, 13:17,
31:17, 75:24,
76:1, 88:19,
89:9, 99:9,
99:14, 99:15,
99:18
**paper**
92:5, 92:8,
92:14, 92:20,
92:21
**paragraph**
138:21
**param**
89:23
**pardon**
34:14
**part**
14:17, 25:11,
36:15, 42:22,
60:3, 70:24,
71:4, 85:3,
90:20, 91:11,
92:24, 110:15,
123:23, 140:15
**partial**
4:27, 75:23,
98:13, 99:1,
99:7
**partially**
99:14
**participants**
83:11
**participate**
82:25
**particular**
9:5
**parties**
7:2, 7:9,
118:18, 118:19,
158:11
**parts**
70:24, 124:22
**pass**
35:6
**password**
147:22, 148:5,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

185

148:9, 148:15,
148:17, 148:20
**patent**
4:35, 4:39,
4:43, 5:1, 5:5,
5:9, 129:7,
129:13, 129:18,
130:17, 130:21,
130:25, 131:2,
131:16, 131:20,
131:22, 132:8,
132:12, 132:14,
132:19, 132:23,
132:25, 133:5,
133:9, 133:13,
145:2, 145:10
**patent-related**
145:4
**patents**
132:17, 133:3
**path**
90:25, 91:1,
91:5
**patrick**
3:9, 6:16
**pattern**
145:11, 145:13
**paying**
118:11
**pays**
117:24, 119:10
**pc**
29:23, 30:5,
30:9, 31:22
**pending**
11:13, 78:9,
85:17
**people**
23:2, 28:25,
101:11, 102:11,
104:25, 105:4,
108:21, 110:2,
110:5, 110:8,
138:14, 138:23,
139:11, 141:15,
141:21, 142:16,
142:21, 143:1,
143:17, 156:2

**per**
52:5, 155:20
**percent**
150:24
**period**
40:16, 40:23,
41:25, 45:7,
45:23, 62:25,
142:7
**peripheral**
90:10
**person**
22:25, 23:1,
24:7, 24:14,
70:2, 82:4,
102:22, 115:7,
130:6, 141:15,
143:7, 143:9,
143:11, 149:9,
156:5
**person's**
102:23, 141:18
**personal**
26:8, 29:21,
30:4, 35:22,
35:24, 36:6,
50:25, 57:18,
106:11, 111:11,
111:12, 111:18,
124:20, 127:9,
144:7, 144:13,
144:19, 144:22,
146:3, 150:10,
151:11
**personally**
38:21, 60:2,
60:7
**perspective**
73:5
**phone**
79:10, 79:12,
79:15, 79:17,
80:4, 80:6,
80:9, 80:14,
80:19, 93:21,
93:24, 94:2,
94:5, 94:11,
94:13, 94:21,

106:18, 106:19,
106:20, 106:24,
109:17
**phones**
79:22, 80:2
**photo**
22:15, 22:16
**photos**
80:18, 80:22,
80:23, 147:3,
150:16
**phrases**
46:25, 49:2
**picks**
99:4
**picture**
48:4, 48:12,
150:15
**pictures**
48:18, 50:4,
79:5, 79:9,
79:13, 80:6,
106:19
**pieces**
88:6, 97:10,
97:11
**place**
6:10, 8:17,
126:7, 147:5
**placed**
42:8, 95:21
**placeholder**
4:27, 98:13,
98:21
**plaintiff**
1:5, 13:2
**plaintiff's**
4:9, 12:23
**plan**
35:11
**planet**
6:9, 6:13
**planned**
35:11
**planning**
35:18
**plasma**
61:12, 61:13,

61:16, 61:20,
61:21
**please**
6:14, 6:25,
7:22, 40:21,
138:13, 143:25
**plus**
99:11, 99:25,
103:18, 122:20
**po-chien**
3:15
**point**
3:25, 28:9,
43:14, 127:10,
139:23, 156:24
**policies**
107:4, 107:9,
107:12, 109:1
**policy**
46:14, 52:7,
52:11, 52:16,
52:22, 53:1,
106:9, 107:18,
110:18, 110:25,
111:2, 111:6,
150:7
**polycom**
82:14
**portable**
42:21, 56:4
**position**
9:14, 64:22,
64:25, 121:20,
122:2, 122:5,
122:10, 122:14
**positions**
63:20, 64:13,
122:9
**possess**
58:10
**possessed**
27:19, 27:23,
28:16, 28:22,
57:12, 97:6,
104:7
**possesses**
28:2, 29:19,
60:5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

186

possession
25:22, 26:20,
32:22, 45:5,
56:23, 67:22,
78:25, 79:1,
89:6, 96:13,
122:19, 124:16,
128:17
possibility
53:6, 83:16
possible
34:4, 110:9,
119:25
post-grad
62:6
powerchip
55:7, 57:24,
57:25, 63:2,
63:5, 63:6,
63:21, 123:7
powerchip's
99:17, 99:21
practice
108:24
prefer
85:7
preparation
18:9, 22:11,
25:17, 30:13,
60:3, 89:4,
100:20
prepare
15:21, 17:3,
17:11, 18:18,
20:10, 21:22
prepared
100:12, 100:15,
100:16, 100:20,
101:10, 101:14,
102:1, 137:9
preparing
36:16
present
3:30, 46:4,
67:12, 104:16
presentation
83:11, 83:15
presentations
83:9

preserved
37:8
previous
33:8
primarily
25:21, 81:13
print
99:8, 102:14
printout
4:27, 5:14,
98:13, 99:1,
136:13, 137:16,
137:19
prior
23:25
priority
119:21, 119:24
private
111:12, 113:18
privilege
46:12, 52:20,
52:24, 151:3
proactively
49:7, 142:19,
143:10
probably
44:14, 112:9,
125:9, 146:11,
151:12, 154:5
probe
4:17, 75:18,
76:5
procedure
13:5
process
30:10, 30:11,
30:17, 31:3,
32:16, 32:22,
32:25, 33:4,
33:13, 33:18,
65:1, 115:7,
115:8, 121:23,
122:6, 122:12,
124:14, 125:1,
125:3, 125:20,
126:12, 126:13,
127:21, 128:3,
128:14, 128:17,

150:19
process-related
150:20
processed
68:12
processes
125:4, 125:15
produce
146:3
produced
31:6, 33:24,
40:2, 70:13,
76:2, 98:22,
99:2, 101:24,
119:23
product
15:25, 16:3,
16:8, 23:25,
30:25, 81:17,
82:1, 99:22,
112:18, 112:20,
119:22
production
34:1, 35:7,
35:10, 35:17,
39:7, 39:22,
120:4
products
34:19, 34:23
prohibit
150:25
prohibited
150:9
prohibiting
150:8
project
64:17, 64:19,
65:18, 66:12,
106:3, 108:23,
112:4, 114:2,
114:6, 114:21,
114:24, 116:10,
116:24, 117:1,
117:4, 117:7,
117:10, 117:12,
117:14, 117:15,
118:6, 118:9,
118:10, 118:16,

119:2, 119:5,
119:6, 119:16,
121:9, 134:8,
135:15, 142:6
pronounce
120:24, 135:24
pronouncing
20:1, 134:9
pronunciation
115:15, 116:5
proper
88:2
prosecutor
15:25, 16:2,
16:7, 17:14,
17:23, 22:13,
22:19, 22:23,
37:25, 44:6,
59:21, 111:24,
112:3, 114:10,
149:8, 149:9,
151:20, 152:15,
154:15, 154:16,
156:4, 157:8,
157:9
prosecutor's
22:18, 45:11,
59:13
prosecutors
79:21, 80:5,
80:20, 84:25,
148:2, 149:3,
153:3, 154:4,
154:10
protective
126:7, 126:24,
155:20
provide
11:18, 48:22,
49:6, 49:7,
49:10, 100:24,
144:12
provided
31:12, 49:17,
51:11, 99:7,
127:2, 128:13
provides
144:7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

187

**public**
7:4, 71:21,
71:23, 73:12,
124:19, 149:19,
149:23, 152:24
**publication**
133:11
**purpose**
120:3, 123:15,
125:16
**purposes**
49:21
**pursuant**
2:12, 13:4
**put**
46:21, 48:25,
49:3, 71:15,
96:17, 117:20,
117:22, 119:18

**Q**

**qualifies**
118:5
**quantity**
91:23
**quarantined**
36:11
**question**
10:23, 11:13,
11:14, 17:2,
17:6, 18:14,
25:17, 26:1,
26:5, 29:18,
32:21, 38:14,
40:20, 43:7,
44:17, 47:6,
57:2, 59:5,
70:18, 77:22,
78:9, 86:21,
87:3, 92:11,
94:8, 94:10,
97:22, 97:24,
98:4, 98:5,
103:18, 107:9,
126:2, 126:4,
126:5, 132:18,
137:11, 137:13,
140:5

