# EXHIBIT 9

**To Declaration of Matthew E. Sloan in support of
Jinhua's Opposition to USA MIL 1 [ECF 274-10]**

## UNREDACTED VERSION OF DOCUMENT

# Interrogation Record

The case of ZM ZI. No. 1 Trade Secrets Act in the Republic of China 107 was interrogated at 4:40 pm., on December 19, 2018, at the Taichung Investigation Bureau of the Ministry of Justice Investigation Bureau. The attendants were as follows:

Prosecutor Chen Liwei, clerk Chen Yiqing

The attendance was as follows:

Summon the interrogator to court

Notify attendants of entering court and ask for name, nationality, address, national ID card unified number; the witness answered

   Li Fuzhe  , male, 42 years old (born on September 20, 1976)

      National ID card unified number: R121904008

      Registered permanent address: No. 13, 142 Lane, Zhongxiao Street , Fengyuan District, Taichung City

      Current address: No. 124, Zhongzheng Road, Yujing District, Tainan City

      Tel.: 0922835850

The prosecutor informed Articles 180 and 181 of the Criminal Procedure Law

I. A witness may refuse to testify if:

 (I) The witness is or was the spouse, lineal relative by blood, collateral relative by blood up to three generations, relation by marriage up to two generations or parents, family members of defendant or private prosecutor.

 (II) The witness were engaged in marriage with the defendant or the private prosecutor.

 (III) The witness is or was the legal representative of the defendant or the private prosecutor, or they are or they were the legal representative of the witness.

II. The witness may refuse to testify if he/she is afraid of criminal prosecution or punishment to himself or to a person who has the relationship mentioned in the I.(I) with the witness for making a statement.

Q: Willing to testify?

A: Yes.

The prosecutor informs the witness of the obligation to conclude and the penalty of perjury, and asks the witness to sign the conclusion and read it aloud.

Q: The prosecutor has sent a summons for you to testify at the Taichung Investigation Bureau and accept the inquiry from the inquisitor. Now, the prosecutor will make a secondary inquiry. Do you understand?

A: Got it.

1

[stamp:] Taiwan Taichung prosecutor
D-0000790

Q: Have you seen what the inquisitor asked about you?

A: Yes, recorded according to what I said.

Q: Is the record true?

A: Yes.

Q: What department do you work in at present?

A: I am the deputy director of the etching engineering department in Tainan Science Park NBD of UMC.

Q: Do you know who negotiated the technical cooperation contract of DRAM between UMC and JHICC?

A: I have no idea.

Q: Do you know if the technology developed by UMC for JHICC in Fujian Province has been transferred?

A: We have provided technical documents, but based on my past work experience, that should not be considered as complete. Based on my previous work experience, we must be there on site to provide assistance before it can be regarded as technology transfer.

Q: According to the contract between UMC and JHICC, will UMC help JHICC to complete the first and second generation DRAM?

A: That is the message I've received. We need to develop two generations of DRAM.

Q: What is the technical source of DRAM transferred by UMC to JHICC?

A: It was developed independently. As far as I know, it was written by the engineers of UMC NBD.

Q: Has UMC completed the first generation of DRAM?

A: The product is not yet ready for sale, but it is already feasible, as if a bicycle already available for riding has still a long way from the quality required by customers.

Q: According to the regulations of UMC, can employees use USB portable discs in the workplace?

A: It is not allowed as the security regulations of UMC.

Q: But when you were questioned today by the inquisitor, you said that you had thrown away a USB that was previously used at Micron?

A: Yes, because I used to work in Micron and Micron allowed using the portable disc, I would use the portable disc to save things assigned by the company. Sometimes I would also save some files when I went on business. I always use the portable disc for both private and public business, so when I joined UMC on November 19, 2015, I still took this portable disc. After I entered UMC, I applied to UMC for a laptop without networking function but with UBS slots. The secretary Huang Wanjun did the application for me. I don't know who the applicant was when Huang filled in the form. I remember that it was a thick computer with a number given by UMC. But I forget what the number is. I had used the portable disc in the slots of the laptop.

