# EXHIBIT 10

**DECLARATION OF MATTHEW E. SLOAN
TO JINHUA'S OPPOSITION TO USA MIL 1**

**REVISED REDACTED VERSION
PURSUANT TO ECF NO. 338 ORDER**



**Planet Depos**®
We Make It *Happen*™

<span style="color:#9b2242">**CONFIDENTIAL - ATTORNEYS' EYES ONLY**</span>

# Transcript of Stephen Chen

**Date:** July 10, 2018
**Case:** Micron Technology, Inc. -v- United Microelectronics Corp., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

USD-0351510

Confidential - Subject to Protective Order

1                UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
2     -------------------------------X

3     MICRON TECHNOLOGY, INC.,
              Plaintiff,
4                                      Case No.

5     v.                               3:17-CV-06932-JSW

6
      UNITED MICROELECTRONICS
7     CORPORATION, FUJIAN JINHUA

8     INTEGRATED CIRCUIT CO.,

9     LTD., and DOES 1-10,

10

11           Defendants.
      --------------------------------X
           CONFIDENTIAL - ATTORNEYS' EYES ONLY
12

13        Videotaped deposition of STEPHEN CHEN

14
                     Chen & Lin
15            Bank Tower, 12th Floor
              205 Tunhwa North Road
16                 Taipei 105
                     TAIWAN
17

18           TUESDAY, JULY 10, 2018

19                 9:07 A.M.

20

21

22

23

24    Pages 1 - 114

25    Reported by Jade K. King.

USD-0351511

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                    2

```
 1              Deposition of STEPHEN CHEN, held at:

 2

 3    Chen & Lin

 4    Bank Tower, 12th Floor

 5    205 Tunhwa North Road

 6    Taipei 105

 7    TAIWAN

 8

 9

10

11

12              Pursuant to agreement, before Jade K. King.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351512

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                    3

```
 1        A P P E A R A N C E S

 2    FOR MICRON TECHNOLOGY, INC.:
      RANDALL E. KAY
 3    JONES DAY
      4655 Executive Dr Ste 1500
 4    San Diego
      CA 92121
 5
      PATRICK T. MICHAEL
 6    JONES DAY
      555 California Street, 26th Floor
 7    San Francisco
      CA 94104.1500
 8
      PO-CHIEN CHEN
 9    JONES DAY
      8F, 2 Tunhwa South Road, Section 2
10    Taipei 106
      TAIWAN
11
      FOR UNITED MICROELECTRONICS CORPORATION:
12    DAN JOHNSON
      MARIO MOORE
13    DAN JOHNSON LAW GROUP
      400 Oyster Point Blvd, Suite 321
14    South San Francisco
      CA 94080
15

16

17    ALSO PRESENT:

18    Chester Wong (Videographer)
      Chia-Ling Cheng (Main Interpreter)
19    Yugo Wang (Check Interpreter)
      Lucas Chang (UMC in-house counsel)
20    Chia-Fang Lin (UMC in-house counsel)

21

22

23

24

25
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351513

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    4

1    (MR. STEPHEN CHEN, duly sworn.  All ................6
            answers to be given in English
2           from this point unless
            otherwise indicated.)
3
     EXAMINATION BY MR. MICHAEL: ........................6
4
     (Exhibit 31 marked for ...........................45
5           identification - Corporate
            filing from UMC)
6
     (Exhibit 32 marked for ...........................54
7           identification - Exhibit 4
            previously filed in court
8           hearing)
9    (Exhibit 33 marked for ...........................56
            identification - Exhibit C
10          previously filed in court
            hearing)
11
     (Exhibit 23, as previously marked - ..............64
12          Document with Bates number
            UMCCORPJD000001)
13
     (Exhibit 30, as previously marked - ..............66
14          Document with Bates numbers
            UMCCORPJD000008 through 12)
15
     (Exhibit 9, as previously marked - ...............73
16          Document with Bates numbers
            UMCCORPJD000017 through 30)
17
     (Exhibit 29, as previously marked - ..............79
18          Document with Bates numbers
            UMCCORPJD000041 through 46)
19
     EXAMINATION BY MR. JOHNSON: .......................97
20
     FURTHER EXAMINATION BY MR. MICHAEL: ..............105
21
22
23
24
25

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351514

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                    5

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | THE VIDEOGRAPHER:  Here begins media unit | 09:07:33 |
| 3 | No. 1, videotaped deposition of Stephen Chen in | 09:07:35 |
| 4 | the matter of Micron Technology Inc. versus United | 09:07:39 |
| 5 | Microelectronics Corp et al. | 09:07:44 |
| 6 | Today's date is 10 July 2018.  The time | 09:07:45 |
| 7 | on the video monitor is 9:07 a.m. | 09:07:48 |
| 8 | The videographer today is Chester Wong on | 09:07:53 |
| 9 | behalf of Planet Depos.  This video deposition is | 09:07:55 |
| 10 | taking place at Bank Tower, 12th floor, 205 Tunhwa | 09:07:57 |
| 11 | North Road, Taipei. | 09:08:03 |
| 12 | The court reporter today is Jade King on | 09:08:05 |
| 13 | behalf of Planet Depos. | 09:08:07 |
| 14 | Would counsel please voice-identify | 09:08:08 |
| 15 | themselves and state whom they represent. | 09:08:10 |
| 16 | MR. MICHAEL:  Patrick Michael with Jones | 09:08:13 |
| 17 | Day on behalf of Micron. | 09:08:14 |
| 18 | MR. KAY:  Good morning.  Randy Kay from | 09:08:17 |
| 19 | Jones Day, also for Micron. | 09:08:18 |
| 20 | MR. JOHNSON:  I'm Daniel Johnson Junior | 09:08:21 |
| 21 | from the Dan Johnson Law Group on behalf of UMC. | 09:08:23 |
| 22 | MR. MOORE:  Mario Moore of the Dan | 09:08:26 |
| 23 | Johnson Law Group on behalf of UMC. | 09:08:27 |
| 24 | THE VIDEOGRAPHER:  Would the reporter | 09:08:31 |
| 25 | please swear in the interpreters and the witness. | 09:08:32 |

USD-0351515

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                6

| | | |
|---|---|---|
| 1 | THE COURT REPORTER:  Before I take the | 09:08:35 |
| 2 | oaths, I would like the parties to stipulate they | 09:08:35 |
| 3 | understand the court reporter is not a notary | 09:08:35 |
| 4 | public in this venue and nevertheless stipulate | 09:08:35 |
| 5 | that the court reporter can administer the oaths, | 09:08:35 |
| 6 | and further agree that they will not object to the | 09:08:35 |
| 7 | admissibility of the transcript based on the | 09:08:35 |
| 8 | oaths. | 09:08:35 |
| 9 | Is that agreed by the parties? | 09:08:35 |
| 10 | MR. MICHAEL:  Agreed on behalf of Micron. | 09:08:52 |
| 11 | MR. JOHNSON:  Agreed on behalf of UMC. | 09:08:54 |
| 12 | (MS. CHIA-LING CHENG sworn as the main | 09:08:56 |
| 13 | interpreter) | 09:08:56 |
| 14 | (MR. YUGO WANG sworn as the check | 09:08:56 |
| 15 | interpreter) | 09:08:56 |
| 16 | (MR. STEPHEN CHEN, duly sworn.  All | 09:08:56 |
| 17 | answers to be given in English from this point | 09:08:56 |
| 18 | unless otherwise indicated.) | 09:08:56 |
| 19 | EXAMINATION BY MR. MICHAEL: | 09:08:56 |
| 20 | Q.  Good morning, Mr. Chen. | 09:09:29 |
| 21 | A.  Good morning. | 09:09:33 |
| 22 | Q.  Can you please state your full name for | 09:09:34 |
| 23 | the record. | 09:09:36 |
| 24 | A.  Cheng-Kun Chen.  Cheng-Kun Chen is my | 09:09:38 |
| 25 | Chinese name. | 09:09:46 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351516

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Stephen Chen
Conducted on July 10, 2018                    7

| | | |
|---|---|---|
| 1 | Q.  And what is your English name? | 09:09:46 |
| 2 | A.  Stephen. | 09:09:48 |
| 3 | Q.  Stephen Chen? | 09:09:49 |
| 4 | A.  Chen. | 09:09:50 |
| 5 | Q.  And what is your address? | 09:09:52 |
| 6 | ▬▬  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 09:09:56 |
| 7 | ▬▬▬▬▬▬▬▬▬▬▬ | 09:10:07 |
| 8 | Q.  And how long have you lived at that | 09:10:16 |
| 9 | address? | 09:10:18 |
| 10 | A.  Two and a half year. | 09:10:23 |
| 11 | Q.  What was your address prior to your | 09:10:24 |
| 12 | current address? | 09:10:27 |
| 13 | A.  (Chinese spoken).  But the address, I | 09:10:28 |
| 14 | cannot -- | 09:10:28 |
| 15 | A.  (Through interpreter) I lived on -- | 09:10:33 |
| 16 | A.  (Chinese spoken). | 09:10:33 |
| 17 | THE MAIN INTERPRETER:  Correction. | 09:10:33 |
| 18 | A.  (Through interpreter) I lived on Chu Tsun | 09:10:33 |
| 19 | Seventh Road.  But the exact address, I actually | 09:10:33 |
| 20 | do not recall. | 09:10:52 |
| 21 | BY MR. MICHAEL: | 09:10:54 |
| 22 | Q.  Also in Hsinchu? | 09:10:54 |
| 23 | ▬▬  ▬▬▬▬▬▬▬▬▬▬▬▬ | 09:10:56 |
| 24 | ▬▬▬▬▬ | 09:10:57 |
| 25 | Q.  And who is your employer? | 09:11:00 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351517

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                          8

| | | |
|---|---|---|
| 1 | A.   UMC now. | 09:11:05 |
| 2 | Q.   And when you say "UMC", you mean United | 09:11:08 |
| 3 | Microelectronics Corporation; correct? | 09:11:11 |
| 4 | A.   Yes. | 09:11:12 |
| 5 | Q.   Have you ever had your deposition taken | 09:11:17 |
| 6 | before? | 09:11:19 |
| 7 | A.   No. | 09:11:24 |
| 8 | Q.   So during the course of the day, I'll be | 09:11:25 |
| 9 | asking you questions and you will be providing | 09:11:27 |
| 10 | answers, and what I'd ask is that you wait for me | 09:11:29 |
| 11 | to complete your question before you give your | 09:11:35 |
| 12 | answer, and likewise I'll try to wait for you to | 09:11:38 |
| 13 | answer before I ask my next question.  Is that | 09:11:41 |
| 14 | fair? | 09:11:44 |
| 15 | A.   Okay. | 09:11:53 |
| 16 | Q.   And during the course of today's | 09:11:54 |
| 17 | deposition, you know a decent amount of English, | 09:11:56 |
| 18 | certainly much more Mandarin than I know, but | 09:12:00 |
| 19 | we'll be using a court -- an interpreter to assist | 09:12:03 |
| 20 | with the questions and the answers.  Is that | 09:12:06 |
| 21 | acceptable to you? | 09:12:08 |
| 22 | A.   Okay.  Thank you.  Okay.  Thank you. | 09:12:10 |
| 23 | Q.   And what I would ask is that if you don't | 09:12:21 |
| 24 | understand a question, that you ask me to clarify. | 09:12:23 |
| 25 | Otherwise, if you answer the question, I'm going | 09:12:28 |

USD-0351518

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Stephen Chen
Conducted on July 10, 2018                                    9

| | | |
|---|---|---|
| 1 | to assume that you understood the question.  Do | 09:12:30 |
| 2 | you understand that? | 09:12:33 |
| 3 | A.  I understand.  Okay. | 09:12:35 |
| 4 | Q.  Other than in a deposition, have you ever | 09:12:47 |
| 5 | provided testimony before in any other proceeding? | 09:12:50 |
| 6 | A.  In Taiwan? | 09:13:01 |
| 7 | Q.  Anywhere. | 09:13:03 |
| 8 | A.  Taiwan.  Only Taiwan. | 09:13:04 |
| 9 | Q.  In Taiwan, you have?  And what was that | 09:13:06 |
| 10 | matter relating to? | 09:13:08 |
| 11 | A.  It's for this Micron case, because there | 09:13:15 |
| 12 | is an investigation last February.  I was also | 09:13:17 |
| 13 | witness for this case -- for this case in Taiwan. | 09:13:21 |
| 14 | Q.  And who did you provide testimony in | 09:13:26 |
| 15 | front of? | 09:13:28 |
| 16 | A.  (Through interpreter) It was | 09:13:36 |
| 17 | an investigation station at Banqiao. | 09:13:37 |
| 18 | THE MAIN INTERPRETER:  Interpreter | 09:13:45 |
| 19 | spelling, B-a-n-q-i-a-o. | 09:13:45 |
| 20 | BY MR. MICHAEL: | 09:13:49 |
| 21 | Q.  And on how many occasions did you provide | 09:13:50 |
| 22 | testimony? | 09:13:52 |
| 23 | A.  Only one time. | 09:13:53 |
| 24 | Q.  And was the testimony -- was it recorded | 09:13:55 |
| 25 | by way of an audio recording or a stenographer? | 09:14:00 |

USD-0351519

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                    10

| | | |
|---|---|---|
| 1 | A.   (Through interpreter) I assume there was | 09:14:15 |
| 2 | an audio and video recording kept at the | 09:14:22 |
| 3 | investigation department. | 09:14:24 |
| 4 | Q.   But you don't know for sure one way or | 09:14:26 |
| 5 | the other? | 09:14:28 |
| 6 | A.   Yeah, I don't see the camera. | 09:14:31 |
| 7 | Q.   Do you recall the date of that testimony? | 09:14:34 |
| 8 | A.   February 14. | 09:14:42 |
| 9 | Q.   February 14, two-thousand-and -- | 09:14:50 |
| 10 | A.   '17. | 09:14:57 |
| 11 | Q.   -- seventeen.  Okay. | 09:15:01 |
| 12 | Other than the testimony that you | 09:15:01 |
| 13 | provided on February 14th, 2017, have you provided | 09:15:02 |
| 14 | testimony in any other matters? | 09:15:06 |
| 15 | A.   I work for Powerchip before, and also | 09:15:18 |
| 16 | I was a witness for one case when I work for | 09:15:24 |
| 17 | Powerchip.  It's maybe 2007. | 09:15:27 |
| 18 | Q.   Was that an intellectual property | 09:15:36 |
| 19 | dispute? | 09:15:38 |
| 20 | A.   That's our chairman of the Powerchip have | 09:15:42 |
| 21 | some kind of inside trade issue, inside trade. | 09:15:44 |
| 22 | I was a witness. | 09:15:49 |
| 23 | Q.   Okay.  And did you testify in court, or | 09:15:52 |
| 24 | was it in a deposition?  Do you recall? | 09:15:54 |
| 25 | A.   (Through interpreter) Deposition.  It was | 09:15:59 |

USD-0351520

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                    11

| | | |
|---|---|---|
| 1 | a deposition. | 09:16:03 |
| 2 | Q.  Okay.  And that was here in Taiwan; | 09:16:05 |
| 3 | correct? | 09:16:08 |
| 4 | A.  Yeah.  Because at that time it's -- yeah, | 09:16:09 |
| 5 | in Taiwan. | 09:16:12 |
| 6 | Q.  In connection with today's deposition, | 09:16:13 |
| 7 | can you tell me generally what you've done to | 09:16:17 |
| 8 | prepare yourself to come here today and provide | 09:16:19 |
| 9 | testimony? | 09:16:22 |
| 10 | A.  I have the -- because we have some | 09:16:35 |
| 11 | interview with our lawyer, only for half-day, | 09:16:38 |
| 12 | yeah.  That's all. | 09:16:42 |
| 13 | Q.  And your lawyer, referring to | 09:16:43 |
| 14 | Mr. Johnson? | 09:16:46 |
| 15 | A.  No, Mario. | 09:16:49 |
| 16 | Q.  Oh, Mario.  Mr. Chen, I don't want you to | 09:16:50 |
| 17 | disclose to me the content of your conversations | 09:16:57 |
| 18 | with your lawyers, so I'm just going to ask you | 09:16:59 |
| 19 | a couple of questions. | 09:17:02 |
| 20 | On how many occasions did you have to | 09:17:03 |
| 21 | meet with attorneys to prepare for today's | 09:17:05 |
| 22 | deposition? | 09:17:08 |
| 23 | A.  Last week, twice. | 09:17:28 |
| 24 | Q.  And the first meeting, what day was that? | 09:17:32 |
| 25 | A.  Last -- last Monday.  And Wednesday. | 09:17:47 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351521

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                    12

| | | |
|---|---|---|
| 1 | Q.   Monday and Wednesday of last week, you | 09:17:52 |
| 2 | had meetings; correct? | 09:17:54 |
| 3 | A.   Yeah. | 09:18:00 |
| 4 | Q.   And the Monday meeting, how long was the | 09:18:00 |
| 5 | Monday meeting? | 09:18:02 |
| 6 | A.   Maybe four or five hours, but we also | 09:18:10 |
| 7 | break for, for, for lunch. | 09:18:12 |
| 8 | Q.   And who was present at that meeting? | 09:18:16 |
| 9 | A.   Three.  Mario, Lucas and Chia-Fang Lin. | 09:18:30 |
| 10 | (Court reporter clarification) | 09:18:54 |
| 11 | Q.   And during the course of that meeting, | 09:18:55 |
| 12 | did you review documents? | 09:18:57 |
| 13 | A.   No. | 09:19:00 |
| 14 | Q.   On the Wednesday meeting, who did you | 09:19:09 |
| 15 | meet with? | 09:19:11 |
| 16 | A.   Mario and Chia-Fang only. | 09:19:14 |
| 17 | Q.   And how long was that meeting? | 09:19:16 |
| 18 | A.   Maybe less -- almost two hour. | 09:19:21 |
| 19 | Q.   And did you review documents during the | 09:19:24 |
| 20 | Wednesday meeting? | 09:19:27 |
| 21 | A.   No. | 09:19:31 |
| 22 | Q.   In preparing for your deposition here | 09:19:34 |
| 23 | today, did you make any effort to collect or | 09:19:37 |
| 24 | identify documents? | 09:19:41 |
| 25 | A.   No.  Basically, no. | 09:19:54 |

USD-0351522

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    13

| | | |
|---|---|---|
| 1 | Q.  Have you had any involvement in | 09:19:57 |
| 2 | collecting documents in order for UMC to produce | 09:20:00 |
| 3 | documents to Micron in this litigation? | 09:20:06 |
| 4 | A.  No. | 09:20:19 |
| 5 | Q.  Has anybody asked you to provide to them | 09:20:28 |
| 6 | documents related to this litigation? | 09:20:32 |
| 7 | A.  No. | 09:20:42 |
| 8 | Last week, the -- | 09:20:56 |
| 9 | MR. JOHNSON:  No question is pending. | 09:20:57 |
| 10 | A.  Okay. | 09:20:59 |
| 11 | MR. JOHNSON:  If you need to take | 09:21:01 |
| 12 | a break, we can take a break, but no question's | 09:21:02 |
| 13 | pending. | 09:21:04 |
| 14 | BY MR. MICHAEL: | 09:21:08 |
| 15 | Q.  I want to make sure that I understand | 09:21:08 |
| 16 | your testimony, Mr. Chen.  Is it correct that you | 09:21:10 |
| 17 | have made no efforts to identify or collect | 09:21:14 |
| 18 | documents for UMC in connection with this | 09:21:18 |
| 19 | litigation? | 09:21:21 |
| 20 | A.  Yes. | 09:21:45 |
| 21 | Q.  To your knowledge, does UMC have | 09:22:02 |
| 22 | possession of Micron technical documents relating | 09:22:05 |
| 23 | to DRAM technology? | 09:22:08 |
| 24 | A.  I have no idea. | 09:22:19 |
| 25 | Q.  To your knowledge, has UMC ever had | 09:22:26 |

USD-0351523

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                    14

| | | |
|---|---|---|
| 1 | possession of Micron technical documents relating | 09:22:44 |
| 2 | to DRAM technology? | 09:22:47 |
| 3 | A.  No. | 09:22:58 |
| 4 | Q.  To your knowledge, has UMC or any of its | 09:23:05 |
| 5 | employees ever deleted or destroyed Micron | 09:23:08 |
| 6 | technical documents related to DRAM technology? | 09:23:13 |
| 7 | A.  I have no idea. | 09:23:30 |
| 8 | Q.  You understand when I ask questions | 09:23:50 |
| 9 | relating to Micron documents, I'm including | 09:23:52 |
| 10 | electronic documents that may be stored on | 09:23:56 |
| 11 | laptops, USB drives, or other storage media? | 09:23:59 |
| 12 | A.  I understand. | 09:24:28 |
| 13 | Q.  And so we're clear, to your knowledge, | 09:24:28 |
| 14 | UMC does not have and never has possessed Micron | 09:24:33 |
| 15 | technical documents relating to DRAM technology, | 09:24:38 |
| 16 | whether they're hard-copy documents or electronic | 09:24:43 |
| 17 | documents on storage media? | 09:24:46 |
| 18 | MR. JOHNSON:  Objection.  Question's | 09:24:47 |
| 19 | compound. | 09:24:48 |
| 20 | A.  Yes. | 09:25:11 |
| 21 | BY MR. MICHAEL: | 09:25:13 |
| 22 | Q.  I'm going to break the question up based | 09:25:13 |
| 23 | on counsel's objection.  It's a fair objection. | 09:25:16 |
| 24 | To your knowledge, has UMC ever | 09:25:28 |
| 25 | possessed laptops containing Micron technical | 09:25:30 |

USD-0351524

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    15

| | | |
|---|---|---|
| 1 | documents on DRAM technology? | 09:25:35 |
| 2 | A. No. | 09:25:48 |
| 3 | Q. To your knowledge, has UMC ever possessed | 09:25:52 |
| 4 | USB drives containing Micron technical documents | 09:25:56 |
| 5 | on DRAM technology? | 09:25:59 |
| 6 | A. No. | 09:26:13 |
| 7 | Q. And to your knowledge, has UMC ever | 09:26:14 |
| 8 | possessed any other electronic storage media that | 09:26:17 |
| 9 | contains Micron technical documents on DRAM | 09:26:22 |
| 10 | technology? | 09:26:25 |
| 11 | A. No. | 09:26:36 |
| 12 | Q. What's your date of birth, Mr. Chen? | 09:26:40 |
| 13 | A. November 12th. | 09:26:44 |
| 14 | Q. What year? | 09:26:46 |
| 15 | A. 1962. | 09:26:48 |
| 16 | Q. And where were you born? | 09:26:50 |
| 17 | A. Kaohsiung, south of Taiwan. | 09:26:53 |
| 18 | Q. I'm not understanding "south of Taiwan". | 09:27:05 |
| 19 | Where is that? | 09:27:08 |
| 20 | A. It's -- the city is -- Taipei -- | 09:27:10 |
| 21 | Kaohsiung is south of Taiwan, and Taipei is | 09:27:15 |
| 22 | located the north of Taiwan. | 09:27:25 |
| 23 | Q. Okay. | 09:27:26 |
| 24 | A. The city name -- city named Kaohsiung. | 09:27:26 |
| 25 | Q. And it's south of Taipei? | 09:27:26 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351525

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                          16

| | | |
|---|---|---|
| 1 | A.  Yeah, south of the whole island. | 09:27:26 |
| 2 | Q.  On the southern part of Taiwan? | 09:27:29 |
| 3 | A.  Yes. | 09:27:32 |
| 4 | Q.  Understood.  And your citizenship? | 09:27:33 |
| 5 | A.  Taiwan only. | 09:27:36 |
| 6 | Q.  Have you ever been to the United States? | 09:27:41 |
| 7 | A.  Yes.  Many times. | 09:27:44 |
| 8 | Q.  In what capacity have you been to the | 09:27:50 |
| 9 | United States? | 09:27:54 |
| 10 | A.  Business trip.  And also see a friend | 09:27:55 |
| 11 | there. | 09:28:01 |
| 12 | Q.  And approximately how many times have you | 09:28:04 |
| 13 | been to the United States? | 09:28:06 |
| 14 | A.  I think more than 10 times total. | 09:28:15 |
| 15 | Q.  And can you roughly break down who your | 09:28:23 |
| 16 | employers were for those 10 business trips? | 09:28:26 |
| 17 | MR. JOHNSON:  Counsel, can we get some | 09:28:36 |
| 18 | date timeframes for these trips? | 09:28:37 |
| 19 | MR. MICHAEL:  Yeah. | 09:28:43 |
| 20 | MR. JOHNSON:  It might make the record | 09:28:44 |
| 21 | more clear. | 09:28:45 |
| 22 | A.  My -- I work for TI-Acer in Taiwan.  We | 09:28:48 |
| 23 | had technology cooperation with Texas Instruments. | 09:28:53 |
| 24 | Back to 19 -- maybe 1989 or '90.  Yeah, I had the | 09:28:58 |
| 25 | trip -- | 09:29:04 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351526

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    17

| | | |
|---|---|---|
| 1 | THE COURT REPORTER:  Sorry, did you say | 09:29:04 |
| 2 | "TIS" with Texas Instruments? | 09:29:04 |
| 3 | A.  That's a joint venture, TI with -- Texas | 09:29:04 |
| 4 | Instruments with Taiwan computer company Acer. | 09:29:10 |
| 5 | THE COURT REPORTER:  Is it "TI"? | 09:29:10 |
| 6 | MR. JOHNSON:  TI-Acer. | 09:29:10 |
| 7 | A.  Acer.  Then I have ... | 09:29:10 |
| 8 | BY MR. MICHAEL: | 09:29:24 |
| 9 | Q.  Real quick, Mr. Chen.  So you worked for | 09:29:24 |
| 10 | a company that involved a joint venture between | 09:29:25 |
| 11 | Texas Instruments and Acer; is that correct? | 09:29:28 |
| 12 | A.  Yes. | 09:29:31 |
| 13 | Q.  And did you travel to the United States | 09:29:37 |
| 14 | as part of your employment at that time? | 09:29:40 |
| 15 | A.  Yes. | 09:29:48 |
| 16 | Q.  And what was that time period? | 09:29:50 |
| 17 | A.  1989 to 1991.  That timeframe. | 09:29:55 |
| 18 | Q.  Let's see if we can break this down | 09:30:01 |
| 19 | a little, a little closer.  Since you've been | 09:30:03 |
| 20 | employed with UMC, have you made business trips to | 09:30:05 |
| 21 | the United States? | 09:30:09 |
| 22 | A.  Yes, two years ago. | 09:30:22 |
| 23 | Q.  You've made only one trip to the United | 09:30:25 |
| 24 | States in your business role with UMC? | 09:30:27 |
| 25 | A.  That's -- I joined job fair activity with | 09:30:40 |

USD-0351527

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                          18

| | | |
|---|---|---|
| 1 | Jinhua.  That's the only one trip. | 09:30:45 |
| 2 | Q.  And you're referring to a trip in October | 09:30:47 |
| 3 | 2016? | 09:30:49 |
| 4 | A.  Yes. | 09:30:55 |
| 5 | Q.  While you worked with Micron, did you | 09:31:01 |
| 6 | make any business trips to the United States? | 09:31:04 |
| 7 | A.  Yes. | 09:31:12 |
| 8 | Q.  How many times? | 09:31:13 |
| 9 | A.  Two times, I remember. | 09:31:16 |
| 10 | Q.  And where did you go on these business | 09:31:20 |
| 11 | trips in the United States? | 09:31:23 |
| 12 | A.  I flew to the San Francisco and then | 09:31:32 |
| 13 | transferred to the Boise.  That's the trip. | 09:31:35 |
| 14 | Q.  Okay.  Both occasions, you flew through | 09:31:41 |
| 15 | San Francisco to Boise, Idaho? | 09:31:43 |
| 16 | A.  Yes.  Because there is no direct flight | 09:31:50 |
| 17 | to the Idaho. | 09:31:52 |
| 18 | Q.  You're lucky you found one from San | 09:31:55 |
| 19 | Francisco. | 09:31:58 |
| 20 | Did you visit Micron's northern | 09:32:01 |
| 21 | California facility on either of those trips? | 09:32:04 |
| 22 | A.  No. | 09:32:18 |
| 23 | Q.  You only visited Micron's headquarters in | 09:32:18 |
| 24 | Boise, Idaho; is that correct? | 09:32:22 |
| 25 | A.  Yes.  Yes. | 09:32:24 |

USD-0351528

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    19

| | | |
|---|---|---|
| 1 | Q.  Do you recall approximately the dates of | 09:32:28 |
| 2 | those business trips? | 09:32:31 |
| 3 | A.  I only remember roughly end of June.  End | 09:32:38 |
| 4 | of June.  Always we had a meeting yearly at -- by | 09:32:44 |
| 5 | end of June.  At Boise, yeah.  In Boise. | 09:32:51 |
| 6 | Q.  Okay.  And what years approximately would | 09:32:56 |
| 7 | these have been, if you recall? | 09:32:59 |
| 8 | A.  2014 and 2015. | 09:33:07 |
| 9 | Q.  And during the course of these meetings, | 09:33:16 |
| 10 | did you visit Micron's fabrication facilities in | 09:33:18 |
| 11 | Boise, Idaho? | 09:33:24 |
| 12 | A.  No. | 09:33:35 |
| 13 | Q.  You're aware that Micron has fabrication | 09:33:36 |
| 14 | facilities in Idaho; correct? | 09:33:38 |
| 15 | A.  Yes, I know. | 09:33:46 |
| 16 | Q.  And you're aware that Micron has | 09:33:47 |
| 17 | a fabrication facility they refer to as "Fab 4", | 09:33:49 |
| 18 | which is located in Idaho; correct? | 09:33:53 |
| 19 | A.  I know. | 09:34:04 |
| 20 | Q.  Mr. Chen, why don't you provide for me | 09:34:17 |
| 21 | your educational background after high school. | 09:34:19 |
| 22 | A.  I graduated from the Chengkung | 09:34:29 |
| 23 | University, then entered the Tsinghua University | 09:34:31 |
| 24 | for master's degree.  That's all. | 09:34:40 |
| 25 | Q.  What year did you graduate from -- is it | 09:34:45 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351529

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    20

| | | |
|---|---|---|
| 1 | Tsingkeng [sic] University? | 09:34:49 |
| 2 | A.  Chengkung. | 09:34:49 |
| 3 | Q.  Chengkung.  What year did you graduate | 09:34:51 |
| 4 | from Chengkung University? | 09:34:54 |
| 5 | A.  1985. | 09:34:59 |
| 6 | Q.  And what was your degree? | 09:35:00 |
| 7 | A.  Bachelor degree. | 09:35:02 |
| 8 | Q.  Was it a bachelor degree in electrical | 09:35:04 |
| 9 | engineering? | 09:35:08 |
| 10 | A.  Material science. | 09:35:10 |
| 11 | THE COURT REPORTER:  Material science? | 09:35:13 |
| 12 | A.  Material science and metallurgy. | 09:35:13 |
| 13 | BY MR. MICHAEL: | 09:35:15 |
| 14 | Q.  And then you proceeded to enter a program | 09:35:17 |
| 15 | for your master's degree.  Did you complete your | 09:35:21 |
| 16 | master's? | 09:35:30 |
| 17 | A.  Yes. | 09:35:30 |
| 18 | Q.  And what year did you get your master's? | 09:35:31 |
| 19 | A.  1987. | 09:35:34 |
| 20 | Q.  And what was your master's degree in? | 09:35:35 |
| 21 | Was it also in material science and -- | 09:35:38 |
| 22 | A.  Material science. | 09:35:41 |
| 23 | Q.  Did you do a thesis as part of your | 09:35:47 |
| 24 | master's program? | 09:35:50 |
| 25 | A.  Yes. | 09:35:51 |

USD-0351530

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                      21

| | | |
|---|---|---|
| 1 | Q.  And did you publish? | 09:35:52 |
| 2 | A.  Suppose. | 09:35:56 |
| 3 | Q.  But what was the topic of your thesis? | 09:35:59 |
| 4 | A.  I remember very clearly.  Copper sputter. | 09:36:05 |
| 5 | THE COURT REPORTER:  Could you say again. | 09:36:12 |
| 6 | A.  Copper. | 09:36:12 |
| 7 | BY MR. MICHAEL: | 09:36:12 |
| 8 | Q.  Copper? | 09:36:12 |
| 9 | A.  Copper.  The copper process for the | 09:36:12 |
| 10 | copper technology of semiconductor, but at that | 09:36:14 |
| 11 | time, I -- my -- it says on the cover | 09:36:17 |
| 12 | "sputtering". | 09:36:20 |
| 13 | MR. JOHNSON:  Sputtering? | 09:36:21 |
| 14 | A.  Yeah. | 09:36:21 |
| 15 | MR. JOHNSON:  Sputter. | 09:36:21 |
| 16 | A.  Yeah, I set up the equipment by myself | 09:36:21 |
| 17 | for this process.  So that's why I start my career | 09:36:25 |
| 18 | in semiconductor. | 09:36:31 |
| 19 | MR. JOHNSON:  Sputtering. | 09:36:35 |
| 20 | BY MR. MICHAEL: | 09:36:39 |
| 21 | Q.  Would you say that most of your | 09:36:40 |
| 22 | experience in the semiconductor industry is on the | 09:36:43 |
| 23 | equipment side as opposed to the software design | 09:36:45 |
| 24 | side? | 09:36:48 |
| 25 | A.  Process technology. | 09:36:58 |

USD-0351531

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                        22

| | | |
|---|---|---|
| 1 | Q.   Process technology.  And when you say | 09:37:03 |
| 2 | "process technology", what does that mean? | 09:37:05 |
| 3 | A.   I was the manager of the process | 09:37:11 |
| 4 | integration. | 09:37:13 |
| 5 | Q.   What does -- what does "process | 09:37:18 |
| 6 | integration" mean? | 09:37:22 |
| 7 | A.   It's the -- with the technology, we need | 09:37:25 |
| 8 | to have many -- four steps taken integration, the | 09:37:29 |
| 9 | integration team is integrate all the unit process | 09:37:37 |
| 10 | into one floor in kind of a row and discuss with | 09:37:39 |
| 11 | the model for improvement.  That's back to 20 | 09:37:43 |
| 12 | years ago. | 09:37:50 |
| 13 | Q.   And after you obtained your master's | 09:37:54 |
| 14 | degree, did you go on for any additional | 09:37:56 |
| 15 | postgraduate studies? | 09:37:58 |
| 16 | A.   No. | 09:38:05 |
| 17 | Q.   Do you have any patents in your name | 09:38:06 |
| 18 | where you're the named inventor? | 09:38:09 |
| 19 | A.   I cannot remember.  Because I was | 09:38:16 |
| 20 | a manager very early, when I worked for -- | 09:38:22 |
| 21 | I become a manager after I work for five years. | 09:38:27 |
| 22 | So basically I, I, I have not do the detail of the | 09:38:30 |
| 23 | technology development or process, yeah. | 09:38:34 |
| 24 | Q.   Okay.  Why don't we start with your first | 09:38:40 |
| 25 | job out of -- after you obtained your master's | 09:38:47 |

USD-0351532

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Stephen Chen
Conducted on July 10, 2018                 23

| | | |
|---|---|---|
| 1 | degree.  What was your first job in the | 09:38:49 |
| 2 | semiconductor industry? | 09:38:51 |
| 3 | A.  I work for one design company who is the | 09:38:58 |
| 4 | fabless design company, and I was the product | 09:39:06 |
| 5 | testing engineer. | 09:39:11 |
| 6 | Q.  What was the name of that company? | 09:39:15 |
| 7 | A.  SIS, Silicon Integration and something. | 09:39:20 |
| 8 | SIS. | 09:39:26 |
| 9 | Q.  And what were the years that you were | 09:39:27 |
| 10 | employed with SIS? | 09:39:29 |
| 11 | A.  1989, because after I graduate from | 09:39:37 |
| 12 | master's degree, I have two years for military | 09:39:39 |
| 13 | service. | 09:39:43 |
| 14 | Q.  Oh. | 09:39:44 |
| 15 | A.  1989, that's my first job, yeah. | 09:39:47 |
| 16 | Q.  You served in the military in Taiwan? | 09:39:50 |
| 17 | A.  Yes. | 09:39:54 |
| 18 | Q.  What part of the military? | 09:39:55 |
| 19 | A.  Army. | 09:39:58 |
| 20 | Q.  And how long were you employed at SIS? | 09:40:08 |
| 21 | 1989 until when? | 09:40:12 |
| 22 | A.  (Through interpreter) The end of 1990. | 09:40:19 |
| 23 | A.  Then I joined TI-Acer.  I maybe left 1990 | 09:40:24 |
| 24 | or 1991, yeah. | 09:40:31 |
| 25 | Q.  And the name of the joint venture was | 09:40:34 |

USD-0351533

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    24

| | | |
|---|---|---|
| 1 | TI-Acer, yeah. | 09:40:37 |
| 2 | A.  Also DRAM company. | 09:40:40 |
| 3 | Q.  Was the fabless design company, SIS, was | 09:40:43 |
| 4 | that a DRAM company? | 09:40:49 |
| 5 | A.  No. | 09:40:50 |
| 6 | Q.  Logic? | 09:40:54 |
| 7 | A.  Logic and also memory.  Memory for mask | 09:40:55 |
| 8 | ROM and S-RAM.  Mask ROM.  I was the engineer for | 09:40:57 |
| 9 | mask ROM. | 09:41:04 |
| 10 | THE COURT REPORTER:  Could you say that | 09:41:23 |
| 11 | term again. | 09:41:23 |
| 12 | A.  Mask, mask is a -- it's one kind of | 09:41:23 |
| 13 | memory. | 09:41:23 |
| 14 | THE COURT REPORTER:  I just need the | 09:41:23 |
| 15 | word, not the explanation. | 09:41:23 |
| 16 | A.  Mask, m-a-s-k. | 09:41:23 |
| 17 | THE COURT REPORTER:  Thank you.  And the | 09:41:23 |
| 18 | second part?  Mask -- | 09:41:23 |
| 19 | A.  Memory, Mask ROM. R-O-M.  Read only | 09:41:23 |
| 20 | memory. | 09:41:23 |
| 21 | THE COURT REPORTER:  Thank you. | 09:41:23 |
| 22 | BY MR. MICHAEL: | 09:41:23 |
| 23 | Q.  So TI-Acer was your first DRAM company; | 09:41:25 |
| 24 | is that correct? | 09:41:29 |
| 25 | A.  Yes. | 09:41:35 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351534

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                    25

| | | |
|---|---|---|
| 1 | Q.  And what were the years that you were | 09:41:35 |
| 2 | employed at TI-Acer? | 09:41:37 |
| 3 | A.  I worked with TI-Acer maybe three years | 09:41:47 |
| 4 | only, two or -- two or -- three year, roughly. | 09:41:51 |
| 5 | Q.  So 1991 to 1994? | 09:41:58 |
| 6 | A.  Yeah. | 09:42:00 |
| 7 | Q.  And what was your position at TI-Acer? | 09:42:00 |
| 8 | A.  Senior engineer and take care of the | 09:42:06 |
| 9 | failure analysis laboratory. | 09:42:10 |
| 10 | Q.  Can you give me that testimony again? | 09:42:14 |
| 11 | You were the senior engineer and you took care of | 09:42:19 |
| 12 | what laboratory? | 09:42:22 |
| 13 | A.  Failure analysis. | 09:42:32 |
| 14 | THE MAIN INTERPRETER:  "Failure". | 09:42:35 |
| 15 | A.  If there are any failures, send to my lab | 09:42:35 |
| 16 | and I do analysis for them. | 09:42:38 |
| 17 | BY MR. MICHAEL: | 09:42:39 |
| 18 | Q.  And after TI-Acer, what was your next | 09:42:50 |
| 19 | job? | 09:42:53 |
| 20 | A.  I quit from the semiconductor.  I joined | 09:42:59 |
| 21 | a company who make, what you call, a ferrite, like | 09:43:02 |
| 22 | a power, switching power supply. | 09:43:07 |
| 23 | THE COURT REPORTER:  I am sorry, I am | 09:43:26 |
| 24 | finding this very unclear. | 09:43:26 |
| 25 | MR. MICHAEL:  Yeah, me too. | 09:43:26 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351535

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                    26

| | | |
|---|---|---|
| 1 | THE COURT REPORTER:  Perhaps go through | 09:43:26 |
| 2 | the interpreter. | 09:43:26 |
| 3 | THE MAIN INTERPRETER:  (Chinese spoken). | 09:43:26 |
| 4 | A.  I quit from TI-Acer and joined a new, new | 09:43:26 |
| 5 | start-up company. | 09:43:27 |
| 6 | BY MR. MICHAEL: | 09:43:28 |
| 7 | Q.  Mr. Chen, I'm going to ask you to let's | 09:43:28 |
| 8 | try this for a little while.  I'm going to ask you | 09:43:30 |
| 9 | to try to give your answers in Mandarin and allow | 09:43:32 |
| 10 | the interpreter to interpret into English. | 09:43:35 |
| 11 | A.  Okay. | 09:43:46 |
| 12 | Q.  It sounds like you moved out of the | 09:43:46 |
| 13 | semiconductor industry after TI-Acer and you went | 09:43:49 |
| 14 | and got a job at a different company.  Can you | 09:43:51 |
| 15 | tell me the name of that company and your | 09:43:54 |
| 16 | position? | 09:43:56 |
| 17 | A.  (Through interpreter) Okay.  The name of | 09:44:03 |
| 18 | the company is Acme. | 09:44:22 |
| 19 | THE MAIN INTERPRETER:  Interpreter | 09:44:30 |
| 20 | spelling, A-c-m-e. | 09:44:30 |
| 21 | A.  (Through interpreter) The Chinese of the | 09:44:30 |
| 22 | company is Yuefong. | 09:44:31 |
| 23 | THE MAIN INTERPRETER:  Interpreter | 09:44:33 |
| 24 | spelling, Y-u-e-f-o-n-g. | 09:44:33 |
| 25 | BY MR. MICHAEL: | 09:44:35 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351536

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                    27

| | | |
|---|---|---|
| 1 | Q.  And what was your title at Acme? | 09:44:36 |
| 2 | A.  Engineering manager. | 09:44:44 |
| 3 | Q.  And what were the products that Acme | 09:44:53 |
| 4 | developed? | 09:44:56 |
| 5 | A.  (Through interpreter) It's a type of a | 09:45:15 |
| 6 | soft magnet to make power supply. | 09:45:18 |
| 7 | Q.  Did you eventually return to the | 09:45:24 |
| 8 | semiconductor industry? | 09:45:27 |
| 9 | A.  I back to semiconductor again. | 09:45:31 |
| 10 | Q.  Okay.  What company was your next job | 09:45:33 |
| 11 | that was in the semiconductor industry? | 09:45:36 |
| 12 | A.  Nanya Technology. | 09:45:44 |
| 13 | THE COURT REPORTER:  Sorry? | 09:45:52 |
| 14 | A.  (Through interpreter) Nanya Technology. | 09:45:52 |
| 15 | THE MAIN INTERPRETER:  Interpreter | 09:45:52 |
| 16 | spelling, N-a-n-y-a. | 09:45:54 |
| 17 | BY MR. MICHAEL: | 09:45:58 |
| 18 | Q.  And what was your title at Nanya? | 09:45:59 |
| 19 | A.  It's deputy director. | 09:46:02 |
| 20 | Q.  Deputy director of what division? | 09:46:08 |
| 21 | A.  Process integration. | 09:46:16 |
| 22 | Q.  Was this process integration for memory | 09:46:21 |
| 23 | chips? | 09:46:24 |
| 24 | A.  Yes. | 09:46:30 |
| 25 | Q.  DRAM? | 09:46:34 |

USD-0351537

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Stephen Chen
Conducted on July 10, 2018                    28

| | | |
|---|---|---|
| 1 | A.   Yes, they have the technology from Japan | 09:46:35 |
| 2 | company, Oki, O-k-i. | 09:46:37 |
| 3 | Q.   And how long did you work at Nanya | 09:46:41 |
| 4 | Technology? | 09:46:44 |
| 5 | A.   10 months. | 09:46:45 |
| 6 | Q.   And what was your next job, Mr. Chen? | 09:46:46 |
| 7 | A.   Join with Powerchip. | 09:46:49 |
| 8 | Q.   And that was a DRAM company? | 09:46:58 |
| 9 | A.   Yes. | 09:46:59 |
| 10 | Q.   And your position at Powerchip? | 09:47:02 |
| 11 | A.   Start with department manager of the | 09:47:06 |
| 12 | process integration. | 09:47:09 |
| 13 | Q.   And did your title change over time while | 09:47:20 |
| 14 | you were with Powerchip? | 09:47:22 |
| 15 | A.   Change very often.  Promote, I always | 09:47:35 |
| 16 | promote. | 09:47:37 |
| 17 | THE COURT REPORTER:  Say that again. | 09:47:38 |
| 18 | A.   I got a promotion almost every one or | 09:47:38 |
| 19 | every two years.  So from the department manager, | 09:47:40 |
| 20 | I changed to deputy director.  Then after that, | 09:47:42 |
| 21 | director, and (unclear) manager and | 09:47:45 |
| 22 | vice-president, senior vice-president for past 10 | 09:47:48 |
| 23 | years. | 09:47:51 |
| 24 | BY MR. MICHAEL: | 09:47:54 |
| 25 | Q.   What was the time period that you worked | 09:47:57 |

USD-0351538

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    29

| | | |
|---|---|---|
| 1 | at Powerchip? | 09:47:59 |
| 2 | A. 1996 until 2008 or 2009. | 09:48:04 |
| 3 | Q. And the positions that you held, it | 09:48:17 |
| 4 | started as a department manager of process | 09:48:23 |
| 5 | engineering, you were then promoted up to director | 09:48:25 |
| 6 | and eventually senior vice-president; is that | 09:48:27 |
| 7 | correct? | 09:48:29 |
| 8 | A. Yes. | 09:48:42 |
| 9 | Q. And what were the Powerchip products? | 09:48:44 |
| 10 | A. Technology transfer from the Japan | 09:48:55 |
| 11 | company Mitsubishi for DRAM product technology. | 09:48:59 |
| 12 | Q. Did Powerchip manufacture DRAM? | 09:49:04 |
| 13 | A. Yes. | 09:49:10 |
| 14 | Q. Did it design DRAM? | 09:49:11 |
| 15 | A. No. | 09:49:13 |
| 16 | Q. Who designed the Powerchip DRAM? | 09:49:17 |
| 17 | A. Licensed product from the Mitsubishi | 09:49:25 |
| 18 | Electric. | 09:49:28 |
| 19 | Q. And after Powerchip, what was your next | 09:49:35 |
| 20 | job? | 09:49:38 |
| 21 | A. 2006, I was appoint as the president of | 09:49:43 |
| 22 | the joint venture company between Powerchip and | 09:49:47 |
| 23 | Elpida. | 09:50:00 |
| 24 | THE COURT REPORTER: What is that second | 09:50:00 |
| 25 | company? | 09:50:00 |

USD-0351539

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    30

| | | |
|---|---|---|
| 1 | MR. JOHNSON:  Elpida, E-l-p-i-d-a. | 09:50:00 |
| 2 | A.  E-l-p-i-d-a.  It's a joint venture | 09:50:00 |
| 3 | company, Rexchip is a joint venture between Elpida | 09:50:05 |
| 4 | and Powerchip. | 09:50:07 |
| 5 | BY MR. MICHAEL: | 09:50:10 |
| 6 | Q.  So in 2006, you were appointed as the | 09:50:10 |
| 7 | president of Rexchip, which is a joint venture | 09:50:13 |
| 8 | between Powerchip and Elpida; correct? | 09:50:17 |
| 9 | A.  Yes. | 09:50:19 |
| 10 | Q.  And what was Rexchip's primary line of | 09:50:34 |
| 11 | business? | 09:50:37 |
| 12 | A.  It's manufacturing.  DRAM manufacturing. | 09:50:41 |
| 13 | Q.  Did Rexchip design DRAM? | 09:50:47 |
| 14 | A.  No.  Only manufacturing. | 09:50:51 |
| 15 | Q.  Only manufacturing. | 09:50:55 |
| 16 | A.  Product sell back to the parent company, | 09:50:56 |
| 17 | Elpida and Powerchip. | 09:50:59 |
| 18 | Q.  So did Rexchip manufacture DRAM for | 09:51:02 |
| 19 | Elpida and DRAM for Powerchip? | 09:51:06 |
| 20 | A.  Because joint venture, the product we | 09:51:18 |
| 21 | manufactured, we would sell back to the parent | 09:51:21 |
| 22 | company according to the share ratio.  So | 09:51:24 |
| 23 | basically 50 percent go back to Elpida, 50 percent | 09:51:28 |
| 24 | go back to Powerchip. | 09:51:31 |
| 25 | Q.  Okay.  And what was the time period that | 09:51:32 |

USD-0351540

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    31

| | | |
|---|---|---|
| 1 | you worked at Rexchip? | 09:51:34 |
| 2 | A.  2006, end of the 2006 until 2013.  And | 09:51:42 |
| 3 | acquire, merge by Micron in 2013. | 09:51:49 |
| 4 | Q.  What technology node was the DRAM in | 09:51:55 |
| 5 | while you were at Rexchip? | 09:51:58 |
| 6 | A.  70 nanometer. | 09:52:11 |
| 7 | Q.  7-0? | 09:52:16 |
| 8 | A.  2006, start with the 70 nanometer in | 09:52:20 |
| 9 | 2006. | 09:52:24 |
| 10 | Q.  And when you left in 2013, what was the | 09:52:26 |
| 11 | technology node? | 09:52:31 |
| 12 | A.  20 nanometer?  It's 25 in production, 1X | 09:52:42 |
| 13 | nanometer in transfer. | 09:52:49 |
| 14 | THE COURT REPORTER:  Could you repeat | 09:53:05 |
| 15 | that, please. | 09:53:06 |
| 16 | A.  It should be 25.  IX.  I have no idea for | 09:53:15 |
| 17 | 1X. | 09:53:15 |
| 18 | BY MR. MICHAEL: | 09:53:15 |
| 19 | Q.  Let me see if I can clarify -- | 09:53:15 |
| 20 | THE COURT REPORTER:  Is he saying | 09:53:16 |
| 21 | "wireless"? | 09:53:16 |
| 22 | MR. JOHNSON:  1X. | 09:53:16 |
| 23 | BY MR. MICHAEL: | 09:53:18 |
| 24 | Q.  In 2013, was Rexchip producing 25 | 09:53:18 |
| 25 | nanometer DRAM? | 09:53:24 |

USD-0351541

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                      32

| | | |
|---|---|---|
| 1 | A.  Yes. | 09:53:27 |
| 2 | Q.  And in 2013, was Rexchip producing 20 | 09:53:28 |
| 3 | nanometer DRAM? | 09:53:34 |
| 4 | A.  No. | 09:53:39 |
| 5 | Q.  In 2013, is it correct that Rexchip was | 09:53:40 |
| 6 | in the process of developing manufacturing | 09:53:43 |
| 7 | capabilities for 20 nanometer DRAM? | 09:53:48 |
| 8 | A.  No. | 09:53:59 |
| 9 | Q.  So as of 2013, Rexchip only had the | 09:54:06 |
| 10 | capability to manufacture 25 nanometer DRAM; is | 09:54:09 |
| 11 | that correct? | 09:54:14 |
| 12 | A.  Yes. | 09:54:21 |
| 13 | Q.  And you mentioned that in 2013, Micron | 09:54:25 |
| 14 | acquired Rexchip; is that correct? | 09:54:32 |
| 15 | A.  Yes. | 09:54:37 |
| 16 | Q.  And as the president of Rexchip, were you | 09:54:39 |
| 17 | involved with that acquisition? | 09:54:42 |
| 18 | A.  I cannot catch the point.  (Chinese | 09:54:57 |
| 19 | spoken). | 09:55:02 |
| 20 | A.  (Through interpreter) I don't understand | 09:55:03 |
| 21 | your question. | 09:55:04 |
| 22 | Q.  You were the president of Rexchip in | 09:55:05 |
| 23 | 2013; correct? | 09:55:08 |
| 24 | A.  Yes. | 09:55:12 |
| 25 | Q.  And in 2013, Micron acquired Rexchip; | 09:55:13 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351542

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Stephen Chen
Conducted on July 10, 2018                  33

| | | |
|---|---|---|
| 1 | correct? | 09:55:16 |
| 2 | A.  Yes. | 09:55:20 |
| 3 | Q.  And as part of that acquisition, there is | 09:55:20 |
| 4 | generally a corporate transaction that's involved | 09:55:24 |
| 5 | for that acquisition.  Were you involved in that | 09:55:27 |
| 6 | corporate transaction in any way? | 09:55:31 |
| 7 | MR. JOHNSON:  Do you understand | 09:55:48 |
| 8 | "corporate transaction"? | 09:55:49 |
| 9 | A.  I know, but I did not get involved | 09:55:52 |
| 10 | because the finance to finance, they make a deal. | 09:55:55 |
| 11 | I have no -- I did not get involved. | 09:55:59 |
| 12 | BY MR. MICHAEL: | 09:56:01 |
| 13 | Q.  You were not involved in negotiation of | 09:56:02 |
| 14 | price? | 09:56:05 |
| 15 | A.  No. | 09:56:06 |
| 16 | Q.  Were you involved in negotiation of | 09:56:07 |
| 17 | retention of employees? | 09:56:10 |
| 18 | A.  No. | 09:56:15 |
| 19 | Q.  You remained as an employee of the new | 09:56:17 |
| 20 | entity that Micron acquired; correct? | 09:56:22 |
| 21 | A.  Yes. | 09:56:32 |
| 22 | Q.  And was Rexchip renamed to a new entity | 09:56:32 |
| 23 | name? | 09:56:35 |
| 24 | A.  Yes. | 09:56:40 |
| 25 | Q.  And what was the name of that entity? | 09:56:41 |

USD-0351543

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                              34

| | | |
|---|---|---|
| 1 | A.   Micron Memory Taiwan, MMT. | 09:56:53 |
| 2 | Q.   And at that point in time, you became | 09:56:57 |
| 3 | an employee of Micron; correct? | 09:57:00 |
| 4 | A.   Yes. | 09:57:04 |
| 5 | Q.   And what was your position with Micron? | 09:57:05 |
| 6 | A.   Site director. | 09:57:14 |
| 7 | Q.   What were your job responsibilities as | 09:57:24 |
| 8 | site director? | 09:57:31 |
| 9 | A.   I report to the VP of the global | 09:57:35 |
| 10 | manufacturing.  And just hit some of the KPI VP | 09:57:39 |
| 11 | sent to us, basically on the operation and | 09:57:55 |
| 12 | manufacturing. | 09:57:57 |
| 13 | Q.   I'm going to ask you to repeat that one | 09:58:00 |
| 14 | more time.  Maybe we'll try to do it in Chinese. | 09:58:02 |
| 15 | A.   Okay. | 09:58:06 |
| 16 | Q.   So what were your job responsibilities as | 09:58:07 |
| 17 | the site director for Micron? | 09:58:10 |
| 18 | A.   (Through interpreter) Mainly to manage | 09:58:28 |
| 19 | the KPIs of the factory, focusing on cost and | 09:58:31 |
| 20 | yield. | 09:58:45 |
| 21 | Q.   What is KPI? | 09:58:51 |
| 22 | A.   We have a target for the cost, yield, and | 09:58:59 |
| 23 | the quality and cycle time.  That's the four major | 09:59:04 |
| 24 | KPI. | 09:59:08 |
| 25 | Q.   The factory you're referring to, what was | 09:59:20 |

USD-0351544

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    35

| | | |
|---|---|---|
| 1 | the name of the factory? | 09:59:22 |
| 2 | A.  (Through interpreter) The name got | 09:59:34 |
| 3 | changed to "Fab 16" in the group of Micron. | 09:59:35 |
| 4 | Q.  So you were the site director for | 09:59:42 |
| 5 | Micron's Fab 16 in Taiwan; correct? | 09:59:45 |
| 6 | A.  (Through interpreter) I am the director | 10:00:07 |
| 7 | of the site.  There is also fab managers managing | 10:00:08 |
| 8 | the fabs. | 10:00:11 |
| 9 | Q.  Did the fab managers report up to you? | 10:00:13 |
| 10 | A.  Yes. | 10:00:20 |
| 11 | Q.  Were you the person in charge of Fab 16 | 10:00:22 |
| 12 | for Micron? | 10:00:26 |
| 13 | A.  I'm the site director.  Very difficult to | 10:00:46 |
| 14 | say.  Fab director. | 10:00:49 |
| 15 | Q.  Let's try to get at the this way.  You | 10:00:53 |
| 16 | reported to the vice-president of global | 10:00:56 |
| 17 | manufacturing at Micron; correct? | 10:01:00 |
| 18 | A.  Yes. | 10:01:09 |
| 19 | Q.  And who was the vice-president of global | 10:01:10 |
| 20 | manufacturing at the time period you were employed | 10:01:12 |
| 21 | at Micron? | 10:01:16 |
| 22 | A.  Wayne.  Wayne.  W-a-y-n-e. | 10:01:26 |
| 23 | Q.  Is Wayne a last name or a first name? | 10:01:33 |
| 24 | A.  Wayne is a first name.  Wayne Allen. | 10:01:40 |
| 25 | Q.  Can you spell the last time for me? | 10:01:43 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351545

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                        36

| | | |
|---|---|---|
| 1 | A.  I cannot -- Allen.  E or A, I -- | 10:01:49 |
| 2 | A-l-l-e-n?  Because most of the time, we call him | 10:01:56 |
| 3 | Wayne. | 10:02:04 |
| 4 | MR. MICHAEL:  Did you get a spelling on | 10:02:04 |
| 5 | the last name? | 10:02:06 |
| 6 | THE MAIN INTERPRETER:  Interpreter's | 10:02:08 |
| 7 | spelling, last name, A-l-l-e-n, Allen. | 10:02:09 |
| 8 | BY MR. MICHAEL: | 10:02:16 |
| 9 | Q.  Where was Wayne located? | 10:02:17 |
| 10 | A.  Singapore. | 10:02:19 |
| 11 | Q.  When did you leave Micron? | 10:02:36 |
| 12 | A.  2015, July. | 10:02:42 |
| 13 | A.  (Through interpreter) The end of July. | 10:02:49 |
| 14 | Q.  And where did you go? | 10:02:51 |
| 15 | A.  I took two months for, for my personal -- | 10:02:57 |
| 16 | (Chinese spoken). | 10:03:06 |
| 17 | A.  (Through interpreter) I got two months of | 10:03:07 |
| 18 | personal leave. | 10:03:09 |
| 19 | Q.  And after your two months of personal | 10:03:16 |
| 20 | leave, did you join UMC? | 10:03:18 |
| 21 | A.  (Through interpreter) Yes. | 10:03:25 |
| 22 | Q.  What date did you start at UMC? | 10:03:26 |
| 23 | A.  In September. | 10:03:31 |
| 24 | A.  (Through interpreter) I do not recall the | 10:03:34 |
| 25 | exact date, but in September. | 10:03:36 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351546

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                    37

| | | |
|---|---|---|
| 1 | Q.   September 2015, you joined UMC? | 10:03:39 |
| 2 | A.   Yes. | 10:03:46 |
| 3 | Q.   When you worked for Micron at Fab 16, did | 10:03:50 |
| 4 | Micron manufacture any products at Fab 16 other | 10:03:56 |
| 5 | than DRAM? | 10:04:01 |
| 6 | A.   No. | 10:04:15 |
| 7 | Q.   When you joined UMC in September 2015, | 10:04:21 |
| 8 | did UMC manufacture DRAM? | 10:04:25 |
| 9 | A.   No. | 10:04:36 |
| 10 | Q.   Given your background in DRAM technology, | 10:04:42 |
| 11 | why did you choose to join UMC that was not | 10:04:46 |
| 12 | manufacturing DRAM? | 10:04:50 |
| 13 | A.   (Through interpreter) I wanted to -- | 10:05:06 |
| 14 | A.   DRAM company is gone in Taiwan for me. | 10:05:10 |
| 15 | A.   (Through interpreter) I wanted to join | 10:05:13 |
| 16 | a company with a foundry.  Foundry is the main | 10:05:15 |
| 17 | technology in Taiwan, or the mainstream technology | 10:05:19 |
| 18 | in Taiwan.  So that was my original thinking. | 10:05:24 |
| 19 | Q.   To be clear, UMC was not in the DRAM | 10:05:36 |
| 20 | business in September 2015; correct? | 10:05:39 |
| 21 | A.   Yes. | 10:05:50 |
| 22 | MR. JOHNSON:  We've been going a little | 10:06:03 |
| 23 | more than an hour.  Can we take a short break? | 10:06:04 |
| 24 | MR. MICHAEL:  Yeah, we can take a break. | 10:06:12 |
| 25 | THE VIDEOGRAPHER:  We are going off the | 10:06:14 |

USD-0351547

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    38

| 1 | record.   The time is 10:06 a.m. | 10:06:15 |
| 2 | (Break taken) | 10:06:18 |
| 3 | THE VIDEOGRAPHER:  We are back on the | 10:18:27 |
| 4 | record.   The time is 10:18 a.m. | 10:18:27 |
| 5 | (All answers to be given through the interpreter | 10:18:29 |
| 6 | from this point unless otherwise indicated.) | 10:18:29 |
| 7 | BY MR. MICHAEL: | 10:18:32 |
| 8 | Q.   When you joined UMC in September 2015, | 10:18:33 |
| 9 | what was your title? | 10:18:39 |
| 10 | A.   Senior VP. | 10:18:47 |
| 11 | Q.   Were you the senior VP of a particular | 10:18:50 |
| 12 | department or business operation within UMC? | 10:18:54 |
| 13 | A.   (In English) Corporate senior VP, not | 10:19:07 |
| 14 | a function group. | 10:19:10 |
| 15 | A.   So I was the senior VP to the entire | 10:19:16 |
| 16 | corporate, not to any specific function. | 10:19:19 |
| 17 | Q.   What's your title -- what was your next | 10:19:22 |
| 18 | title at UMC, if it changed? | 10:19:24 |
| 19 | A.   No, I have been the senior VP the whole | 10:19:32 |
| 20 | time. | 10:19:36 |
| 21 | Q.   And what are your job duties and | 10:19:37 |
| 22 | responsibilities as the senior -- corporate senior | 10:19:39 |
| 23 | vice-president? | 10:19:43 |
| 24 | A.   Back then, the VP of the procurement | 10:20:03 |
| 25 | department, as well as the facility and | 10:20:05 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351548

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                           39

| | | |
|---|---|---|
| 1 | construction department reported to me. | 10:20:08 |
| 2 | THE CHECK INTERPRETER:  I'm sorry, minor | 10:20:12 |
| 3 | correction. | 10:20:13 |
| 4 | "Back then, the VP of the procurement | 10:20:13 |
| 5 | department, and the VP of the facility and | 10:20:16 |
| 6 | construction department both reported to me." | 10:20:18 |
| 7 | A.  Later, a VP of the product engineering | 10:20:29 |
| 8 | also reported to me.  Later, there was something | 10:20:32 |
| 9 | new, something called Project M, which reported to | 10:20:42 |
| 10 | me. | 10:20:47 |
| 11 | BY MR. MICHAEL: | 10:20:58 |
| 12 | Q.  What does the VP of procurement -- strike | 10:20:59 |
| 13 | that. | 10:21:04 |
| 14 | What are the responsibilities of the VP | 10:21:05 |
| 15 | of procurement? | 10:21:07 |
| 16 | A.  The sourcing of the equipment and | 10:21:21 |
| 17 | materials are the responsibility of the VP of the | 10:21:24 |
| 18 | procurement department. | 10:21:28 |
| 19 | Q.  What about the responsibilities of the VP | 10:21:32 |
| 20 | of facility and construction? | 10:21:35 |
| 21 | A.  The operation -- | 10:21:57 |
| 22 | THE MAIN INTERPRETER:  Excuse me. | 10:22:01 |
| 23 | A.  The person in charge of the operation of | 10:22:02 |
| 24 | the facility reports to the VP of facility and | 10:22:04 |
| 25 | construction.  And the VP of facility and | 10:22:07 |

USD-0351549

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                              40

| 1 | construction also supervises the construction of | 10:22:10 |
| 2 | the new facilities. | 10:22:13 |
| 3 | BY MR. MICHAEL: | 10:22:17 |
| 4 | Q.  Does the VP of facility and construction | 10:22:18 |
| 5 | have involvement with equipment procurement? | 10:22:20 |
| 6 | A.  Only the procurement department is | 10:22:36 |
| 7 | involved in the equipment procurement. | 10:22:38 |
| 8 | Q.  And who was the VP of procurement when | 10:22:41 |
| 9 | you started at UMC in September 2015? | 10:22:44 |
| 10 | A.  The name of the person is Mu-Liang Liao. | 10:23:06 |
| 11 | THE MAIN INTERPRETER:  Interpreter | 10:23:15 |
| 12 | spelling, first name Mu-Liang, M-u L-i-a-n-g, last | 10:23:15 |
| 13 | name Liao, L-i-a-o. | 10:23:16 |
| 14 | BY MR. MICHAEL: | 10:23:19 |
| 15 | Q.  Does Mr. Liao have an English name? | 10:23:19 |
| 16 | A.  ML. | 10:23:27 |
| 17 | Q.  Is ML the vice-president of procurement | 10:23:30 |
| 18 | today? | 10:23:33 |
| 19 | A.  Right now, the procurement department and | 10:23:53 |
| 20 | the department of facility and construction have | 10:23:56 |
| 21 | been integrated.  So ML is now the VP of the two | 10:23:59 |
| 22 | departments after the integration.  And at the | 10:24:04 |
| 23 | procurement department, there is a senior director | 10:24:16 |
| 24 | who oversees the operation of the procurement | 10:24:20 |
| 25 | department. | 10:24:25 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351550

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                     41

| | | |
|---|---|---|
| 1 | Q.  Who -- what is the name of the senior | 10:24:28 |
| 2 | director that oversees the operation of | 10:24:30 |
| 3 | procurement? | 10:24:32 |
| 4 | A.  His English name is Louis, L-o-u-i-s. | 10:24:44 |
| 5 | Last name, Xie. | 10:24:52 |
| 6 | THE MAIN INTERPRETER:  Interpreter | 10:24:56 |
| 7 | spelling, X-i-e. | 10:24:57 |
| 8 | BY MR. MICHAEL: | 10:25:01 |
| 9 | Q.  Who was the vice-president of product | 10:25:02 |
| 10 | engineering when you joined in September 2015? | 10:25:04 |
| 11 | A.  His name is SR Xu. | 10:25:21 |
| 12 | THE MAIN INTERPRETER:  Interpreter | 10:25:29 |
| 13 | spelling S-R, last name Xu, X-u. | 10:25:30 |
| 14 | BY MR. MICHAEL: | 10:25:34 |
| 15 | Q.  And is Mr. Xu still the vice-president of | 10:25:34 |
| 16 | product engineering today? | 10:25:37 |
| 17 | A.  Yes. | 10:25:44 |
| 18 | Q.  You mentioned there was another project | 10:25:48 |
| 19 | called Project M that you were responsible for. | 10:25:51 |
| 20 | What is Project M? | 10:25:54 |
| 21 | A.  It's a project about memory. | 10:26:04 |
| 22 | Q.  What type of memory? | 10:26:12 |
| 23 | A.  Currently, DRAM memory. | 10:26:21 |
| 24 | Q.  Is Project M the DRAM project that | 10:26:29 |
| 25 | involves UMC's technical cooperation with Jinhua? | 10:26:33 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351551

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                          42

| | | |
|---|---|---|
| 1 | A.  (In English) Yes. | 10:26:51 |
| 2 | Q.  When did Project M start at UMC? | 10:26:54 |
| 3 | A.  Officially, supposedly it was after | 10:27:08 |
| 4 | February of 2016. | 10:27:12 |
| 5 | Q.  Unofficially, did it start before | 10:27:19 |
| 6 | February 2016? | 10:27:21 |
| 7 | A.  I cannot say that way -- | 10:27:32 |
| 8 | THE MAIN INTERPRETER:  "I cannot say it | 10:27:32 |
| 9 | that way." | 10:27:35 |
| 10 | ▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 10:27:53 |
| 11 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 10:27:56 |
| 12 | announcement.  So for this public announcement, it | 10:28:00 |
| 13 | was made in May 2016, after the approval of the | 10:28:02 |
| 14 | board of directors. | 10:28:06 |
| 15 | BY MR. MICHAEL: | 10:28:09 |
| 16 | Q.  Did Project M begin at UMC before | 10:28:10 |
| 17 | February 2016? | 10:28:16 |
| 18 | A.  Before 2000 -- before February 2016, | 10:28:32 |
| 19 | there was only business discussions. | 10:28:36 |
| 20 | Q.  Were you involved in those business | 10:28:44 |
| 21 | discussions regarding Project M before February | 10:28:45 |
| 22 | 2016? | 10:28:50 |
| 23 | A.  I was involved starting at the end of | 10:29:06 |
| 24 | 2015 all the way to the beginning of 2016. | 10:29:11 |
| 25 | Q.  Were there a core group of individuals at | 10:29:24 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351552

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    43

| | | |
|---|---|---|
| 1 | UMC who were involved in early business | 10:29:28 |
| 2 | discussions regarding Project M? | 10:29:30 |
| 3 |     A.  There was no team, but just one | 10:29:48 |
| 4 | individual. | 10:29:51 |
| 5 |     Q.  Who was that individual? | 10:29:52 |
| 6 |     A.  His name is Po-Weng Huang. | 10:30:03 |
| 7 |        THE MAIN INTERPRETER:  Interpreter's | 10:30:14 |
| 8 | spelling, P-o W-e-n-g.  That's the first name. | 10:30:17 |
| 9 | Last name, Huang.  Interpreter's spelling, | 10:30:17 |
| 10 | H-u-a-n-g. | 10:30:19 |
| 11 | BY MR. MICHAEL: | 10:30:21 |
| 12 |     Q.  Does Mr. Huang have an English name? | 10:30:21 |
| 13 |     A.  (Chinese spoken). | 10:30:29 |
| 14 |        THE MAIN INTERPRETER:  Oh, okay. | 10:30:31 |
| 15 |     A.  Bo Wen. | 10:30:31 |
| 16 |        THE MAIN INTERPRETER:  Interpreter | 10:30:31 |
| 17 | correction.  The spelling of the first name, | 10:30:33 |
| 18 | Bo-Wen, is B-o W-e-n. | 10:30:35 |
| 19 | BY MR. MICHAEL: | 10:30:42 |
| 20 |     Q.  Is there an English name as well? | 10:30:43 |
| 21 |     A.  (In English) No. | 10:30:45 |
| 22 |     A.  No. | 10:30:45 |
| 23 |     Q.  What is -- is it a Mr. Huang? | 10:30:45 |
| 24 |     A.  Yes. | 10:30:49 |
| 25 |     Q.  And what is Mr. Huang's title at UMC? | 10:30:49 |

USD-0351553

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                    44

| 1 | A.  Supposedly or maybe deputy director of | 10:31:04 |
| 2 | finance. | 10:31:06 |
| 3 | Q.  Do you know where Mr. Huang worked before | 10:31:11 |
| 4 | he was at UMC? | 10:31:14 |
| 5 | A.  I do not know. | 10:31:23 |
| 6 | Q.  What does "M" stand for in Project M? | 10:31:36 |
| 7 | A.  The name is given by our former CEO.  "M" | 10:31:48 |
| 8 | stands for "memory".  It's also a collaboration | 10:31:53 |
| 9 | project with mainland China. | 10:32:00 |
| 10 | Q.  When you left Micron in July 2015, did | 10:32:20 |
| 11 | you take any Micron technical documents with you? | 10:32:30 |
| 12 | A.  (In English) No. | 10:32:42 |
| 13 | A.  No. | 10:32:45 |
| 14 | Q.  Mr. Chen, when we've used the name | 10:33:10 |
| 15 | Jinhua, you understand that we're referring to | 10:33:14 |
| 16 | Jinhua Integrated Circuit Company; correct? | 10:33:19 |
| 17 | A.  Yes, understood. | 10:33:29 |
| 18 | Q.  And when I -- if we use the name Jinhua | 10:33:30 |
| 19 | during the course of the day, that's the entity | 10:33:32 |
| 20 | we'll be referring to; fair enough? | 10:33:34 |
| 21 | A.  Yes. | 10:33:47 |
| 22 | Q.  Did you ever work for Jinhua? | 10:33:47 |
| 23 | A.  In February 2017, the board of directors | 10:34:30 |
| 24 | dissolved the -- of UMC dissolved the non-compete | 10:34:33 |
| 25 | restriction.  So I was able to be hired, to be the | 10:34:38 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351554

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                   45

| | | |
|---|---|---|
| 1 | president of Jinhua.  And so my job officially | 10:34:43 |
| 2 | began after February of 2017 at Jinhua. | 10:34:46 |
| 3 | THE MAIN INTERPRETER:  May I confirm the | 10:35:14 |
| 4 | date of the non-compete restriction dissolving | 10:35:15 |
| 5 | with the witness? | 10:35:18 |
| 6 | MR. MICHAEL:  I'm okay with that.  Are | 10:35:20 |
| 7 | you all right with that? | 10:35:23 |
| 8 | THE MAIN INTERPRETER:  May I confirm. | 10:35:24 |
| 9 | MR. JOHNSON:  It's his deposition -- | 10:35:25 |
| 10 | THE MAIN INTERPRETER:  (Chinese spoken). | 10:35:30 |
| 11 | THE COURT REPORTER:  No correction? | 10:35:39 |
| 12 | THE MAIN INTERPRETER:  So it's the end of | 10:35:41 |
| 13 | February 2017 that the board of directors of UMC | 10:35:42 |
| 14 | dissolved the non-compete restriction. | 10:35:45 |
| 15 | THE COURT REPORTER:  Thank you. | 10:35:49 |
| 16 | BY MR. MICHAEL: | 10:35:51 |
| 17 | Q.  Mr. Chen, I'm handing you what we have | 10:35:52 |
| 18 | marked as Exhibit No. 31, which is a corporate | 10:35:55 |
| 19 | filing from UMC, and I'd ask that you turn to the | 10:36:08 |
| 20 | very last page of that document. | 10:36:10 |
| 21 | (Exhibit 31 marked for identification - Corporate | 10:36:12 |
| 22 | filing from UMC) | 10:36:12 |
| 23 | BY MR. MICHAEL: | 10:36:30 |
| 24 | Q.  Mr. Chen, can you read English? | 10:36:31 |
| 25 | A.  Yes. | 10:36:33 |

USD-0351555

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    46

| | | |
|---|---|---|
| 1 | Q.  And the last page of this document, | 10:36:33 |
| 2 | there's a heading that says "The Board of | 10:36:36 |
| 3 | Directors resolved to release the managerial | 10:36:39 |
| 4 | officer from non-competition restrictions." | 10:36:42 |
| 5 | Do you see that? | 10:36:46 |
| 6 | A.  Yes. | 10:36:59 |
| 7 | Q.  Is this the board of director resolution | 10:37:00 |
| 8 | that you were referring to that allowed you to | 10:37:03 |
| 9 | become the president of Jinhua? | 10:37:07 |
| 10 | A.  Yes. | 10:37:18 |
| 11 | Q.  And on what date did you become the | 10:37:19 |
| 12 | president of Jinhua? | 10:37:22 |
| 13 | A.  Some time after this date.  So it should | 10:37:31 |
| 14 | be after the resolution 8 of the board of | 10:37:45 |
| 15 | directors.  It is -- it was only with the approval | 10:37:49 |
| 16 | of UMC that I was able to be the president of | 10:37:54 |
| 17 | Jinhua. | 10:37:59 |
| 18 | THE CHECK INTERPRETER:  Sorry, minor | 10:38:02 |
| 19 | correction. | 10:38:03 |
| 20 | "Some time after this date.  I would only | 10:38:03 |
| 21 | be able to be the president of Jinhua after this | 10:38:10 |
| 22 | resolution was passed by the board of directors of | 10:38:14 |
| 23 | UMC." | 10:38:17 |
| 24 | BY MR. MICHAEL: | 10:38:28 |
| 25 | Q.  Do you recall if you started your role as | 10:38:29 |

USD-0351556

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    47

| 1 | the president of Jinhua in February 2017 or in | 10:38:31 |
| 2 | March 2017? | 10:38:36 |
| 3 | A.  I suppose the official effective date is | 10:38:59 |
| 4 | after March 2017. | 10:39:04 |
| 5 | Q.  Are you the president of Jinhua today? | 10:39:08 |
| 6 | A.  Yes.  I am wearing two hats now. | 10:39:13 |
| 7 | Q.  Who pays your salary? | 10:39:28 |
| 8 | A.  UMC. | 10:39:33 |
| 9 | Q.  Do you receive any compensation from | 10:39:36 |
| 10 | Jinhua? | 10:39:38 |
| 11 | A.  Only started in the second half of 2017. | 10:39:50 |
| 12 | Q.  In the second half of 2017, you received | 10:39:56 |
| 13 | compensation from UMC and Jinhua? | 10:40:00 |
| 14 | A.  Yes. | 10:40:10 |
| 15 | Q.  Where's Jinhua located? | 10:40:12 |
| 16 | A.  In Jinjiang City in the province of | 10:40:17 |
| 17 | Fujian. | 10:40:27 |
| 18 | THE MAIN INTERPRETER:  Interpreter | 10:40:28 |
| 19 | spelling, Jinjiang, J-i-n-j-i-a-n-g. | 10:40:29 |
| 20 | BY MR. MICHAEL: | 10:40:32 |
| 21 | Q.  On mainland China; correct? | 10:40:32 |
| 22 | A.  Yes. | 10:40:34 |
| 23 | Q.  What are your job duties and | 10:40:37 |
| 24 | responsibilities as the president of Jinhua? | 10:40:39 |
| 25 | A.  I am involved in the major | 10:41:03 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351557

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                           48

| | | |
|---|---|---|
| 1 | decision-making processes of Jinhua, including the | 10:41:05 |
| 2 | procurement issues as well as staffing or | 10:41:07 |
| 3 | employment issues. | 10:41:11 |
| 4 | Q.  And by "procurement", you mean | 10:41:18 |
| 5 | procurement of equipment for manufacturing | 10:41:20 |
| 6 | semiconductor devices; correct? | 10:41:24 |
| 7 | A.  Yes. | 10:41:34 |
| 8 | Q.  And your responsibility for staffing and | 10:41:40 |
| 9 | employment includes recruiting engineers; correct? | 10:41:43 |
| 10 | A.  I am not involved in the recruitment | 10:42:07 |
| 11 | activities.  I only sign off when there are people | 10:42:10 |
| 12 | being hired by the company.  So the employment | 10:42:14 |
| 13 | needs my approval. | 10:42:19 |
| 14 | Q.  Which vendor provides the majority of | 10:42:45 |
| 15 | fabrication equipment to Jinhua? | 10:42:51 |
| 16 | MR. JOHNSON:  Objection.  I allowed you | 10:42:54 |
| 17 | to get background information as to Jinhua.  This | 10:42:56 |
| 18 | witness is not here to testify on behalf of | 10:42:59 |
| 19 | Jinhua.  Jinhua has its own counsel.  I'm | 10:43:02 |
| 20 | instructing him not to answer any further | 10:43:04 |
| 21 | questions. | 10:43:06 |
| 22 | I instruct you not to answer, so don't | 10:43:39 |
| 23 | answer the question. | 10:43:42 |
| 24 | BY MR. MICHAEL: | 10:43:45 |
| 25 | Q.  Mr. Chen, in October 2016, you traveled | 10:43:46 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351558

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    49

| | | |
|---|---|---|
| 1 | to the United States with a delegation of | 10:43:48 |
| 2 | individuals from UMC and Jinhua; correct? | 10:43:52 |
| 3 | A.  (In English) Yes. | 10:44:10 |
| 4 | Q.  And during that visit you met with Lam | 10:44:11 |
| 5 | Research; correct? | 10:44:12 |
| 6 | A.  (In English) Yes. | 10:44:19 |
| 7 | Q.  You met with KLA; correct? | 10:44:19 |
| 8 | A.  Yes. | 10:44:24 |
| 9 | Q.  And you met with Applied Materials; | 10:44:25 |
| 10 | correct? | 10:44:27 |
| 11 | A.  Yes. | 10:44:31 |
| 12 | Q.  And each of those companies are vendors | 10:44:33 |
| 13 | of fabrication equipment for semiconductor | 10:44:36 |
| 14 | manufacturing; correct? | 10:44:39 |
| 15 | A.  Yes, these companies are top 10 companies | 10:44:55 |
| 16 | located in the US. | 10:44:58 |
| 17 | THE CHECK INTERPRETER:  I'm sorry, minor | 10:45:00 |
| 18 | correction. | 10:45:00 |
| 19 | The witness's answer was only, "I think | 10:45:01 |
| 20 | these companies are top 10 companies located in | 10:45:04 |
| 21 | the US." | 10:45:07 |
| 22 | BY MR. MICHAEL: | 10:45:08 |
| 23 | Q.  For clarification, these three companies | 10:45:09 |
| 24 | supply manufacturing equipment for the fabrication | 10:45:11 |
| 25 | of semiconductor devices; correct? | 10:45:16 |

USD-0351559

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                    50

| | | |
|---|---|---|
| 1 | A.   Yes. | 10:45:27 |
| 2 | Q.   And these devices may include items like | 10:45:27 |
| 3 | plasma X reactors and deposition chambers; | 10:45:30 |
| 4 | correct? | 10:45:36 |
| 5 | A.   (In English) Yes. | 10:45:43 |
| 6 | A.   Yes. | 10:45:44 |
| 7 | Q.   In October 2016, you were employed by UMC | 10:45:44 |
| 8 | only and not Jinhua; correct? | 10:45:50 |
| 9 | A.   Yes. | 10:45:59 |
| 10 | Q.   And in October 2016, when you visited | 10:46:00 |
| 11 | with Lam Research and Applied Materials and KLA, | 10:46:02 |
| 12 | you discussed with them the DRAM project between | 10:46:07 |
| 13 | UMC and Jinhua; correct? | 10:46:13 |
| 14 | A.   It was mainly Jinhua who made the | 10:46:53 |
| 15 | presentation.  UMC was only there as a technical | 10:46:56 |
| 16 | partner to be present in the meetings. | 10:47:01 |
| 17 | Q.   And those meetings involved the | 10:47:05 |
| 18 | discussions of the DRAM project between UMC and | 10:47:07 |
| 19 | Jinhua; correct? | 10:47:12 |
| 20 | A.   There was very little discussion about | 10:47:32 |
| 21 | the collaboration project between UMC and Jinhua. | 10:47:35 |
| 22 | It was mainly Jinhua talking about its own plans. | 10:47:39 |
| 23 | Q.   Mr. Chen, as the senior vice-president of | 10:47:46 |
| 24 | UMC, you are aware of the type of equipment and | 10:47:50 |
| 25 | the vendor of the equipment that supplies Jinhua; | 10:47:55 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351560

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    51

| 1 | correct? | 10:47:59 |
| 2 | A.   None of those were decided back then. | 10:48:19 |
| 3 | Q.   But today, as the senior corporate | 10:48:22 |
| 4 | vice-president of UMC, you have knowledge of which | 10:48:27 |
| 5 | vendors Jinhua uses for its fabrication equipment; | 10:48:31 |
| 6 | correct? | 10:48:35 |
| 7 | A.   I have knowledge because I am the | 10:49:01 |
| 8 | president of Jinhua, not because of my job at UMC. | 10:49:05 |
| 9 | Jinhua began to have equipment procurement | 10:49:35 |
| 10 | starting from this year, and as the president of | 10:49:38 |
| 11 | Jinhua, I need to look at these procurement | 10:49:42 |
| 12 | documents and sign off and approve these | 10:49:47 |
| 13 | documents.  And that's how I came to know about | 10:49:49 |
| 14 | the vendors for the manufacturing equipment for | 10:49:51 |
| 15 | Jinhua. | 10:49:57 |
| 16 | Q.   To your knowledge, as -- well, let me ask | 10:49:58 |
| 17 | you this way.  Does Jinhua provide UMC with | 10:50:03 |
| 18 | equipment for its research and development on the | 10:50:08 |
| 19 | joint DRAM project? | 10:50:11 |
| 20 | MR. JOHNSON:  And I'm going to object and | 10:50:28 |
| 21 | instruct the witness not to answer. | 10:50:29 |
| 22 | THE MAIN INTERPRETER:  Okay.  (Chinese | 10:50:31 |
| 23 | spoken). | 10:50:31 |
| 24 | A.   (Chinese spoken). | 10:50:51 |
| 25 | MR. MICHAEL:  What's the basis for the | 10:50:53 |

USD-0351561

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    52

| | | |
|---|---|---|
| 1 | instruction? | 10:50:54 |
| 2 | MR. JOHNSON:  You're asking him for the | 10:50:56 |
| 3 | scope of his knowledge as president of Jinhua. | 10:50:57 |
| 4 | MR. MICHAEL:  No, I'm asking him whether | 10:51:00 |
| 5 | Jinhua provides UMC with equipment. | 10:51:04 |
| 6 | MR. JOHNSON:  And that is based -- he's | 10:51:06 |
| 7 | just testified his understanding of the equipment | 10:51:06 |
| 8 | is based upon his work as president of Jinhua. | 10:51:09 |
| 9 | That is not the scope of this deposition.  Jinhua | 10:51:12 |
| 10 | is a party who, as I understand, has not been | 10:51:14 |
| 11 | served and is separately represented. | 10:51:18 |
| 12 | BY MR. MICHAEL: | 10:51:21 |
| 13 | Q.  Has UMC ever received equipment for the | 10:51:22 |
| 14 | DRAM project? | 10:51:24 |
| 15 | A.  Yes. | 10:51:32 |
| 16 | Q.  And does UMC use equipment for its | 10:51:33 |
| 17 | research and development on the DRAM project? | 10:51:36 |
| 18 | A.  So for this joint development project, we | 10:52:05 |
| 19 | tried to use the equipment that UMC has already | 10:52:08 |
| 20 | had, as much as possible.  For those not enough by | 10:52:11 |
| 21 | the old equipment, then we buy new equipment. | 10:52:17 |
| 22 | Then the new equipment and tool is from Jinhua. | 10:52:21 |
| 23 | Q.  What vendor supplies the new equipment | 10:52:27 |
| 24 | and tool that UMC is using on the joint | 10:52:29 |
| 25 | development project? | 10:52:33 |

USD-0351562

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    53

| | | |
|---|---|---|
| 1 | A.  So more than 10 vendors, including all | 10:52:54 |
| 2 | top 10 equipment suppliers or vendors.  Do you | 10:52:59 |
| 3 | want me to name all of them? | 10:53:02 |
| 4 | Q.  Yes. | 10:53:07 |
| 5 | A.  So, Applied Materials, and then ASML. | 10:53:18 |
| 6 | Lam Research also.  KLA-Tencor.  TEL from Japan. | 10:53:27 |
| 7 | Screen, S-c-r-e-e-n.  And also HKE from Japan. | 10:53:46 |
| 8 | Also vendors from Korea, for example IPS.  Jusung, | 10:54:09 |
| 9 | J-u-s-u-n-g.  And also another Korean vendor | 10:54:21 |
| 10 | called SM. | 10:54:26 |
| 11 | THE CHECK INTERPRETER:  ASM. | 10:54:30 |
| 12 | THE MAIN INTERPRETER:  Interpreter | 10:54:32 |
| 13 | correction.  "ASM from Korea." | 10:54:33 |
| 14 | A.  So based on my understanding, many of | 10:54:38 |
| 15 | them. | 10:54:40 |
| 16 | BY MR. MICHAEL: | 10:54:44 |
| 17 | Q.  For equipment that UMC is using in the | 10:54:44 |
| 18 | joint development DRAM project, does UMC pay for | 10:54:48 |
| 19 | that equipment? | 10:54:52 |
| 20 | A.  Not for the equipment itself, but UMC | 10:55:10 |
| 21 | pays for the operation as well as the maintenance | 10:55:14 |
| 22 | of the equipment. | 10:55:17 |
| 23 | Q.  Who pays for the equipment itself? | 10:55:19 |
| 24 | A.  Jinhua. | 10:55:24 |
| 25 | Do I need to return the document to you? | 10:56:13 |

USD-0351563

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Stephen Chen
Conducted on July 10, 2018                                    54

| 1 | Q.  You can leave it there. | 10:56:15 |
| 2 | (Exhibit 32 marked for identification - Exhibit 4 | 10:57:05 |
| 3 | previously filed in court hearing) | 10:57:05 |
| 4 | BY MR. MICHAEL: | 10:57:13 |
| 5 | Q.  Mr. Chen, I've handed you what's been | 10:57:15 |
| 6 | marked as Exhibit 32.  I will represent to you | 10:57:17 |
| 7 | that this is an exhibit that was filed with the | 10:57:20 |
| 8 | court in connection with the parties' briefing on | 10:57:25 |
| 9 | a jurisdictional dispute, and what it purports to | 10:57:33 |
| 10 | contain is a certified translation of a | 10:57:36 |
| 11 | taidaily.com article, and it is titled "Taiwan | 10:57:38 |
| 12 | DRAM industry veteran Stephen Chen to assist | 10:57:49 |
| 13 | China's Jinhua in plant construction". | 10:57:53 |
| 14 | Mr. Chen, can you turn to the page that | 10:58:41 |
| 15 | has a picture of an individual.  Is that you, | 10:58:43 |
| 16 | Mr. Chen? | 10:58:52 |
| 17 | A.  (In English) Yes.  The picture is when | 10:58:54 |
| 18 | I worked at Rexchip.  (Chinese spoken). | 10:58:57 |
| 19 | Q.  It's a very complimentary picture. | 10:59:04 |
| 20 | A.  But it's not a current picture.  It's | 10:59:08 |
| 21 | an old picture. | 10:59:11 |
| 22 | A.  (In English) 10 years ago. | 10:59:13 |
| 23 | A.  10 years ago, when I was working for | 10:59:15 |
| 24 | Rexchip. | 10:59:17 |
| 25 | Q.  Above your picture, there's a line that | 10:59:18 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351564

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                          55

| | | |
|---|---|---|
| 1 | reads: | 10:59:22 |
| 2 | "... UMC agreed to the appointment of | 10:59:24 |
| 3 | Stephen Chen as president of JHICC to assist in | 10:59:25 |
| 4 | plant construction." | 10:59:28 |
| 5 | Do you see that? | 10:59:32 |
| 6 | A.  Yes. | 10:59:46 |
| 7 | Q.  Was that your understanding of your | 10:59:50 |
| 8 | appointment by UMC in February 2017, was to assist | 10:59:51 |
| 9 | in plant construction at Jinhua? | 10:59:57 |
| 10 | A.  Yes. | 11:00:12 |
| 11 | Q.  And if I could ask you to look to the | 11:00:15 |
| 12 | last sentence on that page, it reads: | 11:00:17 |
| 13 | "JHICC would commence mass production as | 11:00:20 |
| 14 | early as in 2018 and Stephen Chen would not | 11:00:26 |
| 15 | participate in JHICC's operation going forward, | 11:00:30 |
| 16 | UMC said." | 11:00:38 |
| 17 | Do you see that? | 11:00:44 |
| 18 | A.  Yes. | 11:00:51 |
| 19 | Q.  Is it your understanding that you will no | 11:00:54 |
| 20 | longer participate in Jinhua's operations once | 11:00:57 |
| 21 | Jinhua commences production of DRAM products? | 11:01:04 |
| 22 | A.  It was the work condition approved by the | 11:01:43 |
| 23 | board of directors.  However, there is yet to be | 11:01:47 |
| 24 | a clear decision.  If necessary, it is needed for | 11:01:51 |
| 25 | the board of directors to again dissolve the | 11:01:55 |

USD-0351565

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Stephen Chen
Conducted on July 10, 2018                    56

| | | |
|---|---|---|
| 1 | non-compete restriction. | 11:01:58 |
| 2 | Q.  So you don't know if you're going to | 11:02:01 |
| 3 | remain on with Jinhua or not? | 11:02:03 |
| 4 | A.  That is correct. | 11:02:21 |
| 5 | (Exhibit 33 marked for identification - Exhibit C | 11:03:00 |
| 6 | previously filed in court hearing) | 11:03:00 |
| 7 | BY MR. MICHAEL: | 11:03:06 |
| 8 | Q.  Mr. Chen, we've marked as Exhibit 33 what | 11:03:07 |
| 9 | I'll represent to you is another exhibit that was | 11:03:11 |
| 10 | filed in the court proceedings between the parties | 11:03:13 |
| 11 | in connection with the jurisdictional motion, and | 11:03:20 |
| 12 | if you look at page 2, it contains the cover sheet | 11:03:22 |
| 13 | for a UMC SEC filing, and the remainder of the | 11:03:40 |
| 14 | document are various pages of that SEC filing. | 11:03:45 |
| 15 | And if you look at the top right corner, | 11:04:05 |
| 16 | there are page numbers.  Can I ask you to turn to | 11:04:08 |
| 17 | page 16 of 20.  And at the top of the page, there | 11:04:11 |
| 18 | is a heading that is, states, "DRAM Technology | 11:04:30 |
| 19 | Cooperation Agreement, dated May 13, 2016, between | 11:04:35 |
| 20 | Us and Fujian Jinhua".  Do you see that? | 11:04:39 |
| 21 | A.  Yes. | 11:04:47 |
| 22 | Q.  And the first sentence states: | 11:04:51 |
| 23 | "We entered into a technology cooperation | 11:04:53 |
| 24 | agreement with Fujian Jinhua on May 13, 2016 to | 11:04:56 |
| 25 | jointly develop DRAM related technologies." | 11:05:02 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                57

| | |
|---|---|
| 1 | Do you see that? | 11:05:08 |
| 2 | A.  Yes. | 11:05:23 |
| 3 | Q.  Were you involved in negotiating the | 11:05:24 |
| 4 | technology cooperation agreement on behalf of UMC? | 11:05:26 |
| 5 | A.  Yes, part of it. | 11:05:39 |
| 6 | Q.  Did you sign the agreement on behalf of | 11:05:41 |
| 7 | UMC? | 11:05:43 |
| 8 | A.  No. | 11:05:48 |
| 9 | Q.  Who signed the agreement on behalf of | 11:05:49 |
| 10 | UMC, if you know? | 11:05:51 |
| 11 | A.  Probably somebody from the finance | 11:05:58 |
| 12 | department. | 11:06:00 |
| 13 | Q.  And to the best of your knowledge, was | 11:06:01 |
| 14 | that agreement entered into on May 13, 2016?  Is | 11:06:05 |
| 15 | that a correct statement? | 11:06:08 |
| 16 | A.  I suppose so. | 11:06:19 |
| 17 | Q.  And then the next sentence says: | 11:06:21 |
| 18 | "Under the agreement, Fujian Jinhua will | 11:06:23 |
| 19 | provide us with related equipment for our research | 11:06:25 |
| 20 | and development ..." | 11:06:30 |
| 21 | Do you see that? | 11:06:33 |
| 22 | A.  Yes. | 11:06:41 |
| 23 | ███ ████████████████████ | 11:06:41 |
| 24 | ████████████████████████████████ | 11:06:45 |
| 25 | ████████████████ | 11:06:48 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351567

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    58



| | |
|---|---|
| 1 | 11:06:58 |
| 2 | 11:06:59 |
| 3 | 11:07:02 |
| 4 | 11:07:10 |
| 5 | 11:07:12 |
| 6 | 11:07:17 |
| 7 | 11:07:20 |
| 8 | 11:07:25 |
| 9 | 11:07:26 |
| 10 | 11:07:28 |
| 11 | 11:07:31 |
| 12 | 11:07:35 |
| 13 | 11:07:37 |
| 14 | 11:08:02 |
| 15 | 11:08:03 |
| 16 | 11:08:04 |
| 17 | 11:08:06 |
| 18 | 11:08:12 |
| 19 | 11:08:12 |
| 20 | 11:08:15 |
| 21 | 11:08:21 |

22        Q.   Aside from you, Mr. Chen, who at Jinhua     11:08:24

23   is involved in the procurement -- strike the          11:08:36

24   question.                                             11:08:39

25             MR. JOHNSON:   It's gone over an hour.      11:09:04

USD-0351568

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                              59

| | | |
|---|---|---|
| 1 | You want to break now or you want to ask another | 11:09:06 |
| 2 | couple of questions before we break? | 11:09:08 |
| 3 | MR. MICHAEL:  We can break. | 11:09:14 |
| 4 | MR. JOHNSON:  All right. | 11:09:16 |
| 5 | THE VIDEOGRAPHER:  We are going off the | 11:09:16 |
| 6 | record.  The time is 11:09 a.m. | 11:09:17 |
| 7 | (Break taken) | 11:09:19 |
| 8 | THE VIDEOGRAPHER:  We are back on the | 11:28:41 |
| 9 | record.  The time is 11:28 a.m. | 11:28:42 |
| 10 | BY MR. MICHAEL: | 11:28:49 |
| 11 | Q.  Mr. Chen, you testified that you were | 11:28:51 |
| 12 | involved with negotiating portions of the | 11:28:53 |
| 13 | technology cooperation agreement between UMC and | 11:28:57 |
| 14 | Jinhua; correct? | 11:29:00 |
| 15 | A.  Yes. | 11:29:13 |
| 16 | Q.  What parts of the agreement were you | 11:29:15 |
| 17 | responsible for negotiating? | 11:29:17 |
| 18 | | 11:29:27 |
| 19 | | 11:29:29 |
| 20 | | 11:29:37 |
| 21 | | 11:29:57 |
| 22 | | 11:30:03 |
| 23 | | 11:30:08 |
| 24 | Q.  What was the timeframe of technology | 11:30:24 |
| 25 | development that was ultimately agreed to as part | 11:30:27 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    60

| # | | |
|---|---|---|
| 1 | of the agreement? | 11:30:30 |
| 2 | A.  So it should be February or March of | 11:30:48 |
| 3 | 2016.  But the whole -- but the whole project | 11:30:52 |
| 4 | needed to be approved by the Taiwanese government. | 11:31:04 |
| 5 | That is why the board of directors of UMC approved | 11:31:08 |
| 6 | in May. | 11:31:12 |
| 7 | Q.  You said that you were involved with | 11:31:15 |
| 8 | negotiating the timeframe for technology | 11:31:17 |
| 9 | development; correct? | 11:31:19 |
| 10 | A.  Yes. | 11:31:27 |
| 11 | Q.  Can you tell me what that timeframe was | 11:31:28 |
| 12 | that was set forth in the cooperation agreement, | 11:31:33 |
| 13 | if any? | 11:31:36 |
| 14 | A.  So the timeframe of the whole project was | 11:31:58 |
| 15 | four years, and within that four years of | 11:32:02 |
| 16 | timeframe, two generations of technologies were to | 11:32:08 |
| 17 | be developed. | 11:32:12 |
| 18 | Q.  What were those two generations? | 11:32:14 |
| 19 | A.  So according to our definition, it was | 11:32:33 |
| 20 | F32 and F32 shrink version. | 11:32:36 |
| 21 | Q.  What does F32 stand for? | 11:32:45 |
| 22 | A.  So the cell size was 6 F square.  "F" | 11:33:01 |
| 23 | stands for 32 nanometer. | 11:33:10 |
| 24 | Q.  The F32 product design was for a 32 | 11:33:19 |
| 25 | nanometer DRAM device? | 11:33:22 |

USD-0351570

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                          61

| | | |
|---|---|---|
| 1 | A.  So the feature size is 32. | 11:33:35 |
| 2 | Q.  What's the technology node for the F32? | 11:33:38 |
| 3 | A.  The reason that we defined the name this | 11:34:00 |
| 4 | way was because we didn't want to compare based on | 11:34:04 |
| 5 | technology nodes.  We wanted to compare based on | 11:34:08 |
| 6 | cell size. | 11:34:11 |
| 7 | Q.  Does the F32 compare to a 25 nanometer | 11:34:15 |
| 8 | DRAM device? | 11:34:21 |
| 9 | A.  Not entirely. | 11:34:34 |
| 10 | Q.  How does it differ? | 11:34:38 |
| 11 | A.  The minimum print pattern for some of | 11:34:51 |
| 12 | them, it could be less than 20 nanometers. | 11:34:54 |
| 13 | Because it is different from the layout of the | 11:35:04 |
| 14 | cell. | 11:35:06 |
| 15 | THE CHECK INTERPRETER:  I'm sorry, | 11:35:10 |
| 16 | correction to the last sentence. | 11:35:11 |
| 17 | "Because it depends on the layout of the | 11:35:13 |
| 18 | cell." | 11:35:15 |
| 19 | BY MR. MICHAEL: | 11:35:21 |
| 20 | Q.  In the four-year development time period, | 11:35:21 |
| 21 | how much of that time was UMC committed to R&D for | 11:35:26 |
| 22 | the F32? | 11:35:30 |
| 23 | A.  (In English) At least two years. | 11:35:44 |
| 24 | Q.  And in February 2016, how many | 11:35:49 |
| 25 | DRAM-experienced engineers worked at UMC? | 11:36:01 |

USD-0351571

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    62

| | | |
|---|---|---|
| 1 | A.  There were some who were already with UMC | 11:36:36 |
| 2 | back then who had DRAM experience.  UMC also hired | 11:36:39 |
| 3 | some from outside. | 11:36:45 |
| 4 | Q.  Approximately how many experienced | 11:36:48 |
| 5 | engineers in DRAM technology existed at UMC in | 11:36:50 |
| 6 | February 2016? | 11:36:56 |
| 7 | MR. JOHNSON:  Don't guess.  Give him your | 11:37:07 |
| 8 | best approximation, if you know. | 11:37:09 |
| 9 | A.  (In English) I have no idea. | 11:37:25 |
| 10 | BY MR. MICHAEL: | 11:37:32 |
| 11 | Q.  Okay. | 11:37:32 |
| 12 | A.  Because there is common ground between | 11:37:44 |
| 13 | DRAM and semiconductor technologies, so I cannot | 11:37:49 |
| 14 | say that somebody who only specializes in pure | 11:37:52 |
| 15 | DRAM technologies or pure logic technologies.  So | 11:37:56 |
| 16 | a lot of engineers have expertise in various | 11:38:00 |
| 17 | aspects. | 11:38:04 |
| 18 | Q.  If you know, in February 2016, how many | 11:38:06 |
| 19 | engineers were employed at Jinhua with DRAM | 11:38:14 |
| 20 | experience? | 11:38:18 |
| 21 | MR. JOHNSON:  Objection.  Instruct not to | 11:38:27 |
| 22 | answer. | 11:38:29 |
| 23 | A.  (Chinese spoken). | 11:38:35 |
| 24 | MR. MICHAEL:  What's the instruction | 11:38:36 |
| 25 | based on? | 11:38:37 |

USD-0351572

Confidential - Subject to Protective Order

| | | |
|---|---|---|
| 1 | MR. JOHNSON:  Well, this testimony is | 11:38:41 |
| 2 | supposedly limited to recruiting.  He can testify | 11:38:42 |
| 3 | his understanding as it relates to the information | 11:38:45 |
| 4 | at UMC.  He is not going to testify about what is | 11:38:49 |
| 5 | going on at Jinhua.  That's not the subject of | 11:38:53 |
| 6 | this deposition. | 11:38:56 |
| 7 | MR. MICHAEL:  So they have a joint | 11:38:57 |
| 8 | development agreement with Jinhua.  I'm trying to | 11:38:58 |
| 9 | establish how many experienced DRAM engineers | 11:39:00 |
| 10 | exist at UMC and Jinhua as part of this joint | 11:39:04 |
| 11 | development agreement so that we can assess the | 11:39:09 |
| 12 | needs for recruiting.  So these are foundational | 11:39:11 |
| 13 | questions -- | 11:39:14 |
| 14 | MR. JOHNSON:  I don't think -- | 11:39:14 |
| 15 | MR. MICHAEL:  -- and they're based on his | 11:39:14 |
| 16 | background and experience solely as a UMC employee | 11:39:16 |
| 17 | in February 2016. | 11:39:19 |
| 18 | MR. JOHNSON:  You asked him for his | 11:39:22 |
| 19 | knowledge of how many engineers existed at Jinhua | 11:39:23 |
| 20 | at the time. | 11:39:26 |
| 21 | MR. MICHAEL:  Yep. | 11:39:29 |
| 22 | MR. JOHNSON:  Right?  And he can testify | 11:39:30 |
| 23 | about his understanding -- | 11:39:33 |
| 24 | MR. MICHAEL:  That's all I'm asking. | 11:39:35 |
| 25 | MR. JOHNSON:  -- when he was at UMC. | 11:39:38 |

USD-0351573

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                          64

| | | |
|---|---|---|
| 1 | MR. MICHAEL:  That's all I'm asking. | 11:39:41 |
| 2 | MR. JOHNSON:  When you were at UMC in | 11:39:43 |
| 3 | February 2016, you could testify if you had an | 11:39:45 |
| 4 | opinion, one way or the other, about how many | 11:39:45 |
| 5 | Jinhua engineers existed. | 11:39:47 |
| 6 | BY MR. MICHAEL: | 11:39:50 |
| 7 | Q.  So I'm going to ask the question again. | 11:39:50 |
| 8 | In February 2016, to your understanding, how many | 11:39:53 |
| 9 | Jinhua engineers experienced at DRAM technology | 11:39:58 |
| 10 | were employed? | 11:40:02 |
| 11 | A.  None at Jinhua back then. | 11:40:26 |
| 12 | Q.  Mr. Chen, I'm handing you what has been | 11:40:34 |
| 13 | previously marked as Exhibit 23. | 11:40:36 |
| 14 | (Exhibit 23, as previously marked - Document with | 11:40:38 |
| 15 | Bates number UMCCORPJD000001) | 11:40:38 |
| 16 | BY MR. MICHAEL: | 11:40:52 |
| 17 | Q.  Mr. Chen, I'm going to refer you to the | 11:40:53 |
| 18 | email on the bottom of the page here or midway | 11:40:56 |
| 19 | through the page. | 11:41:00 |
| 20 | ████████████████████████████ | 11:41:00 |
| 21 | ████████████████████████████ | 11:41:08 |
| 22 | ████████ ████████ | 11:41:18 |
| 23 | ████████████████████ | 11:41:26 |
| 24 | ████████████ ████████████ | 11:41:30 |
| 25 | ███ | 11:41:35 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351574

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                          65



| | | |
|---|---|---|
| 1 | | 11:41:35 |
| 2 | | 11:41:38 |
| 3 | | 11:41:43 |
| 4 | | 11:41:46 |
| 5 | | 11:41:48 |
| 6 | | 11:41:51 |
| 7 | | 11:41:53 |
| 8 | | 11:41:59 |
| 9 | | 11:42:26 |
| 10 | | 11:42:30 |
| 11 | | 11:42:35 |
| 12 | | 11:42:36 |
| 13 | | 11:42:39 |
| 14 | | 11:42:56 |
| 15 | | 11:43:00 |
| 16 | | 11:43:05 |
| 17 | | 11:43:20 |
| 18 | | 11:43:27 |

19    Q.   Thank you, Mr. Chen.                    11:43:28

20         My question is -- let me follow up with    11:43:29

21   that.                                         11:43:31

22    A.   (In English) Okay.                       11:43:32

23    Q.   Are you aware of a document that is       11:43:32

24   called the Manpower Plan?                      11:43:34

25    A.   You mean at Jinhua?                       11:43:48

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351575

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                              66

| | | |
|---|---|---|
| 1 | Q.  No, UMC. | 11:43:50 |
| 2 | A.  No. | 11:43:54 |
| 3 | Q.  To your knowledge, did the technology | 11:43:56 |
| 4 | cooperation agreement between UMC and Jinhua | 11:43:58 |
| 5 | obligate UMC to assist with recruiting engineers | 11:44:02 |
| 6 | for the joint DRAM project? | 11:44:09 |
| 7 | A.  No, there is no such obligation for UMC. | 11:44:28 |
| 8 | Q.  Ultimately, UMC did assist Jinhua with | 11:44:35 |
| 9 | recruiting engineers; correct? | 11:44:38 |
| 10 | A.  Well, it was supposedly just me | 11:45:02 |
| 11 | personally asking Jeff and Jennifer from UMC to | 11:45:05 |
| 12 | provide some assistance at CASPA. | 11:45:08 |
| 13 | Q.  But UMC assisted Jinhua in recruiting | 11:45:15 |
| 14 | employees for the joint DRAM project; correct? | 11:45:17 |
| 15 | A.  Only to assist with the CASPA event, not | 11:45:36 |
| 16 | anything else. | 11:45:39 |
| 17 | Q.  Mr. Chen, I've handed you what has been | 11:46:19 |
| 18 | previously marked as Exhibit 30. | 11:46:21 |
| 19 | (Exhibit 30, as previously marked - Document with | 11:46:24 |
| 20 | Bates numbers UMCCORPJD000008 through 12) | 11:46:24 |
| 21 | BY MR. MICHAEL: | 11:46:26 |
| 22 | Q.  It's a document that contains the Bates | 11:46:33 |
| 23 | numbers UMCCORPJD8 through 12. | 11:46:36 |
| 24 | Mr. Chen, can you take a minute and | 11:47:07 |
| 25 | familiarize yourself with this document and let me | 11:47:09 |

USD-0351576

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    67

| | | |
|---|---|---|
| 1 | know if you've seen this before. | 11:47:12 |
| 2 | A.  I knew I was going to attend the CASPA | 11:48:27 |
| 3 | event, but I did not see this document before. | 11:48:30 |
| 4 | Q.  Mr. Chen, did you present at the CASPA | 11:48:43 |
| 5 | event? | 11:48:46 |
| 6 | A.  No. | 11:48:53 |
| 7 | Q.  You didn't speak at all during the CASPA | 11:48:54 |
| 8 | event? | 11:48:57 |
| 9 | A.  No. | 11:49:03 |
| 10 | Q.  Did you attend the CASPA event? | 11:49:04 |
| 11 | A.  I attended the job event of Jinhua. | 11:49:15 |
| 12 | I think it was during lunchtime. | 11:49:20 |
| 13 | Q.  Can you identify -- it appears from the | 11:49:46 |
| 14 | itinerary here there's three days of the CASPA | 11:49:50 |
| 15 | event.  There's Friday, October 21; Saturday, | 11:49:53 |
| 16 | October 22; and Sunday, October 23.  Which portion | 11:50:04 |
| 17 | or day did you attend? | 11:50:10 |
| 18 | A.  Only on day 3, which is Jinhua's | 11:50:42 |
| 19 | promotion section, so this is the third day of the | 11:50:45 |
| 20 | agenda. | 11:50:50 |
| 21 | Q.  If you turn to the last page of this | 11:50:58 |
| 22 | document, Mr. Chen, it says the keynote speaker is | 11:51:01 |
| 23 | Albert Wu, operations VP/COO of Jinhua.  Do you | 11:51:05 |
| 24 | see that? | 11:51:10 |
| 25 | A.  Yes. | 11:51:21 |

USD-0351577

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                          68

| | | |
|---|---|---|
| 1 | Q.   Did you participate with Mr. Wu during | 11:51:30 |
| 2 | this presentation on day 3? | 11:51:34 |
| 3 | A.   I was present. | 11:51:43 |
| 4 | Q.   Did you speak? | 11:51:44 |
| 5 | A.   I did not speak in the presentation. | 11:52:04 |
| 6 | However, during the Q&A section, I was prompted to | 11:52:06 |
| 7 | add some information on behalf of UMC regarding | 11:52:11 |
| 8 | the technical collaboration timeframe in this | 11:52:16 |
| 9 | joint project. | 11:52:22 |
| 10 | Q.   And what information did you add during | 11:52:27 |
| 11 | the Q&A session? | 11:52:29 |
| 12 | A.   I added some information regarding the | 11:53:01 |
| 13 | technical development which was done by UMC Taiwan | 11:53:05 |
| 14 | in Tainan, and there would be 300 people involved | 11:53:11 |
| 15 | in the R&D activities, and hopefully in two years | 11:53:15 |
| 16 | or three, we were able to complete the technology | 11:53:19 |
| 17 | development process. | 11:53:24 |
| 18 | Q.   And 300 people involved in the R&D | 11:53:26 |
| 19 | activities at UMC; is that correct? | 11:53:29 |
| 20 | A.   That is correct.  So in the timeframe of | 11:53:50 |
| 21 | two years to three years, there would be 300 to | 11:53:53 |
| 22 | 350 head counts allocated to that project. | 11:53:57 |
| 23 | ▇▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 11:54:06 |
| 24 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 11:54:10 |
| 25 | ▇▇▇▇▇▇▇▇▇▇▇▇▇ | 11:54:14 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351578

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    69

| | | |
|---|---|---|
| 1 | ███ ████████████ | 11:54:37 |
| 2 | ██ ███ | 11:54:39 |
| 3 | ██ █████████████ | 11:54:56 |
| 4 | ████████████████ ██ | 11:54:58 |
| 5 | ██████████████ | 11:55:22 |
| 6 | ██████████████ | 11:55:24 |
| 7 | ███████████████ | 11:55:27 |
| 8 | ████████ | 11:55:33 |
| 9 | ██ ████████████ | 11:55:38 |
| 10 | █████████████ | 11:55:40 |
| 11 | ██ | 11:55:47 |
| 12 | ██████ ████████ ███ | 11:55:59 |
| 13 | ████████ ██████████ | 11:56:00 |
| 14 | █████ | 11:56:03 |
| 15 | ██ ██████████ | 11:56:22 |
| 16 | ████ ██████████████ | 11:56:26 |
| 17 | ████████ | 11:56:40 |
| 18 | BY MR. MICHAEL: | 11:56:52 |
| 19 |     Q.  Did you interview engineers during the | 11:56:52 |
| 20 | CASPA event? | 11:56:55 |
| 21 |     A.  No. | 11:57:02 |
| 22 |     Q.  Did anyone at UMC, to your knowledge, | 11:57:02 |
| 23 | interview engineers during the CASPA event? | 11:57:05 |
| 24 |     A.  Based on my understanding, it was | 11:57:35 |
| 25 | Jennifer and Sandy Kuo from UMC who were there to | 11:57:39 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351579

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    70

| 1 | collect resumes, and then they did some | 11:57:44 |
| 2 | interviews. | 11:57:47 |
| 3 | Q.  And you were not involved in the | 11:57:50 |
| 4 | interviews; is that your testimony? | 11:57:52 |
| 5 | A.  That is correct. | 11:57:59 |
| 6 | ███ ███████████████████████████ | 11:58:07 |
| 7 | ████████████████████████████████ | 11:58:14 |
| 8 | ███ ██████████████████████ | 11:58:27 |
| 9 | ███ ███████████████████ | 11:58:30 |
| 10 | ███ ████████████████████████ | 11:58:43 |
| 11 | █████████████████████████ | 11:58:46 |
| 12 | ███ ████████████████████████ | 11:58:48 |
| 13 | ████████████████████ | 11:58:51 |
| 14 | ████████████████████ | 11:58:56 |
| 15 | ██████████████████████████ | 11:58:59 |
| 16 | ███████████████████ | 11:59:02 |
| 17 | ███ ██████████████████████ | 11:59:14 |
| 18 | ████████████████ | 11:59:16 |
| 19 | ███ █████████████████ | 11:59:18 |
| 20 | ███ ██████████████  ████████ | 11:59:25 |
| 21 | ██████████████████████████ | 11:59:44 |
| 22 | ███████████████████████████ | 11:59:49 |
| 23 | █████ ████████████████ | 11:59:52 |
| 24 | ███ ██████████████████████ | 12:00:00 |
| 25 | ████████████████ | 12:00:04 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351580

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    71

| | |
|---|---|
| 1 | 12:00:16 |
| 2 | 12:00:16 |
| 3 | 12:00:19 |
| 4 | 12:00:22 |
| 5 | 12:00:56 |
| 6 | 12:00:58 |
| 7 | 12:01:01 |
| 8 | 12:01:28 |
| 9 | 12:01:29 |
| 10 | 12:01:38 |
| 11 | 12:01:43 |
| 12 | 12:01:46 |
| 13 | 12:01:49 |
| 14 | 12:01:52 |
| 15 | 12:02:05 |
| 16 | 12:02:11 |
| 17 | 12:02:16 |

18   Q.   Do you know what CASPA stands for?                        12:02:23

19   A.   I only know the Chinese name of CASPA.                    12:02:50

20   I do not know the English name for CASPA.   So                12:02:53

21   CASPA is basically a semiconductor association                12:02:57

22   formed by Chinese and American parties.                       12:03:03

23   Q.   What is your understanding of the reason                 12:03:12

24   why UMC and Jinhua attended the CASPA event in                12:03:16

25   October 2016?                                                 12:03:22

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351581

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                      72

| | | |
|---|---|---|
| 1 | A.   Based on my understanding, the CASPA | 12:03:46 |
| 2 | event was held in October, and six months prior to | 12:03:48 |
| 3 | that, which was in April, SMC [sic] attended.  So | 12:03:53 |
| 4 | it is Jinhua's belief that since the companies in | 12:04:16 |
| 5 | the same industry attended this event to introduce | 12:04:22 |
| 6 | themselves to everybody, and then Jinhua was -- | 12:04:30 |
| 7 | supposedly also need to go to this event. | 12:04:33 |
| 8 | | 12:04:52 |
| 9 | | 12:04:58 |
| 10 | | 12:05:01 |
| 11 | | 12:05:07 |
| 12 | | 12:05:10 |
| 13 | | 12:05:26 |
| 14 | | 12:05:32 |
| 15 | | 12:05:35 |
| 16 | | 12:05:38 |
| 17 | | 12:05:49 |
| 18 | | 12:05:53 |
| 19 | | 12:05:57 |
| 20 | | 12:06:00 |
| 21 | | 12:06:06 |
| 22 | | 12:06:07 |
| 23 | | 12:06:24 |
| 24 | BY MR. MICHAEL: | 12:07:26 |
| 25 | Q.   Mr. Chen, I've handed you what has been | 12:07:28 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351582

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    73

| | | |
|---|---|---|
| 1 | previously marked as Exhibit 9.  The first page of | 12:07:30 |
| 2 | the document says "JHICC Introduction".  It looks | 12:07:38 |
| 3 | to be dated October 2016. | 12:07:42 |
| 4 | For the record, it has the Bates numbers | 12:07:44 |
| 5 | UMCCORP 17 through 29 -- excuse me, through 30. | 12:07:46 |
| 6 | (Exhibit 9, as previously marked - Document with | 12:07:52 |
| 7 | Bates numbers UMCCORPJD000017 through 30) | 12:07:52 |
| 8 | BY MR. MICHAEL: | 12:08:09 |
| 9 | Q.  Mr. Chen, have you seen this document, | 12:08:10 |
| 10 | either in its documentary form or in | 12:08:12 |
| 11 | a presentation before? | 12:08:14 |
| 12 | A.  This is a piece of material used in the | 12:08:27 |
| 13 | CASPA presentation. | 12:08:30 |
| 14 | Q.  My question is: have you seen it before? | 12:08:32 |
| 15 | A.  You mean before today or before the CASPA | 12:08:43 |
| 16 | event? | 12:08:45 |
| 17 | Q.  Before today. | 12:08:47 |
| 18 | A.  Yes, I saw it at the CASPA event. | 12:08:50 |
| 19 | Q.  Did you see it before the CASPA event? | 12:08:53 |
| 20 | A.  No. | 12:09:01 |
| 21 | Q.  Were you involved in the preparation of | 12:09:02 |
| 22 | any of the information that's contained within | 12:09:04 |
| 23 | Exhibit 9? | 12:09:07 |
| 24 | A.  Yes, some parts of it. | 12:09:17 |
| 25 | Q.  Can you identify those parts and what | 12:09:20 |

USD-0351583

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Stephen Chen
Conducted on July 10, 2018                    74

| | | |
|---|---|---|
| 1 | your involvement was? | 12:09:23 |
| 2 | A.  Parts involving technology development | 12:09:33 |
| 3 | and milestones. | 12:09:35 |
| 4 | Q.  Can you do me a favor, Mr. Chen, and | 12:09:40 |
| 5 | using the page numbers on the bottom right corner, | 12:09:42 |
| 6 | identify for me the pages where you -- where | 12:09:45 |
| 7 | there's information where you had input? | 12:10:03 |
| 8 | A.  Page 23. | 12:10:06 |
| 9 | Q.  And what was your involvement in | 12:10:09 |
| 10 | connection with the source of information on | 12:10:12 |
| 11 | page 23? | 12:10:14 |
| 12 | A.  I gave the description of the structure | 12:10:31 |
| 13 | of the joint development between Jinhua and UMC. | 12:10:34 |
| 14 | Q.  And does the right side of page 23, under | 12:10:38 |
| 15 | the heading "Development & Operation", depict the | 12:10:43 |
| 16 | basic structure of the joint development? | 12:10:46 |
| 17 | A.  Yes. | 12:11:04 |
| 18 | Q.  And it has UMC doing process development, | 12:11:04 |
| 19 | and Jinhua doing chip manufacture; correct? | 12:11:07 |
| 20 | A.  Yes. | 12:11:15 |
| 21 | Q.  Is Jinhua also responsible for chip | 12:11:20 |
| 22 | design, or is that a separate entity? | 12:11:22 |
| 23 | A.  According to the structure, we ask | 12:11:36 |
| 24 | a design service company to help Jinhua to do | 12:11:40 |
| 25 | product design.  So according to the structure, | 12:11:43 |

USD-0351584

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    75

| | | |
|---|---|---|
| 1 | UMC was to develop the process technologies and | 12:12:09 |
| 2 | then offer the process technologies, and then | 12:12:12 |
| 3 | Jinhua can hire design houses to help with the | 12:12:15 |
| 4 | product design.  So this kind of structure is very | 12:12:18 |
| 5 | similar to the foundry structure of UMC. | 12:12:21 |
| 6 |     Q.  Was a design service company ultimately | 12:12:30 |
| 7 | engaged to work on chip design? | 12:12:33 |
| 8 |     A.  Initially there were two design service | 12:12:52 |
| 9 | houses involved in the design of the product. | 12:12:55 |
| 10 |     Q.  And what are the names of those | 12:12:57 |
| 11 | companies? | 12:12:58 |
| 12 | ▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬ | 12:13:06 |
| 13 | ▬▬ ▬▬▬▬▬▬▬▬▬ | 12:13:08 |
| 14 | ▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬ | 12:13:10 |
| 15 | ▬▬▬▬ ▬▬▬▬▬▬ ▬▬▬▬▬ | 12:13:16 |
| 16 | ▬▬▬▬▬ ▬▬▬▬ | 12:13:30 |
| 17 | ▬▬▬▬▬ ▬▬▬▬ ▬▬▬▬ | 12:13:36 |
| 18 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 12:13:50 |
| 19 | ▬▬▬▬▬ | 12:13:52 |
| 20 |     Q.  Any other information in this document | 12:13:58 |
| 21 | that you helped source? | 12:14:00 |
| 22 |     A.  There's another one on page 25 which is | 12:14:17 |
| 23 | about technology roadmap.  I think that's it. | 12:14:20 |
| 24 |     Q.  Did you create the milestone and | 12:14:28 |
| 25 | technology roadmap on page 25? | 12:14:31 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                              76

| | | |
|---|---|---|
| 1 | A.  It was the result of the joint discussion | 12:14:44 |
| 2 | within the team. | 12:14:48 |
| 3 | Q.  And what team are you referring to? | 12:14:49 |
| 4 | A.  The R&D team of UMC and the team of | 12:15:01 |
| 5 | Jinhua. | 12:15:04 |
| 6 | Q.  This milestone and technology roadmap has | 12:15:27 |
| 7 | construction being completed by year-end 2018.  Do | 12:15:31 |
| 8 | you see that? | 12:15:35 |
| 9 | A.  Yes. | 12:15:50 |
| 10 | Q.  Is that -- let me ask you this, Mr. Chen. | 12:15:52 |
| 11 | This document shows construction and then it | 12:16:00 |
| 12 | shows, for the technology roadmap, it shows | 12:16:05 |
| 13 | production.  It does not show research and | 12:16:09 |
| 14 | development.  Is that correct? | 12:16:12 |
| 15 | A.  So this is the milestone and technology | 12:16:53 |
| 16 | roadmap of Jinhua, and for UMC, there's a matching | 12:16:58 |
| 17 | development chart.  So UMC began its R&D work in | 12:17:01 |
| 18 | 2016, and hopefully in two years' time, in the | 12:17:06 |
| 19 | second half of 2018, the R&D works of UMC would be | 12:17:09 |
| 20 | able to have some preliminary results so as to | 12:17:13 |
| 21 | have technology transfer to Jinhua. | 12:17:17 |
| 22 | Q.  And currently today, how many engineers | 12:17:27 |
| 23 | does UMC have working on research and development | 12:17:30 |
| 24 | for the joint DRAM project? | 12:17:33 |
| 25 | A.  I do not recall the exact number, but | 12:17:52 |

USD-0351586

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                          77

| 1 | based on my memory, it should be around 370. | 12:17:56 |
|---|---|---|
| 2 | 3-0 -- | 12:18:01 |
| 3 | THE MAIN INTERPRETER:  3-7-0. | 12:18:05 |
| 4 | BY MR. MICHAEL: | 12:18:06 |
| 5 | Q.  Can I ask you to turn to Bates number 28. | 12:18:06 |
| 6 | It has the talent recruiting plan chart.  Do the | 12:18:11 |
| 7 | manpower numbers in this chart refer to Jinhua | 12:18:26 |
| 8 | only, or does this include UMC as well? | 12:18:33 |
| 9 | A.  Jinhua only. | 12:18:46 |
| 10 | Q.  And if you turn to page 30, it says "Job | 12:19:08 |
| 11 | Openings for USA" on the right side.  Do you see | 12:19:19 |
| 12 | that?  And the job openings for the USA include | 12:19:23 |
| 13 | "Category", "Function" and "Job Description"; | 12:19:33 |
| 14 | correct? | 12:19:39 |
| 15 | A.  It's a pretty standard chart for any job | 12:20:02 |
| 16 | fairs. | 12:20:06 |
| 17 | Q.  And these are showing job openings at | 12:20:07 |
| 18 | both UMC and Jinhua; correct? | 12:20:10 |
| 19 | A.  Jinhua only, I think.  Nothing to do with | 12:20:22 |
| 20 | UMC.  Because it's a -- | 12:20:27 |
| 21 | Q.  If we look at the first category, the | 12:20:29 |
| 22 | first function is DRAM process technology.  Isn't | 12:20:31 |
| 23 | that UMC? | 12:20:34 |
| 24 | A.  But it was Jinhua who attended the CASPA | 12:21:00 |
| 25 | event for its recruiting purpose.  UMC was only | 12:21:06 |

USD-0351587

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    78

| | | |
|---|---|---|
| 1 | there to support Jinhua with some manpower.  It | 12:21:11 |
| 2 | was not UMC there to recruit people. | 12:21:15 |
| 3 | THE CHECK INTERPRETER:  Minor | 12:21:24 |
| 4 | clarification to the last sentence. | 12:21:24 |
| 5 | The witness's answer was, "UMC was not | 12:21:27 |
| 6 | there to recruit people." | 12:21:30 |
| 7 | A.  So Jinhua -- there was Jinhua there to | 12:21:49 |
| 8 | find people for their operation and manufacturing, | 12:21:54 |
| 9 | not -- not for their R&D.  So it was an event for | 12:21:58 |
| 10 | Jinhua, not for UMC. | 12:22:02 |
| 11 | BY MR. MICHAEL: | 12:22:05 |
| 12 | Q.  Why does this chart say, "Job openings | 12:22:06 |
| 13 | for research and development", Mr. Chen? | 12:22:11 |
| 14 | MR. JOHNSON:  And objection.  Lack of | 12:22:22 |
| 15 | foundation.  Calls for speculation. | 12:22:25 |
| 16 | You can answer if you know. | 12:22:36 |
| 17 | A.  For a newly established company, Jinhua | 12:23:02 |
| 18 | was only there to have a standard chart for job | 12:23:05 |
| 19 | openings, for people in the US who were interested | 12:23:08 |
| 20 | in these job openings.  So basically, everything | 12:23:12 |
| 21 | listed in this chart is very similar to any | 12:23:15 |
| 22 | company that has job openings, to have such a job | 12:23:19 |
| 23 | opening description. | 12:23:24 |
| 24 | BY MR. MICHAEL: | 12:23:27 |
| 25 | Q.  Mr. Chen, UMC's responsibility under the | 12:23:28 |

USD-0351588

Confidential - Subject to Protective Order

| | | |
|---|---|---|
| 1 | technical cooperation agreement with Jinhua | 12:23:32 |
| 2 | includes development of DRAM process technology; | 12:23:35 |
| 3 | correct? | 12:23:41 |
| 4 |     A.  Yes. | 12:23:58 |
| 5 |     Q.  Mr. Chen, I've handed you what was | 12:24:30 |
| 6 | previously marked as Exhibit 29.  I just have | 12:24:33 |
| 7 | a couple of questions on this document. | 12:24:39 |
| 8 | (Exhibit 29, as previously marked - Document with | 12:24:42 |
| 9 |     Bates numbers UMCCORPJD000041 through 46) | 12:24:42 |
| 10 | BY MR. MICHAEL: | 12:24:50 |
| 11 |     Q.  For the record, it bears the Bates stamp | 12:24:50 |
| 12 | number UMCCORPJD 41 through 46. | 12:24:53 |
| 13 |         Mr. Chen, I'd like to ask you to turn to | 12:25:08 |
| 14 | the back half of this document, starting at number | 12:25:13 |
| 15 | 44.  This appears to include a schedule for a | 12:25:16 |
| 16 | multi-day trip to northern California in I believe | 12:25:30 |
| 17 | the October 2016 time period. | 12:25:39 |
| 18 |     A.  (In English) Yes. | 12:25:48 |
| 19 |     Q.  Can you tell me what the schedule | 12:25:49 |
| 20 | starting at page 44 reflects? | 12:25:52 |
| 21 |     A.  So it says that on day 1, CASPA annual | 12:26:22 |
| 22 | event starts, and Jinhua's people will attend.  On | 12:26:26 |
| 23 | day 2, there was a job fair of Jinhua, and | 12:26:42 |
| 24 | I personally attended.  And on day 3, after the | 12:26:45 |
| 25 | event completes, there were some tours arranged to | 12:27:00 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351589

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                          80

| | | |
|---|---|---|
| 1 | visit the suppliers.  So that's about it. | 12:27:04 |
| 2 | Q.  And the suppliers that were going to be | 12:27:18 |
| 3 | visited included KLA, Lam Research, and Applied | 12:27:21 |
| 4 | Materials; correct? | 12:27:24 |
| 5 | A.  Yes.  So it's a one-day schedule. | 12:27:31 |
| 6 | Q.  Mr. Chen, can I turn your direct | 12:27:40 |
| 7 | attention to the next page, which lists the names | 12:27:42 |
| 8 | of 12 individuals with positions at companies | 12:27:47 |
| 9 | including Jinhua, UMC, and then the final four are | 12:27:52 |
| 10 | with the -- it looks like the government of China. | 12:27:56 |
| 11 | A.  Yes, they are also Jinhua's shareholders. | 12:28:27 |
| 12 | Q.  Who is also Jinhua's shareholders? | 12:28:30 |
| 13 | A.  So people from Jinjiang City and Quanzhou | 12:28:46 |
| 14 | City. | 12:28:52 |
| 15 | Q.  So are all -- number 9, 10, 11 and 12 are | 12:28:54 |
| 16 | all Jinhua shareholders? | 12:28:59 |
| 17 | A.  I think only two of them are Jinhua's | 12:29:17 |
| 18 | shareholders.  The other two are their staff. | 12:29:19 |
| 19 | Q.  Mr. Chen, did all 12 of these individuals | 12:29:21 |
| 20 | travel to the United States in October 2016 as | 12:29:26 |
| 21 | part of the CASPA event? | 12:29:32 |
| 22 | A.  Yes, they all went.  But the four did not | 12:29:51 |
| 23 | really attend.  They were there to sort of look at | 12:30:18 |
| 24 | Jinhua's activities. | 12:30:21 |
| 25 | Q.  The four government individuals is who | 12:30:25 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351590

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    81

| | | |
|---|---|---|
| 1 | you're referring to; correct, Mr. Chen? | 12:30:27 |
| 2 | A. Yes. | 12:30:32 |
| 3 | Q. Which of these individuals attended the | 12:30:32 |
| 4 | visits to the vendors? | 12:30:37 |
| 5 | A. So the four individuals from the | 12:31:00 |
| 6 | government were there to visit the vendors mainly. | 12:31:01 |
| 7 | They were not there to recruit people. | 12:31:04 |
| 8 | Q. Okay. Let me ask you this question. | 12:31:08 |
| 9 | Mr. Chen, did all four UMC employees | 12:31:15 |
| 10 | identified on Exhibit -- Exhibit 29 at Bates | 12:31:17 |
| 11 | number 45 attend the visits to the semiconductor | 12:31:28 |
| 12 | equipment vendors? | 12:31:36 |
| 13 | A. Are you asking about the four from UMC? | 12:31:57 |
| 14 | Q. Yes. | 12:32:00 |
| 15 | A. I'm not sure about Jeff, but I remember | 12:32:15 |
| 16 | the other three went. | 12:32:18 |
| 17 | Q. What about the four employees from | 12:32:20 |
| 18 | Jinhua? Did all of them attend the visits to the | 12:32:23 |
| 19 | semiconductor equipment vendors? | 12:32:29 |
| 20 | A. Individual number 1 and individual number | 12:32:49 |
| 21 | 2 did not go because they didn't get the visa. So | 12:32:51 |
| 22 | supposedly it was the chairman who was to give | 12:33:06 |
| 23 | a speech at the CASPA event, but he couldn't come, | 12:33:09 |
| 24 | so it was Albert Wu who gave the speech. | 12:33:12 |
| 25 | Q. So in total, it was four UMC employees | 12:33:17 |

USD-0351591

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    82

```
1    and two Jinhua employees at the CASPA event;        12:33:20

2    correct?                                            12:33:24

3        A.   Yes.  But it was mainly people from        12:33:52

4    Jinhua and people from UMC who attended CASPA and   12:33:57

5    participated in CASPA.  People who were             12:34:00

6    individuals from the government were there just     12:34:07

7    looking and visiting.  None of the four people      12:34:09

8    from the government made any speech at the CASPA    12:34:13

9    event.                                              12:34:16

10       Q.   Understood.                                12:34:21

11   ████████████████████████████████                    12:34:26

12   ██████████████████████████████████                  12:34:35

13   ██████████████████████████████████                  12:34:40

14   ████████████████████████████████                    12:34:58

15   ██████████████  ████████████                        12:35:06

16   ████  ████                                          12:35:18

17   ████  ████████████████████████                      12:35:20

18   ████  ████████████████                              12:35:25

19   ████  ██████████████████████████████               12:35:26

20   ████████████████████████████████                    12:35:28

21   ██████████                                          12:35:34

22   ████  ████████████████████████████                  12:35:46

23   ██████████████████████████                          12:35:51

24   ████  ██████████████████████                        12:35:54

25   ████████████                                        12:35:56
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351592

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    83

| | | |
|---|---|---|
| 1 | ▬ ▬▬▬▬▬▬▬▬▬▬ | 12:36:07 |
| 2 | ▬▬▬▬▬▬▬▬▬▬▬ | 12:36:10 |
| 3 | ▬▬ | 12:36:13 |
| 4 | Q.  And the next column over, there's a name | 12:36:14 |
| 5 | "Wayne Lu, UMC Account Sales".  Do you see that? | 12:36:17 |
| 6 | A.  Yes. | 12:36:30 |
| 7 | Q.  Is that a different Wayne than the Wayne | 12:36:32 |
| 8 | that we were -- you testified to earlier? | 12:36:35 |
| 9 | A.  (In English) Different, different.  He's | 12:36:41 |
| 10 | a sales engineer of Applied Materials who | 12:36:42 |
| 11 | responsible for UMC account.  So it's an employee | 12:36:44 |
| 12 | of the Applied Materials. | 12:36:49 |
| 13 | Q.  Understood.  That's the Applied Materials | 12:36:50 |
| 14 | employee who's responsible for the UMC account. | 12:36:55 |
| 15 | ▬▬▬▬▬▬▬▬ | 12:37:09 |
| 16 | ▬▬▬▬▬▬▬▬▬ | 12:37:14 |
| 17 | ▬▬▬▬▬▬▬ ▬▬ | 12:37:20 |
| 18 | ▬▬▬▬▬ | 12:37:24 |
| 19 | ▬ ▬▬▬▬▬▬ | 12:37:48 |
| 20 | ▬▬ | 12:37:50 |
| 21 | ▬▬▬▬ ▬▬▬ | 12:38:40 |
| 22 | ▬▬▬▬▬▬▬ | 12:38:40 |
| 23 | ▬ ▬▬▬▬▬ | 12:38:40 |
| 24 | ▬▬▬▬▬▬▬▬ | 12:38:42 |
| 25 | ▬▬▬ ▬▬▬▬▬ | 12:38:47 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351593

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                              84

| # | | Time |
|---|---|---|
| 1 | ████████████████████████████████ | 12:38:51 |
| 2 | ████████████████████████████████ | 12:38:55 |
| 3 | ████████████████████████████████ | 12:39:02 |
| 4 | ████████████████████████████████ | 12:39:06 |
| 5 | ████████████████████████████████ | 12:39:08 |
| 6 | ████████████████████████████████ | 12:39:12 |
| 7 | ████████████ | 12:39:16 |
| 8 | ██████████ | 12:39:16 |
| 9 | █ ███████████████████████ | 12:39:17 |
| 10 | ███████████████████████████████ | 12:39:20 |
| 11 | ███ | 12:39:23 |
| 12 | █ ██████████████████ | 12:39:42 |
| 13 | ████████████████ ███████████ | 12:39:56 |
| 14 | ████████████████████████ █ | 12:39:59 |
| 15 | ██████████████ ██ ████████ | 12:40:03 |
| 16 | ████████████████████████████ | 12:40:16 |
| 17 | █████████████████████████ | 12:40:18 |
| 18 | █████████████████ ██████████ | 12:40:22 |
| 19 | ████ | 12:40:31 |

20      Q.  Mr. Chen, let me ask you to think back to

21  your time when you were employed by Micron.  Are

22  you familiar with Micron's series 110 products?

23      A.  I knew about it, but I didn't have any

24  involvement.  Because the technology was not

25  introduced or adopted until after I left Micron.

12:40:33
12:40:35
12:40:39
12:40:58
12:41:01
12:41:11

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351594

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    85

| | | |
|---|---|---|
| 1 | MR. JOHNSON:  I think we're past 12:30. | 12:41:20 |
| 2 | MR. MICHAEL:  I'll be done in a second. | 12:41:26 |
| 3 | Do you know where the 110 series | 12:41:28 |
| 4 | products were being developed by Micron? | 12:41:30 |
| 5 | A.  Based on my understanding, it was in | 12:41:43 |
| 6 | Japan. | 12:41:45 |
| 7 | Q.  Do you know if any of the series 110 | 12:41:53 |
| 8 | products were being developed in Boise, Idaho? | 12:41:55 |
| 9 | A.  I think for the initial foundational | 12:42:18 |
| 10 | development of the product, it was done in Boise, | 12:42:23 |
| 11 | Idaho.  But then in terms of technology | 12:42:26 |
| 12 | integration, it was done in Japan.  That is my | 12:42:29 |
| 13 | understanding. | 12:42:31 |
| 14 | MR. MICHAEL:  Why don't we take | 12:42:42 |
| 15 | a five-minute break, let me flip over some stuff | 12:42:43 |
| 16 | and see if I have any follow-up. | 12:42:47 |
| 17 | MR. JOHNSON:  All right. | 12:42:50 |
| 18 | THE VIDEOGRAPHER:  We are going off the | 12:42:51 |
| 19 | record.  The time is 12:42 p.m. | 12:42:51 |
| 20 | (Break taken) | 12:42:53 |
| 21 | THE VIDEOGRAPHER:  We are back on the | 12:50:55 |
| 22 | record.  The time is 12:50 p.m. | 12:50:56 |
| 23 | BY MR. MICHAEL: | 12:51:01 |
| 24 | ▆▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 12:51:02 |
| 25 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆  ▆▆▆▆▆ | 12:51:04 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351595

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                              86



1                                                         12:51:14
2                                                         12:51:29
3                                                         12:51:31
4                                                         12:51:37
5                                                         12:51:38
6                                                         12:51:41
7                                                         12:51:43
8                                                         12:51:44
9                                                         12:51:49
10                                                        12:51:50
11                                                        12:51:53
12                                                        12:51:58
13                                                        12:52:11
14                                                        12:52:18
15                                                        12:52:20
16                                                        12:52:22
17                                                        12:52:27
18                                                        12:52:41
19                                                        12:52:42
20                                                        12:52:50
21                                                        12:52:53
22                                                        12:53:04
23                                                        12:53:06
24                                                        12:53:12
25                                                        12:53:32

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351596

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    87

| | | |
|---|---|---|
| 1 | | 12:53:35 |
| 2 | | 12:53:42 |
| 3 | | 12:53:45 |
| 4 | | 12:53:48 |
| 5 | | 12:53:53 |
| 6 | | 12:54:09 |
| 7 | Q.   Mr. Chen, when you were employed by | 12:54:21 |
| 8 | Micron, are you aware that employees were able to | 12:54:23 |
| 9 | share and access information using various | 12:54:27 |
| 10 | file-sharing sites like SharePoint sites; correct? | 12:54:33 |
| 11 | A.   Yes, I was aware of it. | 12:54:52 |
| 12 | Q.   And you were aware that documents that | 12:54:54 |
| 13 | were used by employees all around the world at | 12:54:57 |
| 14 | Micron were stored at Micron's headquarters in | 12:55:01 |
| 15 | Boise, Idaho; correct? | 12:55:06 |
| 16 | A.   I only know that the documents are | 12:55:34 |
| 17 | available on, for example, SharePoint or the agent | 12:55:36 |
| 18 | of SharePoint.  But exactly where the documents | 12:55:40 |
| 19 | are stored, I don't know. | 12:55:43 |
| 20 | Q.   Well, you testified earlier that you're | 12:55:45 |
| 21 | aware Fab 4 is located in Boise, Idaho; correct? | 12:55:47 |
| 22 | A.   Yes. | 12:55:58 |
| 23 | Q.   And if a document is related to Fab 4, is | 12:55:58 |
| 24 | it fair to say that you would understand that | 12:56:03 |
| 25 | document was likely stored in Boise, Idaho? | 12:56:06 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351597

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                        88

| | | |
|---|---|---|
| 1 | MR. JOHNSON:  Objection.  Calls for | 12:56:10 |
| 2 | speculation and conjecture. | 12:56:11 |
| 3 | A.  That, I am not clear.  Basically in | 12:56:32 |
| 4 | Micron Taiwan, there were no people directly | 12:56:44 |
| 5 | involved in the technologies of Fab 4. | 12:56:48 |
| 6 | THE CHECK INTERPRETER:  Sorry, the | 12:56:54 |
| 7 | witness's answer was, "I am not clear about that. | 12:56:54 |
| 8 | At Micron Taiwan, we did not have a contact window | 12:56:59 |
| 9 | with Fab 4." | 12:57:04 |
| 10 | A.  We are a manufacturing site, and we have | 12:57:16 |
| 11 | a technology transfer team, but we don't have | 12:57:21 |
| 12 | direct contact with Fab 4. | 12:57:24 |
| 13 | BY MR. MICHAEL: | 12:57:28 |
| 14 | Q.  Did employees at Micron Taiwan have | 12:57:29 |
| 15 | access to Fab 4 technical documentation? | 12:57:32 |
| 16 | A.  Theoretically, no. | 12:57:48 |
| 17 | Q.  Did they in fact have access to those | 12:57:50 |
| 18 | documents? | 12:57:53 |
| 19 | MR. JOHNSON:  Objection.  Speculation. | 12:57:54 |
| 20 | A.  That, I'm not clear.  We could access | 12:58:13 |
| 21 | information on SharePoint, but supposedly there | 12:58:16 |
| 22 | was no direct contact with Fab 4. | 12:58:20 |
| 23 | BY MR. MICHAEL: | 12:58:23 |
| 24 | Q.  Based on your experience working at | 12:58:24 |
| 25 | Micron, if you were provided with a document | 12:58:29 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351598

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                89

| | | |
|---|---|---|
| 1 | related to Fab 4, would you understand the source | 12:58:31 |
| 2 | of that document and where it came from? | 12:58:35 |
| 3 | MR. JOHNSON: Objection. Calls for | 12:58:37 |
| 4 | speculation and conjecture. | 12:58:39 |
| 5 | A. Based on my understanding, the employees | 12:59:13 |
| 6 | only download documents from the website. So | 12:59:16 |
| 7 | SharePoint is a website. I don't think they would | 12:59:18 |
| 8 | know the source of the documents or where the | 12:59:22 |
| 9 | documents came from. And also, my supervisor is | 12:59:25 |
| 10 | located in Singapore. I also attended some | 12:59:44 |
| 11 | meetings where -- on SharePoint. So I only know | 12:59:47 |
| 12 | that the data came from SharePoint. | 12:59:55 |
| 13 | THE CHECK INTERPRETER: Sorry, correction | 13:00:02 |
| 14 | to the witness's answer's interpretation. | 13:00:04 |
| 15 | The witness's full answer was, "Based on | 13:00:08 |
| 16 | my understanding, the employees only download | 13:00:13 |
| 17 | documents from the website. SharePoint is | 13:00:16 |
| 18 | a possible location or source for the download. | 13:00:19 |
| 19 | I don't think they would know the source of the | 13:00:24 |
| 20 | documents or where the documents came from. For | 13:00:27 |
| 21 | example, my supervisor is located in Singapore. | 13:00:29 |
| 22 | I have attended many meetings with him, and the | 13:00:31 |
| 23 | information of the meetings was kept on | 13:00:36 |
| 24 | SharePoint. So he is from Singapore. I would not | 13:00:38 |
| 25 | know where the data from -- on SharePoint comes | 13:00:43 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351599

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                    90

| 1 | from." | 13:00:45 |
|---|--------|----------|
| 2 | BY MR. MICHAEL: | 13:00:47 |
| 3 | Q.  Mr. Chen, during your time at Micron, did | 13:00:48 |
| 4 | you ever see a document relating to Fab 4? | 13:00:50 |
| 5 | A.  (In English) Never. | 13:01:00 |
| 6 | Q.  Never? | 13:01:01 |
| 7 | A.  (In English) No, never. | 13:01:02 |
| 8 | Q.  And if you had seen a document relating | 13:01:04 |
| 9 | to Fab 4, would you assume that document came from | 13:01:05 |
| 10 | Singapore? | 13:01:09 |
| 11 | MR. JOHNSON:  Objection.  Calls for | 13:01:11 |
| 12 | speculation and conjecture.  If he hadn't seen any | 13:01:12 |
| 13 | documents, why are you speculating what he might | 13:01:15 |
| 14 | have thought if he had -- | 13:01:18 |
| 15 | MR. MICHAEL:  State your objection and | 13:01:22 |
| 16 | leave it at that, please. | 13:01:23 |
| 17 | A.  (In English) I never see -- | 13:01:34 |
| 18 | A.  I have never seen any documents related | 13:01:39 |
| 19 | to Fab 4.  It would be very hard for me to assume | 13:01:43 |
| 20 | that had I seen such a document, where the | 13:01:53 |
| 21 | document would be from. | 13:01:55 |
| 22 | BY MR. MICHAEL: | 13:01:56 |
| 23 | Q.  Is one of the reasons that you've never | 13:02:00 |
| 24 | seen a document from Fab 4 is because documents | 13:02:02 |
| 25 | related to Fab 4 are likely stored in Boise, | 13:02:04 |

USD-0351600

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Stephen Chen
Conducted on July 10, 2018                                91

| | | |
|---|---|---|
| 1 | Idaho? | 13:02:08 |
| 2 | MR. JOHNSON:  Objection.  That calls for | 13:02:10 |
| 3 | speculation and conjecture. | 13:02:12 |
| 4 | A.  Based on my understanding, in terms of | 13:02:42 |
| 5 | the technical support, our contact window is not | 13:02:47 |
| 6 | from Fab 4, so we hardly have any contact with | 13:02:53 |
| 7 | Fab 4. | 13:02:57 |
| 8 | BY MR. MICHAEL: | 13:03:00 |
| 9 | Q.  What contact window are you referring to? | 13:03:00 |
| 10 | What does that mean? | 13:03:02 |
| 11 | A.  Our technology transfer mainly came from | 13:03:37 |
| 12 | Japan, when we developed the 25 nanometer | 13:03:41 |
| 13 | technologies.  So in terms of technology transfer, | 13:03:45 |
| 14 | Rexchip mostly worked with Japan.  And after the | 13:03:48 |
| 15 | acquisition by Micron, Rexchip was not allowed to | 13:03:51 |
| 16 | have any direct contact with Micron's R&D | 13:03:56 |
| 17 | activities.  So us as a fab does not have any | 13:04:01 |
| 18 | direct contact with the R&D department. | 13:04:06 |
| 19 | Q.  Are you saying, Mr. Chen, that Micron | 13:04:08 |
| 20 | Taiwan employees had no reason to have Fab 4 | 13:04:11 |
| 21 | documentation? | 13:04:18 |
| 22 | MR. JOHNSON:  Objection.  Misstates the | 13:04:30 |
| 23 | testimony. | 13:04:34 |
| 24 | A.  So basically, the R&D department has the | 13:04:57 |
| 25 | authority to decide who to be on the list, to have | 13:05:03 |

USD-0351601

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                    92

| | | |
|---|---|---|
| 1 | access to the documents kept on SharePoint. | 13:05:08 |
| 2 | BY MR. MICHAEL: | 13:05:14 |
| 3 | Q.  What R&D department? | 13:05:15 |
| 4 | THE CHECK INTERPRETER:  Sorry, sorry, | 13:05:17 |
| 5 | sorry. | 13:05:19 |
| 6 | The witness's full answer was, "That is | 13:05:20 |
| 7 | true for technical-related issues.  It is possible | 13:05:22 |
| 8 | that they would also have a taskforce and they | 13:05:25 |
| 9 | would need to access SharePoint.  However, R&D | 13:05:28 |
| 10 | would decide who has authority to access those | 13:05:32 |
| 11 | documents on SharePoint.  They would have a list. | 13:05:35 |
| 12 | If you are not one of the members, you would not | 13:05:39 |
| 13 | be on the list, and therefore be unable to know | 13:05:42 |
| 14 | what kind of documents are on SharePoint." | 13:05:45 |
| 15 | A.  I am not sure who is on the member list. | 13:05:58 |
| 16 | At least I'm not on the list, so I have so | 13:06:03 |
| 17 | visibility in terms of which documents are | 13:06:07 |
| 18 | available on SharePoint. | 13:06:09 |
| 19 | BY MR. MICHAEL: | 13:06:12 |
| 20 | Q.  When you refer to the R&D department as | 13:06:12 |
| 21 | having authority, where is that R&D department | 13:06:15 |
| 22 | located? | 13:06:19 |
| 23 | A.  Fab 4, which is in Idaho. | 13:06:32 |
| 24 | Q.  And in order for Micron Taiwan employees | 13:06:39 |
| 25 | to have access to Fab 4 technical documents, the | 13:06:42 |

USD-0351602

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                    93

| | | |
|---|---|---|
| 1 | R&D department of Fab 4 would have to authorize | 13:06:47 |
| 2 | that access? | 13:06:51 |
| 3 | A.  Supposedly, yes.  When I was with Micron, | 13:07:11 |
| 4 | our technologies did not come from Fab 4.  So we | 13:07:28 |
| 5 | had no contact with Fab 4.  But what happened | 13:07:33 |
| 6 | after I left Micron, I don't know. | 13:07:37 |
| 7 | Q.  What about technical documents related to | 13:07:50 |
| 8 | Micron's series 110 products?  Do you have any | 13:07:52 |
| 9 | knowledge where technical documents related to the | 13:08:05 |
| 10 | 110 series products were stored at Micron? | 13:08:07 |
| 11 | A.  I do not know, because it was until after | 13:08:23 |
| 12 | I left Micron that Micron adopted 110 series. | 13:08:25 |
| 13 | Q.  To the best of your knowledge, does | 13:08:45 |
| 14 | Micron store technical documents regarding DRAM in | 13:08:46 |
| 15 | the United States? | 13:08:52 |
| 16 | A.  Based on my understanding, I believe that | 13:09:08 |
| 17 | the DRAM technologies of Micron are in Japan. | 13:09:11 |
| 18 | A.  (In English) Because we always choose | 13:09:14 |
| 19 | technologies from Japan, so for most of our | 13:09:14 |
| 20 | employees, we see the technology -- of course, | 13:09:29 |
| 21 | directly, we contact the Japan site. | 13:09:32 |
| 22 | Q.  When you say that Micron's DRAM | 13:09:35 |
| 23 | technologies are in Japan, are you referring to | 13:09:38 |
| 24 | Micron Technology, Inc. DRAM technology, or are | 13:09:42 |
| 25 | you referring to Micron Taiwan DRAM technology? | 13:09:48 |

USD-0351603

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                              94

| | | |
|---|---|---|
| 1 | A.  Micron Japan still belongs to Micron. | 13:10:20 |
| 2 | THE MAIN INTERPRETER:  Should I translate | 13:10:33 |
| 3 | the question again? | 13:10:34 |
| 4 | THE CHECK INTERPRETER:  That was the full | 13:10:35 |
| 5 | answer. | 13:10:36 |
| 6 | BY MR. MICHAEL: | 13:10:38 |
| 7 | Q.  Is it your understanding that all Micron | 13:10:38 |
| 8 | technology related to DRAM is stored in Japan? | 13:10:41 |
| 9 | A.  The technologies are downloaded from the | 13:11:14 |
| 10 | servers of the company onto our computer.  So it's | 13:11:18 |
| 11 | really hard to tell where exactly the source is. | 13:11:22 |
| 12 | And the site that we contact is mainly in Japan, | 13:11:27 |
| 13 | and basically -- I'm talking about, for example, | 13:11:31 |
| 14 | the mailing address is always Japan. | 13:11:35 |
| 15 | THE CHECK INTERPRETER:  Sorry, my | 13:11:39 |
| 16 | rendition would be a bit different. | 13:11:40 |
| 17 | The witness's answer was, "We would | 13:11:42 |
| 18 | download the documents from the website. | 13:11:50 |
| 19 | Basically what we do is we connect our PCs to the | 13:11:53 |
| 20 | company's server, but we do not know where those | 13:11:56 |
| 21 | servers connect to.  When I talked about Japan, | 13:11:59 |
| 22 | I was referring to, for example, mail addresses, | 13:12:02 |
| 23 | and they appear to be from Japan." | 13:12:05 |
| 24 | BY MR. MICHAEL: | 13:12:09 |
| 25 | Q.  When you're referring to mail addresses, | 13:12:09 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351604

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                              95

| | | |
|---|---|---|
| 1 | are you referring to URLs?  Is that what you mean? | 13:12:12 |
| 2 | A.  (In English) URL?  No idea.  URL just -- | 13:12:16 |
| 3 | Q.  What do you mean by "mailing addresses"? | 13:12:44 |
| 4 | THE COURT REPORTER:  Sorry, I didn't get | 13:12:44 |
| 5 | the translation. | 13:12:44 |
| 6 | MR. MICHAEL:  My apologies. | 13:12:44 |
| 7 | THE MAIN INTERPRETER:  He actually spoke | 13:12:44 |
| 8 | English. | 13:12:44 |
| 9 | "So for URL, I don't know what URL is." | 13:12:44 |
| 10 | A.  When we saw the mail address, it says | 13:12:59 |
| 11 | Japan or .jp, and it appeared to us to be | 13:13:03 |
| 12 | Japanese, and we didn't really think where they | 13:13:07 |
| 13 | exactly link to. | 13:13:11 |
| 14 | BY MR. MICHAEL: | 13:13:17 |
| 15 | Q.  Are you familiar with the SharePoint site | 13:13:17 |
| 16 | or password-protected Micron site called | 13:13:21 |
| 17 | collab.micron.com? | 13:13:26 |
| 18 | A.  I have no clarity.  I was not one of the | 13:13:48 |
| 19 | members, so for most of the times, I have no | 13:13:51 |
| 20 | access. | 13:13:54 |
| 21 | Q.  You're aware that Micron Technology | 13:13:55 |
| 22 | Inc.'s headquarters are in Boise, Idaho? | 13:14:00 |
| 23 | MR. JOHNSON:  Objection.  Asked and | 13:14:08 |
| 24 | answered. | 13:14:09 |
| 25 | A.  Yes, I am aware of it. | 13:14:17 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351605

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    96

| | | |
|---|---|---|
| 1 | BY MR. MICHAEL: | 13:14:24 |
| 2 | Q.  And to the best of your knowledge, the | 13:14:25 |
| 3 | intellectual property of the various Micron | 13:14:27 |
| 4 | entities are -- is owned by Micron Technology Inc. | 13:14:29 |
| 5 | Is that correct? | 13:14:34 |
| 6 | MR. JOHNSON:  Objection.  Calls for | 13:14:34 |
| 7 | speculation and conjecture.  Also a legal | 13:14:37 |
| 8 | conclusion. | 13:14:39 |
| 9 | A.  I am not clear about it. | 13:15:00 |
| 10 | BY MR. MICHAEL: | 13:15:06 |
| 11 | Q.  Have you ever accessed a Micron | 13:15:07 |
| 12 | password-protected website since you left Micron? | 13:15:09 |
| 13 | A.  (In English) Never. | 13:15:22 |
| 14 | A.  I have never accessed. | 13:15:26 |
| 15 | Q.  Are you aware of any UMC employee | 13:15:31 |
| 16 | accessing a Micron password-protected website? | 13:15:34 |
| 17 | A.  (In English) I have no idea. | 13:15:47 |
| 18 | Q.  And in your entire time while you've been | 13:15:51 |
| 19 | employed at UMC, you have never seen any Micron | 13:15:53 |
| 20 | technical documents in the possession of UMC or | 13:15:58 |
| 21 | UMC employees; is that correct? | 13:16:02 |
| 22 | A.  I have never seen any in this entire time | 13:16:19 |
| 23 | being employed by UMC. | 13:16:24 |
| 24 | MR. MICHAEL:  I have no further | 13:16:29 |
| 25 | questions. | 13:16:31 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351606

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Stephen Chen
Conducted on July 10, 2018                                   97

| | | |
|---|---|---|
| 1 | MR. JOHNSON:  I have some questions. | 13:16:32 |
| 2 | EXAMINATION BY MR. JOHNSON: | 13:16:33 |
| 3 | Q.  First, did you work for Rexchip? | 13:16:38 |
| 4 | A.  (In English) Yes. | 13:16:40 |
| 5 | A.  Yes. | 13:16:42 |
| 6 | Q.  What technology did you develop while | 13:16:43 |
| 7 | working at Rexchip? | 13:16:45 |
| 8 | A.  We had technology transfer from Japan, so | 13:16:58 |
| 9 | we transferred from 70 nanometer to 25 nanometer. | 13:17:01 |
| 10 | Q.  And are you referring now to DRAM | 13:17:07 |
| 11 | technology? | 13:17:09 |
| 12 | A.  Yes. | 13:17:12 |
| 13 | Q.  And was this DRAM technology developed in | 13:17:14 |
| 14 | Japan? | 13:17:19 |
| 15 | A.  Yes. | 13:17:24 |
| 16 | Q.  And was the company in Japan who | 13:17:25 |
| 17 | developed the technology Elpida? | 13:17:28 |
| 18 | MR. MICHAEL:  Objection.  Calls for | 13:17:33 |
| 19 | speculation. | 13:17:35 |
| 20 | A.  So when we transferred to 25 nanometer, | 13:17:57 |
| 21 | it was 2013.  And before that, the company was | 13:18:02 |
| 22 | called Elpida.  It was until August 2013 that | 13:18:05 |
| 23 | Micron acquired Elpida. | 13:18:10 |
| 24 | BY MR. JOHNSON: | 13:18:14 |
| 25 | Q.  All right.  When did you work with | 13:18:14 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351607

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                              98

| | | |
|---|---|---|
| 1 | Elpida, for what period of time? | 13:18:16 |
| 2 | THE CHECK INTERPRETER:  "(Chinese | 13:18:29 |
| 3 | spoken)". | 13:18:29 |
| 4 | A.  When I worked for Powerchip, I began to | 13:18:31 |
| 5 | work with Elpida. | 13:18:36 |
| 6 | BY MR. JOHNSON: | 13:18:39 |
| 7 | Q.  And you began working for Powerchip when? | 13:18:40 |
| 8 | A.  1996. | 13:18:49 |
| 9 | Q.  And what -- what work did you do with | 13:18:52 |
| 10 | Elpida while you were with Powerchip? | 13:18:57 |
| 11 | A.  Back then, I was the VP of Powerchip, so | 13:19:28 |
| 12 | I was involved in technology transfer.  I was also | 13:19:31 |
| 13 | involved in yield improvement. | 13:19:37 |
| 14 | Q.  What was Elpida's business when you were | 13:19:40 |
| 15 | working at Powerchip, if you know? | 13:19:42 |
| 16 | A.  It was a company involved in DRAM R&D, | 13:19:56 |
| 17 | sales, and manufacturing. | 13:20:02 |
| 18 | Q.  Did Elpida assist Powerchip with DRAM | 13:20:03 |
| 19 | R&D? | 13:20:08 |
| 20 | A.  Mostly about technology transfer. | 13:20:19 |
| 21 | Q.  Okay.  And did you -- when you were with | 13:20:21 |
| 22 | Rexchip, did you work with Elpida? | 13:20:24 |
| 23 | A.  Yes. | 13:20:31 |
| 24 | Q.  And did that involve technology transfer | 13:20:32 |
| 25 | too? | 13:20:35 |

USD-0351608

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                    99

| | | |
|---|---|---|
| 1 | A.   Back then, I was the president of the | 13:20:51 |
| 2 | company, so I was mainly in charge of the | 13:20:54 |
| 3 | milestone.  In terms of the technology transfer | 13:20:57 |
| 4 | and the details of the technology transfer, we had | 13:21:00 |
| 5 | other people in charge of those. | 13:21:03 |
| 6 | Q.   Okay.  Now, when you started at UMC at | 13:21:07 |
| 7 | the end of 2015, I believe you testified that you | 13:21:13 |
| 8 | were involved with making a decision about whether | 13:21:19 |
| 9 | to go into the DRAM development; is that correct? | 13:21:22 |
| 10 | A.   Yes. | 13:21:45 |
| 11 | Q.   Do -- can you tell us what benchmarking | 13:21:48 |
| 12 | is? | 13:21:51 |
| 13 | A.   It was an internal discussion back then | 13:22:13 |
| 14 | regarding technology development.  In the market, | 13:22:18 |
| 15 | there are three main DRAM companies.  So we were | 13:22:21 |
| 16 | to analyze their technologies in order to identify | 13:22:25 |
| 17 | the future direction for our technology | 13:22:29 |
| 18 | developments. | 13:22:33 |
| 19 | Q.   And which companies' technology did you | 13:22:33 |
| 20 | analyze? | 13:22:40 |
| 21 | A.   So mainly about the three DRAM companies, | 13:22:54 |
| 22 | and we got information from TechInsight [sic] for | 13:22:57 |
| 23 | our initial analysis. | 13:23:03 |
| 24 | Q.   All right.  And what type of information | 13:23:06 |
| 25 | did you get from TechInsights? | 13:23:09 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351609

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                    100

| | | |
|---|---|---|
| 1 | A.  They gave us information regarding design | 13:23:26 |
| 2 | rule, design structure, and cell layout. | 13:23:30 |
| 3 | Q.  And was one of the companies you | 13:23:35 |
| 4 | benchmarked Samsung? | 13:23:39 |
| 5 | A.  Yes, of course.  Samsung is the leader in | 13:23:56 |
| 6 | this technology, so Samsung is our first priority | 13:24:00 |
| 7 | when it comes to benchmarking. | 13:24:05 |
| 8 | Q.  Did you benchmark Hynix? | 13:24:06 |
| 9 | A.  Yes.  So besides getting technical | 13:24:12 |
| 10 | documents from TechInsight, we also got chips in | 13:24:26 |
| 11 | the market to do reverse-engineering. | 13:24:30 |
| 12 | Q.  We'll talk about that.  But you | 13:24:33 |
| 13 | benchmarked Hynix? | 13:24:35 |
| 14 | A.  (In English) Yes. | 13:24:38 |
| 15 | Q.  And did you use TechInsights to benchmark | 13:24:44 |
| 16 | Micron? | 13:24:49 |
| 17 | A.  Yes.  All three is -- all three are | 13:24:54 |
| 18 | included in the information. | 13:24:58 |
| 19 | Q.  And did TechInsights give you reports on | 13:25:00 |
| 20 | the technologies of all three? | 13:25:05 |
| 21 | A.  Yes. | 13:25:19 |
| 22 | Q.  All right.  Did you -- you indicated that | 13:25:20 |
| 23 | you did some reverse-engineering. | 13:25:21 |
| 24 | A.  Yes. | 13:25:26 |
| 25 | Q.  So explain to us what reverse engineering | 13:25:27 |

USD-0351610

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                     101

| | | |
|---|---|---|
| 1 | is. | 13:25:31 |
| 2 | A.  What TechInsight offered was technical | 13:25:47 |
| 3 | directions without detailed analysis.  And also it | 13:25:50 |
| 4 | was just a commercial report.  So there were a lot | 13:25:58 |
| 5 | of our technical interests that could not be | 13:26:01 |
| 6 | addressed in those reports.  So in order for us to | 13:26:05 |
| 7 | get detailed analysis, we had to do | 13:26:19 |
| 8 | reverse-engineering.  That was why we got chips | 13:26:21 |
| 9 | for reverse-engineering.  Based on my | 13:26:25 |
| 10 | understanding, UMC had great abilities in terms of | 13:26:31 |
| 11 | MA, material analysis, as well as FA, failure | 13:26:36 |
| 12 | analysis labs. | 13:26:43 |
| 13 | Q.  Did you reverse-engineer the Samsung | 13:26:44 |
| 14 | chips? | 13:26:46 |
| 15 | A.  Yes. | 13:26:49 |
| 16 | Q.  And were these DRAM chips? | 13:26:50 |
| 17 | A.  Yes. | 13:26:54 |
| 18 | Q.  And do you recall what the -- if they | 13:26:55 |
| 19 | were 30-nanometers-or-less chips? | 13:26:58 |
| 20 | A.  Based on my understanding, they call that | 13:27:12 |
| 21 | 2X, 2Z. | 13:27:14 |
| 22 | Q.  And what's the nanometer? | 13:27:17 |
| 23 | A.  (In English) 2X -- this is something like | 13:27:20 |
| 24 | 28 or 25 nanometer.  2Z is something like 21 | 13:27:20 |
| 25 | nanometer. | 13:27:34 |

USD-0351611

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

102

| | | |
|---|---|---|
| 1 | | 13:27:35 |
| 2 | | 13:27:42 |
| 3 | | 13:27:43 |
| 4 | | 13:27:47 |
| 5 | | 13:27:58 |
| 6 | | 13:28:02 |
| 7 | | 13:28:32 |
| 8 | | 13:28:36 |
| 9 | | 13:28:38 |
| 10 | | 13:28:43 |
| 11 | | 13:28:46 |
| 12 | | 13:28:52 |
| 13 | | 13:28:56 |
| 14 | | 13:28:57 |
| 15 | | 13:29:01 |
| 16 | | 13:29:06 |
| 17 | | 13:29:11 |
| 18 | | 13:29:15 |
| 19 | | 13:29:21 |
| 20 | | 13:29:46 |
| 21 | | 13:29:49 |
| 22 | | 13:29:52 |
| 23 | | 13:29:59 |
| 24 | | 13:30:00 |
| 25 | | 13:30:02 |

USD-0351612

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Stephen Chen
Conducted on July 10, 2018                    103

| | | |
|---|---|---|
| 1 | ▬ ▬ | 13:30:13 |
| 2 | Q.  Now, you were a former executive at | 13:30:16 |
| 3 | Micron; is that correct? | 13:30:20 |
| 4 | A.  Yes. | 13:30:25 |
| 5 | Q.  Now, in the 2016 timeframe, did you have | 13:30:26 |
| 6 | a policy about hiring Micron employees? | 13:30:37 |
| 7 | A.  You mean when I was with UMC? | 13:30:52 |
| 8 | Q.  Yes. | 13:31:01 |
| 9 | ▬ ▬▬▬▬▬▬▬▬▬ | 13:31:18 |
| 10 | ▬▬▬▬▬▬▬▬▬▬▬ | 13:31:23 |
| 11 | ▬▬▬▬▬▬▬▬ | 13:31:26 |
| 12 | ▬ ▬▬▬▬▬▬▬ | 13:31:32 |
| 13 | ▬▬▬▬ | 13:31:36 |
| 14 | ▬ ▬▬▬▬▬▬▬▬ | 13:31:54 |
| 15 | ▬▬▬▬▬▬▬ | 13:31:58 |
| 16 | ▬▬▬▬▬▬▬▬ | 13:32:01 |
| 17 | ▬▬▬▬▬▬▬▬ | 13:32:04 |
| 18 | ▬▬▬▬▬ | 13:32:08 |
| 19 | Q.  So you did hire some individuals from | 13:32:12 |
| 20 | Micron; correct? | 13:32:18 |
| 21 | A.  Only two, six months after I joined -- | 13:32:32 |
| 22 | within the six months after I joined UMC. | 13:32:34 |
| 23 | Q.  And who were they? | 13:32:37 |
| 24 | A.  JT Ho, and Neil Lee. | 13:32:46 |
| 25 | Q.  Did you contact Mr. Ho about coming to | 13:32:50 |

USD-0351613

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Stephen Chen
Conducted on July 10, 2018

104

| | | |
|---|---|---|
| 1 | work? | 13:32:52 |
| 2 | A.  Mr. Ho came to me.  He approached me, | 13:33:01 |
| 3 | saying that he would like to work with me. | 13:33:04 |
| 4 | Q.  And what about Mr. Lee?  Did you contact | 13:33:07 |
| 5 | him? | 13:33:10 |
| 6 | A.  Mr. Lee came to me.  Mr. Lee approached | 13:33:15 |
| 7 | me.  So both of them approached me. | 13:33:19 |
| 8 | Q.  Were you contacted by other Micron | 13:33:21 |
| 9 | employees about possible work at UMC? | 13:33:23 |
| 10 | A.  Basically it was them who approached me | 13:33:42 |
| 11 | so that we had this contact.  So I used to be the | 13:33:47 |
| 12 | president of Micron, and usually it was the | 13:34:13 |
| 13 | directors of Micron who had direct work relations | 13:34:16 |
| 14 | with me at Micron.  But those who approached me | 13:34:20 |
| 15 | afterwards were mostly mid-level or low-level | 13:34:23 |
| 16 | managers with whom I had very little work | 13:34:27 |
| 17 | relations at Micron or direct work relations at | 13:34:30 |
| 18 | Micron.  They came to me because they were not | 13:34:34 |
| 19 | happy at Micron. | 13:34:36 |
| 20 | Q.  And how many people came to you? | 13:34:41 |
| 21 | A.  You mean as of now? | 13:34:43 |
| 22 | Q.  Yeah, through today. | 13:34:46 |
| 23 | A.  Less than 20.  Slightly more than 10, | 13:34:48 |
| 24 | maybe a dozen.  And four or five of them went to | 13:34:54 |
| 25 | a different company after Micron, before they came | 13:35:09 |

USD-0351614

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                    105

| | | |
|---|---|---|
| 1 | to me.  So those four or five did not come to UMC | 13:35:11 |
| 2 | right after Micron. | 13:35:16 |
| 3 | ███ ████████████████████████████ | 13:35:18 |
| 4 | ██████████ | 13:35:25 |
| 5 | ███ ████████████████████████ | 13:35:32 |
| 6 | ██████ | 13:35:34 |
| 7 | ███ █████ ████████████████ | 13:35:35 |
| 8 | ███ ███████████████████ | 13:35:42 |
| 9 | █████████████████████ | 13:35:50 |
| 10 | ███████████████ ████████ | 13:35:53 |
| 11 | ████████████ | 13:35:58 |
| 12 | ███ ██████████ ████████████████ | 13:35:58 |
| 13 | from Micron? | 13:36:01 |
| 14 |     MR. MICHAEL:  Objection.  Calls for | 13:36:06 |
| 15 | speculation. | 13:36:07 |
| 16 |     A.  As I said earlier -- as I said earlier, | 13:36:10 |
| 17 | less than 20, with myself included. | 13:36:11 |
| 18 | BY MR. JOHNSON: | 13:36:19 |
| 19 |     Q.  Did you ever have a plan to raid Micron | 13:36:19 |
| 20 | to develop your DRAM technology? | 13:36:24 |
| 21 |     A.  No, I have never had such a thought. | 13:36:36 |
| 22 |     MR. JOHNSON:  Nothing further. | 13:36:41 |
| 23 |     MR. MICHAEL:  I have a couple of | 13:36:42 |
| 24 | follow-ups. | 13:36:44 |
| 25 |     FURTHER EXAMINATION BY MR. MICHAEL: | 13:36:44 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351615

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                              106

| | | |
|---|---|---|
| 1 | Q.   Mr. Chen, you said that TechInsights | 13:36:48 |
| 2 | during your efforts to do product comparisons | 13:36:50 |
| 3 | provided UMC with technical documentation, | 13:36:53 |
| 4 | including design rules, design structures and cell | 13:36:56 |
| 5 | layouts; is that correct? | 13:36:59 |
| 6 | A.   Yes. | 13:37:19 |
| 7 | Q.   Did TechInsights provide UMC with any | 13:37:21 |
| 8 | Micron technical documents? | 13:37:25 |
| 9 | A.   TechInsight creates a lot of chip | 13:37:55 |
| 10 | reverse-engineering reports, including for Hynix, | 13:37:58 |
| 11 | Samsung, and Micron.  So they are all very | 13:38:03 |
| 12 | commercial reports. | 13:38:09 |
| 13 | Q.   Did TechInsights provide UMC with any | 13:38:10 |
| 14 | Micron design rules? | 13:38:12 |
| 15 | A.   In TechInsights' reports, it shows part | 13:38:25 |
| 16 | of the design rules, but not all. | 13:38:30 |
| 17 | Q.   Do you have an understanding where | 13:38:32 |
| 18 | TechInsights obtained Micron design rules from? | 13:38:34 |
| 19 | A.   So from the reverse-engineering point of | 13:38:58 |
| 20 | view, you get to see the dimension of the | 13:39:00 |
| 21 | structure. | 13:39:02 |
| 22 | A.   (In English) That's a part of our design | 13:39:03 |
| 23 | rule. | 13:39:03 |
| 24 | Q.   But that's not the design rule, that's | 13:39:08 |
| 25 | just the parameter that you're able to observe | 13:39:11 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351616

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Stephen Chen
Conducted on July 10, 2018

107

| | | |
|---|---|---|
| 1 | from your reverse-engineering; correct? | 13:39:14 |
| 2 | A. That is correct. However, UMC does | 13:39:38 |
| 3 | possess some design rule capabilities, so by | 13:39:41 |
| 4 | looking at the documents in the development | 13:39:45 |
| 5 | process and reverse-engineering process, we're | 13:39:49 |
| 6 | able to complete the design rule. | 13:39:51 |
| 7 | Q. So I want to ignore commercial reports | 13:39:53 |
| 8 | that TechInsights provided to you. Besides | 13:40:03 |
| 9 | commercial reports, did TechInsights provide UMC | 13:40:06 |
| 10 | with any Micron technical documents? | 13:40:09 |
| 11 | A. No. | 13:40:29 |
| 12 | Q. You also testified that UMC decided not | 13:40:30 |
| 13 | to reverse-engineer Micron DRAM chips; is that | 13:40:33 |
| 14 | correct? | 13:40:38 |
| 15 | A. We had such direction identified in the | 13:40:57 |
| 16 | team discussions. | 13:41:01 |
| 17 | Q. Did UMC have TechInsights | 13:41:04 |
| 18 | reverse-engineer any Micron chips? | 13:41:08 |
| 19 | A. (In English) No. | 13:41:22 |
| 20 | Q. Has UMC ever conducted | 13:41:22 |
| 21 | reverse-engineering of Micron DRAM chips, aside | 13:41:25 |
| 22 | from -- let me ask the question again. | 13:41:29 |
| 23 | Has UMC ever conducted | 13:41:33 |
| 24 | reverse-engineering of Micron DRAM chips? | 13:41:35 |
| 25 | A. I suppose not. | 13:41:58 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351617

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    108

| | | |
|---|---|---|
| 1 | Q.  Do you know one way or the other? | 13:42:03 |
| 2 | A.  Supposedly no. | 13:42:15 |
| 3 | Q.  What do you mean, "Supposedly no"? | 13:42:18 |
| 4 | A.  We bought some Micron chips in the | 13:42:54 |
| 5 | market, and someone later advised us not to do | 13:42:56 |
| 6 | reverse-engineering, so I didn't do it.  But then | 13:42:59 |
| 7 | was there any further analysis?  I am not sure. | 13:43:04 |
| 8 | I handed the Micron chips to the analysis | 13:43:14 |
| 9 | department, and then I don't know what happened to | 13:43:19 |
| 10 | those chips.  I'm not sure if the analysis | 13:43:21 |
| 11 | department destroyed the chips or not. | 13:43:26 |
| 12 | Q.  Who did you hand the chips to?  What was | 13:43:28 |
| 13 | the name of the individual? | 13:43:31 |
| 14 | A.  The AVP of the process development | 13:43:43 |
| 15 | department was SF Tzou. | 13:43:47 |
| 16 | Q.  To the best of your knowledge, UMC has | 13:43:54 |
| 17 | not reverse-engineered Micron DRAM chips; correct? | 13:43:58 |
| 18 | A.  That is correct.  We decided on purpose | 13:44:15 |
| 19 | not to reverse-engineer Micron chips. | 13:44:17 |
| 20 | Q.  You also testified that one of the | 13:44:20 |
| 21 | reasons you -- UMC did not reverse-engineer Micron | 13:44:22 |
| 22 | chips is that there were some concerns regarding | 13:44:27 |
| 23 | Micron.  What concerns? | 13:44:32 |
| 24 | A.  We decided to go for the structure of | 13:45:03 |
| 25 | Samsung, so in the first place we did not need too | 13:45:07 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351618

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                    109

| | | |
|---|---|---|
| 1 | much Micron technology direction.  (Chinese | 13:45:10 |
| 2 | spoken) -- | 13:45:16 |
| 3 | Q.  Let me stop you there.  What were UMC's | 13:45:17 |
| 4 | concerns about Micron, if any? | 13:45:22 |
| 5 | A.  We have decided not to go for the | 13:45:52 |
| 6 | technology direction and layout of the - Micron, | 13:45:54 |
| 7 | so if we discussed Micron technologies, there | 13:45:58 |
| 8 | would be too many discussions, and too many | 13:46:04 |
| 9 | discussions were not a good thing for technology | 13:46:07 |
| 10 | development. | 13:46:10 |
| 11 | Q.  Those were the concerns that your legal | 13:46:12 |
| 12 | counsel provided to UMC? | 13:46:15 |
| 13 | MR. JOHNSON:  Objection.  I instruct you | 13:46:25 |
| 14 | not to answer on the ground of attorney-client | 13:46:27 |
| 15 | privilege to the extent that it relates to | 13:46:30 |
| 16 | communications with legal counsel. | 13:46:34 |
| 17 | MR. MICHAEL:  Okay, I'm not going to | 13:46:49 |
| 18 | debate this issue with you on the record right now | 13:46:50 |
| 19 | in the interests of time.  I will tell you that it | 13:46:53 |
| 20 | was your question and the witness's testimony that | 13:46:55 |
| 21 | invoked the advice of counsel for decision-making | 13:46:57 |
| 22 | that was made.  So in my view, it's fair game, but | 13:47:01 |
| 23 | we can deal with that at a different time. | 13:47:04 |
| 24 | MR. JOHNSON:  I disagree, but we can. | 13:47:07 |
| 25 | MR. MICHAEL:  Yes. | 13:47:10 |

USD-0351619

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                      110

| | | |
|---|---|---|
| 1 | MR. JOHNSON:  And will. | 13:47:11 |
| 2 | BY MR. MICHAEL: | 13:47:12 |
| 3 | Q.  You also testified that you've hired less | 13:47:12 |
| 4 | than 20 individuals from Micron; correct? | 13:47:15 |
| 5 | A.  (In English) Yes. | 13:47:26 |
| 6 | Q.  You mentioned JT Ho? | 13:47:27 |
| 7 | A.  Mm'hm. | 13:47:30 |
| 8 | Q.  When did JT Ho start working on the | 13:47:31 |
| 9 | UMC-Jinhua joint development DRAM project? | 13:47:37 |
| 10 | A.  JT joined UMC, I think it was mid or late | 13:48:07 |
| 11 | November of 2015.  And it was the end of December | 13:48:13 |
| 12 | that we began discussions regarding the joint | 13:48:17 |
| 13 | project. | 13:48:21 |
| 14 | Q.  And what about Mr. Neil Lee, when did he | 13:48:23 |
| 15 | start working on the joint DRAM project? | 13:48:29 |
| 16 | A.  Roughly also after December. | 13:48:40 |
| 17 | Q.  Mr. Kenny Wang is also an individual that | 13:48:47 |
| 18 | is a former Micron employee that was hired into | 13:48:52 |
| 19 | your group at UMC; correct? | 13:48:55 |
| 20 | A.  Yes. | 13:49:06 |
| 21 | Q.  Are you aware that Mr. JT Ho and Mr Kenny | 13:49:13 |
| 22 | Wang have been indicted by the Taiwan Prosecutors | 13:49:17 |
| 23 | Office for criminal trade secret theft? | 13:49:22 |
| 24 | A.  Yes, I learned about it last year on the | 13:49:44 |
| 25 | news report. | 13:49:48 |

USD-0351620

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                111

| | | |
|---|---|---|
| 1 | Q.  Are you also aware that one of the bases | 13:49:49 |
| 2 | for the indictment is that Mr. Ho and Mr. Wang | 13:49:53 |
| 3 | brought to them -- brought to UMC a substantial | 13:49:58 |
| 4 | number of Micron confidential documents?  Are you | 13:50:05 |
| 5 | aware of that? | 13:50:12 |
| 6 | A.  I didn't know until the investigation | 13:50:30 |
| 7 | department came for the investigation. | 13:50:34 |
| 8 | Q.  Did you ever conduct an investigation on | 13:50:41 |
| 9 | how it is that JT Ho was in possession of Micron | 13:50:44 |
| 10 | confidential documents while employed at UMC? | 13:50:51 |
| 11 | A.  I did not know that JT Ho had Micron | 13:51:08 |
| 12 | confidential documents, so I did not conduct | 13:51:13 |
| 13 | an investigation. | 13:51:15 |
| 14 | Q.  Is JT Ho still employed at UMC? | 13:51:17 |
| 15 | A.  Yes. | 13:51:24 |
| 16 | Q.  And you're employed at UMC; correct? | 13:51:26 |
| 17 | A.  Yes. | 13:51:31 |
| 18 | Q.  And JT Ho still reports to you; correct? | 13:51:32 |
| 19 | A.  JT Ho is not reporting to me.  He used to | 13:51:48 |
| 20 | be involved in technology integration, but now | 13:51:51 |
| 21 | he's transferred to a different department. | 13:51:54 |
| 22 | Q.  Does he work on the DRAM project? | 13:51:57 |
| 23 | A.  (In English) Now? | 13:52:05 |
| 24 | A.  Are you asking now? | 13:52:07 |
| 25 | Q.  Yes. | 13:52:08 |

USD-0351621

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                112

| | | |
|---|---|---|
| 1 | A.  He is involved in the discussions of | 13:52:13 |
| 2 | product testing. | 13:52:16 |
| 3 | Q.  Have you ever asked JT Ho what the source | 13:52:17 |
| 4 | was of the Micron documents that he possessed | 13:52:21 |
| 5 | while at UMC? | 13:52:24 |
| 6 | A.  No, I have never asked him. | 13:52:37 |
| 7 | Q.  Have you ever -- ever asked somebody at | 13:52:40 |
| 8 | UMC to investigate the source of Micron documents | 13:52:44 |
| 9 | that were in JT Ho's possession? | 13:52:48 |
| 10 | A.  We didn't know about those documents | 13:53:06 |
| 11 | until the investigation department came for | 13:53:09 |
| 12 | an investigation. | 13:53:11 |
| 13 | Q.  And my question to you is, have you, | 13:53:14 |
| 14 | Mr. Chen, ever asked somebody at UMC to | 13:53:16 |
| 15 | investigate the source of Micron confidential | 13:53:19 |
| 16 | documents that JT Ho possessed? | 13:53:24 |
| 17 | A.  No. | 13:53:39 |
| 18 | Q.  Have you ever asked Kenny Wang what the | 13:53:43 |
| 19 | source was of the Micron documents that he | 13:53:45 |
| 20 | possessed while at UMC? | 13:53:48 |
| 21 | A.  I did not know that Kenny Wang had those | 13:54:01 |
| 22 | documents.  I did not know that Kenny Wang had | 13:54:05 |
| 23 | those documents until the investigation, and then | 13:54:11 |
| 24 | after the investigation, Kenny Wang was let go by | 13:54:14 |
| 25 | the company. | 13:54:19 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351622

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                    113

| | | |
|---|---|---|
| 1 | Q.  So is it correct that you've never asked | 13:54:20 |
| 2 | Kenny Wang what the source was of the Micron | 13:54:23 |
| 3 | documents in his possession? | 13:54:26 |
| 4 | A.  No. | 13:54:33 |
| 5 | THE CHECK INTERPRETER:  I'm sorry, it | 13:54:36 |
| 6 | wasn't clear whether the witness meant "No, I've | 13:54:40 |
| 7 | never asked" or "Yes, you're correct".  My | 13:54:42 |
| 8 | interpretation would be "It is correct". | 13:54:48 |
| 9 | BY MR. MICHAEL: | 13:54:52 |
| 10 | Q.  Let me ask the question again. | 13:54:52 |
| 11 | Have you ever asked Kenny Wang what the | 13:54:54 |
| 12 | source was of the Micron documents in his | 13:54:56 |
| 13 | possession? | 13:54:59 |
| 14 | A.  No. | 13:55:07 |
| 15 | MR. JOHNSON:  Done? | 13:55:11 |
| 16 | MR. MICHAEL:  No more.  I'm all good. | 13:55:13 |
| 17 | THE COURT REPORTER:  Any stipulations? | 13:55:17 |
| 18 | MR. MICHAEL:  Same ones as yesterday? | 13:55:21 |
| 19 | MR. JOHNSON:  Same ones as yesterday. | 13:55:23 |
| 20 | Same answer. | 13:55:25 |
| 21 | THE VIDEOGRAPHER:  We are going off the | 13:55:26 |
| 22 | record.  The time is 1:55 p.m. | 13:55:27 |
| 23 | (Off the record at 1:55 p.m) | 13:55:30 |
| 24 | | |
| 25 | | |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351623

Confidential - Subject to Protective Order

```
1              CERTIFICATE OF SHORTHAND REPORTER
2         I, JADE K. KING, Accredited Shorthand
3    Reporter, the officer before whom the foregoing
4    deposition was taken, do hereby certify that the
5    foregoing transcript is a true and correct record
6    of the testimony given; that said testimony was
7    taken by me stenographically and thereafter
8    reduced to typewriting under my supervision; that
9    reading and signing was not requested; and that I
10   am neither counsel for or related to, nor employed
11   by any of the parties to this case and have no
12   interest, financial or otherwise, in its outcome.
13         IN WITNESS WHEREOF, I have hereunto set
14   my hand this 15th day of July 2018.
15
16   _____
17   Jade K. King
18
19
20
21
22
23
24
25
```

USD-0351624

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Stephen Chen
Conducted on July 10, 2018

115

**A**

a-c-m-e
26:20
a-l-l-e-n
36:2, 36:7
abilities
101:10
able
44:25, 46:16,
46:21, 68:16,
76:20, 84:5,
87:8, 106:25,
107:6
about
39:19, 41:21,
50:20, 50:22,
51:13, 63:4,
63:23, 64:4,
69:3, 69:14,
70:17, 70:18,
70:19, 72:16,
75:23, 80:1,
81:13, 81:15,
81:17, 83:1,
84:23, 86:13,
86:20, 86:23,
86:25, 88:7,
93:7, 94:13,
94:21, 96:9,
98:20, 99:8,
99:21, 100:12,
102:8, 103:6,
103:25, 104:4,
104:9, 105:5,
105:8, 105:9,
109:4, 110:14,
110:24, 112:10
above
54:25
acceptable
8:21
access
87:9, 88:15,
88:17, 88:20,
92:1, 92:9,
92:10, 92:25,
93:2, 95:20

accessed
96:11, 96:14
accessing
96:16
according
30:22, 60:19,
74:23, 74:25
account
83:5, 83:11,
83:14
accredited
114:2
acer
17:4, 17:7,
17:11
acme
26:18, 27:1,
27:3
acquire
31:3
acquired
32:14, 32:25,
33:20, 97:23
acquisition
32:17, 33:3,
33:5, 91:15
activities
48:11, 68:15,
68:19, 80:24,
91:17
activity
17:25
actually
7:19, 95:7
add
68:7, 68:10,
68:24, 69:10
added
68:12
additional
22:14
address
7:5, 7:9, 7:11,
7:12, 7:13,
7:19, 94:14,
95:10
addressed
101:6

addresses
94:22, 94:25,
95:3
administer
6:5
admissibility
6:7
adopted
84:25, 93:12
advice
102:7, 109:21
advised
108:5
after
19:21, 22:13,
22:21, 22:25,
23:11, 25:18,
26:13, 28:20,
29:19, 36:19,
40:22, 42:3,
42:13, 45:2,
46:13, 46:14,
46:20, 46:21,
47:4, 79:24,
84:25, 91:14,
93:6, 93:11,
103:21, 103:22,
104:25, 105:2,
110:16, 112:24
afterwards
104:15
again
21:5, 24:11,
25:10, 27:9,
28:17, 55:25,
64:7, 85:25,
94:3, 102:3,
107:22, 113:10
agenda
67:20
agent
87:17
ago
17:22, 22:12,
54:22, 54:23
agree
6:6
agreed
6:9, 6:10,

6:11, 55:2,
59:25
agreement
2:12, 56:19,
56:24, 57:4,
57:6, 57:9,
57:14, 57:18,
59:13, 59:16,
60:1, 60:12,
63:8, 63:11,
66:4, 79:1
al
5:5
albert
67:23, 81:24
all
4:1, 6:16,
11:12, 19:24,
22:9, 38:5,
42:24, 45:7,
53:1, 53:3,
58:4, 59:4,
63:24, 64:1,
65:10, 67:7,
69:7, 71:2,
80:15, 80:16,
80:19, 80:22,
81:9, 81:18,
85:17, 87:13,
94:7, 97:25,
99:24, 100:17,
100:20, 100:22,
105:12, 106:11,
106:16, 113:16
allen
35:24, 36:1,
36:7
allocated
68:22
allow
26:9
allowed
46:8, 48:16,
91:15
almost
12:18, 28:18
already
52:19, 62:1,

USD-0351625

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Stephen Chen
Conducted on July 10, 2018

116

| | | | |
|---|---|---|---|
| 84:16 | 58:19, 59:1, | **anywhere** | **april** |
| **also** | 75:16, 75:22 | 9:7, 70:9 | 72:3 |
| 3:30, 5:19, | **answer** | **apologies** | **aptd** |
| 7:22, 9:12, | 8:12, 8:13, | 95:6 | 83:17, 83:20, |
| 10:15, 12:6, | 8:25, 48:20, | **appear** | 83:22 |
| 16:10, 20:21, | 48:22, 48:23, | 94:23 | **army** |
| 24:2, 24:7, | 49:19, 51:21, | **appeared** | 23:19 |
| 35:7, 39:8, | 62:22, 78:5, | 95:11 | **around** |
| 40:1, 44:8, | 78:16, 88:7, | **appears** | 77:1, 87:13 |
| 53:6, 53:7, | 89:15, 92:6, | 67:13, 79:15 | **arranged** |
| 53:8, 53:9, | 94:5, 94:17, | **applied** | 79:25, 84:17 |
| 62:2, 72:7, | 109:14, 113:20 | 49:9, 50:11, | **article** |
| 74:21, 75:16, | **answer's** | 53:5, 58:2, | 54:11 |
| 80:11, 80:12, | 89:14 | 58:12, 58:14, | **aside** |
| 87:3, 89:9, | **answered** | 80:3, 82:12, | 58:22, 107:21 |
| 89:10, 92:8, | 58:5, 95:24 | 82:20, 83:10, | **ask** |
| 96:7, 98:12, | **answers** | 83:12, 83:13, | 8:10, 8:13, |
| 100:10, 101:3, | 4:2, 6:17, | 83:24, 84:10, | 8:23, 8:24, |
| 107:12, 108:20, | 8:10, 8:20, | 84:18 | 11:18, 14:8, |
| 110:3, 110:16, | 26:9, 38:5 | **appoint** | 26:7, 26:8, |
| 110:17, 111:1 | **any** | 29:21 | 34:13, 45:19, |
| **altogether** | 9:5, 10:14, | **appointed** | 51:16, 55:11, |
| 75:17 | 12:23, 13:1, | 30:6 | 56:16, 59:1, |
| **always** | 14:4, 15:8, | **appointment** | 64:7, 74:23, |
| 19:4, 28:15, | 18:6, 22:14, | 55:2, 55:8 | 76:10, 77:5, |
| 93:18, 94:14 | 22:17, 25:15, | **appreciation** | 79:13, 81:8, |
| **american** | 33:6, 37:4, | 84:2, 84:6, | 84:20, 85:24, |
| 71:22 | 38:16, 44:11, | 84:16 | 107:22, 113:10 |
| **amount** | 47:9, 48:20, | **approached** | **asked** |
| 8:17 | 60:13, 70:6, | 71:18, 103:11, | 13:5, 58:5, |
| **analysis** | 70:24, 73:22, | 104:2, 104:6, | 63:18, 95:23, |
| 25:9, 25:13, | 75:20, 77:15, | 104:7, 104:10, | 112:3, 112:6, |
| 25:16, 99:23, | 78:21, 82:8, | 104:14 | 112:7, 112:14, |
| 101:3, 101:7, | 84:23, 85:7, | **approval** | 112:18, 113:1, |
| 101:11, 101:12, | 85:16, 90:12, | 42:13, 46:15, | 113:7, 113:11 |
| 102:15, 108:7, | 90:18, 91:6, | 48:13 | **asking** |
| 108:8, 108:10 | 91:16, 91:17, | **approve** | 8:9, 52:2, |
| **analyze** | 93:8, 96:15, | 51:12 | 52:4, 63:24, |
| 99:16, 99:20 | 96:19, 96:22, | **approved** | 64:1, 66:11, |
| **angle** | 106:7, 106:13, | 55:22, 60:4, | 70:17, 70:18, |
| 84:18 | 107:10, 107:18, | 60:5 | 70:19, 81:13, |
| **announcement** | 108:7, 109:4, | **approximately** | 105:5, 111:24 |
| 42:12 | 113:17, 114:11 | 16:12, 19:1, | **asm** |
| **annual** | **anybody** | 19:6, 62:4, | 53:11, 53:13 |
| 79:21 | 13:5 | 69:10, 69:15, | **asml** |
| **another** | **anyone** | 70:12, 70:15 | 53:5 |
| 41:18, 53:9, | 69:22 | **approximation** | **aspects** |
| 56:9, 58:16, | **anything** | 62:8 | 62:17 |
| | 66:16 | | |

USD-0351626

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

117

| | | | |
|---|---|---|---|
| assess | avp | 61:5, 62:25, | 93:18, 103:14, |
| 63:11 | 108:14 | 63:15, 65:14, | 104:18 |
| assist | award | 69:24, 72:1, | become |
| 8:19, 54:12, | 83:16 | 77:1, 85:5, | 22:21, 46:9, |
| 55:3, 55:8, | aware | 88:24, 89:5, | 46:11 |
| 66:5, 66:8, | 19:13, 19:16, | 89:15, 91:4, | been |
| 66:15, 98:18 | 50:24, 65:10, | 93:16, 101:9, | 16:6, 16:8, |
| assistance | 65:23, 87:8, | 101:20, 102:15 | 16:13, 17:19, |
| 66:12, 84:2 | 87:11, 87:12, | bases | 19:7, 37:22, |
| assisted | 87:21, 95:21, | 111:1 | 38:19, 40:21, |
| 66:13 | 95:25, 96:15, | basic | 52:10, 54:5, |
| association | 110:21, 111:1, | 74:16 | 58:5, 64:12, |
| 71:21 | 111:5 | basically | 66:17, 72:25, |
| assume | | 12:25, 22:22, | 96:18, 110:22 |
| 9:1, 10:1, | **B** | 30:23, 34:11, | before |
| 90:9, 90:19 | | 71:21, 78:20, | 2:12, 6:1, 8:6, |
| attend | b-a-n-q-i-a-o | 84:12, 84:15, | 8:11, 8:13, 9:5, |
| 67:2, 67:10, | 9:19 | 88:3, 91:24, | 10:15, 42:5, |
| 67:17, 79:22, | b-o | 94:13, 94:19, | 42:16, 42:18, |
| 80:23, 81:11, | 43:18 | 104:10 | 42:21, 44:3, |
| 81:18 | bachelor | basis | 59:2, 67:1, |
| attendance | 20:7, 20:8 | 51:25 | 67:3, 70:22, |
| 86:8 | back | bates | 73:11, 73:14, |
| attended | 16:24, 22:11, | 4:22, 4:26, | 73:15, 73:17, |
| 67:11, 71:24, | 27:9, 30:16, | 4:30, 4:34, | 73:19, 97:21, |
| 72:3, 72:5, | 30:21, 30:23, | 64:15, 66:20, | 104:25, 114:3 |
| 77:24, 79:24, | 30:24, 38:3, | 66:22, 73:4, | began |
| 81:3, 82:4, | 38:24, 39:4, | 73:7, 77:5, | 45:2, 51:9, |
| 89:10, 89:22 | 51:2, 59:8, | 79:9, 79:11, | 76:17, 98:4, |
| attention | 62:2, 64:11, | 81:10, 86:1 | 98:7, 110:12 |
| 80:7 | 72:11, 79:14, | bates-stamped | begin |
| attorney-client | 83:23, 84:13, | 64:21 | 42:16 |
| 109:14 | 84:20, 85:21, | bears | beginning |
| attorneys | 98:11, 99:1, | 79:11 | 42:24 |
| 1:16, 11:21 | 99:13, 102:8 | became | begins |
| attract | background | 34:2 | 5:2 |
| 72:10 | 19:21, 37:10, | because | behalf |
| audio | 48:17, 63:16, | 9:11, 11:4, | 5:9, 5:13, |
| 9:25, 10:2 | 86:14 | 11:10, 18:16, | 5:17, 5:21, |
| august | bank | 22:19, 23:11, | 5:23, 6:10, |
| 97:22 | 1:21, 2:4, 5:10 | 30:20, 33:10, | 6:11, 48:18, |
| authority | banqiao | 36:2, 51:7, | 57:4, 57:6, |
| 91:25, 92:10, | 9:17 | 51:8, 61:4, | 57:9, 68:7 |
| 92:21 | base | 61:13, 61:17, | being |
| authorize | 65:5 | 62:12, 71:6, | 48:12, 65:12, |
| 93:1 | based | 71:10, 77:20, | 76:7, 85:4, |
| available | 6:7, 14:22, | 81:21, 84:24, | 85:8, 96:23 |
| 87:17, 92:18 | 52:6, 52:8, | 90:24, 93:11, | belief |
| | 53:14, 61:4, | | 72:4 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351627

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

118

**believe**
79:16, 93:16, 99:7
**belongs**
94:1
**benchmark**
100:8, 100:15
**benchmarked**
100:4, 100:13
**benchmarking**
99:11, 100:7
**besides**
100:9, 107:8
**best**
57:13, 62:8, 71:2, 93:13, 96:2, 108:16
**better**
84:7
**between**
17:10, 29:22, 30:3, 30:8, 50:12, 50:18, 50:21, 56:10, 56:19, 59:13, 62:12, 66:4, 74:13, 87:1
**birth**
15:12
**bit**
94:16
**blvd**
3:25
**bo**
43:15
**bo-wen**
43:18
**board**
42:14, 44:23, 45:13, 46:2, 46:7, 46:14, 46:22, 55:23, 55:25, 60:5
**boise**
18:13, 18:15, 18:24, 19:5, 19:11, 85:8, 85:10, 87:15,

87:21, 87:25, 90:25, 95:22
**born**
15:16
**borough**
7:7
**both**
18:14, 39:6, 77:18, 104:7
**bottom**
64:18, 74:5, 82:13, 83:15
**bought**
102:12, 108:4
**break**
12:7, 13:12, 14:22, 16:15, 17:18, 37:23, 37:24, 38:2, 59:1, 59:2, 59:3, 59:7, 85:15, 85:20
**briefing**
54:8, 82:15, 82:19, 82:25
**briefly**
85:25
**brought**
111:3
**building**
7:24
**business**
16:10, 16:16, 17:20, 17:24, 18:6, 18:10, 19:2, 30:11, 37:20, 38:12, 42:19, 42:20, 43:1, 98:14
**buy**
52:21

**C**

**ca**
3:7, 3:13, 3:27
**california**
1:2, 3:11, 18:21, 79:16

**call**
25:21, 36:2, 101:20
**called**
39:9, 41:19, 53:10, 65:24, 75:12, 95:16, 97:22
**calls**
78:15, 88:1, 89:3, 90:11, 91:2, 96:6, 97:18, 105:14
**came**
51:13, 71:10, 71:17, 89:2, 89:9, 89:12, 89:20, 90:9, 91:11, 103:10, 104:2, 104:6, 104:18, 104:20, 104:25, 111:7, 112:11
**camera**
10:6
**can**
6:5, 6:22, 11:7, 13:12, 16:15, 16:17, 17:18, 25:10, 26:14, 31:19, 35:25, 37:23, 37:24, 45:24, 54:1, 54:14, 56:16, 59:3, 60:11, 63:2, 63:11, 63:22, 64:21, 66:24, 67:13, 73:25, 74:4, 75:3, 77:5, 78:16, 79:19, 80:6, 82:11, 99:11, 109:23, 109:24
**cannot**
7:14, 22:19, 32:18, 36:1, 42:7, 42:8,

62:13
**capabilities**
32:7, 107:3
**capability**
32:10
**capacity**
16:8
**care**
25:8, 25:11
**career**
21:17
**case**
1:6, 9:11, 9:13, 10:16, 114:11
**caspa**
66:12, 66:15, 67:2, 67:4, 67:7, 67:10, 67:14, 69:20, 69:23, 71:18, 71:19, 71:20, 71:21, 71:24, 72:1, 73:13, 73:15, 73:18, 73:19, 77:24, 79:21, 80:21, 81:23, 82:1, 82:4, 82:5, 82:8
**catch**
32:18
**category**
77:13, 77:21
**cell**
60:22, 61:6, 61:14, 61:18, 100:2, 102:21, 102:22, 102:25, 106:4
**ceo**
44:7, 72:8
**certainly**
8:18
**certificate**
114:1
**certified**
54:10
**certify**
114:4

USD-0351628

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Stephen Chen
Conducted on July 10, 2018

119

| | | | |
|---|---|---|---|
| **chairman** 10:20, 81:22 **chambers** 50:3 **chang** 3:34 **change** 28:13, 28:15 **changed** 28:20, 35:3, 38:18 **charge** 35:11, 39:23, 65:1, 99:2, 99:5 **chart** 76:17, 77:6, 77:7, 77:15, 78:12, 78:18, 78:21 **check** 3:33, 6:14, 39:2, 46:18, 49:17, 53:11, 61:15, 78:3, 88:6, 89:13, 92:4, 94:4, 94:15, 98:2, 113:5 **chen** 1:18, 1:20, 2:1, 2:3, 3:15, 4:1, 5:3, 6:16, 6:20, 6:24, 7:3, 7:4, 11:16, 13:16, 15:12, 17:9, 19:20, 26:7, 28:6, 44:14, 45:17, 45:24, 48:25, 50:23, 54:5, 54:12, 54:14, 54:16, 55:3, 55:14, 56:8, 58:22, 59:11, 64:12, 64:17, 65:19, 66:17, 66:24, 67:4, 67:22, 72:25, | 73:9, 74:4, 76:10, 78:13, 78:25, 79:5, 79:13, 80:6, 80:19, 81:1, 81:9, 82:11, 82:15, 82:17, 83:17, 84:20, 85:24, 87:7, 90:3, 91:19, 106:1, 112:14 **cheng** 3:32, 6:12 **cheng-kun** 6:24 **chengkung** 19:22, 20:2, 20:3, 20:4 **chester** 3:31, 5:8 **chia-fang** 3:35, 12:9, 12:16 **chia-ling** 3:32, 6:12 **china** 44:9, 47:21, 71:5, 72:9, 72:11, 80:10 **china's** 54:13 **chinese** 6:25, 7:13, 7:16, 26:3, 26:21, 32:18, 34:14, 36:16, 43:13, 45:10, 51:22, 51:24, 54:18, 62:23, 71:8, 71:19, 71:22, 72:16, 98:2, 109:1 **chip** 74:19, 74:21, 75:7, 102:1, 102:4, 102:6, 106:9 **chips** 27:23, 100:10, | 101:8, 101:14, 101:16, 101:19, 102:9, 102:13, 102:14, 107:13, 107:18, 107:21, 107:24, 108:4, 108:8, 108:10, 108:11, 108:12, 108:17, 108:19, 108:22 **choose** 37:11, 93:18 **chu** 7:6, 7:18 **circuit** 1:11, 44:16 **citizenship** 16:4 **city** 15:20, 15:24, 47:16, 80:13, 80:14 **clarification** 12:10, 49:23, 78:4 **clarify** 8:24, 31:19 **clarity** 95:18 **clear** 14:13, 16:21, 37:19, 55:24, 88:3, 88:7, 88:20, 96:9, 113:6 **clearly** 21:4 **client** 84:6 **clients** 84:5 **closer** 17:19 **collab** 95:17 **collaboration** 44:8, 50:21, 68:8 | **colleagues** 70:11 **collect** 12:23, 13:17, 70:1 **collecting** 13:2 **column** 83:4 **com** 54:11, 95:17 **come** 11:8, 70:25, 72:11, 81:23, 93:4, 105:1 **comes** 89:25, 100:7 **coming** 103:25 **commence** 55:13 **commences** 55:21 **commercial** 101:4, 102:12, 106:12, 107:7, 107:9 **committed** 61:21 **common** 62:12 **communications** 109:16 **companies** 42:11, 49:12, 49:15, 49:20, 49:23, 72:4, 75:11, 80:8, 99:15, 99:19, 99:21, 100:3 **company** 17:4, 17:10, 23:3, 23:4, 23:6, 24:2, 24:3, 24:4, 24:23, 25:21, 26:5, 26:14, 26:15, 26:18, |

USD-0351629

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

120

26:22, 27:10,
28:2, 28:8,
29:11, 29:22,
29:25, 30:3,
30:16, 30:22,
37:14, 37:16,
44:16, 48:12,
70:22, 72:20,
74:24, 75:6,
75:16, 75:17,
78:17, 78:22,
94:10, 97:16,
97:21, 98:16,
99:2, 104:25,
112:25
**company's**
94:20
**compare**
61:4, 61:5,
61:7
**comparisons**
106:2
**compensation**
47:9, 47:13
**competition**
103:16
**complete**
8:11, 20:15,
68:16, 107:6
**completed**
76:7
**completes**
79:25
**complimentary**
54:19
**compound**
14:19
**computer**
17:4, 94:10
**concern**
103:16
**concerns**
102:8, 108:22,
108:23, 109:4,
109:11
**conclusion**
96:8
**condition**
55:22

**conduct**
111:8, 111:12
**conducted**
107:20, 107:23
**confidential**
1:16, 111:4,
111:10, 111:12,
112:15
**confirm**
45:3, 45:8
**conjecture**
88:2, 89:4,
90:12, 91:3,
96:7
**connect**
94:19, 94:21
**connection**
11:6, 13:18,
54:8, 56:11,
58:11, 74:10
**construction**
39:1, 39:6,
39:20, 39:25,
40:1, 40:4,
40:20, 54:13,
55:4, 55:9,
76:7, 76:11
**contact**
88:8, 88:12,
88:22, 91:5,
91:6, 91:9,
91:16, 91:18,
93:5, 93:21,
94:12, 103:25,
104:4, 104:11
**contacted**
104:8
**contain**
54:10
**contained**
73:22
**containing**
14:25, 15:4
**contains**
15:9, 56:12,
66:22
**content**
11:17

**continuing**
102:24
**conversations**
11:17
**coo**
67:23
**cooperation**
16:23, 41:25,
42:10, 56:19,
56:23, 57:4,
59:13, 60:12,
66:4, 79:1, 87:1
**copper**
21:4, 21:6,
21:8, 21:9,
21:10
**core**
42:25
**corner**
56:15, 74:5
**corp**
5:5
**corporate**
4:9, 33:4,
33:6, 33:8,
38:13, 38:16,
38:22, 45:18,
45:21, 51:3
**corporation**
1:10, 3:21, 8:3
**correct**
8:3, 11:3,
12:2, 13:16,
17:11, 18:24,
19:14, 19:18,
24:24, 29:7,
30:8, 32:5,
32:11, 32:14,
32:23, 33:1,
33:20, 34:3,
35:5, 35:17,
37:20, 44:16,
47:21, 48:6,
48:9, 49:2,
49:5, 49:7,
49:10, 49:14,
49:25, 50:4,
50:8, 50:13,

50:19, 51:1,
51:6, 56:4,
57:15, 57:25,
58:3, 58:13,
58:17, 58:20,
59:14, 60:9,
66:9, 66:14,
68:19, 68:20,
69:9, 70:5,
74:19, 76:14,
77:14, 77:18,
79:3, 80:4,
81:1, 82:2,
82:25, 86:6,
86:12, 86:17,
86:24, 87:5,
87:10, 87:15,
87:21, 96:5,
96:21, 99:9,
103:3, 103:20,
106:5, 107:1,
107:2, 107:14,
108:17, 108:18,
110:4, 110:19,
111:16, 111:18,
113:1, 113:7,
113:8, 114:5
**correction**
7:17, 39:3,
43:17, 45:11,
46:19, 49:18,
53:13, 61:16,
72:22, 89:13
**cost**
34:19, 34:22,
59:22, 59:23
**could**
21:5, 24:10,
31:14, 55:11,
61:12, 64:3,
88:20, 101:5
**couldn't**
81:23
**counsel**
3:34, 3:35,
5:14, 16:17,
48:19, 102:7,
109:12, 109:16,

USD-0351630

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

121

109:21, 114:10
**counsel's**
14:23
**count**
68:25
**counts**
65:16, 68:22
**couple**
11:19, 59:2,
79:7, 105:23
**course**
8:8, 8:16,
12:11, 19:9,
44:19, 93:20,
100:5
**court**
1:1, 4:14,
4:18, 5:12, 6:1,
6:3, 6:5, 8:19,
10:23, 12:10,
17:1, 17:5,
20:11, 21:5,
24:10, 24:14,
24:17, 24:21,
25:23, 26:1,
27:13, 28:17,
29:24, 31:14,
31:20, 45:11,
45:15, 54:3,
54:8, 56:6,
56:10, 95:4,
113:17
**cover**
21:11, 56:12
**covers**
65:17, 84:12
**create**
75:24
**creates**
106:9
**criminal**
110:23
**current**
7:12, 54:20,
65:14
**currently**
41:23, 76:22
**cycle**
34:23

**D**

**dan**
3:22, 3:24,
5:21, 5:22
**daniel**
5:20
**data**
89:12, 89:25
**date**
5:6, 10:7,
15:12, 16:18,
36:22, 36:25,
45:4, 46:11,
46:13, 46:20,
47:3
**dated**
56:19, 73:3
**dates**
19:1
**day**
3:4, 3:10,
3:16, 5:17,
5:19, 8:8,
11:24, 44:19,
67:17, 67:18,
67:19, 68:2,
79:21, 79:23,
79:24, 114:14
**days**
67:14
**deal**
33:10, 109:23
**debate**
109:18
**december**
110:11, 110:16
**decent**
8:17
**decide**
91:25, 92:10,
102:17
**decided**
51:2, 102:20,
107:12, 108:18,
108:24, 109:5
**decision**
55:24, 99:8

**decision-making**
48:1, 109:21
**defendants**
1:14
**defined**
61:3
**definition**
60:19
**degree**
19:24, 20:6,
20:7, 20:8,
20:15, 20:20,
22:14, 23:1,
23:12
**delegation**
49:1
**deleted**
14:5
**department**
10:3, 28:11,
28:19, 29:4,
38:12, 38:25,
39:1, 39:5,
39:6, 39:18,
40:6, 40:19,
40:20, 40:23,
40:25, 57:12,
69:4, 69:17,
84:14, 91:18,
91:24, 92:3,
92:20, 92:21,
93:1, 108:9,
108:11, 108:15,
111:7, 111:21,
112:11
**departments**
40:22
**depending**
69:5
**depends**
61:17
**depict**
74:15
**depos**
5:9, 5:13
**deposition**
1:18, 2:1, 5:3,
5:9, 8:5, 8:17,

9:4, 10:24,
10:25, 11:1,
11:6, 11:22,
12:22, 45:9,
50:3, 52:9,
63:6, 114:4
**deputy**
27:19, 27:20,
28:20, 44:1
**description**
74:12, 78:23
**description"**
77:13
**design**
21:23, 23:3,
23:4, 24:3,
29:14, 30:13,
60:24, 74:22,
74:24, 74:25,
75:3, 75:4,
75:6, 75:7,
75:8, 75:9,
75:18, 75:19,
100:1, 100:2,
102:17, 106:4,
106:14, 106:16,
106:18, 106:22,
106:24, 107:3,
107:6
**designed**
29:16
**destroyed**
14:5, 108:11
**detail**
22:22
**detailed**
101:3, 101:7
**details**
99:4
**develop**
56:25, 75:1,
97:6, 105:20
**developed**
27:4, 60:17,
85:4, 85:8,
91:12, 97:13,
97:17
**developing**
32:6

USD-0351631

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

122

development
22:23, 51:18,
52:17, 52:18,
52:25, 53:18,
57:20, 57:24,
59:19, 59:20,
59:25, 60:9,
61:20, 63:8,
63:11, 68:13,
68:17, 69:5,
74:2, 74:13,
74:15, 74:16,
74:18, 76:14,
76:17, 76:23,
78:13, 79:2,
85:10, 99:9,
99:14, 107:4,
108:14, 109:10,
110:9
developments
99:18
device
60:25, 61:8
devices
48:6, 49:25,
50:2
didn't
61:4, 67:7,
71:16, 81:21,
84:23, 95:4,
95:12, 108:6,
111:6, 112:10
diego
3:6
differ
61:10
different
7:23, 26:14,
61:13, 70:22,
83:7, 83:9,
94:16, 104:25,
109:23, 111:21
difficult
35:13
dimension
106:20
dimensions
102:3

direct
18:16, 80:6,
88:12, 88:22,
91:16, 91:18,
104:13, 104:17
direction
99:17, 107:15,
109:1, 109:6
directions
101:3
directly
88:4, 93:21
director
27:19, 27:20,
28:20, 28:21,
29:5, 34:6,
34:8, 34:17,
35:4, 35:6,
35:13, 35:14,
40:23, 41:2,
44:1, 46:7
directors
42:14, 44:23,
45:13, 46:3,
46:15, 46:22,
55:23, 55:25,
60:5, 104:13
disagree
109:24
disclose
11:17
discuss
22:10
discussed
50:12, 109:7
discussion
50:20, 76:1,
86:15, 86:19,
86:21, 99:13
discussions
42:19, 42:21,
43:2, 50:18,
83:24, 84:3,
84:9, 86:11,
107:16, 109:8,
109:9, 110:12,
112:1
dispute
10:19, 54:9

dissolve
55:25
dissolved
44:24, 45:14
dissolving
45:4
district
1:1, 1:2
division
27:20
document
4:22, 4:26,
4:30, 4:34,
45:20, 46:1,
53:25, 56:14,
64:14, 64:20,
65:23, 66:19,
66:22, 66:25,
67:3, 67:22,
73:2, 73:6,
73:9, 75:20,
76:11, 79:7,
79:8, 79:14,
82:13, 84:1,
84:16, 84:18,
86:1, 87:23,
87:25, 88:25,
89:2, 90:4,
90:8, 90:9,
90:20, 90:21,
90:24
documentary
73:10
documentation
88:15, 91:21,
106:3
documents
12:12, 12:19,
12:24, 13:2,
13:3, 13:6,
13:18, 13:22,
14:1, 14:6,
14:9, 14:10,
14:15, 14:16,
14:17, 15:1,
15:4, 15:9,
44:11, 51:12,
51:13, 87:12,

87:16, 87:18,
88:18, 89:6,
89:8, 89:9,
89:17, 89:20,
90:13, 90:18,
90:24, 92:1,
92:11, 92:14,
92:17, 92:25,
93:7, 93:9,
93:14, 94:18,
96:20, 100:10,
106:8, 107:4,
107:10, 111:4,
111:10, 111:12,
112:4, 112:8,
112:10, 112:16,
112:19, 112:22,
112:23, 113:3,
113:12
does
1:12, 13:21,
14:14, 22:2,
22:5, 39:12,
40:4, 40:15,
43:12, 44:6,
51:17, 52:16,
53:18, 60:21,
61:7, 61:10,
74:14, 76:13,
76:23, 77:8,
78:12, 91:10,
91:17, 93:13,
107:2, 111:22
doing
74:18, 74:19
don't
8:23, 10:4,
10:6, 11:16,
19:20, 22:24,
32:20, 48:22,
56:2, 62:7,
63:14, 69:13,
83:19, 83:22,
85:14, 87:19,
88:11, 89:7,
89:19, 93:6,
95:9, 108:9
done
11:7, 68:13,

USD-0351632

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

123

| | | | |
|---|---|---|---|
| 85:2, 85:10, 85:12, 113:15 | 84:13, 86:11, 86:16, 86:24, 87:4, 93:14, | **effective** 47:3 | 66:14, 70:13, 70:16, 81:9, |
| **down** 16:15, 17:18 | 93:17, 93:22, 93:24, 93:25, | **effort** 12:23 | 81:17, 81:25, 82:1, 87:8, |
| **download** 89:6, 89:16, | 94:8, 97:10, 97:13, 98:16, | **efforts** 13:17, 106:2 | 87:13, 88:14, 89:5, 89:16, |
| 89:18, 94:18 | 98:18, 99:9, | **either** 18:21, 73:10 | 91:20, 92:24, 93:20, 96:21, |
| **downloaded** 94:9 | 99:15, 99:21, 101:16, 105:4, | **electric** 29:18 | 103:6, 104:9, 105:3 |
| **dozen** 104:24 | 105:5, 105:20, 107:13, 107:21, | **electrical** 20:8 | **employer** 7:25 |
| **dr** 3:5 | 107:24, 108:17, 110:9, 110:15, | **electronic** 14:10, 14:16, | **employers** 16:16 |
| **dram** 13:23, 14:2, | 111:22 | 15:8 | **employment** 17:14, 48:3, |
| 14:6, 14:15, | **dram-experienced** 61:25 | **elpida** 29:23, 30:1, | 48:9, 48:12 |
| 15:1, 15:5, 15:9, 24:2, | **drives** 14:11, 15:4 | 30:3, 30:8, 30:17, 30:19, | **end** 19:3, 19:5, |
| 24:4, 24:23, 27:25, 28:8, | **due** 71:5 | 30:23, 97:17, 97:22, 97:23, | 23:22, 31:2, 36:13, 42:23, |
| 29:11, 29:12, 29:14, 29:16, | **duly** 4:1, 6:16 | 98:1, 98:5, 98:10, 98:18, | 45:12, 99:7, 110:11 |
| 30:12, 30:13, 30:18, 30:19, | **during** 8:8, 8:16, | 98:22 | **endorsement** 84:6 |
| 31:4, 31:25, 32:3, 32:7, | 12:11, 12:19, 19:9, 44:19, | **elpida's** 98:14 | **engaged** 75:7 |
| 32:10, 37:5, 37:8, 37:10, | 49:4, 67:7, 67:12, 68:1, | **else** 66:16 | **engineer** 23:5, 24:8, |
| 37:12, 37:14, 37:19, 41:23, | 68:6, 68:10, 69:19, 69:23, | **email** 64:18, 64:23, | 25:8, 25:11, 83:10 |
| 41:24, 50:12, 50:18, 51:19, | 86:10, 90:3, 106:2 | 65:9, 65:11 | **engineering** 20:9, 27:2, |
| 52:14, 52:17, 53:18, 54:12, | **duties** 38:21, 47:23 | **employed** 17:20, 23:10, | 29:5, 39:7, 41:10, 41:16, |
| 55:21, 56:18, 56:25, 57:25, | **E** | 23:20, 25:2, 35:20, 50:7, | 100:25 |
| 58:11, 60:25, 61:8, 62:2, | **e-l-p-i-d-a** 30:1, 30:2 | 62:19, 64:10, 84:21, 87:7, | **engineers** 48:9, 61:25, |
| 62:5, 62:13, 62:15, 62:19, | **each** 49:12 | 96:19, 96:23, 111:10, 111:14, | 62:5, 62:16, 62:19, 63:9, |
| 63:9, 64:9, 66:6, 66:14, | **earlier** 83:2, 83:8, | 111:16, 114:10 | 63:19, 64:5, 64:9, 66:5, |
| 69:10, 70:6, 70:7, 70:10, | 87:20, 105:16 | **employee** 33:19, 34:3, | 66:9, 68:24, 68:25, 69:10, |
| 70:12, 70:15, 76:24, 77:22, | **early** 22:20, 43:1, | 63:16, 83:11, 83:14, 86:15, | 69:19, 69:23, 70:7, 70:10, |
| 79:2, 82:14, 82:20, 84:11, | 55:14 | 110:18 | 70:12, 70:15, 76:22 |
| | **educational** 19:21 | **employees** 14:5, 33:17, 65:2, 65:6, | |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351633

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

124

**english**
4:2, 6:17, 7:1,
8:17, 26:10,
38:13, 40:15,
41:4, 42:1,
43:12, 43:20,
43:21, 44:12,
45:24, 49:3,
49:6, 50:5,
54:17, 54:22,
61:23, 62:9,
65:22, 71:20,
72:20, 79:18,
82:18, 83:9,
83:19, 86:18,
90:5, 90:7,
90:17, 93:18,
95:2, 95:8,
96:13, 96:17,
97:4, 100:14,
101:23, 106:22,
107:19, 110:5,
111:23
**enough**
44:20, 52:20
**enter**
20:14
**entered**
19:23, 56:23,
57:14
**entire**
38:15, 96:18,
96:22
**entirely**
61:9
**entities**
96:4
**entity**
33:20, 33:22,
33:25, 44:19,
74:22
**equipment**
21:16, 21:23,
39:16, 40:5,
40:7, 48:5,
48:15, 49:13,
49:24, 50:24,
50:25, 51:5,

51:9, 51:14,
51:18, 52:5,
52:7, 52:13,
52:16, 52:19,
52:21, 52:22,
52:23, 53:2,
53:17, 53:19,
53:20, 53:22,
53:23, 57:19,
57:24, 58:2,
58:6, 58:10,
58:12, 81:12,
81:19
**esmt**
75:14, 75:15
**establish**
63:9
**established**
78:17
**et**
5:5
**event**
66:15, 67:3,
67:5, 67:8,
67:10, 67:11,
67:15, 69:20,
69:23, 71:24,
72:2, 72:5,
72:7, 73:16,
73:18, 73:19,
77:25, 78:9,
79:22, 79:25,
80:21, 81:23,
82:1, 82:9
**eventually**
27:7, 29:6
**ever**
8:5, 9:4,
13:25, 14:5,
14:24, 15:3,
15:7, 16:6,
44:22, 52:13,
90:4, 96:11,
105:19, 107:20,
107:23, 111:8,
112:3, 112:7,
112:14, 112:18,
113:11

**every**
28:18, 28:19
**everybody**
72:6
**everything**
78:20, 84:12
**exact**
7:19, 36:25,
76:25
**exactly**
87:16, 94:11,
95:13
**examination**
4:6, 4:37,
4:39, 6:19,
97:2, 105:25
**example**
53:8, 71:14,
87:17, 89:21,
94:13, 94:22
**excuse**
39:22, 73:5
**executive**
3:5, 103:2
**exhibit**
4:8, 4:12,
4:13, 4:16,
4:17, 4:21,
4:25, 4:29,
4:33, 45:18,
45:21, 54:2,
54:6, 54:7,
56:5, 56:8,
56:9, 64:13,
64:14, 64:20,
66:18, 66:19,
73:1, 73:6,
73:23, 79:6,
79:8, 81:10,
85:25
**exist**
63:10
**existed**
62:5, 63:19,
64:5
**expected**
65:2
**experience**
21:22, 62:2,

62:20, 63:16,
65:7, 88:24
**experienced**
62:4, 63:9,
64:9
**expertise**
62:16
**explain**
100:25
**explanation**
24:15, 82:23
**express**
71:13
**extent**
109:15
**eyes**
1:16

**F**

**f**
60:22
**fa**
101:11
**fab**
19:17, 35:3,
35:5, 35:7,
35:9, 35:11,
35:14, 37:3,
37:4, 87:21,
87:23, 88:5,
88:9, 88:12,
88:15, 88:22,
89:1, 90:4,
90:9, 90:19,
90:24, 90:25,
91:6, 91:7,
91:17, 91:20,
92:23, 92:25,
93:1, 93:4, 93:5
**fabless**
23:4, 24:3
**fabrication**
19:10, 19:13,
19:17, 48:15,
49:13, 49:24,
51:5
**fabs**
35:8

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                        125

| | | | |
|---|---|---|---|
| **facilities** | **file-sharing** | **focusing** | **from** |
| 19:10, 19:14, | 87:10 | 34:19 | 4:3, 4:10, |
| 40:2 | **filed** | **follow** | 5:18, 5:21, |
| **facility** | 4:14, 4:18, | 65:20 | 6:17, 18:18, |
| 18:21, 19:17, | 54:3, 54:7, | **follow-up** | 19:22, 19:25, |
| 38:25, 39:5, | 56:6, 56:10 | 85:16 | 20:4, 23:11, |
| 39:20, 39:24, | **filing** | **follow-ups** | 25:20, 26:4, |
| 39:25, 40:4, | 4:10, 45:19, | 105:24 | 28:1, 28:19, |
| 40:20, 65:15 | 45:22, 56:13, | **foregoing** | 29:10, 29:17, |
| **fact** | 56:14 | 114:3, 114:5 | 38:6, 45:19, |
| 86:5, 88:17 | **final** | **form** | 45:22, 46:4, |
| **factory** | 80:9 | 69:7, 73:10 | 47:9, 47:13, |
| 34:19, 34:25, | **finance** | **formed** | 49:2, 51:10, |
| 35:1 | 33:10, 44:2, | 71:22 | 52:22, 53:6, |
| **failure** | 57:11 | **former** | 53:7, 53:8, |
| 25:9, 25:13, | **financial** | 44:7, 70:11, | 53:13, 57:11, |
| 25:14, 101:11 | 114:12 | 70:13, 70:16, | 58:2, 58:6, |
| **failures** | **find** | 103:2, 110:18 | 58:12, 58:22, |
| 25:15 | 78:8, 103:9 | **forth** | 59:19, 59:20, |
| **fair** | **finding** | 60:12 | 61:13, 62:3, |
| 8:14, 14:23, | 25:24 | **forward** | 64:23, 65:7, |
| 17:25, 44:20, | **first** | 55:15 | 66:11, 67:13, |
| 79:23, 87:24, | 11:24, 22:24, | **found** | 69:3, 69:7, |
| 109:22 | 23:1, 23:15, | 18:18, 75:16 | 69:16, 69:25, |
| **fairs** | 24:23, 35:23, | **foundation** | 70:7, 70:10, |
| 77:16 | 35:24, 40:12, | 78:15 | 70:25, 71:2, |
| **familiar** | 43:8, 43:17, | **foundational** | 71:4, 71:10, |
| 84:22, 95:15 | 56:22, 73:1, | 63:12, 85:9 | 72:10, 80:13, |
| **familiarize** | 77:21, 77:22, | **foundry** | 81:5, 81:13, |
| 66:25 | 97:3, 100:6, | 37:16, 75:5 | 81:17, 82:3, |
| **favor** | 108:25 | **four** | 82:4, 82:6, |
| 74:4 | **five** | 12:6, 22:8, | 82:8, 83:15, |
| **feature** | 12:6, 22:21, | 34:23, 60:15, | 84:1, 84:6, |
| 61:1 | 104:24, 105:1 | 80:9, 80:22, | 89:2, 89:6, |
| **february** | **five-minute** | 80:25, 81:5, | 89:9, 89:12, |
| 9:12, 10:8, | 85:15 | 81:9, 81:13, | 89:17, 89:20, |
| 10:9, 10:13, | **flew** | 81:17, 81:25, | 89:24, 89:25, |
| 42:4, 42:6, | 18:12, 18:14 | 82:7, 104:24, | 90:1, 90:9, |
| 42:17, 42:18, | **flight** | 105:1 | 90:21, 90:24, |
| 42:21, 44:23, | 18:16 | **four-year** | 91:6, 91:11, |
| 45:2, 45:13, | **flip** | 61:20 | 93:4, 93:19, |
| 47:1, 55:8, | 85:15 | **francisco** | 94:9, 94:18, |
| 60:2, 61:24, | **floor** | 3:12, 3:26, | 94:23, 97:8, |
| 62:6, 62:18, | 1:21, 2:4, | 18:12, 18:15, | 97:9, 99:22, |
| 63:17, 64:3, | 3:11, 5:10, | 18:19 | 99:25, 100:10, |
| 64:8 | 22:10 | **friday** | 103:10, 103:13, |
| **ferrite** | **focused** | 67:15 | 103:14, 103:15, |
| 25:21 | 82:12 | **friend** | 103:17, 103:19, |
| | | 16:10 | |

USD-0351635

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

126

105:13, 106:18,
106:19, 107:1,
107:22, 110:4
**front**
9:15
**fujian**
1:10, 47:17,
56:20, 56:24,
57:18, 71:4
**full**
6:22, 65:15,
89:15, 92:6,
94:4
**function**
38:14, 38:16,
77:13, 77:22
**fung**
64:24
**further**
4:39, 6:6,
48:20, 96:24,
105:22, 105:25,
108:7
**future**
99:17

**G**

**game**
109:22
**gave**
74:12, 81:24,
100:1
**generally**
11:7, 33:4
**generations**
60:16, 60:18
**get**
16:17, 20:18,
33:9, 33:11,
35:15, 36:4,
48:17, 81:21,
95:4, 99:25,
101:7, 106:20
**getting**
100:9, 103:18
**give**
8:11, 25:10,
26:9, 62:7,

81:22, 100:19
**given**
4:2, 6:17,
37:10, 38:5,
44:7, 114:6
**global**
34:9, 35:16,
35:19
**go**
18:10, 22:14,
26:1, 30:23,
30:24, 36:14,
71:12, 71:16,
72:7, 81:21,
99:9, 108:24,
109:5, 112:24
**going**
8:25, 11:18,
14:22, 26:7,
26:8, 34:13,
37:22, 37:25,
51:20, 55:15,
56:2, 59:5,
63:4, 63:5,
64:7, 64:17,
67:2, 69:12,
80:2, 85:18,
85:24, 109:17,
113:21
**gone**
37:14, 58:25
**good**
5:18, 6:20,
6:21, 109:9,
113:16
**got**
26:14, 28:18,
35:2, 36:17,
71:5, 71:6,
71:9, 72:18,
84:5, 99:22,
100:10, 101:8,
103:14
**government**
60:4, 71:11,
71:13, 80:10,
80:25, 81:6,
82:6, 82:8

**graduate**
19:25, 20:3,
23:11
**graduated**
19:22, 72:10
**graduates**
72:16
**great**
101:10
**ground**
62:12, 109:14
**group**
3:24, 5:21,
5:23, 35:3,
38:14, 42:25,
110:19
**guess**
62:7

**H**

**h-u-a-n-g**
43:10
**had**
8:5, 12:2,
13:1, 13:25,
16:23, 16:24,
19:4, 32:9,
52:20, 62:2,
64:3, 70:10,
72:9, 74:7,
90:8, 90:14,
90:20, 91:20,
93:5, 97:8,
99:4, 101:7,
101:10, 102:8,
104:11, 104:13,
104:16, 105:21,
107:15, 111:11,
112:21, 112:22
**hadn't**
90:12
**half**
7:10, 47:11,
47:12, 76:19,
79:14
**half-day**
11:11
**hand**
108:12, 114:14

**handed**
54:5, 66:17,
72:25, 79:5,
108:8
**handing**
45:17, 64:12
**happened**
93:5, 108:9
**happy**
104:19
**hard**
90:19, 94:11
**hard-copy**
14:16
**hardly**
91:6
**has**
13:5, 13:25,
14:4, 14:14,
14:24, 15:3,
15:7, 19:13,
19:16, 48:19,
52:10, 52:13,
52:19, 54:15,
57:23, 58:4,
58:10, 64:12,
66:17, 70:6,
72:25, 73:4,
74:18, 76:6,
77:6, 78:22,
91:24, 92:10,
107:20, 107:23,
108:16
**hats**
47:6, 84:15
**have**
7:8, 8:5, 9:4,
9:9, 10:13,
10:20, 11:10,
11:20, 13:1,
13:17, 13:21,
13:24, 14:7,
14:14, 16:6,
16:8, 16:12,
17:7, 17:20,
19:7, 22:8,
22:17, 22:22,
23:12, 28:1,

USD-0351636

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

127

31:16, 33:11,
34:22, 38:19,
40:5, 40:15,
40:20, 42:11,
43:12, 45:17,
51:4, 51:7,
51:9, 62:9,
62:16, 63:7,
73:9, 73:14,
76:20, 76:21,
76:23, 78:18,
78:22, 79:6,
84:23, 85:16,
88:8, 88:10,
88:11, 88:14,
88:17, 89:22,
90:14, 90:18,
91:6, 91:16,
91:17, 91:20,
91:25, 92:8,
92:11, 92:16,
92:25, 93:1,
93:8, 95:18,
95:19, 96:11,
96:14, 96:17,
96:19, 96:22,
96:24, 97:1,
103:5, 105:19,
105:21, 105:23,
106:17, 107:17,
109:5, 110:22,
112:3, 112:6,
112:7, 112:13,
112:18, 113:11,
114:11, 114:13
**having**
92:21
**he's**
52:6, 83:9,
111:21
**head**
65:16, 68:22,
68:24
**head-hunter**
71:9
**head-hunters**
71:7
**heading**
46:2, 56:18,

74:15
**headquarter**
83:25
**headquarters**
18:23, 87:14,
95:22
**hearing**
4:15, 4:19,
54:3, 56:6
**held**
2:1, 29:3, 72:2
**help**
74:24, 75:3
**helped**
75:21, 83:25,
84:10
**here**
5:2, 11:2,
11:8, 12:22,
48:18, 64:18,
67:14
**hereby**
114:4
**hereunto**
114:13
**high**
19:21
**him**
36:2, 48:20,
52:2, 52:4,
62:7, 63:18,
71:17, 89:22,
104:5, 112:6
**hire**
75:3, 103:12,
103:19
**hired**
44:25, 48:12,
62:2, 70:6,
110:3, 110:18
**hiring**
103:6
**his**
41:4, 41:11,
43:6, 45:9,
52:3, 52:7,
52:8, 63:3,
63:15, 63:18,

63:23, 71:5,
71:6, 71:9,
113:3, 113:12
**hit**
34:10
**hke**
53:7
**ho**
103:24, 103:25,
104:2, 110:6,
110:8, 110:21,
111:2, 111:9,
111:11, 111:14,
111:18, 111:19,
112:3, 112:16
**ho's**
112:9
**hopefully**
68:15, 76:18
**hour**
12:18, 37:23,
58:25
**hours**
12:6
**houses**
75:3, 75:9,
75:18
**how**
7:8, 9:21,
11:20, 12:4,
12:17, 16:12,
18:8, 23:20,
28:3, 51:13,
61:10, 61:21,
61:24, 62:4,
62:18, 63:9,
63:19, 64:4,
64:8, 68:23,
70:12, 70:15,
76:22, 104:20,
105:3, 105:12,
111:9
**however**
55:23, 68:6,
92:9, 107:2
**hr**
65:17
**hsinchu**
7:7, 7:22

**huang**
43:6, 43:9,
43:12, 43:23,
44:3
**huang's**
43:25
**hynix**
100:8, 100:13,
102:1, 102:4,
102:16, 102:20,
102:25, 106:10

I

**i'll**
8:8, 8:12,
56:9, 85:2
**i've**
54:5, 66:17,
72:25, 79:5,
113:6
**idaho**
18:15, 18:17,
18:24, 19:11,
19:14, 19:18,
85:8, 85:11,
87:15, 87:21,
87:25, 91:1,
92:23, 95:22
**idea**
13:24, 14:7,
31:16, 62:9,
95:2, 96:17
**identification**
4:9, 4:13,
4:17, 45:21,
54:2, 56:5
**identified**
81:10, 107:15
**identify**
12:24, 13:17,
67:13, 73:25,
74:6, 99:16
**ignore**
107:7
**improvement**
22:11, 98:13
**in-house**
3:34, 3:35

USD-0351637

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

128

| | | | |
|---|---|---|---|
| inc | 86:18, 86:21, | interpretation | into |
| 1:4, 3:2, 5:4, | 86:22, 86:23, | 89:14, 113:8 | 22:10, 26:10, |
| 93:24, 95:22, | 86:25, 87:4, | interpreter | 56:23, 57:14, |
| 96:4 | 87:9, 88:21, | 3:32, 3:33, | 99:9, 110:18 |
| include | 89:23, 99:22, | 6:13, 6:15, 7:6, | introduce |
| 50:2, 77:8, | 99:24, 100:1, | 7:15, 7:17, | 72:5 |
| 77:12, 79:15 | 100:18 | 7:18, 8:19, | introduced |
| included | initial | 9:16, 9:18, | 84:25 |
| 80:3, 100:18, | 85:9, 99:23 | 10:1, 10:25, | introduction |
| 105:17 | initially | 23:22, 25:14, | 73:2, 86:13 |
| includes | 75:8 | 26:2, 26:3, | inventor |
| 48:9, 58:2, | input | 26:10, 26:17, | 22:18 |
| 58:11, 79:2 | 74:7 | 26:19, 26:21, | investigate |
| including | inside | 26:23, 27:5, | 112:8, 112:15 |
| 14:9, 48:1, | 10:21 | 27:14, 27:15, | investigation |
| 53:1, 80:9, | instruct | 32:20, 34:18, | 9:12, 9:17, |
| 84:13, 106:4, | 48:22, 51:21, | 35:2, 35:6, | 10:3, 111:6, |
| 106:10 | 62:21, 109:13 | 36:6, 36:13, | 111:7, 111:8, |
| indeed | instructing | 36:17, 36:21, | 111:13, 112:11, |
| 82:24 | 48:20 | 36:24, 37:13, | 112:12, 112:23, |
| indicated | instruction | 37:15, 38:5, | 112:24 |
| 4:4, 6:18, | 52:1, 62:24 | 39:2, 39:22, | invoked |
| 38:6, 100:22 | instruments | 40:11, 41:6, | 109:21 |
| indicted | 16:23, 17:2, | 41:12, 42:8, | involve |
| 110:22 | 17:4, 17:11 | 43:7, 43:14, | 98:24 |
| indictment | integrate | 43:16, 45:3, | involved |
| 111:2 | 22:9 | 45:8, 45:10, | 17:10, 32:17, |
| individual | integrated | 45:12, 46:18, | 33:4, 33:5, |
| 43:4, 43:5, | 1:11, 40:21, | 47:18, 49:17, | 33:9, 33:11, |
| 54:15, 81:20, | 44:16 | 51:22, 53:11, | 33:13, 33:16, |
| 108:13, 110:17 | integration | 53:12, 61:15, | 40:7, 42:20, |
| individuals | 22:4, 22:6, | 72:21, 77:3, | 42:23, 43:1, |
| 42:25, 49:2, | 22:8, 22:9, | 78:3, 83:21, | 47:25, 48:10, |
| 80:8, 80:19, | 23:7, 27:21, | 88:6, 89:13, | 50:17, 57:3, |
| 80:25, 81:3, | 27:22, 28:12, | 92:4, 94:2, | 58:23, 59:12, |
| 81:5, 82:6, | 40:22, 85:12, | 94:4, 94:15, | 59:21, 60:7, |
| 103:19, 110:4 | 111:20 | 95:7, 98:2, | 68:14, 68:18, |
| industry | intellectual | 105:9, 113:5 | 70:3, 72:11, |
| 21:22, 23:2, | 10:18, 96:3 | interpreter's | 73:21, 75:9, |
| 26:13, 27:8, | interest | 36:6, 43:7, | 86:21, 88:5, |
| 27:11, 54:12, | 71:14, 114:12 | 43:9 | 98:12, 98:13, |
| 72:5 | interested | interpreters | 98:16, 99:8, |
| information | 69:6, 78:19 | 5:25 | 111:20, 112:1 |
| 48:17, 63:3, | interests | interview | involvement |
| 65:10, 68:7, | 101:5, 109:19 | 11:11, 69:19, | 13:1, 40:5, |
| 68:10, 68:12, | internal | 69:23 | 74:1, 74:9, |
| 73:22, 74:7, | 99:13 | interviews | 84:24 |
| 74:10, 75:20, | interpret | 70:2, 70:4 | involves |
| | 26:10 | | 41:25 |

USD-0351638

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

129

involving
74:2
ips
53:8
island
16:1
isn't
77:22
issue
10:21, 109:18
issues
48:2, 48:3,
92:7
it's
9:11, 10:17,
11:4, 14:23,
15:20, 15:25,
22:7, 24:12,
27:5, 27:19,
30:2, 30:12,
31:12, 41:21,
44:8, 45:9,
45:12, 54:19,
54:20, 58:25,
66:22, 77:15,
77:20, 80:5,
83:11, 84:18,
94:10, 109:22
items
50:2
itinerary
67:14
its
14:4, 48:19,
50:22, 51:5,
51:18, 52:16,
57:24, 73:10,
76:17, 77:25,
114:12
itself
53:20, 53:23
ix
31:16

J

j-i-n-j-i-a-n-g
47:19
j-u-s-u-n-g
53:9

jade
1:33, 2:12,
5:12, 114:2,
114:17
japan
28:1, 29:10,
53:6, 53:7,
75:15, 85:6,
85:12, 91:12,
91:14, 93:17,
93:19, 93:21,
93:23, 94:1,
94:8, 94:12,
94:14, 94:21,
94:23, 95:11,
97:8, 97:14,
97:16
japanese
95:12
jeff
64:23, 66:11,
81:15
jennifer
64:24, 66:11,
69:25
jhicc
55:3, 55:13,
73:2
jhicc's
55:15
jinhua
1:10, 18:1,
41:25, 44:15,
44:16, 44:18,
44:22, 45:1,
45:2, 46:9,
46:12, 46:17,
46:21, 47:1,
47:5, 47:10,
47:13, 47:15,
47:24, 48:1,
48:15, 48:17,
48:19, 49:2,
50:8, 50:13,
50:14, 50:19,
50:21, 50:22,
50:25, 51:5,
51:8, 51:9,

51:11, 51:15,
51:17, 52:3,
52:5, 52:8,
52:9, 52:22,
53:24, 54:13,
55:9, 55:21,
56:3, 56:20,
56:24, 57:18,
57:23, 58:10,
58:22, 59:14,
62:19, 63:5,
63:8, 63:10,
63:19, 64:5,
64:9, 64:11,
65:25, 66:4,
66:8, 66:13,
67:11, 67:23,
71:14, 71:24,
72:6, 72:12,
72:14, 74:13,
74:19, 74:21,
74:24, 75:3,
76:5, 76:16,
76:21, 77:7,
77:9, 77:18,
77:19, 77:24,
78:1, 78:7,
78:10, 78:17,
79:1, 79:23,
80:9, 80:16,
81:18, 82:1,
82:4, 87:1
jinhua's
55:20, 67:18,
72:4, 79:22,
80:11, 80:12,
80:17, 80:24
jinjiang
47:16, 47:19,
80:13
job
17:25, 22:25,
23:1, 23:15,
25:19, 26:14,
27:10, 28:6,
29:20, 34:7,
34:16, 38:21,
45:1, 47:23,

51:8, 67:11,
77:10, 77:12,
77:13, 77:15,
77:17, 78:12,
78:18, 78:20,
78:22, 79:23
johnson
3:22, 3:24,
4:37, 5:20,
5:21, 5:23,
6:11, 11:14,
13:9, 13:11,
14:18, 16:17,
16:20, 17:6,
21:13, 21:15,
21:19, 30:1,
31:22, 33:7,
37:22, 45:9,
48:16, 51:20,
52:2, 52:6,
58:4, 58:25,
59:4, 62:7,
62:21, 63:1,
63:14, 63:18,
63:22, 63:25,
64:2, 69:12,
78:14, 85:1,
85:17, 88:1,
88:19, 89:3,
90:11, 91:2,
91:22, 95:23,
96:6, 97:1,
97:2, 97:24,
98:6, 102:23,
105:11, 105:18,
105:22, 109:13,
109:24, 110:1,
113:15, 113:19
join
28:7, 36:20,
37:11, 37:15
joined
17:25, 23:23,
25:20, 26:4,
37:1, 37:7,
38:8, 41:10,
70:22, 103:21,
103:22, 110:10

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351639

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

130

**joint**
17:3, 17:10,
23:25, 29:22,
30:2, 30:3,
30:7, 30:20,
51:19, 52:18,
52:24, 53:18,
57:25, 58:11,
63:7, 63:10,
66:6, 66:14,
68:9, 74:13,
74:16, 76:1,
76:24, 82:20,
86:11, 86:16,
86:24, 87:4,
110:9, 110:12,
110:15
**jointly**
56:25
**jones**
3:4, 3:10,
3:16, 5:16, 5:19
**jp**
95:11
**jsc**
75:17
**jt**
103:24, 110:6,
110:8, 110:10,
110:21, 111:9,
111:11, 111:14,
111:18, 111:19,
112:3, 112:9,
112:16
**july**
1:26, 5:6,
36:12, 36:13,
44:10, 114:14
**june**
19:3, 19:4,
19:5
**junior**
5:20
**jurisdictional**
54:9, 56:11
**just**
11:18, 24:14,
34:10, 43:3,

52:7, 66:10,
79:6, 82:6,
82:23, 95:2,
101:4, 106:25
**jusung**
53:8

## K

**kaohsiung**
15:17, 15:21,
15:24
**kay**
3:3, 5:18
**kenny**
110:17, 110:21,
112:18, 112:21,
112:22, 112:24,
113:2, 113:11
**kept**
10:2, 89:23,
92:1
**keynote**
67:22
**keyuan**
7:7
**kind**
10:21, 22:10,
24:12, 65:16,
75:4, 84:1,
92:14
**king**
1:33, 2:12,
5:12, 114:2,
114:17
**kla**
49:7, 50:11,
58:19, 80:3,
86:3, 86:16,
86:23
**kla-tencor**
53:6
**knew**
67:2, 84:23
**know**
8:17, 8:18,
10:4, 19:15,
19:19, 33:9,
44:3, 44:5,

51:13, 56:2,
57:10, 62:8,
62:18, 65:12,
67:1, 69:13,
71:18, 71:19,
71:20, 72:16,
72:18, 78:16,
83:19, 83:22,
85:3, 85:7,
87:16, 87:19,
89:8, 89:11,
89:19, 89:25,
92:13, 93:6,
93:11, 94:20,
95:9, 98:15,
102:11, 108:1,
108:9, 111:6,
111:11, 112:10,
112:21, 112:22
**knowledge**
13:21, 13:25,
14:4, 14:13,
14:24, 15:3,
15:7, 51:4,
51:7, 51:16,
52:3, 57:13,
63:19, 66:3,
69:22, 70:6,
70:24, 71:3,
93:9, 93:13,
96:2, 108:16
**korea**
53:8, 53:13
**korean**
53:9, 75:16
**kpi**
34:10, 34:21,
34:24
**kpis**
34:19
**kuo**
69:25

## L

**l-i-a-n-g**
40:12
**l-i-a-o**
40:13

**l-o-u-i-s**
41:4
**lab**
25:15
**laboratory**
25:9, 25:12
**labs**
101:12
**lack**
69:12, 78:14
**lam**
49:4, 50:11,
53:6, 58:16,
80:3, 87:2, 87:3
**laptops**
14:11, 14:25
**last**
9:12, 11:23,
11:25, 12:1,
13:8, 35:23,
35:25, 36:5,
36:7, 40:12,
41:5, 41:13,
43:9, 45:20,
46:1, 55:12,
61:16, 67:21,
78:4, 86:1,
110:24
**late**
110:10
**later**
39:7, 39:8,
108:5
**law**
3:24, 5:21,
5:23
**lawyer**
11:11, 11:13
**lawyers**
11:18
**layout**
61:13, 61:17,
100:2, 102:21,
102:25, 109:6
**layouts**
106:5
**leader**
100:5

USD-0351640

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

131

learned
110:24
least
61:23, 92:16
leave
36:11, 36:18,
36:20, 54:1,
90:16
lee
103:24, 104:4,
104:6, 110:14
left
23:23, 31:10,
44:10, 70:21,
84:25, 93:6,
93:12, 96:12
legal
96:7, 102:7,
109:11, 109:16
less
12:18, 61:12,
104:23, 105:17,
110:3
let
31:19, 51:16,
65:20, 66:25,
70:14, 76:10,
81:8, 84:20,
85:15, 107:22,
109:3, 112:24,
113:10
let's
17:18, 26:7,
35:15
liao
40:10, 40:13,
40:15
licensed
29:17
like
6:2, 25:21,
26:12, 50:2,
65:5, 71:17,
72:9, 79:13,
80:10, 83:2,
83:25, 87:10,
101:23, 101:24,
102:21, 104:3

likely
87:25, 90:25
likewise
8:12
limited
63:2
lin
1:20, 2:3,
3:35, 12:9
line
30:10, 54:25
link
95:13
list
91:25, 92:11,
92:13, 92:15,
92:16
listed
78:21
lists
80:7
litigation
13:3, 13:6,
13:19
little
17:19, 26:8,
37:22, 50:20,
104:16
lived
7:8, 7:15, 7:18
located
15:22, 19:18,
36:9, 47:15,
49:16, 49:20,
72:23, 75:14,
75:15, 87:21,
89:10, 89:21,
92:22
location
7:23, 89:18
logic
24:6, 24:7,
62:15
logics
84:13
long
7:8, 12:4,
12:17, 23:20,

28:3
longer
55:20
look
51:11, 55:11,
56:12, 56:15,
69:6, 77:21,
80:23, 85:25
looking
71:17, 82:7,
107:4
looks
73:2, 80:10
lot
62:16, 65:17,
101:4, 106:9
louis
41:4
low-level
104:15
ltd
1:12
lu
83:5
lucas
3:34, 12:9
lucky
18:18
lunch
12:7
lunchtime
67:12

M

m
44:6, 44:7,
113:23
m-a-s-k
24:16
m-u
40:12
ma
101:11
made
13:17, 17:20,
17:23, 42:13,
50:14, 82:8,
109:22

magnet
27:6
mail
94:22, 94:25,
95:10
mailing
94:14, 95:3
main
3:32, 6:12,
7:17, 9:18,
25:14, 26:3,
26:19, 26:23,
27:15, 36:6,
37:16, 39:22,
40:11, 41:6,
41:12, 42:8,
43:7, 43:14,
43:16, 45:3,
45:8, 45:10,
45:12, 47:18,
51:22, 53:12,
72:21, 77:3,
83:21, 94:2,
95:7, 99:15,
105:9
mainland
44:9, 47:21,
71:5, 72:9,
72:11
mainly
34:18, 50:14,
50:22, 81:6,
82:3, 91:11,
94:12, 99:2,
99:21
mainstream
37:17
maintenance
53:21
major
34:23, 47:25
majority
48:14
make
12:23, 13:15,
16:20, 18:6,
25:21, 27:6,
33:10, 72:15

USD-0351641

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

132

making
99:8
manage
34:18
manager
22:3, 22:20,
22:21, 27:2,
28:11, 28:19,
28:21, 29:4
managerial
46:3
managers
35:7, 35:9,
104:16
managing
35:7
mandarin
8:18, 26:9
manpower
65:5, 65:13,
65:16, 65:24,
77:7, 78:1
manufacture
29:12, 30:18,
32:10, 37:4,
37:8, 74:19
manufactured
30:21
manufacturing
30:12, 30:14,
30:15, 32:6,
34:10, 34:12,
35:17, 35:20,
37:12, 48:5,
49:14, 49:24,
51:14, 65:17,
78:8, 88:10,
98:17
many
9:21, 11:20,
16:7, 16:12,
18:8, 22:8,
53:14, 61:24,
62:4, 62:18,
63:9, 63:19,
64:4, 64:8,
68:23, 70:12,
70:15, 76:22,

89:22, 103:15,
103:17, 104:20,
105:3, 105:12,
109:8
march
47:2, 47:4,
60:2
mario
3:23, 5:22,
11:15, 11:16,
12:9, 12:16
marked
4:8, 4:12,
4:16, 4:21,
4:25, 4:29,
4:33, 45:18,
45:21, 54:2,
54:6, 56:5,
56:8, 64:13,
64:14, 66:18,
66:19, 73:1,
73:6, 79:6, 79:8
market
99:14, 100:11,
108:5
mask
24:7, 24:8,
24:9, 24:12,
24:16, 24:18,
24:19
mass
55:13
master's
19:24, 20:15,
20:16, 20:18,
20:20, 20:24,
22:13, 22:25,
23:12
matching
76:16
material
20:10, 20:11,
20:12, 20:21,
20:22, 73:12,
101:11
materials
39:17, 49:9,
50:11, 53:5,

58:3, 58:12,
58:14, 80:4,
82:12, 82:20,
83:10, 83:12,
83:13, 83:24,
84:10, 84:18
matter
5:4, 9:10
matters
10:14
may
14:10, 42:13,
45:3, 45:8,
50:2, 56:19,
56:24, 57:14,
60:6, 64:23
maybe
10:17, 12:6,
12:18, 16:24,
23:23, 25:3,
34:14, 44:1,
72:18, 104:24
mean
8:2, 22:2,
22:6, 48:4,
65:25, 73:15,
91:10, 95:1,
95:3, 103:17,
104:21, 108:3
meant
113:6
media
5:2, 14:11,
14:17, 15:8
meet
11:21, 12:15
meeting
11:24, 12:4,
12:5, 12:8,
12:11, 12:14,
12:17, 12:20,
19:4, 86:3,
86:5, 86:10
meetings
12:2, 19:9,
50:16, 50:17,
89:11, 89:22,
89:23

member
92:15
members
92:12, 95:19
memory
24:7, 24:13,
24:19, 24:20,
27:22, 34:1,
41:21, 41:22,
41:23, 44:8,
77:1
mentioned
32:13, 41:18,
110:6
merge
31:3
met
49:4, 49:7,
49:9
metallurgy
20:12
microelectronics
1:9, 3:21, 5:5,
8:3
micron's
18:20, 18:23,
19:10, 35:5,
84:22, 87:14,
91:16, 93:8,
93:22
mid
110:10
mid-level
104:15
midway
64:18
might
16:20, 90:13
milestone
75:24, 76:6,
76:15, 99:3
milestones
74:3
military
23:12, 23:16,
23:18
minimum
61:11

USD-0351642

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Stephen Chen
Conducted on July 10, 2018

133

minor
39:2, 46:18,
49:17, 78:3
minus
105:8, 105:10
minute
66:24
misstates
91:22
mitsubishi
29:11, 29:17
ml
40:16, 40:17,
40:21
mm'hm
110:7
mmt
34:1
model
22:11
monday
11:25, 12:1,
12:4, 12:5
monitor
5:7
months
28:5, 36:15,
36:17, 36:19,
72:2, 103:21,
103:22
moore
3:23, 5:22
more
8:18, 16:14,
16:21, 34:14,
37:23, 53:1,
58:6, 70:20,
70:23, 104:23,
113:16
morning
5:18, 6:20,
6:21, 86:2
most
21:21, 36:2,
93:19, 95:19
mostly
91:14, 98:20,
104:15

motion
56:11
moved
26:12, 69:3,
69:16
mu-liang
40:10, 40:12
much
8:18, 52:20,
61:21, 109:1
multi-day
79:16
myself
21:16, 105:17

**N**

n-a-n-y-a
27:16
name
6:22, 6:25,
7:1, 15:24,
22:17, 23:6,
23:25, 26:15,
26:17, 33:23,
33:25, 35:1,
35:2, 35:23,
35:24, 36:5,
36:7, 40:10,
40:12, 40:13,
40:15, 41:1,
41:4, 41:5,
41:11, 41:13,
43:6, 43:8,
43:9, 43:12,
43:17, 43:20,
44:7, 44:14,
44:18, 53:3,
61:3, 71:19,
71:20, 75:16,
83:4, 83:19,
83:22, 108:13
named
15:24, 22:18
names
75:10, 80:7
nanometer
31:6, 31:8,
31:12, 31:13,

31:25, 32:3,
32:7, 32:10,
60:23, 60:25,
61:7, 91:12,
97:9, 97:20,
101:22, 101:24,
101:25
nanometers
61:12
nanometers-or-le-
ss
101:19
nanya
27:12, 27:14,
27:18, 28:3
necessary
55:24
need
13:11, 22:7,
24:14, 51:11,
53:25, 65:1,
68:24, 72:7,
92:9, 108:25
needed
55:24, 60:4,
69:9, 69:15
needs
48:13, 63:12,
69:5
negotiating
57:3, 59:12,
59:17, 60:8
negotiation
33:13, 33:16
neil
103:24, 110:14
neither
114:10
never
14:14, 90:5,
90:6, 90:7,
90:17, 90:18,
90:23, 96:13,
96:14, 96:19,
96:22, 105:21,
112:6, 113:1,
113:7
nevertheless
6:4

new
26:4, 33:19,
33:22, 39:9,
40:2, 52:21,
52:22, 52:23,
68:24, 102:17
newly
78:17
news
110:25
next
8:13, 25:18,
27:10, 28:6,
29:19, 38:17,
57:17, 65:4,
80:7, 83:4
node
31:4, 31:11,
61:2
nodes
61:5
non-compete
44:24, 45:4,
45:14, 56:1
non-competition
46:4
none
51:2, 64:11,
82:7
nor
114:10
north
1:22, 2:5,
5:11, 15:22
northern
1:2, 18:20,
79:16
not
6:3, 6:6, 7:20,
14:14, 15:18,
22:22, 24:15,
33:9, 33:11,
33:13, 36:24,
37:11, 37:19,
38:13, 38:16,
44:5, 48:10,
48:18, 48:20,
48:22, 50:8,

USD-0351643

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

134

51:8, 51:21,
52:9, 52:10,
52:20, 53:20,
54:20, 55:14,
56:3, 61:9,
62:21, 63:4,
63:5, 65:10,
66:15, 67:3,
68:5, 70:3,
71:9, 71:20,
76:13, 76:25,
78:2, 78:5,
78:9, 78:10,
80:22, 81:7,
81:15, 81:21,
82:22, 84:24,
88:3, 88:7,
88:8, 88:20,
89:24, 91:5,
91:15, 91:17,
92:12, 92:15,
92:16, 93:4,
93:11, 94:20,
95:18, 96:9,
101:5, 102:13,
103:9, 103:11,
103:12, 104:18,
105:1, 106:16,
106:24, 107:12,
107:25, 108:5,
108:7, 108:10,
108:11, 108:17,
108:19, 108:21,
108:25, 109:5,
109:9, 109:14,
109:17, 111:11,
111:12, 111:19,
112:21, 112:22,
114:9
**notary**
6:3
**nothing**
77:19, 105:22
**november**
15:13, 110:11
**now**
8:1, 40:19,
40:21, 47:6,

59:1, 70:17,
70:19, 97:10,
99:6, 103:2,
103:5, 104:21,
109:18, 111:20,
111:23, 111:24
**number**
4:22, 64:15,
76:25, 77:5,
79:12, 79:14,
80:15, 81:11,
81:20, 86:1,
111:4
**numbers**
4:26, 4:30,
4:34, 56:16,
66:20, 66:23,
73:4, 73:7,
74:5, 77:7, 79:9

---
O
---

**o-k-i**
28:2
**oaths**
6:2, 6:5, 6:8
**object**
6:6, 51:20,
69:12
**objection**
14:18, 14:23,
48:16, 58:4,
62:21, 78:14,
88:1, 88:19,
89:3, 90:11,
90:15, 91:2,
91:22, 95:23,
96:6, 97:18,
102:19, 105:14,
109:13
**obligate**
66:5
**obligation**
66:7
**observe**
106:25
**obtained**
22:13, 22:25,
106:18

**occasions**
9:21, 11:20,
18:14
**occurred**
86:5
**october**
18:2, 48:25,
50:7, 50:10,
67:15, 67:16,
68:23, 71:25,
72:2, 73:3,
79:17, 80:20
**off**
37:25, 48:11,
51:12, 59:5,
85:18, 113:21,
113:23
**offer**
75:2
**offered**
101:2
**office**
110:23
**officer**
46:4, 114:3
**official**
47:3
**officially**
42:3, 45:1
**often**
28:15
**oh**
11:16, 23:14,
43:14
**okay**
8:15, 8:22,
9:3, 10:11,
10:23, 11:2,
13:10, 15:23,
18:14, 19:6,
22:24, 26:11,
26:17, 27:10,
30:25, 34:15,
43:14, 45:6,
51:22, 62:11,
65:22, 81:8,
98:21, 99:6,
109:17

**oki**
28:2
**old**
52:21, 54:21
**once**
55:20, 72:8
**one**
9:23, 10:4,
10:16, 17:23,
18:1, 18:18,
22:10, 23:3,
24:12, 28:18,
34:13, 43:3,
58:14, 58:16,
58:19, 64:4,
71:4, 71:15,
72:17, 72:19,
75:12, 75:13,
75:14, 75:22,
83:2, 90:23,
92:12, 95:18,
100:3, 108:1,
108:20, 111:1
**one-day**
80:5
**ones**
113:18, 113:19
**only**
1:16, 9:8,
9:23, 11:11,
12:16, 16:5,
17:23, 18:1,
18:23, 19:3,
24:19, 25:4,
30:14, 30:15,
32:9, 40:6,
42:19, 46:15,
46:20, 47:11,
48:11, 49:19,
50:8, 50:15,
62:14, 66:15,
67:18, 71:15,
71:19, 77:8,
77:9, 77:19,
77:25, 78:18,
80:17, 83:1,
84:17, 86:13,
86:18, 86:20,

USD-0351644

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

135

87:16, 89:6,
89:11, 89:16,
102:12, 103:21
**onto**
94:10
**opening**
78:23
**openings**
77:11, 77:12,
77:17, 78:12,
78:19, 78:20,
78:22
**operation**
34:11, 38:12,
39:21, 39:23,
40:24, 41:2,
53:21, 55:15,
74:15, 78:8
**operations**
55:20, 67:23
**opinion**
64:4
**opposed**
21:23
**oral**
82:23
**order**
13:2, 92:24,
99:16, 101:6
**organization**
71:11, 71:12
**original**
37:18
**other**
9:4, 9:5, 10:5,
10:12, 10:14,
14:11, 15:8,
37:4, 42:10,
64:4, 69:4,
75:13, 75:14,
75:20, 80:18,
81:16, 99:5,
104:8, 108:1
**otherwise**
4:4, 6:18,
8:25, 38:6,
114:12
**our**
10:20, 11:11,

44:7, 57:19,
59:19, 59:20,
60:19, 91:5,
91:11, 93:4,
93:19, 94:10,
94:19, 99:17,
99:23, 100:6,
101:5, 102:7,
106:22
**out**
22:25, 26:12,
71:15, 84:4
**outcome**
114:12
**outside**
62:3
**over**
28:13, 58:25,
69:7, 83:4,
85:15
**oversees**
40:24, 41:2
**own**
48:19, 50:22
**owned**
96:4
**oyster**
3:25

**P**

**p-o**
43:8
**page**
45:20, 46:1,
54:14, 55:12,
56:12, 56:16,
56:17, 64:18,
64:19, 67:21,
73:1, 74:5,
74:8, 74:11,
74:14, 75:22,
75:25, 77:10,
79:20, 80:7,
82:11, 86:1
**pages**
1:32, 56:14,
74:6, 83:3
**paragraph**
64:24, 65:9

**parameter**
106:25
**parent**
30:16, 30:21
**part**
16:2, 17:14,
20:23, 23:18,
24:18, 33:3,
57:5, 59:25,
63:10, 80:21,
106:15, 106:22
**participate**
55:15, 55:20,
68:1
**participated**
82:5
**particular**
38:11
**parties**
6:2, 6:9, 54:8,
56:10, 71:22,
114:11
**partner**
50:16
**parts**
59:16, 73:24,
73:25, 74:2
**party**
52:10
**passed**
46:22
**password-protect-
ed**
95:16, 96:12,
96:16
**past**
28:22, 85:1
**patents**
22:17
**patrick**
3:9, 5:16
**pattern**
61:11
**pay**
53:18
**pays**
47:7, 53:21,
53:23

**pcs**
94:19
**pending**
13:9, 13:13
**people**
48:11, 59:20,
68:14, 68:18,
69:3, 69:6,
69:16, 70:21,
78:2, 78:6,
78:8, 78:19,
79:22, 80:13,
81:7, 82:3,
82:4, 82:5,
82:7, 88:4,
99:5, 103:9,
103:10, 103:13,
103:15, 103:17,
104:20
**per**
72:13, 102:7
**percent**
30:23
**perhaps**
26:1
**period**
17:16, 28:25,
30:25, 35:20,
61:20, 79:17,
98:1
**person**
35:11, 39:23,
40:10
**personal**
36:15, 36:18,
36:19
**personally**
66:11, 79:24
**picture**
54:15, 54:17,
54:19, 54:20,
54:21, 54:25
**piece**
73:12
**place**
5:10, 108:25
**plaintiff**
1:5

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

136

plan
65:5, 65:13,
65:24, 77:6,
105:19
planet
5:9, 5:13
plans
50:22
plant
54:13, 55:4,
55:9
plasma
50:3
please
5:14, 5:25,
6:22, 31:15,
90:16
plus
105:8, 105:10
po-chien
3:15
po-weng
43:6
point
3:25, 4:3,
6:17, 32:18,
34:2, 38:6,
72:17, 106:19
policy
42:11, 103:6
portion
67:16, 82:12
portions
59:12
position
25:7, 26:16,
28:10, 34:5
positions
29:3, 80:8
possess
107:3
possessed
14:14, 14:25,
15:3, 15:8,
112:4, 112:16,
112:20
possession
13:22, 14:1,

96:20, 111:9,
112:9, 113:3,
113:13
possible
52:20, 89:18,
92:7, 104:9
postgraduate
22:15
power
25:22, 27:6
powerchip
10:15, 10:17,
10:20, 28:7,
28:10, 28:14,
29:1, 29:9,
29:12, 29:16,
29:19, 29:22,
30:4, 30:8,
30:17, 30:19,
30:24, 98:4,
98:7, 98:10,
98:11, 98:15,
98:18
preliminary
76:20
preparation
73:21
prepare
11:8, 11:21
prepared
84:16
preparing
12:22
present
3:30, 12:8,
50:16, 67:4,
68:3, 84:17
presentation
50:15, 68:2,
68:5, 72:15,
73:11, 73:13,
82:22, 83:16
president
29:21, 30:7,
32:16, 32:22,
45:1, 46:9,
46:12, 46:16,
46:21, 47:1,

47:5, 47:24,
51:8, 51:10,
52:3, 52:8,
55:3, 99:1,
104:12
pretty
77:15
previously
4:14, 4:18,
4:21, 4:25,
4:29, 4:33,
54:3, 56:6,
64:13, 64:14,
66:18, 66:19,
73:1, 73:6,
79:6, 79:8
price
33:14
primary
30:10
print
61:11
prior
7:11, 72:2
priority
100:6
privilege
109:15
proactively
71:16
probably
57:11
proceeded
20:14
proceeding
9:5
proceedings
56:10
process
21:9, 21:17,
21:25, 22:1,
22:2, 22:3,
22:5, 22:9,
22:23, 27:21,
27:22, 28:12,
29:4, 32:6,
59:21, 68:17,
74:18, 75:1,

75:2, 77:22,
79:2, 107:5,
108:14
processes
48:1
procurement
38:24, 39:4,
39:12, 39:15,
39:18, 40:5,
40:6, 40:7,
40:8, 40:17,
40:19, 40:23,
40:24, 41:3,
48:2, 48:4,
48:5, 51:9,
51:11, 58:23,
84:14
produce
13:2
producing
31:24, 32:2
product
23:4, 29:11,
29:17, 30:16,
30:20, 39:7,
41:9, 41:16,
60:24, 74:25,
75:4, 75:9,
75:19, 85:10,
102:18, 106:2,
112:2
production
31:12, 55:13,
55:21, 65:15,
76:13
products
27:3, 29:9,
37:4, 55:21,
84:22, 85:4,
85:8, 93:8,
93:10
program
20:14, 20:24
project
39:9, 41:18,
41:19, 41:20,
41:21, 41:24,
42:2, 42:16,

USD-0351646

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

137

42:21, 43:2,
44:6, 44:9,
50:12, 50:18,
50:21, 51:19,
52:14, 52:17,
52:18, 52:25,
53:18, 57:25,
58:11, 60:3,
60:14, 66:6,
66:14, 68:9,
68:22, 69:4,
69:7, 70:7,
76:24, 82:14,
82:19, 82:21,
82:24, 83:2,
86:11, 86:14,
86:16, 86:24,
87:5, 105:4,
105:6, 110:9,
110:13, 110:15,
111:22
**projects**
72:9, 72:12
**promote**
28:15, 28:16
**promoted**
29:5
**promotion**
28:18, 67:19
**prompted**
68:6
**property**
10:18, 96:3
**prosecutors**
110:22
**provide**
9:14, 9:21,
11:8, 13:5,
19:20, 51:17,
57:19, 66:12,
82:19, 84:4,
106:7, 106:13,
107:9
**provided**
9:5, 10:13,
57:23, 58:10,
82:24, 87:3,
88:25, 106:3,

107:8, 109:12
**provides**
48:14, 52:5
**providing**
8:9
**province**
47:16
**public**
6:4, 42:11,
42:12
**publish**
21:1
**pure**
62:14, 62:15
**purports**
54:9
**purpose**
77:25, 103:9,
103:12, 108:18
**pursuant**
2:12

**Q**

**q&a**
68:6, 68:11
**quality**
34:23
**quanzhou**
80:13
**question**
8:11, 8:13,
8:24, 8:25, 9:1,
13:9, 14:22,
32:21, 48:23,
58:9, 58:24,
64:7, 65:20,
70:14, 73:14,
81:8, 86:15,
94:3, 107:22,
109:20, 112:13,
113:10
**question's**
13:12, 14:18
**questions**
8:9, 8:20,
11:19, 14:8,
48:21, 59:2,
63:13, 79:7,

87:2, 96:25,
97:1
**quick**
17:9, 64:22
**quit**
25:20, 26:4

**R**

**r&d**
59:21, 61:21,
68:15, 68:18,
68:25, 69:4,
69:6, 69:17,
76:4, 76:17,
76:19, 78:9,
83:24, 84:2,
84:9, 91:16,
91:18, 91:24,
92:3, 92:9,
92:20, 92:21,
93:1, 98:16,
98:19
**r-o-m**
24:19
**raid**
105:19
**randall**
3:3
**randy**
5:18
**ratio**
30:22
**reach**
68:25
**reactors**
50:3
**read**
24:19, 45:24,
65:9
**reading**
114:9
**reads**
55:1, 55:12,
65:4
**real**
17:9, 64:21
**really**
80:23, 94:11,

95:12
**reason**
61:3, 71:23,
91:20
**reasons**
90:23, 108:21
**recall**
7:20, 10:7,
10:24, 19:1,
19:7, 36:24,
46:25, 76:25,
82:22, 101:18
**receive**
47:9, 84:1
**received**
47:12, 52:13
**recommendation**
72:13
**record**
6:23, 16:20,
38:1, 38:4,
59:6, 59:9,
64:20, 73:4,
79:11, 85:19,
85:22, 109:18,
113:22, 113:23,
114:5
**recorded**
9:24
**recording**
9:25, 10:2
**recruit**
65:3, 65:6,
78:2, 78:6, 81:7
**recruiting**
48:9, 63:2,
63:12, 66:5,
66:9, 66:13,
77:6, 77:25
**recruitment**
48:10, 65:2
**reduced**
114:8
**refer**
19:17, 64:17,
77:7, 92:20
**referred**
65:12

USD-0351647

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

138

| | | | |
|---|---|---|---|
| **referring**<br>11:13, 18:2,<br>34:25, 44:15,<br>44:20, 46:8,<br>69:1, 70:8,<br>70:9, 76:3,<br>81:1, 82:17,<br>83:18, 91:9,<br>93:23, 93:25,<br>94:22, 94:25,<br>95:1, 97:10<br>**reflected**<br>59:23<br>**reflects**<br>79:20<br>**regarding**<br>42:10, 42:21,<br>43:2, 68:7,<br>68:12, 93:14,<br>99:14, 100:1,<br>102:12, 108:22,<br>110:12<br>**relate**<br>84:10<br>**related**<br>13:6, 14:6,<br>56:25, 57:19,<br>59:22, 87:4,<br>87:23, 89:1,<br>90:18, 90:25,<br>93:7, 93:9,<br>94:8, 114:10<br>**relates**<br>63:3, 109:15<br>**relating**<br>9:10, 13:22,<br>14:1, 14:9,<br>14:15, 86:23,<br>90:4, 90:8<br>**relations**<br>104:13, 104:17<br>**release**<br>46:3<br>**remain**<br>56:3<br>**remainder**<br>56:13<br>**remained**<br>33:19 | **remember**<br>18:9, 19:3,<br>21:4, 22:19,<br>72:8, 81:15<br>**renamed**<br>33:22<br>**rendition**<br>94:16<br>**repeat**<br>31:14, 34:13<br>**repeating**<br>83:22<br>**report**<br>34:9, 35:9,<br>101:4, 110:25<br>**reported**<br>1:33, 35:16,<br>39:1, 39:6,<br>39:8, 39:9,<br>84:14<br>**reporter**<br>5:12, 5:24,<br>6:1, 6:3, 6:5,<br>12:10, 17:1,<br>17:5, 20:11,<br>21:5, 24:10,<br>24:14, 24:17,<br>24:21, 25:23,<br>26:1, 27:13,<br>28:17, 29:24,<br>31:14, 31:20,<br>45:11, 45:15,<br>95:4, 113:17,<br>114:1, 114:3<br>**reporting**<br>111:19<br>**reports**<br>39:24, 100:19,<br>101:6, 102:12,<br>106:10, 106:12,<br>106:15, 107:7,<br>107:9, 111:18<br>**represent**<br>5:15, 54:6,<br>56:9<br>**represented**<br>52:11<br>**requested**<br>114:9 | **requires**<br>65:15<br>**research**<br>49:5, 50:11,<br>51:18, 52:17,<br>53:6, 57:19,<br>57:24, 58:16,<br>76:13, 76:23,<br>78:13, 80:3,<br>87:3<br>**resolution**<br>46:7, 46:14,<br>46:22<br>**resolved**<br>46:3<br>**respect**<br>87:2<br>**responsibilities**<br>34:7, 34:16,<br>38:22, 39:14,<br>39:19, 47:24<br>**responsibility**<br>39:17, 48:8,<br>78:25<br>**responsible**<br>41:19, 59:17,<br>74:21, 83:11,<br>83:14, 105:7<br>**restate**<br>70:14<br>**restriction**<br>44:25, 45:4,<br>45:14, 56:1<br>**restrictions**<br>46:4<br>**result**<br>76:1<br>**results**<br>76:20<br>**resume**<br>71:5, 71:6,<br>71:9, 71:10<br>**resumes**<br>70:1<br>**retention**<br>33:17<br>**return**<br>27:7, 53:25 | **reverse**<br>100:25, 102:13<br>**reverse-engineer**<br>101:13, 102:1,<br>102:6, 102:14,<br>107:13, 107:18,<br>108:19, 108:21<br>**reverse-engineer-**<br>**ed**<br>102:4, 108:17<br>**reverse-engineer-**<br>**ing**<br>100:11, 100:23,<br>101:8, 101:9,<br>102:9, 106:10,<br>106:19, 107:1,<br>107:5, 107:21,<br>107:24, 108:6<br>**review**<br>12:12, 12:19<br>**rexchip**<br>30:3, 30:7,<br>30:13, 30:18,<br>31:1, 31:5,<br>31:24, 32:2,<br>32:5, 32:9,<br>32:14, 32:16,<br>32:22, 32:25,<br>33:22, 54:18,<br>54:24, 91:14,<br>91:15, 97:3,<br>97:7, 98:22<br>**rexchip's**<br>30:10<br>**right**<br>40:19, 45:7,<br>56:15, 59:4,<br>63:22, 74:5,<br>74:14, 77:11,<br>85:17, 97:25,<br>99:24, 100:22,<br>105:2, 105:12,<br>109:18<br>**road**<br>1:22, 2:5,<br>3:17, 5:11, 7:7,<br>7:19<br>**roadmap**<br>75:23, 75:25, |

USD-0351648

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

139

76:6, 76:12,
76:16
**role**
17:24, 46:25
**rom**
24:8, 24:9,
24:19
**roughly**
16:15, 19:3,
25:4, 110:16
**row**
22:10, 82:13
**rule**
100:2, 106:23,
106:24, 107:3,
107:6
**rules**
106:4, 106:14,
106:16, 106:18
**run**
71:11

**S**

**s**
95:22
**s-c-r-e-e-n**
53:7
**s-r**
41:13
**s-ram**
24:8
**said**
55:16, 60:7,
72:8, 72:17,
105:16, 106:1,
114:6
**salary**
47:7
**sales**
65:17, 83:5,
83:10, 84:3,
84:7, 84:18,
84:19, 98:17
**same**
7:23, 72:5,
72:12, 87:2,
113:18, 113:19,
113:20

**samsung**
100:4, 100:5,
100:6, 101:13,
102:15, 102:20,
102:25, 106:11,
108:25
**san**
3:6, 3:12,
3:26, 18:12,
18:15, 18:18
**sandy**
69:25
**saturday**
67:15
**saw**
73:18, 83:2,
95:10
**say**
8:2, 17:1,
21:5, 21:21,
22:1, 24:10,
28:17, 35:14,
42:7, 42:8,
62:14, 69:9,
78:12, 87:24,
93:22, 103:11
**saying**
31:20, 91:19,
104:3
**says**
21:11, 46:2,
57:17, 67:22,
73:2, 77:10,
79:21, 82:14,
83:16, 95:10
**schedule**
79:15, 79:19,
80:5, 83:2
**scheduled**
86:2
**school**
19:21
**science**
20:10, 20:11,
20:12, 20:21,
20:22
**scope**
52:3, 52:9

**screen**
53:7
**sec**
56:13, 56:14
**second**
7:6, 24:18,
29:24, 47:11,
47:12, 64:24,
76:19, 85:2
**secret**
110:23
**section**
3:17, 67:19,
68:6
**see**
10:6, 16:10,
17:18, 31:19,
46:5, 55:5,
55:17, 56:20,
57:1, 57:21,
64:21, 65:8,
67:3, 67:24,
73:19, 76:8,
77:11, 82:15,
83:5, 85:16,
86:3, 90:4,
90:17, 93:20,
106:20
**seen**
67:1, 73:9,
73:14, 90:8,
90:12, 90:18,
90:20, 90:24,
96:19, 96:22
**sell**
30:16, 30:21
**semiconductor**
21:10, 21:18,
21:22, 23:2,
25:20, 26:13,
27:8, 27:9,
27:11, 48:6,
49:13, 49:25,
62:13, 65:7,
71:21, 81:11,
81:19
**send**
25:15

**senior**
25:8, 25:11,
28:22, 29:6,
38:10, 38:11,
38:13, 38:15,
38:19, 38:22,
40:23, 41:1,
50:23, 51:3,
83:17
**sent**
34:11
**sentence**
55:12, 56:22,
57:17, 61:16,
65:4, 78:4
**separate**
74:22
**separately**
52:11
**september**
36:23, 36:25,
37:1, 37:7,
37:20, 38:8,
40:9, 41:10
**series**
84:22, 85:3,
85:7, 93:8,
93:10, 93:12
**served**
23:16, 52:11
**server**
94:20
**servers**
94:10, 94:21
**service**
23:13, 71:10,
71:12, 74:24,
75:6, 75:8,
75:18
**session**
68:11
**set**
21:16, 60:12,
114:13
**seventeen**
10:11
**seventh**
7:19

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351649

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

140

| | | | |
|---|---|---|---|
| **sf** | **57:6** | **smg** | **source** |
| 108:15 | **signature-ehcjh** | 72:8, 72:18 | 74:10, 75:21, |
| **share** | 114:15 | **soft** | 89:1, 89:8, |
| 30:22, 87:9 | **signed** | 27:6 | 89:18, 89:19, |
| **shareholder** | 57:9 | **software** | 94:11, 112:3, |
| 72:14 | **signing** | 21:23 | 112:8, 112:15, |
| **shareholders** | 114:9 | **solely** | 112:19, 113:2, |
| 80:11, 80:12, | **silicon** | 63:16 | 113:12 |
| 80:16, 80:18 | 23:7 | **some** | **sourcing** |
| **sharepoint** | **similar** | 10:21, 11:10, | 39:16 |
| 87:10, 87:17, | 75:5, 78:21, | 16:17, 34:10, | **south** |
| 87:18, 88:21, | 102:5, 102:22 | 46:13, 46:20, | 3:17, 3:26, |
| 89:7, 89:11, | **since** | 61:11, 62:1, | 15:17, 15:18, |
| 89:12, 89:17, | 17:19, 59:20, | 62:3, 66:12, | 15:21, 15:25, |
| 89:24, 89:25, | 72:4, 96:12 | 68:7, 68:12, | 16:1 |
| 92:1, 92:9, | **singapore** | 70:1, 70:10, | **southern** |
| 92:11, 92:14, | 36:10, 89:10, | 73:24, 76:20, | 16:2 |
| 92:18, 95:15 | 89:21, 89:24, | 78:1, 79:25, | **speak** |
| **sheet** | 90:10 | 83:23, 84:1, | 67:7, 68:4, |
| 56:12 | **sis** | 85:15, 89:10, | 68:5 |
| **short** | 23:7, 23:8, | 97:1, 100:23, | **speaker** |
| 37:23, 86:13 | 23:10, 23:20, | 102:8, 103:19, | 67:22 |
| **shorthand** | 24:3 | 107:3, 108:4, | **specializes** |
| 114:1, 114:2 | **site** | 108:22 | 62:14 |
| **should** | 34:6, 34:8, | **somebody** | **specific** |
| 31:16, 46:13, | 34:17, 35:4, | 57:11, 62:14, | 38:16 |
| 60:2, 72:12, | 35:7, 35:13, | 112:7, 112:14 | **specificity** |
| 72:22, 77:1, | 88:10, 93:21, | **someone** | 69:13 |
| 94:2 | 94:12, 95:15, | 108:5 | **speculating** |
| **shouldn't** | 95:16 | **something** | 90:13 |
| 102:11 | **sites** | 23:7, 39:8, | **speculation** |
| **show** | 87:10 | 39:9, 101:23, | 78:15, 88:2, |
| 76:13, 84:5 | **six** | 101:24, 102:11 | 88:19, 89:4, |
| **showing** | 72:2, 103:21, | **sometimes** | 90:12, 91:3, |
| 77:17 | 103:22 | 71:11 | 96:7, 97:19, |
| **shows** | **size** | **sorry** | 105:15 |
| 76:11, 76:12, | 60:22, 61:1, | 17:1, 25:23, | **speech** |
| 106:15 | 61:6, 102:22 | 27:13, 39:2, | 81:23, 81:24, |
| **shrink** | **skill** | 46:18, 49:17, | 82:8 |
| 60:20 | 84:19 | 61:15, 88:6, | **spell** |
| **sic** | **slightly** | 89:13, 92:4, | 35:25 |
| 20:1, 72:3, | 104:23 | 92:5, 94:15, | **spelling** |
| 72:8, 99:22 | **slot** | 95:4, 105:9, | 9:19, 26:20, |
| **side** | 82:13 | 113:5 | 26:24, 27:16, |
| 21:23, 21:24, | **sm** | **sort** | 36:4, 36:7, |
| 59:19, 59:21, | 53:10 | 80:23 | 40:12, 41:7, |
| 74:14, 77:11 | **smc** | **sounds** | 41:13, 43:8, |
| **sign** | 72:3, 72:17 | 26:12 | 43:9, 43:17, |
| 48:11, 51:12, | | | |

USD-0351650

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

141

| | | | |
|---|---|---|---|
| 47:19 | 79:14, 79:20 | 87:19, 87:25, | 84:4, 91:5 |
| **spoke** | **starts** | 90:25, 93:10, | **suppose** |
| 95:7 | 79:22 | 94:8 | 21:2, 47:3, |
| **spoken** | **state** | **street** | 57:16, 107:25 |
| 7:13, 7:16, | 5:15, 6:22, | 3:11 | **supposedly** |
| 26:3, 32:19, | 90:15 | **strike** | 42:3, 44:1, |
| 36:16, 43:13, | **statement** | 39:12, 58:23 | 63:2, 66:10, |
| 45:10, 51:23, | 57:15 | **structure** | 72:7, 81:22, |
| 51:24, 54:18, | **states** | 74:12, 74:16, | 83:23, 88:21, |
| 62:23, 71:8, | 1:1, 16:6, | 74:23, 74:25, | 93:3, 108:2, |
| 98:3, 109:2 | 16:9, 16:13, | 75:4, 75:5, | 108:3 |
| **sputter** | 17:13, 17:21, | 100:2, 102:10, | **sure** |
| 21:4, 21:15 | 17:24, 18:6, | 106:21, 108:24 | 10:4, 13:15, |
| **sputtering** | 18:11, 49:1, | **structures** | 81:15, 92:15, |
| 21:12, 21:13, | 56:18, 56:22, | 106:4 | 108:7, 108:10 |
| 21:19 | 64:25, 70:25, | **studies** | **suspect** |
| **square** | 80:20, 93:15 | 22:15 | 103:17 |
| 60:22 | **station** | **stuff** | **svp** |
| **sr** | 9:17 | 85:15 | 82:15 |
| 41:11 | **ste** | **subject** | **swear** |
| **staff** | 3:5 | 63:5 | 5:25 |
| 80:18 | **stenographer** | **substantial** | **switching** |
| **staffing** | 9:25 | 111:3 | 25:22 |
| 48:2, 48:8, | **stenographically** | **such** | **sworn** |
| 59:19, 59:22 | 114:7 | 66:7, 78:22, | 4:1, 6:12, |
| **stamp** | **stephen** | 90:20, 105:21, | 6:14, 6:16 |
| 79:11 | 1:18, 2:1, 4:1, | 107:15 | |
| **stand** | 5:3, 6:16, 7:2, | **suggestion** | **T** |
| 44:6, 60:21 | 7:3, 54:12, | 72:14 | |
| **standard** | 55:3, 55:14 | **suite** | **taidaily** |
| 77:15, 78:18 | **steps** | 3:25 | 54:11 |
| **stands** | 22:8 | **sunday** | **tainan** |
| 44:8, 60:23, | **still** | 67:16 | 68:14 |
| 71:18 | 41:15, 94:1, | **supervises** | **taipei** |
| **start** | 111:14, 111:18 | 40:1 | 1:23, 2:6, |
| 21:17, 22:24, | **stipulate** | **supervision** | 3:18, 5:11, |
| 28:11, 31:8, | 6:2, 6:4 | 114:8 | 15:20, 15:21, |
| 36:22, 42:2, | **stipulations** | **supervisor** | 15:25 |
| 42:5, 110:8, | 113:17 | 89:9, 89:21 | **taiwan** |
| 110:15 | **stop** | **suppliers** | 1:24, 2:7, |
| **start-up** | 109:3 | 53:2, 80:1, | 3:19, 9:6, 9:8, |
| 26:5 | **storage** | 80:2 | 9:9, 9:13, 11:2, |
| **started** | 14:11, 14:17, | **supplies** | 11:5, 15:17, |
| 29:4, 40:9, | 15:8 | 50:25, 52:23 | 15:18, 15:21, |
| 46:25, 47:11, | **store** | **supply** | 15:22, 16:2, |
| 99:6 | 93:14 | 25:22, 27:6, | 16:5, 16:22, |
| **starting** | **stored** | 49:24 | 17:4, 23:16, |
| 42:23, 51:10, | 14:10, 87:14, | **support** | 34:1, 35:5, |
| | | 65:1, 78:1, | 37:14, 37:17, |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

142

37:18, 54:11,
68:13, 69:7,
70:8, 70:11,
71:2, 75:15,
88:4, 88:8,
88:14, 91:20,
92:24, 93:25,
110:22
**taiwanese**
60:4
**take**
6:1, 13:11,
13:12, 25:8,
37:23, 37:24,
44:11, 66:24,
85:14, 85:24
**taken**
8:5, 22:8,
38:2, 59:7,
85:20, 114:4,
114:7
**taking**
5:10
**talent**
71:10, 71:12,
77:6
**talents**
71:12, 71:17,
72:10
**talk**
100:12
**talked**
83:1, 94:21
**talking**
50:22, 69:14,
94:13
**target**
34:22
**taskforce**
69:8, 92:8
**team**
22:9, 43:3,
69:11, 76:2,
76:3, 76:4,
88:11, 107:16
**techinsight**
99:22, 100:10,
101:2, 106:9

**techinsights**
99:25, 100:15,
100:19, 106:1,
106:7, 106:13,
106:15, 106:18,
107:8, 107:9,
107:17
**technical**
13:22, 14:1,
14:6, 14:15,
14:25, 15:4,
15:9, 41:25,
44:11, 50:15,
68:8, 68:13,
79:1, 83:24,
84:4, 84:9,
88:15, 91:5,
92:25, 93:7,
93:9, 93:14,
96:20, 100:9,
101:2, 101:5,
106:3, 106:8,
107:10
**technical-related**
92:7
**technologies**
56:25, 60:16,
62:13, 62:15,
75:1, 75:2,
88:5, 91:13,
93:4, 93:17,
93:19, 93:23,
94:9, 99:16,
100:20, 102:16,
103:18, 109:7
**technology**
1:4, 3:2, 5:4,
13:23, 14:2,
14:6, 14:15,
15:1, 15:5,
15:10, 16:23,
21:10, 21:25,
22:1, 22:2,
22:7, 22:23,
27:12, 27:14,
28:1, 28:4,
29:10, 29:11,
31:4, 31:11,

37:10, 37:17,
56:18, 56:23,
57:4, 59:13,
59:18, 59:23,
59:24, 60:8,
61:2, 61:5,
62:5, 64:9,
66:3, 68:16,
74:2, 75:23,
75:25, 76:6,
76:12, 76:15,
76:21, 77:22,
79:2, 84:3,
84:24, 85:11,
86:25, 88:11,
91:11, 91:13,
93:20, 93:24,
93:25, 94:8,
95:21, 96:4,
97:6, 97:8,
97:11, 97:13,
97:17, 98:12,
98:20, 98:24,
99:3, 99:4,
99:14, 99:17,
99:19, 100:6,
102:17, 105:20,
109:1, 109:6,
109:9, 111:20
**tel**
53:6
**tell**
11:7, 26:15,
60:11, 79:19,
94:11, 99:11,
109:19
**telling**
86:20, 86:22
**term**
24:11
**terms**
85:11, 91:4,
91:13, 92:17,
99:3, 101:12,
102:21
**testified**
52:7, 59:11,
83:8, 87:20,

99:7, 107:12,
108:20, 110:3
**testify**
10:23, 48:18,
63:2, 63:4,
63:22, 64:3
**testimony**
9:5, 9:14,
9:22, 9:24,
10:7, 10:12,
10:14, 11:9,
13:16, 25:10,
63:1, 70:4,
91:23, 109:20,
114:6
**testing**
23:5, 112:2
**texas**
16:23, 17:2,
17:3, 17:11
**th**
1:21, 2:4,
3:11, 5:10,
10:13, 15:13,
114:14
**than**
8:18, 9:4,
10:12, 16:14,
37:5, 37:23,
53:1, 58:7,
61:12, 70:20,
70:23, 83:7,
104:23, 105:17,
110:4
**thank**
8:22, 24:17,
24:21, 45:15,
65:19
**that's**
10:20, 11:12,
17:3, 17:25,
18:1, 18:13,
19:24, 21:17,
22:11, 23:15,
33:4, 34:23,
43:8, 44:19,
51:13, 63:5,
63:24, 64:1,

USD-0351652

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

143

73:22, 75:23,
80:1, 83:13,
106:22, 106:24
**theft**
110:23
**their**
71:13, 78:8,
78:9, 80:18,
84:2, 84:3,
84:5, 84:7,
99:16, 102:14,
102:21, 103:18
**them**
13:5, 25:16,
50:12, 53:3,
53:15, 61:12,
75:12, 80:17,
81:18, 86:20,
104:7, 104:10,
104:24, 111:3
**themselves**
5:15, 72:6
**then**
17:7, 18:12,
19:23, 20:14,
23:23, 28:20,
29:5, 38:24,
39:4, 51:2,
52:21, 52:22,
53:5, 57:17,
59:21, 62:2,
64:11, 69:6,
70:1, 70:21,
71:13, 72:6,
72:17, 75:2,
76:11, 80:9,
83:15, 83:23,
84:13, 85:11,
98:11, 99:1,
99:13, 102:8,
102:10, 108:6,
108:9, 112:23
**theoretically**
88:16
**there**
9:11, 10:1,
16:11, 18:16,
25:15, 33:3,

35:7, 39:8,
40:23, 41:18,
42:19, 42:25,
43:3, 43:20,
48:11, 50:15,
50:20, 54:1,
55:23, 56:16,
56:17, 59:20,
59:21, 62:1,
62:12, 66:7,
68:14, 68:21,
69:25, 70:21,
71:4, 75:8,
75:17, 78:1,
78:2, 78:6,
78:7, 78:18,
79:23, 79:25,
80:23, 81:6,
81:7, 82:6,
83:23, 84:15,
84:17, 86:2,
86:10, 86:13,
86:15, 86:20,
86:21, 88:4,
88:21, 99:15,
101:4, 103:15,
103:16, 108:7,
108:22, 109:3,
109:7
**there's**
46:2, 54:25,
67:14, 67:15,
74:7, 75:22,
76:16, 83:4
**thereafter**
114:7
**therefore**
92:13
**these**
16:18, 18:10,
19:7, 19:9,
49:15, 49:20,
49:23, 50:2,
51:11, 51:12,
63:12, 72:12,
77:17, 78:20,
80:19, 81:3,
84:9, 101:16

**thesis**
20:23, 21:3
**they**
5:15, 6:2, 6:6,
19:17, 28:1,
33:10, 63:7,
70:1, 70:22,
71:2, 71:13,
80:11, 80:22,
80:23, 81:7,
81:21, 84:4,
84:10, 88:17,
89:7, 89:19,
92:8, 92:11,
94:23, 95:12,
100:1, 101:18,
101:20, 103:17,
103:23, 104:18,
104:25, 106:11
**they're**
14:16, 63:15
**thing**
109:9
**things**
65:18
**think**
16:14, 49:19,
63:14, 64:21,
67:12, 70:20,
70:23, 72:18,
75:23, 77:19,
80:17, 83:1,
84:20, 85:1,
85:9, 89:7,
89:19, 95:12,
110:10
**thinking**
37:18
**third**
67:19
**this**
4:3, 5:9, 6:4,
6:17, 9:11,
9:13, 13:3,
13:6, 13:18,
17:18, 21:17,
25:24, 26:8,
27:22, 35:15,

38:6, 42:12,
46:1, 46:7,
46:13, 46:20,
46:21, 48:17,
51:10, 51:17,
52:9, 52:18,
54:7, 58:4,
59:22, 61:3,
63:1, 63:6,
63:10, 65:9,
65:16, 66:25,
67:1, 67:3,
67:19, 67:21,
68:2, 68:8,
69:4, 69:7,
72:5, 72:7,
72:20, 73:9,
73:12, 75:4,
75:20, 76:6,
76:10, 76:11,
76:15, 77:7,
77:8, 78:12,
78:21, 79:7,
79:14, 79:15,
81:8, 82:12,
86:20, 96:22,
97:13, 100:6,
101:23, 104:11,
109:18, 114:11,
114:14
**those**
16:16, 18:21,
19:2, 42:20,
49:12, 50:17,
51:2, 52:20,
60:18, 70:20,
70:24, 71:15,
73:25, 75:10,
88:17, 92:10,
94:20, 99:5,
101:6, 104:14,
105:1, 108:10,
109:11, 112:10,
112:21, 112:23
**thought**
90:14, 105:21
**three**
12:9, 25:3,

USD-0351653

Confidential - Subject to Protective Order

25:4, 49:23,
67:14, 68:16,
68:21, 75:18,
81:16, 83:15,
99:15, 99:21,
100:17, 100:20
**through**
4:27, 4:31,
4:35, 7:6, 7:15,
7:18, 9:16,
10:1, 10:25,
18:14, 23:22,
26:1, 26:17,
26:21, 27:5,
27:14, 32:20,
34:18, 35:2,
35:6, 36:13,
36:17, 36:21,
36:24, 37:13,
37:15, 38:5,
64:19, 66:20,
66:23, 73:5,
73:7, 79:9,
79:12, 104:22
**ti**
17:3, 17:5
**ti-acer**
16:22, 17:6,
23:23, 24:1,
24:23, 25:2,
25:3, 25:7,
25:18, 26:4,
26:13
**time**
5:6, 9:23,
11:4, 17:14,
17:16, 21:11,
28:13, 28:25,
30:25, 34:2,
34:14, 34:23,
35:20, 35:25,
36:2, 38:1,
38:4, 38:20,
46:13, 46:20,
59:6, 59:9,
61:20, 61:21,
63:20, 68:23,
76:18, 79:17,

82:13, 84:21,
85:19, 85:22,
90:3, 96:18,
96:22, 98:1,
109:19, 109:23,
113:22
**timeframe**
17:17, 59:18,
59:24, 60:8,
60:11, 60:14,
60:16, 68:8,
68:20, 103:5
**timeframes**
16:18
**times**
16:7, 16:12,
16:14, 18:8,
18:9, 95:19
**tis**
17:2
**title**
27:1, 27:18,
28:13, 38:9,
38:17, 38:18,
43:25
**titled**
54:11
**today**
5:8, 5:12,
11:8, 12:23,
40:18, 41:16,
47:5, 51:3,
73:15, 73:17,
76:22, 102:25,
104:22
**today's**
5:6, 8:16,
11:6, 11:21
**token**
84:1, 84:5
**too**
25:25, 98:25,
103:15, 103:16,
108:25, 109:8
**took**
25:11, 36:15
**tool**
52:22, 52:24

**tools**
58:12
**top**
49:15, 49:20,
53:2, 56:15,
56:17
**topic**
21:3
**total**
16:14, 70:23,
81:25
**tours**
79:25
**tower**
1:21, 2:4, 5:10
**trade**
10:21, 110:23
**transaction**
33:4, 33:6,
33:8
**transcript**
6:7, 114:5
**transfer**
29:10, 31:13,
59:23, 76:21,
88:11, 91:11,
91:13, 97:8,
98:12, 98:20,
98:24, 99:3,
99:4
**transferred**
18:13, 97:9,
97:20, 111:21
**translate**
94:2
**translation**
54:10, 95:5
**travel**
17:13, 80:20
**traveled**
48:25
**tried**
52:19, 103:9
**trip**
16:10, 16:25,
17:23, 18:1,
18:2, 18:13,
79:16

**trips**
16:16, 16:18,
17:20, 18:6,
18:11, 18:21,
19:2
**true**
92:7, 114:5
**try**
8:12, 26:8,
26:9, 34:14,
35:15, 103:12
**trying**
63:8
**tsinghua**
19:23
**tsingkeng**
20:1
**tsun**
7:6, 7:18
**tuesday**
1:26
**tunhwa**
1:22, 2:5,
3:17, 5:10
**turn**
45:19, 54:14,
56:16, 67:21,
77:5, 77:10,
79:13, 80:6,
82:11, 85:25
**twice**
11:23
**two**
7:10, 12:18,
17:22, 18:9,
23:12, 25:4,
28:19, 36:15,
36:17, 36:19,
40:21, 47:6,
60:16, 60:18,
61:23, 68:15,
68:21, 75:8,
76:18, 80:17,
80:18, 82:1,
84:15, 103:21
**two-thousand-and**
10:9
**type**
27:5, 41:22,

USD-0351654

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Stephen Chen
Conducted on July 10, 2018

145

50:24, 99:24
**typewriting**
114:8
**tzou**
108:15

**U**

**ultimately**
59:25, 66:8,
75:6
**umc's**
41:25, 42:11,
78:25, 109:3
**umc-jinhua**
82:20, 86:11,
86:16, 86:24,
87:4, 110:9
**umccorp**
73:5
**umccorpjd**
4:23, 4:27,
4:31, 4:35,
64:15, 64:22,
66:20, 73:7,
79:9, 79:12
**umccorpjd8**
66:23
**umi**
75:12, 75:14
**unable**
92:13
**unclear**
25:24, 28:21
**under**
57:18, 74:14,
78:25, 114:8
**understand**
6:3, 8:24, 9:2,
9:3, 13:15,
14:8, 14:12,
32:20, 33:7,
44:15, 52:10,
58:9, 87:24,
89:1, 102:10
**understanding**
15:18, 52:7,
53:14, 55:7,
55:19, 63:3,

63:23, 64:8,
65:14, 69:24,
71:23, 72:1,
85:5, 85:13,
89:5, 89:16,
91:4, 93:16,
94:7, 101:10,
101:20, 106:17
**understood**
9:1, 16:4,
44:17, 82:10,
83:13
**unit**
5:2, 22:9
**united**
1:1, 1:9, 3:21,
5:4, 8:2, 16:6,
16:9, 16:13,
17:13, 17:21,
17:23, 18:6,
18:11, 49:1,
70:25, 80:20,
93:15
**university**
19:23, 20:1,
20:4
**unless**
4:3, 6:18, 38:6
**unofficially**
42:5
**until**
23:21, 29:2,
31:2, 84:25,
93:11, 97:22,
111:6, 112:11,
112:23
**upon**
52:8, 102:15
**url**
95:2, 95:9
**urls**
95:1
**usa**
65:7, 77:11,
77:12
**usb**
14:11, 15:4
**use**
44:18, 52:16,

52:19, 100:15,
102:20, 102:22,
102:24
**used**
44:14, 73:12,
87:13, 104:11,
111:19
**uses**
51:5
**using**
8:19, 52:24,
53:17, 74:5,
87:9
**usually**
104:12

**V**

**vague**
102:19
**various**
56:14, 58:6,
62:16, 87:9,
96:3
**vendor**
48:14, 50:25,
52:23, 53:9
**vendors**
49:12, 51:5,
51:14, 53:1,
53:2, 53:8,
58:6, 58:7,
58:15, 58:17,
58:19, 81:4,
81:6, 81:12,
81:19
**venture**
17:3, 17:10,
23:25, 29:22,
30:2, 30:3,
30:7, 30:20
**venue**
6:4
**version**
60:20
**versus**
5:4
**very**
21:4, 22:20,

25:24, 28:15,
35:13, 45:20,
50:20, 54:19,
75:4, 78:21,
90:19, 104:16,
106:11
**veteran**
54:12
**vice-president**
28:22, 29:6,
35:16, 35:19,
38:23, 40:17,
41:9, 41:15,
50:23, 51:4,
83:17
**video**
5:7, 5:9, 10:2
**videographer**
3:31, 5:2, 5:8,
5:24, 37:25,
38:3, 59:5,
59:8, 85:18,
85:21, 113:21
**videotaped**
1:18, 5:3
**view**
106:20, 109:22
**visa**
81:21
**visibility**
92:17
**visit**
18:20, 19:10,
49:4, 80:1, 81:6
**visited**
18:23, 50:10,
80:3
**visiting**
82:7
**visits**
81:4, 81:11,
81:18
**voice-identify**
5:14
**vp**
34:9, 34:10,
38:10, 38:11,
38:13, 38:15,

USD-0351655

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

146

38:19, 38:24,
39:4, 39:5,
39:7, 39:12,
39:14, 39:17,
39:19, 39:24,
39:25, 40:4,
40:8, 40:21,
67:23, 84:13,
98:11

**W**

**w-a-y-n-e**
35:22
**w-e-n**
43:18
**w-e-n-g**
43:8
**wait**
8:10, 8:12
**wang**
3:33, 6:14,
110:17, 110:22,
111:2, 112:18,
112:21, 112:22,
112:24, 113:2,
113:11
**want**
11:16, 13:15,
53:3, 59:1,
61:4, 107:7
**wanted**
37:13, 37:15,
61:5
**wasn't**
113:6
**way**
9:25, 10:4,
33:6, 35:15,
42:7, 42:9,
42:24, 51:17,
61:4, 64:4,
108:1
**wayne**
35:22, 35:23,
35:24, 36:3,
36:9, 83:5, 83:7
**we'll**
8:19, 34:14,

44:20, 100:12
**we're**
14:13, 44:15,
85:1, 107:5
**we've**
37:22, 44:14,
56:8
**wearing**
47:6, 84:15
**website**
89:6, 89:7,
89:17, 94:18,
96:12, 96:16
**wednesday**
11:25, 12:1,
12:14, 12:20
**week**
11:23, 12:1,
13:8
**well**
38:25, 43:20,
48:2, 51:16,
53:21, 63:1,
66:10, 77:8,
87:20, 101:11
**wen**
43:15
**went**
26:13, 70:22,
80:22, 81:16,
84:4, 104:24
**were**
15:16, 16:16,
23:9, 23:20,
25:1, 25:11,
27:3, 28:14,
29:5, 29:9,
30:6, 31:5,
32:16, 32:22,
33:5, 33:13,
33:16, 34:7,
34:16, 35:4,
35:11, 35:20,
38:11, 41:19,
42:20, 42:25,
43:1, 46:8,
50:7, 51:2,
57:3, 59:11,

59:16, 60:7,
60:16, 60:18,
62:1, 62:19,
64:2, 64:10,
68:16, 69:16,
69:25, 70:3,
70:21, 73:21,
75:8, 75:17,
78:19, 79:25,
80:2, 80:23,
81:6, 81:7,
82:5, 82:6,
83:8, 84:4,
84:21, 85:4,
85:8, 86:8,
86:10, 86:22,
87:7, 87:8,
87:12, 87:13,
87:14, 88:4,
88:25, 93:10,
98:10, 98:14,
98:21, 99:8,
99:15, 101:4,
101:16, 101:19,
102:3, 103:2,
103:16, 103:23,
104:8, 104:15,
104:18, 108:22,
109:3, 109:9,
109:11, 112:9
**what's**
15:12, 38:17,
51:25, 54:5,
61:2, 62:24,
75:13, 101:22
**when**
8:2, 10:16,
14:8, 22:1,
22:20, 23:21,
31:10, 36:11,
37:3, 37:7,
38:8, 40:8,
41:10, 42:2,
44:10, 44:14,
44:18, 48:11,
50:10, 54:17,
54:23, 63:25,
64:2, 84:3,

84:21, 87:7,
91:12, 92:20,
93:3, 93:22,
94:21, 94:25,
95:10, 97:20,
97:25, 98:4,
98:7, 98:14,
98:21, 99:6,
100:7, 103:7,
110:8, 110:14
**where**
15:16, 15:19,
18:10, 22:18,
36:9, 36:14,
44:3, 74:6,
74:7, 85:3,
87:18, 89:2,
89:8, 89:11,
89:20, 89:25,
90:20, 92:21,
93:9, 94:11,
94:20, 95:12,
106:17
**where's**
47:15
**whereof**
114:13
**whether**
14:16, 52:4,
99:8, 113:6
**which**
19:18, 30:7,
39:9, 45:18,
48:14, 51:4,
67:16, 67:18,
68:13, 72:3,
72:19, 75:22,
80:7, 81:3,
82:13, 92:17,
92:23, 99:19
**while**
18:5, 26:8,
28:13, 31:5,
96:18, 97:6,
98:10, 111:10,
112:5, 112:20
**who**
7:25, 9:14,

USD-0351656

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                     147

| | | | |
|---|---|---|---|
| 12:8, 12:14, 16:15, 23:3, 25:21, 29:16, 35:19, 40:8, 40:24, 41:1, 41:9, 43:1, 43:5, 47:7, 50:14, 52:10, 53:23, 57:9, 58:22, 62:1, 62:2, 62:14, 69:6, 69:25, 70:21, 71:4, 71:16, 72:10, 77:24, 78:19, 80:12, 80:25, 81:22, 81:24, 82:4, 82:5, 83:10, 91:25, 92:10, 92:15, 97:16, 103:10, 103:23, 104:10, 104:13, 104:14, 108:12 | **wireless** 31:21 **within** 38:12, 60:15, 70:20, 73:22, 76:2, 103:22 **without** 101:3 **witness** 5:25, 9:13, 10:16, 10:22, 45:5, 48:18, 51:21, 113:6, 114:13 **witness's** 49:19, 78:5, 88:7, 89:14, 89:15, 92:6, 94:17, 109:20 **wong** 3:31, 5:8 **word** 24:15 | 98:15, 110:8, 110:15 **works** 76:19 **world** 87:13 **would** 5:14, 5:24, 6:2, 8:23, 19:6, 21:21, 30:21, 46:20, 55:13, 55:14, 65:5, 68:14, 68:21, 69:6, 72:9, 76:19, 83:25, 87:24, 89:1, 89:7, 89:19, 89:24, 90:9, 90:19, 90:21, 92:8, 92:9, 92:10, 92:11, 92:12, 93:1, 94:16, 94:17, 102:10, 102:21, | **yeah** 10:6, 11:4, 11:12, 12:3, 16:1, 16:19, 16:24, 19:5, 21:14, 21:16, 22:23, 23:15, 23:24, 24:1, 25:6, 25:25, 37:24, 104:22 **year** 7:10, 15:14, 19:25, 20:3, 20:18, 25:4, 51:10, 69:13, 110:24 **year-end** 76:7 **yearly** 19:4 **years** 17:22, 19:6, |
| **who's** 83:14 **whole** 16:1, 38:19, 60:3, 60:14, 105:5 **whom** 5:15, 104:16, 114:3 **why** 19:20, 21:17, 22:24, 37:11, 60:5, 71:24, 78:12, 85:14, 90:13, 101:8, 103:12 **will** 6:6, 8:9, 54:6, 55:19, 57:18, 59:21, 79:22, 109:19, 110:1 **window** 88:8, 91:5, 91:9 | **work** 10:15, 10:16, 16:22, 22:21, 23:3, 28:3, 44:22, 52:8, 55:22, 75:7, 76:17, 97:3, 97:25, 98:5, 98:9, 98:22, 104:1, 104:3, 104:9, 104:13, 104:16, 104:17, 105:3, 111:22 **worked** 17:9, 18:5, 22:20, 25:3, 28:25, 31:1, 37:3, 44:3, 54:18, 61:25, 75:18, 91:14, 98:4 **working** 54:23, 71:14, 76:23, 88:24, 97:7, 98:7, | 103:11, 103:15, 103:17, 104:3, 109:8, 113:8 **wu** 67:23, 68:1, 81:24 **wuhan** 72:23 | **X** | **x-i-e** 41:7 **x-m-c** 72:22 **x-u** 41:13 **xie** 41:5 **xmc** 72:20, 72:23 **xu** 41:11, 41:13, 41:15 | **Y** | **y-u-e-f-o-n-g** 26:24 | 22:12, 22:21, 23:9, 23:12, 25:1, 25:3, 28:19, 28:23, 54:22, 54:23, 60:15, 61:23, 65:6, 68:15, 68:21, 76:18 **yep** 63:21 **yesterday** 113:18, 113:19 **yet** 55:23 **yield** 34:20, 34:22, 98:13 **you're** 18:2, 18:18, 19:13, 19:16, 22:18, 34:25, 52:2, 56:2, 69:13, 81:1, 87:20, 94:25, 95:21, 105:7, 106:25, 111:16, |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351657

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

148

113:7
**you've**
11:7, 17:19,
17:23, 67:1,
90:23, 96:18,
110:3, 113:1
**your**
6:22, 7:1, 7:5,
7:11, 7:25, 8:5,
8:11, 11:13,
11:17, 11:18,
12:22, 13:16,
13:21, 13:25,
14:4, 14:13,
14:24, 15:3,
15:7, 15:12,
16:4, 16:15,
17:14, 17:24,
19:21, 20:6,
20:15, 20:18,
20:20, 20:23,
21:3, 21:21,
22:13, 22:17,
22:24, 22:25,
23:1, 24:23,
25:7, 25:18,
26:9, 26:15,
27:1, 27:10,
27:18, 28:6,
28:10, 28:13,
29:19, 32:21,
34:5, 34:7,
34:16, 36:19,
37:10, 38:9,
38:17, 38:21,
46:25, 47:7,
47:23, 48:8,
51:16, 54:25,
55:7, 55:19,
57:13, 62:7,
64:8, 66:3,
69:22, 70:4,
70:6, 70:24,
71:3, 71:23,
74:1, 74:9,
80:6, 84:21,
88:24, 90:3,
90:15, 93:13,

94:7, 96:2,
96:18, 102:15,
102:17, 105:3,
105:20, 106:2,
107:1, 108:16,
109:11, 109:20,
110:19
**yourself**
11:8, 66:25
**yu**
64:23
**yuefong**
26:22
**yugo**
3:33, 6:14

---

.

**.105**
4:39
**.45**
4:8
**.54**
4:12
**.56**
4:16
**.6**
4:1, 4:6
**.64**
4:21
**.66**
4:25
**.73**
4:29
**.79**
4:33
**.97**
4:37

---

0

**00**
82:14
**000001**
4:23, 64:15
**000008**
4:27, 66:20
**000017**
4:31, 73:7
**000041**
4:35, 79:9

**001**
64:21
**01**
64:22
**06**
38:1
**06932**
1:7
**07**
1:27, 5:7
**09**
59:6

---

1

**1**
1:12, 113:22,
113:23
**10**
1:12, 1:26,
5:6, 16:14,
16:16, 28:5,
28:22, 38:1,
38:4, 49:15,
49:20, 53:1,
53:2, 54:22,
54:23, 58:7,
65:6, 80:15,
104:23
**100**
69:16
**105**
1:23, 2:6
**106**
3:18
**11**
59:6, 59:9,
80:15
**110**
84:22, 85:3,
85:7, 93:8,
93:10, 93:12
**114**
1:32
**12**
1:21, 2:4,
4:27, 5:10,
15:13, 66:20,
66:23, 80:8,

80:15, 80:19,
85:1, 85:19,
85:22
**120**
69:15
**13**
56:19, 56:24,
57:14
**14**
10:8, 10:9,
10:13
**15**
114:14
**150**
69:3, 69:10
**1500**
3:5
**16**
35:3, 35:5,
35:11, 37:3,
37:4, 56:17
**17**
1:7, 10:10,
73:5
**18**
38:4
**19**
16:24
**1962**
15:15
**1985**
20:5
**1987**
20:19
**1989**
16:24, 17:17,
23:11, 23:15,
23:21
**1990**
23:22, 23:23
**1991**
17:17, 23:24,
25:5
**1994**
25:5
**1996**
29:2, 98:8
**1x**
31:12, 31:17,

USD-0351658

Confidential - Subject to Protective Order

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018

149

31:22

**2**

**2,000**
65:2, 65:16
**20**
22:11, 31:12,
32:2, 32:7,
56:17, 61:12,
65:6, 70:20,
70:21, 70:23,
70:24, 71:15,
104:23, 105:17,
110:4
**200**
69:3
**2000**
42:18
**2006**
29:21, 30:6,
31:2, 31:8, 31:9
**2007**
10:17
**2008**
29:2
**2009**
29:2
**2013**
31:2, 31:3,
31:10, 31:24,
32:2, 32:5,
32:9, 32:13,
32:23, 32:25,
97:21, 97:22
**2014**
19:8
**2015**
19:8, 36:12,
37:1, 37:7,
37:20, 38:8,
40:9, 41:10,
42:24, 44:10,
99:7, 110:11
**2016**
18:3, 42:4,
42:6, 42:13,
42:17, 42:18,
42:22, 42:24,

48:25, 50:7,
50:10, 56:19,
56:24, 57:14,
60:3, 61:24,
62:6, 62:18,
63:17, 64:3,
64:8, 64:23,
68:23, 69:15,
70:18, 71:25,
73:3, 75:15,
76:18, 79:17,
80:20, 103:5
**2017**
10:13, 44:23,
45:2, 45:13,
47:1, 47:2,
47:4, 47:11,
47:12, 55:8
**2018**
1:26, 5:6,
55:14, 76:7,
76:19, 114:14
**205**
1:22, 2:5, 5:10
**21**
67:15, 101:24
**22**
67:16
**23**
4:21, 64:13,
64:14, 64:20,
67:16, 74:8,
74:11, 74:14
**25**
31:12, 31:16,
31:24, 32:10,
61:7, 75:22,
75:25, 91:12,
97:9, 97:20,
101:24
**250**
69:8
**26**
3:11
**28**
59:9, 77:5,
101:24
**29**
4:33, 73:5,

79:6, 79:8,
81:10, 85:25
**2x**
101:21, 101:23,
102:5
**2z**
101:21, 101:24,
102:5

**3**

**3**
82:14
**3-0**
77:2
**3-7-0**
77:3, 105:10
**30**
4:25, 4:31,
66:18, 66:19,
73:5, 73:7,
77:10, 85:1,
101:19
**300**
68:14, 68:18,
68:21, 68:25,
69:8
**31**
4:8, 45:18,
45:21
**32**
4:12, 54:2,
54:6, 60:20,
60:21, 60:23,
60:24, 61:1,
61:2, 61:7,
61:22
**321**
3:25
**33**
4:16, 56:5,
56:8
**350**
68:22, 68:25
**370**
77:1, 105:8,
105:10, 105:12
**3:-cv--jsw**
1:7

**4**

**4**
19:17, 82:14,
83:15, 83:16
**400**
3:25
**41**
79:12
**42**
85:19
**44**
79:15, 79:20
**45**
81:11, 82:14,
83:15
**46**
4:35, 79:9,
79:12, 82:11,
86:1
**4655**
3:5

**5**

**50**
30:23, 83:16,
85:22
**55**
113:22, 113:23
**555**
3:11

**7**

**7-0**
31:7
**70**
31:6, 31:8,
97:9

**8**

**8-2**
7:6
**89**
16:24
**8f**
3:17

**9**

**9**
1:27, 5:7

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351659

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                    150

**90**
16:24
**92121**
3:7
**94080**
3:27
**94104.1500**
3:13

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

USD-0351660

Confidential - Subject to Protective Order