JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
OSAMA ALKHAWAJA (SBN 334404)
Osama.Alkhawaja@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:   (650) 470-4500
Facsimile:   (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION, *et al.*,<br><br>Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S NOTICE OF WAIVER OF TRIAL BY JURY**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 23, 2022 |

Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") hereby waives the right to a trial by jury and requests the court to try all charges against it in this case without jury. The undersigned attorney for the defendant herein represents that the defendant was fully advised as to the rights of an accused under the Constitution and laws of the United States to a speedy and public trial by jury and further represents that, in his opinion, the waiver by the defendant of trial by jury is voluntarily and understandingly made.

Pursuant to Fed. R. Civ. P. 23(a), Jinhua hereby respectfully requests that the United States consent to Jinhua's waiver and that the Court approve the waiver.

DATED: February 11, 2022

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Jack P. DiCanio_____
Jack P. DiCanio
Attorneys for Defendant
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.