JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
OSAMA ALKHAWAJA (SBN 334404)
Osama.Alkhawaja@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:   (650) 470-4500
Facsimile:   (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED MICROELECTRONICS CORPORATION, *et al.*,<br><br>          Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S WAIVER OF TRIAL BY JURY**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 23, 2022 |

Pursuant to Federal Rule of Criminal Procedure 23(a)(1), Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") hereby waives the right to a trial by jury and requests the court to try all charges against it in this case without a jury.

Jinhua has been informed by undersigned counsel, aided by an interpreter, that: (1) twelve members of the community compose a jury in the United States; (2) Jinhua, through its corporate representative, may take part in jury selection in this case; (3) jury verdicts must be unanimous and would be required to be in this case; and (4) the court alone – meaning the United States District Court Judge alone – decides guilt or innocence if Jinhua waives a jury trial.

I, Jinfu Zheng, am Vice President of Jinhua. I am responsible for overseeing Jinhua's legal affairs, including this case, and I am authorized by Jinhua to make this wavier on behalf of Jinhua pursuant to board resolution. This form, written in English, was translated into Chinese so that I could read the waiver in my native language.

Accordingly, because I have read and understood this written waiver form and discussed Jinhua's rights and the United States' legal system with undersigned counsel with the aid of an interpreter, this waiver is knowingly, intelligently, and voluntarily made.

DATED: February 16, 2022

By: _____
Jinfu Zheng, Vice President
Acting With the Assent of, and Authority to Bind,
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

The undersigned attorney for the defendant herein represents that prior to the signing of the foregoing waiver, Jinhua was fully advised as to the rights of an accused under the Constitution and laws of the United States to a speedy and public trial by jury; and further represents that, in his

1

1  opinion, the above waiver by Jinhua of trial by jury is knowingly, intelligently, and voluntarily
2  made; was done so by a corporate representative with authority to bind Jinhua, and recommends to
3  the court that the waiver be approved.

4  DATED: February 16, 2022

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By: _____/s/ Jack P. DiCanio_____
Jack P. DiCanio
Attorneys for Defendant
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.