UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** February 22, 2022     **Time:** 4:30 – 5:19     **Judge:** MAXINE M. CHESNEY

= 49 minutes

**Case No.:** 18-cr-00465-MMC-2     **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Hunter, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger     **Court Reporter:** Ana Dub
**Mandarin Interpreter:** Yang Shao     **Probation Officer:** N/A

## PROCEEDINGS

**Jury Waiver Inquiry Hearing – hearing held by Zoom webinar.**

**Court questioned Fujian Jinhua Integrated Circuit representative – Jinfu Zheng, assisted by Mandarin interpreter Yang Shao.**

**Court accepted the waiver of jury and found that the waiver was knowingly, intelligently, and voluntarily made.**

**CASE CONTINUED TO: February 28, 2022 at 9:00 am for Bench Trial (6 weeks)**