| | |
|---|---|
| 1 | JACK P. DICANIO (SBN 138782) |
|   | Jack.DiCanio@skadden.com |
| 2 | EMILY REITMEIER (SBN 305512) |
|   | Emily.Reitmeier@skadden.com |
| 3 | OSAMA ALKHAWAJA (SBN 334404) |
|   | Osama.Alkhawaja@skadden.com |
| 4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|   | 525 University Avenue |
| 5 | Palo Alto, California 94301 |
|   | Telephone: (650) 470-4500 |
| 6 | Facsimile: (650) 470-4570 |
| 7 | MATTHEW E. SLOAN (SBN 165165) |
|   | Matthew.Sloan@skadden.com |
| 8 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|   | 300 South Grand Avenue, Suite 3400 |
| 9 | Los Angeles, California 90071-3144 |
|   | Telephone: (213) 687-5000 |
| 10 | Facsimile: (213) 687-5600 |
| 11 | *Attorneys for Defendant* |
|   | FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD. |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 3:18-cr-00465-MMC |
| Plaintiff, | **DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S REQUEST REGARDING COURTROOM AIDES AND LOGISTICS** |
| v. | |
| UNITED MICROELECTRONICS CORPORATION, *et al.*, | |
| Defendants. | ~~[PROPOSED]~~ ORDER |
| | Judge: The Honorable Maxine M. Chesney |
| | Courtroom: 7 – 19th Floor |
| | Trial Date: February 28, 2022 |

---

**DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S**     CASE NO.: 3:18-cr-00465-MMC
**REQUEST REGARDING COURTROOM AIDES AND LOGISTICS**

**REQUEST REGARDING COURTROOM TRIAL AIDES AND LOGISTICS**

To streamline the presentation of evidence at trial commencing on Monday, February 28, 2022 at 9:00 a.m., Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") respectfully requests that the following be present in the courtroom and breakout room during the trial:

- 3 A/V tables with skirts
- Power cables, connectors and switches
- 3 portable speaker
- 2 printers
- 3 library carts
- Computer monitors, hard drives and laptops
- 1 Keurig
- 1 small air purifier

Jinhua respectfully requests permission to bring these items into the Courthouse beginning Thursday, February 24, 2022. Additionally, Jinhua requests that its litigation team be permitted to bring more than 10 boxes into the Courthouse and to have access to the Courthouse loading dock throughout the trial in order to facilitate moving these materials into and out of the Courthouse, as necessary.

Respectfully submitted,
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Matthew E. Sloan
JACK P. DICANIO
MATTHEW E. SLOAN
EMILY A. REITMEIER
OSAMA ALKHAWAJA

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

IT IS SO ORDERED.

DATED: February 23, 2022

The Honorable Maxine M. Chesney
United States Senior District Court Judge