STEPHANIE M. HINDS (CABN 154284)
United States Attorney

TOM COLTHURST (CABN 99493)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
NICHOLAS WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Laura.Vartain@usdoj.gov
    Nicholas.Walsh@usdoj.gov

NICHOLAS O. HUNTER (DCBN 1022355)
STEPHEN MARZEN (NYBN 2007094)
Trial Attorneys, National Security Division

    950 Pennsylvania Ave., NW
    Washington, DC 20530
    Tel: (202) 353-3434
    Fax: (202) 233-2146
    Nicholas.Hunter@usdoj.gov
    Stephen.Marzen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-00465 MMC |
|     Plaintiff, | STIPULATIONS RE: CERTAIN DEVICES |
|   v. | |
| FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD, | The Honorable Maxine M. Chesney<br>Trial: February 28, 2022, at 9:00 am<br>Courtroom 7, 19th Floor |
|     Defendant. | |

# FACTUAL STIPULATIONS

The parties hereby stipulate, for purposes of the trial of this action, that the following facts are conclusively established and are not in dispute:

1. On February 7, 2017, Ministry of Justice Investigation Bureau ("MJIB") special agents seized a portable hard drive, HDD Model: WDC_WD6400BEVT-22A0RT0, serial number WD-WXR1EB0YVJ30, at Kenny Wang's residence in Taiwan.

2. On February 7, 2017, MJIB special agents seized an ACER brand laptop, HDD Model: WDC_WD2500BEVT-00A23T0, hard drive serial number WD-WXL1A61D6393, at Kenny Wang's residence in Taiwan.

3. On February 8, 2017, J.T. Ho voluntarily turned over to MJIB special agents a portable hard drive, Model: ST1000LM024_HN-M101MBB, serial number 755912FD9J813S, that J.T. Ho obtained at his residence in Taiwan.

4. On February 9, 2017, Taiwanese law enforcement obtained a HP brand laptop, HDD Model: TOSHIBA_MK5061GSYN, hard drive serial number 32J5FRTWS, label UMC030761.

5. On February 9, 2017, Taiwanese law enforcement obtained a flash drive, Model: USB 3.0 FD, serial number 340373E9817A4117B03132FD0F7679.

6. On February 9, 2017, Taiwanese law enforcement obtained a flash drive, Model: DataTraveler 2.0, serial number 1C6F654E59A2FDB159042.

7. On February 14, 2017, MJIB special agents seized a hard drive, HDD Model: Hitachi_HTS545050A7E380, serial number TA9511GZHEDS1S, at L.T. Rong's UMC office in Taiwan.

8. On February 14, 2017, MJIB special agents seized an ACER brand UMC laptop, Model: KINGSTON_RBU-SC100S37240GE, hard drive serial number 50026B72480D77FB, at L.T. Rong's UMC office in Taiwan.

9. On February 14, 2017, MJIB special agents seized a flash drive, Model: Transcend 32GB, serial number AA00000000000489, at L.T. Rong's UMC office in Taiwan.

The undersigned parties agree and stipulate to the foregoing facts.

## TRIAL STIPULATIONS

The parties hereby stipulate, for purposes of the trial of this action, that:

1. Jinhua will not object to the relevance of the devices identified in Paragraphs 4, 5 and 6, above. Jinhua, however, reserves the right to argue that the forensic images obtained from those devices are not authentic or admissible, including based upon the arguments made in Jinhua's Motion in Limine, Dkt. 247.

The undersigned parties agree and stipulate to the foregoing.

Dated: February 27, 2022                    Respectfully Submitted,

                                            STEPHANIE M. HINDS
                                            United States Attorney


                                            _____/s/_____
                                            LAURA VARTAIN HORN
                                            NICHOLAS WALSH
                                            Assistant United States Attorneys

                                            NICHOLAS O. HUNTER
                                            STEPHEN MARZEN
                                            Trial Attorneys, National Security Division


Dated: February 27, 2022                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


                                            _____/s/_____
                                            JACK P. DICANIO
                                            MATTHEW E. SLOAN
                                            EMILY REITMEIER
                                            Attorneys for Defendant
                                            Fujian Jinhua Integrated Circuit Co., Ltd.