UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 1, 2022    **Time:** 5 hours 41 minutes    **Judge:** MAXINE M. CHESNEY

**Case No.:** 18-cr-00465-MMC-2    **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co. Ltd.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Hunter, Nicholas Hunter, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** Ana Dub / Ruth Levine Ekhaus
**Mandarin Interpreter:** Chen-Hao Hsu

## PROCEEDINGS

**Bench Trial – Day Two.**

**Government witness(es):** Continued direct examination of Greg Schow; Jeremy Tiesort, J.C. Cho

**CASE CONTINUED TO:** March 2, 2022 at 9:00 am for Continued Bench Trial

**Admitted Trial Exhibits:**

Government Exhibits: 406, 409, 409T, 417, 1075 (pgs: 3-6, 8-10, 7, 11); 1075T (pgs: 3-7, 9-11, 8, 12), 1146, 1146T, 1147, 1147T, 1148, 1151, 1262, 1262T, 1277, 1281, 1281T, 1290 (pg 1), 1292, 1292T (pgs 1 and 9), 1293 (pgs 1-30), 1294 (pgs 1-36), 1295 (pgs 1-55), 1296 (pgs 1-81), 1298, 1517

Defense Exhibits: 4667

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cr-00465-MMC-2
Case Name: USA v. Fujian Jinhua Integrated Circuit, Co. Ltd.

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Maxine M. Chesney | Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen | Jack DiCanio, Matthew Sloan, Emily Reitmeier |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| March 1, 2022 | Ruth Levin Ekhaus/Ana Dub | Tracy Geiger |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:04 AM | | | **Court reconvened – all counsel present.** | |
| | | | | | **Court addressed trial schedule with counsel.** | |
| | | 9:19 AM | | | **AUSA Stephen Marzen moved to admit exhibits P0406 and P0417** | |
| 0406 | | 3/1/2022 | X | X | | |
| 0417 | | 3/1/2022 | X | X | | |
| 1292T | | 3/1/2022 | X | X | **Pages 0001, 0009 only** | |
| 1292 | | 3/1/2022 | X | X | | |
| | | | | | **Continued direct exam of: GREG SCHOW** | Govt |
| 1295 | | 3/1/2022 | X | X | **Pages 0001 through 0055** | |
| 1290 | | 3/1/2022 | X | X | **Page 0001** | |
| 1294 | | 3/1/2022 | X | X | **Pages 0001 through 0036** | |
| 1293 | | 3/1/2022 | X | X | **Pages 0001 through 0030** | |
| 1298 | | 3/1/2022 | X | X | | |
| 1296 | | 3/1/2022 | X | X | **Pages 0001 through 0081** | |
| 1277 | | 3/1/2022 | X | X | | |
| 1262T | | 3/1/2022 | X | X | | |
| 1262 | | 3/1/2022 | X | X | | |
| 1281T | | 3/1/2022 | X | X | | |
| 1281 | | 3/1/2022 | X | X | | |
| 0424T | | | X | | | |
| 0424 | | | X | | | |
| | | 10:39 AM | | | **Direct examination concluded** | |
| | | 10:40 AM | | | **Court recess – 15 minutes** | |
| | | 11:00 AM | | | **Court reconvened** | |
| | | 11:05 AM | | | **Court recess – computer issue** | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | 11:14 AM |  |  | Court reconvened |  |
|  |  |  |  |  | Cross examination of Greg Schow | Deft |
|  | 4667 | 3/1/2022 | X | X |  |  |
|  |  | 11:27 AM |  |  | Witness excused |  |
|  |  |  |  |  | Government witness: JEREMY TIESORT |  |
| 0409 |  | 3/1/2022 | X | X |  |  |
| 0409T |  | 3/1/2022 | X | X | Translations for Attachment(s) 3 and 8 |  |
|  |  | 12:08 PM |  |  | Cross examination of Jeremy Tiesort |  |
|  |  | 12:13 PM |  |  | Court questioned witness |  |
|  |  | 12:14 PM |  |  | Witness excused – Court recess – 1 hour |  |
|  |  | 1:19 PM |  |  | Court reconvened |  |
|  |  |  |  |  | Government counsel informed the Court the next |  |
|  |  |  |  |  | Two witnesses will require an interpreter. |  |
|  |  |  |  |  | Counsel have reached an agreement to the |  |
|  |  |  |  |  | Admission of certain government exhibits, with |  |
|  |  |  |  |  | The exception of exhibit 1075 – defense has a |  |
|  |  |  |  |  | Heresay objection. |  |
|  |  | 1:41 PM |  |  | *Mandarin interpreter: Chen-Hao Hsu sworn-in. |  |
| 1517 |  | 3/1/2022 | X | X | Business Record Certification |  |
| 1148 |  | 3/1/2022 | X | X |  |  |
| 1151 |  | 3/1/2022 | X | X | Translation of Government Exhibit 1148 |  |
| 1147 |  | 3/1/2022 | X | X |  |  |
| 1147T |  | 3/1/2022 | X | X |  |  |
| 1146 |  | 3/1/2022 | X | X |  |  |
| 1146T |  | 3/1/2022 | X | X |  |  |
|  |  | 1:55 PM |  |  | Government witness: J.C. CHO * | Govt |
| 1075 |  |  | X |  | Page(s) 3 through 6, 7(picture), 8 through 11 |  |
|  |  | 3:01 PM |  |  | Court recess – 15 minutes |  |
|  |  | 3:16 PM |  |  | Court reconvened |  |
|  |  |  |  |  | Continued direct examination of: J.C. Cho |  |
|  |  | 4:05 PM |  |  | Witness excused for the day – return 3/2/2022 |  |
| 1075 |  | 3/2/2022 | X | X | Pages: 3-6, 8-10, |  |
| 1075T |  | 3/2/2022 | X | X | Pages: 3-7, 9-11 |  |
|  |  |  |  |  | Court reserves ruling as to photos in 1075 pgs 7 |  |
|  |  |  |  |  | And 11, and photos in 1075T pgs 8 and 12. |  |
|  |  | 4:34 PM |  |  | Court recess – return 3/2/2022 at 9:00 AM |  |