UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AMENDED CRIMINAL MINUTES

**Date:** March 1, 2022  **Time:** 5 hours 41 minutes  **Judge:** MAXINE M. CHESNEY

**Case No.:** 18-cr-00465-MMC-2  **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co. Ltd.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Hunter, Nicholas Hunter, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger  **Court Reporter:** Ana Dub / Ruth Levine Ekhaus
**Mandarin Interpreter:** Chen-Hao Hsu

PROCEEDINGS

**Bench Trial – Day Two.**

**Government witness(es):** Continued direct examination of Greg Schow; Jeremy Tiesort, J.C. Cho

**CASE CONTINUED TO:** March 2, 2022 at 9:00 am for Continued Bench Trial

**Admitted Trial Exhibits:**

Government Exhibits: 406, 409, 409T, 417, 1075 (pgs: 3-6, 8-10); 1075T (pgs: 3-7, 9-11), 1146, 1146T, 1147, 1147T, 1148, 1151, 1262, 1262T, 1277, 1281, 1281T, 1290 (pg 1), 1292, 1292T (pgs 1 and 9), 1293 (pgs 1-30), 1294 (pgs 1-36), 1295 (pgs 1-55), 1296 (pgs 1-81), 1298, 1517

Defense Exhibits: 4667