UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL TRIAL MINUTES

**Date:** March 2, 2022     **Time:** 5 hours 13 minutes     **Judge:** MAXINE M. CHESNEY

**Case No.:** 18-cr-00465-MMC-2     **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co. Ltd.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger     **Court Reporter:** Ana Dub / Ruth Levine Ekhaus
**Mandarin Interpreter:** Chen-Hao Hsu

## PROCEEDINGS

**Bench Trial – Day Three.**

**Government witness(es): Continued direct examination of J.C. Cho;  C.S. Chang;**

**CASE CONTINUED TO: March 3, 2022 at 9:00 a.m. for Continued Bench Trial**

**Admitted Trial Exhibits:**

Government Exhibits:  1190, 1190T, 1191, 1191T,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cr-00465-MMC-2
Case Name: USA v. Fujian Jinhua Integrated Circuit, Co. Ltd.

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Maxine M. Chesney | Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen | Jack DiCanio, Emily Reitmeier Matt Sloan |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| March 2, 2022 | Ana Dub and Ruth Levine Ekhaus | Tracy Geiger |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:00 AM | | | Court reconvened. | |
| | | | | | Government witness: J.C. CHO – continued direct | Govt |
| | | 10:06 AM | | | Cross examination of J.C. Cho by DiCanio | Deft |
| | | 10:29 AM | | | Witness excused. | |
| | | 10:30 AM | | | Court recess – 15 minutes | |
| | | 10:50 AM | | | Court reconvened | |
| | | | | | Government counsel informed the Court that the | |
| | | | | | Parties have disputes to exhibits to be used with | |
| | | | | | The next witness. | |
| | | 11:35 AM | | | Government witness: C.S. CHANG | |
| | | 12:08 PM | | | Court questioned witness | |
| | | 12:11 PM | | | Court recess – 1 hour | |
| | | 1:15 PM | | | Court reconvened | |
| | | | | | Continued direct examination of C.S. Chang | Govt |
| 1191 | | 3/2/2022 | X | X | | |
| 1191T | | 3/2/2022 | X | X | | |
| 1190 | | 3/2/2022 | X | X | | |
| 1190T | | 3/2/2022 | X | X | | |
| 1168 | | | X | | | |
| | | 2:48 PM | | | Court recess – 15 minutes | |
| | | 3:06 PM | | | Court reconvened | |
| | | | | | Continued direct examination of: C.S. Chang | Govt |
| | | 3:38 PM | | | Government counsel requests that the Court break | |
| | | | | | Early today to give them time to brief issues re: | |
| | | | | | Government exhibit 1168. | |
| | | 3:55 PM | | | Court recess – return 3/3/2022 at 9:00 AM | |

1