1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
3  TOM COLTHURST (CABN 99493)
   Chief, Criminal Division
4  LAURA VARTAIN HORN (CABN 258485)
   NICHOLAS WALSH (CABN 314290)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7200
      Laura.Vartain@usdoj.gov
8     Nicholas.Walsh@usdoj.gov

9  NICHOLAS O. HUNTER (DCBN 1022355)
   STEPHEN MARZEN (NYBN 2007094)
10 Trial Attorneys, National Security Division

11    950 Pennsylvania Ave., NW
      Washington, DC 20530
12    Tel: (202) 353-3434
      Fax: (202) 233-2146
13    Nicholas.Hunter@usdoj.gov
      Stephen.Marzen@usdoj.gov
14
   Attorneys for United States of America
15

16                          UNITED STATES DISTRICT COURT

17                        NORTHERN DISTRICT OF CALIFORNIA

18                              SAN FRANCISCO DIVISION

19 UNITED STATES OF AMERICA,        )  CASE NO. 18-CR-00465 MMC
                                    )
20       Plaintiff,                 )  STIPULATIONS RE:
                                    )  CHAIN OF CUSTODY FOR CERTAIN ITEMS
21    v.                            )
                                    )
22                                  )
   FUJIAN JINHUA INTEGRATED CIRCUIT )
23 CO., LTD,                        )  The Honorable Maxine M. Chesney
                                    )  Courtroom 7, 19th Floor
24       Defendant.                 )
                                    )

25
26
27
28

JOINT TRIAL STIPULATIONS
18-CR-00465 MMC

# FACTUAL STIPULATIONS

The parties hereby stipulate, for purposes of the trial of this action, that the following facts are conclusively established and are not in dispute:

## Chain of Custody Regarding An External Storage Drive

1) On or about March 16, 2020, United States Federal Bureau of Investigation ("FBI") Special Agent Cynthia Ho personally obtained from a representative at the Taiwan Ministry of Justice in Taipei City, Taiwan:

   a) One Western Digital My Passport 1TB external storage drive, serial number WX21A5980PU8, marked with Chinese character, dated 8/3/19, Property #: 6314020205-00132.

2) The item described in paragraph 1(a) has remained in continuous United States FBI custody since March 16, 2020.

## Chain of Custody Regarding A Portable External Hard Drive

3) On or about March 12, 2021, a United States FBI Special Agent personally obtained from a representative at the Taiwan Ministry of Justice, in Taipei City, Taiwan:

   a) One portable external hard drive (ID: SUH2004T109023; storage 4TB; brand ADATA), enclosed in a brown envelope marked with red lettering Chinese and in English.

4) The item described in paragraph 3(a) was brought to the United States and was in continuous United States FBI custody until United States FBI Special Agent Cynthia Ho personally delivered the items to Matthew Moore, Associate Director at Berkeley Research Group, LLC, in Palo Alto, California, on March 15, 2021.

5) The item described in paragraph 3(a) was in continuous custody of Berkeley Research Group, LLC, between March 15, 2021, and April 30, 2021.

6) Matthew Moore, Associate Director at Berkeley Research Group, LLC, personally returned the item described in paragraph 3(a) directly to United States FBI Special Agent

|   |   |   |
|---|---|---|
| 1 |    | Cynthia Ho in Palo Alto, California, on April 30, 2021. |
| 2 | 7) | The item described in paragraph 3(a) has remained in continuous United States FBI |
| 3 |    | custody since April 30, 2021. |

**Chain of Custody Regarding Two Solid State Drives ("SSDs")**

8) On or about April 12, 2021, a United States FBI Special Agent personally obtained from a representative at FRONTEO Taiwan, Inc., in Taipei City, Taiwan:

  a) One sealed envelope with label containing Chinese characters and "FRONTEO Taiwan, Inc. FTW-000157 4/8/2021 TUH193." Inside the envelope wrapped in the plastic was: (a) one portable Intel SSD 535 Series, 240GB, ISN: CVTR539306K0240CGN; (b) a yellow note with handwritten Chinese characters and in English "Neil Lee" and (c) a white FRONTEO Taiwan, Inc. label marked "Case No. T1806052; Location: UMC Hsinchu; Date:(M/D/Y) 3/20/2020; Evidence No./Memo: TUHI93;" and

  b) One sealed envelope with label containing Chinese characters and "FRONTEO Taiwan, Inc. FTW-000158 4/8/2021 TUH194." Inside the envelope wrapped in the plastic was: (a) one portable Intel SSD 535 Series, 240GB, ISN: CVTR542105VZ240CGN; (b) a yellow note with handwritten Chinese characters and in English "JT Ho" and (c) a white FRONTEO Taiwan, Inc. label marked "Case No. T1806052; Location: UMC Hsinchu; Date:(M/D/Y) 3/20/2020; Evidence No./Memo TUH194."

9) The items described in paragraphs 8(a) and 8(b) were brought to the United States and were in continuous United States FBI custody until United States FBI Special Agent Cynthia Ho personally delivered the items to Matthew Moore, Associate Director at Berkeley Research Group, LLC, in Palo Alto, California, on April 30, 2021.

10) The items described in paragraphs 8(a) and 8(b) were in continuous custody of Berkeley Research Group, LLC, between April 30, 2021, and August 30, 2021.

11) Matthew Moore, Associate Director at Berkeley Research Group, LLC, personally

1  returned the items described in paragraphs 8(a) and 8(b) directly to United States FBI Special Agent Cynthia Ho in Palo Alto, California, on August 30, 2021.

12) The items described in paragraphs 8(a) and 8(b) have remained in continuous United States FBI custody since August 30, 2021.

The undersigned parties agree and stipulate to the foregoing facts.

Dated: March 9, 2022　　　　　　　　　Respectfully Submitted,

STEPHANIE M. HINDS
United States Attorney

　　　　　　　　　　　/s/
LAURA VARTAIN HORN
NICHOLAS WALSH
Assistant United States Attorneys

NICHOLAS O. HUNTER
STEPHEN MARZEN
Trial Attorneys, National Security Division

Dated: March 9, 2022　　　　　　　　　SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

　　　　　　　　　　　/s/
JACK P. DICANIO
MATTHEW E. SLOAN
EMILY REITMEIER
Attorneys for Defendant
Fujian Jinhua Integrated Circuit Co., Ltd.