UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL TRIAL MINUTES

**Date:** March 21, 2022 **Time:** 5 hours 33 minutes **Judge:** MAXINE M. CHESNEY

**Case No.:** 18-cr-00465-MMC-2 **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Hunter, Nicholas Walsh, Stephen Marzen
**Attorney for Defendant:** Jack Di Canio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger **Court Reporter:** Ruth Levine Ekhaus

## PROCEEDINGS

**Bench Trial – Day Thirteen**

**Government witness:** Continued direct examination of Special Agent Cynthia Ho.

**CASE CONTINUED TO:** March 22, 2022 at 9:00 am for Continued Bench Trial

**Admitted Trial Exhibits:**

Government Exhibits: 270 (page 34, highlighted entries beginning 7/1/2016), 606/606T, 608, 609/609T, 613/613T, 616/616T, 696, 768/768T (page 1), 816, 823/823T (pages 3-16), 826/826T, 1026/1026T, 1029/1029T, 1030/1030T, 1034 (page 104), 1088, 1089/1089T, 1091/1091T, 1099/1099T, 1143/1143T, 1184/1184T, 1186, 1187, 1188, 1189, 1389/1389T, 1390, 1392/1392T, 1418/1418T, 1529

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cr-00465-MMC-2
Case Name: USA v. Fujian Jinhua Integrated Circuit, Co. Ltd.

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Maxine M. Chesney | Laura Vartain, Nicholas Hunter, Nicholas Walsh, Stephen Marzen | Jack DiCanio, Emily Reitmeier, Matthew Sloan |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| March 21, 2022 | Ruth Levine Ekhaus/Ana Dub | Tracy Geiger |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:00 AM | | | **Court reconvened – all counsel present.** | |
| | | | | | **Court asked government counsel status of exhibits** | |
| | | | | | **To be introduced/admitted today.** | |
| | | | | | **The following government exhibits are admitted:** | |
| | | | | | **1184, 1184T, 1186, 1187, 1188, 1189.** | |
| 1184 | | 3/21/2022 | X | X | | |
| 1184T | | 3/21/2022 | X | X | | |
| 1186 | | 3/21/2022 | X | X | | |
| 1187 | | 3/21/2022 | X | X | | |
| 1188 | | 3/21/2022 | X | X | | |
| 1189 | | 3/21/2022 | X | X | | |
| | | | | | **Clerk to amend trial log of 3/9/2022 to reflect** | |
| | | | | | **Govt exhibit 272 was admitted on that date.** | |
| | | | | | **Court addressed defense objections to Govt** | |
| | | | | | **Exhibits – no ruling at this time.** | |
| | | | | | **Continued direct of Agent Cynthia Ho** | Gvt |
| 823/823T | | 3/21/2022 | X | X | **Pages 3 through 16 only** | |
| 912 | | 3/21/2022 | X | X | | |
| 1529 | | 3/21/2022 | X | X | **Summary of Micron Docs found Wong google acct** | |
| 1099/1099T | | 3/21/2022 | X | X | | |
| 1091/1091T | | 3/21/2022 | X | X | | |
| 816 | | 3/21/2022 | X | X | | |
| 1030/1030T | | 3/21/2022 | X | X | | |
| 1034 | | 3/21/2022 | X | X | **Page 104** | |
| | | 10:45 AM | | | **Court recess** | |
| | | 11:03 AM | | | **Court reconvened** | |

1

| | | | | | |
|---|---|---|---|---|---|
| 1029/1029T | 3/21/2022 | X | X | | |
| 270 | 3/21/2022 | X | X | Page 34 - Highlighted entries beginning 7/1/2016 | |
| 1026/1026T | 3/21/2022 | X | X | | |
| 768/768T | 3/21/2022 | X | X | Page 1 | |
| | 12:10 PM | | | Court recess – return at 1:15 PM | |
| | 1:18 PM | | | Court reconvened | |
| 696 | 3/21/2022 | X | X | Page 1 | |
| 701/701T | | | X | | |
| 1089/1089T | 3/21/2022 | X | X | | |
| 1389/1389T | 3/21/2022 | X | X | | |
| 1088 | 3/21/2022 | X | X | | |
| 1143/1143T | 3/21/2022 | X | X | | |
| 614/614T | 3/21/2022 | X | X | | |
| 1418/1418T | 3/21/2022 | X | X | | |
| 826/826T | 3/21/2022 | X | X | | |
| 1390 | 3/21/2022 | X | X | | |
| 1392/1392T | 3/21/2022 | X | X | | |
| 613/613T | 3/21/2022 | X | X | | |
| | 2:55 PM | | | Court recess | |
| | 3:10 PM | | | Court reconvened | |
| 609/609T | 3/21/2022 | X | X | | |
| 616/616T | 3/21/2022 | X | X | | |
| 608 | 3/21/2022 | X | X | | |
| 555/555T | | | X | | |
| 606/606T | | | X | X | | |
| | 4:08 PM | | | Court recess | |