# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cr-00465-MMC-2
Case Name: USA v. Fujian Jinhua Integrated Circuit, Co. Ltd.

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|---|
| Maxine M. Chesney | | Laura Vartain, Nicholas Hunter, Nicholas Walsh, Stephen Marzen | Jack DiCanio, Emily Reitmeier, Matthew Sloan |
| TRIAL DATE: | | REPORTER(S): | CLERK: |
| March 9, 2022 | | Ruth Ekhaus | Bhavna Sharma |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:04AM | | | **Court reconvened. All parties present. \*Chen-Hao Hsu present and previously sworn. Discussion held with parties regarding Exhibits P1523 and P1371, both exhibits are admitted.** | |
| | | 9:17AM | | | **Continued direct examination of Chih-Hsuan Chien\*.** | Govt |
| P1514 | | | X | | **Pages 9, 11, 61, 67, 73, 75, 105, 130, 143, 152, and 156.** | |
| | | 9:23AM | | | **Discussion held with parties regarding exhibits pertaining to contents of hard drive 48 and associated laptop (P0196). Discussion held regarding seized evidence and accompanying exhibits.** | |
| | | 10:02AM | | | **Continued direct examination of Chih-Hsuan Chien\*.** | Govt |
| | | 10:03AM | | | **Court questions witness.** | |
| | | 10:08AM | | | **Continued discussion regarding seized evidence, accompanying exhibits, and stipulations submitted on the seized evidence.** | |
| P0191, P0196 P0204, P0206, P0210, P0212, P0214, P0216 | | | X | | **Court overrules defense's objection regarding authenticity for the reasons as stated on the record.** | |
| | | 10:48AM | | | **Court in recess.** | |
| | | 11:10AM | | | **Court reconvenes. Continued discussion regarding seized evidence, accompanying exhibits, and stipulations submitted on the seized evidence.** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| P0220, P0228, P0234 | | | X | | Court overrules defense's objection regarding authenticity for the reasons as stated on the record. | |
| | | 11:16AM | | | Continued direct examination of Chih-Hsuan Chien*. | Govt |
| P1524 | | | X | | | |
| | | 11:22AM | | | Continued discussion regarding seized evidence, accompanying exhibits, and stipulations submitted on the seized evidence. | |
| | | 11:25AM | | | Continued direct examination of Chih-Hsuan Chien*. | Govt |
| P0346 | | | X | | | |
| P0533 | | | X | X | Admitted over defense's objection with the limitations as stated on the record. | |
| P1501 | | | X | X | | |
| P0346 | | | X | X | Pages 1, 2, 3, 4, 8, 9. | |
| | | 12:12PM | | | Direct examination concludes. No cross examination by defense. Witness thanked and excused. | |
| | | 12:13PM | | | Court in recess. | |
| P0272 | | 1:20PM | X | X | Court reconvenes. Parties have stipulated to a translation of the Labor Contract, P0272; exhibit is replaced and admitted. | |
| | | 1:27PM | | | Government witness: PATRICK NEWTON. | |
| P1519 | | | X | X | | |
| P1520 | | | X | X | | |
| | | 1:48PM | | | Direct examination concludes. No cross examination by defense. Witness thanked and excused. | |
| | | 1:50PM | | | Government witness: SCOTT DEBOER. | |
| | | 1:59PM | | | Demonstratives shown. | |
| P0793 | | | X | X | | |
| P0121 | | | X | | | |
| | | 2:49PM | | | Discussion held regarding exhibits pertaining to alleged trade secrets. | |
| P0121 | | | | X | | |
| | | 3:04PM | | | Court in recess. | |
| | | 3:21PM | | | Court reconvenes. Continued direct examination of Scott Deboer. | |
| | | 4:13PM | | | Court in recess for the day. | |