UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 22, 2022    **Time:** 5 hours 14 minutes    **Judge:** MAXINE M. CHESNEY

**Case No.:** 18-cr-00465-MMC-2    **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** Ruth Levine Ekhaus

## PROCEEDINGS

**Bench Trial – Day Fourteen.**

**Defendant's Motion to Exclude Evidence Materially Different from Facts Alleged in the Indictment (Dkt. 381)– DENIED.**

**Government witness: Continued direct examination and cross examination of Special Agent Cynthia Ho.  Direct examination of Dr. Thomas Dyer.**

**CASE CONTINUED TO: March 23, 2022 at 9:00 a.m. for Continued Bench Trial**

**Admitted Trial Exhibits:**

Government Exhibits: 581/581T, 587/587T, 603/603T, 671/671T, 794/794T, 902/902T, 1034 (pages 2-4, 102-103),  1085/1085T, 1093/1093T, 1103/1103T, 1158/1158T, 1159/1159T, 1160/1160T, 1161/1161T, 1162/1162T, 1422, 1503/1503T, 1531, 1525

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cr-00465-MMC-2
Case Name: USA v. Fujian Jinhua Integrated Circuit, Co. Ltd.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Maxine M. Chesney | Laura Vartain, Nicholas Hunter, Nicholas Walsh, Stephen Marzen | Jack DiCanio, Emily Reitmeier, Matthew Sloan |
| TRIAL DATE: | REPORTER(S): | CLERK: |
| March 22, 2022 | Ruth Levine Ekhaus | Tracy Geiger |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:06 AM | | | Court reconvened – all counsel present. | |
| | | | | | Government counsel e-filed a trial brief regarding | |
| | | | | | Co-conspirator statements last night. | |
| | | 9:09 AM | | | Court addressed Defendant's Motion to Exclude | |
| | | | | | Evidence Materially Different From the Facts | |
| | | | | | Alleged in the Indictment (Dkt. 381) – Denied. | |
| | | 9:37 AM | | | Continued direct examination of CYNTHIA HO | Gvt |
| 603/603T | | 3/22/2022 | X | X | | |
| 1103/1103T | | 3/22/2022 | X | X | | |
| 793 | | | | | Previously admitted on 3/9/2022 | |
| 1085/1085T | | 3/22/2022 | X | X | | |
| 587/587T | | 3/22/2022 | X | X | | |
| 671/671T | | 3/22/2022 | X | X | | |
| 794/794T | | 3/22/2022 | X | X | | |
| 1093/1093T | | 3/22/2022 | X | X | | |
| 1531 | | 3/22/2022 | X | X | Screen shot – 1 page | |
| 1503/1503T | | 3/22/2022 | X | X | | |
| 581/581T | | 3/22/2022 | X | X | | |
| 1422 | | 3/22/2022 | X | X | | |
| 1162/1162T | | 3/22/2022 | X | X | | |
| 1158/1158T | | 3/22/2022 | X | X | | |
| 1159/1159T | | 3/22/2022 | X | X | | |
| 1160/1160T | | 3/22/2022 | X | X | | |
| 1161/1162T | | 3/22/2022 | X | X | | |
| | | | | | Government moves to admit 1034/T in its entirety. | |
| 1034/1034T | | 3/22/2022 | X | X | Pages 2 – 4 | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 11:02 AM | | | Court recess | |
| | | 11:23 AM | | | Court reconvened | |
| | | | | | Parties agreed that pages 102 and 103 of P1034 | |
| | | | | | May be admitted. | |
| 1034/1034T | | 3/22/2022 | X | X | Pages 102 and 103 | |
| | | 11:30 AM | | | Cross examination of Agent Cynthia Ho | Dft |
| 923 | | | X | | | |
| 1114 | | | X | | | |
| | | 12:07 PM | | | Court recess | |
| | | 1:14 PM | | | Court reconvened | |
| | | | | | Court informed the parties that due to a passport | |
| | | | | | Event tomorrow – please use Turk Street entrance | |
| | | 1:16 PM | | | Continued cross examination of Agent Ho | Dft |
| P114 | | | X | | | |
| | 4720 | | X | | | |
| 410T | | | X | | | |
| | | 1:58 PM | | | Witness excused | |
| | | 2:00 PM | | | Government witness: THOMAS DYER | |
| | | 2:48 PM | | | Court recess | |
| | | 3:07 PM | | | Court reconvened | |
| | | | | | Continued direct examination of Thomas Dyer | Gvt |
| 902/902T | | 3/22/2022 | X | X | | |
| 1525 | | 3/22/2022 | X | X | Chart | |
| | | 4:05 PM | | | Court recess | |