UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 23, 2022    **Time:** 5 hours 24 minutes    **Judge:** MAXINE M. CHESNEY

**Case No.:** 18-cr-00465-MMC-2    **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** Ruth Levine Ekhaus

## PROCEEDINGS

**Bench Trial – Day Fifteen.**

**Government witness(es): Continued direct examination of Dr. Thomas Dyer.**

**Admitted Trial Exhibits:**

Government Exhibits: 476, 481, 484, 494, 502, 1526 (1st sentence to be redacted), 1527 (1st sentence to be redacted), 1528 (1st sentence to be redacted), 1530

**CASE CONTINUED TO:** March 24, 2022 at 9:00 a.m. for Continued Bench Trial

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cr-00465-MMC-2
Case Name: USA v. Fujian Jinhua Integrated Circuit, Co. Ltd.

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Maxine M. Chesney | Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen | Jack DiCanio, Emily Reitmeier, Matthew Sloan |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| March 23, 2022 | Ruth Levine Ekhaus | Tracy Geiger |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:10 AM | | | Court reconvened – all counsel present. | |
| | | | | | Court addressed Defendant's Motion to Conduct Witness Testimony Remotely. | |
| | | 9:38 AM | | | Continued direct examination of Dr. Thomas Dyer | Gvt |
| | | 10:38 AM | | | Court recess | |
| | | 10:55 AM | | | Court reconvened | |
| | | | | | Continued direct examination of Dr. Thomas Dyer | Gvt |
| | | 12:03 PM | | | Court recess – 1 hour | |
| | | 1:10 PM | | | Court reconvened | |
| | | | | | Continued direct examination of Dr. Thomas Dyer | Gvt |
| 476 | | 3/23/2022 | X | X | | |
| 481 | | 3/23/2022 | X | X | | |
| 484 | | 3/23/2022 | X | X | | |
| 494 | | 3/23/2022 | X | X | | |
| 1530 | | 3/23/2022 | X | X | | |
| 1526 | | 3/23/2022 | X | X | As amended – first sentence of email to be redacted | |
| 1527 | | 3/23/2022 | X | X | As amended – first sentence of email to be redacted | |
| 1528 | | 3/23/2022 | X | X | As amended – first sentence of email to be redacted | |
| | | 2:38 PM | | | Court recess | |
| | | 2:58 PM | | | Court reconvened | |
| | | 2:59 PM | | | Continued direct examination of Dr. Thomas Dyer | Gvt |
| | | | | | Dyer demonstrative A | |
| | | | | | Dyer demonstrative B | |
| 502 | | 3/22/2022 | X | X | | |
| | | 4:18 PM | | | Court recess | |

1