UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

**Date:** March 16, 2022     **Time:** 5 hours 18 minutes     **Judge:** MAXINE M. CHESNEY
**Case No.:** 18-cr-00465-MMC-2     **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co. Ltd.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Hunter, Nicholas Walsh, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Bhavna Sharma     **Court Reporter:** Ruth Ekhaus
**Interpreter:** N/A

PROCEEDINGS

Bench Trial – Day Eleven.
Government witness(es): Continued direct examination of Cynthia Ho.

**CASE CONTINUED TO:** March 17, 2022, at 9:00 a.m. for Continued Bench Trial.

**Admitted Trial Exhibits:**

Government Exhibits – P0709, P0709T, P1044 (Pages 1 (as amended), 2, 3), P1044T (Pages 1 (as amended), 2, 3), P0889 (as amended), P0889T (as amended), P0730, P1384, P1384T, P0799 (Pages 1 and 2 as amended and Pages 3-5), P0799T (Pages 1 and 2 as amended and Pages 3-5), P0748, P0723, P0890, P0738, P0738T, P0742, P0742T, P0741, P0741T, P0482, P0482T, P0570 (Pages 1-16), P0570T (Pages 1-16), P0751 (Pages 1 – 3), P0561 (Pages 1 – 15), P0757 (as amended).