UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL TRIAL MINUTES

**Date:** March 24, 2022  **Time:** 4 hours 58 minutes  **Judge:** MAXINE M. CHESNEY

**Case No.:** 18-cr-00465-MMC-2  **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger  **Court Reporter:** Ruth Levine Ekhaus

## PROCEEDINGS

**Bench Trial – Day Sixteen**

**Government witness(es): Adam Segal (taken out of order).**
        **Continued direct examination of Dr. Thomas Dyer**

**CASE CONTINUED TO:** March 28, 2022 at 9:00 a.m. for Continued Bench Trial

**Admitted Trial Exhibits:**

Government Exhibits: 433, 434, 435, 450, 468, 925, 1046 (page 1), 1073, 1192, 1196, 1197, 1198, 1199, 1200, 1201, 1202, 1203, 1204, 1205, 1206, 1207, 1208

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cr-00465-MMC-2
Case Name: USA v. Fujian Jinhua Integrated Circuit, Co. Ltd.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Maxine M. Chesney | Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen | Jack DiCanio, Emily Reitmeier, Matthew Sloan |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| March 24, 2022 | Ruth Levine Ekhaus | Tracy Geiger |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:03 AM | | | Court reconvened – all counsel present. | |
| | | | | | Court received Defendant's brief re: | |
| | | | | | Co-conspirator's statements and the Government's | |
| | | | | | Opposition re: Defendant's Motion to Conduct | |
| | | | | | Witness Testimony Remotely. | |
| | | 9:24 AM | | | Government witness: ADAM SEGAL | |
| | | 10:37 AM | | | Court recess | |
| | | 10:58 AM | | | Court reconvened | |
| | | | | | Cross examination of Adam Segal | Dft |
| | | 11:06 AM | | | Witness excused | |
| | | | | | Continued direct examination of THOMAS DYER | Gvt |
| 433 | | 3/24/2022 | X | X | | |
| 434 | | 3/24/2022 | X | X | | |
| 450 | | 3/24/2022 | X | X | | |
| 435 | | 3/24/2022 | X | X | | |
| 1073 | | 3/24/2022 | X | X | | |
| 925 | | 3/24/2022 | X | X | | |
| 1192 | | 3/24/2022 | X | X | | |
| 1196 | | 3/24/2022 | X | X | | |
| 1201 | | 3/24/2022 | X | X | | |
| 1202 | | 3/24/2022 | X | X | | |
| 1203 | | 3/24/2022 | X | X | | |
| 1204 | | 3/24/2022 | X | X | | |
| 1205 | | 3/24/2022 | X | X | | |
| 1206 | | 3/24/2022 | X | X | | |
| 1207 | | 3/24/2022 | X | X | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1208 | | 3/24/2022 | X | X | | |
| 1197 | | 3/24/2022 | X | X | | |
| 1198 | | 3/24/2022 | X | X | | |
| 1199 | | 3/24/2022 | X | X | | |
| 1200 | | 3/24/2022 | X | X | | |
| | | 12:03 PM | | | Court recess – return at 1:30 pm | |
| | | 1:43 PM | | | Court reconvened | |
| | | | | | Continued direct examination of Thomas Dyer | Gvt |
| | | 2:56 PM | | | Court recess | |
| | | 3:10 PM | | | Court reconvened | |
| | | | | | Continued direct examination of Thomas Dyer | Gvt |
| 1046 | | 3/24/2022 | X | X | Page 1 (Pages 2-5 and page 7 previously admitted) | |
| 468 | | 3/24/2022 | X | X | | |
| | | 4:07 PM | | | Witness excused for the day | |
| | | | | | Court asks defense to keep the government | |
| | | | | | Apprised as to their witness schedule. | |
| | | 4:16 PM | | | Court recess | |