UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AMENDED CRIMINAL TRIAL MINUTES

**Date:** March 21, 2022      **Time:** 5 hours 33 minutes      **Judge:** MAXINE M. CHESNEY

**Case No.:** 18-cr-00465-MMC-2      **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Hunter, Nicholas Walsh, Stephen Marzen
**Attorney for Defendant:** Jack Di Canio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger      **Court Reporter:** Ruth Levine Ekhaus

PROCEEDINGS

**Bench Trial – Day Thirteen**

**Government witness:** Continued direct examination of Special Agent Cynthia Ho.

**CASE CONTINUED TO:** March 22, 2022 at 9:00 am for Continued Bench Trial

**Admitted Trial Exhibits:**

Government Exhibits: 270 (page 34, highlighted entries beginning 7/1/2016), 606/606T, 608, 609/609T, 613/613T, 616/616T, 696, 768/768T (page 1), 812/812T (pages 1-2), 816, 823/823T (pages 3-16), 826/826T, 1026/1026T, 1029/1029T, 1030/1030T, 1034 (page 104), 1088, 1089/1089T, 1091/1091T, 1099/1099T, 1143/1143T, 1184/1184T, 1185, 1186, 1187, 1188, 1189, 1389/1389T, 1390, 1392/1392T, 1418/1418T, 1529

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cr-00465-MMC-2
Case Name: <u>USA v. Fujian Jinhua Integrated Circuit, Co. Ltd.</u>

**AMENDED TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Maxine M. Chesney | Laura Vartain, Nicholas Hunter, Nicholas Walsh, Stephen Marzen | Jack DiCanio, Emily Reitmeier, Matthew Sloan |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| March 21, 2022 | Ruth Levine Ekhaus/Ana Dub | Tracy Geiger |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:00 AM | | | **Court reconvened – all counsel present.** | |
| | | | | | **Court asked government counsel status of exhibits** | |
| | | | | | **To be introduced/admitted today.** | |
| | | | | | **The following government exhibits are admitted:** | |
| | | | | | **1184/1184T, 1185/1185T, 1186, 1187, 118, 1189** | |
| 1184/1184T | | 3/21/2022 | X | X | | |
| ==1185/1185T== | | ==3/21/2022== | ==X== | ==X== | | |
| 1186 | | 3/21/2022 | X | X | | |
| 1187 | | 3/21/2022 | X | X | | |
| 1188 | | 3/21/2022 | X | X | | |
| 1189 | | 3/21/2022 | X | X | | |
| | | | | | **Clerk to amend trial log of 3/9/2022 to reflect** | |
| | | | | | **Govt exhibit 272 was admitted on that date.** | |
| | | | | | **Court addressed defense objections to Govt** | |
| | | | | | **Exhibits – no ruling at this time.** | |
| | | | | | **Continued direct of Agent Cynthia Ho** | Gvt |
| 823/823T | | 3/21/2022 | X | X | **Pages 3 through 16 only** | |
| ==812== | | ==3/21/2022== | ==X== | ==X== | ==**Pages 1 – 2 only**== | |
| 912 | | 3/21/2022 | X | X | | |
| 1529 | | 3/21/2022 | X | X | **Summary of Micron docs found on Wong google** | |
| | | | | | **Account** | |
| 1099/1099T | | 3/21/2022 | X | X | | |
| 1091/1091T | | 3/21/2022 | X | X | | |
| 816 | | 3/21/2022 | X | X | | |
| 1030/1030T | | 3/21/2022 | X | X | | |
| 1034 | | 3/21/2022 | X | X | **Page 104** | |

1

| | | | | | |
|---|---|---|---|---|---|
| | 10:45 AM | | | **Court recess** | |
| | 11:03 AM | | | **Court reconvened** | |
| **1029/1029T** | 3/21/2022 | X | X | | |
| **270** | 3/21/2022 | X | X | **Page 34 – Highlighted entries beginning 7/1/2016** | |
| **1026/1026T** | 3/21/2022 | X | X | | |
| **768/768T** | 3/21/2022 | X | X | **Page 1** | |
| | 12:10 PM | | | **Court recess – return at 1:15 PM** | |
| | 1:18 PM | | | **Court reconvened** | |
| **696** | 3/21/2022 | X | X | **Page 1** | |
| **701/701T** | | X | | | |
| **1089/1089T** | 3/21/2022 | X | X | | |
| **1389/1389T** | 3/21/2022 | X | X | | |
| **1088** | 3/21/2022 | X | X | | |
| **1143/1143T** | 3/21/2022 | X | X | | |
| **614/614T** | 3/21/2022 | X | X | | |
| **1418/1418T** | 3/21/2022 | X | X | | |
| **826/826T** | 3/21/2022 | X | X | | |
| **1390** | 3/21/2022 | X | X | | |
| **1392/1392T** | 3/21/2022 | X | X | | |
| **613/613T** | 3/21/2022 | X | X | | |
| | 2:55 PM | | | **Court recess** | |
| | 3:10 PM | | | **Court reconvened** | |
| **609/609T** | 3/21/2022 | X | X | | |
| **616/616T** | 3/21/2022 | X | X | | |
| **608** | 3/21/2022 | X | X | | |
| **555/555T** | | X | | | |
| **606/606T** | 3/21/2022 | X | X | | |
| | 4:08 PM | | | **Court recess** | |

2