UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cr-00465-MMC-2
Case Name: USA v. Fujian Jinhua Integrated Circuit, Co. Ltd.

**AMENDED TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Maxine M. Chesney | Laura Vartain, Nicholas Hunter, Nicholas Walsh, Stephen Marzen | Jack DiCanio, Emily Reitmeier, Matthew Sloan |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| March 22, 2022 | Ruth Levine Ekhaus | Tracy Geiger |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:06 AM | | | Court reconvened – all counsel present. | |
| | | | | | Government counsel e-filed a trial brief regarding | |
| | | | | | Co-conspirator statements last night. | |
| | | 9:09 AM | | | Court addressed Defendant's Motion to Exclude | |
| | | | | | Evidence Materially Different From the Facts | |
| | | | | | Alleged in the Indictment (Dkt. 381) – Denied. | |
| | | 9:37 AM | | | Continued direct examination of CYNTHIA HO | Gvt |
| 603/603T | | 3/22/2022 | X | X | | |
| 1103/1103T | | 3/22/2022 | X | X | | |
| 793 | | | | | Previously admitted on 3/9/2022 | |
| 1085/1085T | | 3/22/2022 | X | X | | |
| 587/587T | | 3/22/2022 | X | X | | |
| 671/671T | | 3/22/2022 | X | X | | |
| 794/794T | | 3/22/2022 | X | X | | |
| 1093/1093T | | 3/22/2022 | X | X | | |
| 1531 | | 3/22/2022 | X | X | Screen shot – 1 page | |
| 1503/1503T | | 3/22/2022 | X | X | | |
| 581/581T | | 3/22/2022 | X | X | | |
| 1422 | | 3/22/2022 | X | X | | |
| 1162/1162T | | 3/22/2022 | X | X | | |
| 1158/1158T | | 3/22/2022 | X | X | | |
| 1159/1159T | | 3/22/2022 | X | X | | |
| 1160/1160T | | 3/22/2022 | X | X | | |
| ==1161/1161T== | | 3/22/2022 | X | X | | |
| | | | | | Government moves to admit 1034/T in its entirety. | |
| 1034/1034T | | 3/22/2022 | X | X | Pages 2 – 4 | |

1

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 11:02 AM |  |  | Court recess |  |
|  | 11:23 AM |  |  | Court reconvened |  |
|  |  |  |  | Parties agreed that pages 102 and 103 of P1034 |  |
|  |  |  |  | May be admitted. |  |
| 1034/1034T | 3/22/2022 | X | X | Pages 102 and 103 |  |
|  | 11:30 AM |  |  | Cross examination of Agent Cynthia Ho | Dft |
| 923 |  | X |  |  |  |
| 1114 |  | X |  |  |  |
|  | 12:07 PM |  |  | Court recess |  |
|  | 1:14 PM |  |  | Court reconvened |  |
|  |  |  |  | Court informed the parties that due to a passport |  |
|  |  |  |  | Event tomorrow – please use Turk Street entrance |  |
|  | 1:16 PM |  |  | Continued cross examination of Agent Ho | Dft |
| P114 |  | X |  |  |  |
|  | 4720 | X |  |  |  |
| 410T |  | X |  |  |  |
|  | 1:58 PM |  |  | Witness excused |  |
|  | 2:00 PM |  |  | Government witness: THOMAS DYER |  |
|  | 2:48 PM |  |  | Court recess |  |
|  | 3:07 PM |  |  | Court reconvened |  |
|  |  |  |  | Continued direct examination of Thomas Dyer | Gvt |
| 902/902T | 3/22/2022 | X | X |  |  |
| 1525 | 3/22/2022 | X | X | Chart |  |
|  | 4:05 PM |  |  | Court recess |  |