UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:**  March 28, 2022          **Time:**  5 hours 12 minutes          **Judge:**  MAXINE M. CHESNEY

**Case No.**:  18-cr-00465-MMC-   **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.
2

**Attorney for Plaintiff: Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen**
**Attorney for Defendant: Jack DiCanio, Emily Reitmeier, Matthew Sloan**

**Deputy Clerk:** Tracy Geiger                     **Court Reporter:** Ruth Levine Ekhaus

### PROCEEDINGS

**Bench Trial – Day Seventeen.**

**Government witness(es): Brian Trafas (taken out of order).**
                         **Continued direct examination of Thomas Dyer**

**CASE CONTINUED TO: March 29, 2022 at 9:00 a.m. for Continued Bench Trial**

**<u>Admitted Trial Exhibits:</u>**

Government Exhibits**:** 479, 563, 641, 708, 718, 719, 720, 721, 731/731T, 734/734T, 736/736T, 919,
1376, 1379, 1381, 1382, 1509, 1510

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cr-00465-MMC-2
Case Name: USA v. Fujian Jinhua Integrated Circuit, Co. Ltd.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Maxine M. Chesney | Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen | Jack DiCanio, Emily Reitmeier, Matthew Sloan |
| TRIAL DATE: | REPORTER(S): | CLERK: |
| March 28, 2022 | Ruth Levine Ekhaus | Tracy Geiger |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:04 AM | | | Court reconvened – all counsel. | |
| | | | | | Court addressed Defendant's Motion to Conduct | |
| | | | | | Witness Testimony Remotely.  Defense counsel | |
| | | | | | Informed the Court that two witnesses continue | |
| | | | | | To be under lock-down.  The Court will table the | |
| | | | | | Motion at this time. | |
| | | | | | Government's next witness is being called out of | |
| | | | | | Order. | |
| | | 9:11 AM | | | Government witness: BRIAN TRAFAS | |
| 1283/1283T | | | X | | | |
| 1376 | | 3/28/2022 | X | X | | |
| 1382 | | 3/28/2022 | X | X | | |
| 1381 | | 3/28/2022 | X | X | | |
| 1379 | | 3/28/2022 | X | X | | |
| 1426 | | | X | | | |
| 1321 | | | X | | | |
| | | 10:22 AM | | | Cross examination of Brian Trafas | Dft |
| | | 10:24 AM | | | Witness excused | |
| | | 10:35 AM | | | Court recess | |
| | | 10:54 AM | | | Court reconvened | |
| | | | | | Court addressed Defendant's Motion to Conduct | |
| | | | | | Witness Testimony Remotely – Court suggested | |
| | | | | | That the witness(es) in China testify from the | |
| | | | | | US Consulate in China.  Defense counsel informed | |
| | | | | | The Court that the witnesses would not be | |
| | | | | | Allowed to testify from the US Consulate. | |

1

| | | | | | |
|---|---|---|---|---|---|
| | | | | Court directs defense counsel to provide | |
| | | | | Additional information as to why witnesses cannot | |
| | | | | Go to a consulate/embassy to testify. | |
| | 11:33 AM | | | Continued direct of THOMAS DYER | Gvt |
| 718 | 3/28/2022 | X | X | | |
| 719 | 3/28/2022 | X | X | | |
| | 12:08 PM | | | Court recess | |
| | 1:15 PM | | | Court reconvened | |
| | | | | Defense counsel clarified that previously admitted | |
| | | | | Exhibit 1192 – defendant stipulates to authenticity | |
| | | | | Not that it was transferred to Jinhua. | |
| | 1:24 PM | | | Continued direct examination of Thomas Dyer | Gvt |
| 734/734T | 3/28/2022 | X | X | | |
| 736/736T | 3/28/2022 | X | X | | |
| 563 | 3/28/2022 | X | X | | |
| 720 | 3/28/2022 | X | X | | |
| 479 | 3/28/2022 | X | X | | |
| 721 | 3/28/2022 | X | X | | |
| 731/731T | 3/28/2022 | X | X | | |
| | 2:45 PM | | | Court recess | |
| | 3:03 PM | | | Court reconvened | |
| | | | | Continued direct examination of Thomas Dyer | Gvt |
| 708 | 3/28/2022 | X | X | | |
| 641 | 3/28/2022 | X | X | | |
| 1509 | 3/28/2022 | X | X | | |
| 1510 | 3/28/2022 | X | X | | |
| 919 | 3/28/2022 | X | X | | |
| 1488 | | X | | | |
| | 4:00 PM | | | Court recess | |