UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cr-00465-MMC-2
Case Name: USA v. Fujian Jinhua Integrated Circuit, Co. Ltd.

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Maxine M. Chesney | Laura Vartain, Nicholas Hunter, Nicholas Walsh, Stephen Marzen | Jack DiCanio, Emily Reitmeier, Matthew Sloan |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| March 15, 2022 | Ruth Ekhaus | Bhavna Sharma |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:03AM | | | **Court reconvened; all parties present. Discussion held with parties regarding motions filed by the Government; dockets 394, 395.** | |
| | | 9:06AM | | | **Defense raises confrontation clause objection to Exhibit P1168, which was admitted on March 14th. Defense to file a brief.** | |
| | | 9:13AM | | | **Continued direct examination of Andrew Crain.** | **Govt** |
| | | 9:24AM | | | **Demonstrative shown.** | |
| P0379 | | | X | X | | |
| P0374 | | | X | X | | |
| P0375 | | | X | X | | |
| P0376 | | | X | X | | |
| P0383 | | | X | X | | |
| P0361 | | | X | X | **Limited purposes – for the reasons as stated on the record.** | |
| | | 10:00AM | | | **Discussion held regarding admissions of: P0359 – P0373. Defense counsel states their objection. Court to defer ruling at this time.** | |
| P0363 | | | X | | | |
| | | 10:13AM | | | **Demonstrative shown.** | |
| | | 10:15AM | | | **Court questions witness.** | |
| | | 10:26AM | | | **Continued direct examination of Andrew Crain.** | **Govt** |
| | | 10:29AM | | | **Direct examination concludes.** | |
| | | 10:30AM | | | **Court in recess.** | |
| | | 10:49AM | | | **Court reconvened; P0359 – P0373 are admitted with the same limitations as imposed on P0361.** | |
| | | 10:52AM | | | **Cross examination of Andrew Crain.** | **Deft** |
| | | 11:01AM | | | **Court questions witness.** | |
| | | 11:06AM | | | **Continued cross examination of Andrew Crain.** | **Deft** |

| Exhibit | Exhibit | Time | ID | Adm | Description | Party |
|---|---|---|---|---|---|---|
|  | D4681 |  | X |  |  |  |
|  | D4690 |  | X |  |  |  |
|  | D4691 |  | X |  |  |  |
|  |  | 11:59AM |  |  | Court in recess. |  |
|  |  | 1:01PM |  |  | Court reconvened; continued cross examination of Andrew Crain. | Deft |
|  |  | 1:11PM |  |  | Cross examination concludes. Re-direct by Government. |  |
|  |  | 1:18PM |  |  | Re-direct concludes. No re-cross by Defense. Witness thanked and excused. |  |
|  |  | 1:21PM |  |  | Government Witness: CYNTHIA HO. |  |
| P0405 |  |  | X | X |  |  |
| P0405T |  |  | X | X |  |  |
|  |  | 1:32PM |  |  | Discussion held regarding admissions of P0405 and P0405T. Both exhibits are admitted with the limitations as stated on the record. |  |
| P0047 |  |  | X | X |  |  |
| P0120 |  |  | X | X |  |  |
| P1525 |  |  | X |  |  |  |
| P1047 |  |  | X | X |  |  |
| P1047T |  |  | X | X |  |  |
|  |  | 2:48PM |  |  | Court in recess. |  |
|  |  | 2:56PM |  |  | Court reconvened; discussion held regarding forthcoming exhibits. |  |
|  |  | 2:58PM |  |  | Continued direct examination of Cynthia Ho. | Govt |
| P0707 |  |  | X |  |  |  |
| P0707T |  |  | X |  |  |  |
|  |  | 3:01PM |  |  | Discussion held regarding P0707 and P0707T. Admitted over Defense's objection – for the reasons as stated on the record. |  |
| P0707 |  |  |  | X |  |  |
| P0707T |  |  |  | X |  |  |
|  |  | 3:33PM |  |  | Continued direct examination of Cynthia Ho. | Govt |
|  |  | 3:36PM |  |  | Discussion held regarding responsive brief filed by defense counsel; docket 396. |  |
| ==P1046== |  |  | ==X== | ==X== |  |  |
| ==P1046T== |  |  | ==X== | ==X== |  |  |
|  |  | 3:47PM |  |  | Continued direct examination of Cynthia Ho. | Govt |
| P1022 |  |  | X |  |  |  |
| P1022T |  |  | X |  |  |  |
|  |  | 3:52PM |  |  | Discussion held regarding P1022 and P1022T. Exhibits admitted over Defense's objection for the reasons as stated on the record. |  |

| P1022 | | | X | | |
|---|---|---|---|---|---|
| P1022T | | | X | | |
| | | 3:59PM | | Continued direct examination of Cynthia Ho. | Govt |
| | | 4:02PM | | Witness excused for the day. Discussion held regarding briefs filed by parties and accompanying exhibits. | |
| | | 4:04PM | | Court in recess for the day. | |