UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** March 29, 2022    **Time:** 5 hours 13 minutes    **Judge:** MAXINE M. CHESNEY

**Case No.:** 18-cr-00465-MMC-2    **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** Ruth Levine Ekhaus

### PROCEEDINGS

**Bench Trial – Day Eighteen.**

**Government witness(es):** Continued direct examination of Dr. Thomas Dyer

**CASE CONTINUED TO:** March 30, 2022 at 9:00 a.m. for Continued Bench Trial

**Admitted Trial Exhibits:**

Government Exhibits: 140, 448, 969, 985, 1009/1009T, 1195, 1488, 1502, 1505

Defense Exhibits: 4806 (pages 1&2, through closing "best regards SF Tzou"), 4817

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cr-00465-MMC-2
Case Name: <u>USA v. Fujian Jinhua Integrated Circuit, Co. Ltd.</u>

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Maxine M. Chesney | Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen | Jack DiCanio, Emily Reitmeier, Matthew Sloan |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| March 29, 2022 | Ruth Levine Ekhaus | Tracy Geiger |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:00 AM | | | Court reconvened – all counsel present. | |
| | | | | | Defense counsel informed the Court that the | |
| | | | | | Witnesses are willing to go to the US Consulate | |
| | | | | | To appear remotely, however, they do need to get | |
| | | | | | Authorization.  Defense counsel is working on | |
| | | | | | Getting that authorization.  Government counsel | |
| | | | | | Would like to know who the approving body is. | |
| | | 9:13 AM | | | Court and counsel addressed confusion as to | |
| | | | | | Exhibits 1192 and 1196. | |
| | | 9:39 AM | | | Continued direct examination of Thomas Dyer | Gvt |
| 1488 | | 3/29/2022 | X | X | | |
| 1009/1009T | | 3/29/2022 | X | X | | |
| 1502 | | 3/29/2022 | X | X | | |
| 1505 | | 3/29/2022 | X | X | | |
| 140 | | | X | | | |
| 448 | | 3/29/2022 | X | X | | |
| | | 10:39 AM | | | Court recess – 20 minutes | |
| | | 11:04 AM | | | Court reconvened | |
| | | | | | Continued direct examination of Thomas Dyer | Gvt |
| 140 | | 3/29/2022 | X | X | | |
| 969 | | 3/29/2022 | X | X | | |
| 985 | | 3/29/2022 | X | X | | |
| 1195 | | 3/29/2022 | X | X | | |
| 972/972T | | | X | | | |
| | | | | | Conclusion of direct examination. | |
| | | 12:01 PM | | | Court recess | |

1

|  |  | 1:04 PM |  |  | Court reconvened |  |
|---|---|---|---|---|---|---|
|  |  | 1:11 PM |  |  | Cross examination of Dr. Thomas Dyer | Dft |
|  | 4793 |  | X |  |  |  |
|  | 3624 |  | X |  |  |  |
|  |  | 2:26 PM |  |  | Court recess |  |
|  |  | 2:46 PM |  |  | Court reconvened |  |
|  |  |  |  |  | Continued cross examination of Dr. Thomas Dyer | Dft |
|  | 4812 |  | X |  |  |  |
|  | 4817 | 3/29/2022 | X | X | Page 1-2 through closing "best regards SF Tzou" |  |
|  | 4806 | 3/29/2022 | X | X |  |  |
|  | 3049 |  | X |  |  |  |
|  |  | 4:01 PM |  |  | Court recess |  |

2