UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** March 30, 2022    **Time:** 5 hours 31 minutes    **Judge:** MAXINE M. CHESNEY

**Case No.:** 18-cr-00465-MMC-2    **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** Ruth Levine Ekhaus

## PROCEEDINGS

**Bench Trial – Day Nineteen**

**Government witness(es):** Cross examination of Dr. Thomas Dyer.
Mark Durcan, Terrence Daly

**CASE CONTINUED TO:** March 31, 2022 at 9:00 a.m. for Continued Bench Trial

**Admitted Trial Exhibits:**

Government Exhibits: 849, 850, 851, 852, 853, 854, 855, 856, 857, 858, 859, 860, 861, 862, 863, 864, 865, 866, 867, 868, 869, 870, 871, 872, 873, 874, 875, 876, 877, 878, 879, 880, 881, 894, 1053, 1533

Defense Exhibits: 3049, 3061, 3162, 3163, 4812

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cr-00465-MMC-2
Case Name: USA v. Fujian Jinhua Integrated Circuit, Co. Ltd.

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Maxine M. Chesney | Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen | Jack DiCanio, Emily Reitmeier, Matthew Sloan |
| TRIAL DATE: | REPORTER(S): | CLERK: |
| March 30, 2022 | Ruth Levine Ekhaus | Tracy Geiger |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:00 AM | | | Court reconvened – all counsel present. | |
| | | | | | Defense counsel updated the Court that the | |
| | | | | | Witnesses have made an application to have | |
| | | | | | Remote testimony taken at US consulate and are | |
| | | | | | Waiting for approval. | |
| | | | | | Three additional defense witnesses are in a | |
| | | | | | Province that is on lock-down. | |
| | | | | | Government counsel believes that it would be | |
| | | | | | Preferable to have the remote testimony from the | |
| | | | | | Embassy and that letters rogatory would probably | |
| | | | | | Be necessary. | |
| | | 9:22 AM | | | Defense counsel informed the Court that they | |
| | | | | | Have substituted defense exhibit 3049 with a copy | |
| | | | | | That has Bates number(s) on the document. | |
| | | | | | Government counsel has no objection to 3049 | |
| | | | | | As to authenticity. | |
| | 3049 | 3/30/2022 | X | X | | |
| | 4812 | 3/30/2022 | X | X | | |
| | | 9:33 AM | | | Continued cross examination of Dr. Thomas Dyer | Dft |
| | 4806 | | X | | | |
| | 4858 | | X | | | |
| | 3061 | 3/30/2022 | X | X | | |
| | 3162 | | X | | | |
| | 3163 | | X | | | |
| | | 10:32 AM | | | Court recess | |
| | | 10:53 AM | | | Court reconvened | |

1

|  | 3162 | 3/30/2022 | X | X |  |  |
|  | 3163 | 3/30/2022 | X | X |  |  |
|  |  | 10:57 AM |  |  | **Re-direct examination of Dr. Thomas Dyer** | Gvt |
| 849 |  | 3/30/2022 | X | X |  |  |
| 850 |  | 3/30/2022 | X | X |  |  |
| 851 |  | 3/30/2022 | X | X |  |  |
| 852 |  | 3/30/2022 | X | X |  |  |
| 853 |  | 3/30/2022 | X | X |  |  |
| 854 |  | 3/30/2022 | X | X |  |  |
| 855 |  | 3/30/2022 | X | X |  |  |
| 856 |  | 3/30/2022 | X | X |  |  |
| 857 |  | 3/30/2022 | X | X |  |  |
| 858 |  | 3/30/2022 | X | X |  |  |
| 859 |  | 3/30/2022 | X | X |  |  |
| 860 |  | 3/30/2022 | X | X |  |  |
| 861 |  | 3/30/2022 | X | X |  |  |
| 862 |  | 3/30/2022 | X | X |  |  |
| 863 |  | 3/30/2022 | X | X |  |  |
| 864 |  | 3/30/2022 | X | X |  |  |
| 865 |  | 3/30/2022 | X | X |  |  |
| 866 |  | 3/30/2022 | X | X |  |  |
| 867 |  | 3/30/2022 | X | X |  |  |
| 868 |  | 3/30/2022 | X | X |  |  |
| 869 |  | 3/30/2022 | X | X |  |  |
| 870 |  | 3/30/2022 | X | X |  |  |
| 871 |  | 3/30/2022 | X | X |  |  |
| 872 |  | 3/30/2022 | X | X |  |  |
| 873 |  | 3/30/2022 | X | X |  |  |
| 874 |  | 3/30/2022 | X | X |  |  |
| 875 |  | 3/30/2022 | X | X |  |  |
| 876 |  | 3/30/2022 | X | X |  |  |
| 877 |  | 3/30/2022 | X | X |  |  |
| 878 |  | 3/30/2022 | X | X |  |  |
| 879 |  | 3/30/2022 | X | X |  |  |
| 880 |  | 3/30/2022 | X | X |  |  |
| 881 |  | 3/30/2022 | X | X |  |  |
| 1053 |  | 3/30/2022 | X | X |  |  |
|  |  | 11:19 AM |  |  | **Re-cross examination of Dr. Thomas Dyer** | Dft |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 11:26 AM | | | Re-cross examination concluded | |
| | | | | | Court questioned witness. | |
| | | 11:28 AM | | | Witness excused | |
| | | | | | Government witness: MARK DURCAN | |
| | | 12:01 PM | | | Court recess | |
| | | 1:02 PM | | | Court reconvened | |
| | | | | | Continued direct examination of Mark Durcan | Gvt |
| | | 1:24 PM | | | Cross examination of Mark Durcan | Dft |
| | | 1:43 PM | | | Witness excused | |
| | | | | | Defense counsel objects to Terrence Daly's Demonstrative No. 7. | |
| | | 2:03 PM | | | Government witness: TERRENCE DALY | |
| | | 2:34 PM | | | Court recess | |
| | | 2:51 PM | | | Court reconvened | |
| | | 2:52 PM | | | Continued direct of Terrence Daly | Gvt |
| 1533 | | 3/30/2022 | X | X | Daly Demonstrative 5 | |
| 894 | | 3/30/2022 | X | X | | |
| | | 4:10 PM | | | Court recess | |

3