UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 31, 2022     **Time:** 6 hours 2 minutes     **Judge:** MAXINE M. CHESNEY

**Case No.:** 18-cr-00465-MMC-2     **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger                **Court Reporter:** Ruth Levine Ekhaus

### PROCEEDINGS

**Bench Trial – Day Twenty.**

**Government witness(es): Continued direct examination of Terrence Daly.**

**CASE CONTINUED TO:** April 4, 2022 at 9:00 a.m. for Continued Bench Trial

**Admitted Trial Exhibits**:

Government Exhibits: 555/555T, 584, 885, 818/818T (1st sentence in 1st e-mail to be redacted), 1087/1087T, 1420, 1518

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cr-00465-MMC-2
Case Name: USA v. Fujian Jinhua Integrated Circuit, Co. Ltd.

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Maxine M. Chesney | Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen | Jack DiCanio, Emily Reitmeier, Matthew Sloan |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| March 31, 2022 | Ruth Levine Ekhaus | Tracy Geiger |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:02 AM | | | **Court reconvened – all counsel present.** | |
| | | | | | **Continued direct examination of Terrence Daly** | Gvt |
| 555/555T | | 3/31/2022 | X | X | | |
| 1518 | | 3/31/2022 | X | X | | |
| 1270 | | | | | **Page 9 – objection sustained** | |
| 1420 | | 3/31/2022 | X | X | | |
| | | 10:45 AM | | | **Court recess** | |
| | | 11:03 AM | | | **Court reconvened** | |
| | | | | | **Defense counsel wanted to clarify whether exhibit** | |
| | | | | | **1420 was admitted in its entirety. The Court** | |
| | | | | | **Confirmed that it was admitted in its entirety.** | |
| | | 11:09 AM | | | **Continued direct examination of Terrence Daly** | Gvt |
| | | 12:06 PM | | | **Court recess** | |
| | | 1:07 PM | | | **Court reconvened** | |
| | | | | | **Direct examination concluded** | |
| | | 1:11 PM | | | **Cross examination of Terrence Daly** | Dft |
| 1193 | | | | | **Pages 10 and 11 – corrected translation** | |
| 4833 | | | X | | | |
| | | 2:33 PM | | | **Court recess** | |
| | | 2:52 PM | | | **Court reconvened** | |
| | | | | | **Re-direct examination of Terrence Daly** | Gvt |
| | | 3:03 PM | | | **Witness excused** | |
| | | | | | **Government moves in the following exhibits:** | |
| 584 | | 3/31/2022 | X | X | | |
| 885 | | 3/31/2022 | X | X | | |
| 1060 | | | X | | **Objection sustained** | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 1059 | | | X | | Objection sustained | |
| 818/818T | | 3/31/2022 | X | X | 1st sentence in first e-mail to be redacted | |
| 1096 | | | X | | Objection sustained | |
| 701/701T | | | X | | Objection sustained | |
| 1041/1041T | | | X | | Objection sustained | |
| 1057/1057T | | | X | | Objection sustained | |
| 1087/1087T | | 3/31/2022 | X | X | | |
| | | 4:42 PM | | | Court recess | |