UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL TRIAL MINUTES

**Date:** April 4, 2022     **Time:** 5 hours 18 minutes     **Judge:** MAXINE M. CHESNEY

**Case No.:** 18-cr-00465-MMC-2     **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger     **Court Reporter:** Ruth Levine Ekhaus

## PROCEEDINGS

**Bench Trial – Day Twenty-One**

**Government rests.**

**Defendant's opening statement made by Jack DiCanio.**

**Defense witness(es): Dr. Woodward Yang**

**CASE CONTINUED TO:** April 5, 2022 at 9:00 a.m. for Continued Bench Trial

**Admitted Trial Exhibits:**

Government Exhibits: 269

Defense Exhibits: 3000, 3049A, 3061A, 3066/3066A, 3070/3070A, 3738, 4815, 4861,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cr-00465-MMC-2
Case Name: <u>USA v. Fujian Jinhua Integrated Circuit, Co. Ltd.</u>

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Maxine M. Chesney | Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen | Jack DiCanio, Emily Reitmeier, Matthew Sloan |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| April 4, 2022 | Ruth Levine Ekhaus | Tracy Geiger |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9:01 AM |  |  | Court reconvened – all counsel present. |  |
|  |  |  |  |  | Government moves to admit Exhibit 269 |  |
| 269 |  | 4/4/2022 | X | X |  |  |
|  |  |  |  |  | Government rests. |  |
|  |  |  |  |  | Defense informed the Court that they intend on |  |
|  |  |  |  |  | Filing their Motion for Acquittal – under Rule 29 |  |
|  |  |  |  |  | Later today.  Defendant made an oral motion |  |
|  |  |  |  |  | Under Rule 29 – the Court deems motion made. |  |
|  |  |  |  |  | Court and counsel discussed the time difference |  |
|  |  |  |  |  | Issue for defense witnesses. |  |
|  |  | 9:16 AM |  |  | Defendant's opening statement made by DiCanio |  |
|  |  | 10:03 AM |  |  | Defense witness: DR. WOODWARD YANG | Dft |
|  |  | 10:36 AM |  |  | Court recess |  |
|  |  | 10:55 AM |  |  | Court reconvened |  |
|  |  |  |  |  | Continued direct examination of Woodward Yang |  |
|  | 4815 | 4/4/2022 | X | X | Chapter One of text book |  |
|  | 4861 | 4/4/2022 | X | X | Article |  |
|  | 3000 | 4/4/2022 | X | X |  |  |
|  |  | 12:00 PM |  |  | Court recess |  |
|  |  | 1:02 PM |  |  | Court reconvened |  |
|  |  |  |  |  | Continued direct examination of Woodward Yang | Dft |
|  | 3738 | 4/4/2022 | X | X |  |  |
|  | 3049A | 4/4/2022 | X | X |  |  |
|  | 3066/3066A |  | X |  |  |  |
|  | 3061A | 4/2/2022 | X | X |  |  |
|  |  | 2:32 PM |  |  | Court Recess |  |

1

|  |  | 2:52 PM |  |  | Court reconvened |  |
|---|---|---|---|---|---|---|
|  | 3066/3066A | 4/4/2022 | X | X |  |  |
|  |  | 2:57 PM |  |  | Continued direct examination of Woodward Yang | Dft |
|  | 3070/3070A | 4/4/2022 | X | X |  |  |
|  |  | 3:56 PM |  |  | Witness excused for the day |  |
|  |  |  |  |  | Court and counsel discussed defense witness |  |
|  |  |  |  |  | Schedule. |  |
|  |  | 4:00 PM |  |  | Court recess |  |