JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:   (650) 470-4500
Facsimile:    (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:    (213) 687-5600

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>UNITED MICROELECTRONICS CORPORATION, *et al.*,<br><br>       Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**DECLARATION OF EMILY REITMEIER IN SUPPORT OF DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED 25-PAGE LIMITATION**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 28, 2022 |

1

**DECLARATION OF EMILY REITMEIER IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION**     **CASE NO.: 3:18-cr-00465-MMC**

# DECLARATION OF EMILY REITMEIER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, Emily A. Reitmeier, declare and state as follows:

1. I am Counsel at the law firm Skadden, Arps, Slate, Meagher & Flom LLP, attorneys of record for Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ( "Defendant" or "Jinhua"). I am a member of the California bar. I have personal knowledge of the facts set forth herein and, if called to testify, I could and would do so competently as to the matters set forth herein. I submit this declaration pursuant to Civil Local Rule 7-11 in support of Jinhua's Administrative Motion for Leave to Exceed 25-Page Limitation in connection with Jinhua's Motion For Judgment Of Acquittal Pursuant To Fed. R. Crim. P. 29. ("Rule 29 Motion").

2. On April 4, 2022, pursuant to Civil Local Rule 7-11, I contacted counsel for the government to request a stipulation consenting to Jinhua's Administrative Motion for Leave to Exceed the 25-Page Limitation imposed by Civil Local Rule 7-2(b) and 7-4(b) in connection with Jinhua's anticipated Rule 29 Motion. The government denied that request.

3. The government presented their case-in-chief over the span of five weeks, introducing over 400 exhibits, calling 20 witness, and producing a highly technical, complex, and lengthy record spanning more than 4,000 pages of transcript.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 4, 2022, in San Francisco, California.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP


By: _____*/s/ Emily A. Reitmeier*_____
EMILY A REITMEIER
Attorney for Defendant
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

---

**DECLARATION OF EMILY REITMEIER IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION**     **CASE NO.: 3:18-cr-00465-MMC**

1