UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### AMENDED CRIMINAL TRIAL MINUTES

**Date:** April 4, 2022          **Time:** 5 hours 18 minutes          **Judge:** MAXINE M. CHESNEY

**Case No.**: 18-cr-00465-MMC-2          **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.

**Attorney for Plaintiff: Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen**
**Attorney for Defendant: Jack DiCanio, Emily Reitmeier, Matthew Sloan**

**Deputy Clerk:** Tracy Geiger          **Court Reporter:** Ruth Levine Ekhaus

### PROCEEDINGS

**Bench Trial – Day Twenty-One**

**Government rests.**

**Defendant's opening statement made by Jack DiCanio.**

**Defense witness(es): Dr. Woodward Yang**

**CASE CONTINUED TO: April 5, 2022 at 9:00 a.m. for Continued Bench Trial**

**Admitted Trial Exhibits:**

Government Exhibits: 269

Defense Exhibits: 3000, 3049/3049A, 3061A, 3066/3066A, 3070/3070A, 3738, 4815, 4861,

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cr-00465-MMC-2
Case Name: <u>USA v. Fujian Jinhua Integrated Circuit, Co. Ltd.</u>

## AMENDED TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Maxine M. Chesney | Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen | Jack DiCanio, Emily Reitmeier, Matthew Sloan |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| April 4, 2022 | Ruth Levine Ekhaus | Tracy Geiger |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:01 AM | | | **Court reconvened – all counsel present.** | |
| | | | | | **Government moves to admit Exhibit 269** | |
| **269** | | 4/4/2022 | X | X | | |
| | | | | | **Government rests.** | |
| | | | | | **Defense informed the Court that they intend on** | |
| | | | | | **Filing their Motion for Acquittal – under Rule 29** | |
| | | | | | **Later today.  Defendant made an oral motion** | |
| | | | | | **Under Rule 29 – the Court deems motion made.** | |
| | | | | | **Court and counsel discussed the time difference** | |
| | | | | | **Issue for defense witnesses.** | |
| | | 9:16 AM | | | **Defendant's opening statement made by DiCanio** | |
| | | 10:03 AM | | | **Defense witness: DR. WOODWARD YANG** | Dft |
| | | 10:36 AM | | | **Court recess** | |
| | | 10:55 AM | | | **Court reconvened** | |
| | | | | | **Continued direct examination of Woodward Yang** | |
| | 4815 | 4/4/2022 | X | X | **Chapter One of text book** | |
| | 4861 | 4/4/2022 | X | X | **Article** | |
| | 3000 | 4/4/2022 | X | X | | |
| | | 12:00 PM | | | **Court recess** | |
| | | 1:02 PM | | | **Court reconvened** | |
| | | | | | **Continued direct examination of Woodward Yang** | Dft |
| | 3738 | 4/4/2022 | X | X | | |
| | <mark>3049</mark>/3049A | 4/4/2022 | X | X | | |
| | 3066/3066A | | X | | | |
| | 3061A | 4/2/2022 | X | X | | |
| | | 2:32 PM | | | **Court Recess** | |

1

| | | 2:52 PM | | | Court reconvened | |
|---|---|---|---|---|---|---|
| | 3066/3066A | 4/4/2022 | X | X | | |
| | | 2:57 PM | | | Continued direct examination of Woodward Yang | Dft |
| | 3070/3070A | 4/4/2022 | X | X | | |
| | | 3:56 PM | | | Witness excused for the day | |
| | | | | | Court and counsel discussed defense witness | |
| | | | | | Schedule. | |
| | | 4:00 PM | | | Court recess | |

Case No: 18-cr-00465-MMC-2
Case Name: USA v. Fujian Jinhua Integrated Circuit, Co. Ltd.
Date: April 4, 2022
Courtroom Deputy: Tracy Geiger          - Court Reporter:

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

3

Case No: 18-cr-00465-MMC-2
Case Name: USA v. Fujian Jinhua Integrated Circuit, Co. Ltd.
Date: April 4, 2022
Courtroom Deputy: Tracy Geiger_____ - Court Reporter:_____

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|----|----|-------------|----|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |