UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL TRIAL MINUTES

**Date:** April 5, 2022  **Time:** 5 hours 27 minutes  **Judge:** MAXINE M. CHESNEY

**Case No.:** 18-cr-00465-MMC-2  **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger      **Court Reporter:** Ruth Levine Ekhaus

### PROCEEDINGS

**Bench Trial – Day Twenty-Two**

**Defense witness(es): Continued direct examination of Dr. Woodward Yang**

**CASE CONTINUED TO: April 6, 2022 at 9:00 a.m. for Continued Bench Trial**

**Admitted Trial Exhibits:**

Defense Exhibits: 4867, 5000

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cr-00465-MMC-2
Case Name: USA v. Fujian Jinhua Integrated Circuit, Co. Ltd.

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Maxine M. Chesney | Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen | Jack DiCanio, Emily Reitmeier, Matthew Sloan |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| April 5, 2022 | Ruth Levine Ekhaus | Tracy Geiger |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:04 AM | | | Court reconvened – all counsel present. | |
| | | | | | The Court will grant defendant's motion to exceed | |
| | | | | | Page limits. | |
| | | | | | Court addressed government's opposition to | |
| | | | | | Remote testimony. | |
| | | | | | Defense counsel – Jack DiCanio – corrected a | |
| | | | | | Statement he made in his opening statement. | |
| | | 9:32 AM | | | Continued direct examination of Woodward Yang | Dft |
| | | 10:36 AM | | | Court recess | |
| | | 10:56 AM | | | Court reconvened | |
| | | | | | Continued direct examination of Woodward Yang | Dft |
| | | 12:01 PM | | | Court recess | |
| | | 1:02 PM | | | Court reconvened | |
| | | | | | Continued direct examination of Woodward Yang | Dft |
| | 5000 | 4/5/2022 | X | X | | |
| | 4867 | | X | | | |
| | | 2:30 PM | | | Court recess | |
| | | 2:45 PM | | | Court reconvened | |
| | | | | | Continued direct examination of Woodward Yang | Dft |
| | 4867 | 4/5/2022 | X | X | | |
| | 3363 | | X | | Pages 44 and 46 | |
| | | 3:51 PM | | | Witness excused for the day | |
| | | | | | Court addressed defense witness(es) availability | |
| | | | | | To testify remotely or in-person. | |
| | | 4:07 PM | | | Court recess | |

1