UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** April 6, 2022  **Time:** 4 hours 13 minutes  **Judge:** MAXINE M. CHESNEY

**Case No.:** 18-cr-00465-MMC-2  **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Hunter, Nicholas Walsh, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Bhavna Sharma  **Court Reporter:** Ruth Levine Ekhaus

### PROCEEDINGS

**Bench Trial – Day Twenty-Three**
**Defense witness(es): Continued direct examination of Dr. Woodward Yang.**

**CASE CONTINUED TO:** April 11, 2022, at 10:00 a.m. for Status Conference via Zoom.

**Admitted Trial Exhibits:**

Government exhibits: P1006, P1534, P1534T
Defense exhibits: D3361