# Jinfu Zheng Declaration and supporting documents

JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
LANCE A. ETCHEVERRY (SBN 199916)
Lance.Etcheverry@skadden.com
EMILY REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:     (650) 470-4500
Facsimile:      (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:     (213) 687-5000
Facsimile:      (213) 687-5600

*被告律师*
福建省晋华集成电路有限公司

# 美国加利福尼亚州北区

# 联邦地区法院

# 旧金山分庭

| | |
|---|---|
| 美利坚合众国， | 案件号：3:18-cr-00465-MMC |
| 　　　　　　　　原告， | **郑进福关于被告方事实证人的证人证言的声明** |
| 　　　诉 | |
| 福建省晋华集成电路有限公司等， | 法官：尊敬的 Maxine M. Chesney |
| 　　　　　　　　被告。 | 庭审日期：2022 年 2 月 28 日 |

**1**   我，郑进福，声明并作出以下陈述：

**2**   1.   我英语说得不流利，因此我以我的母语中文普通话作出此声明。

**3**   2.   我已年满二十一（21）岁。我是中华人民共和国（"中国"）公民。我个
**4**   人了解并完全有能力为本文所述事项作证。

**5**   3.   我是被告福建省晋华集成电路有限公司（"晋华"）的副总经理。晋华律师
**6**   与法院讨论了晋华拟在庭审上传唤的证人的证词及其证人的可出席性，我就我所了解的该
**7**   讨论内容提交此声明。

**8**   4.   我负责监督包括本案在内的晋华的法律事务，我熟悉晋华关于卢文胜、吴坤
**9**   荣和姜颖远程作证动议的相关事宜。我也熟悉法庭程序中关于另外两名证人——尤振富和
**10**   吴俊生——是否能够前往美国出庭作证的讨论。

**11**   5.   据我了解，被告方证人吴坤荣、尤振富和吴俊生目前居住在福建省泉州市晋
**12**   江市。晋江是一个县级市，隶属于泉州市。

**13**   6.   为抗击新冠疫情，中国采取了多种措施以阻止并控制病毒的快速蔓延，其中
**14**   三类措施与出行相关。这三类措施在不同层面上实施，但存在一定程度的重叠。第一，就
**15**   地区层面而言，当地政府可根据新冠疫情爆发的严重程度将某一区/县划定为"封控
**16**   区"、"管控区"或者"防范区"。除特定紧急情况外，封控区的人不可以离开其住所。
**17**   除特定紧急情况外，管控区的人不可以离开其住所所在的小区。

**18**   7.   第二，就社区层面而言，当地政府可根据某一社区/街道/楼房新冠疫情爆发
**19**   的严重程度将其划定为"高风险"或"中风险"地区，限制措施分别与"封控区"及"管控区"类
**20**   似。

**21**   8.   第三，就个人层面而言，每个居民均有一个根据其居住地点、行程及所接触
**22**   到的人而生成健康码的手机应用。一般而言，只有在手机上显示"绿色"健康码的个人才
**23**   能开车上高速公路或者乘坐公共交通工具（包括但不限于：火车、公共汽车、渡轮或飞

**24**

**25**

**26**

**27**

**28**

机）。[1] 高速公路沿途以及机场设有检查站以阻止持有黄色以及红色健康码的人出行。本声明的附件 A 为我所附上的一篇针对持有红色及黄色健康码的人的出行限制的新闻报道。

9.　　　总体而言，居住在"封控区"或者"高风险"地区的人的持有红色健康码，居住在"管控区"或"中风险"地区的人持有黄色健康码。

10.　　　2022 年 3 月 20 日凌晨 0 点 45 分，晋江市新型冠状病毒感染的肺炎防控工作指挥部宣布，从 2022 年 3 月 20 日 0 时起，将全市域划定为"管控区"。[2] 晋华并未收到即将实施的旅行管制的提前通知。根据公告，除了出于有限的目的（外出）之外，居民必须留在家中。每 2-3 天，每个家庭可派一人外出获取食物或药物等"日常必需品"。至于重要员工，如果其持有工作证明/特别通行证，并且在出行 48 小时内获得新冠病毒"核酸"检测阴性证明，其也可以出于工作需要乘坐公司班车通勤。然而这项许可并不允许任何人离开本市——它只允许在当地通勤。我已将此公告作为附件 B 在我的声明中。这些限制至今仍然有效。

11.　　　此外，截至 2022 年 4 月 6 日，晋江市 4 个社区被划定为"高风险地区"，晋江市 12 个社区被划定为"中风险地区"。该通知是泉州市政府[3]通过市政府的官方微信公众号发出的。我已将微信沟通截图作为附件 C 在我的声明中，其显示了被划定为高风险和中风险的社区。

12.　　　福建省有两个主要的国际机场，福州机场和厦门机场。福州机场距晋江约 200 公里。厦门机场距晋江 70 多公里。两个机场都明确要求乘客在进入机场前出示手机

---

[1] 《2022 年泉州市新冠疫情防控情况第八场新闻发布会召开》，泉州市人民政府新闻办公室，"3 月 19 日起，全市所有高速公路、普通国省干线公路及其他道路离泉通道设立必要检验点，加强对离泉车辆及人员的严格查验。机场、公路、铁路、港口码头等交通站场落实体温检测、亮码、戴口罩、严禁红黄码人员搭乘防控要求……"，http://www.quanzhou.gov.cn/zfb/xxgk/ztxxgk/xwfbh/202203/t20220320_2709776.htm。

[2] 晋江市新型冠状病毒感染的肺炎防控工作指挥部通告〔2022〕13 号，2022-03-20，"鉴于当前疫情严峻形势，为快速有效阻断疫情传播扩散风险，决定从 3 月 20 日 0 时起，将全市域（除封控区外）划定为管控区"，http://www.jinjiang.gov.cn/ztzl/jjwshjhsyj/dtbd/202203/t20220320_2709765.htm。

[3] 晋江是中国福建省泉州市的一个县级市。

1 上的绿色健康码。我已将这些机场的要求作为附件 D 和 E 附在我的声明中。据我了解，

2 中国的每个机场都有相应的要求（例如：您必须持"绿"码才能进入）。

3     13.   据我了解，自 2022 年 4 月 6 日起，吴坤荣、尤振富和吴俊生均持有黄色健

4 康码。因为他们持有黄色健康码，他们将无法进入中国的任何国际机场。

5     14.   我已经要求旅行社搜索即日起一周内从福州机场到旧金山的航班，我被告知

6 该行程至少需中转两次，耗时 30 多个小时。旅行社同样搜索了厦门机场到旧金山的航

7 班，该行程至少需中转一次，耗时 25 个小时。

8     15.   我不知道这些与新冠病毒相关的限制何时会被解除。通常，如果证人居住的

9 区域不再被划定为管控区或中风险地区，黄色健康码将变为绿色。[4] 划定区域只有在连续

10 14 天内未出现新的新冠病毒阳性病例，才能被解除划定。一旦（该区域）出现一个或多

11 个新的阳性病例，计时将重新开始。泉州市政府有权解除划定。

12     16.   除了证人无法离开晋江外，中国的各个市政府对抵达本市的旅客也有不同的

13 政策。例如，北京在这方面的控制最为严格。如果任何县/县级市/区在过去 14 天内出现

14 一例或多例新冠病毒阳性病例，则来自该地区的人将被"严格限制"抵达北京。这意味

15 着，只要过去 14 天内晋江出现 1 例新冠病毒病例，被告方证人便无法前往北京或北京的

16 美国驻华大使馆。我将北京市政府发布的关于国内旅客进返京的政策作为附件 F 附在我的

17 声明中。

18     17.   截至今日，晋江每天都有新的新冠病毒病例。

19     18.   为了将位于中国的包括证人证言在内的证据递交给审理本案的美国法院，晋

20 华有义务遵守《国际刑事司法协助法》（"ICJAL"）的规定。ICJAL 第 4 条规定："非

21 经中华人民共和国主管机关同意……中华人民共和国境内的机构、组织和个人不得向外国

22 提供证据材料和本法规定的协助。"因此，晋华需要获得适当的政府批准，才能将证据材

23 料递交给美国或让证人出庭作证。

24

25

---

26    [4] 莆田（泉州市的邻近市）政府第七场新闻发布会，2022 年 3 月 25 日，"黄码原
因是中风险地区的人员，若此刻人在风险区内，解封后转绿码"，

