UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** April 11, 2022     **Time:** 10:03 – 10:35     **Judge:** MAXINE M. CHESNEY
= 32 minutes

**Case No.:** 18-cr-00465-MMC-2     **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Hunter, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger     **Court Reporter:** Raynee Mercado

### PROCEEDINGS

Status Conference – held by Zoom webinar.

Defense counsel informed the Court that their witnesses are unable to travel due to lock-down.

Defense counsel is still waiting for a decision as to whether their witnesses can appear/testify at a U.S. Embassy in China.

Parties to submit a joint proposal re: scheduling of a Further Status Conference.