UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** April 25, 2022  **Time:** 10:00 – 10:37  **Judge:** MAXINE M. CHESNEY
= 37 minutes

**Case No.:** 18-cr-00465-MMC-2  **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit

**Attorney for Plaintiff:** Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger                **Court Reporter:** Raynee Mercado

### PROCEEDINGS

**Status Hearing – hearing held by Zoom webinar.**

**In advance of next hearing,**

**(1) defense counsel to: (a) make arrangements for remote testimony and to confer with government counsel regarding specific dates; and (b) further explore the potential for live testimony from the two witnesses who no longer are in provincial lockdown, and, in particular, their ability to travel to and from the United States without being subject to indeterminate lockdown; and**

**(2) both parties to identify and discuss with opposing counsel proposed jury instructions that reflect dispute as to applicable law.**

**CASE CONTINUED TO:** May 2, 2022 @ 10:00 a.m. for Status re: Witness Availability
& Procedure – By Zoom