UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** May 2, 2022      **Time:** 10:00 – 10:33      **Judge:** MAXINE M. CHESNEY
= 33 minutes

**Case No.:** 18-cr-00465-MMC-2      **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit

**Attorney for Plaintiff:** Laura Vartain, Nicholas Hunter, Nicholas Walsh
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger      **Court Reporter:** Ruth Levine Ekhaus

# PROCEEDINGS

**Status re: Witness Availability and Procedure – hearing held by Zoom webinar.**

**Court rules that Defendant's remaining witnesses can testify remotely for the reasons stated on the record.**

**Counsel will confer re: accommodating the Government's rebuttal witness during the defense case.**

**Defense counsel proposed that the trial be conducted entirely by Zoom, Government counsel requested additional time to make a decision on that proposal.**

**Deadline for Government to file their opposition to Defendant's Rule 29 motion: May 13, 2022.**

**CASE CONTINUED TO: May 9, 2022 at 10:00 a.m. for Further Status re: Witness Procedure**
                                                                 **(to be held by Zoom webinar)**