UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** June 6, 2022   **Time:** 10:00 – 10:42   **Judge:** MAXINE M. CHESNEY
= 42 minutes

**Case No.:** 18-cr-00465-MMC-2   **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Walsh, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger   **Court Reporter:** Ruth Levine Ekhaus

### PROCEEDINGS

**Further Status Conference – hearing held by Zoom.**

**Defense counsel to provide witness declaration(s) re: travel.**

**CASE CONTINUED TO: June 13, 2022 at 10:30 a.m. for Further Status Conference – by Zoom**