JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
OSAMA ALKHAWAJA (SBN 334404)
Osama.Alkhawaja@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:   (650) 470-4500
Facsimile:    (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:    (213) 687-5600

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED MICROELECTRONICS CORPORATION, *et al.*,<br><br>　　　　　　　　　Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S NOTICE OF SUBMISSION OF SECOND DECLARATION OF JINFU ZHENG REGARDING TRAVEL ARRANGEMENTS FOR DEFENDANT'S WITNESSES YOU ZHENFU AND WU JUNSHENG**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 28, 2022 |

---

**DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S NOTICE OF SUBMISSION OF SECOND DECLARATION OF JINFU ZHENG REGARDING TRAVEL ARRANGEMENTS**　　　　　　　　　CASE NO.: 3:18-Cr-00465-Mmc

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to discussions with the Court regarding witnesses testifying remotely at trial, Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") hereby files this Notice of Submission of the Second Declaration of Jinfu Zheng Regarding Travel Arrangements For Defendant's Witnesses You Zhenfu And Wu Junsheng for the Court's consideration.

DATED: June 10, 2022

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By:  ___*/s/ Jack P. DiCanio*___
Jack P. DiCanio
Attorneys for Defendant
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

1

**DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S NOTICE OF SUBMISSION OF SECOND DECLARATION OF JINFU ZHENG REGARDING TRAVEL ARRANGEMENTS**         **CASE NO.: 3:18-cr-00465-MMC**