CERTIFICATION OF THE JUDGE'S SIGNATURE

I, <u>Mark B. Busby,</u> Clerk of the United States District Court Northern District of California, certify that <u>Senior District Judge Maxine M. Chesney,</u> of the United States District Court Northern District of California, whose signature is attached to the Letters Rogatory hereto annexed, was at the date hereof the Judge of the United States District Court Northern District of California and that the official acts and doings of said Judge are entitled to full faith and credit, and that the attestation to said Letters Rogatory is in due form of law.

I further certify that the seal attached to the said Letters Rogatory is the seal of this Court. Witness my hand and the Seal of the said Court at the City of San Francisco, this <u>  15th  </u> day of <u>  June  </u> in the year two thousand twenty-two.

[SEAL OF COURT]



Mark B. Busby, Clerk of Court
Tracy Geiger, Deputy Clerk