IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>FUJIAN JINHUA INTEGRATED CIRCUIT, CO. LTD.,<br>　　　　　Defendant. | Case No. 18-cr-00465-MMC-2<br><br>**ORDER RE: GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR ISSUANCE OF LETTER OF REQUEST** |

On June 15, 2022, the Court granted defendant's Motion for Issuance of a Letter of Request for International Judicial Assistance. At the time of such filing, and unbeknownst to the Court at that time, the government had filed, literally seconds before, a Response to the Motion, in which it objects to defendant's inclusion of You Zhenfu, Wu Jensheng, and Professor Jiang Ying in the Letter of Request.

The Court, having now read and considered the Response, finds it unnecessary to change its Order. In particular, the Court finds defendant's above-referenced prospective witnesses were not included as a means of evading any order the Court has issued, or may issue in the future, concerning the manner in which evidence provided by any witness will be taken.[1]

**IT IS SO ORDERED.**

Dated: June 15, 2022

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Court also notes it has made no ruling in that regard as to Professor Jiang.