JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
OSAMA ALKHAWAJA (SBN 334404)
Osama.Alkhawaja@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:    (650) 470-4500
Facsimile:    (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:    (213) 687-5000
Facsimile:    (213) 687-5600

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED MICROELECTRONICS CORPORATION, *et al.*,<br><br>　　　　　　　　　　Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S NOTICE OF SUBMISSION OF A REVISED LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 28, 2022 |

Defendant Fujian Jinhua Integrated Circuit, Co., Ltd. ("Jinhua") has received: (1) the Court's Order (ECF No. 497) granting Jinhua's Motion for the Issuance of Letter of Request for International Judicial Assistance to the Appropriate Judicial Authority in the People's Republic of China (the "Motion," filed at ECF No. 494).  A minute before the Court granted Jinhua's Motion, the Government filed a response to Jinhua's Motion (the "Response," filed at ECF No. 496).  In its Response, the Government made several suggestions of how Jinhua could revise the letters rogatory to "improve the likelihood" that the request will be acted on by the PRC government.[1]

In light of the government's suggestions, Jinhua has revised the letters rogatory.  Attached as Exhibit A to this Notice is a revised letters rogatory and attached as Exhibit B is a redline, showing the changes Jinhua made from the version previously signed by the Court.  Jinhua therefore respectfully asks the Court to sign the revised letters rogatory, attached as Exhibit A to this Notice, for the reasons set forth in its Motion.

Dated: June 16, 2022

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: */s/ Jack P. DiCanio*
JACK P. DICANIO
Attorneys for Defendant
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

---

[1] Jinhua notes that the Court submitted a second order (ECF No. 501) indicating that the Court had, subsequent to issuing its order, reviewed the Government's filing and it did not believe the Letter of Request needed to be modified with respect to the names of the witnesses included in the Letter.