JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
OSAMA ALKHAWAJA (SBN 334404)
Osama.Alkhawaja@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:      (650) 470-4500
Facsimile:       (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:      (213) 687-5000
Facsimile:       (213) 687-5600

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION, *et al.*,<br><br>Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S NOTICE OF SUBMISSION OF DECLARATIONS OF JINFU ZHENG, YOU ZHENFU, AND WU JUNSHENG REGARDING LIVE TESTIMONY**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 28, 2022 |

|   |   |
|---|---|
| 1 | **TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:** |
| 2 | **PLEASE TAKE NOTICE** that, pursuant to discussions with the Court regarding witnesses |
| 3 | testifying in person at trial, Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") hereby |
| 4 | files this Notice of Submission of the Declarations of Jinfu Zheng, You Zhenfu, and Wu Junsheng |
| 5 | for the Court's consideration. |
| 6 | DATED: June 17, 2022 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  */s/ Jack P. DiCanio*
Jack P. DiCanio
Attorneys for Defendant
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

---

1
**DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S NOTICE**          **CASE NO.: 3:18-cr-00465-MMC**
**OF SUBMISSION OF DECLARATIONS REGARDING LIVE TESTIMONY**