# DECLARATION OF WU JUNSHENG

| | |
|---|---|
| 1 | JACK P. DICANIO (SBN 138782) |
|   | Jack.DiCanio@skadden.com |
| 2 | EMILY REITMEIER (SBN 305512) |
|   | Emily.Reitmeier@skadden.com |
| 3 | OSAMA ALKHAWAJA (SBN 334404) |
| 4 | Osama.Alkhawaja@skadden.com |
|   | 世达律师事务所 |
| 5 | 大学街第 525 号 |
|   | 帕罗奥图，加利福尼亚州，94301 |
| 6 | 电话: (650) 470-4500 |
|   | 传真: (650) 470-4570 |
| 7 | |
|   | MATTHEW E. SLOAN (SBN 165165) |
| 8 | Matthew.Sloan@skadden.com |
|   | 世达律师事务所 |
| 9 | 南大街第 300 号，3400 室 |
|   | 洛杉矶，加利福尼亚州，90071-3144 |
| 10 | 电话: (213) 687-5000 |
|    | 传真: (213) 687-5600 |
| 11 | |
|    | *被告律师* |
| 12 | 福建省晋华集成电路有限公司 |

美国加利福尼亚州北区

联邦地区法院

旧金山分庭

| | |
|---|---|
| 美利坚合众国， | 案件号: 3:18-cr-00465-MMC |
| 　　　　　原告， | **吴俊生关于 2022 年 6 月 21 日证人作证的声明** |
| 诉 | |
| 联华电子股份有限公司等， | 法官：尊敬的 Maxine M. Chesney |
| 　　　　　被告。 | 庭审日期: 2022 年 2 月 28 日 |

---

吴俊生关于证人作证的声明　　　　　　　　　　　　　　　　　　　　　案件号：3:18-cr-00465-MMC

<u>吴俊生的声明</u>

本人，吴俊生，声明如下：

1. 我不会说流利的英语，因此我用我的母语中文普通话作出本声明。

2. 我是福建省晋华集成电路有限公司（"晋华"）的财务总监。我就本法院于 2022 年 6 月 13 日发布的命令提供本声明，在该命令中法院命令我于 2022 年 6 月 21 日亲自出庭参与庭审。

3. 我注意到我可以前往美国：我的新冠肺炎通行证为"绿色"，表明我可以旅行。我之前获得过一次美国签证，该签证仍在有效期内。即使存在新冠相关的出行困难，我仍然愿意遵守法院的命令，在 6 月 20 日这一周前往美国作证。

4. 但是，我已被告知美国和中国政府就允许证人在本案庭审中作证事宜所发出的多封外交照会。我理解，中方尚未通过外交渠道就证人在庭审中作证给予正式批准。我还理解，晋华已询问司法部下属福建省司法厅，以确认我是否可以去美国在本案中作证，晋华尚未收到答复。

5. 有鉴于此，在通过外交渠道获得正式批准之前，或者在福建省司法厅进一步确认我被批准前往美国作证之前，我不愿意前往美国。特别是，在未得到中国主管机关进一步确认的情况下在庭审中现场作证，我担心我会被视为违反中国法律。

我理解美国法律中关于伪证罪的处罚，我声明上述内容真实无误。于 2022 年 6 月 17 日在中国福建省晋江市签署。

签名： _____吴俊生_____

签名的证明

根据《民事地方规则》第 5-1(i)条，本人证明在提交本文件时已获得本文件的任何其他签署人的同意，我理解如果作伪证，本人将受到处罚。

　　　　　　　　　　　　　　　　　　／签名/ Jack P. DiCanio
　　　　　　　　　　　　　　　　　　Jack P. DiCanio



吴俊生关于证人作证的声明　　　　　　　　　　　　　　　　案件号：3:18-cr-00465-MMC

3

| | |
|---|---|
| 1 | JACK P. DICANIO (SBN 138782) |
| | Jack.DiCanio@skadden.com |
| 2 | EMILY REITMEIER (SBN 305512) |
| | Emily.Reitmeier@skadden.com |
| 3 | OSAMA ALKHAWAJA (SBN 334404) |
| | Osama.Alkhawaja@skadden.com |
| 4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 525 University Avenue |
| 5 | Palo Alto, California 94301 |
| | Telephone:     (650) 470-4500 |
| 6 | Facsimile:     (650) 470-4570 |
| 7 | MATTHEW E. SLOAN (SBN 165165) |
| | Matthew.Sloan@skadden.com |
| 8 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 300 South Grand Avenue, Suite 3400 |
| 9 | Los Angeles, California 90071-3144 |
| | Telephone:     (213) 687-5000 |
| 10 | Facsimile:     (213) 687-5600 |
| 11 | *Attorneys for Defendant* |
| | FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 3:18-cr-00465-MMC |
| Plaintiff, | **DECLARATION OF WU JUNSHENG REGARDING WITNESS TESTIMONY ON JUNE 21, 2022** |
| v. | |
| UNITED MICROELECTRONICS CORPORATION, et al., | Judge: The Honorable Maxine M. Chesney |
| | Trial Date: February 28, 2022 |
| Defendants. | |

# DECLARATION OF WU JUNSHENG

I, WU JUNSHENG, declare and state as follows:

1. I do not speak English fluently and therefore make this declaration in my native language of mandarin Chinese.

2. I am the Director of Finance of Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua"). I offer this Declaration regarding the Order issued by this Court on June 13, 2022 which Court ordered me to appear in person for trial on June 21, 2022.

3. I note that I am able to travel to the United States: my Covid pass is "green" indicating I can travel. I previously obtained a United States visa, which is still valid. Even with the Covid-related travel complications, I am still willing to comply with the court's order and be present in the US for testimony during the week of June 20.

4. However, I have been told about the various diplomatic notes sent by the United States and Chinese governments regarding permission to testify at trial in this matter. I understand that the Chinese government has not given formal approval through the diplomatic process for witnesses to testify at trial. I also understand Jinhua has asked the local ministry of justice in the Fujian province for further assurances that I have permission to travel to the United States to testify in this matter and that Jinhua has not received a response.

5. In light of that, I am not comfortable travelling to the United States until formal approval is granted through the diplomatic process or until there is further assurances by the local ministry of justice in the Fujian province that I have permission to travel to the United States to testify. More specifically, I am afraid I may be viewed as violating Chinese law if they provide live testimony at trial without further affirmative consent of the PRC competent authority.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 17th day of June 2022 in Jinjiang City, Fujian Province, China.

By: _____
Wu Junsheng

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                                    */s/ Jack P. DiCanio*
                                                    Jack P. DiCanio

[BEIJING SPIRIT TRANSLATION CO., LTD. TRANSLATION SEAL <26>]