UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** June 17, 2022    **Time:** 10:00 – 10:25    **Judge:** MAXINE M. CHESNEY
10:33 – 10:40
= 32 minutes

**Case No.:** 18-cr-00465-MMC-2    **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Walsh, Nicholas Hunter
**Attorney for Defendant:** Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** Ana Dub

## PROCEEDINGS

**Status Conference – hearing held by Zoom webinar.**

**For the reasons stated on the record, the Court orders defense witnesses You Zhenfu and Wu Jensheng to appear in person for trial on Tuesday, June 21, 2022, at 9:00 a.m.**

**CASE CONTINUED TO: June 21, 2022 at 9:00 a.m. for Continued Bench Trial**