1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED MICROELECTRONICS CORPORATION, *et al.*,<br><br>　　　　　　Defendants. | CASE NO.: 3:18-CR-00465-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S MOTION FOR ISSUANCE OF A SECOND LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 28, 2022 |

## [PROPOSED] ORDER

THIS MATTER came before the Court on Defendant Fujian Jinhua Integrated Circuit Co., Ltd.'s Motion For Issuance Of A Second Letter Of Request For International Judicial Assistance. Having considered the papers filed in support thereof, and any argument on the application, and good cause appearing, IT IS HEREBY ORDERED that Jinhua's Motion For Issuance Of A Second Letter Of Request For International Judicial Assistance is GRANTED to allow for issuance of Letters Rogatory. The Court shall issue letters rogatory on behalf of Jinhua for transmittal to the United States Department of State. As such, the Court shall sign and affix its seal to the letters rogatory attached to Jinhua's Motion and will return the same with an original signature and seal to Jinhua's counsel for forwarding to the United States Department of State.

**IT IS SO ORDERED.**

DATED:_____

_____
Honorable Maxine M. Chesney
United States District Court Judge

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ISSUANCE OF A SECOND      CASE NO.: 3:18-CR-00465-MMC
LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE