JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
OSAMA ALKHAWAJA (SBN 334404)
Osama.Alkhawaja@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:   (650) 470-4500
Facsimile:   (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED MICROELECTRONICS CORPORATION, *et al.*,<br><br>　　　　　Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S NOTICE OF SUBMISSION OF DECLARATION OF JINFU ZHENG REGARDING IN PERSON WITNESS TESTIMONY OF YOU ZHENFU AND WU JUNSHENG AND THE LETTERS ROGATORY PROCESS**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 28, 2022 |

DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S NOTICE OF SUBMISSION OF DECLARATION OF JINFU ZHENG REGARDING IN PERSON WITNESS TESTIMONY OF YOU ZHENFU AND WU JUNSHENG AND THE LETTERS ROGATORY PROCESS

CASE NO.: 3:18-Cr-00465-Mmc

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to discussions with the Court regarding witnesses testifying remotely at trial and the Court's June 21, 2022 Minute Order (ECF No. 510), Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") hereby files this Notice of Submission of the Declaration of Jinfu Zheng Regarding In Person Witness Testimony of You Zhenfu and Wu Junsheng and the Letters Rogatory Process.

DATED: June 28, 2022

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:   */s/ Jack P. DiCanio*
Jack P. DiCanio
Attorneys for Defendant
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

---

**DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S NOTICE OF SUBMISSION OF DECLARATION OF JINFU ZHENG REGARDING IN PERSON WITNESS TESTIMONY OF YOU ZHENFU AND WU JUNSHENG AND THE LETTERS ROGATORY PROCESS**

**CASE NO.: 3:18-cr-00465-MMC**