1  JACK P. DICANIO (SBN 138782)
   Jack.DiCanio@skadden.com
2  EMILY REITMEIER (SBN 305512)
   Emily.Reitmeier@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue
4  Palo Alto, California 94301
   Telephone:  (650) 470-4500
5  Facsimile:   (650) 470-4570

6  MATTHEW E. SLOAN (SBN 165165)
   Matthew.Sloan@skadden.com
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
8  Los Angeles, California 90071-3144
   Telephone:  (213) 687-5000
9  Facsimile:   (213) 687-5600

10 *Attorneys for Defendant*
   FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.
11

12                  **IN THE UNITED STATES DISTRICT COURT**

13                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                             **SAN FRANCISCO DIVISION**

15
   UNITED STATES OF AMERICA,                NO.: 3:18-cr-00465-MMC
16
                         Plaintiff,         **DEFENDANT FUJIAN JINHUA**
17                                          **INTEGRATED CIRCUIT CO., LTD.'S**
              v.                            **NOTICE OF WITHDRAWAL OF**
18                                          **ATTORNEY OSAMA ALKHAWAJA**
   UNITED MICROELECTRONICS
19 CORPORATION, *et al.*,                   Judge: The Honorable Maxine M. Chesney
                                            Courtroom: 7 – 19th Floor
20                       Defendants.        Trial Date: February 28, 2022

21

22

23

24

25

26

27

28

**DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S**      **CASE NO.: 3:18-cr-00465-MMC**
**NOTICE OF WITHDRAWAL OF ATTORNEY**

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Osama Alkhawaja, hereby withdraws his appearance in the above-captioned matter as counsel of record on behalf of Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua"). All other counsel at Skadden, Arps, Slate, Meagher & Flom LLP who have appeared in this matter shall remain as counsel of record for Jinhua.

DATED: June 30, 2022                Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  */s/ Matthew E. Sloan*
JACK P. DICANIO
MATTHEW E. SLOAN
EMILY A. REITMEIER

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

2

**DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S NOTICE OF WITHDRAWAL OF ATTORNEY**        **CASE NO.: 3:18-cr-00465-MMC**