JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:    (650) 470-4500
Facsimile:    (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:    (213) 687-5000
Facsimile:    (213) 687-5600

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED MICROELECTRONICS CORPORATION, *et al.*,<br><br>            Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**DECLARATION OF EMILY REITMEIER IN SUPPORT OF JINHUA'S REPLY IN SUPPORT OF ITS SECOND MOTION FOR ISSUANCE OF A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 28, 2022 |

# DECLARATION OF EMILY REITMEIER

I, Emily Reitmeier, declare and state as follows:

1. I am a Counsel at Skadden, Arps, Slate, Meagher & Flom LLP, attorneys of record for Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua"). I offer this Declaration in support of Jinhua's Reply In Support Of Its Second Motion for Issuance of a Letter of Request for International Judicial Assistance (the "Reply"). This declaration is based upon my personal knowledge, and, if called to testify, I could and would do so competently as to the matters set forth herein.

2. Attached as Exhibit A to this declaration is a copy of a revised letter rogatory as described in the Reply.

3. Attached as Exhibit B to this declaration is a redline highlighting the changes in the letter rogatory as compared to Jinhua's previous filing on June 23, 2022.

4. Attached as Exhibit C to this declaration is a copy of the March 3, 2022 hearing transcript in *United States v. Tao*, Case No. 19-20052-JAR (D. Kan.).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 1st day of July, 2022 in San Francisco, California.

By: /s/ Emily Reitmeier

Emily Reitmeier

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Jack P. DiCanio*
Jack P. DiCanio