UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** July 5, 2022	**Time:** 10:00 – 10:38	**Judge:** MAXINE M. CHESNEY
= 38 minutes

**Case No.**: 18-cr-00465-MMC-2	**Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Hunter, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger	**Court Reporter:** Ruth Levine Ekhaus

## PROCEEDINGS

**Status Conference re: Letters Rogatory – hearing held by Zoom webinar.**

**CASE CONTINUED TO: July 7, 2022 at 10:00 am for Further Status Conference - By Zoom**