UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** July 8, 2022   **Time:** 12:00 – 12:33   **Judge:** MAXINE M. CHESNEY

= 33 minutes

**Case No.:** 18-cr-00465-MMC-2   **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Hunter, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger   **Court Reporter:** Ruth Levine Ekhaus

## PROCEEDINGS

**Status Conference – hearing held by Zoom.**

**Defendant's counsel reported receipt of written communication from Chinese Central Government.**

**CASE CONTINUED TO: July 22, 2022 at 10:00 am for Further Status Conference  - By Zoom**