JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:   (650) 470-4500
Facsimile:   (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>UNITED MICROELECTRONICS CORPORATION, *et al.*,<br><br>                    Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S NOTICE OF SUBMISSIONS REGARDING THE MATTER OF WITNESS TESTIMONY**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 28, 2022 |

**TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to discussions with the Court regarding witnesses testifying at trial, Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") hereby files this Notice of Submission of two letters from Ms. Du Yaling, Director General of the Department of International Cooperation of the Ministry of Justice of the People's Republic of China and one Declaration from Jinfu Zheng, regarding the matter of witness testimony in this case.

DATED: July 19, 2022

                                  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                              By:      */s/ Jack P. DiCanio*
                                    Jack P. DiCanio
                                   Attorneys for Defendant
                       FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

1

DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S NOTICE OF SUBMISSIONS REGARDING THE MATTER OF WITNESS TESTIMONY     CASE NO.: 3:18-cr-00465-MMC