JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:    (650) 470-4500
Facsimile:     (650) 470-4570

MATTHEW E. SLOAN (SBN 165165)
Matthew.Sloan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:    (213) 687-5000
Facsimile:     (213) 687-5600

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>UNITED MICROELECTRONICS CORPORATION, *et al.*,<br><br>                    Defendants. | CASE NO.: 3:18-cr-00465-MMC<br><br>**DECLARATION OF EMILY REITMEIER REGARDING A REVISED SECOND LETTER OF REQUEST**<br><br>Judge: The Honorable Maxine M. Chesney<br>Trial Date: February 28, 2022 |

# DECLARATION OF EMILY REITMEIER

I, Emily Reitmeier, declare and state as follows:

1. I am a Counsel at Skadden, Arps, Slate, Meagher & Flom LLP, attorneys of record for Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua"). This declaration is based upon my personal knowledge, and, if called to testify, I could and would do so competently as to the matters set forth herein.

2. I offer this Declaration to provide the Court with a revised Second Letter of Request for International Judicial Assistance (the "Second Letter of Request"). Jinhua has made additional changes to the proposed Second Letter of Request for the convenience of the Court in an attempt to address the Court's comments at the July 5 and 8, 2022 hearings and in light of the letters Jinhua submitted from the Chinese Ministry of Justice (ECF 526). Jinhua made an additional edit regarding safe passage as noted at the July 25, 2022 hearing. This edit is on pages 5-6 before the table listing the witnesses' names and addresses.

3. Jinhua provided its edits to the Government and the Government has represented to me that they continue to oppose the Second Letter of Request, but should the Court decide to issue it, the version attached to this declaration is acceptable to them.

4. I note for the Court's convenience that the return date for the Second Letter of Request has been changed to August 19, 2022, in light of the timing of when the Letter will be sent.

5. Attached as Exhibit A to this declaration is a copy of a revised Second Letter of Request. This supersedes the version filed earlier today.

6. Attached as Exhibit B to this declaration for the Court's convenience is a redline highlighting the changes in the Second Letter of Request as compared to Jinhua's previous filing on July 8, 2022.

|   |   |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the United States that the foregoing is |
| 2 | true and correct. |
| 3 | Executed on this 25th day of July, 2022 in San Francisco, California. |
| 4 | By: /s/ Emily Reitmeier |
| 5 | Emily Reitmeier |

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

                */s/ Jack P. DiCanio*
                Jack P. DiCanio