UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** July 25, 2022       **Time:** 10:05 – 10:19       **Judge:** MAXINE M. CHESNEY
= 14 minutes

**Case No.:** 18-cr-00465-MMC-2       **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger       **Court Reporter:** Ruth Levine Ekhaus

## PROCEEDINGS

**Status Conference – hearing held by Zoom.**

**Defense counsel informed the Court that they will be submitting a revised second letter of request.**

**CASE CONTINUED TO: August 10, 2022 at 11:00 am for Further Status Conference**