UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 15, 2022         **Time:** 10:03 – 10:38         **Judge:** MAXINE M. CHESNEY
                                         = 35 minutes

**Case No.:** 18-cr-00465-MMC-2     **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit

**Attorney for Plaintiff:** Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger              **Court Reporter:** Ana Dub

## PROCEEDINGS

**Status Conference – hearing held by Zoom.**

**The August 22, 2022 Continued Bench Trial date is vacated.**

**The Court directed counsel to contact the Courtroom Deputy if they wish to have a status conference before the September 27, 2022 date.**

**CASE CONTINUED TO: September 27, 2022 at 9:00 a.m. for Continued Bench Trial**