STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
NICHOLAS WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Laura.Vartain@usdoj.gov
    Nicholas.Walsh@usdoj.gov

NICHOLAS O. HUNTER (DCBN 1022355)
STEPHEN MARZEN (NYBN 2007094)
Trial Attorneys, National Security Division

    950 Pennsylvania Ave., NW
    Washington, DC 20530
    Tel: (202) 353-3434
    Fax: (202) 233-2146
    Nicholas.Hunter@usdoj.gov
    Stephen.Marzen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> FUJIAN JINHUA INTEGRATED CIRCUIT ) <br> CO., LTD, ) <br> ) <br>     Defendant. ) <br> ) | CASE NO. 18-CR-00465 MMC <br><br> UNITED STATES' STATUS UPDATE REGARDING DELIVERY OF TWO LETTERS ROGATORY <br><br> The Honorable Maxine M. Chesney <br> Courtroom 7, 19th Floor |

# STATUS UPDATE

The government files this status update regarding delivery of two Letters Rogatory signed by this Court on June 16, 2022 (Docket 503, "first Letters Rogatory") and July 25, 2022 (Docket 534, "second Letters Rogatory"). The first Letters Rogatory concerned remote trial testimony of five defense witnesses and the second Letters Rogatory concerned in-person trial testimony of two defense witnesses.

On July 29, 2022, the United States Embassy in Beijing hand delivered the first Letters Rogatory to the People's Republic of China's ("PRC") Ministry of Foreign Affairs ("MFA") after a delay arising from the method of payment.

On August 17, 2022, the United States Embassy in Beijing hand delivered the second Letters Rogatory directly to the PRC's Ministry of Justice with the consent of the PRC's MFA.

Dated: August 19, 2022

Respectfully Submitted,

STEPHANIE M. HINDS
United States Attorney

_____/s/_____
LAURA VARTAIN HORN
NICHOLAS WALSH
Assistant United States Attorneys

NICHOLAS O. HUNTER
STEPHEN MARZEN
Trial Attorneys, National Security Division