UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** February 27, 2024     **Time:** 9:59 – 11:26     **Judge:** MAXINE M. CHESNEY
                                        11:45 – 12:34
                                        = 2 hours 14 minutes

**Case No.:** 18-cr-00465-MMC-2     **Case Name:** UNITED STATES v. Fujian Jinhua Integrated Circuit, Co.

**Attorney for Plaintiff:** Laura Vartain, Nicholas Walsh, Nicholas Hunter, Stephen Marzen
**Attorney for Defendant:** Jack DiCanio, Emily Reitmeier, Matthew Sloan

**Deputy Clerk:** Tracy Geiger     **Court Reporter:** Ruth Levine Ekhaus

### PROCEEDINGS

Hearing to Deliver Judgment in bench trial:

Court states its specific findings of fact.
Judgment: For the reasons stated on the record, the Court finds defendant not guilty as to Counts One, Two and Seven.

All admitted trial exhibits returned to counsel.