AO 254A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

FUJIAN JINHUA INTEGRATED CIRCUIT, CO. LTD.

**JUDGMENT OF ACQUITTAL**

Case Number: 18-cr-00465-MMC-2

For the reasons stated on the record at the announcement of judgment, the Court finds the Defendant NOT GUILTY on Counts One, Two, and Seven.

_____
Signature of Judge

Maxine M. Chesney
Senior United States District Judge
Name and Title of Judge

2/28/2024
Date