MARTHA BOERSCH (CABN 126569)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

MATTHEW M. YELOVICH (NYBN 4897013)
Deputy Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
NICHOLAS WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Laura.Vartain@usdoj.gov
    Nicholas.Walsh@usdoj.gov

NICHOLAS O. HUNTER (DCBN 1022355)
STEPHEN MARZEN (NYBN 2007094)
Trial Attorneys, National Security Division

    950 Pennsylvania Ave., NW
    Washington, DC 20530
    Tel: (202) 353-3434
    Fax: (202) 233-2146
    Nicholas.Hunter@usdoj.gov
    Stephen.Marzen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD, <br><br> Defendant. | CASE NO. 18-CR-00465 MMC <br><br> STIPULATION TO EXTEND DEADLINE TO FILE ADMITTED EXHIBITS UNDER CRIMINAL LOCAL RULE 55-1 AND CIVIL LOCAL RULES 5-1(g) AND 79-4(a) <br><br> AND ORDER |

STIPULATION AND ORDER
18-CR-00465 MMC                        1

1    Counsel for the United States of America and counsel for the Defendant Fujian Jinhua Integrated Circuit Co., Ltd., stipulate and jointly request that the deadline to file admitted exhibits under Criminal Local Rule 55-1, incorporating the requirements of Civil Local Rules 5-1(g) and 79-4(a), be extended from April 12, 2024, to May 10, 2024.

    Under Criminal Local Rule 55-1, the procedures in Civil Local Rules 5-1 and 79-4 govern the disposition of admitted exhibits after trial. Civil Local Rule 5-1(g) requires the parties to file admitted exhibits on the docket within ten (10) days of the trial verdict. The parties must file a joint certification of counsel with the admitted exhibits. Because the verdict was returned in this case on February 27, 2024, under the Local Rules, the original day for the parties to complete this process was March 8, 2024.

    On March 5, 2024, the parties submitted a stipulation and proposed order requesting an extension of time to meet this deadline. Dkt. 654. The Court granted the parties' request and issued the proposed order on March 6, 2024, extending the original deadline to comply with the Local Rules to April 12, 2024. Dkt. 655.

    Since that time, both sides have been diligently at work on the enormous project of reviewing the hundreds of admitted exhibits. Nonetheless, neither side has finished the work necessary to comply with the Local Rules. Some of the exhibits contain trade secrets, and some contain personal identifiable information ("PII") or other sensitive information, and some of the exhibits are in Mandarin Chinese requiring the use of translators. As a result, the parties need more time to review and assess the admitted exhibits and then to meet and confer regarding (1) whether particular exhibits can be filed without redaction, (2) whether particular exhibits should be redacted before filing, or (3) whether particular exhibits should be filed under seal. Due to the large number of admitted exhibits, the size and complexity of the exhibits, and the press of other business, the parties need additional time.

    The requested extension of time will prejudice no party, as the total delay after trial is minimal, will assist the Court and speed resolution of any potential issues raised by the filing of the admitted exhibits at trial, in that more time will allow the parties to make an orderly presentation of the issues raised, and is in the interests of justice, in that an accurate assessment of the admitted exhibits will facilitate the ultimate availability of information about the trial to the public.

The parties therefore respectfully request a further extension of time to May 10, 2024, to facilitate their coordination of the filing after joint review of the admitted exhibits.

IT IS SO STIPULATED.

Dated: April 10, 2024

MARTHA BOERSCH
Attorney for the United States

_____/s/ Nicholas Walsh_____
LAURA VARTAIN HORN
NICHOLAS WALSH
Assistant United States Attorneys

NICHOLAS O. HUNTER
STEPHEN MARZEN
Trial Attorneys, National Security Division

Dated: March 5, 2024

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

_____/s/ Emily Reitmeier_____
JACK P. DICANIO
MATTHEW E. SLOAN
EMILY REITMEIER
Attorneys for Defendant
Fujian Jinhua Integrated Circuit Co., Ltd.

**ORDER**

For good cause shown, the Court hereby extends the deadline for the parties to file the admitted trial exhibits, or to take other appropriate action regarding those exhibits, until May 10, 2024.

IT IS SO ORDERED.

DATED: April __11__, 2024      _____
                                THE HONORABLE MAXINE M. CHESNEY UNITED
                                STATES SENIOR DISTRICT JUDGE

                                THE HONORABLE BETH LABSON FREEMAN
                                UNITED STATES DISTRICT JUDGE (GENERAL DUTY)