MARTHA BOERSCH (CABN 126569)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

MATTHEW M. YELOVICH (NYBN 4897013)
Deputy Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
NICHOLAS WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Laura.Vartain@usdoj.gov
    Nicholas.Walsh@usdoj.gov

NICHOLAS O. HUNTER (DCBN 1022355)
STEPHEN MARZEN (NYBN 2007094)
Trial Attorneys, National Security Division

    950 Pennsylvania Ave., NW
    Washington, DC 20530
    Tel: (202) 353-3434
    Fax: (202) 233-2146
    Nicholas.Hunter@usdoj.gov
    Stephen.Marzen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-00465 MMC |
| Plaintiff, | JOINT STIPULATION AMENDING PROTECTIVE ORDER |
| v. | AND |
| FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD, | [PROPOSED] ORDER |
| Defendant. | |

Pursuant to Paragraph 7(b) of the Protective Order (ECF 79) (the "Protective Order"), the United States and defendant Fujian Jinhua Integrated Circuit Co. Ltd. ("Jinhua") jointly request a temporary

1  modification of the restrictions on transporting materials designated as Confidential Materials to

2  Defense Counsel's offices. The Protective Order allows a Receiving Party to transport Confidential

3  Materials to Hong Kong, Taiwan, Japan, and Singapore. The Receiving Party, however, "may not

4  transmit them electronically to or through any country other than the United States." Protective Order ¶

5  7(b). This provision, therefore, requires that Defense Counsel physically transport secured copies of

6  Confidential Materials to their offices in Asia for representatives from Jinhua to review the documents.

7      The parties have agreed that, to facilitate Jinhua's review of the admitted trial exhibits and to

8  allow the parties to diligently work on the enormous project of reviewing the hundreds of admitted

9  exhibits to determine whether any redactions are needed, a temporary modification of the Protective

10  Order is appropriate to allow Jinhua to review electronic versions of the admitted exhibits.

11      NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

12  undersigned counsel for Jinhua and the United States, that the Protective Order in this case should be

13  temporarily modified such that certain admitted exhibits can be transmitted via Secure FTP to King &

14  Wood Mallesons in China, and reviewed as follows:

- Counsel for Jinhua, Skadden, Arps, Slate, Meagher & Flom, LLP, will put on its secure FTP all admitted exhibits *except* the following exhibits:

| | | | | |
|---|---|---|---|---|
| D3049 | P0089 | P0482T | P0919 | P1202 |
| D3059 | P0109 | P0484 | P0969 | P1203 |
| D3059T | P0117 | P0494 | P0985 | P1204 |
| D3061 | P0120 | P0502 | P1006 | P1205 |
| D3066 | P0121 | P0533 | P1009 | P1206 |
| D3070 | P0131 | P0543 | P1009T | P1207 |
| D3163 | P0140 | P0555 | P1021 | P1208 |
| D3361 | P0142 | P0555T | P1021T | P1320 |
| D4668 | P0154 | P0561 | P1022 | P1320T |
| D4867 | P0167 | P0570_Amended | P1022T | P1439 |
| | P0177 | P0570T_Amended | P1039_Amended | P1456 |
| P0002 | P0187 | P0707 | P1039T_Amended | P1459 |
| P0005 | P0433 | P0707T | P1046 | P1461 |
| P0008 | P0434 | P0720-Attachment01 | P1046T | P1473 |
| P0010 | P0435 | P0734 | P1073 | P1474 |
| P0023 | P0448 | P0734T | P1192 | P1475 |
| P0036 | P0450 | P0736 | P1195 | P1476 |
| P0040 | P0468 | P0736T | P1196 | P1479 |
| P0047 | P0474 | P0834_Amended | P1197 | P1488 |
| P0048 | P0476 | P0855 | P1198 | P1502 |
| P0063 | P0479 | P0857 | P1199 | P1505 |
| P0074 | P0481 | P0890 | P1200 | P1509 |
| P0085 | P0482 | P0912 | P1201 | P1510 |

- The FTP will be "read only"—Jinhua would have no ability to print or download the exhibits.
- The login for the FTP will be provided to lawyers at King & Wood Mallesons, which is also counsel of record in this case.
- Lawyers from King & Wood Mallesons will review the exhibits with Jinhua in a King & Wood Mallesons' office in mainland China.
- The lawyers and Jinhua may take notes on what to redact in the documents but should not otherwise take notes on the substance of the exhibits.
- Access to the FTP site should expire 45 days after this stipulation is entered by the Court.