**questions**
10:9, 12:18,
18:7, 18:20,
40:12, 74:25,
85:2, 85:16,
85:22, 85:23,
129:10, 130:24,
152:16, 155:17,
155:23
**quick**
98:18
**quickly**
113:24
**quit**
113:23, 114:22,
116:1
**quite**
23:2, 47:6,
56:24, 71:13,
140:2, 146:7,
156:11, 157:1
**qwer**
147:22, 148:5,
148:10, 148:15

**R**

**r&d**
34:24, 35:1,
35:2, 35:5, 77:8
**r-o-n**
23:5
**r-o-n-g**
120:16
**radical**
22:16
**raid**
45:12
**raises**
25:6
**randall**
3:3
**random**
106:23
**randy**
6:18
**range**
54:14
**ranges**
124:14

**rather**
73:16, 77:22
**re-surfaced**
157:4, 157:5
**read**
14:18, 52:8,
55:1, 55:4,
55:5, 55:22,
102:15, 111:11,
138:6, 138:11,
143:24, 149:20,
149:21, 151:22
**reading**
10:17, 112:1,
158:9
**reads**
150:4
**real**
98:17
**really**
30:11, 73:4,
73:17, 74:24,
75:13, 75:15,
77:23, 84:7,
119:18
**reason**
11:17, 53:7,
99:7, 123:16,
145:24, 146:12
**reasonable**
74:15
**reasons**
17:24
**recall**
9:16, 12:5,
12:6, 12:12,
19:20, 32:7,
58:24, 59:4,
70:2, 70:5,
70:6, 79:7,
81:15, 83:20,
84:3, 94:15,
115:8, 115:10,
121:5, 122:19,
146:10
**receive**
14:20
**received**
39:1, 101:25

**recent**
54:17, 100:14,
101:2, 139:2
**recently**
101:2, 146:20
**recognize**
129:25, 130:1,
130:4, 130:11,
131:7, 135:2,
135:3, 135:4
**recognized**
83:22
**recollection**
93:9
**recommended**
142:22, 143:7
**record**
7:22, 14:4,
22:4, 22:7,
28:13, 40:6,
40:9, 66:22,
66:25, 76:4,
84:14, 86:18,
87:19, 90:21,
91:9, 95:12,
95:15, 98:23,
113:4, 113:7,
136:8, 136:11,
146:5, 147:1,
155:2, 155:5,
157:15, 157:16,
158:5
**record's**
17:20, 84:21
**records**
88:21, 94:5,
94:11, 94:21,
148:1
**recovered**
36:7, 71:5,
95:24
**recruit**
142:5, 142:16
**recruiting**
14:2, 127:8,
142:9
**recruitment**
21:20

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

188

recycle
71:6
reduced
158:8
refer
8:21, 20:21,
42:11, 42:25,
56:7, 69:4,
77:7, 85:11,
87:13, 92:5,
99:14, 99:17,
103:7, 104:11
reference
90:22, 93:4,
139:15, 141:7
referenced
91:7, 103:19,
148:3, 152:10,
154:8
references
90:9
referencing
21:18
referred
29:7, 31:4,
135:17, 148:23
referring
8:22, 20:22,
22:17, 22:19,
27:14, 31:22,
92:7, 92:19,
92:20, 105:12,
116:25, 135:16,
138:8, 138:20,
139:10, 148:5,
153:11
refers
25:14, 92:14,
112:13, 141:11,
148:24
reflect
137:14
regarding
15:25, 16:3,
16:8, 17:3,
27:18, 27:22,
28:1, 28:5,
28:21, 29:18,

46:17, 67:17,
83:12, 123:20,
150:18
regular
124:4
relate
25:21, 25:24,
34:5, 61:17,
85:23, 122:23
related
14:2, 17:17,
17:22, 18:1,
25:8, 25:13,
98:4, 98:5,
102:2, 102:10,
102:11, 145:2,
158:10
relates
127:10
relating
26:21, 61:17,
155:10
relevant
126:1
remain
50:3
remaining
134:25
remark
90:8
remarks
89:20, 90:8,
90:23
remember
19:11, 19:23,
42:10, 48:25,
69:23, 69:24,
70:9, 71:4,
94:18, 95:23
remotely
109:17
rent
119:11
repeat
40:20, 43:7
repeatedly
105:25
replaced
38:10

report
27:21, 121:3,
121:6, 141:22
reported
1:30
reporter
6:12, 6:24,
7:1, 7:3, 7:5,
19:17, 34:2,
53:16, 59:10,
121:13, 121:16,
137:21, 145:7,
158:1, 158:3
reports
121:4
represent
6:15, 75:22,
85:14, 101:20,
137:4
representative
11:23, 12:3,
13:22, 15:3,
15:8, 15:15,
26:6, 89:5
represented
85:13
representing
6:21, 6:23
represents
99:10
request
39:4, 39:21,
52:5, 52:6,
53:19, 53:21,
101:1
requested
35:1, 39:3,
158:9
requests
25:6
required
39:17
requires
125:4, 140:12
research
65:21
reserve
155:15

resign
113:22
resistance
16:18
respect
28:1, 37:13,
38:3
respond
147:17
responded
147:14
responsibilities
92:24
responsibility
23:16, 24:6,
24:13
responsive
155:14
rest
36:2
result
60:13, 87:8,
96:3
results
20:13, 20:15,
20:19, 20:25,
21:14
retrieving
72:9, 72:10
reverse
100:5
reverse-engineer
106:4, 112:7,
113:16, 127:18,
128:12
reverse-engineer-
ed
112:17
reverse-engineer-
ing
33:19, 114:8,
128:4, 128:9
review
12:18, 13:19,
54:24, 55:15,
85:7, 111:15,
151:14, 151:17
reviewing
101:21, 155:12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

189

**rexchip**
55:9, 55:11,
57:25, 63:4,
63:5, 63:8,
63:9, 63:23,
71:24, 73:19,
79:1, 79:3,
99:21, 123:8,
123:19, 124:11,
134:4, 134:5,
134:16, 135:12
**right**
8:23, 34:8,
39:24, 56:1,
63:17, 67:14,
74:10, 76:13,
77:2, 89:19,
90:8, 102:3,
112:21, 123:9,
130:13, 141:8,
141:16, 155:15,
156:16
**rights**
85:19
**road**
1:22, 2:5,
3:17, 6:11
**role**
124:11
**rong**
23:3, 120:15,
154:3
**room**
71:25, 73:16
**rough**
51:6
**roughly**
42:9
**routine**
105:23
**row**
99:4, 99:19
**rows**
99:3, 99:24
**rule**
13:5, 36:1,
37:6
**rules**
10:5, 90:10

**run**
99:22

**S**

**s**
139:15, 139:18
**s-c-r-i-b-e**
145:18
**s-h-i-h**
121:12, 121:18
**sa**
140:17
**said**
18:11, 28:7,
30:17, 34:15,
44:12, 46:24,
52:21, 52:25,
58:22, 59:9,
70:7, 109:9,
109:10, 118:20,
122:25, 126:15,
143:10, 146:23,
152:23, 153:19,
156:25, 158:6
**same**
24:21, 41:14,
43:18, 51:3,
54:3, 65:23,
80:5, 82:1,
90:15, 97:24,
98:10, 103:4,
122:2, 135:10,
139:6, 144:12,
151:22
**samsung**
33:19, 112:9,
113:15, 114:8,
114:14, 115:3,
115:25, 127:19
**samsung's**
106:4, 112:7,
112:16, 113:16,
113:25, 114:3
**san**
3:6, 3:12, 3:26
**save**
88:4, 88:17
**saw**
13:24, 14:13,

14:15, 14:23,
14:25, 76:15,
76:17, 86:25,
90:2, 129:16,
136:24, 143:22,
147:1
**say**
10:10, 25:2,
55:25, 77:23,
83:7, 96:7,
97:11, 100:5,
117:18, 120:5,
139:7, 145:8,
153:10
**saying**
17:6, 17:7,
143:12
**says**
13:12, 77:3,
86:18, 90:23,
91:21, 91:23,
92:18, 93:11,
93:20, 100:10,
102:3, 102:10,
103:5, 135:9
**scanned**
146:25
**scenarios**
150:12
**scope**
144:2
**screenshot**
4:30, 101:16,
101:20, 101:23
**scribe**
145:15, 145:16,
145:17, 145:19
**scribe-line**
145:4
**search**
47:18, 49:23,
49:24, 50:13,
51:4, 57:1,
68:10, 68:13,
68:14, 68:16,
69:20, 73:7,
78:24, 78:25,
79:3, 87:17,