[stamp:] Taiwan Taichung prosecutor
D-0000791

Q: Why did you throw away the USB later?

A: Later, I received a legal attest letter from Micron, asking us not to use any information from Micron.

Q: Where is the laptop from UMC.

A: No, I don't know. Two days after the search by the prosecutor and the investigator in February 2017, I heard that He Jianting had voluntarily handed over the laptop distributed to him by UMC. Only then did I think that I had one either. I tried to look for it, but failed. When I used it, the laptop was placed on the small desk in the UMC office. I did not manage it, and I was not on the spot on the search day. Because I heard that He Jianting handed over the computer, I told the legal officer of UMC that I also had a laptop of the same nature, but when I went to look for it again, it was gone.

Q: What is the use of the laptop?

A: When I initially entered UMC, Chen Zhengkun gave me two tasks. One was to improve the semiconductor wafer edge yield and the other was to improve the production efficiency of production lines. I needed to view the data of Micron's vendors and discussed with UMC employees the differences between the tools you used before and that I used in Micron. Only with the knowledge of the differences, can we improve the efficiency.

Q: Does the USB you used contain any Micron information about DRAM process etc.?

A: I'm not sure. Because the culture of Micron required that we can work at home. I'm not sure if I save any Micron's process information in the portable disc.

Q: Did UMC only control your use of laptop regardless of the portable disc after you joined UMC?

3

[stamp:] Taiwan Taichung prosecutor
D-0000792

A: UMC may worry us to steal any data. So the laptop with USB slots can't be networked. As for the portable disc we used, UMC didn't require it must be distributed by the company. But when I entered UMC, it asked us to sign a document to ensure we will not use illegal data.

Q: Did you inform the legal department of UMC about the fact that you could not find the laptop distributed by UMC? How did it respond?

A: I told Lin Jiafang of the Legal department, but there was no response from the company. UMC deployed someone to look for the laptop in my office last week, but still failed. UMC didn't allow any computer to be taken out.

Q: As you know, did UMC have an office for the employees of JHICC?

A: Yes, it has. But the employees of JHICC always change and there are maximum a dozen. The office is built in the customer zone instead of the employee zone.

Q: As you know, did JHICC pay the technology transfer fee to UMC?

A: I don't know. Because I am an engineer, it has nothing to do with my job.

Q: What did you mean by the F32 nanometer you mentioned when you were questioned by the inquisitor?

A: The 32 nanometer I mentioned refers to the dimension constituting the smallest unit of wafers.

Q: Did it mean that the wafer developed by UMC for JHICC must meet this dimension?

A: Yes.

Q: What is the F32S nanometer technology?

A: S refers to shrink, that is, the dimension of the smallest unit of wafer manufactured shall be less than 32 nanometers, but as for the specific dimension, because the United States imposed an embargo at the end of October this year, we stopped the discussion in this regard.

Q: As you mentioned just now, UMC developed DRAM technology for JHICC and had sent technical documents to JHICC. What is the department of UMC in charge of this matter?

A: It's an interdepartmental matter, so I'm not sure.

4

[stamp:] Taiwan Taichung prosecutor
D-0000793

Q: What is the name of the corporate department for technology transfer? And how did it deliver technical documents?

A: The company built a folder in intranet and all departments of UMC uploaded technical documents to the folder. I don't know the person of the technology transfer department who delivered the technical documents to JHICC.

Q: Can you describe the name and content of the document uploaded into the above-mentioned folded by the etching department in charge of you?

A: There are more than 700 processes to complete the chip. The data uploaded by the department in charge of me is the recipe and process specifications of each etching process.

Q: Do you have a financial account in the mainland?

A: Yes, because our salary from UMC is too small. Later, when UMC resolved to do DRAM, I guessed that one purpose was to make up the salary difference between UMC and Micron (because we did the same work in both the companies). Initially, our salary and welfare were only 70% those of Micron. So JHICC paid salary to our account in the mainland.