27 http://www.fujian.gov.cn/zwgk/ztzl/yqfk/fjxd/sqs/202203/t20220325_5866869.htm
。

28

19.    2021 年 3 月，晋华依据 ICJAL 提交了向境外提供本案证据（包括书证及证言）的申请 （2021 年秋季提交了补充意见）。申请已提交给中国相关政府部门。晋华的这一申请获得了批准。该批准并未就证言的形式加以限制。因此，本人认为，根据中国法律，这些证人在本案中代表晋华出庭作证不存在任何障碍。

20.    我也熟悉《中美刑事司法互助协定》（"MLAT"）。我认为作证应当出具调查委托书的 MLAT 条款并不适用于本案。根据我得到的法律建议以及我自己的理解，MLAT 仅适用于一国政府向另一国政府寻求法律协助的情况。晋华自己提供信息或自愿提供证词，不需要使用调查委托书。

我理解加利福尼亚州法律以及美国法律中关于伪证罪的处罚，我声明上述内容真实无误。

于 2022 年 4 月 8 日在中国福建省晋江市签署。

By: _____

郑进福

1

## 签名认证

2    根据《民事地方规则》第 5-1(i)条，我证明本文件的任何其他签署人均已同意提交

3  本文件，如有伪证，我将接受处罚。

4

5                                                      */s/ Jack P. DiCanio*
                                                       Jack P. DiCanio

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
LANCE A. ETCHEVERRY (SBN 199916)
Lance.Etcheverry@skadden.com
EMILY REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:      (650) 470-4500
Facsimile:      (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:      (213) 687-5000
Facsimile:      (213) 687-5600

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., et al.,<br><br>Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**DECLARATION OF JINFU ZHENG REGARDING WITNESS TESTIMONY OF DEFENDANT'S FACT WITNESSES**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 28, 2022 |

I, Jinfu Zheng, declare and state as follows:

1.      I do not speak English fluently and therefore make this declaration in my native language of mandarin Chinese.

2.      I am over twenty-one (21) years of age.  I am a citizen of the People's Republic of China ("PRC" or "China").  I have personal knowledge of and am fully competent to testify to the matters set forth herein.

3.      I am the Vice President of Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua").  I offer this Declaration in regarding discussions I understand counsel for Jinhua has had with the court with respect to the testimony of and availability of witnesses Jinhua seeks to call at trial.

4.      I am responsible for overseeing Jinhua's legal affairs, including this case, and I am familiar with matters related to Jinhua's motion to conduct witness testimony of Lu Wensheng, Wu Kunrong and Jiang Ying remotely. I am also familiar with the court proceedings wherein there have been discussions of whether two other witnesses – You Zhenfu and Wu Junsheng – are able to travel to the United States to testify at trial.

5.      It is my understanding that Defendant's witnesses Wu Kunrong, You Zhenfu and Wu Junsheng currently live in Jinjiang city, Quanzhou city, Fujian province. Jinjiang is a county-level city, and part of Quanzhou city.

6.      In order to combat the COVID-19 epidemic, various measures are taken in China to prevent and control the virus from rapidly spreading. As part of this, there are three measures which relate to travel. These measures are implemented at different levels (e.g., district, community, and individual) but may overlap. First, at the district level, the local government can designate a district/county as "lockdown area", "control area" or "prevention area" based on the severity of the COVID breakout. People in a lockdown area cannot go out of their household except for certain emergencies. People in a control area cannot go out of the residential complex they live in except for certain emergencies.

7.     Second, at the community level, the local government can designate a specific community/street/building as "high risk" or "medium risk" area based on the severity of the COVID breakout therein. They have similar restrictions as "lockdown" and control areas respectively.

8.     Third, at the individual level, each resident also has a mobile phone application that generates a health code for based on where a person lives, travels, or who they are in contact with. In general, only individuals with a "green" health code on their phone can get on the highway or take any public transportation (including but not limited to train, bus, ferry and plane).[1] There are inspection points on the highway and at the airport to stop people with yellow and red codes from travelling. I have attached a press article on the travel restrictions on red and yellow code holders as Exhibit A to my declaration.

9.     In general, people living in "lockdown" or "high risk" areas have a red code, and people living in "control" or "medium risk" areas have a yellow code.

10.     At 00:45 am on March 20, 2022, Jinjiang City COVID-19 Pneumonia Prevention and Control Work Headquarters announced that the whole city was designated as "control area" effective from 0:00 March 20, 2022.[2] Jinhua did not have prior notice of the forthcoming travel control. According to the announcement, residents shall stay at home except for limited purposes. One individual of each household may leave to gather "daily necessities" like food or medication

---

[1] "The Eighth Press Conference on 2022 Quanzhou City COVID-19 Prevention and Control Status", Press Office of Quanzhou Municipal People's Government, "From March 19, in order to strengthen strict inspection of vehicles and people leaving Quanzhou, necessary inspection points will be set up for all the passages leaving Quanzhou, including highways, ordinary national and provincial trunk roads and other roads in the city. Airports, highways, railways, ports, docks and other transportation stations shall implement prevention and control requirements such as body temperature detection, display of health codes, mask-wearing, and will strictly prohibit people with red and yellow codes from boarding…", http://www.quanzhou.gov.cn/zfb/xxgk/ztxxgk/xwfbh/202203/t20220320_2709776.htm

[2] Announcement of Jinjiang City COVID-19 Pneumonia Prevention and Control Headquarters [2022] No. 13, March 20, 2022, "In view of the current severe situation of the epidemic, in order to quickly and effectively block the risk of epidemic spread, it has been decided to designate the whole city (except for locked-down areas) as control area from 0:00 on March 20." http://www.jinjiang.gov.cn/ztzl/jjwshjhsyj/dtbd/202203/t20220320_2709765.htm.

DECLARATION OF JINFU ZHENG REGARDING WITNESS TESTIMONY          CASE NO.: 3:18-cr-00465-MMC

every 2-3 days. Essential workers may also commute from and to work by company bus, if necessary for their job duties, if they obtain a work certificate/special pass, and if they have proof of a negative "nucleic acid" COVID test obtained within 48 hours of their travel. But this does not permit anyone to leave the city – it is only to travel locally for work. I have attached this announcement as Exhibit B to my declaration. These restrictions are still in place as of today.

11.   In addition, as of April 6, 2022, 4 neighborhoods of Jinjiang city were designed as "high-risk areas", and 12 neighborhoods of Jinjiang city were designated as "medium-risk areas." This notification was sent by Quanzhou city[3] via the municipal government's official Wechat account. I have attached as Exhibit C to my Declaration a screenshot of the Wechat communication showing the neighborhoods designated as high and medium risk.

12.   There are two main international airports in Fujian province, Fuzhou Airport and Xiamen Airport. Fuzhou Airport is about 200 kilometers away from Jinjiang. Xiamen Airport is over 70 kilometers away from Jinjiang. Both expressly require passengers to present a green health code on their phone before entering the airport. I have attached as Exhibits D and E to my declaration information from these airports indicating this. It is my understanding that every airport in China has the same type of requirement (e.g., you must have a "green" code to enter.)

13.   It is my understanding that Wu Kunrong, You Zhenfu and Wu Junsheng all have yellow codes as of April 6, 2022. Because they have yellow health codes, they will not be able to enter any international airport in China.

14.   I have asked a travel agency to search for flights from Fuzhou Airport to San Francisco within one week starting from today, and was told that it would involve at least two stops and take more than 30 hours. The travel agency did the same search for flights from Xiamen Airport to San Francisco, and it would take at least one stop and 25 hours.