For the admitted exhibits listed above, the United States will either (1) provide Jinhua with a redacted copy of each exhibit or (2) state that an entire exhibit should filed under seal. Jinhua may use and review any redacted exhibit provided by the United States without limitation.

SO STIPULATED AND AGREED.

Dated: May 10, 2024                     Respectfully Submitted,

*/s/ Emily A. Reitmeier*
JACK P. DICANIO
MATTHEW E. SLOAN
EMILY A. REITMEIER

*Attorneys for Defendant*
Fujian Jinhua Integrated Circuit Co. Ltd.

MARTHA BOERSCH (CABN 126569)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

*/s/ Nicholas Walsh*
NICHOLAS WALSH
LAURA VARTAIN HORN
Assistant United States Attorneys
NICHOLAS O. HUNTER
STEPHEN J. MARZEN
Trial Attorneys, National Security Division

STIPULATION AND [PROPOSED] ORDER
18-CR-00465 MMC                                                     1

**[PROPOSED] ORDER**

For good cause shown, the Court HEREBY ORDERS that the Protective Order in this case (ECF 79) is modified such that certain admitted trial exhibits can be temporarily transmitted via Secure FTP to King & Wood Mallesons in China, and reviewed as follows:

- Counsel for Jinhua, Skadden, Arps, Slate, Meagher & Flom, LLP, may put on its secure FTP all admitted exhibits *except* the following exhibits:

| | | | | |
|---|---|---|---|---|
| D3049 | P0089 | P0482T | P0919 | P1202 |
| D3059 | P0109 | P0484 | P0969 | P1203 |
| D3059T | P0117 | P0494 | P0985 | P1204 |
| D3061 | P0120 | P0502 | P1006 | P1205 |
| D3066 | P0121 | P0533 | P1009 | P1206 |
| D3070 | P0131 | P0543 | P1009T | P1207 |
| D3163 | P0140 | P0555 | P1021 | P1208 |
| D3361 | P0142 | P0555T | P1021T | P1320 |
| D4668 | P0154 | P0561 | P1022 | P1320T |
| D4867 | P0167 | P0570_Amended | P1022T | P1439 |
|  | P0177 | P0570T_Amended | P1039_Amended | P1456 |
| P0002 | P0187 | P0707 | P1039T_Amended | P1459 |
| P0005 | P0433 | P0707T | P1046 | P1461 |
| P0008 | P0434 | P0720-Attachment01 | P1046T | P1473 |
| P0010 | P0435 | P0734 | P1073 | P1474 |
| P0023 | P0448 | P0734T | P1192 | P1475 |
| P0036 | P0450 | P0736 | P1195 | P1476 |
| P0040 | P0468 | P0736T | P1196 | P1479 |
| P0047 | P0474 | P0834_Amended | P1197 | P1488 |
| P0048 | P0476 | P0855 | P1198 | P1502 |
| P0063 | P0479 | P0857 | P1199 | P1505 |
| P0074 | P0481 | P0890 | P1200 | P1509 |
| P0085 | P0482 | P0912 | P1201 | P1510 |

- The FTP shall be "read only"—Jinhua shall have no ability to print or download the exhibits.

- The login for the FTP may be provided to lawyers at King & Wood Mallesons, counsel of record in this case.

- Lawyers from King & Wood Mallesons may review the exhibits with Jinhua in a King & Wood Mallesons' office in mainland China.

- The lawyers and Jinhua may take notes on what to redact in the documents but shall not otherwise take notes on the substance of the exhibits.

For the admitted exhibits listed above, the United States shall either (1) provide Jinhua with a redacted copy of each exhibit or (2) state that an entire exhibit should filed under seal. Jinhua may use

1  and review any redacted exhibit provided by the United States without limitation.

2  Access to the FTP site shall expire 45 days after the date of this Order.

3  IT IS SO ORDERED.

5  DATED: May _____, 2024

6  THE HONORABLE MAXINE M. CHESNEY
UNITED STATES SENIOR DISTRICT JUDGE