89:10, 90:4,
90:13, 91:5,
94:16, 94:21,
146:2, 146:21,
146:23
**searched**
47:22, 49:20,
56:22, 67:6,
67:10, 67:21,
68:4, 69:6,
69:17
**searching**
70:3, 70:8
**second**
25:11, 43:21,
43:24, 44:2,
44:8, 44:20,
44:25, 45:11,
46:7, 49:1,
51:21, 51:22,
52:1, 54:4,
54:6, 58:16,
58:22, 84:6,
84:20, 90:19,
91:19, 129:20,
130:6
**second-named**
134:2
**seconds**
154:25
**secretary**
151:9
**secrets**
89:22, 90:25
**section**
3:17
**security**
106:22
**see**
13:13, 13:17,
13:24, 14:3,
14:13, 34:13,
39:9, 77:4,
86:19, 86:22,
89:23, 90:11,
90:11, 90:18,
91:3, 91:21,
93:21, 96:25,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

190

99:5, 102:5,
102:12, 103:23,
104:20, 106:23,
110:5, 139:15,
141:5, 142:3,
142:19, 143:21,
144:8, 144:14,
144:15, 144:19,
147:5
**seen**
13:7, 14:5,
26:15, 27:21,
76:7, 77:15,
86:6, 136:22
**seized**
91:20
**self-incriminati-
on**
85:20
**self-introduction**
46:19, 47:23,
48:25
**semiconductor**
46:21, 49:3,
61:18
**semiconductors**
61:14
**send**
27:6, 46:16,
46:17, 48:13,
123:21, 145:23,
146:8, 150:16,
150:23
**sending**
30:4
**senior**
19:2
**sent**
29:20, 35:22,
35:24, 36:6,
47:10, 49:1,
79:6, 118:1,
146:6
**sentence**
139:7, 139:22,
140:1
**separate**
14:16, 93:14,

148:16
**separated**
84:20
**separately**
85:13
**sequence**
125:7, 128:3
**series**
30:24, 33:14,
34:19, 34:22,
71:9, 112:10,
124:7, 124:8
**served**
62:21
**server**
21:20, 71:25,
72:9, 73:16,
73:17, 75:11,
105:14
**servers**
72:22, 74:9,
75:5, 75:16,
104:19, 105:11,
105:16, 105:21,
107:11, 107:21
**service**
62:22
**session**
136:6
**set**
158:13
**sets**
91:10
**several**
99:9
**shall**
17:2, 113:8
**share-file**
69:3
**shared**
68:20, 149:19,
149:23, 152:24
**sharepoint**
68:21, 68:23,
69:1, 72:3,
72:4, 72:5,
72:18, 72:20,
72:21, 73:14,

74:14, 74:17,
75:5
**she**
19:17, 105:13
**sherlock**
120:25
**shield**
17:13
**shih**
121:4, 121:6,
121:11, 121:15,
121:18, 130:8
**short**
39:8, 40:3,
62:25
**shorthand**
158:1, 158:2
**should**
17:9, 24:10,
24:16, 24:22,
33:25, 37:18,
39:6, 84:19,
100:5, 100:13,
105:25, 121:12,
126:2
**showed**
143:4
**showing**
4:31, 101:17
**shown**
157:11
**sic**
133:20, 135:7
**side**
102:3, 136:19,
145:21, 146:14
**sign**
142:13
**signature-ywp**
158:15
**signed**
142:17
**signing**
158:9
**silicon**
16:12, 16:19,
16:20
**sim**
94:3

**similar**
24:20, 25:3,
25:4, 68:22,
68:23, 68:24,
76:10, 79:2,
130:23, 134:13
**simple**
125:10
**simply**
128:9
**simulation**
61:12, 61:13,
61:17, 61:19
**simultaneous**
45:15, 45:17
**since**
15:21, 15:24,
18:17, 57:13,
57:21, 62:16,
64:13, 66:8,
67:23, 71:17,
114:2, 114:6,
117:7, 117:11,
118:9, 119:5,
119:15, 123:17,
123:22, 152:17
**singapore**
81:23
**single**
92:1
**sit**
75:2, 123:4
**site**
73:17, 78:15
**sites**
68:21, 72:18,
72:22, 74:17
**situation**
10:1, 143:4
**situations**
142:2
**six**
134:24
**size**
31:19, 59:15
**sizes**
92:22
**slightly**
38:14, 83:6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

slow
73:6
small
102:14, 147:18
smaller
91:11, 92:21
so-called
24:17, 129:5
software
74:9
solid
64:3
some
12:6, 13:23,
16:11, 19:2,
29:21, 35:2,
43:14, 46:19,
46:20, 57:18,
72:18, 74:16,
75:4, 83:14,
85:2, 107:4,
107:9, 113:18,
113:19, 122:16,
123:9, 123:11,
123:12, 125:13,
129:25, 133:15,
135:2, 142:22,
142:23, 143:17,
143:18, 145:2,
145:20, 145:23,
146:13, 148:19,
149:9, 151:11,
156:24
some-odd
87:7
somebody
37:11, 52:21,
52:24, 156:23
someone
34:20, 105:12,
125:8, 153:20,
157:1, 157:2
something
14:25, 30:10,
72:3, 76:9,
82:14, 87:22,
87:24, 99:19,
115:10, 149:9

sometimes
11:6, 81:22,
82:2, 82:22,
82:23, 102:25,
125:8, 125:10,
150:15, 150:17,
150:21
somewhere
146:7
sorry
92:9, 104:12,
117:6, 145:7,
153:17
sort
36:11
sounds
40:4
source
25:23, 67:10,
70:17, 71:10,
84:7
sources
67:3, 67:5
south
3:17, 3:26
speak
27:17, 28:24
speakers
45:15, 45:17
special
64:9
specific
39:20, 105:19,
107:10, 127:2
specifically
15:5, 35:23,
89:8, 99:3,
101:14, 148:1
speculate
93:8, 153:14
speculation
74:20, 75:8,
76:23, 77:14,
80:11, 80:13,
84:2, 96:21,
100:4, 149:7,
149:17, 152:1,
153:5, 154:12,

157:7
spelling
7:25, 8:11,
19:5, 19:8,
21:7, 23:5,
23:8, 23:19,
102:19, 108:3,
108:8
spoke
29:7
spoken
14:10, 18:4,
18:5, 26:23,
27:25, 28:20,
31:9, 36:9,
36:20, 37:16,
41:2, 42:16,
42:17, 45:9,
47:5, 49:9,
55:3, 55:6,
55:9, 55:11,
55:17, 56:3,
56:9, 56:14,
57:23, 58:25,
60:21, 64:24,
74:23, 86:4,
86:24, 93:1,
100:23, 103:14,
116:22, 117:17,
123:6, 126:19,
127:23, 141:10,
143:15, 144:25,
145:3, 153:12,
153:17, 156:6,
156:20
staffing
144:1
stamp
98:23
standard
35:6, 35:9,
35:10, 35:16,
64:8
staples
84:20
start
63:19, 65:21,
85:9, 106:2,

147:8
started
41:19, 41:21,
43:15, 65:5,
122:3
starting
13:11, 45:25,
63:7, 65:23,
91:2, 123:7,
147:9
starts
89:22, 140:23,
144:11
state
6:15, 7:21,
88:15, 123:1,
147:21
statement
73:3, 86:18,
97:9, 107:24
states
1:1, 70:22,
72:23, 73:2,
74:18, 75:6,
76:21, 77:12,
78:19, 78:22,
81:8, 82:23,
83:2, 83:25,
130:21, 131:20,
132:12, 132:23,
133:9
states-based
83:19
stating
147:18
stay
112:5
ste
3:5
stealing
114:11
stenographically
158:7
stephen
65:17, 66:15,
66:16, 120:19,
121:7, 121:8,
139:19, 139:20,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

192

141:11, 141:13,
147:14, 151:23
**steps**
125:5, 125:7,
125:11, 125:14,
126:12, 127:21,
128:3, 128:8,
128:14
**still**
79:12, 79:16,
79:17, 103:9,
109:23, 110:5,
110:9, 114:21,
117:9, 129:4,
141:21, 143:10,
146:17, 152:11
**stipulate**
7:2, 7:4
**stop**
95:8
**storage**
67:21
**store**
57:21, 71:22,
96:12, 149:23
**stored**
38:12, 72:1,
79:16, 79:17,
136:19, 146:6,
146:9, 146:10,
151:18
**stores**
72:5, 73:1
**storing**
58:5
**street**
3:11, 8:9, 8:11
**strike**
20:20, 50:11,
50:18, 87:5,
105:8
**stroke**
143:14
**structure**
106:4, 106:7,
113:16, 113:21,
114:1, 114:3,
127:19, 145:14,