Q: Are you also an employee of JHICC?

A: No, according to the contract signed by JHICC and UMC, I was a consultant of JHICC.

Q: When did JHICC start to remit to your account in mainland?

A: I didn't remember it clearly. Maybe around February 2017.The monthly payment was about NTD 140,000-150,000.

Q: Did you know that in September 2016 JHICC and UMC applied for DRAM patents in mainland?

Q: The department in charge of me has applied for more than 100 patents. I'm not sure which part the patent mentioned by you refers to.

Q: In your investigation by the inquisitor, you said that UMC had discussed future development strategies with third parties through reverse engineering. Were the data from reverse engineering actually applied in DRAM technology?

A: Yes.

Q: The technology used to make DRAM is very complex, and it is obviously unreasonable only through reverse engineering. What is your idea?

[stamp:] Taiwan Taichung prosecutor
D-0000794

A: Reverse engineering alone is not enough, and we have many parts to discuss with third parties, that is, I told the third party the specifications I wanted, and they told me if they can do it.

Q: What is the position of Zou Shifang in UMC?

A: Two level higher, the boss of my boss. My boss is Yang Jianrong whose boss is Zou Shifang.

Q: You said in the inquisitor's record that the whereabouts of the laptop you applied for inserting your USB portable disc are unknown. Have you ever asked someone else?

A: I asked others if they had taken my laptop. Everyone said no.

Q: Can you specify what Micron documents are contained in the USB portable disc that you lost?

A: I am sure that it contains my investment plan report for the etching engineering department of Micron and the quantity of wafers counted by me for my work. I don't remember the quantity of wafers counted by me for my work. I don't remember the miscellaneous items.

Q: Have you copied the USB data to your home computer?

A: No.

Q: Do these things no longer exist?

A: No, they don't existed now.

Q: Did you know that Chen Zhengkun authorized two laptops with USB slots to be used in the company?

A: I know there are two laptops.

Q: Why two?

A: Because, as security regulations, we can't view the information of each other. No engineer of UMC is allowed to use the computer of others.

Q: However, according to the prosecutor's investigation before, Wang Yongming used the laptop applied for by He Jianting.

A: I don't know why Wang Yongming used the laptop that He Jianting applied for. When I applied for the laptop, He Jianting also did. I told Chen Zhengkun that I needed to use USB portable disc because it was Chen Zhengkun who distributed work to me.

Q: Did Chen Zhengkun ask you what data are contained in your portable disc?

6

[stamp:] Taiwan Taichung prosecutor
D-0000795

A: No.

Q: Has Chen Zhengkun ever used the laptop He Jianting applied for or that you applied for?

A: I'm not sure. I didn't manage the laptop I applied for.

Q: How many user accounts in the laptop you applied for?

A: When I used the USB portable disc, the laptop had only my account. When I threw away the USB portable disc, I did not use the laptop anymore. Then, our NBD was established. I did not need to use the laptop anymore, but I was not sure if anyone else used it.

Q: Can a person who doesn't have your user account and password use this laptop?

A: I'm not sure if anyone else can set up a new account to use the laptop.

Q: Have you copied the data in the portable disc you said you had lost to the laptop?

A: No.

Q: In addition to technical documents, did UMC deliver any finished or semi-finished wafers to JHICC?

A: I have no idea.

Q: Did UMC look into the loss of the laptop you applied for?

A: Although that computer was applied for by me, it is not registered under my name. I don't know who the applicant registered for the laptop is, so I thought I had no duty for keeping the laptop. As my previous idea, I would pay for the laptop if UMC wanted.

Q: Anything else to say?

A: No.

Your reply will be appreciated.

At 6:31 pm on December 19, 2018.

This record is read without mistakes and signed at the end

                                         Interrogator [signature]

Clerk [signature]

7

[stamp:] Taiwan Taichung prosecutor
D-0000796

Prosecutor [signature]

[stamp:] Taiwan Taichung prosecutor
D-0000797