15.   I do not know when these COVID-related restrictions will be lifted. Typically, the yellow health code will turn green if the area where the witnesses reside is no longer designated

---

[3] Jinjiang is a county-level city of Quanzhou City, Fujian Province, China.

DECLARATION OF JINFU ZHENG REGARDING WITNESS TESTIMONY          CASE NO.: 3:18-cr-00465-MMC

as a control area or a medium risk area.[4] In order to de-designate an area, there must be no new COVID positive cases within the preceding 14 days. Once there is one or more new positive cases, the counting will re-start. Quanzhou city has the authority to make these de-designations.

16.     In addition to the witnesses' inability to leave Jinjiang, Chinese cities also have different policies about arriving passengers. For instance, Beijing has the strictest control in this regard. Travelers from any county/county-level city/district, where there was one or more COVID-19 positive cases within the preceding 14 days, are "strictly restricted" from arriving in Beijing. That means as long as there is one COVID case in the past 14 days in Jinjiang, Defendant's witnesses will not be able to go to Beijing or the U.S. embassy there. I have attached the information from Beijing municipal government about policies regarding arriving domestic passengers as Exhibit F to my declaration.

17.     As of today, there have been new COVID cases every day in Jinjiang.

18.     In order to transmit evidence located in China, including witness testimony, to this Court in the United States, Jinhua is obligated to comply with the International Criminal Judicial Assistance Law of the People's Republic of China ("ICJAL"). Article 4 of the ICJAL provides that ". . . institutions, organizations and individuals within the territory of the People's Republic of China shall not provide evidence materials and assistance provided in this Law to foreign countries, without the consent of the competent authority of the People's Republic of China." Accordingly, Jinhua needed to obtain proper government approval in order to transmit evidence materials to the United States or provide witnesses to testify in front of this Court.

19.     Jinhua submitted an application pursuant to ICJAL to provide evidence abroad (including document evidence and testimony) in March 2021 (supplemental submissions filed in the fall of 2021) in relation to this case. The application was submitted to the relevant Chinese government authorities. Jinhua received approval of its application. This approval does not limit

---

[4] Putian (a neighboring city of Quanzhou) government's 7th press conference, March 25, 2022, "If the yellow code is due to being located in a medium risk area, and the code holder is currently inside the risk area, after the risk designation is lifted, the yellow code will change to green." http://www.fujian.gov.cn/zwgk/ztzl/yqfk/fjxd/sqs/202203/t20220325_5866869.htm.

1  the form of testimony. Thus, I do not think there is an impediment under Chinese law to these

2  witnesses testifying in this case on behalf of Jinhua.

3      20.     I am also familiar with the Agreement between the United States and China on

4  Mutual Legal Assistance in Criminal Matters ("MLAT"). I understand that the MLAT provision

5  requiring letters rogatory to be issued for testimony does not apply in this case.  Based on legal

6  advice provided to me, and my own understanding, the MLAT applies only where one government

7  seeks legal assistance from the other government. Jinhua is not required to use letters rogatory to

8  obtain information from itself or when testimony is provided voluntarily.

1       I declare under penalty of perjury under the laws of the California and the United States of

2  America that the foregoing is true and correct.

3

4  Executed on April 8, 2022, in Jinjiang City, Fujian Province, China.

5

6                                    By:  _____

7                                               JINFU ZHENG

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## SIGNATURE ATTESTATION

2    Pursuant to Civil Local Rule 5-1(i), I attest under penalty of perjury that concurrence in

3  the filing of this document has been obtained from any other signatory to this document.

4

5                               _/s/ Jack P. DiCanio_
                                    Jack P. DiCanio

6

7

8

9

10

11                                                        

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A

Case 3:18-cr-00465-MMC Document 450-4 Filed 04/08/22 Page 18 of 49



国务院　省政府　市人大　市政协　　繁体 | 移动版 | 登录 | 注册　网站支持IPV6

**首页　市政府　政务公开　解读回应　办事服务　互动交流　走进泉州**　　2022年04月07日　星期四

请输入搜索内容　🔍

您当前的位置：首页 > 政务公开 > 重点领域信息公开 > 新闻发布会　　　　　　　　　　　　👤长者模式　　👁无障碍浏览

# 2022年泉州市新冠疫情防控情况第八场新闻发布会召开

来源:泉州市人民政府新闻办公室　　2022-03-20 11:08　　阅读人数: 268　　　　　A⁺　A　A⁻　🖨　☆　⛓



2022年泉州市新冠疫情防控情况第八场新闻发布会

3月20日，泉州市人民政府新闻办公室召开2022年泉州市新冠疫情防控情况第八场新闻发布会。市防控新冠疫情应急指挥部副总指挥长、市政府副市长苏联聪，市行政服务中心管委会主任陈家强，市疾控中心副主任吕文辉，丰泽区区长高金全介绍疫情防控工作情况。市委宣传部常务副部长、市政府新闻办主任郑国防主持发布会。

3月19日0—24时，我市报告新增确诊病例138例、无症状感染者105例，已全部"点对点"转运至定点医院隔离治疗，目前病情稳定。

3月18日，我市开展第二轮大规模人群核酸检测，共采集700万人份，全部完成检测；19日泉港区、安溪县、永春县开展大规模人群核酸检测，共采集155.9万人份，出结果96.3万人份。同时，全面排查风险人员，截至19日24时，累计排查密切接触者9383人、次密接12382人，均已落实相关管控措施。

综合分析本轮疫情特点，特别是3月18日以来核酸检测情况，经过全市高效快速的大人群核酸筛查，一些潜在的感染者被迅速排查出来，一定程度降低了潜在的风险。综合专家意见，重点开展以下工作：

**一、持续摸排潜在风险。**3月20日6时起，鲤城区、丰泽区、洛江区、石狮市、晋江市、南安市、惠安县、德化县、泉州开发区、泉州台商投资区等10个重点区域开展新一轮大规模人群核酸检测，进一步排查潜在感染人员，锁定风险区域和重点人群，及时采取针对性管控措施，阻断疫情传播。请广大居民继续支持防疫工作，在属地街道（乡、镇）、社区（村）的安排下有序完成核酸采样。同时，也提醒个别市民，如拒不配合、不支持核酸检测工作甚至扰乱秩序、瞒报、谎报、伪造信息，将依法追究相应法律责任；对不参加本轮核酸检测的，"福建健康码"将一律标记为"黄码"；连续两轮不参加全员核酸检测的，"福建健康码"将一律标记为"红码"，并承担相应法律责任。

**二、严格社会面管控。**自3月19日起，新划定18个封控区，包括洛江区13个、南安市5个；新划定7个管控区，包括晋江市全域（除封控区外），南安市丰州镇6个；新划定8个中风险地区，包括鲤城区3个、晋江市5个。自3月20日起，新划定石狮市高风险地区和中风险地区各1个。

同时，全市管控区继续实行"非必要、不外出"，尽最大可能减少人员流动：非必要不得离区，确有特殊原因的，一律凭48小时核酸阴性证明，并报村（社区）、乡镇、区县疫情防控指挥部三级批准才能离开。

www.quanzhou.gov.cn/zfb/xxgk/ztxxgk/xwfbh/202203/t20220320_2709776.htm　　　　　　　　　　　　　　　　　　　1/3

三、进一步加强出行管控。3月19日起，全市所有高速公路、普通国省干线公路及其他道路离泉通道设立必要查验卡点，加强对离泉车辆及人员的严格查验。机场、公路、铁路、港口码头等交通站场落实体温检测、亮码、戴口罩、严禁红黄码人员搭乘等防控要求。加强人员引导，避免人员集聚；城市公共交通、出租车、网约车严格落实戴口罩、通风消毒等防控措施，并做好个人防护。同时，对无法离泉的外地朋友，也会用心妥善安置好。