145:15
**structures**
146:13
**studies**
61:6, 62:6
**subsidiary**
63:6
**such**
16:19, 53:9,
68:20, 75:12,
83:16, 101:1,
123:16, 124:17,
138:14, 151:8
**sudden**
19:11
**suddenly**
121:5
**suitable**
127:12
**suite**
3:25
**supervision**
158:8
**supervisor**
151:2
**suppose**
10:19, 13:9,
69:25, 76:20,
80:22, 100:16,
101:11, 102:25,
132:5, 148:11,
148:12, 148:23,
151:20
**supposed**
104:25, 105:5
**supposedly**
24:10, 121:7,
154:14
**sure**
14:4, 14:19,
23:21, 24:2,
33:6, 35:3,
39:22, 39:25,
40:23, 41:23,
43:9, 48:15,
66:20, 67:4,
69:21, 71:11,
76:9, 101:8,

117:18, 117:19,
118:5, 131:8,
134:5, 141:2
**suspection**
80:16
**suspicion**
80:16
**swap**
52:3, 53:19
**swapped**
53:24, 54:2,
54:19
**swd**
140:17
**swear**
6:25
**sworn**
4:1, 7:12,
7:14, 7:16
**system**
52:20, 67:25,
68:2, 68:4,
68:14, 68:17,
68:20, 68:22,
68:23, 68:24,
68:25, 69:1,
69:3, 69:5,
70:4, 90:4,
150:17
**systems**
33:5, 38:13,
67:21, 74:15,
90:14

**T**

**t-e-s-t**
138:25
**t-i-e-n**
23:5
**t-i-n-g**
7:25, 108:3
**t-s-e-o**
8:11
**table**
89:19, 90:7,
90:18, 90:20,
91:7, 91:17,
148:8

**tables**
88:5, 88:10,
89:9
**taichung**
8:9, 35:12,
78:15, 78:18,
84:25
**tainan**
141:17, 141:18,
141:19
**taipei**
1:23, 2:6,
3:18, 6:11
**taiwan**
1:24, 2:7,
3:19, 22:19,
61:8, 62:11,
72:7, 73:13,
79:21, 80:12,
81:17, 81:21,
81:25, 82:22,
84:5, 84:24,
88:21, 89:7,
111:24, 114:25,
136:25, 148:2,
149:3, 154:9
**take**
7:1, 11:6,
11:7, 11:9,
11:14, 12:20,
13:10, 19:15,
21:25, 34:16,
39:8, 40:3,
48:4, 63:16,
64:11, 66:18,
79:9, 80:6,
80:13, 89:19,
95:9, 95:10,
105:19, 106:19,
107:10, 110:19,
112:24, 127:14,
127:15, 130:24,
136:5, 147:11,
149:8, 150:15,
151:23, 154:25
**taken**
9:25, 22:5,
37:24, 40:7,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

193

45:11, 66:23,
79:5, 93:10,
95:13, 113:5,
136:9, 155:3,
158:4, 158:7
**taking**
6:10, 101:23
**talk**
37:11, 37:14,
37:17, 37:18,
150:21
**talked**
18:21, 19:1,
19:2, 21:2,
56:12, 107:25,
108:23, 133:2,
140:11, 156:2
**talking**
10:1, 18:13,
20:9, 21:13,
39:11, 54:15,
55:25, 97:21,
117:6
**tamkang**
60:16
**taoyuan**
81:22
**tape**
36:12, 36:24,
37:8
**tapes**
38:3, 38:17,
67:16
**te**
133:20, 133:24
**team**
34:24, 35:1,
35:2, 35:4,
35:5, 48:13,
113:17, 113:22,
113:24, 114:15,
115:4
**technical**
26:20, 64:16,
65:6, 73:1,
83:17, 122:8,
122:10, 151:6
**technologies**
112:2, 112:6,

118:18
**technology**
1:4, 3:2, 6:4,
30:13, 64:10,
73:23, 117:25,
118:2, 118:11,
118:20, 119:2,
120:6, 123:18,
124:1, 124:4,
124:12
**technology's**
13:3, 84:15
**telephonic**
82:7
**tell**
15:20, 20:18,
57:16, 62:16,
69:17, 69:19,
69:22, 99:9,
130:3, 136:3,
153:14
**ten**
64:3
**terabytes**
59:17
**term**
28:8
**terminology**
46:20
**terms**
18:24, 29:2,
68:13, 71:10,
110:15, 140:8
**test**
138:21, 138:23,
138:25, 139:1,
140:5, 140:11,
140:17, 145:3
**testified**
4:3, 7:17,
22:9, 28:15,
29:4, 77:15,
121:8, 122:21,
144:13, 156:23
**testify**
11:22, 13:21,
15:3, 15:8,
25:21, 36:16,

60:3, 89:5,
93:9, 100:21
**testifying**
15:13, 33:23,
34:7, 40:1
**testimony**
11:18, 14:8,
53:18, 79:4,
79:7, 111:22,
122:17, 146:22,
155:10, 158:6
**testing**
124:15
**text**
5:14, 57:19,
136:13, 136:17,
137:5, 137:14,
137:23, 138:3,
138:6, 138:20,
139:13, 139:15,
141:7, 144:6,
144:10, 152:10,
154:8
**th**
1:21, 2:4,
3:11, 6:10,
143:20, 147:5,
147:8, 148:3,
152:11, 158:14
**than**
10:18, 20:7,
21:13, 38:2,
38:16, 46:15,
50:23, 51:15,
64:5, 67:20,
69:11, 71:18,
83:4, 83:6,
83:7, 85:23,
87:5, 94:25,
97:16, 97:23
**thank**
50:17, 89:3,
121:13, 140:21,
147:7, 155:6
**that'd**
34:10
**that's**
9:4, 24:21,

26:5, 42:19,
42:22, 69:3,
70:25, 72:1,
75:24, 77:22,
85:17, 87:5,
92:11, 101:25,
104:2, 104:5,
114:12, 119:8,
119:9, 125:19,
132:17, 134:18,
140:19, 148:25
**their**
19:11, 19:23,
27:18, 28:2,
29:2, 68:10,
83:11, 83:12,
89:14, 124:2,
130:1, 141:21,
150:22
**them**
12:16, 14:3,
14:18, 19:12,
39:9, 39:10,
55:4, 57:17,
68:9, 70:1,
98:7, 99:15,
99:20, 108:1,
108:24, 110:19,
114:21, 115:5,
129:25, 130:15,
133:17, 135:2,
138:7, 146:20,
146:21, 152:14
**themselves**
6:15
**then**
12:18, 33:20,
34:16, 35:3,
35:5, 35:6,
38:10, 38:23,
46:19, 48:4,
48:12, 48:13,
63:6, 63:11,
64:22, 65:3,
71:22, 73:12,
73:14, 81:12,
82:12, 91:1,
97:7, 99:4,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

194

109:9, 112:16,
112:17, 113:22,
113:23, 114:22,
119:2, 119:25,
122:8, 122:11,
122:12, 124:2,
124:11, 124:19,
125:25, 126:5,
126:20, 135:6,
135:13, 135:22,
136:25, 137:16,
137:19, 140:10,
140:11, 141:23,
141:25, 143:4,
143:9, 143:12,
145:5, 146:24,
147:17, 150:20,
150:22, 151:2,
151:3, 151:15,
152:14, 152:19
**theoretically**
149:22
**there**
9:3, 11:17,
13:16, 17:12,
17:21, 17:24,
19:10, 19:14,
19:19, 23:2,
33:17, 35:25,
37:5, 39:20,
45:12, 45:19,
46:16, 46:18,
48:2, 50:3,
51:22, 51:23,
53:4, 53:22,
54:15, 54:16,
56:15, 65:19,
67:6, 67:16,
68:22, 69:22,
71:14, 71:15,
71:22, 73:7,
75:12, 76:9,
78:3, 78:7,
80:15, 80:21,
80:22, 81:11,
83:8, 83:16,
84:19, 87:22,
90:22, 91:14,