值得一提的是，社会各界特别是企业家们自发的捐资捐物，助力我市抗疫工作。在这里，向社会各界的关心支持致以衷心的感谢。

【答记者问】

1.记者：请问一下高区长，泉州按下了"慢行键"后，丰泽区在社区管控和服务保障市民居家生活方面都采取了哪些举措？（丰泽区区长高金全回答）

高金全：我们采取了必要的社区管控措施，对不同区域进行分级分类管控，封控区严格实行"区域封闭、足不出户、服务上门"，管控区一律实行"减少流动、凭证通行、闭环管理"，给市民生活带来了不便。为切实保障群众日常生活需求，我们采取了一系列的应对措施：

一是尽力提供生活便利。管控区每家每户2-3天可安排一人到定点区域购买生活必需品；封控区实行线上线下结合，居民"网上订购+志愿者帮忙订购"，采取"点对点、无接触"模式逐户送达指定区域。

二是有效畅通医疗渠道。封控区实行"医疗组+志愿者+救护车24小时待命"模式，管控区协调确定定点医院进行有效保障。对于孕产妇和新生儿、慢性病患者等特殊人群，调度专车接送就医。

三是广泛发动社会参与。通过各种渠道，广泛组织发动志愿者参与物资配送、环境保护、秩序维护等工作，一批热心企业、个人捐款捐物，居民群众自发自助，有效保障居民物资需求和日常生活需要。

四是加强环境卫生消杀。投入了2000多名环卫工人，开展全域环境卫生保洁，聘请第三方专业力量对疫点和封控区开展专业消杀，努力让群众有一个安全、整洁的生活环境。

五是常态开展心理疏导。定期发布健康防护知识，线上提供心理咨询服务，帮助居民缓解各种负面情绪压力。

下阶段，将根据疫情形势变化，不断调整政策措施，优化服务保障，尽可能减少社区管控给市民带来的影响。也恳请记者朋友们帮助收集反馈市民群众的意见建议，助力打赢疫情防控战。

2.记者：排查流调工作是疫情防控工作中一个非常重要的环节，疫情期间市民应如何配合做好排查流调工作？（市疾控中心副主任吕文辉回答）

吕文辉：流调是流行病学调查的简称，是根据《中华人民共和国传染病防治法》等法律法规开展的一项重要工作，配合流行学调查是每一位公民的义务。那么，疫情期间市民如何配合做好流调排查工作？

流调过程中，流调人员会询问市民朋友们的个人基本信息、健康情况、疫苗接种情况、以时间为轴重点询问近14天去过哪、接触过哪些人、乘坐过哪些交通工具等各环节信息。市民朋友们需要向流调人员提供真实可靠的信息。同时，流调工作是24小时不间断开展的，市民朋友们如果在凌晨、深夜接到调查电话，请务必理解，耐心配合。早一分钟找出密切接触者，早一分钟进行健康管理，疫情扩散的风险就少一些。

要提醒的是，电话流调也是流行病学调查的一种方式，不法分子可能借流调、信息核查等名义实施电信诈骗，请务必提高警惕。流调不会索要银行卡号、密码或验证码，不会发送链接让你点击，不会推销产品让你付费，不会让你加入QQ群、微信群，不会让你转账或"资金核查"。

市民应关注政府各类疫情通告，如果发现自己的轨迹和媒体公布的病例、感染者有交集，或者已知为密接等风险人员，请尽快通知接触人员并开展自我隔离，这是对自己和他人的健康负责，是防止更多人感染的一个关键措施。

需要强调的是，在配合流调排查过程中，个人信息和隐私受法律保护，流调人员会严格保密被调查对象的个人隐私，市民朋友们不用担心，可放心予以配合。

3.记者：有市民反映，疫情期间市行政服务中心暂停了现场业务办理，请问采取了哪些措施来保障企业群众的办事需求？（市行政服务中心管委会主任陈家强回答）

陈家强：泉州市、县两级行政服务中心，将充分发挥"互联网+政务服务"优势，通过"网上办""掌上办""自助办""邮递办"等方式，基本实现线下能办的线上都能办，坚决做到"人员不聚集、审批不断档"。

**一是通过"网上办"**。目前入驻省网上办事大厅有市级64个单位和13个县（市、区）的政务服务事项21905项，全市网上申报事项已达21735项，占到全部事项的99.3%。市民可在省网上办事大厅选择泉州市及县（市、区），查找所需办理事项，点击"在线办理"即可实现"网上办"。

二是通过"掌上办"。市民可通过闽政通APP、泉服务平台、泉州政务服务APP等进行"掌上办"。目前我市泉服务平台已构建政务、民生、医疗、交通、公安、应用、旅游、惠企、投资九大主题，上线便民服务模块超150个，行政审批事项申报超600项。

三是通过"自助办"。目前全市共投放200多台政务服务一体自助机，实现市场监管、信用服务、不动产服务等99个便民服务事项在机器端办理。市民可选择通过泉州市行政服务中心公众号微信查询就近自助服务终端，在"家门口"自助办理。

四是通过"邮递办"。我市"互联网+政务服务"一体化平台，深度融合了邮政速递公司物流系统，市民只需在中心微信公众号选择"邮递办"服务，即可实现申请材料快递收取、审批结果快递送达，让群众可以随时随地"邮递办"。

恳请新闻媒体和各位记者，帮助大力宣传"网上办""掌上办""自助办""邮寄办"，提高群众的知晓率，使更多的群众采取网上办事方式，让群众办事像网购一样方便。

扫一扫在手机上查看当前页面



| 🖶 打印 | ⊗ 关闭 |

| 政府部门网站 ∨ | 市内其他网站 ∨ | 县市区网站 ∨ | 福建省设区市 ∨ | 专业网站 ∨ | 友好城市网站 ∨ |



网站说明 | 联系我们 | 网站地图

新媒体矩阵

网站标识码：3505000002       🛡 闽公网安备：35050302000183号   闽ICP备05025850号

💬 政务微信              ◎ 闽政通APP

版权所有：© Quanzhou Municipal People's Government

主办：泉州市人民政府办公室    承办：泉州市直各单位联合

为确保最佳浏览效果，建议您使用以下浏览器版本：IE浏览器9.0版本及以上；Google Chrome浏览器 63版本及以上；360浏览器9.1版本及以上，且IE内核9.0及以上。

*[Translation]*

## The Eighth Press Conference on 2022 Quanzhou City COVID-19 Prevention and Control Status

Source: Press Office of Quanzhou Municipal People's Government   2022-03-20 11:08

[....]

.... In consideration of expert recommendations, the following work will be carried out as priority:

**3. Further strengthen travel control.** From March 19, necessary inspection points will be set up at all passages exiting Quanzhou including highways, ordinary national and provincial trunk roads and other roads in the city, and strict inspection of vehicles and passengers leaving Quanzhou will be strengthened.. Airports, highways, railways, ports, docks and other transportation stations shall implement prevention and control measures including body temperature detection, display of health codes, mask-wearing, and strictly prohibiting people with red and yellow health codes from boarding, and will strengthen crowd management to avoid gathering of people. Urban public transportation, taxis, and online car-hailing vehicles shall strictly implement the prevention and control measures including mask-wearing, ventilation and disinfection, and secure personal protection. At the same time, people from other places who cannot leave Quanzhou will also be properly accommodated with care.

[....]