91:21, 92:1,
93:23, 93:24,
94:22, 96:4,
96:5, 97:10,
97:11, 97:12,
97:16, 98:6,
102:16, 109:3,
109:4, 110:13,
114:14, 114:16,
115:20, 119:1,
122:24, 123:16,
123:19, 123:25,
124:11, 124:12,
125:17, 127:5,
127:9, 129:15,
134:24, 137:1,
138:14, 141:20,
144:19, 149:22,
150:25, 151:8,
151:14, 152:15,
154:14, 155:7
**there's**
10:5, 10:23,
11:13, 13:12,
36:2, 38:11,
57:18, 70:23,
71:11, 71:25,
73:16, 80:12,
82:15, 83:5,
85:4, 85:10,
86:17, 102:11,
103:23, 106:19,
106:20, 108:17,
126:6, 126:9,
131:15, 138:7,
139:14, 141:7,
143:20
**thereafter**
158:7
**these**
34:22, 36:13,
63:20, 72:13,
74:24, 83:8,
87:2, 87:4,
87:13, 90:2,
94:5, 103:16,
108:21, 109:1,
110:2, 110:4,

110:5, 110:8,
110:9, 112:2,
113:1, 118:22,
123:22, 124:7,
125:7, 125:12,
125:14, 125:18,
129:11, 145:21
**they**
6:15, 7:2, 7:6,
11:7, 24:20,
33:25, 34:21,
39:6, 47:8,
64:9, 68:10,
69:17, 69:19,
69:22, 69:25,
77:7, 80:9,
80:13, 81:20,
89:13, 99:16,
105:4, 106:7,
108:22, 110:20,
114:18, 114:24,
122:22, 125:8,
125:10, 125:13,
125:17, 129:24,
135:20, 138:15,
138:16, 138:19,
139:2, 139:7,
139:9, 139:10,
141:22, 143:2,
150:22, 153:6,
153:7, 153:10
**they'll**
12:17
**they're**
99:20, 99:21
**thing**
11:12, 75:12,
105:24
**things**
17:10, 18:13,
38:7, 53:22,
105:22, 151:11
**think**
18:6, 18:12,
18:13, 23:3,
24:19, 24:20,
28:6, 30:16,
37:25, 39:23,

41:7, 41:11,
44:12, 44:14,
44:23, 47:17,
59:16, 64:5,
65:2, 65:18,
70:23, 71:25,
72:13, 73:4,
73:10, 73:17,
75:14, 75:15,
81:24, 84:7,
88:3, 90:21,
92:14, 92:21,
100:5, 101:6,
115:9, 119:20,
119:22, 119:25,
129:2, 129:4,
132:16, 133:2,
133:15, 140:20,
141:11, 141:22,
142:1, 142:4,
146:9, 148:13,
148:22, 149:1,
149:18, 157:13
**thinking**
145:4, 145:20
**third**
45:12, 45:16,
45:18, 45:19,
45:21, 45:24,
46:3, 49:4,
49:5, 49:7,
49:13, 49:16,
67:11, 72:2,
84:18, 114:22,
115:25, 130:7,
134:10
**those**
12:18, 13:19,
13:20, 25:23,
39:3, 39:4,
47:2, 56:7,
57:16, 58:13,
67:20, 70:17,
70:21, 79:6,
79:9, 79:13,
84:23, 87:24,
89:23, 90:4,
93:17, 95:21,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

195

99:16, 99:18,
109:14, 114:1,
143:1
**though**
109:22
**thought**
54:2, 65:9,
73:15, 74:25,
92:10, 96:1,
97:22, 111:20,
111:25, 112:1,
112:22
**thousand**
99:9
**three**
38:10, 41:7,
41:11, 41:12,
41:15, 42:9,
42:13, 45:10,
52:4, 54:21,
55:13, 56:13,
56:15, 63:1,
67:7, 72:13,
74:1, 81:12,
81:14, 89:20,
89:24, 90:4,
103:12, 114:17,
122:9, 135:19
**three-week**
45:6
**through**
10:7, 12:15,
13:17, 14:15,
14:21, 14:24,
15:9, 15:14,
25:25, 26:7,
33:15, 36:16,
52:8, 53:11,
55:22, 71:21,
72:3, 88:5,
88:11, 88:20,
89:14, 97:22,
99:5, 106:11,
106:13, 123:7,
124:5, 124:6,
128:9, 133:16,
137:7, 140:24,
142:1, 142:4,

146:25
**throughout**
72:7, 73:8
**thursday**
1:26
**tien**
23:3, 130:7,
154:3
**till**
46:1, 63:13,
67:23
**time**
6:6, 15:12,
22:4, 22:7,
35:2, 37:8,
40:6, 40:9,
40:16, 40:23,
41:25, 45:23,
54:14, 58:9,
66:22, 66:25,
73:7, 82:11,
95:12, 95:15,
105:4, 109:11,
109:21, 113:4,
113:7, 119:9,
123:10, 123:23,
133:17, 136:8,
136:11, 138:3,
142:6, 148:18,
148:20, 155:2,
155:5, 155:7,
156:17, 157:15
**time-stamped**
138:7, 147:9
**timeframe**
62:19, 65:23
**times**
71:18, 74:1,
81:10, 81:11,
81:12, 81:14,
82:24, 83:3,
103:12, 118:13
**timestamp**
138:9
**ting**
7:23, 104:1,
108:1, 108:3,
130:7

**title**
8:25, 9:2,
64:15, 76:5
**titled**
90:9
**today**
6:8, 6:12,
11:7, 11:19,
15:12, 26:8,
27:1, 32:9,
36:16, 36:18,
37:21, 43:18,
44:3, 57:8,
57:10, 57:11,
59:12, 59:20,
60:4, 62:15,
66:9, 75:2,
79:4, 79:12,
93:18, 100:21,
103:10, 103:20,
104:13, 117:11,
126:22, 127:7,
134:19, 143:17,
144:14, 146:17,
146:22, 152:11,
155:7, 155:17,
155:21
**today's**
6:6, 10:2,
10:8, 10:20,
11:2, 15:22,
17:3, 18:18,
19:22, 20:11,
21:23, 22:11,
25:17, 26:24,
39:5, 47:3,
87:16, 88:3,
155:8, 155:14
**together**
46:22, 49:3,
140:10
**told**
15:5, 32:18,
65:17, 69:9,
69:15, 69:25,
75:11, 109:20,
109:22, 112:3,
142:21, 152:19,

153:16, 156:3
**tom**
78:12, 78:16
**too**
151:14
**took**
46:20, 49:15,
79:13, 80:22,
110:23, 147:14
**top**
77:2, 136:19
**topic**
13:24, 13:25,
82:21, 83:12,
104:14, 104:23
**topics**
11:24, 13:13,
13:16, 13:19,
13:20, 14:15,
14:20, 14:24,
15:4, 15:9,
15:14, 25:20,
25:25, 26:7,
36:16, 127:2,
155:14
**total**
86:19
**towards**
88:5
**tower**
1:21, 2:4, 6:10
**trade**
89:21, 90:25
**train**
104:25, 105:4
**training**
4:18, 75:18,
76:5, 77:3,
105:3, 105:23
**trainings**
104:24
**transcend**
59:1, 96:16,
100:10
**transcript**
7:7, 123:5,
126:22, 155:18,
158:5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

196

**transfer**
30:13, 35:1,
123:18, 124:1,
124:4, 124:13
**transferred**
35:3, 65:3,
118:3
**transistor**
24:9, 24:18,
25:6, 25:7,
25:13
**transistor's**
25:12
**transistors**
16:17, 16:23
**translated**
28:7, 55:19,
92:13
**translation**
28:5, 33:8,
85:1
**translator**
16:25
**trash**
29:22, 30:5,
30:8, 32:19,
32:23, 40:13,
40:25, 43:10,
95:2, 95:19,
95:21, 96:18
**traveler**
31:4, 32:16,
32:22, 32:25,
33:4, 33:14,
125:2, 125:3,
125:6, 125:21,
126:14
**travelers**
128:18
**trips**
123:24
**true**
137:5, 158:5
**try**
34:9, 38:15,
81:20, 138:1,
155:25
**trying**
18:22, 112:14,

142:5, 150:19
**tsai**
135:22
**tseng**
3:33, 7:14
**tseo**
8:9
**tsmc**
55:2, 57:22,
62:23, 123:7
**tuesday**
12:7, 12:8,
12:11, 12:13,
15:19, 15:21,
18:17, 76:3,
101:24
**tuesday's**
34:1, 39:7
**tung**
131:25, 132:2,
132:3
**tunhwa**
1:22, 2:5,
3:17, 6:11
**turn**
84:18, 86:13,
89:18, 91:17,
104:14, 106:22,
138:3, 144:10,
147:24
**turned**
46:13, 127:4,
149:2, 154:9,
154:19
**turning**
139:13
**turns**
83:12
**tw**
51:3, 51:15
**tw@gmail**
50:8, 50:24
**tw@yahoo**
51:3
**two**
18:13, 19:10,
26:2, 38:7,
38:10, 54:16,