Exhibit B



网站首页    政务公开    办事服务    互动交流    印象晋江    专题专栏

# 晋江市卫生健康局专栏

专题首页 | 动态报道 | 名医名科 | 卫计风采 | 婚育新风进万家 | 健康教育

## 晋江市新型冠状病毒感染的肺炎防控工作指挥部通告〔2022〕13号

时间：2022-03-20 00:45  字体显示：大、中、小

鉴于当前疫情严峻形势，为快速有效阻断疫情传播扩散风险，**决定从3月20日0时起，将全市域（除封控区外）划定为管控区。**现将相关事项通告如下：

（一）居民原则上居家，以村（社区）、住宅小区、工厂企业、事业单位等为单元，实行"人不出区、严禁聚集"闭环管理，每户每2-3天可安排1人，在严格做好个人防护的前提下，外出购买生活物资。机关、国有企事业单位人员、生活必需品保障人员，因工作需要，持48小时内核酸检测阴性证明及有效工作证件或特别通行证正常通行。

（二）居民每日进行自我健康监测，异常情况第一时间向所在村（社区）报告。对因就医等确需外出的人员，由所在村（社区）出具证明并做好审核登记。

（三）除群众生活必需的商业外，暂停其他经营活动。

（四）倡导居民网上购物，快递、外卖等严格"无接触"配送，物品统一放置在指定存放处，鼓励村（社区）发挥村民自治，设置便民服务点，统筹安排志愿服务。

（五）各镇（街道）、村（社区）要加强对老幼弱残等群体的关爱，切实解决生活、就医等困难。为行动不便的独居老人、残疾人等人员，提供基本生活物资上门服务。指定专门医疗机构为区域人员提供就医服务，建立镇（街道）、村（社区）与专门医疗机构对接机制，为独居老人、孕产妇、残疾人、行动不便人员、血透患者、精神病患者、慢性病患者等提供便利或上门服务。

（六）各村（社区）要充分发挥基层网格作用，做好管理服务工作；有居住小区的，要以小区为基本单元，严格落实封闭管理等防控措施。人口规模较大的村（社区），应在此基础上，结合实际再划分若干网格落实管控。

（七）各镇（街道）、村（社区）要通过广播、标语、微信、电子屏、宣传车等，高频次、全渠道、不间断加强防控宣传，造浓全社会防控氛围，引导居民全面增强防控意识，加强个人防护，落实防控措施，主动配合防控要求。

（八）各基层党组织要按照"筑红色堡垒 创无疫村社"行动要求，坚持党建引领，全面组织动员辖区内公职人员、村（社区）"两委"成员、党员、村（居）民代表、工青妇骨干成员和小区物业人员、其他志愿人员等，参加村（社区）防控工作。

（九）相关管控措施，视疫情形势变化动态调整。

本通告发布实施后，所有人员均应严格遵守，对违反通告的，将依法严肃处置。

各镇（街道）、经济开发区24小时服务热线：

青阳街道：0595-85601587

梅岭街道：0595-85681229

罗山街道：0595-88181808

西园街道：0595-85602221

灵源街道：0595-85738444

新塘街道：0595-88129907

陈埭镇：  0595-85180143

池店镇：  0595-85005327

安海镇：  0595-85799080

磁灶镇：  0595-85880924

内坑镇：  0595-88386930

紫帽镇：  0595-85930700

东石镇：  0595-85586616

永和镇： 0595-88081185

英林镇： 0595-85488728

金井镇： 0595-85381065

龙湖镇： 0595-85281164

深沪镇： 0595-88282104

西滨镇： 0595-85186615

经济开发区： 0595-85738025

晋江市新型冠状病毒感染的肺炎

防控工作指挥部

2022年3月20日

收藏　打印　关闭



*[Translation]*

## Announcement of Jinjiang City COVID-19 Pneumonia Prevention and Control Headquarters [2022] No. 13

Time: 2022-03-20 00:45

In view of the current severe situation of the epidemic, in order to quickly and effectively block the risk of epidemic spread, **it has been decided to designate the whole city (except for lockdown areas) as control area from 0:00 on March 20.** The relevant matters are hereby notified as follows:

(1) Residents should stay at home in principle, and the close-loop management featuring "no one leaving the area and no gathering" is implemented in villages (communities), residential complexes, factories, enterprises and institutions each as a management unit. Each household can arrange one person to go out to buy daily necessities every 2-3 days with thorough personal protection. Based on work needs, personnel of government agencies, state-owned enterprises and institutions, and personnel providing daily necessities may pass normally with a certificate of negative nucleic acid test result within 48 hours and a valid work ID or special pass.

(2) Residents should conduct self-health monitoring every day, and report abnormalities to their villages (communities) as soon as possible. For those who urgent need to go out such as hospital visits etc., the village (community) where they reside shall issue a certificate and make proper check and registration.

(3) Business activities shall be suspended except for those that are essential to people's livelihood.

[……]

(9) Relevant control measures will be dynamically adjusted based on changes of the epidemic situation.

After this announcement is issued and implemented, everyone shall strictly abide by it, and those who violate the announcement will face serious consequences in accordance with the law.

[……]

Jinjiang City COVID-19 Pneumonia Prevention and Control Work Headquarters

March 20, 2022

1

Exhibit C

## 泉州市疫情风险地区高20中43，泉州市疾控中心发布健康提醒

泉州政务    2022-04-06 22:02





2022年4月5日，**晋江市安海镇安平社区**调整为中风险地区。**石狮市万国会(名爵酒店)、墨蒲酒吧、湖滨街道曾坑社区红日路5号鑫源公寓、灵秀镇香江路1685-1687号栋楼、祥芝镇后湖村大宏公司公寓四区、锦尚镇厝上村五片区4号楼，洛江区万安街道吉源小区(20号楼除外)**调整为低风险地区。

截至目前，全市共有20个高风险地区（丰泽14个，晋江4个，鲤城1个，洛江1个），43个中风险地区（丰泽24个，鲤城5个，晋江12个，洛江2个）（详见附件）。

为降低疫情输入传播风险，保障全市人民群众生命安全和身体健康，**泉州市疾控中心发布如下健康提醒：**



请有高中风险地区旅居史或与通报病例行程轨迹有交集的人员立即向所在社区（村居）或住宿酒店进行报备或主动拨打当地疫情防控咨询热线，配合属地政府落实医学观察、核酸检测等健康管理措施。



封控区实行"区域封闭、足不出户、服务上门"，严格落实居家隔离措施，对因就医等确需外出人员，须经所在村（社区）同意，安排专人专车，全程做好个人防护，落实闭环管理等措施。管控区人员禁止出单元，参加核酸采样即出即回，居民每2-3天在线上订购或中心区统一采购必需的生活物资，一次中相关

https://mp.weixin.qq.com/s/xZuIBfX1ASpi9YRvhNX_1A

单元，参加核酸采样后即返回，居民每2-3天在线上订购或由小区统一采购必需的生活物资一次，由相关单位将生活物资配送到小区（片区）门口，再由下沉机关干部、社区工作人员、物业工作人员、志愿者配送到单元门口的货物接收处，居民自行消毒后错时错峰取走。



请广大市民朋友时刻保持个人防护意识，保持戴口罩、勤洗手、常通风、保持安全社交距离的良好生活习惯。尽量选择户外活动，避免到人群聚集、空间密闭、通风较差场所活动。如需要前往各类公共场所，请提前预约、有序进入，遵守测温、验码、扫码、一米线等防疫规定。



请广大市民朋友外出购物时要正确佩戴口罩，避免用手接触物品；购物后应及时洗手，洗手前不碰触口、鼻、眼等部位。选购进口冷链食品时，应到正规超市或市场，并关注食品产地、来源、进口食品检疫等相关信息和生产日期、保质期、储存条件等食品标签内容。加工食物时，应生熟分开，煮熟煮透，确保食品安全。接收快递时，可戴上塑胶手套或一次性手套，对包裹进行全面消毒消杀；拆完快递后，要及时用流动水加肥皂或洗手液洗手，或使用免洗手消毒液。



接种疫苗是预防新冠肺炎的有效措施，能够降低感染率、重症率和病死率，请符合条件的人员尽快预约登记，根据安排有序接种新冠疫苗。



一旦出现发热、干咳、乏力、嗅觉味觉减退、鼻塞、流涕、咽痛、结膜炎、肌痛腹泻等不适症状时，应立即报告所在居委（村委）、所在单位或所住酒店，及时就近至发热门诊就诊，并主动告知医生自己的旅行史，就诊过程中请做好个人防护并不得乘坐公共交通工具。



因瞒报、谎报造成疫情扩散等严重后果的，依法追究责任。

附件

全市高、中风险地区及健康管理时间一览表

(截至2022年4月6日17时)