56:4, 58:12,
58:14, 65:10,
70:24, 81:12,
81:14, 83:6,
91:9, 93:23,
93:24, 94:3,
97:25, 103:2,
108:10, 114:16,
114:21, 114:24,
115:2, 130:9,
138:7, 138:12,
152:16, 155:22
**two-thirds**
86:17, 141:3
**type**
32:2, 37:12,
113:14, 124:25,
144:21
**typed**
47:23
**types**
15:23, 74:24,
142:21
**typewriting**
158:8
**tzou**
130:8

U

**umc's**
12:2, 13:21,
15:3, 15:8,
15:14, 22:23,
23:25, 24:8,
24:10, 24:16,
24:22, 25:22,
48:23, 52:7,
52:11, 67:22,
78:25, 79:1,
88:9, 89:5,
89:6, 100:21,
107:9, 107:12,
111:17, 114:15,
150:7, 156:18
**umc-issued**
31:23, 43:2,
43:25, 54:19,
54:25, 55:16,

148:14
**umccorpjd**
98:24
**umi**
140:18
**unable**
128:2, 128:7
**unclear**
45:15, 45:17
**uncover**
104:22
**under**
90:8, 90:23,
91:19, 91:23,
102:2, 103:25,
104:4, 126:23,
158:8
**underlying**
75:9
**underneath**
102:10, 103:4
**understand**
7:3, 10:14,
10:24, 15:23,
16:1, 16:6,
17:12, 17:21,
17:25, 20:12,
20:18, 20:25,
21:14, 22:12,
47:6, 47:12,
67:5, 85:10,
88:2, 94:7,
94:9, 136:16,
138:8
**understanding**
11:21, 11:24,
13:20, 14:2,
15:18, 18:7,
20:7, 20:15,
21:19, 23:10,
24:5, 24:12,
28:17, 31:10,
31:14, 34:21,
46:9, 46:10,
66:15, 74:11,
111:8, 111:13,
117:1, 118:4,
139:14, 149:4,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

154:5
**understandings**
18:23
**understands**
18:14
**understood**
72:14, 73:22,
139:5
**unfamiliar**
116:12
**unfit**
46:13
**unit**
6:2
**united**
1:1, 1:9, 3:21,
6:4, 8:22, 13:4,
70:22, 72:22,
73:1, 74:18,
75:6, 76:21,
77:12, 78:19,
78:22, 81:8,
82:23, 83:2,
83:19, 83:24,
84:15, 130:21,
131:20, 132:12,
132:23, 133:9
**university**
60:16, 61:8
**unrelated**
119:16
**until**
42:8, 43:22,
44:9, 44:21,
45:1, 46:4,
53:25, 71:5,
96:2, 101:2,
118:15
**update**
76:6
**upon**
87:11
**us-related**
84:6
**usb**
46:12, 46:14,
51:18, 51:20,
51:24, 51:25,

52:8, 52:11,
52:18, 53:11,
54:23, 55:14,
55:18, 55:19,
55:22, 55:25,
56:5, 71:13,
71:16, 96:15,
97:7, 97:8,
106:9, 109:3,
109:10, 111:3,
111:6, 124:1,
124:3, 150:2,
150:4, 150:8,
150:11, 150:12,
150:20, 150:25,
151:1, 151:4,
151:9
**use**
24:10, 24:22,
29:23, 42:7,
43:20, 46:12,
48:1, 48:5,
48:6, 51:20,
51:23, 51:25,
52:11, 82:14,
89:8, 89:13,
106:8, 106:9,
106:18, 109:2,
109:10, 109:16,
110:5, 110:9,
110:12, 111:3,
119:12, 145:10,
149:20, 150:8,
150:11, 150:25,
151:1, 151:3,
151:9, 151:11,
151:16
**used**
23:13, 23:14,
23:24, 24:16,
28:11, 30:5,
30:9, 38:9,
40:17, 40:24,
41:7, 41:11,
41:15, 42:12,
43:1, 44:8,
44:21, 44:25,
45:6, 45:10,

45:24, 46:3,
46:7, 46:11,
55:16, 63:5,
67:12, 68:13,
69:20, 71:8,
79:2, 80:6,
97:7, 97:8,
112:2, 112:16,
112:17, 112:19,
125:12, 127:21,
128:3, 131:11,
134:4, 135:23,
148:14, 150:19,
153:20, 155:11,
156:2, 156:10
**useful**
62:19
**userid**
103:23, 103:25
**uses**
68:24
**using**
10:21, 43:11,
43:15, 43:18,
43:24, 54:23,
55:14, 69:18,
71:18, 75:13,
75:14, 91:10,
109:24, 110:4,
111:6, 125:12,
138:19
**usually**
69:4, 71:11,
83:10, 150:14

| V |
| --- |

**various**
67:3, 82:19,
88:6, 128:8,
128:14, 129:15
**vendor**
150:18, 150:21
**vendors**
134:7, 135:14
**venue**
7:4
**verify**
78:1

**verse**
123:6
**version**
85:5, 85:7,
85:8, 85:9,
85:11, 86:15,
86:16, 93:11,
103:9, 103:19,
124:13
**versions**
125:18
**versus**
6:4
**very**
24:20, 25:3,
25:4, 71:25,
83:23, 84:4,
102:14, 106:1,
112:4, 113:24,
124:10, 125:9,
130:11, 134:13,
135:25, 150:14
**via**
4:2, 7:17
**video**
6:7, 6:9
**videoconference**
82:7
**videoconferencing**
81:3, 81:6
**videographer**
3:31, 6:2, 6:8,
6:24, 22:3,
22:6, 40:5,
40:8, 66:21,
66:24, 95:11,
95:14, 113:3,
113:6, 136:7,
136:10, 155:1,
155:4, 157:14
**videos**
57:19
**videotaped**
1:18, 6:3
**view**
104:17, 105:16,
105:21, 111:6
**violate**
111:25, 112:2,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

198

112:23
**violated**
111:5
**violation**
107:12, 110:24,
150:7
**virginia**
81:23
**virus**
52:17, 52:19,
53:6
**visit**
17:14, 17:22,
22:18, 22:19
**visited**
15:25, 16:3,
16:7, 22:13,
22:23, 156:17,
157:8
**voice-identify**
6:14
**volume**
97:5, 97:19
**voluntarily**
52:24, 59:22
**voluntary**
53:2

**W**

**w-a-n-g**
23:20
**w-e-i**
23:8
**w-o-o-d-y**
115:5
**walk**
133:16
**walking**
12:15
**wang**
23:16, 23:19,
24:6, 24:13,
27:6, 27:9,
27:11, 29:20,
30:3, 35:21,
35:24, 36:10,
36:18, 37:13,
87:22, 87:25,

130:5, 131:10,
135:7, 136:18,
137:6, 137:15,
140:4, 141:23,
142:10, 142:19,
143:2, 143:9,
144:7, 144:12,
144:22, 146:4,
146:18, 147:10,
152:5
**wang's**
36:6, 36:24,
37:7, 37:22,
38:3, 38:17,
39:2, 67:17,
87:21
**want**
11:3, 11:14,
18:8, 18:14,
39:21, 47:7,
47:12, 49:19,
53:12, 53:13,
66:18, 67:4,
89:13, 93:7,
94:10, 123:1,
123:9, 125:25,
126:10, 128:21,
128:25, 138:11,
139:21, 139:23,
143:16, 146:16
**wanted**
17:20, 37:11,
113:14, 118:17,
146:13, 152:5
**wants**
142:20
**warrant**
149:11, 149:12
**wasn't**
150:7
**waste**
123:9, 123:10
**wat**
89:23
**watson**
120:25, 121:1,
121:3
**way**
10:11, 14:21,

41:18, 46:1,
46:15, 46:17,
46:18, 58:8,
71:19, 71:20,
72:2, 78:3,
78:7, 84:19,
86:17, 110:11,
117:20, 123:23,
124:23, 125:10,
131:15, 138:2,
141:3, 154:15
**ways**
71:12, 72:11,
110:4, 110:6,
110:9, 110:14,
122:18
**we'll**
11:9, 39:15,
39:16, 63:15,
63:16, 88:4,
88:17, 95:10,
127:15, 136:5
**we're**
10:21, 97:20,
122:10, 126:21,
127:3, 127:7,
141:16, 155:15,
157:13
**we've**
10:22, 14:5,
39:1, 56:12,
67:3, 95:6,
98:16, 98:19,
99:7, 129:18,
130:20, 131:22,
132:16, 132:22,
133:2, 136:15
**wearing**
26:2
**webexes**
80:25
**week**
12:4, 12:6,
12:9, 12:13,
15:19, 15:21,
18:18, 65:16,
81:12, 81:14,
156:4