**一、高风险地区（20个）**

丰泽区滨海酒店（3月14日新增，2月27日起健康管理）

丰泽区丰泽街道东美社区北至妙云街、西至刺桐南路、南至泉秀街、东至坪山路和东霞街（河岸）区域（3月19日新增，2月27日起健康管理）

丰泽区丰泽街道霞淮社区（3月19日新增，2月27日起健康管理）

丰泽区城东街道前头社区（3月19日新增，2月27日起健康管理）

丰泽区城东街道浔美社区（3月19日新增，2月27日起健康管理）

丰泽区城东街道埭头社区（3月29日调整，2月27日起健康管理）

丰泽区城东街道东星社区（3月29日新增，2月27日起健康管理）

丰泽区泉秀街道灯星社区（3月29日新增，2月27日起健康管理）

丰泽区泉秀街道成洲社区（3月29日新增，2月27日起健康管理）

丰泽区泉秀街道沉洲社区（3月29日新增，2月27日起健康管理）

丰泽区东海街道云山社区（3月29日调整，2月27日起健康管理）

丰泽区东海街道滨城社区（3月29日新增，2月27日起健康管理）

丰泽区东海街道法石社区（3月29日调整，2月27日起健康管理）

丰泽区东海街道云谷社区（3月29日调整，2月27日起健康管理）

晋江市陈埭镇江滨南路、鞋都路、九十九溪围合的三角区域（3月21日新增，2月27日起健康管理）

晋江市陈埭镇庵上村（3月21日新增，2月27日起健康管理）

晋江市池店镇东山村（3月22日调整，2月27日起健康管理）

晋江市陈埭镇海尾村（3月24日调整，2月27日起健康管理）

鲤城区临江街道伍堡社区伍堡旧街北至四堡街、南至义全街、西至伍堡新街、东至中山南路区域（3月27日新增，2月27日起健康管理）

洛江区万安街道吉源小区20号楼（3月28日新增，2月27日起健康管理）

**二、中风险地区（43个）**

丰泽区丰泽街道丰泽新村88#（3月14日新增，2月27日起健康管理）

丰泽区丰泽街道东淮社区（3月19日新增，2月27日起健康管理）

丰泽区丰泽街道丰泽社区（3月19日新增，2月27日起健康管理）

丰泽区丰泽街道迎津社区（3月19日新增，2月27日起健康管理）

丰泽区城东街道美仙山二期20栋（3月15日新增，2月27日起健康管理）

丰泽区城东街道毓才花苑二期6栋、13栋（3月15日新增，2月27日起健康管理）

丰泽区华大街道华城社区（3月19日新增，2月27日起健康管理）

丰泽区泉秀街道华丰社区（3月19日新增，2月27日起健康管理）

丰泽区城东街道金屿社区（3月29日新增，2月27日起健康管理）

丰泽区城东街道通海社区（3月29日新增，2月27日起健康管理）

丰泽区城东街道通源社区（3月29日新增，2月27日起健康管理）

丰泽区城东街道西福社区（3月29日新增，2月27日起健康管理）

丰泽区城东街道霞美社区（3月29日新增，2月27日起健康管理）

丰泽区城东街道新前社区（3月29日新增，2月27日起健康管理）

丰泽区城东街道庄任社区（3月29日新增，2月27日起健康管理）

丰泽区东海街道宝山社区（3月29日新增，2月27日起健康管理）

丰泽区东湖街道铭湖社区（3月29日新增，2月27日起健康管理）

丰泽区丰泽街道前坂社区（3月29日新增，2月27日起健康管理）

丰泽区丰泽街道东涂社区（3月29日新增，2月27日起健康管理）

丰泽区丰泽街道源淮社区（3月29日新增，2月27日起健康管理）

丰泽区清源街道西宝社区（3月29日新增，2月27日起健康管理）

丰泽区泉秀街道灯洲社区（3月29日新增，2月27日起健康管理）

丰泽区泉秀街道泉淮社区（3月29日新增，2月27日起健康管理）

丰泽区泉秀街道新秀社区（3月29日新增，2月27日起健康管理）

鲤城区临江街道伍堡社区（3月19日新增，2月27日起健康管理）

鲤城区开元街道梅峰社区（3月19日新增，2月27日起健康管理）

鲤城区海滨街道T淘园北至芳草嘉园、南至泉州市市政工程管理处、东至新华南路、西至芳草园公园合围区域（3月22日新增，2月27日起健康管理）

鲤城区鲤中街道百源社区北至龙宫巷、南至后城街、东至侨乡商品街、西至小菜巷合围区域调（3月22日新增，2月27日起健康管理）

鲤城区鲤中街道和平社区北至东街、南至玉犀巷、西至中山中路、东至观东巷区域（3月27日新增，2月27日起健康管理）

洛江区万安街道首富商城（3月23日新增，2月27日起健康管理）

洛江区万安街道吉源雅苑1号楼（3月28日新增，2月27日起健康管理）

晋江市池店镇海丝景城A区（3月19日新增，2月27日起健康管理）

晋江市池店镇百信御江帝景一期（3月19日新增，2月27日起健康管理）

晋江市陈埭镇洋埭村（3月21日新增，2月27日起健康管理）

晋江市池店镇清蒙村（3月22日新增，2月27日起健康管理）

晋江市池店镇浯潭村（3月22日新增，2月27日起健康管理）

晋江市池店镇赤塘村（3月22日新增，2月27日起健康管理）

晋江市池店镇霞福村金福小区（3月22日新增，2月27日起健康管理）

晋江市陈埭镇涵口村五四路17号（3月22日新增，2月27日起健康管理）

晋江市池店镇新店村（3月24日新增，2月27日起健康管理）

晋江市陈埭镇高坑村（3月24日新增，2月27日起健康管理）

晋江市永和镇割山村（3月24日新增，2月27日起健康管理）

晋江市安海镇安平社区（4月5日新增，2月27日起健康管理）

（来源：泉州疾控）

**Epidemic Risk Areas of Quanzhou City (20 High Risk Areas/43 Medium Risk Areas), Quanzhou Center for Disease Control and Prevention Issues Health Reminder**

Quanzhou Governmental Affairs 2022-04-06 22:02

[….]

Up to now, there are 20 high risk areas (14 in Fengze District, 4 in Jinjiang City, 1 in Licheng District, and 1 in Luojiang District), and 43 medium risk areas (24 in Fengze District, 5 in Licheng District, 12 in Jinjiang City, and 2 in Luojiang District) in Quanzhou City (please see attachment for more details).

[….]

Attachment

List of All High and Medium Risk Areas and Health Management Schedule of Quanzhou City
(As of 17:00 April 6, 2022)

## 1. High Risk Areas (20)

[….]

Triangle area enclosed by Jiangbin S. Rd, Xiedu Rd and Jiushijiu River, Chendai Town, Jinjiang City (added on March 21, health management imposed since February 27)

Anshang Village, Chendai Town, Jinjiang City (added on March 21, health management imposed since February 27)

Dongshan Village, Chidian Town, Jinjiang City (adjusted on March 22, health management imposed since February 27)

Haiwei Village, Chendai Town, Jinjiang City (adjusted on March 24, health management imposed since February 27)

## 2. Medium Risk Areas (43)

[….]