**weekly**
65:12, 81:11,
82:8
**weeks**
29:24, 30:1,
30:6, 38:10,
41:7, 41:11,
41:12, 41:15,
42:9, 42:13,
52:4, 54:21,
55:13, 65:11,
67:7, 83:5,
151:5
**wei**
23:6, 131:4
**welcome**
67:2, 141:21
**well**
15:7, 16:16,
19:6, 23:6,
33:20, 37:5,
46:20, 49:2,
57:25, 68:13,
70:20, 74:20,
75:8, 81:17,
83:23, 84:4,
84:22, 85:1,
85:5, 88:7,
98:1, 126:9
**went**
15:23, 16:1,
16:6, 17:12,
17:25, 18:20,
20:12, 20:14,
97:22, 114:22,
116:8, 116:17
**what's**
34:21, 46:10,
62:8, 101:22,
107:24
**when**
8:21, 11:6,
12:1, 14:15,
15:17, 20:21,
22:17, 24:16,
25:2, 28:15,
33:2, 33:9,
41:21, 47:22,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

199

47:24, 50:4,
52:20, 52:24,
55:2, 55:25,
61:22, 61:25,
63:19, 63:21,
64:6, 64:15,
65:5, 65:21,
71:14, 72:8,
72:14, 75:10,
75:12, 75:14,
77:24, 78:24,
80:12, 80:22,
81:4, 83:22,
94:15, 94:19,
96:7, 97:11,
100:12, 101:4,
101:21, 104:7,
106:2, 109:11,
109:13, 110:20,
110:23, 112:25,
113:13, 118:20,
118:22, 119:18,
120:5, 122:3,
123:19, 123:23,
124:18, 125:8,
127:18, 128:12,
138:19, 141:15,
142:12, 142:14,
150:12, 150:15,
150:17, 150:21,
150:25, 151:5,
153:10
**whenever**
123:25
**where**
34:18, 34:21,
40:13, 40:19,
44:5, 59:12,
59:20, 60:15,
61:6, 72:1,
72:4, 73:10,
73:17, 77:9,
77:19, 77:24,
77:25, 78:3,
78:8, 78:14,
80:22, 90:23,
95:1, 95:19,
96:12, 103:5,

114:18, 146:10,
147:10
**whereas**
109:1
**whereof**
158:13
**whether**
16:13, 26:19,
27:19, 27:22,
28:2, 28:16,
28:22, 29:18,
38:4, 38:18,
44:7, 44:12,
44:15, 44:16,
44:24, 45:4,
57:3, 59:24,
60:5, 92:1,
94:22, 105:8,
107:21
**which**
9:16, 13:20,
14:23, 23:21,
25:8, 26:10,
35:8, 39:12,
40:16, 40:24,
41:3, 41:8,
45:23, 46:21,
58:22, 63:20,
71:2, 72:9,
87:14, 88:6,
88:20, 90:20,
91:18, 99:2,
104:13, 112:8,
113:25, 118:10,
124:13, 130:3,
135:4, 136:16,
136:20, 140:13,
140:18, 140:23,
140:25, 142:13,
144:15, 144:16,
155:9, 155:13
**while**
48:19, 51:17,
63:22, 63:25,
79:6, 79:13,
80:7, 80:25,
82:6, 82:24,
96:13, 96:14,

104:22, 105:13,
111:5, 111:14,
125:2, 128:18,
156:11, 157:1
**whiteboard**
48:3, 48:4
**whiteboards**
80:24
**who**
8:19, 19:1,
21:4, 23:1,
28:24, 29:6,
37:13, 58:19,
58:23, 62:16,
66:11, 70:3,
76:12, 76:16,
76:18, 78:12,
81:13, 81:20,
82:3, 95:21,
96:19, 100:15,
101:9, 101:13,
105:12, 109:4,
109:19, 115:3,
115:25, 118:19,
121:3, 121:6,
130:4, 131:8,
131:14, 135:7,
135:22, 135:23,
139:11, 139:18,
141:20, 142:23,
149:22, 153:10,
153:20, 153:25,
156:2, 157:2
**who's**
120:9
**whole**
14:18
**whom**
6:15, 37:18,
81:15, 118:24,
119:1, 158:3
**why**
11:17, 17:24,
18:1, 24:3,
24:10, 24:21,
39:8, 47:7,
47:12, 52:3,
52:6, 52:16,

56:17, 80:9,
93:23, 94:10,
95:8, 101:25,
124:16, 128:24,
136:5, 140:3,
149:5, 151:14,
151:23, 154:23
**wide**
127:3
**wife**
141:18
**will**
7:6, 11:12,
19:17, 19:23,
39:10, 39:21,
82:2, 85:15,
91:14, 106:25,
117:25, 118:3,
125:11
**willing**
143:11
**winbound**
142:25, 143:1
**with**
6:16, 11:7,
12:15, 16:24,
17:10, 18:4,
19:18, 21:13,
24:23, 27:17,
27:25, 28:1,
28:20, 28:24,
29:7, 37:13,
38:3, 39:4,
41:6, 43:1,
44:15, 47:3,
47:24, 49:6,
51:14, 52:1,
52:25, 62:25,
63:21, 63:23,
63:25, 65:16,
70:3, 70:8,
72:12, 74:8,
76:11, 79:9,
79:13, 81:7,
81:14, 81:15,
82:2, 82:7,
82:18, 82:23,
83:1, 83:5,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

83:18, 85:9,
85:18, 86:1,
89:4, 89:22,
91:2, 91:13,
97:16, 100:20,
102:11, 109:11,
109:13, 110:19,
113:1, 113:19,
116:12, 117:5,
123:7, 123:20,
124:7, 124:8,
127:2, 127:14,
127:15, 128:13,
137:6, 138:14,
140:18, 142:9,
142:12, 143:9,
144:7, 145:21,
146:3, 146:4,
146:14, 146:22,
148:5, 148:9,
150:13, 150:18,
153:22, 155:8,
155:11, 155:21
**within**
54:17, 139:25
**without**
48:1, 86:1,
144:1
**witness**
6:25, 18:4,
18:10, 28:6,
28:10, 30:16,
33:23, 44:12,
44:15, 46:23,
59:8, 77:14,
88:14, 90:24,
113:8, 122:21,
138:24, 145:6,
145:9, 153:19,
158:13
**wong**
3:31, 6:8
**woody**
115:5, 115:19
**word**
19:12, 28:11,
145:10
**words**
69:18, 69:20,

79:2
**work**
8:17, 9:5,
71:13, 71:18,
114:22, 116:6,
116:17, 123:12,
123:15, 124:10,
134:4, 135:13,
140:18, 141:19
**worked**
57:22, 62:25,
63:2, 63:22,
63:25, 72:14,
78:18, 82:25,
119:6, 119:15,
134:6
**working**
33:2, 33:9,
55:2, 63:19,
65:6, 65:21,
66:4, 66:6,
66:7, 74:13,
75:3, 75:10,
117:7, 117:12,
118:9, 128:18,
141:17, 151:13
**works**
76:19, 78:17,
148:19
**world**
73:9
**would**
6:14, 6:24,
7:2, 8:5, 10:23,
12:2, 37:13,
39:4, 47:7,
47:12, 47:24,
48:2, 48:3,
52:15, 52:18,
53:4, 53:10,
59:5, 62:19,
71:15, 73:6,
78:3, 78:7,
81:13, 83:7,
83:11, 85:7,
94:10, 97:8,
99:8, 99:15,
99:20, 99:25,

105:24, 106:21,
110:13, 111:10,
112:1, 113:21,
113:22, 116:4,
117:22, 119:2,
119:22, 119:23,
123:21, 124:1,
124:2, 124:6,
124:9, 124:12,
124:19, 124:21,
125:1, 125:10,
125:14, 125:17,
143:11, 144:2,
145:21, 146:14,
149:22, 151:10,
155:13
**wouldn't**
74:15, 77:25,
128:25
**wrap**
136:5
**write**
48:12, 143:12
**written**
27:21
**wrong**
39:3

**X**

**x-u**
121:12

**Y**

**y-i**
108:3, 115:13
**y-o-n-g**
23:19
**yahoo**
51:1, 51:2,
51:4, 51:7,
51:12, 67:14,
110:1
**ye**
65:3, 66:5
**yeah**
22:2, 33:11,
33:25, 39:6,
39:11, 39:18,