Area A of Haisi Jingcheng, Chidian Town, Jinjiang City (added on March 19, health management imposed since February 27)

Phase I of Baixin Yujiang Dijing, Chidian Town, Jinjiang City (added on March 19, health management imposed since February 27)

Yangdai Village, Chendai Town, Jinjiang City (added on March 21, health management imposed since February 27)

Qingmeng Village, Chidian Town, Jinjiang City (added on March 22, health management imposed since February 27)

Wutan Village, Chidian Town, Jinjiang City (added on March 22, health management imposed since February 27)

Chitang Village, Chidian Town, Jinjiang City (added on March 22, health management since February 27)

2

Translation

Jinfu Community, Xiafu Village, Chidian Town, Jinjiang City (added on March 22, health management imposed since February 27)

No. 17, Wusi Rd, Hankou Village, Chendai Town, Jinjiang City (added on March 22, health management imposed since February 27)

Xindian Village, Chidian Town, Jinjiang City (added on March 24, health management imposed since February 27)

Gaokeng Village, Chendai Town, Jinjiang City (added on March 24, health management imposed since February 27)

Geshan Village, Yonghe Town, Jinjiang City (added on March 24, health management imposed since February 27)

Anping Community, Anhai Town, Jinjiang City (added on April 5, health management imposed since February 27)

(Source: Quanzhou Center for Disease Control and Prevention)



3

Exhibit D



福州市长乐区人民政府
www.fzcl.gov.cn

国务院 | 省政府 | 市政府      繁体 | 移动版 | 登录 | 注册      网站支持IPV6

首页  区政府  政务公开  解读回应  **办事服务**  互动交流  走进长乐

请输入搜索内容

2022年04月07日  星期四
长乐区

本站        请输入您要搜索的内容

ⓘ无障碍浏览

您当前的位置：首页 > 办事服务 > 便民服务查询 > 交通

# 注意！长乐机场发出重要提示！

来源:福州新区新城      2021-08-07 00:04              A⁺   A   A⁻   🖨   ☆   ⟨   ⊗

　　所有进入福州机场航站楼的旅客（含接、送机人员），需配合现场工作人员进行健康码核验（全国各地健康码均可）和体温检测工作，健康码为绿码且体温检测正常方可进入航站楼。请旅客全程规范佩戴口罩、保持1米间距、并在登机前进行手部消毒。

　　部分国际（地区）出发旅客，在值机时需要配合工作人员检查核酸检测阴性证明，符合要求者方可办理值机手续（具体要求请在购票时详细了解）。

　　在福州机场入境隔离期满乘坐机班离开福州的旅客，将有工作人员引领专门值机柜台办理值机手续、专门安检通道过检并在隔离候机区候机，如行程变更或取消请主动与工作人员联系。

▼

特别提醒

因各地疫情防控措施会有差异

建议旅客在出行前

及时向航空公司、海关咨询

目的地机场及当地相关防疫政策

（福州机场及主要航空公司服务热线）

| 福州长乐国际机场(FOC) | 96363 |
|---|---|
| 春秋航空公司（9C） | 95524 |
| 东方航空公司(MU) | 95530 |
| 南方航空公司(CZ) | 95339 |
| 上海航空公司(FM) | 95530 |
| 海南航空公司(HU) | 95350 |
| 天津航空公司(GS) | 95350 |
| 东海航空公司(DZ) | 4000888666 |
| 祥鹏航空公司(8L) | 95326 |
| 北部湾航空公司(GX) | 95370 |
| 首都航空公司(JD) | 95375 |
| 西部航空公司(PN) | 95373 |
| 联合航空公司(KN) | 4001026666 |
| 昆明航空公司(KY) | 0871-96598 |
| 中国国际航空公司(CA) | 95583 |
| 大连航空公司(CA) | 95583 |
| 华夏航空公司(G5) | 4006006633 |
| 深圳航空公司(ZH) | 95361 |
| 山东航空公司(SC) | 95369 |
| 厦门航空公司(MF) | 95557 |
| 四川航空公司(3U) | 95378 |
| 吉祥航空公司(HO) | 95520 |
| 河北航空公司(NS) | 0311-96699 |
| 奥凯航空公司(BK) | 95307 |
| 长龙航空公司(GJ) | 956199 |
| 成都航空公司(EU) | 956028 |
| 江西航空公司(RY) | 0791-96300 |
| 瑞丽航空公司(DR) | 0871-952801 |
| 桂林航空公司(GT) | 9507101 |
| 乌鲁木齐航空公司(UQ) | 95334 |
| 福州航空公司(FU) | 95071666 |
| 长安航空公司(9H) | 95071199 |
| 青岛航空公司(QW) | 0532-96630 |

02候机楼内注意事项

机场为人员密集场所

除必要安检环节，须全程佩戴好口罩

不聚集、不扎堆

排队时前后保持1米安全间隔

减少人与人之间的近距离接触

在航站楼内就餐时应分桌就餐

在用餐时再摘下口罩

打喷嚏或咳嗽时

不要直接用手捂住口鼻

要使用纸巾或弯曲手肘掩盖口鼻

03到港旅客注意事项

乘航班抵达福州机场的旅客，须全程规范佩戴口罩，配合现场工作人员查验健康码（全国各地健康码均可）和体温检测，健康码为绿码、体温检测正常且14天内未到访过高、中风险地区所在的城市，正常通行。

14天内到访过高、中风险地区及其所在地其他低风险地区的旅客，按规定采取健康管理措施。（具体要求可关注"福州卫生健康"微信公众号查看最新公告）

在国内其他城市入境隔离期满乘坐航班抵达福州的旅客，将有工作人员引领"点对点"转运并落实相应管控措施。

以上截选

扫一扫在手机上查看当前页面



打印　　　关闭



| 各省政府网站 ∨ | 设区市政府网站 ∨ | 县（市、区） ∨ | 其他网站 ∨ |

新媒体矩阵

使用帮助 | 联系我们 | 网站地图

网站标识码：3501820001　闽公网安备：35018202000193号　闽ICP备18020295号-2

技术支持：福州市大数据服务中心

闽政通APP　　e福州
微博　　微信公众号

主办单位：福州市长乐区人民政府办公室　　承办单位：福州市长乐区大数据管理局

为确保最佳浏览效果，建议您使用以下浏览器版本：IE浏览器9.0版本及以上；Google Chrome浏览器 63版本及以上；360浏览器9.1版本及以上，且IE内核9.0及以上。

*Translation*

## Attention! Important Reminder Issued by Changle Airport!

Source: Fuzhou New District New Town, 2021-08-07 00:04

All passengers entering the terminal of Fuzhou Airport (including pick-up and drop-off personnel) should cooperate with the on-site staff to conduct health code verification (regional health codes across the country are all acceptable) and temperature measurement. Only green health code holders with normal body temperature are allowed to enter the terminal. Please always keep your mask on properly, keep a distance of one meter, and sanitize your hands before boarding.

Certain international (regional) departing passengers should cooperate with the staff to check the negative nucleic acid test certificate when checking in, and only passengers who meet the requirements (please learn more about the specific requirements when purchasing tickets) will be allowed to check in.

Passengers departing from Fuzhou after completing the quarantine period upon entering China via the Fuzhou Airport will be led by an airport employee to check in at designated check-in counters, go through security check via a designated security check line, and wait in the quarantine waiting area. If the itinerary is changed or canceled, please take the initiative to contact the staff.

### Special Reminder

Due to different epidemic prevention and control measures in different regions and cities, passengers are recommended to inquire the relevant epidemic prevention policies of destination airport and city with the operating airlines and customs before travel.

(Fuzhou Airport and major airline service hotlines)

| | | |
|---|---|---|
| | 福州长乐国际机场(FOC) | 96363 |
| | 春秋航空公司（9C） | 95524 |
| | 东方航空公司(MU) | 95530 |
| | 南方航空公司(CZ) | 95339 |
| | 上海航空公司(FM) | 95530 |
| | 海南航空公司(HU) | 95350 |
| | 天津航空公司(GS) | 95350 |
| | 东海航空公司(DZ) | 4000888666 |
| | 祥鹏航空公司(8L) | 95326 |
| | 北部湾航空公司(GX) | 95370 |
| | 首都航空公司(JD) | 95375 |
| | 西部航空公司(PN) | 95373 |
| | 联合航空公司(KN) | 4001026666 |
| | 昆明航空公司(KY) | 0871-96598 |
| | 中国国际航空公司(CA) | 95583 |
| | 大连航空公司(CA) | 95583 |
| | 华夏航空公司(G5) | 4008006633 |
| | 深圳航空公司(ZH) | 95361 |
| | 山东航空公司(SC) | 95369 |
| | 厦门航空公司(MF) | 95557 |
| | 四川航空公司(3U) | 95378 |
| | 吉祥航空公司(HO) | 95520 |
| | 河北航空公司(NS) | 0311-96699 |
| | 奥凯航空公司(BK) | 95307 |
| | 长龙航空公司(GJ) | 956199 |
| | 成都航空公司(EU) | 956028 |
| | 江西航空公司(RY) | 0791-96300 |
| | 瑞丽航空公司(DR) | 0871-952801 |
| | 桂林航空公司(GT) | 9507101 |
| | 乌鲁木齐航空公司(UQ) | 95334 |
| | 福州航空公司(FU) | 95071666 |
| | 长安航空公司(9H) | 95071199 |
| | 青岛航空公司(QW) | 0532-96630 |

2

*Translation*

## 02 Precautions in the Terminal

The airport is a crowded place. Except for the necessary security check procedures, you should always keep your mask on.