63:15, 95:10,
121:2, 145:12
**year**
9:15, 9:16,
9:19, 15:24,
16:3, 16:8,
22:13, 22:18,
43:22, 45:25,
59:21, 61:23,
62:3, 65:3,
83:5, 101:6,
109:6, 109:8,
109:20, 109:22
**years**
64:3, 83:6,
134:7, 135:14
**yep**
66:14
**yesterday**
76:3, 101:25
**yet**
35:16
**yi**
90:24, 108:1,
108:3, 115:12,
115:16, 135:6
**yield**
9:9, 9:11,
9:17, 9:21,
65:25, 66:1,
66:2, 66:3,
122:13, 122:14
**ying**
130:5
**yong**
23:17, 24:6,
24:13, 27:6,
27:9, 29:20,
36:10, 140:4,
141:23, 142:19,
143:2, 143:10
**you'd**
22:1
**you're**
8:22, 10:6,
21:18, 22:17,
22:18, 27:14,
31:22, 32:24,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018

36:23, 55:25,
56:24, 70:14,
74:8, 79:18,
82:12, 128:2,
128:7, 129:4,
129:20, 135:16
**you've**
13:21, 14:5,
15:13, 15:20,
25:20, 26:5,
58:9, 64:13,
66:7, 78:21,
96:9, 107:3,
107:8, 116:25,
119:6, 122:16,
122:25, 123:5,
127:7, 127:8
**yours**
20:9
**yourself**
15:21, 18:18,
86:10, 136:18,
142:1
**yu**
131:25, 132:2
**yulon**
62:25

**Z**

**z-h-a-n**
135:8, 135:9,
135:17
**zero**
85:18
**zhan**
135:16

**'**

**'electronic**
86:18

**.**

**.101**
4:29
**.12**
4:8
**.129**
4:34

---

**.130**
4:38
**.131**
4:42
**.132**
4:46, 5:4
**.133**
5:8
**.136**
5:12
**.155**
5:16
**.26**
4:12
**.7**
4:1, 4:6
**.75**
4:15
**.84**
4:20
**.98**
4:24

**0**

**000717**
98:24
**0108563**
133:11
**02**
40:9
**04**
144:11
**05**
139:6
**06**
66:22
**06932**
1:7
**08**
1:27, 6:7

**1**

**1**
1:12, 66:25,
76:6, 89:22,
139:6
**10**
1:12, 34:12,

---

34:16, 40:6,
64:5, 75:25,
76:1, 147:21
**100**
83:4, 150:24
**105**
1:23, 2:6
**106**
3:18
**106030**
91:2
**11**
40:9, 89:23
**110**
30:11, 30:24,
33:14, 34:19,
34:22, 71:9,
112:10
**12**
1:21, 1:26,
2:4, 6:6, 6:10,
13:16, 13:19,
66:22, 140:24,
141:2, 141:6,
144:4
**1234**
147:22, 148:5,
148:10, 148:15
**129**
8:12
**13**
136:20, 144:5
**14**
53:10, 144:17
**15**
5:10, 66:25,
133:6, 133:10,
158:14
**1500**
3:5
**158**
1:29
**16**
88:23, 102:4
**167**
132:25
**17**
1:7, 88:19,

---

89:1, 89:3,
89:9, 89:14,
138:7, 138:9,
158:15
**18**
89:18, 143:20,
143:22
**19**
90:7
**1975**
62:9
**1999**
61:24
**1st**
86:9
**1x**
112:9

**2**

**2**
89:23, 95:12,
95:15
**2/6/13**
76:6
**20**
36:2, 71:18,
90:19, 123:24,
143:20, 143:23,
147:17
**20,000**
97:10, 97:11,
97:12, 97:16,
97:23, 98:6,
99:11, 99:19,
99:25, 104:8,
122:20
**2000**
59:19
**2001**
62:4, 62:17,
62:20, 62:21
**2003**
62:21, 62:22
**2004**
62:22, 62:24
**2005**
62:24, 63:2
**2007**
63:3, 63:4,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                          202

63:7
**2009**
71:17, 123:17,
123:22
**2010**
123:23
**2013**
63:9, 63:10,
73:19, 73:22
**2015**
41:6, 41:8,
41:20, 41:22,
42:1, 42:13,
43:2, 43:5,
43:12, 43:14,
43:23, 44:9,
44:21, 45:1,
45:7, 46:7,
57:14, 63:11,
63:12, 64:6,
64:14, 65:6,
65:19, 65:24,
66:8, 67:7,
117:8, 117:11,
118:10, 122:3,
137:7
**2016**
64:17, 65:19,
65:24, 66:8,
117:8, 118:15,
119:5, 119:15,
138:4, 139:6,
140:23, 143:20,
143:23, 144:6,
144:11, 144:23,
152:11
**2017**
9:20, 22:20,
22:24, 24:1,
43:24, 44:9,
44:22, 45:1,
46:3, 46:8,
67:12, 80:1,
80:5, 80:20,
102:4, 102:8,
121:21, 122:13,
136:20, 137:7
**2018**
1:26, 6:6,

133:11, 158:14
**205**
1:22, 2:5, 6:10
**21**
13:12, 90:19,
90:20, 147:6,
147:7, 147:8,
148:7
**22**
138:7, 138:9,
143:20, 143:23,
147:9
**23**
91:18, 144:11
**24**
95:12
**25**
30:10, 33:17,
36:1, 71:2,
71:9, 90:10,
112:8, 112:14,
137:6
**25,000**
99:23, 103:18
**25,105**
99:4
**25,305**
99:5, 99:24,
103:8
**26**
3:11, 88:20,
88:23, 89:1,
89:3, 89:9,
89:14
**27**
113:4, 147:17,
147:21
**28**
53:9
**283**
131:22
**289**
99:3
**2b-4**
93:20
**2nd**
138:4
**2t**
59:16

**2z**
112:7, 112:9,
112:16

                    **3**

**3**
89:23, 113:4,
113:7
**30**
4:10, 12:23,
13:6, 34:12,
34:16, 36:2,
87:22, 87:24,
147:5, 147:8,
148:3, 152:11,
154:25
**32**
5:13, 112:8,
112:13, 136:12,
136:16
**321**
3:25
**330**
75:24
**34**
4:8, 12:21,
12:22, 13:11,
14:6, 14:16,
14:17, 104:13
**35**
4:12, 26:9,
26:12, 136:8
**36**
4:15, 75:17,
75:21, 75:25,
76:14, 77:20,
140:24, 141:2,
141:6
**37**
4:20, 84:9,
84:13, 84:21,
147:24, 148:6,
155:2
**38**
4:24, 4:32,
98:12, 98:20,
99:1, 99:10,
101:17, 101:22,

103:7, 103:9,
103:20, 103:22,
155:5
**384,940**
5:10, 133:6,
133:10
**39**
4:29, 101:16,
101:19
**3:-cv--jsw**
1:7
**3rd**
12:11

                    **4**

**4**
77:7, 91:23,
93:4, 136:8,
136:11
**4.30**
136:5
**40**
4:34, 113:7,
129:7, 129:12,
129:18, 139:14
**400**
3:25
**41**
4:38, 40:6,
95:15, 130:17,
130:20
**42**
4:42, 131:16,
131:19, 131:23
**43**
4:46, 22:4,
132:8, 132:11,
147:9, 157:15,
157:16
**44**
5:4, 132:19,
132:22
**45**
5:8, 133:5,
133:8
**46**
5:12, 136:12,
136:15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho

Conducted on July 12, 2018

203

**4655**
3:5
**48**
136:11
**4g3d**
89:22

**5**

**5**
15:4, 155:2,
155:5, 157:15,
157:16
**50**
83:5, 91:14
**500**
59:5, 59:6,
125:4, 125:7
**55**
22:7
**555**
3:11
**5th**
41:20, 41:22,
62:9

**6**

**60**
83:7
**64**
24:19
**65**
23:12, 23:14,
24:4, 24:9,
24:19, 25:2
**6th**
139:6

**7**

**790**
130:25
**7th**
143:7

**8**

**8,000**
127:3
**8f**
3:17

**9**

**9**
1:27, 6:7,
22:4, 22:7,
139:14, 147:9
**9,679,901**
4:36, 129:8,
129:13
**9,773,790**
4:40, 130:18,
130:22
**9,859,283**
4:44, 131:17,
131:20
**9,929,162**
5:2, 132:9,
132:12
**9,960,167**
5:6, 132:20,
132:23
**901**
129:17
**92121**
3:7
**930**
87:7
**931**
86:19, 87:2,
87:4, 87:13,
87:14, 87:18,
87:25
**94080**
3:27
**94104.1500**
3:13
**9th**
141:4

**\**

**\**
91:2