Don't gather. Avoid crowds.

When queuing, please keep a safe distance of one meter before and after.

Please reduce close contact with others.

When dining in the terminal, please sit separately, and only take off your mask while eating.

When sneezing or coughing, do not cover your mouth and nose with your hands directly, use a tissue or bend your elbow to cover.

## 03 Precautions for Arriving Passengers

Passengers arriving at Fuzhou Airport should always keep their masks on, and cooperate with the on-site staff to conduct health code verification (regional health codes across the country are all acceptable) and temperature measurement. Green health code holders with normal body temperature and without travel history of cities where high or medium risk areas are located within the past 14 days may pass through normally.

Passengers who have visited high or medium risk areas or other low risk areas within the same region of high or medium risk areas in the past 14 days, shall follow health management measures as required. (For specific requirements, please follow the "Fuzhou Health" WeChat Public Account to check the latest announcement)

Passengers arriving in Fuzhou by flight after the expiration of the entry quarantine period from other domestic cities will be led by staff to make "point-to-point" transfer, and relevant control measures will be implemented.

The above is a selection

3

Exhibit E

厦航网站使用cookie和类似的技术来确保网站运行正常，改善您的用户体验。网站上第三方和其他cookie为您展示个性化的广告，这些第三方有可能监控您的网络行为。
如果继续使用网站，表示您赞成这些cookie的设置。如果您想了解详情或者调整cookie设置，请点击我们的 cookie政策。    同意



白鹭会员　　预订管理　　互动专区　　出行帮助　　🇨🇳 登录

首页　关于我们　业务公告

## 关于厦门出港旅客的重要通知

尊敬的旅客：

　　根据厦门市疫情防控要求，自2021年9月24日12:00起，所有厦门出港的旅客须凭两码一证（"闽政通"健康码绿码、"i厦门微信公众号"离厦登记码、48小时内核酸检测阴性证明）办理乘机手续。

　　感谢您的理解和配合！

厦门航空有限公司

2021年9月23日

附图：　"i厦门微信公众号"离厦登记码登记教程





 厦门航空 **XIAMEN**AIR

*Translation*

**Important Notice for Passengers Departing from Xiamen**

Dear Passengers,

According to Xiamen's epidemic prevention and control requirements, effective from 12:00, September 24, 2021, all passengers departing from Xiamen are required to present Two Codes and One Certificate ("Minzhengtong" Green Health Code, Xiamen Departure Registration Code on "i-Xiamen WeChat Official Account", and negative nucleic acid test certificate issued within 48 hours) before proceeding to complete check-in procedures.

Thank you for your understanding and cooperation!

Xiamen Airlines

September 23, 2021

Attached: Registration tutorial for  Xiamen Departure Registration Code on "i-Xiamen WeChat official Account".

Scan to follow "i-Xiamen" WeChat official Account





Exhibit F



登录个人中心   智能问答

无障碍 移动版   ENGLISH

要闻动态    政务公开    政务服务    政民互动    人文北京

要闻动态 > 工作动态

## 北京将继续坚持进返京核酸检测筛查措施

日期：2022-03-16 19:59  来源：北京发布      字号：  大 中 小    分享：

    3月16日下午，北京市政府新闻办公室组织召开北京市新冠肺炎疫情防控工作第292场新闻发布会，市委宣传部副部长、市政府新闻办主任、市政府新闻发言人徐和建主持，发布者首都严格进京管理联防联控协调机制关于持续做好进返京疫情防控工作有关政策，东城区、朝阳区、市疾控中心相关负责人出席，通报最新疫情，介绍疫情防控有关情况。

    北京市委宣传部副部长、市政府新闻办主任、市政府新闻发言人徐和建发布首都严格进京管理联防联控协调机制关于持续做好进返京疫情防控工作有关政策：

    当前，国外疫情高位运行，国内疫情呈现点多、面广、频发态势，北京市多区相继出现京外输入引发的疫情，首都疫情防控面临严峻挑战。为有效防范输入风险，确保首都安全和人民群众身体健康，首都严格进京管理联防联控协调机制坚持科学精准、严在其中，就进返京相关政策进行再发布、再提醒：

    **一、继续坚持进返京核酸检测筛查措施**

    进返京须持48小时内核酸检测阴性证明和"北京健康宝"绿码，各地省际道路客运站、机场、火车站等严格进行登机登车前查验，请有来京计划的朋友提前做好准备。进返京人员在抵京后72小时内须进行一次核酸检测(通勤人员按照现有政策规定执行)，请大家关注防控提醒和短信提示，及时开展核酸检测筛查。"北京健康宝"通过核酸检测数据库进行比对，未能按时进行检测的将进行弹窗提示，可能会影响您的出行和日常生活。

    **二、继续坚持风险地区人员限制进返京措施**

    14日内有1例以上(含1例)本土新冠病毒感染者所在县(市、区、旗)旅居史人员严格限制进返京。

    14日内有陆路边境口岸所在县(市、区、旗)旅居史人员非必须不进返京。

    14日内有上述地区旅居史的已进返京人员，请主动向所在社区(村)、单位或酒店报告，配合落实隔离观察、健康监测等防疫要求。

    不主动报告或不配合防疫工作，造成严重后果的，将依法依规追究相关责任。

    **三、继续严格控制在京举办线下全国性会议、培训等聚集性活动**

    确需组织的，坚持"谁举办、谁负责""谁审批、谁负责"，主办单位要切实履行疫情防控主体责任，制定专门防疫方案，严防涉疫风险人员参加。承办活动的各类酒店、宾馆，要严格落实扫码登记、体温检测要求，不得接待涉疫风险人员。

    防疫安全，关系你我。请广大市民朋友，严格履行个人防控责任，近期非必要不出京，特别是不前往14日内有新增本土新冠病毒感染者的县(市、区、旗)，非必须不前往陆路边境口岸所在县(市、区、旗)。如您刚刚进返京，请加强自身健康监测，7日内不聚餐、不聚会、少外出，共同守护首都安全。

 

关于我们　　　站点地图　　　客服信箱：service@beijing.gov.cn

建议意见　　　法律声明　　　政务服务热线：12345

关于防范仿冒网站风险的提示

 

微信公众号　　政务微博

主办：北京市人民政府办公厅　　　承办：北京市政务服务管理局、北京市经济和信息化局　　　政府网站标识码：1100000088 京公网安备 11010502039640 京ICP备05060933号



_Translation_

Date:  2022-03-16 19:59    Source: Beijing Publication

**Beijing Will Continue to Implement the Nucleic Acid Testing and Screening Measures for Entry and Return to Beijing**

[….]

At present, the epidemic is raging abroad, and the domestic epidemic appears with the feature of "multi-spots, wide range, and frequent occurrence". Epidemic caused by in-bound travels successively occurred in many districts of Beijing, and the capital is faced with severe challenges in epidemic prevention and control. To effectively prevent in-bound travel related risks and ensure the safety of the capital as well as public health, the capital's Strict Entry Management and Joint Prevention & Control Coordination Mechanism adheres to scientific, precise and strict measures, and hereby releases and reminds relevant policies related to entering and returning Beijing once again:

[....]

2. Continue to Implement Measures to Restrict People from Risk Areas from Entering or Returning Beijing

People with a travel history of a county (city, district or qi) where there was one or more local COVID-19 infection cases in the past 14 days are strictly restricted from entering or returning Beijing.

[….]

